IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ONE WISCONSIN INSTITUTE, INC.,
CITIZEN ACTION OF WISCONSIN
EDUCATION FUND, INC.,
RENEE M. GAGNER, ANITA JOHNSON,
CODY R. NELSON, JENNIFER S. TASSE,
SCOTT T. TRINDL, and MICHAEL R. WILDER,

                      Plaintiffs,

    v.

JUDGE GERALD C. NICHOL,
JUDGE ELSA LAMELAS,
JUDGE THOMAS BARLAND,
JUDGE HAROLD V. FROEHLICH,
JUDGE TIMOTHY VOCKE,
JUDGE JOHN FRANKE,
KEVIN J. KENNEDY, and MICHAEL HAAS,
*all in their official capacities*,

                      Defendants.

ORDER

15-cv-324-jdp

---

      The Public Interest Legal Foundation, Inc. (PILF) has asked to participate as *amicus curiae* in this case. Dkt. 24. PILF states that it is a non-partisan public interest organization whose mission is to promote election integrity and to preserve state control over elections. PILF offers to marshal an array of election law experts, scholars, and practitioners to assist the court with this case.

      The court has the discretion to accept a brief from *amicus curiae*, if it would be helpful. *Voices for Choices v. Ill. Bell Tel. Co.*, 339 F.3d 542, 544 (7th Cir. 2003). The court will decline PILF's offer. Wisconsin's Attorney General and its Department of Justice are quite capable of defending the state's election laws. If they wish to adduce expert evidence in support of their case, they may offer it. But the court would be reluctant to receive expert evidence on any

legal question, no matter who offers it. Interpretation of the law is the province of the court, not of the parties or their experts.

ORDER

IT IS ORDERED that Public Interest Legal Foundation, Inc.'s motion for leave to participate as *amicus curiae*, Dkt. 24, is DENIED.

Entered August 17, 2015.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge