# One Wisconsin Institute Inc. v. Gerald Nichol et al.

15CV324BBC

Transcript of the Testimony of:

# David Aponte

April 28, 2016



GRAMANN

REPORTING

*Innovation · Expertise · Integrity*

800.899.7222 • www.GramannReporting.com

MILWAUKEE   414.272.7878 • FAX: 414.272.1806 • 740 North Plankinton Ave, Suite 400, Milwaukee, WI 53203
MADISON   608.268.0435 • FAX: 608.268.0437 • 14 West Mifflin Street, Suite 311, Madison, WI 53703

```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE WESTERN DISTRICT OF WISCONSIN
   -----------------------------------------------------------
 3
   ONE WISCONSIN INSTITUTE,
 4 INC., CITIZEN ACTION OF
   WISCONSIN EDUCATION FUND,
 5 INC., RENEE M. GAGNER, ANITA
   JOHNSON, CODY R. NELSON,
 6 JENNIFER S. TASSE, SCOTT T.
   TRINDL, and MICHAEL R. WILDER,
 7
                   Plaintiffs,
 8
           vs.                      Case No. 15 CV 324
 9
   JUDGE GERALD C. NICHOL,
10 JUDGE ELSA LAMELAS,
   JUDGE THOMAS BARLAND,
11 JUDGE HAROLD V. FROEHLICH,
   JUDGE TIMOTHY VOCKE,
12 JUDGE JOHN FRANKE,
   KEVIN J. KENNEDY, and
13 MICHAEL HAAS, all in
   their official capacities,
14
                   Defendants.
15
   -----------------------------------------------------------
16

17              Deposition of DAVID APONTE

18              Thursday, April 28, 2016

19                   9:08 a.m.

20                      at

21              GRAMANN REPORTING, LTD.
          740 North Plankinton Avenue, Suite 400
22               Milwaukee, Wisconsin

23

24      Reported by Julie A. Poenitsch, RPR/RDR/CRR

25
```

1                    Deposition of DAVID APONTE, a witness in

2       the above-entitled action, was taken at the instance of

3       the Defendants, under and pursuant to the Federal Rules

4       of Civil Procedure, and pursuant to Notice, before me,

5       JULIE A. POENITSCH, RPR/RDR, Certified Realtime

6       Reporter, and Notary Public in and for the State of

7       Wisconsin, at GRAMANN REPORTING, LTD., 740 North

8       Plankinton Avenue, Suite 400, Milwaukee, Wisconsin, on

9       the 28th day of April, 2016, commencing at 9:08 a.m. and

10      concluding at 12:37 p.m.

11

12

13                         A P P E A R A N C E S

14                    PERKINS COIE LLP, by
                      Mr. Charles G. Curtis, Jr.
15                    One East Main Street, Suite 201
                      Madison, Wisconsin 53703-5118
16                    appeared on behalf of the Plaintiffs.

17                    WISCONSIN DEPARTMENT OF JUSTICE, by
                      Mr. Gabe Johnson-Karp
18                    17 West Main Street
                      P.O. Box 7857
19                    Madison, Wisconsin 53707-7857
                      appeared on behalf of the Defendants.

20
                      ALSO PRESENT:
21                    Ms. Dawn Maldonado, Interpreter
                            Bylyngo Interpreting & Translation.
22                    Ms. Lupe Ugent, private interpreter.
                      Mr. Jose Robles, brother-in-law.

23

24

25

```
 1                      I N D E X

 2    EXAMINATION                            PAGE

 3    By Mr. Johnson-Karp                       4

 4    By Mr. Curtis                            71

 5

 6

 7

 8                    E X H I B I T S

 9    NUMBER                         PAGE IDENTIFIED

10    Exh. 1  9/16/14 application for Wisconsin ID   26

11    Exh. 2  Packet of documentation received from   34
              plaintiffs
12
      Exh. 3  6/10/15 letter to David Aponte from   49
13            the Wisconsin Department of
              Transportation
14
      (Original exhibits were attached to original transcript;
15                 copies to transcript copies.)

16

17

18

19                    R E Q U E S T S

20    ITEM REQUESTED                         PAGE

21    1.  Any other paperwork indicating dates of   27
              applications
22

23

24

25
```

**Page 4**

1    TRANSCRIPT OF PROCEEDINGS
2        DAWN MALDONADO, interpreter, having been
3    first duly sworn to accurately interpret from
4    English to Spanish and Spanish to English.
5        DAVID APONTE, called as a witness herein
6    by the Defendants, after having been first duly
7    sworn, was examined and testified as follows:
8        EXAMINATION
9    BY MR. JOHNSON-KARP:
10   Q   Good morning, Mr. Aponte.
11   A   Okay.
12   Q   My name is Gabe Johnson-Karp.  I'm an assistant
13   attorney general with the State of Wisconsin, and I
14   represent the defendants in this matter.
15       Mr. Aponte, have you ever been deposed
16   before?
17   A   No.
18   Q   There are just a couple ground rules to remember
19   going through the deposition, and I'll go over
20   those right now.  And if you could just tell me
21   that you understand or that you agree, that would
22   be helpful.
23   A   Yes.
24   Q   The purpose of this deposition is for the court
25   reporter to take down my questions and to take down

**Page 5**

1    your answers.  Do you understand that?
2    A   Yes.
3    Q   And the court reporter needs your answers and my
4    questions to be audible.  Do you understand that?
5    A   What does that mean, "audible"?
6    Q   You can't, for example, nod your head or shake your
7    head.  You need to give a verbal answer.  You need
8    to say, for example, "yes" or "no."
9    A   Okay.
10   Q   And it's important that we don't speak over one
11   another.  I don't know that that will be as much of
12   a problem here, but I'll do my best to wait, and
13   I'd ask if you'll do the same.  Is that okay?
14   A   Yeah.
15   Q   And I'll ask if I ask a question -- and you've
16   already done this -- if you don't understand,
17   please ask for me to explain it.  If you answer the
18   question, I will understand you to have understood
19   the question.  Is that okay?
20   A   Okay.
21   Q   Mr. Aponte, is there any reason that you cannot
22   give truthful and accurate testimony today?
23   A   Yes.
24   Q   There is a reason that you can't give truthful
25   testimony today?

**Page 6**

1    A   No, no, no, I'm sorry.  I forgot.  I forgot.  I
2    came here to tell the truth.
3    Q   Good.  Thank you.
4    A   I'm sorry.  I didn't understand.  I forgot that
5    word.
6    Q   I'm just going to start with some background on
7    your early life.  Could you tell me when and where
8    you were born?
9    A   Well, my mother told me that I was born in
10   West Chester, Pennsylvania.
11   Q   And when was that?
12   A   Well, I was born 1/1/58, and when I was one year's
13   old, I went to Puerto Rico.
14   Q   And at some point, did you find out that you had a
15   different birthdate than January 1st?
16   A   Well, I went to Tampa, Florida, I went over there,
17   and when I went to social security, they changed my
18   birth year.  I don't know why.
19   Q   Did you ever inquire as to why social security knew
20   a different birthdate than what you had known your
21   entire life?
22   A   I don't know why, because when I went over there, I
23   told them that that wasn't my date, that that was
24   my sister's date when she was my guardian.  And
25   then they told me that I had to use that date.

**Page 7**

1    Q   Who is your sister whose date that was?
2    A   Juanita Aponte.  She is my sister.
3    Q   And her birthdate is June 17th?
4    A   Yes.
5    Q   And what year was she born?
6    A   I don't know.  I just know that, that's all I know.
7    Q   And she's an older sister or a younger sister?
8    A   I couldn't tell you.  I couldn't tell you if she's
9    older or younger, because I have two other
10   siblings.
11   Q   Is it fair to say, though, if she was your
12   guardian, that she was an older sister?
13   A   I think she's younger than me, I think, because I'm
14   the second one.  But my mom tells me that she's
15   older and that I'm younger, so I don't know.
16   Q   And who are the other siblings?
17   A   My brother, Carlos Aponte; and then the other one
18   that I met, Rosalina; and the other brother I met
19   here, Edward.
20   Q   For a total of four siblings?
21   A   Five.
22   Q   With you.
23   A   Yes.
24   Q   And when was it that you found -- do you remember
25   the year that you found out from social security

Page 8

1    that June 17th was the birthdate that they had for
2    you?
3    A   Well, it's when I went to Tampa, Florida, because I
4    always have used 1/1/58, and it's only when I went
5    over there that they told me that I had to use a
6    different date.  And then when I came back over
7    here and I went to social security, they said, you
8    have to use that date, and I said, I don't
9    understand why, because my entire life I've used
10   1/1/58.
11   Q   Do you remember roughly when you went to Tampa,
12   what year?  Was it in, for example, the past five
13   years?
14   A   Around 2004.  '4 or '5, more or less.  And I was
15   living in Tampa for ten years with my mother.
16   Q   Both before and after that?
17   A   What do you mean "before"?
18   Q   When you first learned of the June 17th birthdate,
19   did you continue to live in Tampa after that?
20   A   Yes.
21   Q   And for -- when did you start living in Tampa?
22   A   When I met my mother.
23   Q   Do you remember what year that was?
24   A   When I met my mom?
25   Q   When you moved to Tampa with your mom.

Page 9

1    A   Around 2004.
2    Q   And you lived there for ten years, so you moved
3    here around 2014?
4    A   Yes, correct.
5    Q   Okay.  Thank you.  And what is your mother's name?
6    A   Doris London.
7    Q   And your father's name?
8    A   Carlos Aponte.
9    Q   Do you know when and where both your mother and
10   father were born?
11   A   Well, my mother was born in Pennsylvania, and my
12   father was born in Jayuya.
13       THE INTERPRETER:  Would you like the
14   spelling from the interpreter?
15       THE REPORTER:  Please.
16       THE INTERPRETER:  J-A-Y-U-Y-A.
17       THE REPORTER:  Thank you.
18   BY MR. JOHNSON-KARP:
19   Q   And are your parents still alive?
20   A   Yes.
21   Q   Both?
22   A   Yes.
23   Q   Are you in contact with both or either of them?
24   A   Yes.  I talk to them over the phone.
25   Q   Frequently?

Page 10

1    A   Yes.  Well, I speak a little bit with my mom in
2    English, but I speak more with my father in
3    Spanish.
4    Q   Okay.  Thank you.
5        Other than the January 1st and the
6    June 17th, 1958, birthdates, are you aware of any
7    other birthdates that would be associated with your
8    name?
9    A   No.
10   Q   Going back to the point at which the Social
11   Security Administration informed you about
12   June 17th as your birthdate, what brought you to
13   the Social Security Administration at that point?
14   A   Well, it's because I was receiving help for
15   disability here, so when I moved to Tampa, I had to
16   change my address, and then that's when I went in
17   and they told me that I had to use that date of
18   birth, June 17th, and I don't know why.
19   Q   That help that you were receiving was through
20   social security.  Was that SSI or something like
21   that?
22   A   SSI.
23   Q   And you had been receiving that before you moved to
24   Tampa; is that correct?
25   A   Correct.

Page 11

1    Q   But up until that point, social security had never
2    raised the issue of a June 17th birthdate; is that
3    correct?
4    A   Correctly.
5    Q   And do I understand correctly, from what you had
6    communicated to the DMV about getting an ID in
7    Wisconsin, that you hired an attorney to figure out
8    where you were born and your birthdate?
9    A   Yes, over there in Tampa, Florida.
10   Q   And what caused you to want to hire an attorney?
11   A   It's because every time -- there was no birth
12   certificate for me, so every time I went somewhere,
13   it was a problem because I didn't have an
14   identification.
15   Q   And did you hire the attorney before social
16   security informed you of the June 17 birthdate?
17   A   Yes.
18   Q   And what did the attorney discover, if anything,
19   about your birthdate and location where you were
20   born?
21   A   Well, she was investigating, but then she became
22   sick with cancer, and then a week later she died,
23   and I never knew anything else.
24   Q   So you didn't get any information from the
25   attorney?

Page 12

1   A   No.
2   Q   My understanding about the hospital in West Chester
3       is that that burned down; is that correct?
4   A   Correct. Well, because, you know, I went to fill
5       out an application over there where you get the
6       licenses, and they told me that the hospital burned
7       down and they couldn't do anything for me.
8   Q   Is that the DMV told you that the hospital burned
9       down?
10  A   No. I was called from Madison. But I don't recall
11      the phone number because I've switched phones so
12      many times.
13  Q   And that was after you applied for an ID -- for the
14      ID that's at issue in this case; is that correct?
15  A   Yes, yes.
16  Q   Are you aware of any other people in your family
17      named "David Aponte"?
18  A   No.
19  Q   Have you ever met another David Aponte?
20  A   Well, I think in Tampa, Florida, there was a guy
21      named "David Aponte," but everybody's name is David
22      Aponte.
23  Q   But in Milwaukee, no other "David Apontes"?
24  A   Only me.
25  Q   Okay. When you were growing up, did you live in

Page 13

1       Puerto Rico throughout your childhood?
2   A   Yes, when I was one year old, with my grandmother.
3   Q   When did you move from Puerto Rico?
4   A   When I was one year old.
5   Q   When did you move away from Puerto Rico?
6   A   I'm sorry, I don't understand that.
7   Q   How long did you live in Puerto Rico?
8   A   Oh, boy, more than 23 years.
9   Q   So until you were about 24 years old?
10  A   Yes, more or less, but since I've never had a
11      birthday celebrated, I don't even remember.
12  Q   Sometime after you were 20 years old, but before
13      you were 30?
14  A   Yes, I think so, yes, yes.
15  Q   And where did you move when you first moved away
16      from Puerto Rico?
17  A   Pennsylvania. Allentown, Pennsylvania, with my
18      sister.
19  Q   And how long did you live there?
20  A   Around three or four years, and then we came here
21      to Wisconsin.
22  Q   So that was when you were in your late 20s or early
23      30s is when you first came to Wisconsin?
24  A   Yes.
25  Q   And did you live in Wisconsin continuously until

Page 14

1       you moved to Tampa around 2004?
2   A   Yes, when I met my mother.
3   Q   So just to clarify, you met your mother again in
4       2004, and that's when you moved to Tampa?
5   A   Yes, because she came here, and I met her, and then
6       I left with her.
7   Q   How did it come about that you met your mother in
8       2004?
9   A   I really don't know about that.
10  Q   Was your mother looking for you?
11  A   Let me see. Let me remember. Well, I have some
12      siblings that I grew up with, stepsiblings, and he
13      found a sister of mine and told them where we
14      lived. That's what I remember now.
15  Q   And did your sister then tell your mother where you
16      were?
17  A   Yes, the three children, but my stepsister.
18  Q   Your mother came to meet all three children?
19  A   Yes.
20  Q   You and two siblings?
21  A   Yes, myself, my sister, and my other brother.
22  Q   And which sister and brother are those?
23  A   Carlos Aponte and Juanita Aponte. I've always
24      lived with them, always. We never separated.
25  Q   So when you moved to Puerto Rico, Carlos and

Page 15

1       Juanita went with you?
2   A   Yes, all three of us lived in Puerto Rico.
3   Q   And when you went to Allentown, did they also --
4       did you all three go together?
5   A   No. She went first.
6   Q   "She," being Juanita?
7   A   Yes. And then it was my brother and then myself.
8   Q   And you all lived together in Allentown for some
9       period?
10  A   Yes.
11  Q   And did you all, the three of you, move to
12      Wisconsin together?
13  A   Yes. That was for about two or three months. And
14      then my brother and I got an apartment separate,
15      because she was married with kids.
16  Q   In Wisconsin?
17  A   Yes.
18  Q   And do you still live with them or close to them?
19  A   No, now I live alone.
20  Q   Do your siblings live close by?
21  A   My brother and my sister live on Ninth Place.
22  Q   And where do you live now?
23  A   And I live on Seventh and Greenfield.
24  Q   How long have you lived there?
25  A   I'm going on one year. Well, around nine months.

**Page 16**

1   Q   Where did you live before that?

2   A   With my sister.

3   Q   On -- was that Ninth?

4   A   On Ninth, with my brother-in-law.

5   Q   Was that on the Ninth Place address?

6   A   Yes.

7   Q   And how long did you live there?

8   A   I lived there for about a year and something, like

9       a year and two months.

10   Q   And was there anywhere else you lived since you've

11       moved back from Tampa?

12   A   No. Since I came from Tampa, I have always --

13       well, I lived with my sister, and then I got my own

14       apartment.

15   Q   So correct me if I'm wrong, if you would, please.

16       You lived in Tampa for ten years, ending around

17       2014; then you lived at the Ninth Place address;

18       and then you got your own place at Seventh and

19       Greenfield.

20   A   Correct.

21   Q   Did you go to school when you were growing up in

22       Puerto Rico?

23   A   Yes, up until fifth grade.

24   Q   After fifth grade, no school?

25   A   No.

**Page 17**

1   Q   Did you work?

2   A   No. I was in psychiatric treatment.

3   Q   From age fifth grade until when?

4   A   I don't know. It's been so many years. Let's see,

5       I was in psychiatric treatment, I don't know, until

6       '80-something. No, I think until '79, 1979.

7   Q   And that was an institution of psychiatric

8       treatment?

9   A   Okay. No, it was that I would go for my

10       appointments, and they would take me to my

11       appointments with the psychiatrist, and I would get

12       my treatment, and then I would go back home, and I

13       would stay with my aunt, because I was staying by

14       my aunt.

15   Q   Why were you in psychiatric treatment?

16   A   Well, because I had so many head injuries, and then

17       I had a car accident, and then I fell down a steep

18       hill, and that's where all the illnesses came from.

19       I had no control.

20   Q   So in around 1979, I think you said, you stopped

21       psychiatric treatment; is that correct?

22   A   Yes.

23   Q   Was that because any negative effects on your brain

24       or on your head had been cured or resolved?

25   A   Well, I really don't remember. I really don't

**Page 18**

1       remember much from Puerto Rico. I don't recall too

2       much from Puerto Rico.

3   Q   Have you had any psychiatric treatment since you

4       moved away from Puerto Rico?

5   A   Here, yes.

6   Q   You've received psychiatric treatment in Wisconsin?

7   A   Yes, with a psychiatrist, Bhatia.

8   Q   "Bhatia" is the doctor's name?

9   A   Yes.

10   Q   And when was that?

11   A   Oh, I think that was around '91, I believe, because

12       I still have their records at home.

13   Q   In 1991, did you say?

14   A   Yes.

15   Q   And was that related to the head injuries when you

16       were young, or was it related to something else?

17   A   I couldn't tell you how that was.

18   Q   You don't know why you were --

19   A   No, I don't recall that too well.

20   Q   You don't recall the treatment or you don't recall

21       the reason for the treatment?

22   A   I don't recall too well if it was for treatment. I

23       just don't remember. I don't remember much

24       anymore.

25   Q   Have you had any psychiatric treatment since 1991?

**Page 19**

1   A   No, no more. No, because the doctor left to go

2       somewhere else, and I couldn't find anything else.

3   Q   Do you believe you still need psychiatric

4       treatment?

5       MR. CURTIS: Object to that question. I

6       think you're getting into pretty personal details

7       as far as someone -- about him seeing -- receiving

8       psychiatric treatment. I'm not sure I see the

9       relevance to my client getting a voter ID with

10       asking him questions about psychiatric treatment.

11       THE INTERPRETER: You can go ahead. I'll

12       just keep interpreting.

13       MR. JOHNSON-KARP: And I think I'll try

14       to confine any questioning to memory, because I

15       think that was the representation that the

16       treatment was brought about.

17   Q   Since 1991, have you noticed or received treatment

18       for any memory problems?

19   A   Let me ask the attorney.

20       MR. ROBLES: May I say something?

21       Because I know everything that's going through

22       medication right now.

23       MR. JOHNSON-KARP: He's on medication

24       right now?

25       MR. ROBLES: Yes, he's in treatment right

Page 20

1    now. He's getting treatment right now.
2         MR. JOHNSON-KARP: Right now in this
3    deposition?
4         MR. ROBLES: In the state -- in the state
5    of Wisconsin, in this moment, he got it, seek out
6    the treatment. The problem that he got, he got --
7    his mental state is like a little child. So you
8    ask him a question back into the time, he not going
9    to remember a lot a lot of stuff.
10        So he got a lot of problem with memories
11   and stuff in the past, and that's something
12   confusing. That's why he's got to be in -- you
13   know, look it out like an inconfloor [phonetic]
14   with the question, because he don't know what he
15   want to say, because he not remember nothing.
16        See, I can help him, yes, I can tell you
17   a lot of what is going around his family, because,
18   you know, his studies is very unique because the
19   mother and the father dispelled [phonetic] the life
20   when he got one year old.
21        THE REPORTER: I'm sorry, they did what?
22   The mother and the father, they --
23        MR. CURTIS: I don't know if we're on the
24   record or off the record. Maybe we should -- let's
25   go off the record for a second.

Page 21

1         (There was discussion off the record.)
2         MR. JOHNSON-KARP: On the record.
3    Q   Mr. Aponte, I just want to confirm on the record
4        that up until this point, you've stated that you
5        understood the questions I've been asking mostly?
6    A   Yes.
7    Q   And those that you didn't understand, you asked for
8        clarification?
9    A   Correct.
10   Q   And are you comfortable continuing right now? Do
11       you feel that you're able to continue understanding
12       my questions?
13   A   Not much.
14        MR. CURTIS: I think what he's getting
15        at, maybe it's, you know, the big words, things
16        like that.
17        MR. ROBLES: Take a break so I can talk
18        with him.
19        MR. CURTIS: Is it okay?
20        MR. JOHNSON-KARP: That's fine.
21        (There was discussion off the record.)
22        MR. JOHNSON-KARP: On the record.
23   Q   We've just taken a little break to make sure you
24       feel comfortable proceeding; is that correct?
25   A   Yes, yes.

Page 22

1    Q   And you are comfortable proceeding?
2    A   Yes, yes.
3    Q   And you feel that you're able to tell the truth to
4        my -- or to answer my questions?
5    A   Yes.
6    Q   And if there is a question the answer to which you
7        don't remember, will you be sure to say that,
8        please?
9    A   Okay.
10        MR. CURTIS: It's okay to say you don't
11        remember. You don't want to guess. Just tell the
12        truth.
13        THE WITNESS: Okay.
14   BY MR. JOHNSON-KARP:
15   Q   Now, I think we were talking about where you lived.
16       That's Seventh and Greenfield. That's where you
17       live now, correct?
18   A   Correct.
19   Q   Do you have any plans to move from there?
20   A   Yes.
21   Q   When are you planning to move?
22   A   When I have my ID.
23   Q   You'll move from Seventh and Greenfield when you
24       have an ID?
25   A   Yes.

Page 23

1    Q   Why do you need an ID to move from there?
2    A   Well, because in order for me to move, I have to
3        have an ID, because I get housing, but I can't get
4        an apartment without an ID, and the one I got now,
5        they gave it to me because I took all the papers in
6        indicating that I was fighting this case, and for
7        now, they gave it to me.
8    Q   And did they tell you that they won't let you move
9        another time without an ID?
10        MR. CURTIS: I object to the question
11        because nobody said they wouldn't let him move. I
12        believe he said that he wasn't able to rent or
13        obtain a place, but it wasn't anybody not letting
14        him move. Misstates the testimony, in other words.
15   BY MR. JOHNSON-KARP:
16   Q   We can walk back. If you could just tell me, if
17       you know, who told you that you needed an ID for
18       housing?
19   A   It's in the contract.
20   Q   In the contract with whom?
21   A   From housing.
22   Q   And is that public housing?
23   A   I don't know. Can I ask my brother-in-law?
24        MR. CURTIS: I'm not sure we ought to be,
25        you know, going on -- if he --

Page 24

BY MR. JOHNSON-KARP:

1
2  Q   If you don't know --
3          MR. CURTIS:  Yeah.  Go ahead.  If you
4      don't know, just say you don't know.  It's okay.
5          THE WITNESS:  Okay.  That's fine.
6  BY MR. JOHNSON-KARP:
7  Q   But just to be clear, you were told that you need
8      an ID to get housing; is that correct?
9  A   Correctly.
10 Q   And did the people in housing tell you that in
11     order to move, you need to get an ID?
12 A   Yes.
13 Q   And when was that?
14 A   Well, it's been going on two years.
15 Q   Did they tell you you needed an ID to move before
16     you applied for an ID?
17         THE INTERPRETER:  Could you repeat that
18     for the interpreter?
19 BY MR. JOHNSON-KARP:
20 Q   Did whoever told you you need an ID to move tell
21     you that before you applied for an ID?
22 A   No.  I went to pick up the application with a
23     friend, and that's when they told me that I needed
24     the ID.
25 Q   Which application did you pick up?

Page 25

1  A   I don't remember which.  I don't recall.  I have
2      the documents at home, but I don't recall the
3      place.
4  Q   Was this an app --
5          MR. CURTIS:  I think he's talking about
6      the housing.
7          THE WITNESS:  Yes.
8  BY MR. JOHNSON-KARP:
9  Q   That was -- you picked up the housing application?
10 A   Yes, with my friend.
11 Q   And then they told you you need an ID?
12 A   Yes.  But everywhere I go, they ask for an ID.
13 Q   And after you picked up the housing application and
14     they told you you need an ID, is that when you
15     started applying for an ID?
16 A   No.  I've been seeking my birth certificate for
17     years.  I've been battling this for ten years.
18 Q   Now, distinguishing between your birth certificate
19     and a Wisconsin ID, do you remember how long you've
20     been looking for a Wisconsin ID, not a birth
21     certificate?
22 A   Oh, more than two years.
23 Q   Two years.
24         (Exhibit 1 marked for identification.)
25

Page 26

BY MR. JOHNSON-KARP:

1
2  Q   Handing you a document that's been marked
3      Exhibit 1.  Do you recognize that document?
4  A   What is this?  Oh, is this to get the birth
5      certificate?
6          MR. CURTIS:  No, no, no.  This was --
7          Do you mind, counsel, if I --
8          MR. JOHNSON-KARP:  No, not at all.
9          MR. CURTIS:  This was the application to
10     get your Wisconsin ID.  So when you went to DMV,
11     this was the application that you filled out.  This
12     is you, yes?
13         THE WITNESS:  Okay.  Now I'm remembering.
14         MR. CURTIS:  And then later, this is
15     another form you filled out, and this was also for
16     your Wisconsin ID.  And so it has your information
17     there.  That's somebody else.
18         I'm just showing him this wasn't him.
19     But up here.
20         THE WITNESS:  Okay.  This is where my
21     brother-in-law took me.
22         MR. CURTIS:  Okay.
23         THE WITNESS:  Yes.
24 BY MR. JOHNSON-KARP:
25 Q   And do you remember filling this out?

Page 27

1  A   Yes.  I filled out so many, but yeah.
2  Q   So does the date of September 2014 sound about
3      right for when you first applied for a Wisconsin
4      ID?
5  A   No.  I requested it plenty, but they would never
6      give it to me.
7  Q   Did you fill out any other paperwork indicating
8      when you applied for an ID?
9  A   I don't recall, no.
10         MR. JOHNSON-KARP:  Counsel, I would just
11     ask to the extent that there is any other paperwork
12     indicating dates of applications, if we could see
13     that, please.
14         MR. CURTIS:  For the ID?
15         MR. JOHNSON-KARP:  Right.  My
16     understanding is this was when the ID PP
17     application started.  If there were any other forms
18     that he would have leading up to that point.
19         MR. CURTIS:  Okay.  Sure.  I will
20     double-check with him.  But, counsel -- and I
21     assume this is on the record -- I'm not aware of
22     any.  All that I'm aware of is the MV3004 and then
23     the MV3012, which I believe he just filled out
24     once, but we'll certainly check.
25         MR. JOHNSON-KARP:  Okay.  Thank you.

Page 28

1  Q   Now, just to clarify, do you remember filling out
2      this form in around September of 2014?
3  A   Yes, when I went with my brother-in-law.
4  Q   Where did you go for that?
5  A   I don't know. Somewhere over there, like vehicle
6      something. Ask him. He knows the name.
7  Q   Was it the Department of Motor Vehicles?
8  A   Yes.
9  Q   And was that here in Milwaukee, not in Madison?
10 A   (Witness nods head.)
11 Q   Okay.
12         THE REPORTER: Out loud, please.
13         THE WITNESS: Yes.
14 BY MR. JOHNSON-KARP:
15 Q   Have you voted in Wisconsin?
16 A   Yes.
17 Q   When was the last time you voted in Wisconsin?
18 A   It's been more than -- more than four years. And I
19     didn't have an ID, and I voted. And this year that
20     I went to vote, they didn't allow it, so I'm on the
21     list.
22 Q   You say it's been more than four years since you
23     voted in Wisconsin, correct?
24 A   Yes.
25 Q   How many times, if you recall, have you voted in

Page 29

1      Wisconsin?
2  A   I don't recall, but many. So many times I voted.
3  Q   Would you say you vote in every presidential
4      election?
5  A   Yes. I voted for Ronald Reagan, and that's the
6      only one I remember, that's it.
7  Q   And I'm not asking you who you voted for, but just
8      for time frame.
9          When Bill Clinton ran for president, did
10     you vote?
11 A   I don't remember.
12 Q   Do you remember if you voted when Al Gore and
13     George W. Bush were running for president?
14 A   No, I don't recall. I don't even recall those
15     names.
16 Q   And do you recall if you voted when George Bush and
17     John Kerry were running for president?
18 A   I don't recall the other -- I don't remember the
19     other one.
20 Q   And you don't recall if you voted, or you don't
21     recall those names?
22 A   I do recall I voted for one, but I don't recall the
23     other one.
24 Q   Voted for one of those two people when it was Kerry
25     and Bush?

Page 30

1  A   I do remember that I voted for Bush, but that's it.
2  Q   But you don't remember which year that was?
3  A   No, I don't recall.
4  Q   When John McCain and Barack Obama were running for
5      president, do you remember voting?
6  A   Okay. When Obama started, I didn't vote.
7  Q   So that would have been 2008, you did not vote in
8      2008; is that correct?
9  A   2008? I don't recall that. I don't recall any of
10     that. I just remember that I voted four years ago,
11     and then this year I didn't vote. And my
12     brother-in-law is the one who took me to go vote.
13     I voted, but I didn't have an ID. He knows; I
14     don't know anything.
15 Q   And the last time you voted, was it for president,
16     or was it for some other office?
17 A   I wasn't allowed to vote.
18 Q   When you were allowed to vote.
19 A   For president, I believe.
20 Q   And was that when Obama and Romney were running?
21 A   Yes, I believe so.
22 Q   And have you voted since then?
23 A   No.
24 Q   And that was in Wisconsin that you voted in the
25     election for Romney and Obama?

Page 31

1  A   Yes, yes.
2          MR. JOHNSON-KARP: Should we take a
3      break?
4          MR. CURTIS: No. I mean, are you okay?
5      Do you want to take a break?
6          THE WITNESS: Yes, a break. And I have
7      to drink coffee because I have a headache.
8          MR. CURTIS: Oh, okay.
9          MR. JOHNSON-KARP: I can understand that.
10         (A recess was taken from 10:11 a.m. to
11     10:22 a.m.)
12         (Exhibits 2 and 3 were marked for
13     identification.)
14 BY MR. JOHNSON-KARP:
15 Q   Mr. Aponte, I understand you said when we were off
16     the record that you're in a great deal of pain; is
17     that correct?
18 A   Yes, because I've had surgery on my back and on my
19     neck, and I have a part here, and it really hurts,
20     and I have two screws here holding that piece in
21     place.
22 Q   Would you -- do you feel that you're unable to
23     continue today?
24 A   No, let's continue, let's continue.
25 Q   You feel that you're able to, even in light of the

Page 32

1    pain, provide truthful answers today?
2    A    Yes, yes, yes, yes, yes.
3    Q    Okay.  Thank you.
4          And if the pain gets so bad, please let
5    us know, and we can take breaks; or if you feel
6    that you're unable to continue, please let us know.
7    A    No, let's continue, let's continue, let's continue.
8    Q    We were talking about the last time you voted, and
9    you said you do remember voting when Obama and
10   Romney were running for president; is that correct?
11   A    Yes.
12   Q    And at the time, were you living in Florida when
13   Obama and Romney were running for president?  That
14   would have been 2012.
15   A    In 2012, yes, I was in Florida, yes.  But I don't
16   remember -- I don't know.  I don't know.  I don't
17   remember.
18          I know that I came in 2014, and I know I
19   voted, but I don't know if it was for Obama or -- I
20   don't remember.  Because in 2012, I was in Tampa,
21   Florida.
22   Q    In 2014, do you remember voting in the election for
23   Wisconsin governor, which would have been Scott
24   Walker and Mary Burke?  And I'm not asking who you
25   voted for.

Page 33

1    A    Yes, correct.
2    Q    You did vote in 2014?
3    A    Yes.
4    Q    For Wisconsin governor?
5    A    Correctly, yes.  I wasn't on the list, and they
6    allowed me to vote.  And now that I am on the list,
7    they didn't let me vote.
8    Q    Did you have to register to vote in 2014?
9    A    No, because I went with my brother-in-law for the
10   election, and then I went in, and I didn't have an
11   ID, and my name -- I did not have an ID, and my
12   name was not on the list, and they signed me up
13   right there.
14   Q    Do you remember if they asked for any documents for
15   you to get on that list in 2014?
16   A    No.
17   Q    You didn't have to show a utility bill or a bank
18   statement?
19   A    No.  They said vote, and I voted.  But this year I
20   didn't vote, and I'm on the list.
21   Q    Are you familiar with the process of absentee
22   voting?
23   A    No, I don't know.
24   Q    I think it goes without saying then, you've never
25   used the absentee voting process?

Page 34

1    A    I don't even know what that is.  I don't recall
2    that, and I don't understand what you're saying.
3    Q    Have you ever mailed in a vote?
4    A    No.  I've received letters, but I couldn't do
5    anything because they were asking for an ID.
6    Q    Letters from whom?
7    A    The ones to vote, where they tell you where to
8    vote, but I haven't gone because I don't have an
9    ID, and they're not going to let me vote.
10   Q    I'm handing you what's been marked Exhibit 2.  And
11   you can take your time looking this stuff over.
12   A    It's in English.
13   Q    Do you recognize -- I'm looking at the second page.
14   Is this one of the letters that you're talking
15   about?
16   A    Let me see.  As far as I recall, I think so.
17   Q    But you weren't able to take any action because you
18   didn't have an ID; is that correct?
19   A    Yes.  Oh, this is the application that they sent me
20   so I could go vote.
21   Q    And that was very recently; is that correct?  I'm
22   looking at the second page.
23   A    Yes, I did get this, but I couldn't do anything
24   because I didn't have an identification.  Because
25   every letter that I get that's in English, I

Page 35

1    usually take it to my sister or to my
2    brother-in-law so they can help me.
3    Q    And did you show this letter to your sister or
4    brother-in-law?
5    A    Well, it's so many letters that I get that I really
6    don't remember if I gave it to them or if I didn't,
7    and I have them all put away in a drawer, but I do
8    remember getting this, though.  Wait.  And this
9    one, what's this one for?  Oh, this is from
10   vehicles, where I applied.
11   Q    Do you recall --
12          MR. CURTIS:  Is this a separate exhibit,
13   counsel, or is the DMV correspondence part of the
14   voter participation center exhibit?
15          MR. JOHNSON-KARP:  I had marked this
16   whole stapled packet Exhibit 2, and just for the
17   record, this is what was produced to us.
18          MR. CURTIS:  From -- oh, from us?
19          MR. JOHNSON-KARP:  That you produced to
20   us.
21          MR. CURTIS:  Oh, got it.  Got it.  Okay.
22          THE WITNESS:  Now I'm remembering this.
23   This is a copy I had before.
24          MR. JOHNSON-KARP:  This is a segment of
25   what you produced.  I think there was information

Page 36

1    on various plaintiffs, and I just cut out what was
2    for the other plaintiffs.
3        MR. CURTIS: Okay. I was just -- I was
4    just wondering if the 2014 packet was part of the
5    2016, because it looks like they're two different
6    transactions.
7        MR. JOHNSON-KARP: Right. I just figured
8    get it all -- get it all there.
9        MR. CURTIS: That's fine.
10       THE WITNESS: And this right here, this
11   is the one what housing gave me so that I could go
12   get an ID for the apartment, but since I don't have
13   an ID, I couldn't get one. They told me to go to
14   that place there.
15   BY MR. JOHNSON-KARP:
16   Q   And you're talking about what's labeled page
17   PLF11579?
18   A   What was that?
19       MR. CURTIS: That's a hard question.
20   BY MR. JOHNSON-KARP:
21   Q   Is this what you were saying was given to you by
22   housing?
23   A   Yes. Yes, with the information from housing,
24   directing me to go to this place to get an ID. And
25   I told them that I did not have an identification,

Page 37

1    and they told me to go to this place and that they
2    would give me one there.
3        MR. CURTIS: And, counsel, just for
4    clarity on the record, I confirmed that you and my
5    client are both looking at the same page.
6        MR. JOHNSON-KARP: Thank you.
7    Q   Now, looking at the next page, what's marked
8    PLF11580, do you recognize this document?
9    A   Well, this here, now I remember, it's because at
10   one point I used to have a county ID, and it had my
11   picture on it and everything, and it's the one I
12   had because I was getting food stamps.
13       So then when I went, they told me to go
14   to this place and get an ID, but then I went, and
15   they couldn't find it in the computer, and they
16   didn't give it to me. I went with a friend who
17   took me.
18   Q   And who wrote these -- who wrote this document?
19   A   Yes, this is the place -- they wrote this for me at
20   the place where you go for the food stamps. I
21   don't remember the name. What's the name of that
22   place? I don't know. I don't know. It's probably
23   somewhere around Sixth or something.
24   Q   And the people at the food stamp place wrote these
25   down for you to get a picture ID; is that correct?

Page 38

1    A   Yes. They said to go over there to an office,
2    somewhere over there, and to ask for my records for
3    the food stamps, but they didn't find anything.
4    And I had an ID before from the county, when I used
5    to get food stamps before.
6    Q   And that was a picture ID from Milwaukee County?
7    A   Yes, it said the county. County, Wisconsin.
8    Q   When did you get that ID?
9    A   I don't remember. I really don't recall.
10   Q   Do you still have that ID?
11   A   No. I lost everything. I reported it, but they
12   never showed up.
13   Q   When did you lose that?
14   A   When I was in Tampa, Florida. When I moved from my
15   mother's place to my other apartment. Because my
16   stepbrother, he loaded things wrong, and then the
17   drawer came out of place, and it got lost with
18   wallet and money and everything.
19   Q   And this is when you lived in Tampa?
20   A   Yes.
21   Q   So since you moved back from Florida, you haven't
22   had a photo ID; is that correct?
23   A   No.
24   Q   But that Milwaukee County food stamps ID you had
25   before you moved to Tampa.

Page 39

1    A   Yes.
2    Q   Did you have any other photo IDs?
3    A   No. I had taken copies before it was lost, but
4    they said that that wasn't good enough, that they
5    wanted the original. Yes, and I also had a copy of
6    my social security card. And then they said, well,
7    a copy is not good enough. And I said, well, why
8    not? It's my social security card. And they said,
9    no, sorry, it is just not good enough.
10       So then it wasn't until I returned over
11   here that my brother-in-law was able to take me to
12   the social security office, and there I got another
13   social security card.
14   Q   Other than the Milwaukee County picture ID that you
15   used for food stamps, do you recall ever having a
16   picture ID?
17   A   No, no.
18   Q   That was the only picture ID you ever had?
19   A   That's the only one I've had, because the others
20   were lost.
21   Q   But you have had others?
22   A   The Puerto Rican ID.
23   Q   You had a photo ID in Puerto Rico?
24   A   Yes, but I lost all of that. But since I wasn't
25   born in Puerto Rico, there was nothing they could

Page 40

1    do or they couldn't give it to me.  Because I had a
2    friend that went over there to find out, but
3    because I wasn't born there, I was unable to get
4    it.
5  Q    You did have a Puerto Rican ID, or you did not have
6    a Puerto Rican ID?
7  A    Yes, because I voted in Puerto Rico.
8  Q    And that was a photo ID in Puerto Rico?
9  A    Yes.
10 Q    But since you've moved from Puerto Rico, other than
11   the Milwaukee County ID, you haven't had any photo
12   ID; is that correct?
13 A    Correct.
14 Q    Have you still been receiving food stamps?
15 A    I still do receive food stamps, but different
16   dates.  And the same with Medicaid.
17 Q    And the food stamp ID that you used before -- I
18   should say -- strike that question.
19         You had a Milwaukee County ID that you
20   used for food stamps before you lost it; is that
21   correct?
22 A    Correct.  And I used 1/1/58.
23 Q    And you're still able to get food stamps without
24   that ID; is that correct?
25 A    Yes.  Yes, I'm still receiving it.

Page 41

1  Q    And did you also say you're receiving Medicaid
2    benefits?
3  A    I do, but I'm also having issues with that because
4    of the different birthdates.
5  Q    Are you currently receiving Medicaid benefits?
6  A    Yes, disability.
7  Q    Disability.  Is that SSI?
8  A    SSI.
9  Q    Do you remember when you first applied for SSI?
10 A    I think the first time was in Pennsylvania, when I
11   was with my sister.
12 Q    And that was when you lived in Allentown?
13 A    Yes, correct.
14 Q    So roughly when you were in your 30s?
15 A    Yes, more or less.
16 Q    Sure.  And since you first applied, have you been
17   receiving SSI continuously?
18 A    Yes, every month.
19 Q    You've never had a passport?
20 A    I tried to get one in Tampa, Florida, but I wasn't
21   able to because I didn't have a birth certificate.
22 Q    Have you ever been married?
23 A    No.  I had a girlfriend.
24 Q    But never married her?
25 A    No.

Page 42

1  Q    Have you ever opened a bank account?
2  A    Yes, I do have an open bank account.
3  Q    And did you have to show some sort of ID to open
4    that bank account?
5  A    Yes, I do.  Well, the thing is that my mother,
6    she's the one who took me to open the bank account,
7    and I had to take a letter in from Social Security
8    Administration, and I couldn't use the birthdate of
9    1/1/58, I had to use 6/17/58.  And that's where I
10   received my checks there every month, directly to
11   the bank.
12 Q    So you showed your social security card; is that
13   correct?
14 A    Correct, and a letter from social security.
15 Q    Using the June 17th birthdate?
16 A    Yes, that's the one I was given, and I don't know
17   why.
18 Q    You mentioned earlier celebrating birthdays.  Do
19   you ever celebrate a birthday?
20 A    Never been celebrated, never.  I don't know.  I've
21   never had a birthday celebrated ever.  I don't even
22   know how many years it would be.  I just don't
23   know.  I couldn't tell you because I've never had
24   one celebrated.
25         Actually, I think the first time I had a

Page 43

1    birthday was when my sister did one for me.  That's
2    the only one I recall, the one that my sister did
3    for me, and I don't even know how old I was.
4  Q    And was that for January 1st or June 17th?
5  A    No, 1/1/58, the one I always use.
6  Q    Would it be fair to say then that you consider
7    yourself as having a birthdate of January 1st,
8    1958?
9  A    Yes, because I have here the baptism record from
10   Puerto Rico, and I got to Puerto Rico when I was
11   one year old, and then here is my baptism date,
12   which was in 1960, and I was two years old.
13         And then here it says that my mom was
14   born in Ponce.
15         THE INTERPRETER:  P-O-N-C-E.
16         THE WITNESS:  And that's not accurate,
17   because my mother's not Puerto Rican; my mother is
18   an American.
19 BY MR. JOHNSON-KARP:
20 Q    So the baptism certificate -- and just for the
21   record, we're looking at Exhibit 2, page
22   PLF11581 -- it lists Ponce as your mother's place
23   of birth, but she was not born in Ponce?
24 A    No, she was not born in Ponce.  And then also, as
25   far as grandparents, it says that my grandparents

Page 44

1    are Cristiana -- my grandmother is Cristiana
2    London, but how would they know that? They don't
3    even know my mom, so there's no way that they could
4    know that.
5  Q  But Cristiana London was, in fact, your
6    grandmother, correct?
7  A  Yes.  May she rest in peace.
8        And then here it says David London was
9    born in Jayuya on the 1st of January of 1958, but I
10    wasn't born in Jayuya; I was born in Pennsylvania.
11  Q  When did you receive this document that we've been
12    talking about?
13  A  Yes, this I received, I would say, about four years
14    ago, where -- and it was over the phone, where I
15    had a friend of mine help me over there to obtain
16    my baptism records and all my school records.
17  Q  And on the bottom, it says 27th of February, 2013.
18    Is that about right?
19  A  That's the first time I see that date, so I don't
20    know.  That's the day that they sent it.  I think
21    so.  That's what I remember.  I think.  I'm not
22    sure.  It's so many that I just don't know.
23  Q  But you said about four years ago, you think?
24  A  Yes, about four years, more or less.
25  Q  Okay.  And is that -- if we turn to the next page,

Page 45

1    the next few pages, is that about the same thing
2    that you received these school records?
3  A  Yes.  And here it comes out that I was born in '58,
4    and then here on the bottom, it says "Flora
5    Acevedo," and that would be my father's mother, and
6    she's the one that mostly raised me.
7  Q  And at that time, you did not live with your
8    mother.  Your mother was still in Pennsylvania; is
9    that correct?
10  A  Who?  My mom?  I don't know where she lived because
11    I didn't know.  I was very small and in
12    Puerto Rico.  I don't know if she lived in
13    Pennsylvania or in Tampa, I don't know.  It's too
14    much.  I don't know.
15  Q  But growing up, you lived with your grandma?
16  A  Yes, with my father's mother.
17  Q  Have you ever had to show an ID when applying for a
18    job?
19  A  No.  I've never been able to work in the condition
20    I was in.
21  Q  Have you ever driven a car?
22  A  Yes, but without a license.
23  Q  I won't tell.  Have you ever taken an airplane?
24  A  Yes, when I had my county ID, yes, I did, but now I
25    got to go on the bus, and that is a long ride all

Page 46

1    the way to Tampa, Florida.
2  Q  So you were able to get on a plane with your county
3    photo ID, but not anymore?
4  A  Yes, not anymore.  I used to be able to go with my
5    mom to go see my grandmother, but that's the only
6    time I flew.  And now I can't fly anywhere, and now
7    I have to go on the bus.
8  Q  Have you ever had a hunting or fishing license?
9  A  Never.
10  Q  Do you ever have to show an ID to pick up a
11    prescription for medication?
12  A  No, I can't, because I always take my
13    brother-in-law.  I can pick up the other medicines
14    myself, but for the other pain -- the other
15    medicine, for my pain, I can't.  You need an ID.
16    So I take him along.
17  Q  And it's in your brother-in-law's name that you
18    pick up the medication?
19  A  No, it's in my name, but since I don't have an ID,
20    my brother-in-law goes with me.  But I go with him;
21    you know, we go together.
22  Q  Do you have a guardian?
23  A  Used to.
24  Q  And that was -- that was your sister?
25  A  That was my sister.

Page 47

1  Q  But right now there's no legal guardianship?
2  A  No, no, no.
3  Q  I'd like to talk about the process of getting a
4    Wisconsin ID.  Do you remember when you first tried
5    to get a Wisconsin state ID?
6  A  The first time?
7  Q  Yes.
8  A  I think I remember.  I don't.  It's just I've been
9    to so many places that I don't remember if it was
10    here or if it was there.  I just don't, no, I
11    don't.
12  Q  Do you remember was it before you lived in Tampa?
13  A  Yes, I believe so.  It was before I lived in Tampa.
14  Q  And when I say when you lived in Tampa, just so
15    we're clear, I'm talking about the ten-year period
16    from around 2004 to 2014.  Is that understood?
17  A  Yes.
18  Q  And so you said it was before that ten-year period
19    that you first tried to get a Wisconsin ID?
20  A  Yes, but I was unable to do anything.
21  Q  And why is that?
22  A  It's because I didn't have a birth certificate.  I
23    went with my mom to try to do it, but they also
24    said no.  They wanted a birth certificate, so I was
25    unable to do anything.

Page 48

1  Q   Do you remember where you lived when you first
2      started applying for a Wisconsin ID?
3  A   Here.
4  Q   Do you remember your address?
5  A   Well, that's been so long.  Because I've lived on
6      Lapham, on Mitchell, on Orchard.  I've lived in so
7      many places, I just don't remember.
8  Q   Okay.  Now, talking specifically about since you've
9      moved back from Tampa, have you tried to get an ID
10     since you moved back from Tampa?
11 A   Yes, but I've been unable to.  Because my
12     brother-in-law would take me to the places, and
13     there was nothing -- nothing I could do.
14 Q   Can you describe the steps that you took when you
15     first started, after moving back from Tampa, to get
16     an ID?
17 A   Well, in order to get my identification, I've took
18     in all of my documents.  I took all the documents
19     that I'm showing them where I was born.  Well, no,
20     not the one's showing them where I was born, but my
21     other documents, but I was unable to get an ID.
22     They wouldn't give it to me because I did not have
23     a birth certificate.
24         And I took in my school records, my
25     baptism records, but none of those were of any use.

Page 49

1      And I also told them the date I was born, which is
2      1/1/58, but they didn't pay any attention to me.
3  Q   You said you showed them the baptism certificate?
4  A   Yes, this one, yes, and the school ones and
5      everything, any other proof I had, but they said
6      they were unable to do anything with that.
7  Q   Do you remember who you showed those documents to,
8      the baptism certificate and the school records?
9  A   I showed it to everybody to try to get an ID.  I
10     took it to the DMV, where you get an ID.  I took it
11     to another place.  I took it everywhere, but
12     nothing.
13 Q   I'm handing you now what's been labeled Exhibit 3.
14 A   This is where I used to live with my sister.
15 Q   Have you seen this document before?
16 A   Let me see.  Well, since it's in English, I don't
17     know, because the only one who helps me with this
18     is my brother-in-law.  Motor vehicles?  This is
19     where I went to apply to get an ID.
20 Q   I'll represent to you that this is a letter from
21     the Department of Motor Vehicles, the Wisconsin
22     Department of Transportation, denying your request
23     for an ID.  Do you recall getting this letter then?
24 A   I believe so, but it's so many documents that I
25     have at home, and they're just a mess.  And then I

Page 50

1      do remember getting this letter, but I don't know
2      if I have it put away in drawers or in a closet.
3      It's just a lot of letters.
4  Q   But you do recall getting a letter denying your
5      petition for an ID; is that correct?
6  A   Yes, because they were unable to find me anywhere.
7  Q   And I'm looking at the second page of this
8      document, about halfway down the page.  There's a
9      sentence that reads, and I'm looking, "As
10     previously discussed with you, secondary
11     documentation may include the following:"
12         And one of the bullet points is
13     "Baptismal certificate."  That's the top bullet
14     point.  And the fifth line down is "Early school
15     record."
16         Are you saying that you showed the DMV
17     both your baptismal certificate and the early
18     school record?
19 A   Yes, yes, and they paid no mind to me.  They told
20     me that it had to be a birth certificate and that
21     this was worthless.  And I took in the school
22     record and the baptism record, and nothing, they
23     said nothing could be done, nothing.
24 Q   So if there was a note from a DMV worker saying
25     that you hadn't provided any of those documents,

Page 51

1      would you say that's an incorrect statement?  And
2      by "those documents," just to clarify, I'm talking
3      about a baptismal certificate and an early school
4      record.
5  A   Yes, because I went with all of my proof, with my
6      brother-in-law, and they said no.  Right there and
7      then, they told us that there was nothing we could
8      do, so we left.  And the only one who helps me
9      manage all of this is my brother-in-law.
10 Q   Were there ever any translators other than your
11     brother-in-law when you were involved in applying
12     for an ID?
13 A   No, I would always take my brother-in-law.  There
14     was another one, more or less, I remember, I don't
15     know, but I would always take my brother-in-law.
16 Q   And did DMV ever provide somebody to help
17     translate?
18 A   There was one in Spanish, but nothing.  They didn't
19     do anything either.
20 Q   There was one time when they had someone to
21     translate?
22 A   No, it was twice, because I went two times, one to
23     get a state ID, and one to get an ID to vote, and
24     both times I was denied.
25 Q   You went to get a state ID separate from getting an

Page 52

1    ID to vote; is that correct?
2  A   Yes. I was denied an ID from Wisconsin, but they
3    told me that I could get one to vote, which is fine
4    for me because that way I could still move around,
5    and I can get my apartment and send it to housing
6    and use it for that.
7        But they still said no. And my
8    brother-in-law was there, and they couldn't do
9    anything, so we left.
10 Q   Why did they deny you for the Wisconsin ID, as
11    opposed to the ID for voting, if you know?
12 A   I don't know. I don't know.
13 Q   After they denied you for the Wisconsin ID, they
14    said you could still try to get an ID for voting?
15 A   They said no. They said no. I couldn't do
16    anything.
17 Q   So after you -- strike that.
18        You were denied two separate times?
19 A   Yes.
20 Q   Once for a Wisconsin ID, and once for a voting ID?
21 A   Yes, yes, yes.
22 Q   What's your understanding of what the Wisconsin ID
23    would have been that's different than the voting
24    ID?
25 A   I don't know what the difference is.

Page 53

1        MR. CURTIS: Yeah, I would add an
2    objection that you're calling -- asking the witness
3    to make a legal conclusion, which he's not able to
4    make. I believe there's just one kind of ID.
5        MR. JOHNSON-KARP: That's my
6    understanding.
7        MR. CURTIS: I believe, although I don't
8    want to put words in his mouth, but I think he's
9    talking about before Florida and after Florida, but
10    I'm unsure.
11 BY MR. JOHNSON-KARP:
12 Q   Were the two denials, what you're calling the
13    Wisconsin ID and the ID for voting, were those both
14    after you moved back from Tampa?
15 A   Yes, that's when I came here. That's where I did
16    it, here.
17 Q   And you've been denied twice since you got back
18    from Tampa; is that right?
19 A   Twice when I've arrived from Tampa.
20 Q   And in both of those processes, you showed them the
21    baptismal certificate and the early school records;
22    is that correct?
23 A   Yes, I've showed them all of my documents, to the
24    Court, to my attorney, to everyone, and there's
25    nothing that's been able to get done.

Page 54

1        Well, when I was in Tampa, I also got an
2    attorney from Legal Aid to help me. So then what I
3    did is I took in my mom so she could go in and say
4    she was my mom. But then the attorney was like,
5    no, the issue -- we're not going to talk to her; we
6    need to talk to you. I don't know why they would
7    want to talk to me. She's my mom; they could talk
8    to her.
9  Q   Was your mother involved, since moving back from
10    Tampa, when you tried to get a Wisconsin ID for
11    voting?
12 A   She has helped me quite enough. There's not much
13    she can do because she's very old. And I don't
14    want to burden her so much because she can barely
15    walk because of her knees.
16 Q   Did she ever, if you recall, call the Department of
17    Motor Vehicles?
18 A   That I am aware of, I don't remember.
19 Q   Were you ever with her when she --
20 A   Wait a minute. Well, I did go to Tampa, and I went
21    to the motor vehicles to get an ID, but it was also
22    denied. And on that occasion, my cousin took me.
23 Q   When you were in Wisconsin trying to get a
24    Wisconsin voter ID, do you ever remember being with
25    your mother when she spoke on the telephone to the

Page 55

1    Department of Motor Vehicles?
2        MR. CURTIS: Let me -- let me just -- let
3    me just interject something. You've given the
4    witness a letter from DMV. Particularly in light
5    of his memory -- I mean, this isn't a memory
6    test -- I'm wondering, may he refer to the exhibit
7    to --
8        MR. JOHNSON-KARP: He may. And I guess
9    I'm just --
10        MR. CURTIS: I know you're not trying to
11    trap him, but it's right in front of him, Gabe.
12        MR. JOHNSON-KARP: Right.
13        MR. CURTIS: In this letter --
14        Gabe, what's the -- may I read this to
15    him, because he's not --
16        MR. CURTIS: That's fine.
17        MR. CURTIS: Okay. In this letter in
18    January 15, 2015, it says -- this is from DMV -- it
19    says that with your cooperation, DMV compliance
20    unit staff spoke with your mother, Doris London,
21    regarding your case. Your mother communicated that
22    your date of birth may be January 1st, 1958, not
23    June 17th, 1958, as originally thought.
24        And then later, under April 17, 2015, it
25    says your mother, Doris London, called and spoke

Page 56

1    with DMV compliance staff, communicating that she
2    did not have any information that could
3    substantiate your birth record.
4          She went on to say that she believed your
5    date of birth to be January 1st, 1958, and that the
6    hospital where you were born burned down, and all
7    records were lost.
8          THE WITNESS: That's what I was told as
9    well by her.
10   BY MR. JOHNSON-KARP:
11   Q   Does this summary accurately reflect the process
12       that you went through?
13   A   Yes. Yes, because I had a list of documents, a
14       huge list of documents, and then I paid $25 to get
15       the documents from 1958 and back, but it also
16       didn't show.
17   Q   Who did you pay $25 to?
18   A   Over there in Madison, but I don't recall exactly.
19       I know it was Madison, but I don't know who, but
20       they told me if I paid another $25, they would
21       expand the search to ten years prior, but that's
22       all I remember.
23          I think it's the place where you ask --
24       or you try to find birth certificates, because
25       that's where I sent it, but I can't recall exactly.

Page 57

1    I think that's where it is.
2    Q   And that was in attempt to find your birth
3        certificate; is that --
4    A   Yes. No, but it never showed up any results from
5        my mom's name, my father's name, or mine.
6    Q   And was that a search in Pennsylvania records?
7    A   Yes.
8    Q   Did it search -- was the search for any other
9        records, or just Pennsylvania?
10   A   Well, see, when I was in Tampa, Florida, I had a
11       friend, and that friend worked for an attorney's
12       office, and they were helping me, see? And then
13       she sent all of the information, and then about a
14       week later she received a letter, and since I was
15       always around there, I stopped by. And since the
16       letter was in English, well, she helped me, and
17       what it said was that they couldn't find anything
18       and that there was nothing else they could help me
19       with.
20          And then I had all of those records put
21       away with my cousin, but when I went back to get
22       them, my cousin had thrown them all away, so there
23       was nothing I could do about that because I hadn't
24       gone over there to get them.
25   Q   And that was in Tampa?

Page 58

1    A   Yes. I had all of the records put away,
2        everything.
3    Q   Which records?
4    A   Well, the birth certificate, looking for the birth
5        certificate by searching by my name, searching by
6        my name backwards, searching by my birthdate,
7        searching by my birthdate backwards, searching by
8        my first name, by my last name, switching those
9        around, and also searching by another name that my
10       mom told me I had, which is David Allen.
11   Q   So when you say you had the records, these were --
12          THE INTERPRETER: I'm sorry. Interpreter
13       forgot something.
14          THE WITNESS: And I've spent a lot of
15       money trying to do this, so much money that it's
16       just too much. Ten years in search of those
17       documents, and nothing.
18   BY MR. JOHNSON-KARP:
19   Q   And when you were talking about the records that
20       your cousin lost -- or your cousin threw away,
21       those were records of the search, or were you able
22       to find any records, such as a birth certificate?
23   A   Well, it's documents showing that I would mail
24       them, and then they would mail me back, and then
25       sometimes they would mail me back, and then they

Page 59

1    would mark the paper with a yellow magic marker.
2    And there was never anything. Nothing showed up.
3    And that was it. There was nothing else I could
4    do.
5          And then they would ask me questions
6    like, what's the birthdate? And I said, well, I
7    don't -- how am I supposed to tell you if I don't
8    really know? And I changed it to see, but it never
9    showed up, so I don't know what else I could do.
10   Q   So just to be clear, those records never
11       produced -- you never got a birth certificate; is
12       that correct?
13   A   Never, never. Because my sister, she went into the
14       computer, and they told her send $50, and the
15       record never showed up, and neither did my 50
16       bucks. They've kept all of the money. I don't
17       know why.
18   Q   And you mentioned paying in Wisconsin -- you
19       mentioned paying $25. Do you remember if that was
20       in Wisconsin or in Florida?
21          MR. CURTIS: Don't guess. Don't guess.
22       If you remember. If you don't remember, it's okay.
23          THE WITNESS: Well, let me see. Let's
24       see if I remember. No, I don't recall. I don't
25       recall.

Page 60

BY MR. JOHNSON-KARP:

1  BY MR. JOHNSON-KARP:
2  Q   I'm looking at Exhibit 3, the denial letter. It's
3      dated June 10th, 2015. Since receiving -- since
4      that date, have you tried to gather any more
5      documents to try to get an ID?
6  A   Yes, but nothing. No, everything was denied.
7  Q   What else have you tried to get since then?
8  A   After this, I've gone to other places, I don't
9      remember the name, but they've sent me to other
10     places. But they always request my birth
11     certificate, which I cannot give them because I
12     don't have it, and there's nothing else I can do.
13 Q   Are you aware of any family Bible?
14 A   What does that mean?
15 Q   That would have your name in it from when you were
16     young?
17 A   I don't recall.
18 Q   Have you looked for any census records?
19 A   What is that?
20 Q   Records from the state where you were born that
21     would show that your parents lived there?
22 A   Yes, but nothing.
23     MR. JOHNSON-KARP: Counsel, if we can
24     take maybe five minutes.
25     MR. CURTIS: Sure.

Page 61

1      MR. JOHNSON-KARP: I think we could
2  probably finish up before lunch, but I just want to
3  review my notes.
4      MR. CURTIS: Okay. I may have a little
5  bit to follow up, but not a lot.
6      MR. JOHNSON-KARP: Okay. Given that,
7  would it be okay with everyone if we would go to
8  12:30 without a lunch break?
9      THE INTERPRETER: That's fine with me.
10     MR. CURTIS: It's okay with you, Jose?
11     MR. ROBLES: Um-hum.
12     MR. CURTIS: Yeah, it's about 11:30 now.
13     THE WITNESS: That's fine.
14     MR. CURTIS: Are you okay for about one
15 more hour?
16     THE WITNESS: Yes, that's fine. The
17 important thing is that everything gets worked out.
18     MR. CURTIS: Okay.
19     (A recess was taken from 11:32 p.m. to
20 11:49 p.m.)
21     MR. JOHNSON-KARP: On the record.
22 Q   Mr. Aponte, do you understand that you're a
23     plaintiff in the case One Wisconsin Institute
24     versus Nichol?
25 A   Yes.

Page 62

1  Q   How did you first become aware of this case?
2  A   I don't know. I have no idea. That just came out
3      of nowhere. An attorney contacted me on the phone,
4      but since there wasn't an interpreter available, I
5      had to call back the next day, and there still
6      wasn't an interpreter. So then my brother-in-law
7      called for me.
8          And the thing is that at first, I had
9      went to Legal Aid. And then I went to Legal Aid,
10     and then after I left Legal Aid in the afternoon, a
11     lawyer called me. I didn't know that a lawyer was
12     going to call me. But he called me, and I couldn't
13     really understand because of the English, but I did
14     understand "ID," and that's why I couldn't talk to
15     him until the next day, until my brother-in-law
16     helped me.
17 Q   And do you recall what you were first told when you
18     spoke on the phone?
19 A   They said, "ID." I don't know anything else.
20 Q   Did they ask if you wanted to be a witness in this
21     case?
22 A   Well, I don't know, because since they spoke
23     English and all I was able to understand was "ID,"
24     there was really nothing else I could understand.
25     So then my brother-in-law called them and talked to

Page 63

1  them, so I don't know.
2          So I called him, and I said, hey,
3  somebody called me on the phone, and they mentioned
4  something about an ID. So I got the person's phone
5  number, and I gave it to him for him to call.
6  Q   Do you remember when that was?
7  A   No, I don't recall.
8  Q   Do you think it was before the 1st of the year, so
9      before 2016?
10 A   I think it was this year, 1916, I think so.
11 Q   2016?
12 A   Yes.
13 Q   And do you remember when you were asked about being
14     a plaintiff in this case?
15     MR. CURTIS: I would object to the extent
16 you're getting into any questions that would be
17 covered by the attorney-client privilege.
18     MR. JOHNSON-KARP: Okay. Understood.
19     MR. CURTIS: I mean, anything about
20 witness --
21     MR. JOHNSON-KARP: Sure, sure.
22     MR. CURTIS: Anything about witness okay,
23 but I think at the point of --
24     MR. JOHNSON-KARP: Right. And that's the
25 line I'm trying to get to is when those days --

Page 64

1       MR. CURTIS: I understand.
2       MR. JOHNSON-KARP: At some point --
3       MR. CURTIS: I think that's a fair point,
4   Gabe, so if you want to go up to the line --
5       MR. JOHNSON-KARP: Sure.
6       MR. CURTIS: -- and then -- and then --
7       MR. JOHNSON-KARP: Sure.
8       MR. CURTIS: That's fine.
9   BY MR. JOHNSON-KARP:
10  Q   At some point did you agree to be a witness in this
11      case?
12  A   Yes.
13  Q   Was that soon after you received the first call
14      from an attorney in this -- about this case?
15  A   Yes.
16  Q   So based on your first answer -- or your answer
17      earlier, that would have been, you think, in 2016?
18  A   To me, I think it was in 2016. Yes, that's because
19      when I went downtown to see the attorney, and then
20      they asked me if I wanted to present it before a
21      judge, certify this before a judge, and I said yes,
22      because my papers were being denied.
23  Q   Okay. Do you remember the name of the person who
24      contacted you?
25  A   No. I don't recall names very well.

Page 65

1   Q   Do you know why you're a plaintiff in this case?
2       MR. CURTIS: Objection. Confusing.
3       THE WITNESS: No, I don't know, I don't
4       know.
5   BY MR. JOHNSON-KARP:
6   Q   At the end of this case, what outcome would you
7       like to see?
8       MR. CURTIS: Objection, confusing, but he
9       can answer.
10      THE WITNESS: That the law be followed
11      the way it should be, because I am an American
12      citizen.
13  BY MR. JOHNSON-KARP:
14  Q   And are you hoping that at the end of this case,
15      you'll get an ID?
16  A   If I'm helped, yes, because I can't do anything
17      about it. I don't know anything about this.
18  Q   Mr. Aponte, I understand that you've been convicted
19      of two crimes in Wisconsin; is that correct?
20      MR. CURTIS: And let me -- let me -- one
21      moment. I want to object to the questioning
22      because the convictions are so old, and they do not
23      relate to Mr. Aponte's truthfulness, but he can
24      answer.
25      THE WITNESS: No, the case doesn't have

Page 66

1   anything to do with that.
2       MR. CURTIS: Well, but he -- you do have
3       to -- he has to answer, but it's okay, it's okay.
4   BY MR. JOHNSON-KARP:
5   Q   Twice?
6   A   Yes.
7   Q   Were you ever convicted in any other state of any
8       crime?
9   A   No, just here.
10  Q   Do you remember when your parole or probation or
11      supervision period ended for those cases?
12  A   I think it was in 2001.
13  Q   Did you vote while you were still on parole or
14      extended supervision?
15  A   No.
16  Q   Did you ever live at 2225 West Orchard Street?
17  A   Yes, that I remember.
18  Q   If someone named David Aponte living at that
19      address registered and voted in November 2000,
20      would that have been you?
21  A   Not that I recall, because I lived with my brother
22      at that address.
23  Q   But there wasn't another David Aponte who lived
24      there, was there?
25  A   No, no.

Page 67

1   Q   Do you know a David Morrobel, spelled
2       M-O-R-R-O-B-E-L?
3   A   I don't even know who that is.
4   Q   You don't know? Have you ever used that name?
5   A   That I recall, I don't remember that name.
6   Q   You've never referenced to anybody that that was
7       your name?
8   A   No. I was known as Rambo.
9   Q   But never David Morrobel?
10  A   No, Rambo.
11  Q   Do you have any idea why someone with that name
12      would use your social security number?
13  A   Well, I don't know, because like I told you, I lost
14      all of my papers, and I reported it, so I don't
15      know if somebody used it or what, I don't know, but
16      I know I reported it.
17  Q   But you don't know any David Morrobel who you've
18      given permission to use your social security
19      card -- or number, rather?
20  A   No, I don't even know that name. I don't even know
21      my own friends' names. I just say "hi," and that's
22      it, that's all.
23  Q   Do you know a Yolanda Betancourt,
24      B-E-T-A-N-C-O-U-R-T?
25  A   Nope, don't know her either. Don't know.

Page 68

1  Q   You wouldn't have any idea why she would have the
2      same social security number as you?
3  A   I don't know.  Well, I'm remembering that when I
4      was in Tampa, Florida, and I went to get food
5      stamps, I remember that when they looked on the
6      computer, they said that I was paying child support
7      for three children, and I've never had any kids in
8      Tampa.
9  Q   Do you have any kids anywhere?
10 A   I never had children.
11 Q   Did the people in Tampa that you were talking about
12     just now mention a Yolanda Betancourt?
13 A   No.  They just said the name was David Aponte, and
14     it had the same social security number in Tampa,
15     Florida, but I had never lived in Tampa, Florida.
16 Q   When was that?
17 A   When I went to live with my mom in 2004, and I had
18     never been to Tampa, Florida.
19 Q   Before that, you had never lived in Tampa, Florida?
20 A   No, never, never.
21 Q   And were you required to pay child support for
22     those children?
23 A   No.  Somebody's paying, but it wasn't me, because I
24     told them, I said, this is the first time I've come
25     to Tampa, Florida.  How am I going to pay?  I don't

Page 69

1      have any kids.
2          And they say that they have my same name
3      and social security number.  How?  I don't know.
4      And that's why I couldn't get food stamps over
5      there.
6  Q   Because somebody else was using the same social
7      security number?
8  A   Yes.  And that's what I don't understand.  How?
9      Maybe, I'm just saying maybe, my opinion, is that
10     maybe when I lost them, somebody found them, and
11     they started reporting them.  I don't know.  I'm
12     just saying.  I lost them, and I reported them.
13 Q   You're saying lost your documents, your social
14     security card?
15 A   Yes, the ID, everything.
16 Q   Does that refer to when it was lost from your
17     cousin's house?
18 A   No.  That was here in Milwaukee when I lost all of
19     my documents.
20 Q   But is that the same situation you were talking
21     about earlier, that your cousin threw away your
22     documents?
23 A   No, no.  When those got lost, it was when I had my
24     county ID, and that's the one that was lost in
25     Tampa, Florida, over there, where I didn't have any

Page 70

1      kids.  And that Yolanda, I have no idea who that
2      would be.  I barely know anybody, because I only go
3      from my house to my sister's house, to my friend's
4      house, that's it.
5  Q   I think you mentioned that if somebody voted in
6      2000 in your name, that wouldn't have been you; is
7      that correct?
8  A   To me, I don't think so.
9  Q   You don't think you voted in 2000?
10 A   No, I didn't vote in 2001.
11 Q   In 2000.
12 A   No, no, because I was in prison in 2000, and then I
13     got out.
14 Q   And you got out still in the year 2000; is that
15     correct?
16 A   Yes, I do remember I got out around -- well, I
17     remember around that date.  And then I got out, and
18     I was on parole for about a year and a half only.
19     And that's when I finished parole, around 2001.
20 Q   And you said you did not vote in 2000?
21 A   No, never.
22 Q   So if someone used your name and your address to
23     vote in the year 2000, that wouldn't have been you,
24     correct?
25 A   No.  No, no, I never voted in 2000.

Page 71

1  Q   Would you be upset if somebody used your name and
2      your address to vote?
3  A   Yes, because I reported it, and if I reported it
4      and they know about it, then they should have
5      investigated that person.
6  Q   Did you report somebody else voting in your name?
7  A   I didn't report that because I didn't know they had
8      used that.
9          MR. JOHNSON-KARP:  I don't have any more
10     questions.
11         MR. CURTIS:  Okay.  May we go off the
12     record for about five to ten minutes at most?
13         (A recess was taken from 12:09 p.m. to
14     12:25 p.m.)
15         MR. CURTIS:  Back on the record.
16         EXAMINATION
17 BY MR. CURTIS:
18 Q   I have just several questions in follow-up,
19     Mr. Aponte.
20 A   Okay.
21 Q   You have been in a lot of pain this morning; is
22     that right?
23 A   Yes, too much.
24 Q   And where?  Where does it hurt?
25 A   Well, here I have a muscular muscle, and here I

Page 72

1   have that piece that hurts a lot, and I forgot to
2   bring the pill with me.
3   Q   I'll keep this short. Even though you've been in
4   pain, you can understand the questions?
5   A   Yes.
6   Q   Except when they're very long?
7   A   Yes, that's where I get stuck.
8   Q   Okay. When you vote, do you make your own decision
9   who to vote for?
10  A   Yes.
11  Q   There was an election, a primary election, here
12  earlier this month. Did you want to vote in it?
13  A   Yes, and I wasn't allowed to.
14  Q   Mr. Aponte, if I remember, you were born in
15  West Chester, Pennsylvania?
16  A   Correct.
17  Q   Is that where your mother is from?
18  A   Correct.
19  Q   Okay. And your mother's last name is "London"?
20  A   Correct.
21  Q   Okay. I'd like to refer, Mr. Aponte, to Exhibit 2,
22  which contains your baptism certificate and your
23  school records.
24  A   Yes, correct.
25  Q   Your baptism certificate says "David London."

Page 73

1   A   Correctly.
2   Q   But that's not your full name.
3   A   No.
4   Q   Okay. But "London" is your -- your -- the name
5   "London" is, because that's your mother's name.
6   A   Yes, my mom, correct.
7   Q   Do people in Spanish culture use their mother's
8   name sometimes?
9   A   No. I've always used my father's, Aponte, my
10  entire life.
11  Q   Okay. Do you remember showing your baptism
12  certificate and your school records to the DMV?
13  A   Correctly.
14  Q   Was that here in Milwaukee?
15  A   Yes, here, yes, yes.
16  Q   At a DMV office?
17  A   Yes, correctly.
18  Q   And what did they say?
19  A   That that did not work here; that it had to be a
20  birth certificate.
21  Q   Did you ever take these documents to DMV a second
22  time?
23  A   Yes, correctly.
24  Q   Was that also here in Milwaukee?
25  A   In Milwaukee here, both times.

Page 74

1   Q   And the second time, what did they say?
2   A   That, no, it had to be a birth certificate.
3   Q   When you applied to the DMV for a voter ID, did the
4   DMV ever offer to help you pay for any documents
5   you needed?
6   A   No.
7   Q   How would I -- how would you feel if I told you
8   that the DMV is offering to help some people pay
9   for their documents?
10  A   What was that? Again.
11  Q   Okay. Would you be upset if you found out that DMV
12  is helping other people pay for their documents?
13  A   Yes.
14  Q   Has anyone from DMV ever explained to you why
15  they're not helping you pay for documents?
16  A   No.
17  Q   You testified earlier that your mother spoke with
18  DMV on the telephone?
19  A   Yes.
20  Q   Your mother is probably a good person to know where
21  and when you were born; do you agree?
22  A   Yes, correctly.
23  Q   Did anyone from DMV explain to you why they
24  wouldn't take your mother's -- what am I -- what
25  word am I looking for?

Page 75

1       Did anyone from DMV explain to you why
2   they would not accept what your mother said?
3   A   No, never.
4   Q   Okay. Did anyone from DMV ever suggest that your
5   mother fill out an affidavit?
6   A   Not either.
7   Q   Do you remember if you ever suggested that your
8   mother fill out an affidavit?
9   A   No. No, I don't really recall.
10  Q   Okay. Would you be upset if you found out that DMV
11  allows some people to submit affidavits as proof?
12       MR. JOHNSON-KARP: Objection. Vague.
13       THE WITNESS: Yes.
14  BY MR. CURTIS:
15  Q   Mr. Aponte, you said that you understand from your
16  mother that the hospital where you were born burned
17  down.
18  A   It burned, correct.
19  Q   Did anyone from DMV ever help you look for the
20  records from that hospital?
21  A   No. I just remember that they sent a letter saying
22  that they were unable to do anything.
23  Q   Okay. You said your mother's family is from -- was
24  from Pennsylvania; is that right?
25  A   Yes, correct. That's where I met my grandmother.

Page 76

1  Q   Do you know if DMV ever looked for census records
2      about your mother from Pennsylvania?
3  A   No.
4  Q   Did DMV do anything to help you look for any of
5      these documents?
6  A   No, nothing.
7  Q   Did DMV ever make any telephone calls to
8      Puerto Rico?
9  A   I don't know.
10         MR. CURTIS:  Okay.  That's all I have,
11     counsel.
12         MR. JOHNSON-KARP:  I don't think it was
13     an issue here, but just in keeping with the case,
14     if there was any confidential information, I would
15     just ask that any filings be in compliance with our
16     confidentiality agreement.
17         MR. CURTIS:  Of course.  I don't believe
18     that's an issue here, since Mr. Aponte has come
19     forward publicly.
20         MR. JOHNSON-KARP:  Okay.
21         MR. CURTIS:  But I agree with you.  If
22     there is anything, I agree.
23         MR. JOHNSON-KARP:  Okay.  Thank you.
24         MR. CURTIS:  Are you all done?
25         MR. JOHNSON-KARP:  I'm all done.

Page 77

1         (Concluded at 12:37 p.m.)
2         (Original exhibits were attached to
3      original transcript; copies to transcript copies.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 78

1  STATE OF WISCONSIN )
2                     ) SS
   MILWAUKEE COUNTY   )
3         I, JULIE A. POENITSCH, RPR/RDR, Certified
4  Realtime Reporter, and Notary Public in and for the
5  State of Wisconsin, do hereby certify that the preceding
6  deposition was recorded by me and reduced to writing
7  under my personal direction.
8         I further certify that said deposition
9  was taken before me at GRAMANN REPORTING, LTD., 740
10 North Plankinton Avenue, Suite 400, Milwaukee,
11 Wisconsin, on the 28th day of April, 2016, commencing at
12 9:08 a.m. and concluding at 12:37 p.m.
13        I further certify that I am not a
14 relative or employee or attorney or counsel of any of
15 the parties, or a relative or employee of such attorney
16 or counsel, or financially interested directly or
17 indirectly in this action.
18        In witness whereof, I have hereunto set
19 my hand and affixed my seal of office at Milwaukee,
20 Wisconsin, on this 9th day of May, 2016.
21
22
23        JULIE A. POENITSCH - Notary Public
          In and for the State of Wisconsin
24 My commission expires January 25, 2019.
25

## WORD INDEX

**< $ >**
**$25**  56:14, 17, 20  59:19
**$50**  59:14

**< 1 >**
**1**  3:10, 21  6:12, 12  8:4,
4, 10, 10  25:24  26:3
40:22, 22  42:9, 9  43:5,
5  49:2, 2
**10**  3:11
**10:11**  31:10
**10:22**  31:11
**10th**  60:3
**11:30**  61:12
**11:32**  61:19
**11:49**  61:20
**12:09**  71:13
**12:25**  71:14
**12:30**  61:8
**12:37**  2:10  77:1  78:12
**14**  3:10
**15**  1:6  3:11  55:18
**16**  3:10
**17**  2:18  11:16  42:9
55:24
**17th**  7:3  8:1, 18  10:6,
12, 18  11:2  42:15  43:4
55:23
**1916**  63:10
**1958**  10:6  43:8  44:9
55:22, 23  56:5, 15
**1960**  43:12
**1979**  17:6, 20
**1991**  18:13, 25  19:17
**1st**  6:15  10:5  43:4, 7
44:9  55:22  56:5  63:8

**< 2 >**
**2**  3:11  31:12  34:10
35:16  43:21  72:21
**20**  13:12
**2000**  66:19  70:6, 9, 11,
12, 14, 20, 23, 25
**2001**  66:12  70:10, 19
**2004**  8:14  9:1  14:1, 4,
8  47:16  68:17
**2008**  30:7, 8, 9
**201**  2:15
**2012**  32:14, 15, 20
**2013**  44:17
**2014**  9:3  16:17  27:2
28:2  32:18, 22  33:2, 8,
15  36:4  47:16
**2015**  55:18, 24  60:3
**2016**  1:18  2:9  36:5
63:9, 11  64:17, 18
78:11, 20
**2019**  78:24
**20s**  13:22
**2225**  66:16

**23**  13:8
**24**  13:9
**25**  78:24
**26**  3:10
**27**  3:21
**27th**  44:17
**28**  1:18
**28th**  2:9  78:11

**< 3 >**
**3**  3:11  31:12  49:13
60:2
**30**  13:13
**30s**  13:23  41:14
**324**  1:6
**34**  3:11

**< 4 >**
**4**  3:3  8:14
**400**  1:21  2:8  78:10
**49**  3:11

**< 5 >**
**5**  8:14
**50**  59:15
**53703-5118**  2:15
**53707-7857**  2:19
**58**  6:12  8:4, 10  40:22
42:9, 9  43:5  45:3  49:2

**< 6 >**
**6**  3:11  42:9

**< 7 >**
**71**  3:4
**740**  1:21  2:7  78:9
**7857**  2:18
**79**  17:6

**< 8 >**
**80-something**  17:6

**< 9 >**
**9**  3:10
**9:08**  1:19  2:9  78:12
**91**  18:11
**9th**  78:20

**< A >**
**a.m**  1:19  2:9  31:10, 11
78:12
**able**  21:11  22:3  23:12
31:25  34:17  39:11
40:23  41:21  45:19
46:2, 4  53:3, 25  58:21
62:23
**above-entitled**  2:2
**absentee**  33:21, 25
**accept**  75:2
**accident**  17:17
**account**  42:1, 2, 4, 6
**accurate**  5:22  43:16

**accurately**  4:3  56:11
**Acevedo,**  45:5
**ACTION**  1:4  2:2
34:17  78:17
**add**  53:1
**address**  10:16  16:5, 17
48:4  66:19, 22  70:22
71:2
**Administration**  10:11,
13  42:8
**affidavit**  75:5, 8
**affidavits**  75:11
**affixed**  78:19
**afternoon**  62:10
**age**  17:3
**ago**  30:10  44:14, 23
**agree**  4:21  64:10  74:21
76:21, 22
**agreement**  76:16
**ahead**  19:11  24:3
**Aid**  54:2  62:9, 9, 10
**airplane**  45:23
**Al**  29:12
**alive**  9:19
**Allen**  58:10
**Allentown**  13:17  15:3, 8
41:12
**allow**  28:20
**allowed**  30:17, 18  33:6
72:13
**allows**  75:11
**American**  43:18  65:11
**ANITA**  1:5
**answer**  5:7, 17  22:4, 6
64:16, 16  65:9, 24  66:3
**answers**  5:1, 3  32:1
**anybody**  23:13  67:6
70:2
**anymore**  18:24  46:3, 4
**apartment**  15:14  16:14
23:4  36:12  38:15  52:5
**APONTE**  1:17  2:1
3:11  4:5, 10, 15  5:21
7:2, 17  9:8  12:17, 19,
22  14:23, 23  21:3
31:15  61:22  65:18
66:18, 23  68:13  71:19
72:14, 21  73:9  75:15
76:18
**Aponte,**  12:21
**Apontes**  12:23
**Aponte's**  65:23
**app**  25:4
**appeared**  2:16, 19
**application**  3:10  12:5
24:22, 25  25:9, 13  26:9,
11  27:17  34:19
**applications**  3:21  27:12
**applied**  12:13  24:16, 21
27:3, 8  35:10  41:9, 16
74:3
**apply**  49:19

**applying**  25:15  45:17
48:2  51:11
**appointments**  17:10, 11
**April**  1:18  2:9  55:24
78:11
**arrived**  53:19
**asked**  21:7  33:14  63:13
64:20
**asking**  19:10  21:5  29:7
32:24  34:5  53:2
**assistant**  4:12
**associated**  10:7
**assume**  27:21
**attached**  3:13  77:2
**attempt**  57:2
**attention**  49:2
**attorney**  4:13  11:7, 10,
15, 18, 25  19:19  53:24
54:2, 4  62:3  64:14, 19
78:14, 15
**attorney-client**  63:17
**attorney's**  57:11
**audible**  5:4, 5
**aunt**  17:13, 14
**available**  62:4
**Avenue**  1:21  2:8  78:10
**aware**  10:6  12:16
27:21, 22  54:18  60:13
62:1

**< B >**
**back**  8:6  10:10  16:11
17:12  20:8  23:16
31:18  38:21  48:9, 10,
15  53:14, 17  54:9
56:15  57:21  58:24, 25
62:5  71:15
**background**  6:6
**backwards**  58:6, 7
**bad**  32:4
**bank**  33:17  42:1, 2, 4, 6,
11
**baptism**  43:9, 11, 20
44:16  48:25  49:3, 8
50:22  72:22, 25  73:11
**Baptismal**  50:13, 17
51:3  53:21
**Barack**  30:4
**barely**  54:14  70:2
**BARLAND**  1:10
**based**  64:16
**battling**  25:17
**behalf**  2:16, 19
**believe**  18:11  19:3
23:12  27:23  30:19, 21
47:13  49:24  53:4, 7
76:17
**believed**  56:4
**benefits**  41:2, 5
**best**  5:12
**Betancourt**  67:23  68:12
**B-E-T-A-N-C-O-U-R-T**

67:24
**Bhatia** 18:7, 8
**Bible** 60:13
**big** 21:15
**Bill** 29:9 33:17
**birth** 6:18 10:18 11:11
25:16, 18, 20 26:4
41:21 43:23 47:22, 24
48:23 50:20 55:22
56:3, 5, 24 57:2 58:4, 4,
22 59:11 60:10 73:20
74:2
**birthdate** 6:15, 20 7:3
8:1, 18 10:12 11:2, 8,
16, 19 42:8, 15 43:7
58:6, 7 59:6
**birthdates** 10:6, 7 41:4
**birthday** 13:11 42:19,
21 43:1
**birthdays** 42:18
**bit** 10:1 61:5
**born** 6:8, 9, 12 7:5
9:10, 11, 12 11:8, 20
39:25 40:3 43:14, 23,
24 44:9, 10, 10 45:3
48:19, 20 49:1 56:6
60:20 72:14 74:21
75:16
**bottom** 44:17 45:4
**Box** 2:18
**boy** 13:8
**brain** 17:23
**break** 21:17, 23 31:3, 5,
6 61:8
**breaks** 32:5
**bring** 72:2
**brother** 7:17, 18 14:21,
22 15:7, 14, 21 66:21
**brother-in-law**
16:4 23:23 26:21 28:3
30:12 33:9 35:2, 4
39:11 46:13, 20 48:12
49:18 51:6, 9, 11, 13, 15
52:8 62:6, 15, 25
**brother-in-law's** 46:17
**brought** 10:12 19:16
**bucks** 59:16
**bullet** 50:12, 13
**burden** 54:14
**Burke** 32:24
**burned** 12:3, 6, 8 56:6
75:16, 18
**bus** 45:25 46:7
**Bush** 29:13, 16, 25 30:1
**Bylyngo** 2:21

**< C >**
**call** 54:16 62:5, 12
63:5 64:13
**called** 4:5 12:10 55:25
62:7, 11, 12, 25 63:2, 3
**calling** 53:2, 12

**calls** 76:7
**cancer** 11:22
**capacities** 1:13
**car** 17:17 45:21
**card** 39:6, 8, 13 42:12
67:19 69:14
**Carlos** 7:17 9:8 14:23,
25
**Case** 1:6 12:14 23:6
55:21 61:23 62:1, 21
63:14 64:11, 14 65:1, 6,
14, 25 76:13
**cases** 66:11
**caused** 11:10
**celebrate** 42:19
**celebrated** 13:11 42:20,
21, 24
**celebrating** 42:18
**census** 60:18 76:1
**center** 35:14
**certainly** 27:24
**certificate** 11:12 25:16,
18, 21 26:5 41:21
43:20 47:22, 24 48:23
49:3, 8 50:13, 17, 20
51:3 53:21 57:3 58:4,
5, 22 59:11 60:11
72:22, 25 73:12, 20 74:2
**certificates** 56:24
**Certified** 2:5 78:3
**certify** 64:21 78:5, 8, 13
**change** 10:16
**changed** 6:17 59:8
**Charles** 2:14
**check** 27:24
**checks** 42:10
**Chester** 6:10 12:2
72:15
**child** 20:7 68:6, 21
**childhood** 13:1
**children** 14:17, 18 68:7,
10, 22
**CITIZEN** 1:4 65:12
**Civil** 2:4
**clarification** 21:8
**clarify** 14:3 28:1 51:2
**clarity** 37:4
**clear** 24:7 47:15 59:10
**client** 19:9 37:5
**Clinton** 29:9
**close** 15:18, 20
**closet** 50:2
**CODY** 1:5
**coffee** 31:7
**COIE** 2:14
**come** 14:7 68:24 76:18
**comes** 45:3
**comfortable** 21:10, 24
22:1
**commencing** 2:9 78:11
**commission** 78:24
**communicated** 11:6

55:21
**communicating** 56:1
**compliance** 55:19 56:1
76:15
**computer** 37:15 59:14
68:6
**Concluded** 77:1
**concluding** 2:10 78:12
**conclusion** 53:3
**condition** 45:19
**confidential** 76:14
**confidentiality** 76:16
**confine** 19:14
**confirm** 21:3
**confirmed** 37:4
**confusing** 20:12 65:2, 8
**consider** 43:6
**contact** 9:23
**contacted** 62:3 64:24
**contains** 72:22
**continue** 8:19 21:11
31:23, 24, 24 32:6, 7, 7, 7
**continuing** 21:10
**continuously** 13:25
41:17
**contract** 23:19, 20
**control** 17:19
**convicted** 65:18 66:7
**convictions** 65:22
**cooperation** 55:19
**copies** 3:15, 15 39:3
77:3, 3
**copy** 35:23 39:5, 7
**correct** 9:4 10:24, 25
11:3 12:3, 4, 14 16:15,
20 17:21 21:9, 24
22:17, 18 24:8 28:23
30:8 31:17 32:10 33:1
34:18, 21 37:25 38:22
40:12, 13, 21, 22, 24
41:13 42:13, 14 44:6
45:9 50:5 52:1 53:22
59:12 65:19 70:7, 15,
24 72:16, 18, 20, 24
73:6 75:18, 25
**Correctly** 11:4, 5 24:9
33:5 73:1, 13, 17, 23
74:22
**correspondence** 35:13
**counsel** 26:7 27:10, 20
35:13 37:3 60:23
76:11 78:14, 16
**county** 37:10 38:4, 6, 7,
7, 24 39:14 40:11, 19
45:24 46:2 69:24 78:2
**couple** 4:18
**course** 76:17
**COURT** 1:1 4:24 5:3
53:24
**cousin** 54:22 57:21, 22
58:20, 20 69:21
**cousin's** 69:17

**covered** 63:17
**crime** 66:8
**crimes** 65:19
**Cristiana** 44:1, 1, 5
**CRR** 1:24
**culture** 73:7
**cured** 17:24
**currently** 41:5
**Curtis** 2:14 3:4 19:5
20:23 21:14, 19 22:10
23:10, 24 24:3 25:5
26:6, 9, 14, 22 27:14, 19
31:4, 8 35:12, 18, 21
36:3, 9, 19 37:3 53:1, 7
55:2, 10, 13, 17 59:21
60:25 61:4, 10, 12, 14,
18 63:15, 19, 22 64:1, 3,
6, 8 65:2, 8, 20 66:2
71:11, 15, 17 75:14
76:10, 17, 21, 24
**cut** 36:1
**CV** 1:6

**< D >**
**date** 6:23, 24, 25 7:1
8:6, 8 10:17 27:2
43:11 44:19 49:1
55:22 56:5 60:4 70:17
**dated** 60:3
**dates** 3:21 27:12 40:16
**DAVID** 1:17 2:1 3:11
4:5 12:17, 19, 21, 23
44:8 58:10 66:18, 23
67:1, 9, 17 68:13 72:25
**Dawn** 2:21 4:2
**day** 2:9 44:20 62:5, 15
78:11, 20
**days** 63:25
**deal** 31:16
**decision** 72:8
**Defendants** 1:13 2:3, 19
4:6, 14
**denial** 60:2
**denials** 53:12
**denied** 51:24 52:2, 13,
18 53:17 54:22 60:6
64:22
**deny** 52:10
**denying** 49:22 50:4
**DEPARTMENT** 2:17
3:13 28:7 49:21, 22
54:16 55:1
**deposed** 4:15
**Deposition** 1:17 2:1
4:19, 24 20:3 78:6, 8
**describe** 48:14
**details** 19:6
**died** 11:22
**difference** 52:25
**different** 6:15, 20 8:6
36:5 40:15 41:4 52:23
**directing** 36:24

4/28/2016        David Aponte        Page 3

**direction** 78:7
**directly** 42:10  78:16
**disability** 10:15  41:6, 7
**discover** 11:18
**discussed** 50:10
**discussion** 21:1, 21
**dispelled** 20:19
**distinguishing** 25:18
**DISTRICT** 1:1, 2
**DMV** 11:6  12:8  26:10
  35:13  49:10  50:16, 24
  51:16  55:4, 18, 19  56:1
  73:12, 16, 21  74:3, 4, 8,
  11, 14, 18, 23  75:1, 4, 10,
  19  76:1, 4, 7
**doctor** 19:1
**doctor's** 18:8
**document** 26:2, 3  37:8,
  18  44:11  49:15  50:8
**documentation** 3:11
  50:11
**documents** 25:2  33:14
  48:18, 18, 21  49:7, 24
  50:25  53:23  56:13, 14,
  15  58:17, 23  60:5
  69:13, 19, 22  73:21
  74:4, 9, 12, 15  76:5
**documents,** 51:2
**Doris** 9:6  55:20, 25
**double-check** 27:20
**downtown** 64:19
**drawer** 35:7  38:17
**drawers** 50:2
**drink** 31:7
**driven** 45:21
**duly** 4:3, 6

< E >
**earlier** 42:18  64:17
  69:21  72:12  74:17
**early** 6:7  13:22  50:14,
  17  51:3  53:21
**East** 2:15
**EDUCATION** 1:4
**Edward** 7:19
**effects** 17:23
**either** 9:23  51:19
  67:25  75:6
**election** 29:4  30:25
  32:22  33:10  72:11, 11
**ELSA** 1:10
**employee** 78:14, 15
**ended** 66:11
**English** 4:4, 4  10:2
  34:12, 25  49:16  57:16
  62:13, 23
**entire** 6:21  8:9  73:10
**everybody** 49:9
**everybody's** 12:21
**exactly** 56:18, 25
**EXAMINATION** 3:2
  4:8  71:16

**examined** 4:7
**example** 5:6, 8  8:12
**Exh** 3:10, 11, 11
**Exhibit** 25:24  26:3
  34:10  35:12, 14, 16
  43:21  49:13  55:6  60:2
  72:21
**exhibits** 3:13  31:12
  77:2
**expand** 56:21
**expires** 78:24
**explain** 5:17  74:23  75:1
**explained** 74:14
**extended** 66:14
**extent** 27:11  63:15

< F >
**fact** 44:5
**fair** 7:11  43:6  64:3
**familiar** 33:21
**family** 12:16  20:17
  60:13  75:23
**far** 19:7  34:16  43:25
**father** 9:10, 12  10:2
  20:19, 22
**father's** 9:7  45:5, 16
  57:5  73:9
**February** 44:17
**Federal** 2:3
**feel** 21:11, 24  22:3
  31:22, 25  32:5  74:7
**fell** 17:17
**fifth** 16:23, 24  17:3
  50:14
**fighting** 23:6
**figure** 11:7
**figured** 36:7
**filings** 76:15
**fill** 12:4  27:7  75:5, 8
**filled** 26:11, 15  27:1, 23
**filling** 26:25  28:1
**financially** 78:16
**find** 6:14  19:2  37:15
  38:3  40:2  50:6  56:24
  57:2, 17  58:22
**fine** 21:20  24:5  36:9
  52:3  55:16  61:9, 13, 16
  64:8
**finish** 61:2
**finished** 70:19
**first** 4:3, 6  8:18  13:15,
  23  15:5  27:3  41:9, 10,
  16  42:25  44:19  47:4, 6,
  19  48:1, 15  58:8  62:1,
  8, 17  64:13, 16  68:24
**fishing** 46:8
**Five** 7:21  8:12  60:24
  71:12
**flew** 46:6
**Flora** 45:4
**Florida** 6:16  8:3  11:9
  12:20  32:12, 15, 21
  38:14, 21  41:20  46:1

53:9, 9  57:10  59:20
  68:4, 15, 15, 18, 19, 25
  69:25
**fly** 46:6
**follow** 61:5
**followed** 65:10
**following:** 50:11
**follows** 4:7
**follow-up** 71:18
**food** 37:12, 20, 24  38:3,
  5, 24  39:15  40:14, 15,
  17, 20, 23  68:4  69:4
**forgot** 6:1, 1, 4  58:13
  72:1
**form** 26:15  28:2
**forms** 27:17
**forward** 76:19
**found** 7:24, 25  14:13
  69:10  74:11  75:10
**four** 7:20  13:20  28:18,
  22  30:10  44:13, 23, 24
**frame** 29:8
**FRANKE** 1:12
**Frequently** 9:25
**friend** 24:23  25:10
  37:16  40:2  44:15
  57:11, 11
**friends** 67:21
**friend's** 70:3
**FROEHLICH** 1:11
**front** 55:11
**full** 73:2
**FUND** 1:4
**further** 78:8, 13

< G >
**Gabe** 2:17  4:12  55:11,
  14  64:4
**GAGNER** 1:5
**gather** 60:4
**general** 4:13
**George** 29:13, 16
**GERALD** 1:6
**getting** 11:6  19:6, 9
  20:1  21:14  35:8  37:12
  47:3  49:23  50:1, 4
  51:25  63:16
**girlfriend** 41:23
**give** 5:7, 22, 24  27:6
  37:2, 16  40:1  48:22
  60:11
**given** 36:21  42:16  55:3
  61:6  67:18
**go** 4:19  15:4  16:21
  17:9, 12  19:1, 11  20:25
  24:3  25:12  28:4  30:12
  34:20  36:11, 13, 24
  37:1, 13, 20  38:1  45:25
  46:4, 5, 7, 20, 21  54:3,
  20  61:7  64:4  70:2
  71:11
**goes** 33:24  46:20

**going** 4:19  6:6  10:10
  15:25  19:21  20:8, 17
  23:25  24:14  34:9  54:5
  62:12  68:25
**Good** 4:10  6:3  39:4, 7,
  9  74:20
**Gore** 29:12
**governor** 32:23  33:4
**grade** 16:23, 24  17:3
**GRAMANN** 1:21  2:7
  78:9
**grandma** 45:15
**grandmother** 13:2  44:1,
  6  46:5  75:25
**grandparents** 43:25, 25
**great** 31:16
**Greenfield** 15:23  16:19
  22:16, 23
**grew** 14:12
**ground** 4:18
**growing** 12:25  16:21
  45:15
**guardian** 6:24  7:12
  46:22
**guardianship** 47:1
**guess** 22:11  55:8  59:21,
  21
**guy** 12:20

< H >
**HAAS** 1:13
**half** 70:18
**halfway** 50:8
**hand** 78:19
**Handing** 26:2  34:10
  49:13
**hard** 36:19
**HAROLD** 1:11
**head** 5:6, 7  17:16, 24
  18:15  28:10
**headache** 31:7
**help** 10:14, 19  20:16
  35:2  44:15  51:16  54:2
  57:18  74:4, 8  75:19
  76:4
**helped** 54:12  57:16
  62:16  65:16
**helpful** 4:22
**helping** 57:12  74:12, 15
**helps** 49:17  51:8
**hereunto** 78:18
**hey** 63:2
**hi,** 67:21
**hill** 17:18
**hire** 11:10, 15
**hired** 11:7
**holding** 31:20
**home** 17:12  18:12  25:2
  49:25
**hoping** 65:14
**hospital** 12:2, 6, 8  56:6
  75:16, 20

4/28/2016        David Aponte        Page 4

**hour** 61:15
**house** 69:17 70:3, 3, 4
**housing** 23:3, 18, 21, 22
24:8, 10 25:6, 9, 13
36:11, 22, 23 52:5
**huge** 56:14
**hunting** 46:8
**hurt** 71:24
**hurts** 31:19 72:1

**< I >**
**ID** 3:10 11:6 12:13, 14
19:9 22:22, 24 23:1, 3,
4, 9, 17 24:8, 11, 15, 16,
20, 21, 24 25:11, 12, 14,
15, 19, 20 26:10, 16
27:4, 8, 14, 16 28:19
30:13 33:11, 11 34:5, 9,
18 36:12, 13, 24 37:10,
14, 25 38:4, 6, 8, 10, 22,
24 39:14, 16, 18, 22, 23
40:5, 6, 8, 11, 12, 17, 19,
24 42:3 45:17, 24 46:3,
10, 15, 19 47:4, 5, 19
48:2, 9, 16, 21 49:9, 10,
19, 23 50:5 51:12, 23,
23, 25 52:1, 2, 10, 11, 13,
14, 20, 20, 22, 24 53:4, 13,
13 54:10, 21, 24 60:5
62:19 63:4 65:15
69:15, 24 74:3
**ID,** 62:14, 23
**idea** 62:2 67:11 68:1
70:1
**identification** 11:14
25:24 31:13 34:24
36:25 48:17
**IDENTIFIED** 3:9
**IDs** 39:2
**illnesses** 17:18
**important** 5:10 61:17
**include** 50:11
**inconfloor** 20:13
**incorrect** 51:1
**indicating** 3:21 23:6
27:7, 12
**indirectly** 78:17
**information** 11:24
26:16 35:25 36:23
56:2 57:13 76:14
**informed** 10:11 11:16
**injuries** 17:16 18:15
**inquire** 6:19
**instance** 2:2
**INSTITUTE** 1:2 61:23
**institution** 17:7
**interested** 78:16
**interject** 55:3
**interpret** 4:3
**Interpreter** 2:21, 22 4:2
9:13, 14, 16 19:11
24:17, 18 43:15 58:12,

12 61:9 62:4, 6
**Interpreting** 2:21 19:12
**investigated** 71:5
**investigating** 11:21
**involved** 51:11 54:9
**issue** 11:2 12:14 54:5
76:13, 18
**issues** 41:3
**ITEM** 3:20

**< J >**
**January** 6:15 10:5
43:4, 7 44:9 55:18, 22
56:5 78:24
**Jayuya** 9:12 44:9, 10
**J-A-Y-U-Y-A** 9:16
**JENNIFER** 1:6
**job** 45:18
**JOHN** 1:12 29:17 30:4
**JOHNSON** 1:5
**Johnson-Karp** 2:17 3:3
4:9, 12 9:18 19:13, 23
20:2 21:2, 20, 22 22:14
23:15 24:1, 6, 19 25:8
26:1, 8, 24 27:10, 15, 25
28:14 31:2, 9, 14 35:15,
19, 24 36:7, 15, 20 37:6
43:19 53:5, 11 55:8, 12,
16 56:10 58:18 60:1,
23 61:1, 6, 21 63:18, 21,
24 64:2, 5, 7, 9 65:5, 13
66:4 71:9 75:12 76:12,
20, 23, 25
**Jose** 2:22 61:10
**Jr** 2:14
**Juanita** 7:2 14:23 15:1,
6
**JUDGE** 1:6, 10, 10, 11,
11, 12 64:21, 21
**Julie** 1:24 2:5 78:3, 22
**June** 7:3 8:1, 18 10:6,
12, 18 11:2, 16 42:15
43:4 55:23 60:3
**JUSTICE** 2:17

**< K >**
**keep** 19:12 72:3
**keeping** 76:13
**KENNEDY** 1:12
**kept** 59:16
**Kerry** 29:17, 24
**KEVIN** 1:12
**kids** 15:15 68:7, 9 69:1
70:1
**kind** 53:4
**knees** 54:15
**knew** 6:19 11:23
**know** 5:11 6:18, 22 7:6,
6, 6, 15 9:9 10:18 12:4
14:9 17:4, 5 18:18
19:21 20:13, 14, 18, 23
21:15 23:17, 23, 25
24:2, 4, 4 28:5 30:14

32:5, 6, 16, 16, 18, 18, 19
33:23 34:1 37:22, 22
42:16, 20, 22, 23 43:3
44:2, 3, 4, 20, 22 45:10,
11, 12, 13, 14 46:21
49:17 50:1 51:15
52:11, 12, 12, 25 54:6
55:10 56:19, 19 59:8, 9,
17 62:2, 11, 19, 22 63:1
65:1, 3, 4, 17 67:1, 3, 4,
5, 15, 15, 16, 17, 20, 20,
23, 25, 25 68:3 69:3, 11
70:2 71:4, 7 74:20
76:1, 9
**known** 6:20 67:8
**knows** 28:6 30:13

**< L >**
**labeled** 36:16 49:13
**LAMELAS** 1:10
**Lapham** 48:6
**late** 13:22
**law** 65:10
**lawyer** 62:11, 11
**leading** 27:18
**learned** 8:18
**left** 14:6 19:1 51:8
52:9 62:10
**legal** 47:1 53:3 54:2
62:9, 9, 10
**letter** 3:11 34:25 35:3
42:7, 14 49:20, 23 50:1,
4 55:4, 13, 17 57:14, 16
60:2 75:21
**letters** 34:4, 6, 14 35:5
50:3
**letting** 23:13
**license** 45:22 46:8
**licenses** 12:6
**life** 6:7, 21 8:9 20:19
73:10
**light** 31:25 55:4
**line** 50:14 63:25 64:4
**list** 28:21 33:5, 6, 12, 15,
20 56:13, 14
**lists** 43:22
**little** 10:1 20:7 21:23
61:4
**live** 8:19 12:25 13:7,
19, 25 15:18, 19, 20, 21,
22, 23 16:1, 7 22:17
45:7 49:14 66:16 68:17
**lived** 9:2 14:14, 24
15:2, 8, 24 16:8, 10, 13,
16, 17 22:15 38:19
41:12 45:10, 12, 15
47:12, 13, 14 48:1, 5, 6
60:21 66:21, 23 68:15,
19
**living** 8:15, 21 32:12
66:18
**LLP** 2:14

**loaded** 38:16
**location** 11:19
**London** 9:6 44:2, 5, 8
55:20, 25 72:19, 25
73:4, 5
**long** 13:7, 19 15:24
16:7 25:19 45:25 48:5
72:6
**look** 20:13 75:19 76:4
**looked** 60:18 68:5 76:1
**looking** 14:10 25:20
34:11, 13, 22 37:5, 7
43:21 50:7, 9 58:4
60:2 74:25
**looks** 36:5
**lose** 38:13
**lost** 38:11, 17 39:3, 20,
24 40:20 56:7 58:20
67:13 69:10, 12, 13, 16,
18, 23, 24
**lot** 20:9, 9, 10, 17 50:3
58:14 61:5 71:21 72:1
**loud** 28:12
**lunch** 61:2, 8
**Lupe** 2:22

**< M >**
**Madison** 2:15, 19 12:10
28:9 56:18, 19
**magic** 59:1
**mail** 58:23, 24, 25
**mailed** 34:3
**Main** 2:15, 18
**Maldonado** 2:21 4:2
**manage** 51:9
**mark** 59:1
**marked** 25:24 26:2
31:12 34:10 35:15 37:7
**marker** 59:1
**married** 15:15 41:22, 24
**Mary** 32:24
**matter** 4:14
**McCain** 30:4
**mean** 5:5 8:17 31:4
55:5 60:14 63:19
**Medicaid** 40:16 41:1, 5
**medication** 19:22, 23
46:11, 18
**medicine** 46:15
**medicines** 46:13
**meet** 14:18
**memories** 20:10
**memory** 19:14, 18 55:5,
5
**mental** 20:7
**mention** 68:12
**mentioned** 42:18 59:18,
19 63:3 70:5
**mess** 49:25
**met** 7:18, 18 8:22, 24
12:19 14:2, 3, 5, 7 75:25
**MICHAEL** 1:6, 13

Milwaukee 1:22 2:8
12:23 28:9 38:6, 24
39:14 40:11, 19 69:18
73:14, 24, 25 78:2, 10, 19
mind 26:7 50:19
mine 14:13 44:15 57:5
minute 54:20
minutes 60:24 71:12
Misstates 23:14
Mitchell 48:6
mom 7:14 8:24, 25
10:1 43:13 44:3 45:10
46:5 47:23 54:3, 4, 7
58:10 68:17 73:6
moment 20:5 65:21
mom's 57:5
money 38:18 58:15, 15
59:16
month 41:18 42:10
72:12
months 15:13, 25 16:9
morning 4:10 71:21
Morrobel 67:1, 9, 17
M-O-R-R-O-B-E-L 67:2
mother 6:9 8:15, 22
9:9, 11 14:2, 3, 7, 10, 15,
18 20:19, 22 42:5
43:17 45:5, 8, 8, 16
54:9, 25 55:20, 21, 25
72:17 74:17, 20 75:2, 5,
8, 16 76:2
mother's 9:5 38:15
43:17, 22 72:19 73:5, 7
74:24 75:23
Motor 28:7 49:18, 21
54:17, 21 55:1
mouth 53:8
move 13:3, 5, 15 15:11
22:19, 21, 23 23:1, 2, 8,
11, 14 24:11, 15, 20 52:4
moved 8:25 9:2 10:15,
23 13:15 14:1, 4, 25
16:11 18:4 38:14, 21,
25 40:10 48:9, 10 53:14
moving 48:15 54:9
muscle 71:25
muscular 71:25
MV3004 27:22
MV3012 27:23

< N >
name 4:12 9:5, 7 10:8
12:21 18:8 28:6 33:11,
12 37:21, 21 46:17, 19
57:5, 5 58:5, 6, 8, 8, 9
60:9, 15 64:23 67:4, 5,
7, 11, 20 68:13 69:22
70:6, 22 71:1, 6 72:19
73:2, 4, 5, 8
named 12:17, 21 66:18
names 29:15, 21 64:25
67:21
neck 31:19

need 5:7, 7 19:3 23:1
24:7, 11, 20 25:11, 14
46:15 54:6
needed 23:17 24:15, 23
74:5
needs 5:3
negative 17:23
neither 59:15
NELSON 1:5
never 11:1, 23 13:10
14:24 27:5 33:24
38:12 41:19, 24 42:20,
20, 21, 23 45:19 46:9
57:4 59:2, 8, 10, 11, 13,
13, 15 67:6, 9 68:7, 10,
15, 18, 19, 20, 20 70:21,
25 75:3
NICHOL 1:6 61:24
nine 15:25
Ninth 15:21 16:3, 4, 5,
17
nod 5:6
nods 28:10
Nope 67:25
North 1:21 2:7 78:10
Notary 2:6 78:4, 22
note 50:24
notes 61:3
Notice 2:4
noticed 19:17
November 66:19
NUMBER 3:9 12:11
63:5 67:12, 19 68:2, 14
69:3, 7

< O >
Obama 30:4, 6, 20, 25
32:9, 13, 19
Object 19:5 23:10
63:15 65:21
objection 53:2 65:2, 8
75:12
obtain 23:13 44:15
occasion 54:22
offer 74:4
offering 74:8
office 30:16 38:1 39:12
57:12 73:16 78:19
official 1:13
Oh 13:8 18:11 25:22
26:4 31:8 34:19 35:9,
18, 21
Okay 4:11 5:9, 13, 19,
20 9:5 10:4 12:25
17:9 21:19 22:9, 10, 13
24:4, 5 26:13, 20, 22
27:19, 25 28:11 30:6
31:4, 8 32:3 35:21
36:3 44:25 48:8 55:17
59:22 61:4, 6, 7, 10, 14,
18 63:18, 22 64:23
66:3, 3 71:11, 20 72:8,

19, 21 73:4, 11 74:11
75:4, 10, 23 76:10, 20, 23
old 6:13 13:2, 4, 9, 12
20:20 43:3, 11, 12
54:13 65:22
older 7:7, 9, 12, 15
once 27:24 52:20, 20
ones 34:7 49:4
one's 48:20
open 42:2, 3, 6
opened 42:1
opinion 69:9
opposed 52:11
Orchard 48:6 66:16
order 23:2 24:11 48:17
original 3:13, 13 39:5
77:2, 3
originally 55:23
ought 23:24
outcome 65:6

< P >
p.m 2:10 61:19, 20
71:13, 14 77:1 78:12
P.O 2:18
Packet 3:11 35:16 36:4
PAGE 3:2, 9, 20 34:13,
22 36:16 37:5, 7 43:21
44:25 50:7, 8
pages 45:1
paid 50:19 56:14, 20
pain 31:16 32:1, 4
46:14, 15 71:21 72:4
paper 59:1
papers 23:5 64:22
67:14
paperwork 3:21 27:7, 11
parents 9:19 60:21
parole 66:10, 13 70:18,
19
part 31:19 35:13 36:4
participation 35:14
Particularly 55:4
parties 78:15
passport 41:19
pay 49:2 56:17 68:21,
25 74:4, 8, 12, 15
paying 59:18, 19 68:6,
23
peace 44:7
Pennsylvania 6:10 9:11
13:17, 17 41:10 44:10
45:8, 13 57:6, 9 72:15
75:24 76:2
people 12:16 24:10
29:24 37:24 68:11
73:7 74:8, 12 75:11
period 15:9 47:15, 18
66:11
PERKINS 2:14
permission 67:18
person 64:23 71:5

74:20
personal 19:6 78:7
person's 63:4
petition 50:5
phone 9:24 12:11
44:14 62:3, 18 63:3, 4
phones 12:11
phonetic 20:13, 19
photo 38:22 39:2, 23
40:8, 11 46:3
pick 24:22, 25 46:10, 13,
18
picked 25:9, 13
picture 37:11, 25 38:6
39:14, 16, 18
piece 31:20 72:1
pill 72:2
Place 15:21 16:5, 17, 18
23:13 25:3 31:21
36:14, 24 37:1, 14, 19,
20, 22, 24 38:15, 17
43:22 49:11 56:23
places 47:9 48:7, 12
60:8, 10
plaintiff 61:23 63:14
65:1
Plaintiffs 1:6 2:16 3:11
36:1, 2
plane 46:2
Plankinton 1:21 2:8
78:10
planning 22:21
plans 22:19
please 5:17 9:15 16:15
22:8 27:13 28:12 32:4,
6
plenty 27:5
PLF11579 36:17
PLF11580 37:8
PLF11581 43:22
Poenitsch 1:24 2:5
78:3, 22
point 6:14 10:10, 13
11:1 21:4 27:18 37:10
50:14 63:23 64:2, 3, 10
points 50:12
Ponce 43:14, 22, 23, 24
P-O-N-C-E 43:15
PP 27:16
preceding 78:5
prescription 46:11
PRESENT 2:19 64:20
president 29:9, 13, 17
30:5, 15, 19 32:10, 13
presidential 29:3
pretty 19:6
previously 50:10
primary 72:11
prior 56:21
prison 70:12
private 2:22
privilege 63:17

probably 37:22 61:2
74:20
probation 66:10
problem 5:12 11:13
20:6, 10
problems 19:18
Procedure 2:4
proceeding 21:24 22:1
PROCEEDINGS 4:1
process 33:21, 25 47:3
56:11
processes 53:20
produced 35:17, 19, 25
59:11
proof 49:5 51:5 75:11
provide 32:1 51:16
provided 50:25
psychiatric 17:2, 5, 7, 15,
21 18:3, 6, 25 19:3, 8, 10
psychiatrist 17:11 18:7
Public 2:6 23:22 78:4,
22
publicly 76:19
Puerto 6:13 13:1, 3, 5, 7,
16 14:25 15:2 16:22
18:1, 2, 4 39:22, 23, 25
40:5, 6, 7, 8, 10 43:10,
10, 17 45:12 76:8
purpose 4:24
pursuant 2:3, 4
put 35:7 50:2 53:8
57:20 58:1

< Q >
question 5:15, 18, 19
19:5 20:8, 14 22:6
23:10 36:19 40:18
questioning 19:14 65:21
questions 4:25 5:4
19:10 21:5, 12 22:4
59:5 63:16 71:10, 18
72:4
quite 54:12

< R >
raised 11:2 45:6
Rambo 67:8, 10
ran 29:9
RDR 1:24 2:5 78:3
read 55:14
reads 50:9
Reagan 29:5
really 14:9 17:25, 25
31:19 35:5 38:9 59:8
62:13, 24 75:9
Realtime 2:5 78:4
reason 5:21, 24 18:21
recall 12:10 18:1, 19, 20,
20, 22 25:1, 2 27:9
28:25 29:2, 14, 14, 16,
18, 20, 21, 22, 22 30:3, 9,
9 34:1, 16 35:11 38:9
39:15 43:2 49:23 50:4

54:16 56:18, 25 59:24,
25 60:17 62:17 63:7
64:25 66:21 67:5 75:9
receive 40:15 44:11
received 3:11 18:6
19:17 34:4 42:10
44:13 45:2 57:14 64:13
receiving 10:14, 19, 23
19:7 40:14, 25 41:1, 5,
17 60:3
recess 31:10 61:19
71:13
recognize 26:3 34:13
37:8
record 20:24, 24, 25
21:1, 2, 3, 21, 22 27:21
31:16 35:17 37:4 43:9,
21 50:15, 18, 22, 22
51:4 56:3 59:15 61:21
71:12, 15
recorded 78:6
records 18:12 38:2
44:16, 16 45:2 48:24,
25 49:8 53:21 56:7
57:6, 9, 20 58:1, 3, 11,
19, 21, 22 59:10 60:18,
20 72:23 73:12 75:20
76:1
reduced 78:6
refer 55:6 69:16 72:21
referenced 67:6
reflect 56:11
regarding 55:21
register 33:8
registered 66:19
relate 65:23
related 15:15, 16
relative 78:14, 15
relevance 19:9
remember 4:18 7:24
8:11, 23 13:11 14:11,
14 17:25 18:1, 23, 23
20:9, 15 22:7, 11 25:1,
19 26:25 28:1 29:6, 11,
12, 18 30:1, 2, 5, 10
32:9, 16, 17, 20, 22
33:14 35:6, 8 37:9, 21
38:9 41:9 44:21 47:4,
8, 9, 12 48:1, 4, 7 49:7
50:1 51:14 54:18, 24
56:22 59:19, 22, 22, 24
60:9 63:6, 13 64:23
66:10, 17 67:5 68:5
70:16, 17 72:14 73:11
75:7, 21
remembering 26:13
35:22 68:3
RENEE 1:5
rent 23:12
repeat 24:17
report 71:6, 7
Reported 1:24 38:11
67:14, 16 69:12 71:3, 3

Reporter 2:6 4:25 5:3
9:15, 17 20:21 28:12
78:4
REPORTING 1:21 2:7
69:11 78:9
represent 4:14 49:20
representation 19:15
request 49:22 60:10
REQUESTED 3:20 27:5
required 68:21
resolved 17:24
rest 44:7
results 57:4
returned 39:10
review 61:3
Rican 39:22 40:5, 6
43:17
Rico 6:13 13:1, 3, 5, 7,
16 14:25 15:2 16:22
18:1, 2, 4 39:23, 25
40:7, 8, 10 43:10, 10
45:12 76:8
ride 45:25
right 4:20 19:22, 24, 25
20:1, 2 21:10 27:3, 15
33:13 36:7, 10 44:18
47:1 51:6 53:18 55:11,
12 63:24 71:22 75:24
Robles 2:22 19:20, 25
20:4 21:17 61:11
Romney 30:20, 25
32:10, 13
Ronald 29:5
Rosalina 7:18
roughly 8:11 41:14
RPR 1:24 2:5 78:3
Rules 2:3 4:18
running 29:13, 17 30:4,
20 32:10, 13

< S >
saying 33:24 34:2
36:21 50:16, 24 69:9,
12, 13 75:21
says 43:13, 25 44:8, 17
45:4 55:18, 19, 25 72:25
school 16:21, 24 44:16
45:2 48:24 49:4, 8
50:14, 18, 21 51:3
53:21 72:23 73:12
SCOTT 1:6 32:23
screws 31:20
seal 78:19
search 56:21 57:6, 8, 8
58:16, 21
searching 58:5, 5, 6, 7, 7,
9
second 7:14 20:25
34:13, 22 50:7 73:21
74:1
secondary 50:10
security 6:17, 19 7:25
8:7 10:11, 13, 20 11:1,

16 39:6, 8, 12, 13 42:7,
12, 14 67:12, 18 68:2,
14 69:3, 7, 14
see 14:11 17:4 19:8
20:16 27:12 34:16
44:19 46:5 49:16
57:10, 12 59:8, 23, 24
64:19 65:7
seeing 19:7
seek 20:5
seeking 25:16
seen 49:15
segment 35:24
send 52:5 59:14
sent 34:19 44:20 56:25
57:13 60:9 75:21
sentence 50:9
separate 15:14 35:12
51:25 52:18
separated 14:24
September 27:2 28:2
set 78:18
Seventh 15:23 16:18
22:16, 23
shake 5:6
She, 15:6
short 72:3
show 33:17 35:3 42:3
45:17 46:10 56:16
60:21
showed 38:12 42:12
49:3, 7, 9 50:16 53:20,
23 57:4 59:2, 9, 15
showing 26:18 48:19,
20 58:23 73:11
siblings 7:10, 16, 20
14:12, 20 15:20
sick 11:22
signed 33:12
sister 7:1, 2, 7, 7, 12
13:18 14:13, 15, 21, 22
15:21 16:2, 13 35:1, 3
41:11 43:1, 2 46:24, 25
49:14 59:13
sister's 6:24 70:3
situation 69:20
Sixth 37:23
small 45:11
social 6:17, 19 7:25 8:7
10:10, 13, 20 11:1, 15
39:6, 8, 12, 13 42:7, 12,
14 67:12, 18 68:2, 14
69:3, 6, 13
somebody 26:17 51:16
63:3 67:15 69:6, 10
70:5 71:1, 6
Somebody's 68:23
soon 64:13
sorry 6:1, 4 13:6 20:21
39:9 58:12
sort 42:3
sound 27:2

4/28/2016                                       David Aponte                                       Page 7

Spanish 4:4, 4 10:3
 51:18 73:7
speak 5:10 10:1, 2
specifically 48:8
spelled 67:1
spelling 9:14
spent 58:14
spoke 54:25 55:20, 25
 62:18, 22 74:17
SS 78:1
SSI 10:20, 22 41:7, 8, 9,
 17
staff 55:20 56:1
stamp 37:24 40:17
stamps 37:12, 20 38:3,
 5, 24 39:15 40:14, 15,
 20, 23 68:5 69:4
stapled 35:16
start 6:6 8:21
started 25:15 27:17
 30:6 48:2, 15 69:11
State 2:6 4:13 20:4, 4,
 7 47:5 51:23, 25 60:20
 66:7 78:1, 5, 23
stated 21:4
statement 33:18 51:1
STATES 1:1
stay 17:13
staying 17:13
steep 17:17
stepbrother 38:16
steps 48:14
stepsiblings 14:12
stepsister 14:17
stopped 17:20 57:15
Street 2:15, 18 66:16
strike 40:18 52:17
stuck 72:7
studies 20:18
stuff 20:9, 11 34:11
submit 75:11
substantiate 56:3
suggest 75:4
suggested 75:7
Suite 1:21 2:8, 15 78:10
summary 56:11
supervision 66:11, 14
support 68:6, 21
supposed 59:7
sure 19:8 21:23 22:7
 23:24 27:19 41:16
 44:22 60:25 63:21, 21
 64:5, 7
surgery 31:18
switched 12:11
switching 58:8
sworn 4:3, 7

< T >
take 4:25, 25 17:10
 21:17 31:2, 5 32:5
 34:11, 17 35:1 39:11
 42:7 46:12, 16 48:12

51:13, 15 60:24 73:21
 74:24
taken 2:2 21:23 31:10
 39:3 45:23 61:19
 71:13 78:9
talk 9:24 21:17 47:3
 54:5, 6, 7, 7 62:14
talked 62:25
talking 22:15 25:5
 32:8 34:14 36:16
 44:12 47:15 48:8 51:2
 53:9 58:19 68:11 69:20
Tampa 6:16 8:3, 11, 15,
 19, 21, 25 10:15, 24
 11:9 12:20 14:1, 4
 16:11, 12, 16 32:20
 38:14, 19, 25 41:20
 45:13 46:1 47:12, 13,
 14 48:9, 10, 15 53:14,
 18, 19 54:1, 10, 20
 57:10, 25 68:4, 8, 11, 14,
 15, 18, 19, 25 69:25
TASSE 1:6
telephone 54:25 74:18
 76:7
tell 4:20 6:2, 7 7:8, 8
 14:15 18:17 20:16
 22:3, 11 23:8, 16 24:10,
 15, 20 34:7 42:23
 45:23 59:7
tells 7:14
ten 8:15 9:2 16:16
 25:17 56:21 58:16
 71:12
ten-year 47:15, 18
test 55:6
testified 4:7 74:17
testimony 5:22, 25 23:14
Thank 6:3 9:5, 17 10:4
 27:25 32:3 37:6 76:23
thing 42:5 61:17 62:8
things 21:15 38:16
think 7:13, 13 12:20
 13:14 17:6, 20 18:11
 19:6, 13, 15 21:14
 22:15 25:5 33:24
 34:16 35:25 41:10
 42:25 44:20, 21, 23
 47:8 53:8 56:23 57:1
 61:1 63:8, 10, 10, 23
 64:3, 17, 18 66:12 70:5,
 8, 9 76:12
THOMAS 1:10
thought 55:23
three 13:20 14:17, 18
 15:2, 4, 11, 13 68:7
threw 58:20 69:21
thrown 57:22
Thursday 1:18
time 11:11, 12 20:8
 23:9 28:17 29:8 30:15
 32:8, 12 34:11 41:10
 42:25 44:19 45:1, 7

46:6 47:6 51:20 68:24
 73:22 74:1
times 12:12 28:25 29:2
 51:22, 24 52:18 73:25
TIMOTHY 1:11
today 5:22, 25 31:23
 32:1
told 6:9, 23, 25 8:5
 10:17 12:6, 8 14:13
 23:17 24:7, 20, 23
 25:11, 14 36:13, 25
 37:1, 13 49:1 50:19
 51:7 52:3 56:8, 20
 58:10 59:14 62:17
 67:13 68:24 74:7
top 50:13
total 7:20
transactions 36:6
transcript 3:13, 15 4:1
 77:3, 3
translate 51:17, 21
Translation 2:21
translators 51:10
Transportation 3:13
 49:22
trap 55:11
treatment 17:2, 5, 8, 12,
 15, 21 18:3, 6, 20, 21, 22,
 25 19:4, 8, 10, 16, 17, 25
 20:1, 6
tried 41:20 47:4, 19
 48:9 54:10 60:4, 7
TRINDL 1:6
truth 6:2 22:3, 12
truthful 5:22, 24 32:1
truthfulness 65:23
try 19:13 47:23 49:9
 52:14 56:24 60:5
trying 54:23 55:10
 58:15 63:25
turn 44:25
twice 51:22 53:17, 19
 66:5
two 7:9 14:20 15:13
 16:9 24:24 25:22, 23
 29:24 31:20 36:5
 43:12 51:22 52:18
 53:12 65:19

< U >
Ugent 2:22
Um-hum 61:11
unable 31:22 32:6 40:3
 47:20, 25 48:11, 21
 49:6 50:6 75:22
understand 4:21 5:1, 4,
 16, 18 6:4 8:9 11:5
 13:6 21:7 31:9, 15
 34:2 61:22 62:13, 14,
 23, 24 64:1 65:18 69:8
 72:4 75:15
understanding 12:2
 21:11 27:16 52:22 53:6

understood 5:18 21:5
 47:16 63:18
unique 20:18
unit 55:20
UNITED 1:1
unsure 53:10
upset 71:1 74:11 75:10
use 6:25 8:5, 8 10:17
 42:8, 9 43:5 48:25
 52:6 67:12, 18 73:7
usually 35:1
utility 33:17

< V >
Vague 75:12
various 36:1
vehicle 28:5
Vehicles 28:7 35:10
 49:18, 21 54:17, 21 55:1
verbal 5:7
versus 61:24
VOCKE 1:11
vote 28:20 29:3, 10
 30:6, 7, 11, 12, 17, 18
 33:2, 6, 7, 8, 19, 20 34:3,
 7, 8, 9, 20 51:23 52:1, 3
 66:13 70:10, 20, 23
 71:2 72:8, 9, 12
voted 28:15, 17, 19, 23,
 25 29:2, 5, 7, 12, 16, 20,
 22, 24 30:1, 10, 13, 15, 22,
 24 32:8, 19, 25 33:19
 40:7 66:19 70:5, 9, 25
voter 19:9 35:14 54:24
 74:3
voting 30:5 32:9, 22
 33:22, 25 52:11, 14, 20,
 23 53:13 54:11 71:6
vs 1:6

< W >
wait 5:12 35:8 54:20
walk 23:16 54:15
Walker 32:24
wallet 38:18
want 11:10 20:15 21:3
 22:11 31:5 53:8 54:7,
 14 61:2 64:4 65:21
 72:12
wanted 39:5 47:24
 62:20 64:20
way 44:3 46:1 52:4
 65:11
week 11:22 57:14
Well 6:9, 12, 16 8:3
 9:11 10:1, 14 11:21
 12:4, 20 14:11 15:25
 16:13 17:16, 25 18:19,
 22 23:2 24:14 35:5
 37:9 39:6, 7 42:5 48:5,
 17, 19 49:16 54:1, 20
 56:9 57:10, 16 58:4, 23
 59:6, 23 62:22 64:25

66:2  67:13  68:3  70:16
71:25
**went**  6:13, 16, 16, 17, 22
8:3, 4, 7, 11  10:16
11:12  12:4  15:1, 3, 5
24:22  26:10  28:3, 20
33:9, 10  37:13, 14, 16
40:2  47:23  49:19  51:5,
22, 25  54:20  56:4, 12
57:21  59:13  62:9, 9
64:19  68:4, 17
**we're**  20:23  43:21
47:15  54:5
**West**  2:18  6:10  12:2
66:16  72:15
**WESTERN**  1:2
**We've**  21:23  44:11
**whereof**  78:18
**WILDER**  1:6
**WISCONSIN**  1:2, 2, 4,
22  2:7, 8, 15, 17, 19
3:10, 13  4:13  11:7
13:21, 23, 25  15:12, 16
18:6  20:5  25:19, 20
26:10, 16  27:3  28:15,
17, 23  29:1  30:24
32:23  33:4  38:7  47:4,
5, 19  48:2  49:21  52:2,
10, 13, 20, 22  53:13
54:10, 23, 24  59:18, 20
61:23  65:19  78:1, 5, 11,
20, 23
**witness**  2:1  4:5  22:13
24:5  25:7  26:13, 20, 23
28:10, 13  31:6  35:22
36:10  43:16  53:2  55:4
56:8  58:14  59:23
61:13, 16  62:20  63:20,
22  64:10  65:3, 10, 25
75:13  78:18
**wondering**  36:4  55:6
**word**  6:5  74:25
**words**  21:15  23:14  53:8
**work**  17:1  45:19  73:19
**worked**  57:11  61:17
**worker**  50:24
**worthless**  50:21
**writing**  78:6
**wrong**  16:15  38:16
**wrote**  37:18, 18, 19, 24

**< Y >**
**Yeah**  5:14  24:3  27:1
53:1  61:12
**year**  6:18  7:5, 25  8:12,
23  13:2, 4  15:25  16:8,
9  20:20  28:19  30:2, 11
33:19  43:11  63:8, 10
70:14, 18, 23
**years**  8:13, 15  9:2  13:8,
9, 12, 20  16:16  17:4
24:14  25:17, 17, 22, 23
28:18, 22  30:10  42:22

43:12  44:13, 23, 24
56:21  58:16
**year's**  6:12
**yellow**  59:1
**Yolanda**  67:23  68:12
70:1
**young**  18:16  60:16
**younger**  7:7, 9, 13, 15