

Transcript of **Allan J. Lichtman**

**Date:** April 20, 2016

**Case:** One Wisconsin Institute, Inc., et al. -v- Nichol, et al.

Planet Depos
Phone: 888-433-3767
Fax: 888-503-3767
Email: transcripts@planetdepos.com
Internet: www.planetdepos.com

Worldwide Court Reporting | Interpretation | Trial Services

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

**1**

```
1          IN THE UNITED STATES DISTRICT COURT
2        FOR THE WESTERN DISTRICT OF WISCONSIN
3     - - - - - - - - - - - - - x
4   ONE WISCONSIN INSTITUTE,   :
5   INC., et al.,              :
6        Plaintiffs,     :
7     v.          : Case No. 15-CV-324
8   GERALD C. NICHOL, et al.,   :
9        Defendants.     :
10    - - - - - - - - - - - - - X
11
12        Deposition of ALLAN J. LICHTMAN
13             Washington, DC
14        Wednesday, April 20, 2016
15             9:15 a.m.
16
17
18
19
20
21
22
23   Job No.: 108795
24   Pages 1 - 193
25   Reported by:  Debra A. Whitehead
```

**2**

```
1        Deposition of ALLAN J. LICHTMAN, held at the
2   offices of:
3
4        PERKINS COIE, LLP
5        700 13th Street, NW
6        Suite 600
7        Washington, DC 20005-3960
8        (202) 654-6200
9
10
11
12        Pursuant to notice, before Debra A. Whitehead, an
13   Approved Reporter of the United States District Court
14   and Notary Public of the District of Columbia.
15
16
17
18
19
20
21
22
23
24
25
```

**3**

```
1              A P P E A R A N C E S
2   ON BEHALF OF PLAINTIFFS:
3        BRUCE V. SPIVA, ESQUIRE
4        PERKINS COIE, LLP
5        700 13th Street, Northwest
6        Suite 600
7        Washington DC 20005-3960
8        (202) 654-6200
9
10   ON BEHALF OF DEFENDANTS:
11        CLAYTON P. KAWSKI, ESQUIRE
12        Assistant Attorney General
13        Wisconsin Department of Justice
14        Post Office Box 7857
15        Madison, Wisconsin 53707
16        (608) 266-7477
17
18
19
20
21
22
23
24
25
```

**4**

```
1              C O N T E N T S
2   EXAMINATION OF ALLAN J. LICHTMAN          PAGE
3   By Mr. Kawski                 5
4
5              E X H I B I T S
6        (Attached to the Transcript)
7   LICHTMAN DEPOSITION EXHIBIT          PAGE
8   Exhibit 1  Expert Report: Intentional     49
9        Discrimination, Allan J. Lichtman,
10        12/10/15
11   Exhibit 2  Crawford v Marion County Election   121
12        Board, 563 U.S. 181 (2008)
13   Exhibit 3  Article, "Effects of          135
14        Identification Requirements on
15        Voting:  Evidence from the
16        Experiences of Voters on Election
17        Day," by Ansolabehere
18   Exhibit 4  goMilwaukee Website Printout     168
19   Exhibit 5  Rebuttal Expert Report, Allan J.   171
20        Lichtman, 2/16/16
21   Exhibit 6  Marquette University Law School     179
22        Poll - October 23-26, 2014,
23        Results for Likely Voters
24   Exhibit 7  Pew Research Center, Broad Support   179
25        For Photo ID Voting Requirements
```

**5**

1              P R O C E E D I N G S
2              ALLAN J. LICHTMAN,
3    having been duly sworn, testified as follows:
4       EXAMINATION BY COUNSEL FOR DEFENDANTS
5    BY MR. KAWSKI:
6       Q   Good morning, Dr. Lichtman.
7       A   Good morning.
8       Q   My name is Clay Kawski.  I am an Assistant
9    Attorney General at the Wisconsin Department of
10   Justice, and we're here today for your deposition.
11           This is in the case One Wisconsin
12   Institute, Inc., versus Gerald C. Nichol; Case
13   Number 15-CV-324; United States District Court for
14   the Western District of Wisconsin.
15           Before I get started, I always go through
16   the deposition basics.  But I know you've been
17   deposed a number of times.  Correct?
18       A   Correct.
19       Q   So you understand you have to give verbal
20   responses.  Correct?
21       A   Correct.
22       Q   And that's for the court reporter to be
23   able to take down your testimony.
24       A   Correct.
25       Q   How many times have you been deposed?

**6**

1       A   I can't even count.  Dozens, probably.
2       Q   Okay.  When is the most recent?
3       A   Probably in the Virginia voter ID case,
4    maybe a month or two ago.
5       Q   Okay.  And have you testified at trial in
6    that case yet?
7       A   Yes.
8       Q   When was that?
9       A   Just recently.  You know, maybe a few
10   weeks ago.
11       Q   Okay.  So as we go through the
12   deposition -- we're doing a good job -- we need to
13   avoid speaking over each other.  So if I ask a
14   question, let me finish.  And then when you give
15   your answer, I'll let you finish.  And that will
16   allow Mr. Spiva to object.
17           Do you understand all that?
18       A   Yes.
19       Q   And is there any reason that you cannot
20   testify truthfully today, such as you're on alcohol
21   or some kind of medication that --
22       A   I'm not on anything.
23       Q   Okay.
24       A   Just my heart medicine.
25       Q   Okay.  If you answer my question, is it

**7**

1    fair to me to assume that you understood it?
2       A   Yes.  If I don't understand it, I'll let
3    you know.
4       Q   Right.  And if you need a break at any
5    time today, just ask for it, but please don't do so
6    until you've answered the question.
7       A   I do appreciate that.
8       Q   What did you do to prepare for today's
9    deposition?
10       A   I reviewed my reports, spoke with
11   attorneys.  And I keep getting inundated with some
12   new information.  Apparently the state has been
13   regularly submitting new information, some of which
14   I have seen, some of which I have not seen yet --
15       Q   Okay.
16       A   -- and -- or not had a chance to digest
17   yet.
18       Q   Okay.  And you say "new information."
19           What type of new information?
20       A   The information, as I understand it -- and
21   I haven't seen all of it -- is information about the
22   petition process for getting IDs.  That's most of
23   what I've seen.  Plus depositions of some state
24   officials have been taken very recently.  I have not
25   yet had a chance to review them, but I certainly

**8**

1    intend to review them before trial.
2           I also understand some depositions have
3    been taken of defendants' experts very recently,
4    which I also would intend to review but have not had
5    a chance to review as yet.
6           There -- I did see some information about
7    public outreach and education, some budget figures
8    that recently came in.  I quickly glanced at the
9    district court opinion that came down about a week
10   or so ago.
11           And I also saw in press reports and in
12   television clips comments by Congressman Grothman,
13   former Senator Grothman, as well as one of the aides
14   to, I believe it was a senator who was involved in
15   the initial process of adopting voter photo ID.
16           And those -- that material, which also
17   just appeared in the press recently, was something I
18   have taken cognizance of, as well.
19       Q   Have you read any recent press about the
20   April 5th, 2016, election in Wisconsin?
21       A   I have.
22       Q   What have you read?
23       A   Just articles.  I can't tell you the
24   particular journals.  But there were a bunch of them
25   from Wisconsin that I did read.

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

9

1    Q   Did you read about the turnout for that
2  election?
3    **A   Yes.**
4    Q   And what did you learn about it?
5    **A   That it was a very high turnout for that**
6  **election, even higher than the recent previous**
7  **records in Wisconsin.**
8    Q   We'll talk more about that as we get into
9  the specifics here.
10      You said you read your reports in
11 preparation for today.  Do you mean reports other
12 than those that were filed in this case?
13   **A   No.**
14   Q   Just the reports in this case?
15   **A   Yes.**
16   Q   Okay.  And since you prepared your
17 February 16th report, have you formed any new
18 opinions that you're going to be offering in this
19 case?
20   **A   Very possibly.  Because so much new**
21 **information has come down since that report.  I'm**
22 **not sure they're new opinions, but they're**
23 **strengthened and reinforced opinions.**
24   Q   Okay.  Have you begun to prepare any
25 supplemental report?

10

1    **A   I have not.**
2    Q   And no one has asked you to do that yet?
3    **A   Not yet.  You never know what lawyers**
4  **might ask you, but ...**
5    Q   And you said you spoke to some attorneys.
6  Have you spoken to anyone else in preparation for
7  today's deposition?
8    **A   No.**
9    Q   Spoken to your wife?
10   **A   I always speak to my wife, but not about**
11 **the substance of this deposition.**
12   Q   Okay.
13   **A   I'm sure she would be singularly**
14 **uninterested, but you never know.**
15   Q   Have you spoken to any colleagues about
16 the case?
17   **A   No.**
18   Q   Spoken to any friends about the case?
19   **A   Only to the extent that I might have**
20 **mentioned I'm involved in a Wisconsin case, but not**
21 **beyond that, no.**
22   Q   Okay.  Did you review any other documents,
23 aside from what you've already mentioned?
24   **A   I took a quick glance at the deposition of**
25 **Professors Burden and Mayor but really quick.**

11

1  **Because, again, that's very recent material that I**
2  **just got.  And as I said, there's a lot of new**
3  **material I have not absorbed, digested or analyzed**
4  **it yet.**
5    Q   Have you spoken to Professors Burden or
6  Mayor?
7    **A   About this case, or about anything?**
8    Q   About this case.
9    **A   Not that I can recall.**
10   Q   But you have spoken to them?
11   **A   I don't know if I've ever spoken to**
12 **Professor Mayor.  I may have in passing spoken to**
13 **Professor Burden because we've been involved in some**
14 **similar cases.**
15       **But if I spoke to him, it was truly in**
16 **passing --**
17   Q   Okay.
18   **A   -- and nothing substantive.**
19   Q   Okay.  What cases do you recall that
20 you've been both involved in?
21   **A   I think North Carolina was one of the**
22 **cases in which we were both involved.**
23   Q   Ohio?
24   **A   I was not involved in Ohio.**
25   Q   Okay.  Did you take any notes in

12

1  preparation for today's deposition?
2    **A   No.**
3    Q   Okay.  Do you know when the trial date is
4  in this case?
5    **A   I believe it's May 16.**
6    Q   And I think it's May 16, that week, and
7  then the week of the 23rd.  Correct?
8    **A   That's my understanding.  I'm not the**
9  **lawyer here.**
10   Q   Sure.  Are you available to testify during
11 those two weeks?
12   **A   Yes.**
13   Q   Okay.  Are there any days that you're not
14 available to testify that you can think of right
15 now?
16   **A   Not that I know of at the moment.  I told**
17 **the attorneys I was broadly available.**
18   Q   Okay.  There's a lot of material attached
19 to your expert -- first expert report, you know,
20 your CV and all the cases.  So I don't want to get
21 into that any great detail.  But just tell me about
22 your educational background.
23   **A   Sure.  I received my -- I hate to say it,**
24 **my B.A. from Brandeis way back in 1967.  I was**
25 **actually a science major until my senior year, when**

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

13

1 I switched to history. Science major explains my
2 interest in quantitative methodology and procedures.
3     I then received my Ph.D. from Harvard
4 University in 1973, with a specialty in American
5 political history and quantitative methodologies.
6     Q   What was the subject of your dissertation?
7     A   Presidential election of 1928, which
8 became one of my first books published by University
9 of North Carolina Press back in the late 1970s.
10     Q   Okay. And so after you completed your
11 Ph.D., what was your next endeavor?
12     A   The next endeavor was to assume a position
13 at American University, and I've been a professor
14 there since 1973, moving up in the ranks from
15 assistant -- I went directly to full professor. I
16 got early tenure and full professor. And about five
17 years ago I was appointed a distinguished professor.
18     Q   Is that, like, emeritus status?
19     A   No.
20     Q   No?
21     A   Quite the opposite. A distinguished
22 professor is a very special rank reserved for
23 professors of special accomplishment.
24     There are only, as far as I know, three or
25 four of us out of 800-some-odd faculty full time at

14

1 the American University. It's a university
2 designation. It is not a departmental designation.
3     Q   Okay. Why did you select American
4 University, or did they select you? I just want to
5 know how you --
6     A   We're talking about 1973.
7     Washington, DC.
8     Q   Okay.
9     A   You know, I'm a political historian. What
10 better place to be? And have you ever been to
11 American University?
12     Q   No.
13     A   It's a -- it's a beautiful campus,
14 wonderful place. Great place to be.
15     Q   Okay. And have you done any -- visited
16 other universities?
17     A   I was a visiting distinguished professor
18 at the California Institute of Technology in, gosh,
19 1980, '81.
20     Q   Okay. But otherwise you've been at
21 American?
22     A   Correct.
23     Q   Okay.
24     A   My only regular appointment for the last
25 43 years has been American University.

15

1     Q   And you're still working there full time
2 teaching, as well?
3     A   Yes. Although as a distinguished
4 professor I have a -- we do a teaching load. But I
5 am a regular, full-time faculty member.
6     Q   Are you teaching this semester?
7     A   I am.
8     Q   What are you teaching?
9     A   I'm teaching a course in American
10 politics.
11     Q   Okay.
12     A   History of American politics.
13     Q   For undergraduate or graduate students?
14     A   It includes both undergraduate and
15 graduate students.
16     Q   Okay. Have you taught courses that
17 include statistical analysis of political matters?
18     A   Yes.
19     Q   What courses?
20     A   Actually, while I was in graduate school
21 at Harvard, I taught a course in statistical
22 methodologies at Brandeis University. And I've
23 taught courses in statistical methodology at
24 American University, although not recently.
25     Q   Okay. What is the most recent statistical

16

1 course you've taught?
2     A   Oh, it's a long time ago at American
3 University. I don't remember exactly.
4     And the reason I haven't taught it
5 recently, quite frankly, is there's not that much
6 interest among historians in quantitative
7 methodologies. Most of those who go into history
8 have more of a humanities than a social science
9 approach.
10     Q   So who are the giants of quantitative
11 methodologies in history?
12     A   Oh, I would say, you know, probably the
13 greatest giant is Robert Fogel, winner -- he's an
14 economic historian, the winner of Nobel Prize in
15 economics. You can't get more of an accolade than
16 that.
17     J. Morgan Kousser, at the California
18 Institute of Technology is a pioneer. Maris
19 Vinovskis, who was at Harvard when I was at Harvard,
20 would be another pioneer in that area. Richard
21 Jensen, Paul Kleppner are others who -- you know, of
22 my generation who have worked on that.
23     Q   Okay. I guess just tell me about your
24 discipline. You say that you -- you know, you're an
25 expert in history and quantitative analysis of

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

---

17

1    history.
2        What does that mean?
3        A    Before I answer your question, let me say
4    my expertise is not limited to that.
5        Q    Okay.
6        A    Those are two of my areas of expertise.
7        Q    Sure.  I'll try and get into what areas of
8    expertise are relevant to this case and which are
9    not later.
10        A    Sure.
11        Q    But tell me about generally that field.
12        A    Yeah.  As I approach it, my work in
13    quantitative history combines traditional historical
14    methods and mathematical analysis.  That is, I
15    research manuscript sources.  I go to primary
16    sources.  Letters, diaries, legislative histories,
17    things of that nature.  As well as doing
18    quantitative analysis.
19        So for my dissertation and my first
20    book -- the book was Prejudice and the Old Politics:
21    The Presidential Election of 1928 -- I looked at
22    paper collections.  I did a lot of primary source
23    research.  And I also did an extensive quantitative
24    analysis of voting patterns in the election of 1928
25    and also compared those voting patterns with other

---

18

1    early 20th century voting patterns.
2        That was also expressed in an article I
3    published back in the 1970s, as well, in the
4    American Historical Review, the leading journal in
5    the field.
6        And I have also published a methodological
7    works on quantitative analysis in history, in such
8    journals as Evaluation Review, Journal of
9    Inter-Disciplinary History, Social Science History.
10        I also incorporated mathematical and
11    traditional historical methodologies in my series of
12    books on the keys to the White House, which is a
13    system for explaining and predicting American
14    presidential elections.
15        I have also published highly technical
16    articles on that topic in journals such as the
17    Journal of the National Academy of Sciences, one of
18    the three leading scientific journals in the world;
19    as well as International Journal of Forecasting
20    and other scholarly articles -- other scholarly
21    journals.
22        Similarly, a combination of quantitative
23    and traditional historical methodologies have
24    informed some of my more recent works, such as my
25    study of the rise of the American conservative

---

19

1    movement and my study of F.D.R. and the Jews, both
2    of which have won major national awards.
3        Q    You mentioned the 13 keys, the book and
4    the concept.
5        A    Right.
6        Q    Where does -- does election procedure or
7    mechanics play any part in the 13 keys?
8        A    Not directly.  Of course indirectly,
9    absolutely.
10        Q    Okay.  How indirectly?
11        A    Indirectly it sets up the system that
12    is -- you know, we have a regular system of
13    presidential elections.  We have known procedures
14    for presidential elections, many of which go back to
15    the original constitution and the 12th amendment to
16    the constitution of course.
17        We have a relatively stable two-party
18    system in the United States.  We have a
19    presidential, not a parliamentary system.  We have a
20    winner-take-all system.
21        So all of those systematic elements of
22    American presidential elections inform and provide
23    the context for the keys to the White House.
24    However, the keys themselves do not directly refer
25    to election procedure or administration.  Rather,

---

20

1    the keys themselves are primarily referential to
2    presidential performance by the party holding the
3    White House and the strength and unity of the party
4    holding the White House.
5        The basic conceptual, as opposed to the
6    mathematical theory behind them is that elections
7    for president are primarily viewed as referenda on
8    the performance of the party holding the White
9    House.  And the 13 keys are a way of modeling the
10    voter's view of presidential performance and coming
11    up with a decision rule that enables you to make
12    predictions.
13        Q    For example, a voter photo identification
14    requirement, which of the 13 keys would that fit
15    into, if any?
16        A    Probably none of them directly.
17        One of the nice things about the keys is,
18    they've held over a very long period of American
19    electoral history.  Retrospectively back to Lincoln
20    and Douglas in 1960, and prospectively, for actual
21    realtime forecasts prior to the presidential
22    election from 1984 to 2012.  So they've held
23    robustly through an enormous variety of changes in
24    our society, our economy, our demography, our
25    technologies, as well as our election procedures.

---

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

---

21

1    Q    Is it fair to say that election procedures
2  would not impact the outcome under the 13 keys?
3    A    It depends what they are.  Obviously the
4  keys are based upon precedent.  And any sharp break
5  in precedent could have an effect on anything
6  involved in presidential elections.
7    Q    What about a voter photo identification
8  requirement?
9    A    As I said, the keys are robust through
10  huge changes in election procedures.  And there was
11  nothing directly referential to voter identification
12  of any kind.
13    Q    Okay.  Have you been involved in politics?
14    A    Yes.
15    Q    What has been your involvement?
16    A    I've kind of been -- not for a very long
17  time, not for decades, I've consulted with
18  politicians and political staffers and consultants.
19  I've consulted with -- gosh, it's a shame to say,
20  some of those I've consulted with have passed away.
21       But George McGovern, Ted Kennedy.  And not
22  directly with Ronald Reagan.  But quite directly,
23  probably my most extensive consultant with a
24  staffer, who has also passed away, was Lee Atwater,
25  the political director of the Ronald Reagan White

---

22

1  House.
2       So you can see my experience is pretty
3  ancient.  I haven't consulted politically really in
4  recent years.  But I did run for office.  I ran as a
5  maverick against the grain of the Democratic party
6  in the 2006 Democratic primary for U.S. Senate,
7  where I was spectacularly unsuccessful.  I think I'm
8  a much better professor than I am a political
9  candidate.
10       And I have not been involved in politics
11  over the last ten years, except as a commentator and
12  as an analyst.  But I've not done consulting, I've
13  not run for anything.
14    Q    What spurred you to run in 2006?
15    A    I felt that we were getting too much of
16  the same kind of politician.  Kind of your
17  professional politician who looked at office serving
18  as a career and was not really responding to what I
19  thought were some of the urgent needs of the
20  country.
21       So I was making the argument, as I said as
22  a maverick, running against the grain of the party.
23  And I since have been very critical of the
24  Democratic party.  And this is all in Maryland.  I'm
25  making the argument to the voters, You hate the

---

23

1  Congress.  You know, they have approval ratings
2  lower than Atilla the Hun, yet you continue to be
3  electing the same kind of people.
4       And I made the argument, While, you know,
5  I've never held office, never been a politician, my
6  experience as an educator, my experience in voting
7  rights, more than qualified me for United States
8  Senate.  And I would be a different kind of senator.
9       I was kind of modeling myself on the late
10  Paul Wellstone, kind of the last -- as far as I
11  know, the last educator, full-time educator to be
12  elected to the United States.
13       You know, I really got nowhere in the
14  campaign.  I didn't have enough money.  I was shut
15  out by the party because I was running against the
16  grain of the party.  I was even shut out of the one
17  televised senatorial debate.
18    Q    Do you have any intention to run for
19  office again?
20    A    Absolutely not.  Not been involved in
21  politics for ten years.  I'm 69 years old.  I have
22  utterly no intention of becoming involved in
23  politics again.
24    Q    The message that you were putting forth in
25  2006, is it not similar to the message that some of

---

24

1  the major political candidates in the presidential
2  race today are putting forth?
3    A    It is similar to what you hear from some
4  of the presidential candidates.  Maybe I was ten
5  years too early, you never know.
6    Q    And you said that you did some political
7  consulting.  Was that paid work?
8    A    I did some paid work and some unpaid work.
9  My main paid work was not directly political
10  consulting, but I was -- the consulting historian
11  for George McGovern's production of his memoirs.  I
12  was not paid by Mr. Atwater.
13       And, by the way, I am mentioned in Lee
14  Atwater's biography.  Bad Boy talks about his work
15  with me on the keys to the White House.
16    Q    Okay.  Have you ever worked as a poll
17  worker as an election precinct?
18    A    I was a precinct official I think a long
19  time ago, you know, more than maybe 20 -- maybe some
20  20 years ago.  But I have not worked as a precinct
21  official per se.
22    Q    So when I say that, I mean someone who was
23  helping people get their ballot.  Have you ever done
24  that?
25    A    That is how I understood your question.

---

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

25

1    And I don't recall having done that.
2        Q   Okay.  Have you ever been to Wisconsin?
3        A   Yes.
4        Q   How many times?
5        A   Oh, maybe once or twice, and not recently.
6        Q   Have you ever voted in Wisconsin?
7        A   No.
8        Q   Never lived there?
9        A   No.
10       Q   How does one vote at a polling place in
11   Wisconsin?
12       A   I'm not sure I understand your question.
13       Q   What are the steps a voter needs to take
14   to get a ballot in a polling place in Wisconsin?
15       A   Well, my understanding is to get a ballot
16   in a polling place in Wisconsin you have to present
17   yourself to the election officials, you have to
18   present an -- one of a list of acceptable photo
19   identification that has to be verified by the
20   election official.
21           If you don't have photo identification or
22   your photo identification is not deemed to be
23   acceptable, for example as I understand it a student
24   ID that doesn't have an expiration date, then you
25   are supposed to be offered a provisional ballot.

26

1            And a provisional ballot is a ballot, as I
2    understand it in Wisconsin, that may or may not be
3    counted.  That you've got to come back, as I
4    understand it, by 8 o'clock that evening to the
5    polling place or to a state office by the Friday
6    after the election.
7            And if you don't do that, my understanding
8    is that your provisional ballot will not be counted.
9    If, however, you have an ID that is deemed
10   acceptable by the election official, you can then go
11   on to cast a regular ballot that doesn't require any
12   additional action on your part as a voter.
13       Q   In addition to showing the ID, are there
14   any other steps a voter must take before obtaining a
15   ballot on election day?
16       A   I'm not certain of other steps.
17       Q   So you have not looked at what Wisconsin
18   law requires to obtain a ballot as a voter?
19       A   I've looked at the voter ID requirements,
20   but I'm not aware of other requirements that you
21   would have to go through to get a ballot in
22   Wisconsin.
23           My understanding is, if you present
24   yourself at the polling place, you're on the poll
25   book as a registered voter, you're at the right

27

1    precinct -- because, you know, there are laws -- if
2    this is what you're asking me, I am familiar.  There
3    are laws about what precinct you have to vote in.
4            So, you know, there are a number of other
5    things that you have to satisfy in order to get a
6    regular ballot.
7        Q   Do you have to state your name?
8        A   I'm not sure if you state your name or
9    present your name on a photo ID.  I'm not sure
10   whether you have to verbally do it or do it with
11   documentation.  I would imagine whether you state it
12   or not, you have to do it with documentation.
13       Q   Do you have to state your current address?
14       A   I'm not certain whether you have to state
15   your current address or not.
16       Q   Does the address on your ID card have to
17   be current?
18       A   I believe the address on your ID card, if
19   the ID card is unexpired, and I think you've got a
20   year's waiting time, does not have to be the current
21   address.
22       Q   Are there any other requirements that you
23   must do before obtaining a ballot as a voter on
24   election day in Wisconsin?
25       A   Beyond the four or five I've already

28

1    mentioned, I'm not aware of others.
2        Q   Do you have to sign anything as a voter to
3    get a ballot?
4        A   I'm not aware that you have to sign
5    anything.
6        Q   Do you have to show any other document?
7        A   I'm not sure what you mean by other
8    documents.
9        Q   Other than a qualifying photo ID?
10       A   I don't believe you have to show other
11   documents.
12       Q   Are you familiar with the requirements of
13   how to register to vote in Wisconsin?
14       A   Generally.  But, you know, I know you can
15   register in person.  You can register at DMV and
16   welfare offices.  You can register online.  You can
17   register by mail.  So --
18       Q   You can register online?
19       A   I believe you can.
20       Q   Okay.  Are you -- let me ask you this:
21   How does one obtain an absentee ballot in Wisconsin?
22       A   I'm not sure of the exact mechanisms.  But
23   normally to obtain an absentee ballot you would send
24   in a mail request for the absentee ballot.  And in
25   Wisconsin my understanding is you also have to

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

---

29

1  submit a qualifying photo ID to get an absentee
2  ballot.
3       Q    Have you voted recently in Maryland?
4       A    Yes.
5       Q    Did you vote in person?
6       A    Yes.
7       Q    On election day?
8       A    I voted both on election day and early
9  voting.
10      Q    When is the last time you voted?
11      A    The last election.
12      Q    When was that?
13      A    2014, I believe.
14      Q    There hasn't been a presidential primary
15  recently?
16      A    No.  It's next week.
17      Q    Okay.  You haven't voted early for that
18  presidential primary?
19      A    No.
20      Q    Do you intend to vote on election day?
21      A    No.
22      Q    You intend to vote early?
23      A    I intend to vote absentee.
24      Q    And how would you do absentee in Maryland?
25      A    I did it online.

---

30

1       Q    Okay.  So --
2       A    You could do it by mail as well.
3       Q    Okay.  So in Wisconsin can you vote
4  absentee by mail?
5       A    Yes.
6       Q    And how would one obtain an absentee
7  ballot by mail in Wisconsin?
8       A    I believe you would have to apply for an
9  absentee ballot.  You can send in a mail request.
10      I'm not -- I have to tell you, I'm not an
11  expert on every jot and tittle of every regulation
12  on this in Wisconsin.
13      Q    Okay.  Wouldn't it seem important to be an
14  expert on every jot and tittle to give an expert
15  opinion in this case?
16      A    No.
17      Q    No?  Why not?
18      A    Because my expert opinion is based upon
19  not knowing every single detail of election
20  administration in Wisconsin, but more than
21  sufficient detail to give opinions about the effects
22  of such things as a voter identification laws,
23  restriction of early voting and the other matters on
24  which I opine.  And I provided extensive
25  documentation of my opinions.

---

31

1       Q    Why did you vote absentee -- or why do you
2  intend to vote absentee from home?
3       A    I'm going to be out of the state.
4       Q    So that's more convenient for you?
5       A    Well, I'm not going to be here for
6  election day.
7       Q    It's more convenient for you?
8       A    No.  It's necessary.
9       Q    Okay.
10      A    Since I'm not here in the state, I either
11  have to vote early or I have to vote absentee ipso
12  facto.
13      Q    Have you ever voted absentee by mail?
14      A    No.
15      Q    Why not?
16      A    Because I have previously been in the
17  state on election day.
18      Q    Do you think that voting absentee via mail
19  is a convenient method for voters?
20      A    It certainly can be, absolutely.
21      Q    Why would it be convenient?
22      A    Because if you're not in the state, that's
23  a way of making your vote count.
24      Q    What if you don't have time to vote on
25  election day; would that also make it convenient?

---

32

1       A    Sure.
2       Q    What if you're working on election day,
3  would that also make it convenient?
4       A    Clearly.
5       Q    In Wisconsin, under what circumstances can
6  a voter obtain an absentee ballot by mail?
7       A    I'm not sure I understand your question.
8       Q    Do they have to have any excuse to --
9       A    I don't believe so, no.
10      Q    Is Wisconsin a no excuse absentee voting
11  state?
12      A    I believe that's right.
13      Q    Okay.  So in Wisconsin a voter can avoid
14  the lines that might exist for absentee voting in
15  person by requesting an absentee ballot by mail.
16      Correct?
17      A    That's correct.
18      Q    So they can vote from home and avoid the
19  lines at the polling place.  Correct?
20      A    If they go -- but they also have to go
21  through a process to get the absentee ballot.  It's
22  not as if, Oh, I'm not going to spend any time on
23  this.  I have to figure out the absentee ballot
24  process.  I've got to get an absentee ballot.  I've
25  got to fill out the absentee ballot.  I've got to

---

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 10 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

9  (Pages 33 to 36)

33

1  send in the absentee ballot by mail.  And I've got
2  to make sure I have the right kind of photo ID,
3  because Wisconsin is one of the very few states that
4  requires a photo ID with an absentee ballot.
5        So kind of the premise of your question is
6  not exactly correct.  It's not as if you're
7  necessarily avoiding time and energy.  You may be
8  spending more time and energy going through the
9  absentee ballot process than simply showing up at
10  the polling place and voting, even when there are
11  long hours.  And that would be particularly true for
12  those of less education, those who might have
13  difficulty with the English language, those of lower
14  socio-economic status generally.
15        Q   So if I -- in Wisconsin if I make a
16  request for an absentee ballot by mail, I can have
17  absentee ballots sent to me for every election in
18  that calendar year.  Correct?
19        A   I'm not exactly certain, but I would
20  accept your representation on that.  That seems like
21  a normal process.
22        Q   So for every election in that calendar
23  year, I would not have to show up at a polling place
24  to vote.  Correct?
25        A   If that's correct.  I'm not sure you can

34

1  get it all at once.  But if you're saying you can,
2  that is certainly possible.
3        Q   And we're going to talk about your expert
4  reports.
5        A   Sure.
6        Q   You don't mention the mail-in absentee
7  option at all in your reports; do you?
8        A   I do.
9        Q   You do?
10        A   I do.
11        Q   Okay.  And what do you mention about it?
12        A   I talk about several things about it.  I
13  mean, we're talking by memory now, because I don't
14  have the report in front of me.
15        Q   Yes.
16        A   But I talk about the fact that I believe
17  Wisconsin was the first state to require photo ID
18  for absentee mail in ballots, with certain limited
19  exceptions.  And that makes the absentee ballot
20  process yet more onerous for the kinds of people I'm
21  talking about in my report, particularly minorities
22  and those of lower socio-economic standing, which is
23  also highly correlated with minority status.
24        Q   Now, are you saying that it's harder for
25  someone who already has the ID or it's harder for

35

1  someone who does not have the ID?
2        A   Both.
3        Q   Okay.  And explain why.
4        A   First, what we do know is, there's a lot
5  of voter confusion about IDs.  You know, most voters
6  cannot name their congressman.  And you cannot
7  expect the average voter to necessarily know all the
8  in's and out's of a voter photo ID process,
9  particularly one as complex at the Wisconsin voter
10  ID requirement.  Where, for example, you can't just
11  use your regular college student ID.  Student IDs
12  have to fulfill a set of very specific requirements
13  that are not typical of other states.  You can't use
14  your government employee ID, for example.
15        So even those who might have IDs are going
16  to be confused.  And then not necessarily going to
17  know whether the ID they have is legitimate for
18  voting.
19        I cite a study, for example, of Texas in
20  my report, which indicates very large numbers of
21  individuals, in a very competitive congressional
22  district, 23 in Texas, did not vote.  Not because
23  they didn't have IDs, but because they were
24  confused.  They weren't certain whether the ID they
25  have really was a legitimate ID.

36

1        So even those who have IDs, there is going
2  to be real issues when it comes to whether it be
3  absentee ballot or whether it be ballots at the
4  polls.  And because Wisconsin imposes this extra
5  requirement of a photo ID for absentee ballots, that
6  poses a particular barrier for minorities.
7        And that study in Texas showed that those
8  who didn't vote because they didn't think they had
9  acceptable IDs were heavily minority.
10        Q   Did you write that Texas study?
11        A   No.
12        Q   Have you studied the issue of voter
13  confusion in Wisconsin as to the voter photo ID law?
14        A   Yes.
15        Q   And in what way have you done that?
16        A   There have been polls on this.  There were
17  polls about -- before the 2014 election, when people
18  were confused not only about what particular ID they
19  needed, but whether they needed an ID or not.
20        And depending on the poll you look at,
21  we're not talking about one or two percent of the
22  public confused about something, even that basic,
23  far more basic than the intricacies of the voter ID
24  law.  Anywhere from 25 percent to 50 percent of
25  registered voters.  And when you looked at the

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 11 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

10 (Pages 37 to 40)

37

1 registered voters, they were more -- those who were
2 confused were more heavily minority.
3     Q   And so that's from 2014.
4         Have you done any studies of Wisconsin as
5 to voter confusion about photo ID in the last two
6 years?
7     A   No.  That's the last poll I saw on that.
8     Q   You don't know if there have been any
9 other polls done since that time?
10    A   I am not aware of any, but there certainly
11 may have been.
12    Q   Are you offering any expert opinion in
13 this case about whether there is voter confusion
14 about the photo identification requirement in the
15 last two years?
16    A   I might be.
17    Q   You might be?
18    A   I might be.
19    Q   Where does that appear in either of your
20 expert reports?
21    A   It wasn't in my expert reports.  But
22 that's not what you asked me.  You asked me if I
23 might be giving testimony on this.  And, of course,
24 one of the things that I have been asked to do was
25 to respond to materials, analyses, reports, evidence

38

1 presented by the state or by experts for the state.
2         And I did see some discussion of that
3 issue in one of the depositions that I briefly
4 reviewed.
5     Q   Okay.
6     A   So the state did bring that up.
7     Q   And we're going to be talking about the
8 poll that you mentioned, very later on in this
9 deposition.  It's the Marquette University Law
10 School poll.  Is that the one you're talking about?
11    A   Yes.
12    Q   Okay.  We talked a little bit about your
13 past expert work.  How many cases have you been
14 involved in as a paid expert?
15    A   Oh, my gosh.
16    Q   Estimate.
17    A   I never counted.
18    Q   Eighty?
19    A   Eighty-five or more.
20    Q   Okay.  Have you earned over $2 million
21 from your expert work?
22    A   You mean over the last 30-some-odd years?
23    Q   Yes.
24    A   Probably so.  I've never counted.
25    Q   Have you earned over $5 million from your

39

1 expert work?
2     A   I doubt that.  But I can't answer your
3 question because I have never counted separately
4 income from my expert work as opposed to lots of
5 other outside incomes.
6     Q   Would it be fair to say that you've earned
7 millions of dollars from your expert work?
8     A   Probably so over a more than 30-year
9 period.  But again, I have not counted.
10    Q   In the last year how much have you earned
11 from your expert -- paid expert work?
12    A   I don't know.  But a considerable amount,
13 because there has just been an avalanche of
14 litigation over the past -- just the thing about
15 being an expert.  Sometimes you earn nothing, and
16 sometimes you earn a lot because of just the way in
17 which litigation goes.
18        And I have nothing to do with that.
19 That's, you know, just how our political and legal
20 system works.
21    Q   And you said you testified recently in the
22 Virginia case in trial.  Correct?
23    A   Yes.
24    Q   And so you were represented -- or you were
25 testifying for the plaintiffs in that case?

40

1     A   Yes.
2     Q   In the last five years, have you testified
3 for the defendants in any case?
4     A   Yes.
5     Q   Which case?
6     A   Two cases come to mind immediately.  But I
7 think there are three, probably.  So it's been a
8 number.
9         You want specifics --
10    Q   Yes.
11    A   -- on the cases?  Yeah.
12        The ones I recall, 2011 I testified in
13 court on behalf of the defendants in the State of
14 Illinois on the challenge to the State of Illinois
15 congressional redistricting plan.
16        I was also the expert for defendants in
17 Illinois in a case challenging the state legislative
18 redistricting plan.
19        I submitted reports in that case and was
20 deposed in that case but never ultimately testified
21 in court because the case was decided on summary
22 judgment.
23        And then just recently I testified via
24 report, because the judges did not ask for oral
25 testimony.  They -- they based their opinion on

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 12 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

11 (Pages 41 to 44)

41

1    written submitted materials.  And that was, I was
2    testifying on behalf of defendants on a challenge
3    brought by black plaintiffs against congressional
4    redistricting plan in the State of Florida.  I think
5    the opinion on that just came out a couple of days
6    ago.
7        Q   Okay.  So --
8        A   Those are the ones I recall.
9        Q   So of the approximately 85 cases in which
10   you have served as a paid expert, can you estimate
11   how many in which you've testified for the state or
12   the defendants?
13       A   I'd say a minority, but, you know, I
14   certainly have, as you've seen, even recently
15   testified for state and defendants.
16       Q   Five?
17       A   Oh, it's more than five.
18       Q   Ten?
19       A   At least ten.
20       Q   Fifteen?
21       A   I haven't counted, so...
22       Q   Twenty-five?
23           MR. SPIVA:  Objection.  Calls for
24   speculation.
25           You can answer.

42

1        A   I am speculating.  I don't think it's 25.
2        Q   Okay.
3        A   Yeah, I'm sure it's not 25, but it's
4    probably ten.
5        Q   And in the recent Virginia case, which was
6    about voter photo identification, your opinion went
7    to what issue?
8        A   It went to the issue of whether the
9    adoption of the photo identification law by the
10   State of Virginia was adopted with an intent to
11   discriminate against minorities in the State of
12   Virginia.
13           And that, of course, involves broader
14   issues, as well, including responses.  I believe I
15   testified in response to a number of reports
16   submitted by experts for defendants in that case.
17       Q   Are you an expert witness on legislative
18   intent?
19       A   I have testified on legislative intent in
20   quite a few cases.
21       Q   You consider yourself an expert on
22   legislative intent?
23       A   I'm not sure, you know, anyone would
24   narrowly define themselves as an expert in something
25   that specific.  But certainly my expertise in

43

1    political history, quantitative methodologies,
2    political analysis, would qualify me as someone with
3    the expertise to testify on legislative intent.  And
4    I have done so in quite a few cases.
5        Q   And when you say "historical analysis," I
6    think of the past, the far past.  Your work in this
7    case is focused on the very recent past.  Correct?
8        A   Yes.  But I've got to qualify what you
9    say.  My historical work goes right up to the
10   present.  And I also do a lot of political analysis.
11           In other words, for example, we talked
12   about the keys to the White House, my system for
13   predicting and explaining presidential election
14   results.
15           I take that right up to the present, you
16   know.  I predicted the 2012 election.  I'm working
17   on predicting the 2016 American presidential
18   election.
19           My book, my 2008 book on the rise of the
20   American conservative movement, took it right up to
21   the Bush administration.
22           So it would be a misstatement to say my
23   work is only focused on the distant past.  My work
24   combines and puts together work on the past going,
25   you know, well back into history, with considerable

44

1    analysis of the current political situation, as
2    well.
3        Q   Analyzing the current political situation,
4    is that something a historian does?
5        A   It's something absolutely as a political
6    historian, I also consider myself a political
7    analyst.
8            I'm a political historian of recent
9    America.  And as a political historian of recent
10   America, I take my work right up to the present day.
11   And my work deals with many, many contemporary
12   issues.
13       Q   And in the Virginia case that we were just
14   talking about, your opinion was that the voter photo
15   identification requirement showed an intent on the
16   part of the legislature to intentionally
17   discriminate against racial minorities?
18       A   Yes.
19       Q   And what were the primary reasons for that
20   conclusion?
21       A   I'm trying to distinguish Virginia at the
22   moment from the other cases.
23           The strong political motivation to limit
24   voting opportunities for minorities, given recent
25   turnout and political voting trends in the State of

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 13 of 92
Deposition of Allan J. Lichtman,
Conducted on April 20, 2016

12 (Pages 45 to 48)

45

1    Virginia, the history of discrimination in Virginia,
2    the sequence of events leading to the adoption of
3    the photo voter ID law, including the control of the
4    governorship and the legislature on the part of
5    Republicans.  The similarity of what was going on in
6    Virginia to what was going on in other
7    Republican-dominated states facing similar political
8    realities.
9        The socio-economic disparities between
10   minorities and whites in Virginia.  The disparities
11   in the possession of the most common forms of voter
12   photo identification in Virginia.  Contemporary
13   statements made by Republican consultants.  My
14   analysis of the justifications put forth by
15   political leaders for the voter -- voter photo ID
16   law.
17       And I looked at some of the same studies,
18   like the Texas study I looked at here, provisional
19   ballot.  It's based on no photo voter ID in -- in
20   Virginia.  I mean, that's --
21   Q   Good memory.
22   A   Nine or ten things.
23   Q   Good memory.
24       So did you look at whether Virginians
25   favored a voter photo ID requirement?

46

1    A   Absolutely.
2    Q   And did they?
3    A   You find fairly universal support for
4    voter photo ID.  But I've got to qualify that in a
5    number of ways.
6        First, that's not surprising.  Most people
7    have driver's licenses, for example.  We are not
8    talking about something that affects 50 percent of
9    voters.  We're talking about something that may
10   affect, ten, 15, five percent of voters.
11       So for the great majority of people, sure,
12   why not support voter photo ID.
13       But even more importantly, these polls are
14   generic.  They talk generally about photo voter ID.
15   They don't talk about specifics of voter photo ID.
16       For example, would voters actually support
17   the way in which the voter photo ID law is written
18   in Virginia or the way it's written in Wisconsin.
19   We don't have direct information on that.
20       We also have some very interesting polling
21   data from North Carolina that I am obviously well
22   familiar with, having been in the North Carolina
23   case in which they say, yes, we support voter photo
24   ID.
25       But, Number 1, by very large majorities,

47

1    we think they need to be justified by real, concrete
2    evidence of voter fraud and, B, we think people
3    ought to be able who can't get photo IDs, ought to
4    be able to vote by affidavit.
5        And, in fact, North Carolina did modify
6    its photo voter ID law to have a form of affidavit
7    voting.  That is, you could go to the polls.  And if
8    you don't have an acceptable photo ID, you could
9    sign an affidavit of reasonable impediment, with
10   lots and lots of options, and still vote.  That fit
11   what the polls were showing.
12   Q   In Virginia did African-Americans favor a
13   voter photo ID requirement?
14   A   I don't recall.  It's usually fairly close
15   on African-Americans.  But, again, you know, a
16   majority of African-Americans have photo voter IDs.
17   So it's not surprising.  But it's always lower.
18   Support by African-Americans is always lower that
19   support for voter photo ID than whites, at least in
20   the polls that I've seen.  And I've seen a lot of
21   them.
22   Q   In Virginia, then, how did you deal with
23   the issue that was suggested that legislators were
24   responding to their constituencies in enacting a
25   voter photo ID requirement?

48

1    A   I responded to that in several ways.
2        First of all, in that same poll you had
3    other issues on which voters had expressed just as
4    powerful support as they had for voter photo ID, but
5    the legislature did not act upon those other
6    measures; such as the automatic re-enfranchisement
7    of felons.  And, you know, it's hard to say that
8    they were responding to their constituents.
9        Secondly, the poll occurred after the law
10   was already put into effect.  So it's a little hard
11   to say something that happened after the law
12   explained it.
13       And, in addition, as I mentioned, these
14   are generic polls.  They don't necessarily comport
15   to any specific voter photo ID.  And there was never
16   any demonstration in Virginia that I saw that the
17   issue mattered to voters.
18       You know, it's one thing to say 65 percent
19   support photo identification; it's another thing to
20   say it made one bit of difference.
21   Q   Nationally, is there overwhelming support
22   for voter photo ID requirement?
23   A   Yes, there is -- you know, I don't know
24   about overwhelming, but there is certainly majority
25   support nationally.

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

49

1       Again, generically.
2    Q   Why don't we just get right into the
3  expert report.
4    A   Sure.
5    Q   The way I've put it together, there is the
6  report and then there are two attachments.  And I'm
7  just going to consider that all one exhibit.
8    A   That's fine.
9        MR. KAWSKI:  So this will be Exhibit 1.
10       (Lichtman Deposition Exhibit 1 marked for
11  identification and is attached to the transcript.)
12       MR. SPIVA:  Before you start asking
13  questions on that, can we take a break?
14       MR. KAWSKI:  Sure.
15       (A recess was taken.)
16  BY MR. KAWSKI:
17    Q   So we've marked Exhibit 1, which has three
18  parts, but really it's all one item.  And it's
19  before you, Dr. Lichtman.  What is Exhibit 1?
20    A   My initial report.
21    Q   And in this case?
22    A   Oh, yes.
23    Q   And in addition to your report, we have
24  Exhibit 1, which is your CV.  Correct?
25    A   Yes.

50

1    Q   And Exhibit 2, which is a list of cases in
2  which you've been involved.  Correct?
3    A   Yes.
4    Q   Okay.  I just want to ask you as a general
5  matter what data you relied upon in preparing -- or
6  informing opinions in which you asserted in this
7  report.
8    A   Yes, I think I have a paragraph on that --
9    Q   Okay.
10    A   -- on Page 3.
11    Q   Okay.
12    A   I don't know if you want me to repeat it
13  or you want to just read it.
14    Q   Which paragraph?
15    A   It's the last full paragraph on the bottom
16  of Page 3.
17    Q   Okay.
18    A   It is a pretty broad, you know, array of
19  data.
20    Q   When -- on Page 3, where you state, "My
21  analysis draws upon the Wisconsin Government
22  Accountability Board's GAB database," do you mean
23  the SVRS database?
24    A   I don't think so.  I don't think I went
25  into the individual voter files.  I think other

51

1  experts did that.
2        I looked at things like a voter turnout
3  and registration and election returns, but not
4  getting into the voter files.
5    Q   Did you look at Department of Motor
6  Vehicles data?
7    A   I'm not sure I did for the initial report,
8  because I didn't have it.  But I think I certainly
9  did on the second report, when data began to come
10  in, and my understanding is it is still coming in.
11    Q   Okay.  You did not conduct any surveys
12  yourself to form your opinions in this case?
13    A   I did not.
14    Q   And you did not review municipal-level
15  data of voting for this case?
16    A   I did, actually.
17    Q   You did?
18    A   I think it's in my second report, though,
19  not in my first report.
20    Q   Okay.  We'll get to that.
21        What type of municipal data are we talking
22  about?
23    A   Turnout data.
24    Q   Okay.
25    A   Because I believe Dr. Hood, I think it

52

1  was, had made some analyses of provisional balloting
2  in off-year elections.  And I looked at his backup
3  data, and I did some research of my own on local
4  elections.
5    Q   Have you looked at provisional ballot data
6  for the most recent two elections in Wisconsin?
7    A   I've asked for it, and I did receive for,
8  I believe it was the 2015, some provisional ballot
9  data from Milwaukee.
10       And other than that, I've only seen
11  newspaper accounts.  I have not received as yet
12  official provisional ballot data.
13       I would like to.
14    Q   So nothing for 2016.
15    A   Just -- there was just a newspaper article
16  about it.  And I also discussed it with one of the
17  attorneys who had talked to I believe an election
18  official in Madison.  But I did not see actual data.
19  I just kind of a report of that interview.
20    Q   Okay.  If you do obtain the provisional
21  ballot data for 2016, you intend to form opinions
22  about it?
23    A   Probably.
24    Q   Okay.
25    A   I mean, I can't say, since I haven't seen

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

---

53

1    it.  But most likely.
2       Q   Okay.  In preparing for this case, did you
3    read Wisconsin law, the statutes, administrative
4    code?
5       A   Some of it.  I mean, I don't remember
6    exactly, but some of it.
7       Q   Did you read the requirements that the DMV
8    has for obtaining ID cards?
9       A   I believe there is not an official manual
10   that goes through the exact procedures that one has
11   to go through to get an ID card.
12          My understanding from reading the
13   depositions on this is that it's a discretionary
14   matter.  That there's not a manual which spells out
15   exactly what it is you have to do to get an ID card.
16   That there's a lot of discretion involved in the
17   process.
18          So to the extent, you know, I could, I
19   read the depos and tried to figure out the process.
20   But I'm not surprised that it's been such a
21   difficult and tortuous process for the individual
22   voter.
23       Q   That confuses me.  Because have you read
24   the Wisconsin Administrative Code Chapter Trans,
25   T-R-A-N-S, 102?

---

54

1       A   I don't recall that.  I do recall reading
2    administrative codes.  And I think I even put that
3    down in my report of what it takes to get a free
4    photo voter ID.
5          But reading the depositions indicated to
6    me that this is not a cut-and-dried process.  That
7    there is a lot of discretion and a lot of
8    uncertainty, which is also what I found in reading
9    the individual records.
10          So it's not as if one could just look at
11   some manual and say, Oh, I know exactly, you know,
12   what it takes to get a photo ID card in Wisconsin.
13       Q   So you understand that the depositions
14   you're reading are about the extraordinary proof ID
15   petition process.  Correct?
16       A   Correct.
17       Q   And that that process has only been used
18   by approximately 12 to 13 hundred individuals?
19       A   That's correct.  Although I'm not sure the
20   depositions were entirely limited to that.
21       Q   You realize --
22       A   I think they talked about more broadly the
23   entire process of obtaining a free photo voter ID
24   card.
25       Q   Have you looked at the DMV's website --

---

55

1       A   Yes, I have.
2       Q   -- in Wisconsin?
3          And have you seen the guides that are
4    available on that website that give step-by-step
5    instructions for people to obtain ID cards?
6       A   Yes.  And I think I reported some of that
7    in here.  That's right.
8       Q   But your opinion is still that the process
9    is confusing?
10       A   I think the process is confusing, from
11   what I've read in the depositions.  And there -- I
12   understand there are a bunch more depositions, which
13   may clarify things for me or not, which I will look
14   at, from DMV officials.
15          But my understanding is there is a lot of
16   discretion involved in this process.
17       Q   You understand, though, that process in
18   which there is discretion that is the subject of the
19   depositions does not apply to the hundreds and
20   hundreds of thousands of people that have obtained a
21   free ID card?  You do understand that.  Correct?
22          MR. SPIVA:  Objection to form.
23          But you can answer.
24       A   Yeah, I'm not sure the hundreds of
25   thousands of people that you're referring to.

---

56

1          But I'm not convinced there's no
2    discretion in the process at all, given from what
3    I've read in the depositions there does seem to be
4    some discretion.  And again, there's a whole bunch
5    more depositions which may clarify this for me.
6          But, you know, I am a political historian.
7    I know how these things work.  And things may look
8    cut and dry but they're often not, because you're
9    dealing with human beings.
10       Q   So what are the requirements to obtain a
11   driver license in Wisconsin?
12       A   Well, you've got to have proof of
13   identity, proof of citizenship or permanent legal
14   status in the State of Wisconsin.  I believe you've
15   got to pass a driver's test, and I think there's a
16   questionnaire about having medical conditions that
17   might disqualify you from getting a driver's
18   license.
19       Q   What about proof of identity?
20       A   I think I mentioned that.  If I didn't, I
21   meant to.
22       Q   What about proof of residence?
23          MR. SPIVA:  Objection.  Asked and
24   answered.
25          You can answer.

---

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

---

57

1      A   I think I mentioned that, too, yeah.
2      Q   So is it your position that the Wisconsin
3  administrative code does not set forth the
4  requirements for obtaining a driver license or a
5  state ID card?
6      A   I didn't say -- I didn't say it didn't.  I
7  said it did.  It's just in terms of the free ID
8  card, from my reading of the depositions, it did
9  seem like there was a lot of discretion involved in
10 that process.  Certainly in the IDPP process, no
11 doubt about that.
12         Now, the depositions were not in my mind
13 entirely clear about how much discretion there was
14 in the entire process, as well.  That will become
15 clearer when I read the new depositions.
16     Q   Okay.  When did the voter photo ID law go
17 into effect in Wisconsin?
18     A   I believe it is in effect, went into
19 effect for the 2016 primaries and was in effect for
20 an off-year election, as well.  I don't think any
21 general, you know, major general election like a
22 midterm or a presidential year has yet experienced
23 the photo ID requirement.
24     Q   Since the time that the voter photo ID law
25 was enacted in Wisconsin, how many free ID cards for

---

58

1  the purposes of voting has Wisconsin issued?
2      A   It's very unclear because of those who may
3  not need free IDs for voting might check that box
4  because, hey, I can get it for free, rather than
5  paying a fee.
6          But I do know, I did see the analysis of
7  that by your expert, Dr. Hood, which was fraught
8  with error.
9      Q   How many IDs?  That was my question.
10     A   How many -- I don't understand your
11 question because are you talking about generally the
12 DMV issues nondriver's IDs, which could be used for
13 voting or not.  So I'm not sure what specifically
14 you're asking me.
15         Also, a lot of the IDs that are issued by
16 the DMV are not brand-new IDs; they're duplicates
17 and renewals.
18     Q   So my question, then, to clarify, is, what
19 is your understanding of how many people checked the
20 box to get a free ID card for purposes of voting
21 from the Wisconsin DMV since July 2011?
22     MR. SPIVA:  Objection to form.
23     A   I think I have those numbers in my
24 rebuttal report.  I would rather not repeat them
25 from memory.

---

59

1      Q   Is it fair to say it's hundreds of
2  thousands?
3      A   It could be.  But I'm not sure it's large
4  hundreds of thousands.  Again, because of some of
5  these issues of duplicates and renewals.
6      Q   In Virginia did they have a free photo ID
7  program for voters?
8      A   Yes.  And it was very different from the
9  program in Wisconsin.
10     Q   How many IDs were issued --
11     A   Let me finish.
12     Q   Go ahead.  Go ahead.
13     A   I was about to explain what the Virginia
14 free voter ID doesn't have all of the identification
15 requirements that Wisconsin does that has forced at
16 least 1300 people to go into the IDPP.
17         And, by the way, that number is not
18 necessarily -- that number is not necessarily
19 indicative of those who tried to get a photo ID for
20 voting and couldn't.  Not everyone who couldn't get
21 it otherwise necessarily is going to subject
22 themselves to another process.
23         I don't know how many -- there's no way of
24 knowing how many did not.  But the 1300 is a minimal
25 number.  But in Virginia it's very different.

---

60

1  Virginia has an affidavit requirement.  You simply
2  have to go to a state office and, if you're already
3  on the voting rolls, simply affirm your identity.
4          Which is what Virginia used to have, but
5  it had it right at the polls.  So what they've done
6  is create two more steps for the voters.  And the
7  state, as far as I can see, was unable to show any
8  issues with the affirmation process that -- you
9  know, that led to any kind of voter fraud.
10     Q   How many free ID cards were issued for
11 voting in Virginia?
12     A   I don't recall.  I would have to review my
13 report.  I'm sorry.
14     Q   Does 800 sound about correct?
15     MR. SPIVA:  Objection.
16     A   I just don't recall.  I would have to
17 look.
18     Q   So you have no idea at all, you couldn't
19 estimate?
20     MR. SPIVA:  Objection.  Calls for
21 speculation.
22     A   There have been a lot of cases that I've
23 been working on and, you know --
24     Q   Sure there are.
25     A   -- without reviewing my report I don't

---

Deposition of Allan J. Lichtman,
Conducted on April 20, 2016

61

1    want to speculate.
2        Q    Okay.  I don't want you to speculate.
3            What is early voting?
4        A    Early voting is voting prior to election
5    day.
6        Q    Does Wisconsin have early voting?
7        A    You can vote early in Wisconsin through a
8    no-excuse early absentee ballot.  That's correct.
9        Q    But is it truly early voting?
10       A    I don't know what you mean by "truly early
11   voting."  Lots and lots of voters in Wisconsin
12   manage to vote early.  It's not one or two percent;
13   it's much larger than that.
14       Q    Do their ballots count when they vote in
15   person absentee?  Are they counted on the day they
16   vote in person absentee?
17       A    I don't understand the question.  Are
18   there -- are their ballots counted with respect to
19   the election?  Yes.
20       Q    So the votes are tabulated on the day that
21   they in person absentee vote?
22       A    I didn't say that.
23       Q    Okay.  What did you say?
24       A    I said their votes are counted as part of
25   the tabulation for the election results.  I didn't

62

1    say what day their votes were tabulated.
2        Q    So if a voter votes in person absentee, is
3    it guaranteed that their vote will be tabulated?
4        A    Well, it's never guaranteed that anyone's
5    vote will be tabulated.  We know there are always
6    errors and mistakes.  But your vote certainly should
7    be tabulated, barring some error or mistake.
8        Q    What type of error or mistake with an
9    absentee ballot could result in it not being
10   tabulated in Wisconsin?
11       A    I'm not sure I know all of the details.
12   But, you know, if you don't sign a ballot, that
13   might be one reason why a ballot might not be
14   tabulated.
15       Q    So what are the topics that you're giving
16   an expert opinion on in this case?  Just the general
17   topics.
18       A    Yeah.  I think I already mentioned my
19   report.  You know, again, it's laid out here, but
20   I'll say it again.
21           My report is looking at the intent behind
22   not just the adoption of voter ID, but the panoply
23   of measures adopted with respect to voting and
24   registration between 2011 and 2014.  Looking at
25   whether this panoply of changes had the intent to

63

1    limit opportunities for minorities to vote,
2    particularly Hispanics and African-Americans, and
3    register in the State of Wisconsin.
4            And that, of course, leads to examination
5    of lots of other things, such as disparities in
6    socio-economics, disparities in possession of common
7    forms of identification, as well as many other
8    issues that I address in my two reports.
9            In addition, I was asked to respond to any
10   material presented by the state or by experts for
11   the state or other witnesses for the state.  And as
12   I said, that's been a -- very much of an ongoing
13   process, given that data is still coming in.
14       Q    You are not providing an expert opinion on
15   the number of voters who lack a form of qualifying
16   ID in Wisconsin.  Correct?
17       A    That's correct.
18       Q    And you are not providing an expert
19   opinion regarding the turnout rates for any election
20   in Wisconsin.  Correct?
21           MR. SPIVA:  Objection to form.
22       A    That's not true.  I think I do -- I do
23   examine turnout.
24       Q    Okay.  Are you providing an expert opinion
25   regarding the state's interests that support the

64

1    challenge laws?
2        A    Yes.
3        Q    Are you providing an expert opinion
4    regarding whether voter photo ID laws deter people
5    from voting?
6        A    Yes.
7        Q    Are you providing an expert opinion
8    regarding whether voter photo ID laws will deter
9    voter fraud?
10       A    Yes.
11       Q    Okay.  And where is that in your expert
12   report?
13       A    I have to find it.  But I do talk about
14   voter fraud in my expert report.  And I talk about
15   it fairly extensively.
16       Q    Okay.
17       A    I talk about the fact that -- I think it's
18   on Page 20 through 22.
19       Q    Okay.
20       A    And if you want me to recount it, I will
21   recount it for you.
22       Q    Not necessary.
23           Are you providing an opinion -- an expert
24   opinion regarding whether minority voter turnout
25   increased in Wisconsin from 2010 to 2014?

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

---

65

1      A   Only insofar as that might be responsive
2   to analyses that I've looked at by experts for
3   defendants.  So I believe I am.
4      Q   Okay.  Are you providing an opinion
5   regarding whether minorities used in-person absentee
6   voting at a higher rate in 2014 than in 2010?
7      A   I don't believe I looked directly at
8   minorities, but I did look at, because it was
9   highlighted by one of your experts, use of early
10  voting, changes over time in Madison and Milwaukee,
11  the two cities that have the bulk of the minority
12  population.  Certainly the African-American
13  population, the bulk of, about two thirds, and a
14  very substantial component of the Hispanic
15  population, as well.
16         So that certainly bears on that,
17  particularly since your experts highlighted that as
18  one of the ways in which you can gain insight into
19  its effect on minorities.
20     Q   Have you read Dr. Burden's and Dr. Mayor's
21  reports in this case?
22     A   Some time ago I believe I did.
23     Q   Are there any inconsistencies between your
24  report and their reports?
25     A   I mean, I would have to go over it again

---

66

1   in detail.  I wasn't looking at it for that.  But
2   nothing leaped out at me when I looked at it.
3      Q   Okay.  All right.  Let's look at Page 1.
4   I just want to talk about some language there that
5   you emphasized on Page 1 first.
6         In the first full paragraph, you see the
7   word "intent" is in italics?
8      A   Yes.
9      Q   "Intent to discriminate."  What do you
10  mean by the word "intent"?  What does that mean to
11  you?
12     A   Intent refers to the motivation behind any
13  particular legislation or, for that matter, as a
14  historian you look at the intent behind any given
15  decision.
16         And so the intent is the motivation, the
17  reasons behind why legislation was adopted or why a
18  particular decision was made.
19     Q   And does the intent in your mind have to
20  be shown through direct evidence, through something
21  less than direct evidence?  What is necessary to
22  show intent the way you define it?
23     A   Yeah, I think I lay that out in my report,
24  as well.  Indicating that I follow the guidelines of
25  the Arlington Heights decision by the United States

---

67

1   Supreme Court.  That's on Page 3 of my report.  In
2   which, in addition to direct evidence, it focuses on
3   a set of other pieces of evidence that directly bear
4   upon ascertaining intentional discrimination,
5   discriminatory impact, historical background,
6   sequence of events, procedural or substantive
7   deviations, and the direct evidence contemporaneous
8   viewpoints expressed by decision-makers.
9         And I also note, of course, that in this
10  day and age you're not going to have decision-makers
11  explicitly saying, By golly, you know, we're doing
12  this to limit minority voting because that helps
13  Republicans.  Although, by golly, it has come as
14  close as I've ever seen here in Wisconsin.
15     Q   So the Arlington Heights, these relevant
16  factors that you point to on Pages 3 and 4, how do
17  they work?  Is it a checklist that you must meet
18  each of the five?
19     A   Oh, no.  They're guidelines.  No such
20  thing as a checklist, where you, you know, have to
21  meet every single thing.
22         You know, if we had ten statements from
23  legislators, from all the legislative leaders
24  saying, Yeah, you know, we were behind this because
25  we wanted to limit minority voting because that gave

---

68

1   us political advantage, we wouldn't necessarily have
2   to go through the other factors.
3         So it's nothing that mechanical.  But, in
4   fact, I do consider every one of these factors in
5   my -- in my report.
6      Q   How are the factors to be utilized?  Is it
7   a balancing test?
8      A   No.  It's a narrative test.  It's a test
9   of how the factors come together to give your
10  opinion.
11         Some of them do involve balancing.  For
12  example, looking at the justifications for the law.
13  You would balance that against the realities.
14         So if they're saying, for example, By
15  golly, you know, we are adopting this law because
16  there is rampant fraud, because there's lots of
17  voter impersonation in the State of Wisconsin, then
18  you look at the reality and you see there
19  essentially isn't any at all, that would -- that
20  kind of balance would enter into your analysis.
21     Q   Which of the five factors involves the
22  justifications for the law?
23     A   Contemporaneous viewpoints expressed by
24  decision-makers.  Those contemporaneous viewpoints
25  indicate the kinds of justifications that

---

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 19 of 92
Deposition of Allan J. Lichtman,
Conducted on April 20, 2016

18 (Pages 69 to 72)

69

1  decision-makers have put forth in their contentions
2  in support of the law.
3      Q   And so if I read the Arlington Heights
4  case, that's what the Supreme Court was talking
5  about?
6          MR. SPIVA:  Objection.  Calls for a legal
7  conclusion.
8      A   I don't understand the question anyway.
9  Arlington Heights is talking about lots and lots of
10 things that it asks you to look at.  It never said
11 this was exhaustive or complete or, you know,
12 necessarily the only way to look at it.
13          But, you know, I've adopted this.  And
14 more broadly, of course, I've applied my expertise
15 as an historian.  As a historian, this is the kind
16 of thing we do all the time.
17          If you shut off motivation and intent from
18 the writing of history, you cut out a huge swath of
19 historical scholarship.  This is the kind of thing
20 that historians do all of the time.
21      Q   Are you an expert on intentional racial
22 discrimination?
23      A   You asked me a similar question before,
24 and I'll give you a similar answer.
25          You know, that's too narrow a kind of

70

1  expertise.  I'm an expert in political history.  I'm
2  an expert in political analysis.  I'm an expert in
3  quantitative analysis.  I'm an expert in voting and
4  civil rights, which gives me the expertise to opine
5  on that particular subject matter.
6      Q   What scholarship have you done on that
7  subject matter?
8      A   What subject matter?
9      Q   Intentional racial discrimination.
10     A   Certainly my book on the rise of the
11 American conservative movement deals extensively
12 with the issue of intentional racial discrimination.
13 So that would be one example of scholarship that
14 addresses that issue fairly extensively.
15     Q   Is that a peer-reviewed publication?
16     A   It's an award-winning book.  It's not an
17 article.  It's much bigger, more ambitious book.
18 And it was a finalist for the National Book Critics
19 Circle Award in general nonfiction.  That's every
20 nonfiction book published in the United States.
21     Q   Is that peer-reviewed scholarship?
22     A   Absolutely.  The -- it never would have
23 gotten accepted if it wasn't peer-reviewed in the
24 first place.
25     Q   What does peer-reviewed mean?

71

1      A   Other scholars look at your work.
2      Q   That's all it means?
3      A   That's what peer-reviewed means.  It is
4  evaluation of your scholarship by other scholars in
5  the field.
6          Now, you can be more specific, but
7  generically that's what peer-reviewed means.
8      Q   What other peer-reviewed scholarship have
9  you done on the issue of intentional racial
10 discrimination?
11     A   I would have to think about it.  Yes.
12 Early on I did an article in the Journal of Negro
13 History, a peer-reviewed publication, that dealt
14 with the issue of intentional voter discrimination.
15     Q   Perhaps it would help --
16     A   And I believe I published a book chapter
17 that dealt with that, as well.
18     Q   Would it help to look at Exhibit 1, your
19 CV?
20     A   If you want to.
21     Q   Let's look at it.
22          So I know this is kind of long.
23     A   Yes, it is.
24     Q   There's a lot to remember.
25     A   Yes.

72

1      Q   Could you point me to the examples of
2  peer-reviewed scholarship in your CV that deal with
3  the issue of intentional racial discrimination?
4      A   Yes.
5      Q   Okay.
6      A   We already talked about my book, White
7  Protestant Nation, the Rise of the American
8  Conservative Movement.
9      Q   Uh-huh.
10     A   We talked about my article in the Journal
11 of Negro History.
12     Q   And which page is that on in this?
13     A   The first -- the first page under
14 Scholarly Articles.  There doesn't seem to be page
15 numbers.  Oh, Page 5.  There it is.
16     Q   You're talking about the October 1969
17 article?
18     A   Yes.
19     Q   Okay.
20     A   That directly dealt with that topic.
21          To some extent I dealt with it in my book,
22 another book, Prejudice in the Old Politics.
23     Q   Okay.
24     A   Presidential election of 1928.
25          I don't remember this article, to be

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

73

1    honest with you.  It was a long time ago.
2    Discriminatory Election Systems and the Political
3    Cohesion Doctrine obviously dealt with racial
4    discrimination.
5        Q   Let me stop you there.
6        A   Let me finish.  I don't recall if that
7    article dealt with the issue of intent or not, and
8    it may have.
9        Q   And I'm talking about only peer-reviewed
10   journals.  Is that one peer-reviewed?
11       MR. SPIVA:  Objection.  That's a different
12   question than you asked.
13       A   Yeah, I'm not sure what you mean.  But I
14   don't believe so.
15       Q   Okay.
16       A   Again, I don't recall all the details of
17   all of these articles.  The article in the Journal
18   of Law and Politics on black/white voter
19   registration disparities, I don't remember if that
20   dealt with intentional discrimination or not.  It
21   may have.
22           That wasn't the focus of it.  Obviously
23   the focus of it was documenting registration
24   disparities.  But, obviously, there was a reason
25   behind these registration disparities that had to do

74

1    with intentional discrimination in the State of
2    Mississippi, particularly the vestiges of the dual
3    registration system.
4           There may have been some discussion of it
5    in other articles and books, but I don't see
6    anything directly on it other than the things I've
7    already highlighted for you.
8        Q   So just so I'm clear on the question I
9    asked, in this 21-page Exhibit 1, I've asked you to
10   point me to the peer-reviewed scholarship about the
11   topic of intentional racial discrimination.
12           Correct?
13       A   Yes.
14       Q   And you've pointed me to four, maybe five
15   examples.
16       A   That's about right.
17       Q   All of those are peer-reviewed journals?
18       A   Now you've changed your question again.
19           First you said peer-reviewed scholarship,
20   now you said peer-reviewed journals.  Books get
21   peer-reviewed, you have to understand, or they
22   wouldn't get published.  And probably peer-reviewed
23   even more extensively than articles, because there
24   is a big commitment that a publisher has to make to
25   publishing a book.

75

1        So it's both articles and books.
2        Q   Do you sit on the editorial boards of any
3    journals?
4        A   No.  I don't have time for that.
5        Q   Have you ever?
6        A   Yeah, I was once on the editorial board of
7    the International Journal of Information Systems.
8    But I really didn't do much, because I didn't have
9    time.  They wanted me to be a -- one of the editors.
10   And I said you can use my name, but, you know, I'm
11   really not going to get able to get involved in this
12   because I don't have time.
13       Q   So you didn't -- did you peer-review any
14   articles?
15       A   I have peer-reviewed articles, absolutely,
16   for journals.
17       Q   Okay.  But those four or five, again
18   peer-reviewed scholarship --
19       A   Right.
20       Q   -- including books, those four or five are
21   the only examples?
22       A   The only ones I can come up with at the
23   moment.
24           As I told you, other scholarship may well
25   have addressed that issue even though it was not

76

1    directly on the issue.
2        Q   Okay.  What other qualifications do you
3    have to give an expert opinion on intentional racial
4    discrimination?
5        MR. SPIVA:  Objection.  Other than what --
6        MR. KAWSKI:  Other than what he just
7    defined.
8        A   I've already gone over a lot of this.  As
9    I said, I've been a practicing historian for 43
10   years.  I have published, depending on how you
11   count, anywhere from seven to nine books, scores of
12   articles.  I've won major national awards.  And this
13   is what historians do.  Historians assess and weigh
14   the intent behind -- as a political historian,
15   political acts and political decisions.
16           Not to mention, of course, my experience
17   in voting rights.  Extensive experience in voting
18   rights, as well as scholarship on voting rights and
19   civil rights.
20       Q   Have your expert opinions been subject to
21   any challenges in cases?  And I mean challenges to
22   have them excluded.
23       A   Out of 85 cases, one failed.
24       Q   And what was that?
25       A   It was in I think the Jublieer political

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 21 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

20 (Pages 77 to 80)

77

1    gerrymandering case, when I was challenged about
2    opinions on political gerrymandering.  And I
3    remember I was driving back from the hearing, and
4    that quickly the judge rejected the challenge.  It
5    is the only time I have ever been challenged in, you
6    know, 85-plus cases.  And as I said, it was quickly
7    dismissed.
8        Q    So no one has filed a motion to exclude,
9    as far as you know --
10       A    Oh, they filed motions to exclude.
11   Absolutely.  But, I mean, I don't know the details
12   of those motions.  I'm not a lawyer.
13           But I'm not aware of ever my testimony
14   being excluded.
15       Q    Okay.
16       A    And those exclusion motions, as I
17   understand them, don't have anything to do with my
18   expertise.  They have to do with legal issues.
19       Q    Okay.  Page 4.
20       A    Where are we on the -- still on the CV?
21       Q    No.  Off the CV, back to the report.
22       A    We're off the CV.  What are we on now?
23           MR. SPIVA:  Off the record.
24           (A discussion was held off the record.)
25   BY MR. KAWSKI:

78

1        Q    Looking at Page 4 of the report.  You have
2    a statement, "Wisconsin has a history of
3    discrimination against African-Americans and
4    Hispanics that is reflected in current racial
5    disparities," and it goes on.
6            Do you see that?
7        A    Yeah.
8        Q    When you say "Wisconsin has a history,"
9    are you talking about official state-sponsored
10   discrimination?
11       A    There is certainly, that is an element of
12   it, yes.
13       Q    Okay.  What --
14       A    Not the only element.
15       Q    What are the aspects of that
16   state-sponsored discrimination that you're
17   highlighting in your opinion?
18       A    Well, as I said, this was something that I
19   derived from Professor Burden, who was directly
20   addressing the issue of the history of
21   discrimination.
22           But off the top of my head, I can mention
23   some of the things that historically involved
24   official state action.  Such as, back in the 19th
25   century, singling out African-Americans for special

79

1    treatment when it came to voting.  You had to
2    actually pass a referendum to even enable
3    African-Americans to vote in the State of Wisconsin.
4            There was the 5,000 rule, that only those
5    with -- in municipalities of 5,000 or more had to
6    register, which obviously had a direct
7    discriminatory burden on African-Americans, who
8    tended to live in more urban communities.
9            The history of school segregation that was
10   not resolved in the major city until decades after
11   the Brown vs. Board of Education.  The lack of
12   Spanish-language ballots in the State of Wisconsin
13   that required justice department intervention.
14           Those are some examples of official
15   discrimination.
16       Q    Do you have any others?
17       A    Well, these are just off the top of my
18   head.  As I said, I derived these from the Burden
19   report.  I'm not saying those are exclusive, but
20   those are the four or five examples that come to
21   mind.
22       Q    With regard to the ballots, is that a
23   state issue?  When I say "state," I mean State of
24   Wisconsin issue.
25       A    Regard to what ballots?

80

1        Q    The Spanish-language ballots issue you
2    just mentioned.  Is that --
3        A    Well, it's primarily a local issue.  But
4    certainly the state could have, you know, taken
5    action.  And local bodies are, you know, part of the
6    state.
7        Q    What about the segregation issue; is that
8    a state issue?
9        A    Again, that is, I believe, an issue within
10   the City of Milwaukee.  But certainly the state is
11   involved and implicated in this -- in this as well.
12       Q    And how so?
13       A    State certainly could have taken action to
14   deal with segregation within the City of Milwaukee.
15   We've seen states intervene in many, many ways in
16   educational local systems.  But the state did
17   nothing.
18       Q    Was that an example of intentional racial
19   discrimination on the part of the state?
20       A    I didn't get into, on these historical
21   examples, whether the discrimination was intentional
22   or not.  I was simply looking at whether there was,
23   in fact, a history of discrimination.
24           So that was not something that, you know,
25   I specifically looked at.

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

---

81

1    Q   What about the ballots?  Again, was that
2  an example of intentional racial discrimination on
3  the part of the State of Wisconsin?
4    A   Same answer.  I did not go behind these
5  actions to determine whether they were intentional
6  or not.  But things are rarely done by accident.
7       And my experience as an analyst is that
8  decision-makers understand the implications of
9  their -- you could not miss the fact that the 5,000
10 rule had a disparate impact upon minorities in
11 Wisconsin.  And, obviously, the 19th century
12 provisions regarding voting were clearly
13 intentional.
14   Q   And how does that compare to a state like
15 Virginia in terms of examples of state-sponsored
16 official discrimination?
17   A   I didn't do a -- as I said, I didn't even
18 do this analysis for Wisconsin.  I derived it
19 primarily from the Burden report.
20      So what I've conveyed to you is my memory
21 of what I read in the Burden report.  But I am also
22 generally familiar with these histories.
23      It's a different situation.  It's not a
24 southern state.  And I have not gone down and done a
25 line-by-line comparison of Virginia and Wisconsin.

---

82

1  And you probably wouldn't, because, you know, the
2  histories are so different.
3    Q   So would Virginia, in your estimation,
4  have more specific examples of state-sponsored
5  discrimination, racial discrimination?
6    A   If you went back --
7       MR. SPIVA:  Just one second.
8       Objection to form.
9       You can answer.
10   A   Probably if you went back historically,
11 they would.
12   Q   Okay.  Now, you talk about it in the same
13 paragraph where you mention Wisconsin has a history
14 of discrimination that is reflected in current
15 racial disparities on such socio-economic measures
16 as income, unemployment, poverty, education,
17 housing, the availability of vehicles and
18 telephones, and health.
19   A   Correct.
20   Q   So explain for me how those socio-economic
21 measures stem from the state-sponsored official
22 discrimination in Wisconsin.
23   A   Well, it's partly the state-sponsored, and
24 obviously partly nonstate-sponsored history of
25 discrimination.

---

83

1       But when you have things such as
2  segregated education systems, segregated housing
3  that separates minorities and whites, that is going
4  to have an implication on factors such as income,
5  education, health, and other standard socio-economic
6  measures.
7    Q   What have the defendants in this case -- I
8  mean, if you know who they are, what have they done
9  that has been an example of official state-sponsored
10 discrimination?
11   A   I'm not sure who the defendants are
12 exactly, so I can't answer your question.
13   Q   Well, I mean, the defendants are the
14 individual members of the Government Accountability
15 Board, and then the Secretary of the Department of
16 Transportation, and the administrator of the
17 Division of Motor Vehicles of the Department of
18 Transportation.
19      So what have those individuals done?
20   A   Well, if you're talking about the
21 administrator of the Department of Transportation, I
22 think they have, in fact, engaged in discriminatory
23 practices.
24   Q   Racially discriminatory practices?
25   A   Racially discriminatory practices.

---

84

1       Because I think the denials of voter
2  identification cards under the law are very heavily
3  racially tilted.  That is, at least in the ones I've
4  seen -- and as I said this is a moving target
5  because more are coming in -- those who were denied
6  free IDs were overwhelmingly Hispanics and
7  African-Americans.  And, indeed, those in the
8  process where I actually had individual records were
9  overwhelmingly Hispanic and African-American.
10      And I think virtually all of the Hispanics
11 and African-Americans in this set of record were
12 denied IDs, and the three whites were given IDs.  So
13 there was certainly, if you're talking about
14 Secretary of Transportation, which I believe
15 oversees the Department of Motor Vehicles, there
16 certainly is at least on its face evidence of racial
17 discrimination.
18      And there is so much discretion in that.
19 So it's not just some manual that everyone is
20 following that leads to these racially disparate
21 affects.  But, again, this is a moving target.
22 There are depositions I haven't seen.  There's
23 additional evidence that I haven't seen.
24      But so far there certainly seems to be
25 pretty clear evidence of racial discrimination, you

---

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

85

1    know, going up to the Department of Transportation,
2    which has responsibility for overseeing the DMV.
3        Q   So it's your opinion that the Secretary of
4    the Department of Transportation in Wisconsin is
5    engaged in intentional racial discrimination?
6        A   I didn't say that.
7        Q   Okay.  What is your opinion, then?
8        A   My opinion is that the process places
9    disparate burdens on African-Americans and
10   Hispanics, as compared to whites.  It's a process
11   that is overseen by the Department of
12   Transportation.  And it's a process fraught with
13   lots and lots of discretion.
14       So while I'm not saying the Secretary is
15   personally involved in intentionally discriminating,
16   I'm saying the process over which he presides is
17   racially discriminatory.  And I think while, again,
18   there's lots of evidence I have to look at, there's
19   some inferences that one can draw about intent here.
20       That -- let me explain.  We just had an
21   opinion from a three-judge panel of the fourth
22   circuit by Judge Easterbrook, who was the judge who
23   had overturned district court opinion by Judge
24   Adelman.  And he pointed to this process and how it
25   was personally affecting individuals, denying them

86

1    the right to vote.  Something I highlighted in my
2    report.  I haven't seen anything like this since the
3    days of literacy tests.
4        And he says, you know, there can be a
5    corrective for this.  Well, why didn't the state on
6    its own initiative move for a corrective?  Why did
7    they let this process go on and on and on and on for
8    months and years, and had to be instructed by the
9    4th circuit to consider a corrective?
10       And all the sudden I see a memorandum from
11   the Governor talking about a possible corrective for
12   this, after they are forced to do so, essentially,
13   by the fourth circuit after they're facing
14   litigation.
15       Q   Let's talk about that memorandum.  So what
16   memorandum are you talking about?
17       A   I just saw it.  It was something about a
18   new rule that under certain circumstances would
19   enable persons to get a free ID by affidavit.
20       Q   And so, I mean, I don't want you to
21   speculate about that.  But how would that impact
22   your opinions in this case?
23       A   Very directly.
24       MR. SPIVA:  Well, I'm going to just lodge
25   an objection and caution you not to speculate, as

87

1    this is materials you haven't had a chance to
2    review.
3        But you can answer.
4        A   Yeah, I haven't had a chance to review.
5    Of course I just looked at it.  It just came out.
6        But it strengthens my finding that this
7    was initially adopted and implemented with intent to
8    limit opportunities for minorities, particularly
9    Hispanics and African-Americans, to register and
10   vote in the State of Wisconsin.
11       And the reason is, this was rejected, an
12   affidavit option.  It was voted down at the time
13   that Act 23 was adopted.  The state has known for
14   some time about the difficulties of the IDPP
15   process, about people who were, you know, knowing --
16   had any information that they were fraudsters.
17       And certainly they weren't.  No fraudster
18   would go through this process if they weren't U.S.
19   citizens, and yet they were told they couldn't vote.
20       And only after the pressure of litigation
21   and the pressure of adverse opinion from the fourth
22   circuit did they suddenly wake up and say, Oh, maybe
23   we ought to do at least some minor thing to rectify
24   these problems, problems that were evident for a
25   very long time.  At least since 2015.

88

1        Q   So at this point you don't understand what
2    that change to the IDPP is going to involve; do you?
3        A   Not in detail.  But that doesn't matter.
4    That's not my point.  My point is quite a different
5    one.  My point is, they only took action under
6    pressure.
7        Q   When did you think --
8        A   Let me finish.
9        Q   Okay.
10       A   Very similar to what happened in the
11   petition process in the first place.
12       There was no petition process until the
13   State Supreme Court forced them to adopt a petition
14   process.
15       So we see a pattern here.  We see a
16   pattern of the state not taking obvious amelioratory
17   steps which would ease the burden of this law upon
18   low-income persons, low-education persons, persons
19   with language difficulties, and minorities.
20       And, of course, the two are correlated.
21   And it's not as if the State of Wisconsin did not
22   have before it examples of other states that had
23   adopted these kind of ameliatory measures, like
24   South Carolina, where the court actually said this
25   was critical.  This was critical in our providing

Deposition of Allan J. Lichtman,
Conducted on April 20, 2016

89

1     preclearance to South Carolina.
2          So it was a wealth of information that the
3     state already had, and they never acted until some
4     external agency forced them to.
5          Q   So going back to, just so I'm clear, it is
6     not your expert opinion that the Secretary of the
7     Department of Transportation is engaging in
8     intentional racial discrimination?
9          MR. SPIVA:  Object to form.
10          But you can answer.
11          A   I think I already answered that.
12          Q   Okay.
13          A   As I said, I don't -- I have not looked at
14     any information coming directly from the Secretary.
15     But he is presiding over a discriminatory process.
16     That's all I can tell you.
17          Q   So who are the racists at the DMV --
18          MR. SPIVA:  Objection.
19          Q   -- that are engaging in this intentional
20     racial discrimination?
21          A   I --
22          MR. SPIVA:  Objection to form.
23          But you can answer.
24          A   I never called anyone a racist.
25          Q   So who at the DMV is engaging in

90

1     intentional racial discrimination?
2          A   You mean what particular persons?
3          Q   Yes.
4          A   I can't say what particular persons.  I
5     can only talk about a process that is racially
6     discriminatory, that was known to be racially
7     discriminatory, and in which the state did not take
8     ameliorative action until lawsuits are filed,
9     they're facing liability, and get adverse opinion
10     from Judge Easterbrook.
11          Q   Do you agree, though, that for there to be
12     any intentional racial discrimination there would
13     have to be a person engaging in it?
14          MR. SPIVA:  Objection to the extent it
15     calls for a legal conclusion.
16          A   I don't think you have to psycho analyze
17     an individual person.  But you could look at both
18     the circumstantial and direct evidence, and from
19     that draw inferences about intent.
20          And in addition to the direct evidence, in
21     our colloquy that we've been having so far, I've
22     given ample reasons why one would draw the inference
23     that the state decision-makers, the governor, the
24     legislature, the ultimate authorities here, had
25     intent to discriminate against minorities by

91

1     limiting their opportunity to register and vote.
2          Q   So the legislature has no oversight
3     directly over the IDPP.  Is that right?
4          A   It doesn't directly oversee it.  But it
5     certainly could hold hearings, legislature has that
6     power, on the IDPP process.  And I am not aware that
7     it's held any hearings.
8          And it certainly could have adopted,
9     either way back when in 2011 or once it was known
10     that this was a problematic process, an ameliorative
11     measure.  It didn't do so.
12          Q   So it's your expert opinion that the
13     issues you've highlighted with the IDPP can be used
14     to ascertain legislative intent when the law was
15     passed in 2011?
16          A   No.  You have not correctly analyzed my
17     position at all.
18          I have lots of reasons, even before I knew
19     about the IDPP process, about what was going on in
20     2011.  What I am saying is, now that I know
21     something about the IDPP process, and what was done
22     and what wasn't done, that reinforces my opinion
23     with regard to legislative intent.
24          Q   Page 4 of the report, you state that this
25     information was available to the legislature.

92

1          Do you see that?
2          A   I do.
3          Q   What evidence did you rely upon to
4     conclude that the information, while available, was
5     actually reviewed by the legislature?
6          A   Well, there is no way to directly know
7     what any legislative or legislative body in this
8     case reviewed, because this was adopted so quickly,
9     without extensive hearings and review.
10          But I've been watching politics for 50
11     years.  I've, you know, written extensively on
12     politics.  I've been a redistricting advisor to
13     state and local governments.  Politicians live and
14     breathe this stuff.  They have to know about racial
15     disparities in socio-economic standings.  They would
16     have to be -- you know, stop their ears and close
17     their eyes not to know these things.
18          Because this relates to their careers and
19     their lives.  And it's pretty common knowledge.
20          Q   In the same page you state that Wisconsin,
21     quote, "had an exemplary electoral system."  And I
22     emphasize the word "had."
23          A   Where is that?  I'm sorry.
24          Q   Third from the bottom bullet point, Page
25     4.

Deposition of Allan J. Lichtman,
Conducted on April 20, 2016

93

1      A   Yes, that's correct.
2      Q   And I emphasize the word "had."
3      A   Correct.
4      Q   It is your opinion that Wisconsin no
5  longer has an exemplary electoral system?
6      A   Correct.
7      Q   And why is that?
8      A   Because of the voter ID law and these
9  other pieces of legislation that I cite make it less
10  exemplary -- less exemplary than it has been, in my
11  opinion.
12      Q   Next sentence of the same bullet point,
13  "It" -- meaning Wisconsin -- "was a national leader
14  in voter turnout."
15      A   That's correct.
16      Q   It is no longer a national leader in voter
17  turnout?
18      A   No, I didn't say that.  But this is
19  critical.  We're talking about at the time these
20  laws were adopted.  Because this goes to intent.
21          It was one of the very few states that was
22  right at the top of the list in terms of election
23  administration and was one of the very few states
24  that was at the top of the list in terms of voter
25  turnout.

94

1          In other words, the system wasn't broken.
2  The system didn't need fixing.  So one can't say,
3  Oh, we had to adopt 15 new measures because
4  Wisconsin was in trouble with when it came to
5  election administration and turnout.
6      Q   So has Wisconsin's voter turnout declined
7  since these measures have been enacted?
8      A   I think voter photo ID just came into play
9  recently.  But so far, in the aggregate, no.
10      Q   And in the two most recent elections,
11  February and April 2016, in which voter photo ID was
12  in effect, how has turnout been?
13      A   I don't -- I don't recall the February
14  2015 turnout.  But the turnout in the primary was
15  very strong.
16      Q   And was it, in fact, the highest turnout
17  in any presidential primary since 1972?
18      A   I believe that's right.
19      Q   How do you explain that?
20      A   You cannot measure a discriminatory system
21  by aggregate turnout.  You have to look at what's
22  going on among the individuals.
23          And I have not seen any individual level
24  analysis of 2016.  I have seen some for 2014.  And
25  you did see rising white relative to minority

95

1  turnout, exactly, you know, following intent.
2          But generally you cannot determine the
3  effects of racially discriminatory laws by aggregate
4  turnout, because so many factors are involved in
5  aggregate turnout.
6          For example, in this primary, very rare to
7  have two very hot contests in both parties going on
8  at the same time.  Didn't have that in 2012.  Didn't
9  have that in 2008.  This is something brand-new.
10          We also had some very exciting and
11  interesting candidates.  You know, Bernie Sanders,
12  someone pretty new on the Democratic side.  Donald
13  Trump, someone quite new and controversial on the
14  Republican side.
15          And you kind of had a -- both a pro and
16  con effect in stimulating turnout in the primary
17  election.
18          There is also the efficiency of the get
19  out -- the vote campaign, as well as changes in the
20  population.  You know, has the population increased
21  over this time as well.
22          Those are just a few examples of things
23  that are big effects on aggregate turnouts.  That's
24  why you've got to look at the individual level.  And
25  I think I talked about this quite a bit in my

96

1  rebuttal report.
2      Q   So second to last bullet point on Page 4.
3  You state, "Wisconsin was the most restrictive
4  identification law in the nation at that time,"
5  meaning in 2011?
6      A   That's correct.
7      Q   Using, again, the past tense "was," is it
8  now your position that Wisconsin is not the most
9  restrictive identification law in the nation?
10      A   Well, again, the reason I said "was," I
11  was looking at intent.  And, you know, one of the
12  arguments that's always made in favor of voter ID,
13  Oh, we're just conforming to other states.  So
14  Wisconsin doesn't conform to other states.
15          And even today one could make an argument
16  it's certainly if not the most restrictive, one
17  of the most restrictive.  One of the very few
18  restrictive voter ID laws in the country.  Yes, that
19  continues to be the case.
20      Q   What about the recent change that the
21  legislature enacted allowing for veterans' ID cards?
22      A   That helps.  But it still -- you know,
23  there's still lots of kinds of ID cards that are
24  either not involved or are written in a way that
25  makes it very restrictive.

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 26 of 92
Deposition of Allan J. Lichtman,
Conducted on April 20, 2016

25 (Pages 97 to 100)

**97**

1    Plus, there is no alternative mechanism.
2 Plus, you have to have a voter ID for absentee
3 ballots. Plus, you have this very difficult process
4 for getting a free voter ID card.
5    Q    And you said that the legislature rejected
6 all amendments. I'm talking about on Page 5 you
7 talk about the amendments that were rejected, top
8 bullet point.
9    A    Yeah.
10    Q    You do acknowledge, though, that the
11 legislature enacted the free voter ID program.
12    Correct?
13    A    They had to, or the law would have been
14 declared -- clearly would have been struck down if
15 they had no free ID program.
16    Q    Okay. Now, something on Page 5 really
17 piqued my interest, which is the bullet point, third
18 from the last bullet point. "There is rare direct
19 evidence from a Republican decision-maker."
20    Do you see that?
21    A    I do.
22    Q    What is that?
23    A    That's the Schultz evidence.
24    Q    Okay. And so that's later on it's at Page
25 40 or 50 something, Page 51?

**98**

1    A    Something like that. It's well into my
2 report.
3    Q    That --
4    A    Let me finish. That is quite
5 extraordinary for someone who voted for the law, who
6 was a long-time Republican, to say, you know,
7 I've -- I've now realized, you know, what my
8 colleagues really doing was suppressing votes, and
9 they shouldn't be doing that. We should be reaching
10 out. We should be doing what Eisenhower did.
11    That's really extraordinary, to have a
12 decision-maker directly say, this law was designed
13 to suppress -- suppress votes.
14    Q    Now, when you say -- that statement from
15 Senator Schultz, what aspect of it indicates to you
16 that it was a racial motivation to suppress votes?
17    A    Well, let's look at it specifically,
18 rather than trying to -- what page did you say it
19 was on? It's well into the report.
20    Q    Yeah. We're getting ahead of ourselves.
21    A    I think it's on 51.
22    Q    Okay. I think you're right.
23    A    And I think it's filled with racial
24 reference.
25    Q    Okay. Highlight them for me.

**99**

1    A    In the spirit of the champion of the 1957
2 voting rights act. What was the 1957 voting rights
3 act designed to do? To combat racial discrimination
4 against minorities, particularly against
5 African-Americans. That's exactly what the 1957
6 voting rights act under Republican President Dwight
7 Eisenhower wanted to do.
8    So clearly by referencing the 1957 voting
9 rights act, you're talking about race.
10    Q    So what I don't understand there is,
11 Schultz voted for the law. Correct?
12    A    Absolutely. That's what makes this
13 statement so significant.
14    Q    So how --
15    A    It's not -- let me finish. It's not some
16 Democrat grousing about the law.
17    Q    So how is he acting in the spirit of the
18 champion of the 1957 voting rights act then? He
19 would seem to, if he was passing voter ID, he is
20 saying I was acting in the spirit of the champion of
21 the 1957 voting rights act?
22    A    Well, I think he said he's had second
23 thoughts about that. And he thinks that what he did
24 in voting for that was mistaken, and not in the
25 spirit, which he has tried to represent in his

**100**

1 political career as a Republican in Wisconsin.
2    Q    But that is not, in fact, what he said.
3    A    What is not, in fact, what he said?
4    Q    What you just said.
5    A    He absolutely talks about the 1957 voting
6 rights act.
7    Q    He says, "In the spirit of the champion of
8 the 1957 voting rights act, I have been trying to
9 send a message that we are not encouraging voting."
10    A    Right.
11    Q    So how is voting for the law you say is
12 intentionally racially discriminatory in the spirit
13 of the 1957 voting rights act?
14    A    It isn't. And I think it's quite clear
15 from these statements that he regrets what he did in
16 voting for Act 23. You know, if he still believed
17 Act 23 was not racially discriminatory, he wouldn't
18 be saying all these things.
19    Q    So he is -- is he saying that -- you're
20 saying that this is evidence that he believes he was
21 himself engaged in intentional racial
22 discrimination?
23    A    Not necessarily. But at least he was
24 going along, along with what he now believes to be
25 intentional racial discrimination, yes.

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

101

1       He doesn't go deeply into his own
2  motivations.  But I think he makes clear that this
3  bill was adopted with the intent to suppress votes,
4  particularly of minorities.
5       Q   In doing legislative intent analysis, and
6  opining upon it --
7       A   Yes.
8       Q   -- is it common to look to statements made
9  post hoc, several years into the future after the
10  law was passed?
11      A   Certainly, if they cast light on what was
12  done at the time the law was passed.  Particularly
13  by a decision-maker who voted for the law.
14      I mean, it's not like this is some
15  ambitious politician trying to gain some political
16  advantage of this.  He's at the end of his career.
17  He has no political motivation.  If anything, this
18  is against his interest, because it goes against his
19  colleagues of many decades.
20      And so, you know, that's one thing you
21  look at, you know, is there some other motivation
22  for making the statement.  And quite the contrary.
23  There would be every reason to not jump into this
24  controversy at the end of your political career.
25      Q   Is there any other, as you say, rare

102

1  direct evidence from a Republican decision-maker of
2  the intentional racial discrimination?
3       A   Absolutely.
4       Q   There is?
5       A   Yes.  We have the statement that I think I
6  mentioned to you at the very beginning of this
7  deposition that just came out by now Congressman,
8  then Senator Grothman, who was very much involved in
9  passing these laws that I'm talking about.
10      And he said quite explicitly, in helping
11  us to win the presidential election in Wisconsin,
12  that the voter ID law -- I'm not -- I am
13  paraphrasing -- is going to help us a little bit.
14      Q   And why would that be racist?
15      A   You're using a term that I'm not using.
16  I'm not saying he --
17      Q   Why would that be evidence of intentional
18  racial discrimination?
19      MR. SPIVA:  Wait.  He is not finished.
20      A   I'm not finished.
21      Q   Okay.
22      A   You're using a term I have not used
23  anywhere in my report or anywhere in my testimony.
24  I am not accusing people of being racist.  I am
25  accusing politicians of being politicians.  That is,

103

1  by suppressing the votes of minorities, you're going
2  to get political advantage to your party.
3       I am not saying they are personally
4  racist.  I don't know whether they are or not.  But,
5  clearly, if voter ID was not suppressing the votes
6  of Democrats, it would not be helping Senator
7  Grothman to get the Republicans to win the general
8  election of 2016.
9       And we know what is the most loyal
10  Democratic base in the State of Wisconsin, and in
11  fact anywhere, is the African-American voter base.
12  And, secondly, the Latino voter base.
13      Q   And so it is your opinion, then, that
14  voter ID laws suppress the vote of
15  African-Americans?
16      A   Yes.  And I haven't finished answering
17  your first question.  I'll elaborate on that, if
18  you'd like.
19      But there is additional direct evidence
20  from a staffer, who I believe his name was Aulbaugh,
21  who is now running a coffee shop or some such.  And
22  he was in on the meetings.
23      And he said quite clearly in his
24  opinion -- and he said he was a 30-year Republican
25  operative, he is, again, not someone who is involved

104

1  in politics and trying to get political advantage,
2  as far as I know.
3       And he said clearly his understanding of
4  those meetings were that the Republicans involved
5  fully understood that this bill would give them
6  political advantage by limiting minority votes.
7       Q   Have you spoken with him?
8       A   No.  I just watched his interview on
9  television.
10      Q   Okay.
11      A   He was pretty plain, what he had to say.
12      Q   Okay.  So those three things, the Schultz
13  quote from Page 51 of your report, the Grothman
14  quote from very recently, and the Todd Aulbaugh
15  statements, those are the rare direct evidence --
16      A   There's another one.
17      Q   Okay.
18      A   Another Grothman.  And that is not talking
19  about voter ID, but I believe he was talking about
20  early voting.  Saying we want to nip it in the bud,
21  what's going on in Milwaukee and Madison.
22      Q   Okay.
23      A   Again, not talking about uniformity or,
24  you know, any of the other justifications.  But,
25  clearly, he did not want to see the spread of early

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

105

1    voting practices.  And, of course, early voting is
2    disproportionately used by minorities.
3        Q    Anything else?  Any other examples?
4        A    Well, there are other examples outside of
5    Wisconsin by nationally prominent Republican
6    consultants.  So there is a fellow by the name of
7    Trantor who works for Optimist Consulting, a
8    Republican consulting firm.  And they specialize in
9    election dynamics and doing quantitative analysis of
10   elections.
11           And he said very clearly we're benefited
12   by things like long lines and voter ID.  We'll do
13   whatever it takes as political professionals to win
14   elections.
15           You also have a -- it's a fairly old
16   statement, but it's by very, very prominent
17   Republican Paul Weyrich, one of the founders of the
18   modern conservative Republican party.  Someone I
19   talk a lot about in my book, he's that famous.
20           And he said, We don't want everyone to
21   vote.  We benefit as Republicans when the vote is
22   limited.
23           So while, you know, those four statements,
24   which is a lot of direct statements from any one
25   state, this sort of nationally prominent Republicans

106

1    saying much the same thing.
2            And, of course, we're all familiar with
3    what, I think it was a speaker or a legislative
4    leader in Pennsylvania said something very similar
5    to what Grothman said about voter ID helping us in
6    this case to elect Romney in Pennsylvania.
7        Q    So in doing analysis of legislative
8    intent, do we -- is it acceptable to look to the
9    statements of staff members of legislators?
10       A    Of course.  Staff memories are intimately
11   involved in the process of adopting legislation.
12   It's not just done by members of the legislatures
13   alone, but they're always consulting and working
14   with their staff.
15           And this guy was in the meeting.  He was
16   there.  He is an eyewitness.
17       Q    What if it turns out he wasn't in the
18   meeting?
19       A    Well, that would obviously diminish the
20   impact of what he had to say, of course.  I
21   understand that.  I'm only going on at this point
22   what I know.  And I guess, you know, you can hash
23   that out at trial or whatever.
24       Q    Sure.
25       A    I need a break now.

107

1        MR. KAWSKI:  Oh, sure.  Off the record,
2    please.
3        (A recess was taken.)
4    BY MR. KAWSKI:
5        Q    So we were talking about the direct
6    evidence of intentional racial discrimination that
7    you highlighted.
8        A    Yes.
9        Q    And we talked about a number of examples.
10   Are there others you can think of that you want to
11   highlight today?
12       A    You know, we had certainly -- in the Texas
13   case we had seen some examples as well of
14   politicians talking about not wanting to enfranchise
15   African-Americans or Hispanics because that just
16   meant enfranchising Democratic voters.
17           So it's not as if what's being said here
18   in Wisconsin is out of line from what I've heard in
19   other places, as well.
20       Q    Do you find the evidence from other states
21   to be relevant to the analysis of Wisconsin
22   legislative intent?
23       A    Yes.
24       Q    And why is that?
25       A    Because I have a section in my report on

108

1    this, where I show that other states are facing
2    similar situations, as in Wisconsin.  You know,
3    demographic pressure on the white vote, the minority
4    vote being much more Democratic than the white vote.
5    And I have a table showing in virtually every
6    instance a recent adoption of voter photo ID laws.
7    It's been Republicans responsible for those laws.
8            So it's not as if Wisconsin is not part of
9    a pattern; it is.
10       Q    Let's shift gears a little bit, then.
11       A    Sure.
12       Q    Just looking at Pages 6 through 14 of your
13   report.
14       A    Yes.
15       Q    You talk about and illustrate the
16   socio-economic factors that we talked about a little
17   earlier.  Correct?  You have tables that talk about
18   the differences and disparities between whites and
19   minorities --
20       A    Correct.
21       Q    -- in various factors.
22       A    That's right.
23       Q    Could you explain how all of this
24   information about socio-economic disparities is
25   relevant to determining whether these laws were

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

---

109

1    passed with a racially discriminatory intent?
2        A    Yeah.  I think it's directly relevant.
3            Because whenever you're placing additional
4    burdens on the opportunity to vote or to register,
5    those burdens are not going to be felt uniformly
6    across the persons in the state.
7            That is, they're going to fall with
8    special force upon those who have lower
9    socio-economic standing.
10           For example, education, income may
11   directly affect whether or not you have a photo
12   voter ID and your ability to navigate the entire
13   process of voter photo identification.  It may well
14   affect your ability under various restrictions to
15   register to vote.
16           Whether you own a vehicle, whether you can
17   get to certain places, whether you understand all of
18   the laws.  All of these things are directly and
19   intimately tied to socio-economic standing.
20           In fact, it is one of the best established
21   findings of political history and political science
22   that political participation is very much dependent
23   upon socio-economic standing.
24       Q    Going ahead to Page 16.
25       A    Okay.

---

110

1        Q    I noticed that some of these tables
2    reference exit polling conducted by Edison Research?
3        A    Yes.
4        Q    For example, Table 6.
5        A    Yes, that's correct.
6        Q    What is Edison Research?
7        A    They're just a group that does all the
8    exit polling.  Whenever you see CNN report the exit
9    poll or NBC, or any of them -- it doesn't matter
10   because they are all the same -- they're all
11   conducted by the name exit polling outfit.
12           So that's what they do.
13       Q    How reliable is exit polling?
14       A    It's pretty reliable.  I mean, nothing is
15   perfect in political analysis.  But it's pretty well
16   stood the test of time.  Particularly when you're
17   exit-polling something as major as a gubernatorial
18   or a presidential contest.
19           And they -- you know, they add up pretty
20   well to the actual -- actual vote.
21       Q    So in Table 6, for example, in stating the
22   results of this exit poll, you did not indicate what
23   the margin of error was.  Correct?
24       A    No.  I did the best estimate that was
25   available through the exit poll, the point estimate.

---

111

1    That's correct.  To show the trend and pattern.
2        Q    Do you know what the sample size for this
3    exit poll in Table 6 was?
4        A    I don't recall exactly what the sample
5    size was.
6        Q    Do you know what the margin of error was?
7        A    I don't recall exactly what the margin of
8    error.  And that would depend upon whether you
9    wanted to do it at the .9 level, the .95 level,
10   the .9.  But these are the best estimates that we
11   have.  And I certainly didn't see anything in any of
12   your expert reports challenging these because they
13   were erroneous or the margin of error was too large.
14           I saw your experts using the same exact
15   exit polling results.
16       Q    So is it typical, though, to report a
17   margin of error when you're reporting exit poll
18   results?
19       A    Not usually.  You know, when I've seen --
20   because they are generally so well established and
21   so well reliable, typically when I've seen exit
22   polling reports, when they're not, you know, fine
23   line for, like, a municipality but for a whole
24   state, for a big election, I've just seen the point
25   estimates.  That's standard.

---

112

1        Q    So in social science, though, is it
2    typical to report a margin of error in your
3    analysis?
4        A    Sometimes you do; sometimes you don't.
5    Depending upon the purpose.
6            I'm just looking here at the overall
7    trend.  I'm not trying to specify, you know, to the
8    tenth of a percentage point what the exact turnout
9    was.
10       Q    So we don't know how many people were
11   surveyed for the Table 6 data?
12       A    I don't recall the exact number.  But it's
13   not a little, tiny sample.  It's not like 50 or 100
14   people.  It's much larger than that.
15       Q    Okay.  And, again, is it standard in
16   social science to indicate for a survey how many
17   people were surveyed?
18       A    These exit polls are so standard that, as
19   I have seen them used, they're used exactly the way
20   I've used them and exactly the way your experts have
21   used them.
22       Q    Okay.  Page 17, next page.  First
23   sentence.  "Exit poll data demonstrates that
24   Republican electoral success in Wisconsin turns in
25   part on the white voter turnout relative to minority

---

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

113

1  turnout."
2        Do you see that?
3     A  Of course.
4     Q  You say in part it turns on white voter
5  turnout relative.  What other things would impact
6  Republican electoral success in Wisconsin?
7     A  Well, all kinds of things could impact,
8  such as the strength and weaknesses of particular
9  candidates, scandals that might affect candidates,
10  the particular issues that are raised in elections.
11  These are all particularized factors to particular
12  elections.  They are obviously going to have an
13  effect.
14        But as a generic factor that affects
15  essentially every election, is the relative shares
16  of the vote cast by whites and minorities.  Because
17  there is such a big gap between them.
18     Q  Is it possible to control for -- in an
19  analysis control for those factors that you just
20  mentioned, such as scandals, interest, so forth?
21     A  In a sense I did.
22     Q  Okay.
23     A  Not formally.  But in practice.  Because
24  I've looked at so many elections.
25        It's not as if I just looked at one

114

1  election.  I looked at a great variety of elections,
2  with a great variety of candidates, a great variety
3  of personalities.  And you consistently see in every
4  single one of these elections a very large gap
5  between whites and blacks.
6        We obviously have less data for Hispanics,
7  but to the extent we have data, it shows a gap
8  between whites and Hispanics as well.
9        So these findings are not being jiggered
10  in any particular significant way by the
11  particularized features of these elections, because
12  I've looked at so many and they all show the same
13  pattern.
14     Q  For example, in the -- on Page 18, Table
15  8, in the 2010 U.S. Senate race, Feingold versus
16  Johnson.
17     A  Yeah.
18     Q  It would be possible to control for
19  incumbency when Feingold was the incumbent there?
20     A  No.
21     Q  Why not?
22     A  You would have to do a whole series of
23  analysis.  You can't control for incumbency in one
24  individual election.
25        But as you know here, we've got lots of

115

1  elections, some of which involve incumbents, some of
2  which don't involve incumbents.  And, yet, we have
3  the same kind of patterns holding.
4     Q  I mean, in 2010 in Wisconsin, are you
5  aware that there was -- perhaps it's beyond
6  Wisconsin, there was a Republican groundswell of
7  support and Republican candidates took very many
8  races in Wisconsin.  Correct?
9     A  That's right.
10     Q  Would it be possible to control for
11  something like that in terms of a model you might
12  make to determine whether minority turnout is truly
13  impacting Republican success?
14     A  Well, we're not looking at turnout in this
15  table.
16     Q  Okay.
17     A  We're actually looking at the voting
18  patterns of minorities and whites.  And they are no
19  different in that particular election than they are
20  in lots of other elections.  All of them show a
21  similar gap between white and black voting,
22  regardless of any particular circumstance, whether
23  it's a good Republican year like 2006 or a good
24  Democratic year.
25        You may see the levels change.  In other

116

1  words, in a good Republican year you're going to see
2  generally a higher level of votes for Republicans.
3  That follows automatically, because otherwise it
4  wouldn't be a good Republican year.
5        And in a good Democratic year you'll see
6  lower levels of results for Republicans.
7        But whether it's a good Democratic year or
8  a good Republican year, you see similar patterns of
9  difference, which is what this table is designed to
10  demonstrate.
11     Q  And this very topic comes up on Page 21 of
12  your report.  You say, Then in 2010 a good
13  Republican year nationally, Republicans gained
14  control.
15        Do you see that?
16     A  Of course.
17     Q  Why was 2010 a good Republican year
18  nationally?
19     A  You want me to give you my explanation of
20  it?
21     Q  Short explanation.
22     A  Yeah, I mean, you're asking me these
23  open-ended questions.  And I'll try to be brief.
24        There's some -- first there's a general
25  theory, called surge and decline.

Case: 3:15-cv-00324-jdp  Document #: 174  Filed: 05/11/16  Page 31 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

30  (Pages 117 to 120)

117

1          Are you familiar with that?
2     Q   Yeah.
3     A   You get a surge for the presidential
4  candidates, you got a surge for Obama in 2008.  And
5  then a lot of those voters who surge for Obama were
6  not necessarily going to come back and vote for the
7  Democrats in 2010.  So midterm elections generally,
8  absent special circumstances like the impeachment of
9  Bill Clinton, generally go against the party holding
10  the White House.
11          And I think more generically, you know,
12  there was a lot of dissatisfaction in 2010 with what
13  was going on in the country, what was going on in
14  the Obama administration.  A lot of analysts,
15  including myself, called this a no election.  People
16  are unhappy so they're voting no.  And who are they
17  voting no for?  The party that's in control.
18          That's a very brief and not complete
19  shorthand explanation of why 2010 was across the
20  board a good Republican year.
21     Q   And based on what you know, that same
22  explanation would apply to why it was a good
23  Republican year in Wisconsin?
24     A   As a generic explanation, yes.  It was a
25  good Republican year almost everywhere.  Wisconsin

118

1  was not unique.
2     Q   Okay.  And then, again, we talked about
3  this a little bit.  On Page 22 you state, middle
4  paragraph, "In recent elections prior to 2011,
5  Wisconsin was a national leader in the turnout of
6  voters."
7          Is it -- you see that statement?
8     A   Yes.
9     Q   Is it your expert opinion that Wisconsin
10  is no longer a national leader in the turnout of
11  voters?
12     A   We discussed that.  I never said that.
13     Q   Okay.
14     A   I never said that, you know, at the
15  aggregate level Wisconsin is no longer a national
16  leader.
17          But we don't have enough elections to tell
18  yet.  You know, the full panoply of laws passed are
19  just now going into effect.  We haven't even had a
20  presidential election or a major midterm election
21  with all the laws in effect.
22          So my answer would have to be qualified by
23  the fact that we don't know enough.  We haven't had
24  enough experience under these laws to make that
25  judgment.

119

1     Q   What would you like to see to have enough
2  data to make a judgment?
3     A   Well, at least a presidential and a
4  midterm.
5     Q   Okay.  So perhaps after the 2016
6  presidential and the 2018 midterm with voter ID in
7  place, then we might know?
8     A   It's not just voter ID in place.  It's all
9  the other things.
10          Nor am I making an argument that voter ID
11  and these other laws are necessarily going to be
12  manifest in a change in aggregate turnout.  We've
13  already gone through that whole colloquy.
14     Q   You've read Professor McCarty's report?
15     A   I don't remember it.  My general
16  impression was it didn't directly deal with the same
17  issues I was dealing with, so I glanced at it.
18     Q   Okay.
19     A   I --
20     Q   But you read Professor Hood's report?
21     A   Oh, yes.  Professor Hood's report I've
22  certainly read.
23     Q   Okay.  And so what -- do you recall what
24  he concluded about turnout in Wisconsin and the
25  trend in turnout, given that these changes have

120

1  occurred recently?
2     A   I don't recall specifically.  You would
3  have to --
4     Q   Okay.
5     A   Because he said a lot of things about
6  turnout.  You would have to show me the part of the
7  report, and I'll respond to it.
8     Q   Okay.  And then talked a little bit
9  earlier about, you know, voter impersonation fraud
10  and voter fraud.  Right?  We talked a little about
11  that?
12     A   Just a little.
13     Q   Now we're getting to the part of the
14  report that addresses that.
15     A   Yes.
16     Q   So I want to bring out another exhibit.
17  So we can set the report to the side for now.
18     A   Sure.  What page of my report are we
19  dealing with now?
20     Q   I think 22 and 23.  Maybe not.
21     A   No, that doesn't deal with fraud.
22     Q   Okay.  It's here.  It's 23 and 24, top of
23  24 here.  You state, "Despite the lack of" --
24     A   Right.  But I have a much more extensive
25  discussion of fraud elsewhere in my report, earlier

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

121

1  in my report, actually.
2      Q   We'll set the report aside for now, and I
3  have another exhibit.
4      A   Sure.
5          MR. KAWSKI:  Please mark that as Exhibit
6  2.
7          (Lichtman Deposition Exhibit 2 marked for
8  identification and is attached to the transcript.)
9      Q   Take a look at Exhibit 2.
10     A   Yeah.
11     Q   Do you recognize what that is?
12     A   I do.
13     Q   What is it?
14     A   It is the -- I believe it's the Supreme
15  Court opinion, the 2008 Crawford case involving the
16  Indiana voter photo ID law.
17     Q   You've read it?
18     A   Yeah.  Not recently but I've certainly
19  read it.
20     Q   Do you recall what the Justice Stevens
21  opinion said about voter fraud?
22     A   I think he found that there was no
23  extensive evidence of voter fraud.
24     Q   Could you turn to -- you see there's page
25  numbering, Page 195.  There is a heading, Voter

122

1  Fraud.
2          And, again, the page number is --
3      A   I see pages in the bottom here.
4      Q   They're kind of interlineated into the
5  text in bold.
6      A   If you could maybe direct me to these
7  pages in the bottom, it would be easier.
8      Q   Okay.  Page 8 at the bottom.
9      A   Page 8.  Yeah.  Voter Fraud.  Yeah.
10     Q   Okay.  And do you recall reading this at
11  one point?
12     A   Yes.
13     Q   Okay.  So you see the sentence, second
14  sentence of that paragraph under Voter Fraud, "The
15  record contains no evidence of any such fraud
16  actually occurring in Indiana at any time in its
17  history."
18         Do you see that sentence?
19     A   I do.
20     Q   And is that what you were just referring
21  to?
22     A   Yes.
23     Q   Yet in this case the Supreme Court upheld
24  Indiana's law.  Correct?
25     A   Correct.

123

1          MR. SPIVA:  Objection.  Well, okay.  I
2  mean, if you're just asking him factually whether
3  they upheld the law, that's fine.  I didn't know if
4  you were asking for a legal conclusion.
5          MR. KAWSKI:  No.
6      Q   How would you explain that?
7          MR. SPIVA:  Objection to the extent it
8  calls for a legal conclusion.
9      A   You know, I've answered all of your
10  questions.  But I now do think you're asking me to
11  explicate the legal reasoning of the Supreme Court.
12  And I'm going to decline to do that.  I'm not a
13  lawyer.
14     Q   I said how would you explain that, not how
15  the Supreme Court explained that.
16         MR. SPIVA:  Objection.  Explain what?
17     Q   How would you explain that, you know, this
18  law was deemed valid, but there was no evidence of
19  any voter fraud?
20         MR. SPIVA:  Objection.  Calls for a legal
21  conclusion.
22     A   Yeah, I'm -- again, I'm -- if you're
23  asking me for my opinion, that's one thing.  If
24  you're asking me to explain legal reasoning, you
25  know, I'm not a lawyer.

124

1      Q   Okay.  Let's go to another sentence.  Same
2  paragraph.  "It remains true, however, that flagrant
3  examples of such fraud in other parts of the country
4  have been documented throughout this nation's
5  history by respected historians and journalists."
6          Do you see that?
7      A   I do.
8      Q   Do you agree that that's an accurate
9  recounting of history?
10     A   Ancient history, maybe.  But it's not an
11  accurate recounting of recent history.  And it would
12  be a highly inaccurate recounting of history since
13  2008.
14     Q   Okay.
15     A   So I would -- I would take a lot of issue
16  with that statement as a historian.
17     Q   What do you mean by "ancient history"?
18     A   You know, 19th century, early 20th century
19  history.  But let's say we're looking at the period
20  from 2000 onward.
21         There is virtually no evidence of voter
22  impersonation fraud existing anywhere in America.
23  And I cite some of the studies with respect to that,
24  both in Wisconsin and nationwide.
25         Those studies may not have been available

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

32  (Pages 125 to 128)

---

125

1  at the time this decision was rendered.  They are
2  available now.  And they show a very different
3  conclusion from that which the Supreme Court reached
4  in 2008.
5      Q   So you think that things have changed and
6  perhaps the Supreme Court's decision is not correct
7  anymore?
8          MR. SPIVA:  Objection.  Calls for a legal
9  conclusion.
10     A   Yeah, I'm not going to make a legal.  But
11 I think substantively the Supreme Court decision is
12 not correct.  And remember, they are dependent upon
13 what was presented to them.  Justice Stevens is not
14 doing his own independent analysis of voter fraud.
15 And I don't know what was presented to them.
16         But based on what I know, taking into
17 account even the last 15 years, which has been
18 extensively studied, there is virtually no evidence
19 whatsoever of voter impersonation fraud.
20     Q   So same paragraph, last sentence of that
21 paragraph.  Do you see where it states, "Not only is
22 the risk of voter fraud real, but that it could
23 affect the outcome of a close election."
24         Do you see that?
25     A   I do.

---

126

1      Q   Do you agree that the risk of voter fraud
2  is real?
3      A   Not very real, no.  I think on the list of
4  things that I would worry about on elections,
5  particularly impersonation type of voter fraud that
6  involved identity, is virtually nonexistent.
7          And even where close elections have been
8  studied extensively looking for this, they haven't
9  found it.
10     Q   Do you agree that voter fraud could affect
11 the outcome of a close election?
12     A   Anything is possible.  But I have not seen
13 any evidence, certainly not of in-person
14 impersonation type of voter fraud --
15     Q   Okay.
16     A   -- that affected the outcome of a close
17 election.
18         And given the virtual nonexistence of
19 voter fraud within the State of Wisconsin, as it
20 relates to identity, a close election is far more
21 likely, far more likely to be affected by
22 restrictions on voting of the kind passed in
23 Wisconsin than voter fraud involving identity.
24     Q   So when you say "voter fraud," what do you
25 mean by the words "voter fraud"?

---

127

1      A   I said voter fraud involving identity.
2  That is someone impersonating someone else.
3      Q   Are you familiar with the case of Robert
4  Monroe from Shorewood in Wisconsin, criminal case?
5      A   If -- I believe there has been one -- if
6  you're highlighting the one criminal case in 15
7  years that involved voter impersonation, that's
8  probably it.
9      Q   I don't think it involved voter
10 impersonation.
11     A   Okay.  Then I'm not sure what the case is.
12     Q   It involved absentee ballot fraud in
13 multiple voting.
14     A   Then I am not familiar with it.
15     Q   If you turn to the bottom, Page 9.  So
16 next page.  Top of the page, left-hand corner.  The
17 sentence, "While the most effective method of
18 preventing election fraud may well be debatable, the
19 proprietary of doing so is perfectly clear."
20         Do you see that?
21     A   Yes.
22     Q   Do you agree with that statement?
23         MR. SPIVA:  Objection.  Calls for a legal
24 conclusion.
25     A   Yeah, as far as -- and I'm not sure what

---

128

1  they're talking about when they say, "the most
2  effective method of preventing election fraud."
3          I don't see voter ID as an effective
4  method for preventing election fraud, if that's what
5  they're referring to.  I don't know.  You pulled
6  that out of context.
7      Q   Do you agree that the propriety of
8  preventing election fraud is perfectly clear?
9      A   I'm not sure what's meant by the propriety
10 of doing so.  So it's -- you're pulling things out
11 of context, that it's a little difficult for me to
12 respond to.
13     Q   Do you agree that there is propriety in
14 preventing election fraud?
15     A   Is there -- yes, of course, in the
16 abstract.  But in reality, voter ID laws do nothing
17 to prevent election fraud, or essentially nothing.
18 Because the problem that they are designed to deal
19 with essentially doesn't exist.
20     Q   Okay.  Back to your report, Page 24.  You
21 talk about how there were some Democrats who joined
22 the Republican majority in voting for Act 23.
23         Do you remember that?
24     A   Three.
25     Q   First of all, who are the three, if you

---

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

129

1   remember?
2       A   I don't remember.  I'm sorry.
3       Q   Why do you think they did that?
4       A   I have no idea.  It's -- when you're
5   dealing with such a small minority, it's, you
6   know -- you're not dealing with large numbers of
7   legislators acting in a particular way.  Who knows,
8   you know, what favors they may have been promised or
9   anything else to do this.  I have no -- I'm not
10  saying they were.  I'm just saying I have no idea
11  why they did this.
12          But, you know, they are the exception to
13  the rule.
14      Q   Wouldn't it be political suicide?
15      A   It depends what districts they represent
16  and, you know, as I said, what they were promised
17  and what they were offered.  Not necessarily for
18  such a small number.
19          Yes, you know, you have to raise some
20  concerns if it was 40 Democrats voting for it.  But
21  three is very idiosyncratic.
22      Q   What does that tell you about the intent
23  of the legislature?
24      A   I don't think it tells me much of
25  anything.

130

1       Q   No?
2       A   Except for the fact that overwhelmingly
3   these bills were passed along partisan lines, with a
4   very minor exception.
5       Q   Could it be said they were passed with
6   bipartisan support?
7       A   I don't think so.  I don't think three
8   cross-over votes in the entire legislature indicates
9   bipartisan support.
10      Q   Is there some threshold that would
11  indicate bipartisan support?
12      A   Not necessarily.  But it would have to be
13  more than token.
14      Q   Okay.
15      A   It would have to be something, more
16  substantial proportion.  Certainly if it was
17  majority support or near majority support, you would
18  say, yes, this is bipartisan legislation.
19      Q   Okay.
20          MR. SPIVA:  If you're going to switch
21  gears, it might be a good place to stop.
22          MR. KAWSKI:  Yes.  Let's stop.
23          (A recess was taken.)
24  BY MR. KAWSKI:
25      Q   Looking at your report on Page 26.

131

1       A   Yes.
2       Q   Third paragraph, you talk about strict
3   photo identification states like Wisconsin.
4       A   Yes.
5       Q   And then you go on to discuss provisional
6   ballots and how that alternative works.  Correct?
7           MR. SPIVA:  Are you talking about 26 on
8   the report or 26 on the -- you know, there's, like,
9   an ECF page number at the top.
10      A   Yeah, I don't see --
11      Q   Twenty-six at the bottom of the page.
12      A   Oh, okay.
13      Q   Yeah.
14      A   Yes, I see it now.
15      Q   So is it the provisional ballot aspect
16  that makes the law, in your mind, strict?
17      A   Well, you can phrase it that way.  I
18  prefer to phrase it a little more broadly.  That is,
19  the law is strict in that if you don't have an
20  acceptable ID, you have to take additional action to
21  enable your vote to count.  You can't correct the
22  action right there at the polls.
23          So in the case of Wisconsin, you've got to
24  either get an ID or fetch an ID and come back by, I
25  think it's 8 o'clock on election day or 4 p.m. on

132

1   Friday.
2       Q   So would you only characterize voter photo
3   ID laws as nonstrict if they have some kind of, like
4   you say, at the polling place on election day
5   alternative?
6       A   Yes.  And there are many -- you know, lots
7   of different kinds of alternatives.
8       Q   Okay.  Pages 27 and 28, you look at data
9   from a survey of performance of American elections
10  from 2008.
11      A   I think it's 28 and 29, actually, I have
12  the table on that.
13      Q   Actually, I'm looking at, again, the
14  bottom of the pages.
15      A   Oh, I'm sorry.
16      Q   Twenty-seven and 28.
17      A   Yes, I reference it there, but the tables
18  are a little later.
19      Q   Is there any evidence that you've seen
20  that this survey was placed before the Wisconsin
21  legislature as something they were made aware of?
22      A   I can't say that this survey particularly
23  was placed.  Although it may have been mentioned in
24  some of the material that was placed before them.
25          I know that there was lots of information

Deposition of Allan J. Lichtman,
Conducted on April 20, 2016

133

1  placed before them. Some of it by a group of
2  professors who sent them a letter, other
3  information, probably more of an anecdotal rather
4  than statistical, was presented by African-American
5  legislators.
6      I don't recall if the letter actually
7  referenced this survey. It may well have.
8      Q   Okay. And so in terms of the analysis
9  that you've done in this case, a 2008 survey is
10 still relevant?
11     A   It's extremely relevant. Because I'm
12 talking about intent. And this is something that
13 was readily available and consistent with other
14 findings at the time they adopted Act 23 in 2011.
15     Q   Okay. And I guess what I mean by that is,
16 three years passed between the time of the survey
17 and 2011, that doesn't change the analysis for you?
18     A   Well, that was the last presidential
19 election. So it was the last biggest sample that we
20 had for this information.
21     Plus, it doesn't get released instantly.
22 You're talking about some time in 2009.
23     Q   Okay. On Page 29 at the bottom, then.
24 Table 11 talks about passport possession rates?
25     A   Yes.

134

1      Q   And again it's referencing the same 2008
2  survey?
3      A   Yes.
4      Q   You have not in your expert analysis
5  studied the possession of passports and who
6  possesses them in Wisconsin in 2016; have you?
7      A   No.
8      Q   Okay. Do you know if anyone has?
9      A   I'm not aware. And I haven't looked for
10 it, so I can't say.
11     Q   Okay. But would you agree that the
12 possession rates probably should be similar to what
13 is in Table 11?
14     A   You're asking me for speculation. I will
15 speculate. I'm not sure the levels will be the
16 same, but there's a pretty good chance that the
17 disparities would still exist and still be at least
18 somewhat similar.
19     Q   Okay. Top of Page 30.
20     A   Yes.
21     Q   You make a statement, "African-Americans
22 and Hispanics were substantially more likely to be
23 deterred from voting because they lacked the
24 requisite identification."
25     And that statement, is that based on the

135

1  2008 survey that we were just talking about?
2      A   Correct.
3      Q   Okay.
4      A   The survey that was obviously available
5  before Act 23 was enacted.
6      Q   Are you aware of any other surveys that
7  have analyzed that issue, or was that the only we
8  have?
9      MR. SPIVA: Objection to form.
10     A   There may be some question, I'm not sure
11 back then, at some point in the Cooperative
12 Congressional Election Survey. But I don't recall
13 the exact form of the question.
14     Q   And when was that survey completed?
15     A   That's like these. It's done every
16 midterm and presidential year.
17     Q   Okay. Let's set the report to the side
18 for now.
19     A   Okay.
20     Q   I am going to bring out another exhibit.
21     MR. KAWSKI: So a copy for the witness.
22     (Lichtman Deposition Exhibit 3 marked for
23 identification and is attached to the transcript.)
24     Q   Take a look at Exhibit 3.
25     A   I'm familiar with this article.

136

1      Q   You are. What is it?
2      A   It is an article on identification
3  requirements evidenced from experience of voters on
4  election day, published in January 2009.
5      Q   And that's in -- if you look at the bottom
6  right-hand corner of the first page, it says PS. Is
7  that -- your understanding is PS is PS, Political
8  Science and Politics, a journal?
9      A   Correct.
10     Q   I would like you to take a look at Page
11 129.
12     A   Okay.
13     Q   And if you see the first full paragraph
14 immediately before the first full paragraph. It
15 asks the question, "How many people were" denied the
16 right -- "denied the vote as a result of voter
17 identification requests."
18     Do you see that?
19     A   I do.
20     Q   And then the author in the next sentence
21 states, "The answer is, very few."
22     Do you see that?
23     A   I do.
24     Q   And then he discusses two surveys, a 2006
25 and 2008 survey in this paragraph?

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

137

1    A  I believe that's right.
2    Q  Are you familiar with those surveys?
3    A  I am.
4    Q  And you see in the third -- or in the
5    second full paragraph, the author concludes that
6    these surveys stated that this is an exceptionally
7    low rate of denial of access to the vote.
8        Do you see that?
9    A  I do.
10   Q  How do you respond to these surveys?
11   A  They were very limited surveys.
12       My recollection -- and we can delve
13   through the article to make sure my recollection is
14   correct -- is they did a general election in 2006
15   and then only a primary election in 2008.  And in
16   2006, of course, I believe it was only one state
17   that had a -- I think it was either Indiana -- I
18   think it was Indiana.  But there was only one state
19   that had a strict voter photo ID law.  There was
20   more states in 2008.  And we're dealing with a
21   presidential election with a vastly higher turnout
22   than primary elections.
23       So I think the more updated but still
24   available survey from 2008 is much more reliable
25   than anything they have concluded here because they

138

1    were not the best elections to look at and there was
2    minimal strict voter photo ID laws in effect at this
3    time.
4    Q  And so the author Stephen Ansolabehere.
5        Are you familiar with his work?
6    A  I am.
7    Q  Do you know him?
8    A  In passing.
9    Q  Is he a respected scholar in this area of
10   election?
11   A  Yeah.  I'm not attacking Ansolabehere
12   here.  I'm just saying the limitations of the
13   survey.
14   Q  Do you disagree with the conclusions he is
15   making about voter ID presenting an insignificant
16   barrier to voting?
17   A  I do.
18   Q  Okay.
19   A  I think more updated evidence shows it's
20   not.
21   Q  What more updated evidence is available?
22   A  There is a wealth of more updated evidence
23   available.  Not only do we have the 2008 survey, we
24   have subsequent surveys which are much more reliable
25   because they include much greater number of states

139

1    that actually have strict voter photo IDs.  Of
2    course, with only one state operable, you're going
3    to find very low levels of those deterred from
4    voting by photo ID.
5        But as more states adopt laws, you have
6    more people indicating that they were deterred in
7    this fashion.  And moreover, even the most recent
8    studies, which include many more states -- this is
9    only a minority of states.  I think there were only
10   nine states.
11       So there is very little you can conclude
12   overall about the effects of voter photo ID from
13   this evidence from way back then.  And the more
14   recent evidence shows much greater effects.
15   Q  What -- specifically what surveys are you
16   talking about?
17   A  The survey of the performance of American
18   elections and the Cooperative Congressional Election
19   Study.
20   Q  And you said that cooperative
21   collection --
22   A  Cooperative -- I believe that's one of the
23   ones he cites here.  Cooperative Congressional
24   Election Survey.
25   Q  And so you're saying what year of that

140

1    survey would show different results?
2    A  2008 onward.  We already have different
3    results being shown in my table in the performance
4    of American elections, even though a relatively
5    small number of states, even in 2008, had strict
6    voter photo identifications.
7        Later studies show, in fact, that you
8    could attribute a lack of voting on the part
9    nationwide of millions of registered voters as a
10   result of voter photo ID laws.
11   Q  You said there is a more recent CCES?
12   A  Yes.
13   Q  That concludes otherwise?
14   A  Yes.
15   Q  Where is it cited --
16   A  All of the CCES and SPAE, are, as I told
17   you, conducted every two years.
18   Q  Okay.  And so you're saying that there's
19   an SPAE that's more recent than 2008?
20   A  Yes.
21   Q  There is.  So where is it cited in your
22   report?
23   A  Well, I cited the 2008 because that was
24   available at the time they made their decisions.
25       You asked me then the question about

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

141

1  subsequent SPAEs, which would not have been
2  available at the time they made their decision on
3  voter photo ID.  And they show very substantial
4  deterrent rates as a result of voter photo ID as
5  more states adopt the strict form.
6      Q   Okay.  And so going back to Page 129,
7  then, the third full paragraph.
8          Do you see where it states, "Of the 1,113
9  nonvoters in the survey, four cited this reason" --
10     A   I'm sorry, where are we?
11     Q   Third full paragraph.
12     A   One rejoined to these findings?
13         Is that the one?
14     Q   Yes, that paragraph.
15     A   Okay.
16     Q   So it states, "Of the 1,113 nonvoters in
17  the survey, four cited this as a reason."  And I
18  think it's referring to, "I did not have proper
19  identification," as a reason for not voting.
20         "And these individuals cited other reasons
21  as well, bad weather and forgot to vote.  All told,
22  then, only seven out of 4,000 people, less than two
23  tenths of one percent of the electorate, could be
24  considered nonvoters at least in part because of
25  voter identification."

142

1          Do you see all that?
2      A   Of course.
3      Q   How do you respond to that?
4      A   I think I already have.  You're dealing
5  with one state, maybe two --
6      Q   Okay.
7      A   -- out of the 50 states.
8          And it's not a big population state.
9          So if your denominator is all the voters,
10  you're not going to expect anybody, tiny percentage
11  to be affected by voter photo ID, because only a
12  tiny percentage of voters are even covered by voter
13  photo ID.
14         And as I said, these are not the best
15  elections to look at.  It's what -- it's what he had
16  available to him at the time that he was doing this
17  study.
18         We have much better evidence later on
19  which shows much bigger effects.
20     Q   Okay.  And your understanding, then, is
21  that the 2006 and 2008 studies referenced by
22  Dr. Ansolabehere in this article focused only on
23  Indiana?
24     A   They can only focus on states that had
25  strict voter photo ID laws.  And there were one,

143

1  maybe two states that had them in effect when these
2  studies were operable.
3      Q   Is it your understanding that he was
4  focussing on only strict variance of the voter photo
5  ID law?
6      A   You're missing my point.  He wasn't
7  focused on any particular state.  He was saying of
8  the entire universe of voters from all 50 states,
9  what percentage cited a lack of appropriate ID.
10         And my point is, by its definition that
11  percentage is going to be very small because the
12  denominator includes the vast majority of voters who
13  are not in states with strict voter ID.  A tiny
14  percentage of voters are in states with strict photo
15  voter IDs.  So, not surprisingly, you're going to
16  find only a tiny percentage of voters cited that as
17  a reason for not voting.
18     Q   Page 130, do you see there's the heading
19  Discussion?
20     A   I do.
21     Q   The author states, "The experience of
22  individuals at the polls on election day suggest
23  that there is much less to the voter identification
24  controversy than appears in the pages of the court
25  decisions of the debates and public forums."

144

1          Do you see that sentence?
2      A   I do.
3      Q   It's true that you disagree with that,
4  that you think there is more to it than this author
5  is saying?
6      A   Well, this author -- what he says is
7  obsolete.  It's just not up to date in terms of a
8  totally different universe with respect to voter
9  photo ID laws after this study was taken.
10         And if you go on a little further, it
11  says, "A majority of Americans say that voter fraud
12  is common, but voter identification laws and
13  practices has little effect on those beliefs."
14         So it's also saying the justification for
15  these laws, based on what he saw at the time, had no
16  basis.
17     Q   And so I'm seeing a little bit of a -- I
18  don't know how to characterize it.  But you relied
19  on a 2008 survey in your work in this case.
20         Correct?
21     A   Because that was what was available to the
22  legislature at the time.
23         I have also, as I have testified, looked
24  at more recent studies which show even greater
25  effects of photo voter ID.

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

145

1    Q   But those studies you did not talk about
2  in your expert work in this case.
3    A   I've talked about them in response to your
4  questions.  But I put the 2008 study, which shows
5  significant effects, because that was available when
6  the legislature made its 2011 decisions, plus lots
7  of information was directly presented to them saying
8  the same thing as what this study indicates.
9    Q   Is it fair to say you will not be in this
10 case relying on any survey of the performance of
11 American elections after the 2008 survey?
12   A   That's not fair.  You brought it up.  It's
13 become an issue in the case.  Not necessarily for
14 what happened in 2011, but for the consequences, if
15 that becomes an issue in the case, I may well be,
16 since you asked me about it, talking about
17 subsequent surveys.
18   Q   I guess how would it be relevant, though,
19 to your analysis of the intent of the legislature to
20 look at subsequent surveys?
21   A   It wouldn't be relevant, in my mind.  But
22 your experts have looked at things subsequent to the
23 adoption of the law.  And you raised this survey as
24 kind of presenting evidence that voter photo ID is
25 not a problem.

146

1        So if that becomes an issue, and it then
2  becomes relevant for me to present some of the
3  testimony we've talked about this afternoon -- I'm
4  not saying I will, but I'm not saying I won't.
5    Q   Okay.  All right.  We can set that one,
6  Exhibit 3, to the side.
7        All right.  So Table 12 again on Page 30
8  of your report, did that survey study Wisconsin at
9  all?
10   A   It did.
11   Q   It did?
12   A   Of course.
13   Q   Okay.  How could it, though, when
14 Wisconsin had not passed -- implemented a voter ID
15 lawyer?
16   A   These are -- this is like this study.
17 These are nationwide results.  They are not limited
18 to only those states that had strict voter photo ID
19 laws.
20   Q   So you're drawing -- your opinion is drawn
21 from not Wisconsin-specific survey but a nationwide
22 survey.
23   A   It can't be, since at that time Wisconsin
24 did not have a voter photo ID law in place.
25        But this shows what the consequences would

147

1  be of putting one into place, which they did in
2  2011.
3    Q   Are you aware of any Wisconsin-specific
4  survey that touches upon this topic of deterrence of
5  minorities from voting due to a voter photo ID law?
6    A   You mean subsequent to the adoption of the
7  voter photo ID law in Wisconsin?
8    Q   Yes.
9    A   I believe it's only been used in a couple
10 of elections.  One was an off year, and one was a
11 primary.  And I don't believe any of these surveys
12 studied the Wisconsin 2015 election or the Wisconsin
13 2016 primary.
14       So at this point I'm not aware of any
15 studies that look at the deterrence effect in those
16 two elections.
17       But we do know for certain that there was
18 some voters disenfranchised in those elections by
19 the voter photo ID law specifically.  We don't know
20 the number because all the information is not
21 available.  But we know there were some.
22   Q   Skipping ahead to Page 34 of the report.
23 The first full paragraph on that page states, "It is
24 telling that Wisconsin only provided a mechanism by
25 which voters can obtain a, quote/unquote, free ID in

148

1  2014 after being forced to do so by Wisconsin
2  Supreme Court decision that made no-cost
3  documentation a condition of the implementation of
4  the voter photo ID law."
5        Do you see that sentence?
6    A   Yes.
7    Q   Is that factually accurate that --
8    A   I believe it is.  I believe until the
9  Wisconsin Supreme Court decision, they did not have
10 in place the same petition process.  And I haven't
11 seen anything, any files on the petition process,
12 prior to that decision.
13   Q   Okay.  So it's your position that from
14 July -- from 2011, mid 2011, I believe it's July, up
15 until 2014, there was no free ID program in
16 Wisconsin?
17   A   I didn't say that.
18   Q   Okay.
19   A   That's why I put free --
20   Q   In quotes?
21   A   -- in quotes.
22       Because the idea itself didn't necessarily
23 cost you.  You couldn't charge for the ID.  I mean,
24 you know, as we discussed.  That would have been,
25 you know, a red-flag signal on this law.

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

149

1        But, underlying documents cost.  And
2   that's what -- why you have this petition process.
3        Q   Okay.  So the quotation marks around the
4   word "free" are very important to your analysis?
5        A   Yes.  I even say, no-cost documentation.
6   I don't say no-cost IDs.
7        Q   Okay.
8        Page 35, you talk about a FoodShare bill?
9        A   Yes.
10       Q   What does this have to do with anything?
11       A   I think it is essential to the whole issue
12  here.  I mean, it goes right to the heart of intent.
13       Q   Okay.
14       A   If, in fact, the intent had nothing to do
15  with race but had to do with increasing confidence
16  in the elections, deterring voter fraud, there would
17  have been absolutely no reason not to allow a photo
18  ID for the FoodShare program to count for voting.
19       Not only didn't they authorize this, but
20  the Republicans in the legislature explicitly
21  rejected an amendment to authorize, under this law
22  that they were working on, photo IDs for food stamps
23  for voting.
24       I cannot think of an explanation for that,
25  other than the fact that the FoodShare program is

150

1   overwhelmingly minority.  As I point out on Table
2   36.  You've got non-Hispanic blacks, 365 percent
3   higher than non-Hispanic whites in participation in
4   food aid.  Hispanics 241 percent higher.
5        It certainly can't be justified by a lack
6   of security of these IDs.  You've got to go
7   through -- you know, you're giving them money, in
8   effect.  You have to go through an incredibly
9   exacting process to get one of these IDs, including
10  income statements, expense statements.  You actually
11  have to have an interview.  You actually have to
12  sign up for an employment program.
13       So it seems to me not just not including
14  this but rejecting it is a clear indication of the
15  racial intent behind the law.  Because whether or
16  not you actually saw these statistics, it's
17  certainly common knowledge that minorities are
18  poorer than whites and minorities are greater
19  recipients of welfare.
20       In fact, that's a common argument you hear
21  made all the time.
22       Q   But the legislature didn't pass the
23  FoodShare photo ID bill.
24       A   It doesn't matter.
25       Q   It doesn't?

151

1        A   It doesn't matter to my analysis.  What
2   matters to my analysis is while they were
3   considering it and while it still could have passed,
4   they rejected the idea that if we establish this,
5   you can use it for voting.
6        Q   So you --
7        A   They may have rejected it for entirely
8   other reasons, but that's irrelevant to how this
9   bears upon my intent analysis.
10       Q   So it's your position that a bill that the
11  legislature failed to enact in 2015 bears upon
12  whether the legislature intentionally discriminated
13  on the basis of race in 2011?
14       A   Absolutely.  Because it goes to the heart
15  of the issue.  Are you really concerned with voter
16  fraud or confidence, or are you really concerned
17  with a law that has a particularized impact on
18  limiting minority and voter opportunity -- minority
19  voter opportunities?
20       If your only concern was voter confidence
21  and fraud, then certainly you would have allowed, if
22  you established it, food stamp photo IDs to be used
23  for voting.
24       Q   Isn't that quite attenuated?
25       A   I think it's direct, right on point.  I

152

1   don't see how -- it would be hard to devise a more
2   on-point test.  We have this totally secure ID, far
3   more secure than other IDs that you've authorized
4   for voting and, yet, you reject the idea that this
5   can be used for voting.
6        And, oh, by the way, blacks are almost
7   five times more likely to have such IDs, and
8   Hispanics are almost four times more likely to have
9   such IDs.
10       Unless, again, you're thinking the
11  legislature is living on the moon, they know this.
12       Q   You agree the legislature did not pass
13  this FoodShare law?
14       A   Understood.  I'm not trying to analyze the
15  FoodShare bill as a FoodShare bill.  I am analyzing
16  the FoodShare bill for the insight that it provides
17  on the decision-making of the legislature regarding
18  photo voter ID.
19       Q   Page 38 at the very top.
20       A   Sure.
21       Q   Talks about the exclusion of
22  post-secondary technical schools?
23       A   Yes.
24       Q   And you now know that by administrative
25  rule, that is a permissible ID?

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

39 (Pages 153 to 156)

153

1    A  I do.  And I commented on that in my
2  rebuttal report.
3    Q  Okay.  And so do you agree, then, that
4  African-Americans and Hispanics who you believe are
5  more likely to be at those institutions now have yet
6  another alternative for ID?
7    A  For a limited number.  But it's not
8  because of anything from the legislature did.  The
9  legislature didn't decide, Oh, my gosh, we made a
10  mistake here.  As you said, it was something that
11  came out of the GAB, not the legislature.
12    So, again, what we see here is a common
13  pattern of action, fairly obvious action, to
14  ameliorate the effects on minorities coming from
15  something external to the legislature in three
16  specific examples that we have now seen.
17    Q  The legislature has the ability to stop
18  rule-making that it believes is inconsistent with
19  the law.  Correct?
20    A  I would imagine if -- by a vote of the
21  legislature they could have done that.
22    Q  But they didn't stop the technical college
23  rule?
24    A  I think that would have, you know, greatly
25  enhanced the notion that they were intentionally

154

1  discriminating.  If they had done something that
2  blatant, overturned a rule that helped
3  African-Americans and Hispanics for no good reason,
4  I think they would have put themselves in a lot of
5  jeopardy.
6    Q  Page 39, first full paragraph.
7    A  Yes.  Okay.
8    Q  In this section you've gone through
9  several different changes in the law.  And in this
10  sentence, first full paragraph, you say, "Taken
11  together, these many restrictions on options to
12  register to vote impose disproportionate burdens on
13  African-Americans and Hispanics."
14    Do you see that?
15    A  Of course.
16    Q  Is it your opinion that to have the
17  discriminatory effect that you believe existed, that
18  the laws must be considered together, or can they be
19  considered separately from each other?
20    A  Either way.
21    Q  Okay.
22    A  You can do it both ways.  And I do it both
23  ways.
24    Q  Okay.  So it's your opinion then that any
25  one of these particular acts that you outlined in

155

1  this section of the report, any one can be analyzed
2  to have a racially discriminatory impact?
3    A  I believe I analyze if not every single
4  one, certainly virtually every single one.  But in
5  doing an intent analysis, you don't only analyze
6  them individually.  Because their impact is not only
7  felt individually; their impact is felt
8  collectively.
9    That is, voters have to face all the
10  rules, not just one.
11    Q  So in doing legislative intent analysis,
12  is it commonplace to look at the motivations for
13  bills that were passed by different legislatures,
14  different members of the legislature?
15    A  Absolutely.  Because we're talking about
16  the same political party passing these bills.
17    In other words, remember the rationale
18  here is, by limiting the votes of African-Americans
19  and Hispanics, for all the reasons we've laid out,
20  you're deriving political benefits to Republicans.
21  And it's not like it was a Republican legislature
22  that passed one and then a Democratic legislature
23  that passed another.  These were all passed by
24  Republican legislatures and signed by a Republican
25  governor.

156

1    Q  And so legislative intent focuses more on
2  parties than individual legislators?
3    A  Not so.
4    Q  No?
5    A  In this case, it focuses on party.  It
6  could focus on all kinds of different things.  But
7  in this case, we've got to look for a motive as to
8  why you're getting bill after bill after bill after
9  bill that poses a disparate burden on minorities.
10  And in this case, the motivation, for all the
11  reasons I've laid out, is the direct link between
12  partisan advantage and discriminatory legislation
13  with respect to minorities.
14    And we also, as we have gone over, have
15  direct evidence of that.
16    Q  Is that consistent with the Arlington
17  Heights framework?
18    A  Absolutely consistent with the Arlington
19  Heights framework.  It asks you to look at sequence
20  of events.  It asks you to look at contemporary
21  statements.  Of course it is very much consistent
22  with the Arlington Heights.
23    Q  It's not too much cobbling together?
24    A  No.  I don't think you're cobbling
25  together at all.  Because you've got these common --

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

157

1    many common threads that we've talked about.
2       Q   Page 39 you discuss the corroboration
3    option that was -- no longer exists.  Correct?
4       A   That's right.
5       Q   So this, the last paragraph on Page 39, is
6    this really all the analysis you're doing with
7    regard to corroboration, or is there more analysis?
8       A   I don't know of any more, and I don't see
9    anything from your experts that I had to respond to
10   on this.
11      Q   Okay.  So there's no other evidence you're
12   relying upon as to corroboration, other than this
13   single paragraph, what's stated there on Page --
14      A   I am not aware of any other evidence, as I
15   said, I didn't see anything from your experts that I
16   needed to respond to.  So unless something new comes
17   across, and as I said we're getting new things all
18   the time, this is what I have.
19      Q   So in this paragraph on Page 39, you say,
20   "According to internal GAB e-mails, a total of
21   35,332 Wisconsin citizens had registered through
22   corroboration from 2006 through October 2012."
23          Do you see that?
24      A   I do.
25      Q   Do you know what the total number of

158

1    citizens who had registered in that same period is?
2       A   Oh, it's much, much larger.
3       Q   Are we talking millions?
4       A   Could well be.
5       Q   Okay.  But you don't know?
6       A   I don't have the number right off the top
7    of my head, no.  But it's much larger than this.
8       Q   Did you look at the number?
9       A   No.  Because my concern here was not to
10   establish this as a percentage.  Because I don't
11   believe you need to have some percentage threshold
12   for a law to have a discriminatory effect.
13          As Justice Easterbrook said, voting is
14   personal.  And even if it has an effect on a very
15   small number of Wisconsin citizens, it still impacts
16   the right to vote.
17          And so my concern was just to document the
18   number, not necessarily the percentage.  And I
19   certainly recognize that's a very small percentage,
20   but it's a lot of people.
21      Q   So of that 35,332, how many were white?
22      A   I think I said statistics are not
23   available by race.  So we had to do some inferring
24   from socio-economic standing.
25      Q   Okay.  So you don't have direct evidence

159

1    of how many African-Americans use the corroboration
2    option.  Correct?
3       A   I think I say that right in the paragraph.
4       Q   Okay.  Page 40.  You discuss the
5    elimination of the requirement of special
6    registration deputies at high schools?
7       A   Yes.
8       Q   And did you have any data that show how
9    many African-American or Hispanic voters use an SRD
10   at a public high school?
11      A   We don't know, because you don't register
12   by race in Wisconsin.  So, again, which is perfectly
13   acceptable practice, you've got to do some
14   inferring.  And we can see African-Americans are
15   overrepresented among public high school students.
16      Q   But we don't know if they were more likely
17   to use that option to register.  Correct?
18      A   Well, more of them would have had that
19   option available relative to whites.  But because we
20   don't have registration by race, we don't have the
21   final statistics on that, that's correct.
22      Q   Okay.  Page 41, there is a -- the first
23   paragraph you state, "In addition, restrictions on
24   registration by college and university students have
25   a specific disparate impact on potential

160

1    African-American voters."
2          Do you see that?
3       A   Yeah.
4       Q   You did not have data with regard to what
5    African-American voters were impacted by these
6    changes?
7       A   You can't, because we don't know -- we
8    don't have registration by race.  Again, we've got
9    to look at the populations directly affected.  And I
10   think you see a pattern here.
11      Q   Right.  I mean, I'm going to keep asking
12   the questions.  But --
13      A   Right.  And I'll give you the same answer.
14   We don't have registration by race in Wisconsin,
15   like we did in North Carolina.
16      Q   Wouldn't that be the best evidence of
17   these racial impacts?
18      A   That would.  But it doesn't mean that this
19   evidence isn't good evidence, particularly when the
20   pattern is so common.
21          You know, if you cut into a pie five times
22   or six times and you find it's cherry every time,
23   you might think, yeah, I'm dealing with a cherry pie
24   here.
25      Q   Are we cutting into the same pie each time

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 42 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

41 (Pages 161 to 164)

161

1   here?
2       A   Yeah.  You're cutting into the pie of
3   potential registrants.
4       Q   Okay.  Second paragraph on Page 41.
5   You're talking about the abrogation of a Madison
6   ordinance?
7       A   Correct.
8       Q   Is this the only analysis of that law
9   change that you've done for this case?
10      A   Yes.  Because, again, I don't have
11  registration on race.  But again we see the same
12  pattern.  You're targeting a group that is very
13  disproportionately minority.
14      Q   Let's flip to Page 46.  And here you talk
15  about the change from a ten-day durational residency
16  requirement to a 28-day.
17      A   Right.
18      Q   Do you know what the requirement is here
19  in Maryland where you vote?
20      A   I don't.  I haven't registered in Maryland
21  since the '70s.
22      Q   Okay.  All right.  Why do we have
23  durational residency requirements at all?
24      A   Well, I know what some of the
25  justifications for durational residency requirements

162

1   are.  I'm not sure I necessarily agree with them or
2   find them necessary.  Particularly in a state that
3   has, you know, same day.
4       Q   So what are the justifications that you
5   know?
6       A   Administrative convenience, to give the
7   administrators more time to process whatever it
8   needs to be processed.  But, obviously, you've got
9   good processing in a state with same-day
10  registration.
11          Maybe to establish a certain degree of
12  attachment to the state before having an opportunity
13  to vote.  Those are some of the justifications I've
14  heard.
15      Q   And then this Page 46, is this the only
16  place in any of your reports that you've analyzed
17  this durational residency requirement?
18      A   I believe that's right.
19      Q   Okay.  And do you intend to offer any
20  further expert opinions on that requirement?
21      A   Only if it's brought up by the state.
22      Q   Page 47, at the top you talk about
23  fixing absentee ballot mistakes?
24      A   Right.
25      Q   And Act 227?

163

1       A   Right.
2       Q   This -- on Page 47, is this the only
3   opinion you intend to offer in this case regarding
4   that challenge?
5       A   Unless I have to respond to something
6   presented by the state, that's correct.  Again, we
7   don't have voting by race.
8       Q   Okay.  So the next section of your report
9   talks about procedural and substantive deviations.
10  Correct?
11      A   That's right.
12      Q   Tell me, what are procedural deviations
13  and what are substantive deviations?
14      A   Procedural have to do with the mechanisms
15  and manner by which a law is passed.  Substantive
16  have to do with the changes from the status quo that
17  the law represents.
18      Q   You concluded that procedural deviations
19  did occur in the passage of these challenge laws.
20  Correct?
21      A   Right.  But that was not my main point,
22  obviously.  Since the Republicans controlled the
23  matter and could get what they want.
24      Q   So you have -- by number you come up --
25  you go through a number of what you perceive as

164

1   procedural deviations.
2       A   Procedural and substantive.
3       Q   And substantive.  The first of which is
4   that Republicans in the legislature introduced
5   legislation late in sessions with little time for
6   debate, discussion, and analysis.  Correct?
7       A   Yes.
8       Q   Is that a procedural or a substantive
9   deviation?
10      A   I think it's a little bit of both.
11      Q   Okay.  Could you explain?
12      A   Yeah.  It is procedural in the sense that
13  while it is not a violation of rules, it does have
14  an impact procedurally to do that in terms of what
15  you can go through.
16          And it's definitely substantive, because
17  as the Republican says, it doesn't give people time
18  to comment.  It doesn't give you time to adequately
19  examine the implications.  It's the kind of thing
20  you do when you want to rush something through with
21  limited scrutiny.
22      Q   So in the Arlington Heights analysis,
23  introducing legislation late is considered a
24  procedural or substantive deviation?
25      A   I think so.  Particularly when it involves

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 43 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

42  (Pages 165 to 168)

165

1   the fundamental right to vote.  Of all things that
2   ought to be very, very seriously considered, that
3   ought to be weighed with great seriousness, is the
4   fundamental right to vote.  And I've seen commentary
5   on that from legislators in other states talking
6   about the extended process that they felt was
7   necessary to go through before you change things
8   implicating the right to vote.
9           This is not laws on the color of the paint
10  of state house offices.  This involves what the
11  Supreme Court has said is the foundational right of
12  Americans.
13      Q   Then the second procedural or substantive
14  deviation that you highlight is the magnitude of
15  measures that were passed?
16      A   That's correct.
17      Q   So why would the number of laws that were
18  passed show a procedural substantive deviation?
19      A   Well, again, it's not illegal to pass such
20  measures.  But the fact that this makes Wisconsin
21  such an outlier, it's very unusual.  It's
22  deviational, if that's a word, to in such a brief
23  period of time adopt so many measures directly
24  implicating the right to vote.  You know, even more
25  so than North Carolina, which had been under the

166

1   microscope for doing what they did.
2           And, obviously, as we talked about, it is
3   substantive.  Because these are cumulative.
4       Q   And then the third procedural or
5   substantive deviation you highlight is that
6   Republicans gained unified control of state
7   government in 2010?
8       A   Right.
9       Q   How would that be considered a deviation
10  of any sort?
11      A   Well, it is a deviation from the past
12  politics of the state.
13          Again, I'm not saying it's illegal or
14  anything like that.  But it's important because it
15  helps explain the timing of these laws.
16      Q   We are now going to move to Page 51 that
17  we talked about, the Dale Schultz quote --
18      A   Yes.
19      Q   -- earlier.
20      A   Yes, we have.
21      Q   Do you have -- are there statements by any
22  other Wisconsin Republican legislator that you're
23  relying upon to show contemporaneous viewpoints of
24  decision-makers?
25      A   Yes.  Grothman.  We've talked about that

167

1   before.
2       Q   Grothman?
3       A   And he's not a legislator, but a staffer.
4       Q   Okay.  So those are the three, Schultz,
5   Grothman, Aulbaugh?
6       A   From within Wisconsin.  We talked about
7   other nationally -- national figures making similar
8   statements.
9       Q   No other Wisconsin?
10      A   Not that I am aware of at this time.  But
11  as I said, this has been an incredible moving
12  target.
13      Q   Okay.  On Page 53, you talk about examples
14  that are commonly raised for use of an ID card.
15          Correct?
16      A   Yes.
17      Q   One of which is getting married?
18      A   Yes.
19      Q   And you state, "Although county practices
20  may vary under Wisconsin state law, birth
21  certificate but not a photo ID is required for
22  obtaining a marriage license."
23          Do you see that?
24      A   Correct.
25      Q   Are you aware of any jurisdictions in

168

1   Wisconsin that do require a photo ID card to get a
2   marriage license?
3       A   I think there might be some.  But, you
4   know, I haven't combed through every single
5   jurisdiction.  But I wouldn't be surprised that
6   there was.
7       Q   Let show you --
8       A   -- let me finish.  That's why I said
9   county practices vary.
10          MR. KAWSKI:  Here's another exhibit.
11          (Lichtman Deposition Exhibit 4 marked for
12  identification and is attached to the transcript.)
13      Q   So this is Exhibit 4.  Take a look at it,
14  let me know if you've seen it before.
15      A   I might have.  As I said, I looked at some
16  of these counties, but I wasn't going to go through
17  72 counties in Wisconsin and try to parse out all of
18  their laws.  Because my basic point was we're
19  talking about state law, and state law does not
20  require it.
21      Q   So this is, I will represent to you, a
22  printout from the Milwaukee County website.  If you
23  go to Page 3, there is a heading Marriage License
24  Application Requirements.
25          Do you see that?

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

169

1    A   Yes.
2    Q   And then second bullet point below that
3  heading, "Each applicant must show valid photo ID,
4  such as valid driver's license."
5        Do you see that?
6    A   I see that.
7    Q   So marriage is an important right, just
8  like voting.  Correct?
9    A   Yes.
10   Q   It's a fundamental right?
11   A   Yes.
12   Q   So why do you think Milwaukee County is
13 requiring a photo ID to exercise that fundamental
14 right?
15   A   I'm not sure they are.
16   Q   No?
17   A   Let me tell you why.
18   Q   Okay.
19   A   First of all, I don't know what a valid
20 photo ID is.
21   Q   Right.  I don't, either.
22   A   It could be a vastly wider array.  Could
23 be you know.  My AU faculty ID.  They don't specify.
24       So this is not comparable to the Wisconsin
25 voting photo ID law, which is extremely restrictive.

170

1        Plus, for example, while if you took a
2  superficial look at the Transportation Security
3  Agency, you would think you had to bring a photo ID.
4  But, in fact, there are all kinds of exceptions if
5  you don't have it.
6        I have no idea whether there are
7  exceptions in Milwaukee.  There may well be.
8    Q   Wouldn't the fact that it says "valid
9  photo ID" suggest that there is a lot of discretion
10 in the hands of government as to whether you get a
11 marriage certificate or license?
12   A   There may well be.  And that's why I said
13 there may also be exceptions.
14   Q   Okay.
15   A   And there often aren't, even when you say
16 you have to show a photo ID.  So you would have to
17 delve a little more deeply.
18   Q   But you acknowledge, though, that it
19 appears Milwaukee County requires a photo ID to get
20 a marriage license?
21   A   That's what it says.  But I am not sure in
22 practice what that means.  Let me look at this a
23 little more and see if there's any further
24 clarification.
25       No, there is no further clarification

171

1  here.
2    Q   Okay.  Next exhibit is going to be the
3  rebuttal report.
4    A   Okay.
5        MR. KAWSKI:  So if you want to mark that
6  one Exhibit 5.
7        (Lichtman Deposition Exhibit 5 marked for
8  identification and is attached to the transcript.)
9        MR. SPIVA:  While we mark this, do you
10 mind if we take a short break?
11       MR. KAWSKI:  Sure.
12       (A recess was taken.)
13 BY MR. KAWSKI:
14   Q   So please take a look at Exhibit 5 and let
15 me know what that is.
16   A   Oh, okay.  This just blacks out names.
17 Right.
18   Q   Yes.
19   A   That's fine.  I'm just going through it
20 quickly.  This is my rebuttal report.  This is
21 complete.
22   Q   So I did bring -- there were two versions
23 that were filed in court.
24   A   Right.
25   Q   One was the redacted, one was the not

172

1  redacted.
2    A   Right.
3    Q   I used the redacted one.
4    A   So you're not going to ask me about names.
5    Q   No.
6    A   Okay.
7    Q   So this is your rebuttal report executed
8  February 16th, 2016.  Correct?
9    A   Yes.
10   Q   In this case.
11       When did you write it?
12   A   After I saw the report of defendants'
13 expert.
14   Q   So maybe in January 2016?
15   A   Well, through February 16th, yeah.
16   Q   When you wrote your initial report, you
17 didn't have the information you talk about in this
18 report with regard to individual voters who use the
19 IDPP?
20   A   I had no individual voter data.
21   Q   Do you recall when you were provided with
22 that individual voter data?
23   A   Pretty shortly before I finished this
24 report.
25   Q   Okay.  And you were provided that by

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

173

1   counsel?
2       A   Yes.
3       Q   Okay.
4       A   With the stipulation that it had come from
5   the state.
6       Q   Okay.
7       A   Not that it was something worked up by
8   counsel.
9       Q   Okay. I'm going to flip you ahead right
10  away to Page 14, Table 7. I think it touches on an
11  issue we've talked about already.
12      A   We briefly talked about that, that's
13  correct.
14      Q   So Table 7, you're summarizing the
15  percentages of newly issued renewal and duplicate
16  nondriver IDs that the Wisconsin DMV issued from
17  July 2011 through September 2015.
18      A   Right. That was the last data I had at
19  that time. More data is coming in.
20      Q   Right.
21      A   But that's what I had then.
22      Q   So below the table you state, "However,
23  the vast majority of IDs included in this analysis,
24  80 percent, are free IDs."
25      A   Right. They're not all free IDs.

174

1       Q   Okay. So of the total IDs, the number
2   here in Table 7 is 498,244. Eighty percent of those
3   were free IDs?
4       A   I believe that's right.
5       Q   Okay. So approximately, in your
6   estimation, 400,000 free ID cards were issued
7   between July 2011 and September 2015.
8       A   Approximately. Counting duplicates,
9   renewals, and new.
10          And that number of which are free and
11  which aren't aren't broken down into these separate
12  three categories. That's why I had to put the
13  footnote on the bottom, just to make sure I was as
14  accurate as I could be within the parameters of the
15  data.
16      Q   Okay. And so I want to ask if the 80
17  percent free ID, can that be applied to the newly
18  issued IDs column, meaning 80 percent of the count
19  for newly issued IDs would be considered free IDs?
20      A   I think I just explained, they didn't
21  doubly break it down. That is, they didn't break it
22  down into free and nonfree, and then break it down
23  into newly, duplicate, and renewal.
24          So we don't know. It's probably not going
25  to vary enormously from that, but I can't tell you

175

1   with specificity those percentages.
2       Q   Okay. All right. And we've talked about
3   how -- you used numbers that were available to you
4   at the time, and that there are more recent numbers
5   available. Correct?
6       A   I believe that's right.
7       Q   Okay. And that if you're given the more
8   recent data, you will form opinions about it?
9       A   Of course. I'm not going to blind myself
10  to it.
11      Q   Okay. And you have not analyzed any data
12  about the February 2016 or April 2016 elections?
13      A   Only what I saw in the press. And I was
14  given one document from Milwaukee for 2015.
15      Q   Okay.
16      A   Which I just got last night.
17      Q   You talk in this report about the Texas
18  law and the Texas decision by the fifth circuit?
19      A   That's correct.
20      Q   You were an expert in the Texas case?
21      A   Correct.
22      Q   What was your role or area of expertise in
23  that case?
24      A   It was similar to this one, analyzing
25  intent.

176

1       Q   Okay. And so you concluded that the Texas
2   voter ID law was passed with a racially
3   discriminatory intent?
4       A   I did.
5       Q   And that conclusion has since been vacated
6   by the fifth circuit?
7       A   Not exactly.
8       Q   No? Okay. What's your understanding?
9       A   I will tell you my understanding. Again
10  not being a lawyer. But my understanding is that
11  the fifth circuit didn't refer to me at all or any
12  expert work. There were some legal issues in the
13  district court which found discriminatory intent.
14  And they remanded the issue back to the district
15  court for reconsideration of the intent issue in
16  light, like I said, not of anything I said, but in
17  light of these legal issues.
18      Q   And so they remanded it. But then
19  subsequent to that the entire fifth circuit is now
20  taking up the case?
21      A   That is correct.
22      Q   So your -- the opinion that incorporated
23  your analysis has been vacated. Correct?
24      A   I don't know what you mean by that. My
25  understanding is it was remanded back to the

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 46 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

45 (Pages 177 to 180)

177

1  district.  I don't know what the legal posture is,
2  since the fifth circuit simply said we are going to
3  look at it.
4      Q   Okay.  But to date you haven't been asked
5  to testify again in Texas?
6      A   No.  Because it's up before the en banc
7  fifth circuit and I don't believe they're taking
8  testimony.
9      Q   And so no one has asked you to prepare any
10  supplemental reports in Texas?
11      A   No, no one has asked me to prepare
12  anything.  That may happen depending on, you know,
13  where all of this goes.  And it could be -- things
14  in Texas move slowly.
15      Q   Right.
16      A   It could be a long time.
17      Q   Right.  On Pages 11 and 12 of this
18  rebuttal, you talk about the usage of in-person
19  absentee voting.  Correct?
20      A   Yes.
21      Q   And you conclude that the rate of
22  in-person absentee voting went up in Madison and
23  Milwaukee between 2010 and 2014.  Correct?
24      A   Absolutely.
25      Q   Okay.  And so that -- that is the period

178

1  of time that we're talking about here when these
2  laws, with the exception of the voter ID law, were
3  in effect?
4      A   I believe that's right.  There was a law I
5  think that was dated to 2014.  I can't swear whether
6  it was in effect or not.  But basically that's
7  correct.  With the exception of voter photo ID.
8      Q   Okay.
9      A   But, of course, that was not what I was
10  analyzing.  You understand that.
11      Q   Right.  I understand that.
12      A   Okay.  Fair enough.
13      Q   All right.  I don't really have any other
14  questions about that report.
15      A   Okay.
16      Q   But I do have a couple more exhibits that
17  I may as well just bring out together.
18      A   Sure.
19      Q   We've talked a little bit about them.
20      A   That's fine.
21      Q   All right.
22      A   It looks like it's those polls.
23      Q   Yeah, those polls.  So one is the
24  Marquette poll, and the other is the Pew Research
25  Center poll.

179

1          (Lichtman Deposition Exhibit 6 and Exhibit
2  7 marked for identification and are attached to the
3  transcript.)
4      Q   So take a look at Exhibit 6 and Exhibit 7.
5      A   Do you want me to look at the whole --
6  there's a lot of pages here.
7      Q   You can flip through.  If you want to.
8      A   I really don't want to.
9      Q   Marquette was Exhibit 6.
10      A   I am familiar with this poll, yes.  So if
11  you want to direct me to anything within the poll,
12  that's fine.
13      Q   Okay.
14      A   I don't need to read through the whole
15  thing.
16      Q   Sure.  What is Exhibit 6?
17      A   It is a Marquette Law School Poll
18  conducted between October 23rd and October 26, 2014.
19          What I don't know and I'm not going to
20  take the time at the moment is what aspects of the
21  poll -- it was a very big poll -- are included in
22  this particular exhibit.
23      Q   Okay.  If you'll flip to the page that has
24  Question Number 18.
25      A   Sure.  I'm there.

180

1      Q   Okay.  And you see, "Do you favor/oppose
2  requiring a government-issued photo ID to vote"?
3      A   I do.
4      Q   And you see that 60.4 percent of Wisconsin
5  likely voters who are polled favored such a
6  requirement?
7      A   Correct.
8      Q   And 36 percent opposed?
9      A   Correct.
10      Q   3.1 percent didn't know?
11      A   Correct.
12      Q   At the time this poll was conducted, was
13  the voter photo voter ID requirement in effect?
14      A   That is a tricky question.
15      Q   Not really.
16      A   It was enacted, but I don't believe it was
17  operable.
18      Q   Right.  But there was -- are you familiar
19  with another Marquette Law School poll that was
20  conducted only weeks before this one?
21      A   I think it was conducted in March.  Is
22  that the one you're thinking about?
23      Q   This was October 9th, 2014.
24      A   I'm not.  You know, there's a lot of
25  Marquette polls.  I'm not sure I can spotlight each

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

181

1    one of them by the exact date.  But if you show it
2    to me, I'm happy to talk about it.
3        Q    I just wanted to know if you're aware of
4    that one.
5        A    Yeah, I'm aware there are constant
6    Marquette polls.
7        Q    Okay.  So in terms of the Question 18 and
8    it shows that 60.4 percent of those polled likely
9    voters favored a photo ID requirement, how do you
10   react to that?
11       A    Well, we talked about that before.  It's
12   not surprising, because most people aren't affected
13   by photo ID.  You know, it's -- the minorities,
14   it's -- not all minorities, by any means.  Even a
15   minority of minorities who are affected.
16           So, you know, the majority of people have
17   photo IDs, so it doesn't affect them.  And there's
18   been a lot of talk about it.  And you find this
19   everywhere.
20           But, on the other hand, you also find 56.1
21   percent, almost the same, probably within the margin
22   of error, want to raise the minimum wage.  And you
23   don't see the Republican legislature moving to raise
24   the minimum wage.
25           And this is the point I made earlier about

182

1    other polling data that I point to in my report as
2    strong or stronger than support for government photo
3    ID, but the legislature is not acting on those
4    things.
5        Q    Take a look at Exhibit 7.
6            Do you recognize that exhibit?
7        A    God, I've seen so many polls.  I don't see
8    a date on this.  But ask me questions about it.
9        Q    Sure.
10       A    September 12th.  Yeah, I do see it.
11       Q    October 11th, 2012, on the first page, do
12   you see that?
13       A    Yes.  Okay.  Fair enough.
14       Q    Very small.
15           MR. SPIVA:  Please, is this an excerpt or
16   is it --
17           MR. KAWSKI:  I believe it's the -- pulled
18   it from the Pew Research Center website, so it's a
19   summary.
20           MR. SPIVA:  Okay.  I got it.  Okay.  I
21   just wanted to know.
22       Q    So have you seen this before?
23       A    I think so.
24       Q    Okay.  And so you see the table on the
25   first page there showing the -- the first question

183

1    that it's summarizing a survey is, "Should voters be
2    required to show official photo ID before they vote
3    on election day."
4            Do you see that?
5        A    I do.
6        Q    And of all respondents, 77 percent agreed
7    that you should, 95 percent of Republicans agreed
8    that you should, 61 percent of Democrats agreed that
9    you should and 83 percent of independents agreed
10   that you should.
11       A    Yeah.  Of course.  Those are the numbers.
12       Q    Okay.  And so that's from September 12th
13   through the 16th, 2012, a poll conducted during that
14   time frame.  Correct?
15       A    That's correct.
16       Q    And conducted of registered voters?
17       A    It says all registered voters.
18       Q    Okay.  And I guess what it doesn't state
19   is that whether it's polling nationwide or in just
20   states with strict requirements.  Correct?  It
21   doesn't say that?
22       A    It doesn't.
23       Q    So I guess we don't know if it's a
24   national poll or not.
25           But does that -- do those numbers surprise

184

1    you at all?
2        A    I suspect, by the way, it's a national
3    number.
4        Q    Okay.
5        A    No.  We've already discussed this at
6    length.  I'm not surprised by the fact that the
7    majority should be favoring an idea.
8            And look what it says, "official photo
9    ID."  But Wisconsin eliminates lots of official
10   photo IDs.  So you certainly could not cite this
11   poll as support for Wisconsin's photo voter ID law,
12   which elaborates the point I made before.  You have
13   to look at exactly what these polls are asking
14   people.  And they're not necessarily asking people
15   in terms of the specific voter ID law you have in
16   Wisconsin.
17       Q    Some of the required forms in Wisconsin
18   are official photo IDs.  Correct?
19       A    Some, but there are huge ones, like
20   government employee IDs, that are eliminated.
21       Q    What about non-official photo IDs that
22   Wisconsin permits?
23       A    It does permit -- I'm trying to think what
24   it does permit.  I have to look.
25       Q    Tribal IDs, for example?

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

185

1      A   Yes.  But I don't think it permits very
2  many non-official IDs.
3      Q   In terms of the number of categories in
4  Wisconsin, I believe that -- would it be fair to say
5  there are about nine categories of types of IDs?
6      A   Something like that.
7      Q   But within those nine categories --
8      A   I think I have it in my report.
9      Q   I think you do, too.  But even within
10 those categories, isn't it fair to say that there
11 are dozens of variants?  Some of the categories
12 include dozens of options.  Correct?
13     A   I don't know what that means.  Let's go to
14 the actual.  It would be better if we turn to it.
15     Q   Sure.
16     A   Here it is.  Okay.  I think it's on Page
17 24.
18     Q   Okay.  And this is the initial report,
19 Exhibit 1?
20     A   Yeah.
21     Q   Okay.  So Page 24 of Exhibit 1, you list
22 the various forms of ID cards.  Correct?
23     A   Right.  Yeah.
24     Q   So, for example, in the -- the military ID
25 card issued by the U.S. uniformed services -- excuse

186

1  me.  You agree that there are several different
2  military ID cards that would be permitted?
3      A   Well, obviously Army, Navy, Marines.  But
4  you're talking about a tiny percentage.  And those
5  differences aren't especially meaningful.
6      Q   Okay.  What about the college -- college
7  or accredited university ID cards, which you
8  reference on Page 25 of Exhibit 1?
9      A   Right.  Those are very restrictive.
10 They're not just broadly permitted college IDs.
11 It's got to have the date of issuance, the signature
12 of the students, and expiration date no later than
13 two years, and a separate document.
14        And as we well know from the testimony of
15 the GAB at the time this was adopted, most student
16 IDs in the State of Wisconsin did not conform to
17 these requirements.
18     Q   So in selecting so many different
19 categories, though, doesn't it create a challenge
20 for the poll worker who has to familiarize himself
21 or herself with all the forms that are permitted?
22     A   No.  I don't think it's the number of
23 categories.  I think it's the way you define the IDs
24 that are more important.
25        If you simply allowed any official

187

1  government ID, it would actually make it a lot
2  easier for the poll workers.  And all of these
3  distinctions that you have in here in the Wisconsin
4  voter ID law, that departs markedly from laws that
5  have been compared to it, like Georgia and Indiana,
6  where I can present any government-issued ID.  Here
7  I can't.
8      Q   In one of your reports you have a table
9  that compares the various states.  Correct?
10     A   I think it's in my rebuttal report.  I
11 think it was not my table, it was Hood's table, and
12 I commented on Hood's table.
13     Q   Okay.
14     A   Are we going to that now?
15     Q   Yes.  That's on Page 10 of the rebuttal
16 report, which is Exhibit 5.
17     A   Okay.  Yeah.
18     Q   And so the point you're making is that in
19 Georgia there is a category of federal, state, local
20 government employees IDs that Georgia permits,
21 Wisconsin does not.  That is one of your points?
22     A   Yes.  I have many points, but that's one
23 of them.
24     Q   Okay.  And then I see that Georgia does
25 not permit the U.S. citizenship certificate, but

188

1  Wisconsin does?
2      A   That's correct.
3      Q   Okay.  How do -- I know that this is --
4  you said that Table 16 was Hood's table.
5        Could you describe for me how Virginia's
6  laws aligns with these states?
7      A   You know, you don't want me doing this
8  from memory.  I've been through so many of these
9  laws.  But I believe I comment on Virginia's law in
10 here.
11     Q   Okay.
12     A   So if we can just turn to what I said
13 about it.
14     Q   Okay.
15     A   I think that would be better than relying
16 on my memory.
17        Ah.  Here is what I say about the Virginia
18 law.  I do remember.
19        In Virginia you can get a free photo ID
20 without documentation.  You just go to the state
21 office and affirm I'm Allan Lichtman and I get a
22 free ID.  That's fundamentally different, obviously,
23 than Wisconsin.
24     Q   But as we talked about earlier, you didn't
25 remember the number of people that used that option,

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

189

1  but it was very small number?
2      A  I don't remember the number.  But it is
3  available in Virginia.  However many use it and will
4  use it over time, who knows?  I don't think there's
5  been a presidential election yet that's been
6  conducted in Virginia under the new voter photo ID
7  law.  Which is also in the hands of a judge.
8      Q   Has their law been in place yet, in
9  effect?
10     A  I think just for 2014 and '15.
11     Q   Okay.  Let's talk about just a couple
12  alternatives that have come up recently as law
13  changes that are proposed.  One of which is online
14  voter registration in Wisconsin.  A bill has been
15  proposed?
16     A  Right.
17     Q   Have you followed that?
18     A  I thought you could do, but maybe I
19  misread.  Maybe I read that a bill was proposed
20  rather than that being already an option.  But I am
21  happy to take your representation of it.
22     Q   Sure.  So you're not aware of the bill,
23  the specifics of it?
24     A  No.  Again, I probably, when I was reading
25  through the material, I thought it was already

190

1  adopted.  But now you're telling me it's just being
2  considered.
3      Q   Okay.
4      A  I am not aware of the details of it.
5      Q   Okay.  In Wisconsin we have the option of
6  same-day registration.
7      A  That's correct.
8      Q   On election day.
9      A  Yes.
10     Q   How does that impact, you know, whether
11  Wisconsin is a very permissive or not so permissive
12  state in terms of its registration practices, in
13  your mind?
14     A  Well, that's, I think -- I don't know
15  about the word "permissive," it carries certain
16  connotations to it.
17        But let's say open state with respect to
18  registration, absolutely.  That's one of the reasons
19  why Wisconsin has ranked so high on election
20  administration and ranked so high on voter turnout
21  as part of my analysis of a system that wasn't
22  broken and didn't need to be fixed.
23     Q   Is election day registration common or
24  uncommon in terms of how many states have it?
25     A  It's not common, but it's increasingly

191

1  common.  You've had a trend in recent years towards
2  election day registration.
3        I'm not sure of the exact number now
4  because it is a moving target.  There may be
5  approximately a dozen states have adopted same-day
6  registration.
7      Q   And is there also a trend moving towards
8  automatically registering voters when they take
9  certain actions?
10     A  Well, I don't know if you would call it a
11  trend.  But Oregon adopted that very recently.  And
12  I believe it was path-breaking for Oregon to do
13  that.  I'm not sure any other state had done that to
14  that point, at least in modern history.
15        And I believe it's being considered
16  elsewhere.
17     Q   And you mentioned that in Maryland you're
18  able to vote from your home electronically.
19        Correct?
20     A  I haven't tried it.  So I don't know.  But
21  I'm going to try.
22     Q   Is it something new?
23     A  I've never voted absentee before, so I
24  can't say.
25     Q   Okay.

192

1        MR. KAWSKI:  Why don't we take a break
2  now.  I'm going to go through my notes, but we're
3  almost done.
4        MR. SPIVA:  Okay.  Great.
5        (A recess was taken.)
6        MR. KAWSKI:  I have no further questions.
7        MR. SPIVA:  Oh, okay.  That was easy.  All
8  right.  Thank you.  I don't have any questions.
9        MR. KAWSKI:  All right.  We're all set.
10  Done.
11        COURT REPORTER:  Mr Spiva, do you need a
12  copy?
13        MR. SPIVA:  Oh, yes.
14        MR. KAWSKI:  I just need a PDF copy.
15        (Off the record at 2:02 p.m.)
16
17
18
19
20
21
22
23
24
25

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 50 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

49  (Page 193)

193

1     CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2       I, Debra Ann Whitehead, the officer before whom
3    the foregoing deposition was taken, do hereby
4    certify that the foregoing transcript is a true and
5    correct record of the testimony given; that said
6    testimony was taken by me stenographically and
7    thereafter reduced to typewriting under my
8    direction; that reading and signing was not
9    requested; and that I am neither counsel for,
10   related to, nor employed by any of the parties to
11   this case and have no interest, financial or
12   otherwise, in its outcome.
13      IN WITNESS WHEREOF, I have hereunto set my hand and
14   affixed my notarial seal this 1st day of May, 2016.
15
16   My commission expires:
17   September 14, 2018
18
19   ----------------------------
20   NOTARY PUBLIC IN AND FOR THE
21   DISTRICT OF COLUMBIA
22
23
24
25

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 51 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

194

**A**

**ability**
109:12,14 153:17
**able**
5:23 47:3,4 75:11
191:18
**about**
7:21 8:6,9,19 9:1,4,8
10:10,15,18 11:7,7,8
12:21 13:16 14:6
16:23 17:11 20:17
21:7 24:14 27:3
30:21 34:3,11,12,12
34:16,21 35:5 36:17
36:18,21,22 37:5,13
37:14 38:7,10,12
39:14 42:6 43:12
44:14 46:8,9,14,15
48:24 51:22 52:16,22
54:14,22 56:16,19,22
57:11,13 58:11 59:13
60:14 64:13,14,17
65:13 66:4 69:5,9
71:11 72:6,10,16 73:9
74:10,16 77:1 78:9
80:7 81:1 82:12
83:20 84:13 85:19
86:11,15,16,17,21
87:14,15 90:5,19
91:19,19,21 92:14
93:19 95:25 96:20
97:6,7 99:9,16,23
100:5 102:9 104:19
104:19,23 105:19
106:5 107:5,9,14
108:15,16,17,24
118:2 119:24 120:5,9
120:10 121:21 126:4
128:1,21 129:22
131:2,7 133:12,22,24
135:1 138:15 139:12
139:16 140:25 145:1
145:3,16,16 146:3
149:8 152:21 155:15
157:1 161:5,15
162:22 163:9 165:6
166:2,17,25 167:6,13

168:19 172:4,17
173:11,12 175:2,8,12
175:17 177:18 178:1
178:14,19 180:22
181:2,11,18,25 182:8
184:21 185:5 186:4,6
188:13,17,24 189:11
190:15
**abrogation**
161:5
**absent**
117:8
**absentee**
28:21,23,24 29:1,23,24
30:4,6,9 31:1,2,11,13
31:18 32:6,10,14,15
32:21,23,24,25 33:1,4
33:9,16,17 34:6,18,19
36:3,5 61:8,15,16,21
62:2,9 65:5 97:2
127:12 162:23 177:19
177:22 191:23
**absolutely**
19:9 23:20 31:20 44:5
46:1 70:22 75:15
77:11 99:12 100:5
102:3 149:17 151:14
155:15 156:18 177:24
190:18
**absorbed**
11:3
**abstract**
128:16
**Academy**
18:17
**accept**
33:20
**acceptable**
25:18,23 26:10 36:9
47:8 106:8 131:20
159:13
**accepted**
70:23
**access**
137:7
**accident**
81:6

**accolade**
16:15
**accomplishment**
13:23
**According**
157:20
**account**
125:17
**Accountability**
50:22 83:14
**accounts**
52:11
**accredited**
186:7
**accurate**
124:8,11 148:7 174:14
**accusing**
102:24,25
**acknowledge**
97:10 170:18
**across**
109:6 117:19 157:17
**act**
48:5 87:13 99:2,3,6,9
99:18,21 100:6,8,13
100:16,17 128:22
133:14 135:5 162:25
**acted**
89:3
**acting**
99:17,20 129:7 182:3
**action**
26:12 78:24 80:5,13
88:5 90:8 131:20,22
153:13,13
**actions**
81:5 191:9
**acts**
76:15 154:25
**actual**
20:20 52:18 110:20,20
185:14
**actually**
12:25 15:20 46:16
51:16 79:2 84:8
88:24 92:5 115:17
121:1 122:16 132:11

132:13 133:6 139:1
150:10,11,16 187:1
**add**
110:19
**addition**
26:13 48:13 49:23 63:9
67:2 90:20 159:23
**additional**
26:12 84:23 103:19
109:3 131:20
**address**
27:13,15,16,18,21 63:8
**addressed**
75:25
**addresses**
70:14 120:14
**addressing**
78:20
**Adelman**
85:24
**adequately**
164:18
**administration**
19:25 30:20 43:21
93:23 94:5 117:14
190:20
**administrative**
53:3,24 54:2 57:3
152:24 162:6
**administrator**
83:16,21
**administrators**
162:7
**adopt**
88:13 94:3 139:5 141:5
165:23
**adopted**
42:10 62:23 66:17
69:13 87:7,13 88:23
91:8 92:8 93:20
101:3 133:14 186:15
190:1 191:5,11
**adopting**
8:15 68:15 106:11
**adoption**
42:9 45:2 62:22 108:6
145:23 147:6

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 52 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

195

**advantage**
68:1 101:16 103:2
  104:1,6 156:12
**adverse**
87:21 90:9
**advisor**
92:12
**affect**
46:10 109:11,14 113:9
  125:23 126:10 181:17
**affected**
126:16,21 142:11
  160:9 181:12,15
**affecting**
85:25
**affects**
46:8 84:21 113:14
**affidavit**
47:4,6,9 60:1 86:19
  87:12
**affirm**
60:3 188:21
**affirmation**
60:8
**affixed**
193:14
**African-American**
65:12 84:9 103:11
  133:4 159:9 160:1,5
**African-Americans**
47:12,15,16,18 63:2
  78:3,25 79:3,7 84:7
  84:11 85:9 87:9 99:5
  103:15 107:15 134:21
  153:4 154:3,13
  155:18 159:1,14
**after**
13:10 26:6 48:9,11
  79:10 86:12,13 87:20
  101:9 119:5 144:9
  145:11 148:1 156:8,8
  156:8 172:12
**afternoon**
146:3
**again**
11:1 23:19,23 39:9
  47:15 49:1 56:4 59:4

62:19,20 65:25 73:16
74:18 75:17 80:9
81:1 84:21 85:17
96:7,10 103:25
  104:23 112:15 118:2
  122:2 123:22 132:13
  134:1 146:7 152:10
  153:12 159:12 160:8
  161:10,11 163:6
  165:19 166:13 176:9
  177:5 189:24
**against**
22:5,22 23:15 41:3
  42:11 44:17 68:13
  78:3 90:25 99:4,4
  101:18,18 117:9
**age**
67:10
**agency**
89:4 170:3
**aggregate**
94:9,21 95:3,5,23
  118:15 119:12
**ago**
6:4,10 8:10 13:17 16:2
  24:19,20 41:6 65:22
  73:1
**agree**
90:11 124:8 126:1,10
  127:22 128:7,13
  134:11 152:12 153:3
  162:1 186:1
**agreed**
183:6,7,8,9
**Ah**
188:17
**ahead**
59:12,12 98:20 109:24
  147:22 173:9
**aid**
150:4
**aides**
8:13
**al**
1:5,8
**alcohol**
6:20

**aligns**
188:6
**all**
6:17 7:21 12:20 19:21
  22:24 34:1,7 35:7
  48:2 49:7,18 56:2
  59:14 60:18 62:11
  66:3 67:23 68:19
  69:16,20 71:2 73:16
  73:17 74:17 84:10
  86:10 89:16 91:17
  97:6 100:18 106:2
  108:23 109:17,18
  110:7,10,10 113:7,11
  114:12 115:20 118:21
  119:8 123:9 128:25
  140:16 141:21 142:1
  142:9 143:8 146:5,7,9
  147:20 150:21 155:9
  155:19,23 156:6,10
  156:25 157:6,17
  161:22,23 165:1
  168:17 169:19 170:4
  173:25 175:2 176:11
  177:13 178:13,21
  181:14 183:6,17
  184:1 186:21 187:2
  192:7,9,9
**Allan**
1:12 2:1 4:2,9,19 5:2
  188:21
**allow**
6:16 149:17
**allowed**
151:21 186:25
**allowing**
96:21
**almost**
117:25 152:6,8 181:21
  192:3
**alone**
106:13
**along**
100:24,24 130:3
**already**
10:23 27:25 34:25
  48:10 60:2 62:18

72:6 74:7 76:8 89:3
89:11 119:13 140:2
142:4 173:11 184:5
189:20,25
**also**
8:2,4,11,16 17:23,25
  18:2,6,10,15 21:24
  28:25 31:25 32:3,20
  34:23 40:16 43:10
  44:6 46:20 52:16
  54:8 58:15 67:9
  81:21 95:10,18
  105:15 144:14,23
  156:14 170:13 181:20
  189:7 191:7
**alternative**
97:1 131:6 132:5 153:6
**alternatives**
132:7 189:12
**although**
15:3,24 54:19 67:13
  132:23 167:19
**always**
5:15 10:10 47:17,18
  62:5 96:12 106:13
**ambitious**
70:17 101:15
**ameliorate**
153:14
**ameliorative**
90:8 91:10
**amelioratory**
88:16,23
**amendment**
19:15 149:21
**amendments**
97:6,7
**America**
44:9,10 124:22
**American**
13:4,13 14:1,3,11,21
  14:25 15:9,12,24 16:2
  18:4,13,25 19:22
  20:18 43:17,20 70:11
  72:7 132:9 139:17
  140:4 145:11
**Americans**

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 53 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

196

among
16:6 94:22 159:15
amount
39:12
ample
90:22
analyses
37:25 52:1 65:2
analysis
15:17 16:25 17:14,18
17:24 18:7 43:2,5,10
44:1 45:14 50:21
58:6 68:20 70:2,3
81:18 94:24 101:5
105:9 106:7 107:21
110:15 112:3 113:19
114:23 125:14 133:8
133:17 134:4 145:19
149:4 151:1,2,9 155:5
155:11 157:6,7 161:8
164:6,22 173:23
176:23 190:21
analyst
22:12 44:7 81:7
analysts
117:14
analyze
90:16 152:14 155:3,5
analyzed
11:3 91:16 135:7 155:1
162:16 175:11
analyzing
44:3 152:15 175:24
178:10
ancient
22:3 124:10,17
anecdotal
133:3
Ann
193:2
another
16:18,20 48:19 59:22
72:22 104:16,18
120:16 121:3 124:1
135:20 153:6 155:23
168:10 180:19

Ansolabehere
4:17 138:4,11 142:22
answer
6:15,25 17:3 39:2
41:25 55:23 56:25
69:24 81:4 82:9
83:12 87:3 89:10,23
118:22 136:21 160:13
answered
7:6 56:24 89:11 123:9
answering
103:16
any
6:19 7:4 8:19 9:17,24
10:15,18,22 11:25
12:13,21 14:15 19:7
20:15 21:4,12 23:18
26:11,14 27:22 28:6
32:8,22 37:4,8,10,12
40:3 48:15,16 51:11
57:20 60:7,9 63:9,19
65:23 66:12,14 68:19
75:2,13 76:21 79:16
87:16 89:14 90:12
91:7 92:7 94:17,23
101:25 104:24 105:3
105:24 110:9 111:11
114:10 115:22 122:15
122:16 123:19 126:13
132:19 135:6 143:7
145:10 147:3,11,14
148:11 154:24 155:1
157:8,14 159:8
162:16,19 166:10,21
167:25 170:23 175:11
176:11 177:9 178:13
181:14 186:25 187:6
191:13 192:8 193:10
anybody
142:10
anymore
125:7
anyone
10:6 42:23 89:24 134:8
anyone's
62:4
anything

6:22 11:7 21:5 22:13
28:2,5 74:6 77:17
86:2 101:17 105:3
111:11 126:12 129:9
129:25 137:25 148:11
149:10 153:8 157:9
157:15 166:14 176:16
177:12 179:11
anyway
69:8
anywhere
36:24 76:11 102:23,23
103:11 124:22
Apparently
7:12
appear
37:19
appeared
8:17
appears
143:24 170:19
applicant
169:3
Application
168:24
applied
69:14 174:17
apply
30:8 55:19 117:22
appointed
13:17
appointment
14:24
appreciate
7:7
approach
16:9 17:12
appropriate
143:9
approval
23:1
Approved
2:13
approximately
41:9 54:18 174:5,8
191:5
April

1:14 8:20 94:11 175:12
area
16:20 138:9 175:22
areas
17:6,7
argument
22:21,25 23:4 96:15
119:10 150:20
arguments
96:12
Arlington
66:25 67:15 69:3,9
156:16,18,22 164:22
Army
186:3
around
149:3
array
50:18 169:22
article
4:13 18:2 52:15 70:17
71:12 72:10,17,25
73:7,17 135:25 136:2
137:13 142:22
articles
8:23 18:16,20 72:14
73:17 74:5,23 75:1,14
75:15 76:12
ascertain
91:14
ascertaining
67:4
aside
10:23 121:2
asked
10:2 37:22,22,24 52:7
56:23 63:9 69:23
73:12 74:9,9 140:25
145:16 177:4,9,11
asking
27:2 49:12 58:14
116:22 123:2,4,10,23
123:24 134:14 160:11
184:13,14
asks
69:10 136:15 156:19
156:20

144:11 165:12

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 54 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

197

aspect
98:15 131:15
aspects
78:15 179:20
asserted
50:6
assess
76:13
assistant
3:12 5:8 13:15
assume
7:1 13:12
Atilla
23:2
attached
4:6 12:18 49:11 121:8
135:23 168:12 171:8
179:2
attachment
162:12
attachments
49:6
attacking
138:11
attenuated
151:24
Attorney
3:12 5:9
attorneys
7:11 10:5 12:17 52:17
attribute
140:8
Atwater
21:24 24:12
Atwater's
24:14
AU
169:23
Aulbaugh
103:20 104:14 167:5
author
136:20 137:5 138:4
143:21 144:4,6
authorities
90:24
authorize
149:19,21

authorized
152:3
automatic
48:6
automatically
116:3 191:8
availability
82:17
available
12:10,14,17 55:4 91:25
92:4 110:25 124:25
125:2 133:13 135:4
137:24 138:21,23
140:24 141:2 142:16
144:21 145:5 147:21
158:23 159:19 175:3
175:5 189:3
avalanche
39:13
average
35:7
avoid
6:13 32:13,18
avoiding
33:7
Award
70:19
awards
19:2 76:12
award-winning
70:16
aware
26:20 28:1,4 37:10
77:13 91:6 115:5
132:21 134:9 135:6
147:3,14 157:14
167:10,25 181:3,5
189:22 190:4
away
21:20,24 173:10
a.m
1:15

———————————
B
———————————
B
4:5 47:2
back
12:24 13:9 18:3 19:14

20:19 26:3 43:25
77:3,21 78:24 82:6,10
89:5 91:9 117:6
128:20 131:24 135:11
139:13 141:6 176:14
176:25
background
12:22 67:5
backup
52:2
bad
24:14 141:21
balance
68:13,20
balancing
68:7,11
ballot
24:23 25:14,15,25 26:1
26:1,8,11,15,18,21
27:6,23 28:3,21,23,24
29:2 30:7,9 32:6,15
32:21,23,24,25 33:1,4
33:9,16 34:19 36:3
45:19 52:5,8,12,21
61:8 62:9,12,13
127:12 131:15 162:23
balloting
52:1
ballots
33:17 34:18 36:3,5
61:14,18 79:12,22,25
80:1 81:1 97:3 131:6
banc
177:6
barrier
36:6 138:16
barring
62:7
base
103:10,11,12
based
21:4 30:18 40:25 45:19
117:21 125:16 134:25
144:15
basic
20:5 36:22,23 168:18
basically

178:6
basics
5:16
basis
144:16 151:13
bear
67:3
bears
65:16 151:9,11
beautiful
14:13
became
13:8
because
9:20 11:1,13 23:15
27:1 30:18 31:16,22
33:3 34:13 35:22,23
36:4,8 39:3,13,16
40:21,24 51:8,25
53:23 56:8 58:2,4,11
59:4 65:8 67:12,24,25
68:15,16 74:23 75:8
75:12 82:1 84:1,5
92:8,18 93:8,20 94:3
95:4 101:18 107:15
107:25 109:3 110:10
111:12,20 113:16,23
114:11 116:3 120:5
128:18 133:11 134:23
137:25 138:25 140:23
141:24 142:11 143:11
144:21 145:5 147:20
148:22 150:15 151:14
153:8 155:6,15
156:25 158:9,10
159:11,19 160:7
161:10 164:16 166:3
166:14 168:18 177:6
181:12 191:4
become
57:14 145:13
becomes
145:15 146:1,2
becoming
23:22
been
5:3,16,25 7:12,24 8:3

11:13,20 13:13 14:10
14:20,25 21:13,15,16
22:10,23 23:5,20 25:2
29:14 31:16 36:16
37:8,11,24 38:13
39:13 40:7 46:22
50:2 53:20 54:17
60:22,23 63:12 74:4
76:9,20 77:5 83:9
90:21 92:10,12 93:10
94:7,12 97:13,14
100:8 108:7 124:4,25
125:17 126:7 127:5
129:8 132:23 141:1
147:9 148:24 149:17
165:25 167:11 176:5
176:23 177:4 181:18
187:5 188:8 189:5,5,8
189:14
**before**
2:12 5:15 8:1 17:3
26:14 27:23 36:17
49:12,19 69:23 88:22
91:18 132:20,24
133:1 135:5 136:14
162:12 165:7 167:1
168:14 172:23 177:6
180:20 181:11 182:22
183:2 184:12 191:23
193:2
**began**
51:9
**beginning**
102:6
**begun**
9:24
**behalf**
3:2,10 40:13 41:2
**behind**
20:6 62:21 66:12,14,17
67:24 73:25 76:14
81:4 150:15
**being**
39:15 62:9 77:14
102:24,25 107:17
108:4 114:9 140:3
148:1 176:10 189:20

190:1 191:15
**beings**
56:9
**beliefs**
144:13
**believe**
8:14 12:5 27:18 28:10
28:19 29:13 30:8
32:9,12 34:16 42:14
51:25 52:8,17 53:9
56:14 57:18 65:3,7,22
71:16 73:14 80:9
84:14 94:18 103:20
104:19 121:14 127:5
137:1,16 139:22
147:9,11 148:8,8,14
153:4 154:17 155:3
158:11 162:18 174:4
175:6 177:7 178:4
180:16 182:17 185:4
188:9 191:12,15
**believed**
100:16
**believes**
100:20,24 153:18
**below**
169:2 173:22
**benefit**
105:21
**benefited**
105:11
**benefits**
155:20
**Bernie**
95:11
**best**
109:20 110:24 111:10
138:1 142:14 160:16
**better**
14:10 22:8 142:18
185:14 188:15
**between**
45:9 62:24 65:23
108:18 113:17 114:5
114:8 115:21 133:16
156:11 174:7 177:23
179:18

**beyond**
10:21 27:25 115:5
**big**
74:24 95:23 111:24
113:17 142:8 179:21
**bigger**
70:17 142:19
**biggest**
133:19
**bill**
101:3 104:5 117:9
149:8 150:23 151:10
152:15,15,16 156:8,8
156:8,9 189:14,19,22
**bills**
130:3 155:13,16
**biography**
24:14
**bipartisan**
130:6,9,11,18
**birth**
167:20
**bit**
38:12 48:20 95:25
102:13 108:10 118:3
120:8 144:17 164:10
178:19
**black**
41:3 115:21
**blacks**
114:5 150:2 152:6
171:16
**black/white**
73:18
**blatant**
154:2
**blind**
175:9
**board**
4:12 75:6 79:11 83:15
117:20
**boards**
75:2
**Board's**
50:22
**bodies**
80:5

**body**
92:7
**bold**
122:5
**book**
17:20,20 19:3 26:25
43:19,19 70:10,16,17
70:18,20 71:16 72:6
72:21,22 74:25
105:19
**books**
13:8 18:12 74:5,20
75:1,20 76:11
**both**
11:20,22 15:14 19:1
29:8 35:2 75:1 90:17
95:7,15 124:24
154:22,22 164:10
**bottom**
50:15 92:24 122:3,7,8
127:15 131:11 132:14
133:23 136:5 174:13
**box**
3:14 58:3,20
**Boy**
24:14
**Brandeis**
12:24 15:22
**brand-new**
58:16 95:9
**break**
7:4 21:4 49:13 106:25
171:10 174:21,21,22
192:1
**breathe**
92:14
**brief**
116:23 117:18 165:22
**briefly**
38:3 173:12
**bring**
38:6 120:16 135:20
170:3 171:22 178:17
**broad**
4:24 50:18
**broader**
42:13

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

199

broadly
12:17 54:22 69:14
131:18 186:10
broken
94:1 174:11 190:22
brought
41:3 145:12 162:21
Brown
79:11
BRUCE
3:3
bud
104:20
budget
8:7
bulk
65:11,13
bullet
92:24 93:12 96:2 97:8
97:17,18 169:2
bunch
8:24 55:12 56:4
burden
10:25 11:5,13 78:19
79:7,18 81:19,21
88:17 156:9
burdens
85:9 109:4,5 154:12
Burden's
65:20
Bush
43:21
B.A
12:24

C

C
1:8 3:1 4:1 5:1,12
calendar
33:18,22
California
14:18 16:17
call
191:10
called
89:24 116:25 117:15
calls
41:23 60:20 69:6 90:15

123:8,20 125:8
127:23
came
8:8,9 41:5 79:1 87:5
94:4,8 102:7 153:11
campaign
23:14 95:19
campus
14:13
candidate
22:9
candidates
24:1,4 95:11 113:9,9
114:2 115:7 117:4
card
27:16,18,19 53:11,15
54:12,24 55:21 57:5,8
58:20 97:4 167:14
168:1 185:25
cards
53:8 55:5 57:25 60:10
84:2 96:21,23 174:6
185:22 186:2,7
career
22:18 100:1 101:16,24
careers
92:18
Carolina
11:21 13:9 46:21,22
47:5 88:24 89:1
160:15 165:25
carries
190:15
case
1:7 5:11,12 6:3,6 9:12
9:14,19 10:16,18,20
11:7,8 12:4 17:8
30:15 37:13 39:22,25
40:3,5,17,19,20,21
42:5,16 43:7 44:13
46:23 49:21 51:12,15
53:2 62:16 65:21
69:4 77:1 83:7 86:22
92:8 96:19 106:6
107:13 121:15 122:23
127:3,4,6,11 131:23
133:9 144:19 145:2

145:10,13,15 156:5,7
156:10 161:9 163:3
172:10 175:20,23
176:20 193:11
cases
11:14,19,22 12:20
38:13 40:6,11 41:9
42:20 43:4 44:22
50:1 60:22 76:21,23
77:6
cast
26:11 101:11 113:16
categories
174:12 185:3,5,7,10,11
186:19,23
category
187:19
caution
86:25
CCES
140:11,16
Center
4:24 178:25 182:18
century
18:1 78:25 81:11
124:18,18
certain
26:16 27:14 33:19
34:18 35:24 86:18
109:17 147:17 162:11
190:15 191:9
certainly
7:25 31:20 34:2 37:10
41:14 42:25 48:24
51:8 57:10 62:6
65:12,16 70:10 78:11
80:4,10,13 84:13,16
84:24 87:17 91:5,8
96:16 101:11 107:12
111:11 119:22 121:18
126:13 130:16 150:5
150:17 151:21 155:4
158:19 184:10
certificate
167:21 170:11 187:25
193:1
certify

193:4
challenge
40:14 41:2 64:1 77:4
163:4,19 186:19
challenged
77:1,5
challenges
76:21,21
challenging
40:17 111:12
champion
99:1,18,20 100:7
chance
7:16,25 8:5 87:1,4
134:16
change
88:2 96:20 115:25
119:12 133:17 161:9
161:15 165:7
changed
74:18 125:5
changes
20:23 21:10 62:25
65:10 95:19 119:25
154:9 160:6 163:16
189:13
chapter
53:24 71:16
characterize
132:2 144:18
charge
148:23
check
58:3
checked
58:19
checklist
67:17,20
cherry
160:22,23
Circle
70:19
circuit
85:22 86:9,13 87:22
175:18 176:6,11,19
177:2,7
circumstance

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

115:22
**circumstances**
32:5 86:18 117:8
**circumstantial**
90:18
**cite**
35:19 93:9 124:23
184:10
**cited**
140:15,21,23 141:9,17
141:20 143:9,16
**cites**
139:23
**cities**
65:11
**citizens**
87:19 157:21 158:1,15
**citizenship**
56:13 187:25
**city**
79:10 80:10,14
**civil**
70:4 76:19
**clarification**
170:24,25
**clarify**
55:13 56:5 58:18
**Clay**
5:8
**CLAYTON**
3:11
**clear**
57:13 74:8 84:25 89:5
100:14 101:2 127:19
128:8 150:14
**clearer**
57:15
**clearly**
32:4 81:12 97:14 99:8
103:5,23 104:3,25
105:11
**Clinton**
117:9
**clips**
8:12
**close**
47:14 67:14 92:16

125:23 126:7,11,16
126:20
**CNN**
110:8
**cobbling**
156:23,24
**code**
53:4,24 57:3
**codes**
54:2
**coffee**
103:21
**cognizance**
8:18
**Cohesion**
73:3
**COIE**
2:4 3:4
**colleagues**
10:15 98:8 101:19
**collection**
139:21
**collections**
17:22
**collectively**
155:8
**college**
35:11 153:22 159:24
186:6,6,10
**colloquy**
90:21 119:13
**color**
165:9
**Columbia**
2:14 193:21
**column**
174:18
**combat**
99:3
**combed**
168:4
**combination**
18:22
**combines**
17:13 43:24
**come**
9:21 26:3 40:6 51:9

67:13 68:9 75:22
79:20 117:6 131:24
163:24 173:4 189:12
**comes**
36:2 116:11 157:16
**coming**
20:10 51:10 63:13 84:5
89:14 153:14 173:19
**comment**
164:18 188:9
**commentary**
165:4
**commentator**
22:11
**commented**
153:1 187:12
**comments**
8:12
**commission**
193:16
**commitment**
74:24
**common**
45:11 63:6 92:19 101:8
144:12 150:17,20
153:12 156:25 157:1
160:20 190:23,25
191:1
**commonly**
167:14
**commonplace**
155:12
**communities**
79:8
**comparable**
169:24
**compare**
81:14
**compared**
17:25 85:10 187:5
**compares**
187:9
**comparison**
81:25
**competitive**
35:21
**complete**

69:11 117:18 171:21
**completed**
13:10 135:14
**complex**
35:9
**component**
65:14
**comport**
48:14
**con**
95:16
**concept**
19:4
**conceptual**
20:5
**concern**
151:20 158:9,17
**concerned**
151:15,16
**concerns**
129:20
**conclude**
92:4 139:11 177:21
**concluded**
119:24 137:25 163:18
176:1
**concludes**
137:5 140:13
**conclusion**
44:20 69:7 90:15 123:4
123:8,21 125:3,9
127:24 176:5
**conclusions**
138:14
**concrete**
47:1
**condition**
148:3
**conditions**
56:16
**conduct**
51:11
**conducted**
110:2,11 140:17
179:18 180:12,20,21
183:13,16 189:6
**confidence**

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

149:15 151:16,20
**conform**
96:14 186:16
**conforming**
96:13
**confused**
35:16,24 36:18,22 37:2
**confuses**
53:23
**confusing**
55:9,10
**confusion**
35:5 36:13 37:5,13
**Congress**
23:1
**congressional**
35:21 40:15 41:3
135:12 139:18,23
**congressman**
8:12 35:6 102:7
**connotations**
190:16
**consequences**
145:14 146:25
**conservative**
18:25 43:20 70:11 72:8
105:18
**consider**
42:21 44:6 49:7 68:4
86:9
**considerable**
39:12 43:25
**considered**
141:24 154:18,19
164:23 165:2 166:9
174:19 190:2 191:15
**considering**
151:3
**consistent**
133:13 156:16,18,21
**consistently**
114:3
**constant**
181:5
**constituencies**
47:24
**constituents**

48:8
**constitution**
19:15,16
**consultant**
21:23
**consultants**
21:18 45:13 105:6
**consulted**
21:17,19,20 22:3
**consulting**
22:12 24:7,10,10 105:7
105:8 106:13
**contains**
122:15
**contemporaneous**
67:7 68:23,24 166:23
**contemporary**
44:11 45:12 156:20
**contentions**
69:1
**contest**
110:18
**contests**
95:7
**context**
19:23 128:6,11
**continue**
23:2
**continues**
96:19
**contrary**
101:22
**control**
45:3 113:18,19 114:18
114:23 115:10 116:14
117:17 166:6
**controlled**
163:22
**controversial**
95:13
**controversy**
101:24 143:24
**convenience**
162:6
**convenient**
31:4,7,19,21,25 32:3
**conveyed**

81:20
**convinced**
56:1
**cooperative**
135:11 139:18,20,22
139:23
**copy**
135:21 192:12,14
**corner**
127:16 136:6
**correct**
5:17,18,20,21,24 12:7
14:22 32:16,17,19
33:6,18,24,25 39:22
43:7 49:24 50:2
54:15,16,19 55:21
60:14 61:8 63:16,17
63:20 74:12 82:19
93:1,3,6,15 96:6
97:12 99:11 108:17
108:20 110:5,23
111:1 115:8 122:24
122:25 125:6,12
131:6,21 135:2 136:9
137:14 144:20 153:19
157:3 159:2,17,21
161:7 163:6,10,20
164:6 165:16 167:15
167:24 169:8 172:8
173:13 175:5,19,21
176:21,23 177:19,23
178:7 180:7,9,11
183:14,15,20 184:18
185:12,22 187:9
188:2 190:7 191:19
193:5
**corrective**
86:5,6,9,11
**correctly**
91:16
**correlated**
34:23 88:20
**corroboration**
157:2,7,12,22 159:1
**cost**
148:23 149:1
**could**

21:5 30:2 47:7,8 53:18
54:10 58:12 59:3
62:9 72:1 80:4,13
81:9 90:17 91:5,8
96:15 108:23 113:7
121:24 122:6 125:22
126:10 130:5 140:8
141:23 146:13 151:3
153:21 156:6 158:4
163:23 164:11 169:22
169:22 174:14 177:13
177:16 184:10 188:5
189:18
**couldn't**
59:20,20 60:18 87:19
148:23
**counsel**
5:4 173:1,8 193:9
**count**
6:1 31:23 61:14 76:11
131:21 149:18 174:18
**counted**
26:3,8 38:17,24 39:3,9
41:21 61:15,18,24
**counties**
168:16,17
**Counting**
174:8
**country**
22:20 96:18 117:13
124:3
**county**
4:11 167:19 168:9,22
169:12 170:19
**couple**
41:5 147:9 178:16
189:11
**course**
15:9,21 16:1 19:8,16
37:23 42:13 63:4
67:9 69:14 76:16
87:5 88:20 105:1
106:2,10,20 113:3
116:16 128:15 137:16
139:2 142:2 146:12
154:15 156:21 175:9
178:9 183:11

courses
15:16,19,23
court
1:1 2:13 5:13,22 8:9
40:13,21 67:1 69:4
85:23 88:13,24
121:15 122:23 123:11
123:15 125:3,11
143:24 148:2,9
165:11 171:23 176:13
176:15 192:11
Court's
125:6
covered
142:12
Crawford
4:11 121:15
create
60:6 186:19
criminal
127:4,6
critical
22:23 88:25,25 93:19
Critics
70:18
cross-over
130:8
cumulative
166:3
current
27:13,15,17,20 44:1,3
78:4 82:14
cut
56:8 69:18 160:21
cutting
160:25 161:2
cut-and-dried
54:6
CV
12:20 49:24 71:19 72:2
77:20,21,22

_____

**D**

D
5:1
Dale
166:17
data

46:21 50:5,19 51:6,9
51:15,21,23 52:3,5,9
52:12,18,21 63:13
112:11,23 114:6,7
119:2 132:8 159:8
160:4 172:20,22
173:18,19 174:15
175:8,11 182:1
database
50:22,23
date
12:3 25:24 144:7 177:4
181:1 182:8 186:11
186:12
dated
178:5
day
4:17 26:15 27:24 29:7
29:8,20 31:6,17,25
32:2 44:10 61:5,15,20
62:1 67:10 131:25
132:4 136:4 143:22
162:3 183:3 190:8,23
191:2 193:14
days
12:13 41:5 86:3
DC
1:13 2:7 3:7 14:7
deal
47:22 72:2 80:14
119:16 120:21 128:18
dealing
56:9 119:17 120:19
129:5,6 137:20 142:4
160:23
deals
44:11 70:11
dealt
71:13,17 72:20,21 73:3
73:7,20
debatable
127:18
debate
23:17 164:6
debates
143:25
Debra

1:25 2:12 193:2
decades
21:17 79:10 101:19
decide
153:9
decided
40:21
decision
20:11 66:15,18,25
125:1,6,11 141:2
148:2,9,12 175:18
decisions
76:15 140:24 143:25
145:6
decision-maker
97:19 98:12 101:13
102:1
decision-makers
67:8,10 68:24 69:1
81:8 90:23 166:24
decision-making
152:17
declared
97:14
decline
116:25 123:12
declined
94:6
deemed
25:22 26:9 123:18
deeply
101:1 170:17
defendants
1:9 3:10 5:4 8:3 40:3
40:13,16 41:2,12,15
42:16 65:3 83:7,11,13
172:12
define
42:24 66:22 186:23
defined
76:7
definitely
164:16
definition
143:10
degree
162:11

delve
137:12 170:17
**Democrat**
99:16
**Democratic**
22:5,6,24 95:12 103:10
107:16 108:4 115:24
116:5,7 155:22
**Democrats**
103:6 117:7 128:21
129:20 183:8
demographic
108:3
demography
20:24
demonstrate
116:10
demonstrates
112:23
demonstration
48:16
denial
137:7
denials
84:1
denied
84:5,12 136:15,16
denominator
142:9 143:12
denying
85:25
department
3:13 5:9 51:5 79:13
83:15,17,21 84:15
85:1,4,11 89:7
departmental
14:2
departs
187:4
depend
111:8
dependent
109:22 125:12
depending
36:20 76:10 112:5
177:12
depends

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

21:3 129:15
**depos**
53:19
**deposed**
5:17,25 40:20
**deposition**
1:12 2:1 4:7 5:10,16
6:12 7:9 10:7,11,24
12:1 38:9 49:10
102:7 121:7 135:22
168:11 171:7 179:1
193:3
**depositions**
7:23 8:2 38:3 53:13
54:5,13,20 55:11,12
55:19 56:3,5 57:8,12
57:15 84:22
**deputies**
159:6
**derived**
78:19 79:18 81:18
**deriving**
155:20
**describe**
188:5
**designation**
14:2,2
**designed**
98:12 99:3 116:9
128:18
**Despite**
120:23
**detail**
12:21 30:19,21 66:1
88:3
**details**
62:11 73:16 77:11
190:4
**deter**
64:4,8
**determine**
81:5 95:2 115:12
**determining**
108:25
**deterred**
134:23 139:3,6
**deterrence**

147:4,15
**deterrent**
141:4
**deterring**
149:16
**deviation**
164:9,24 165:14,18
166:5,9,11
**deviational**
165:22
**deviations**
67:7 163:9,12,13,18
164:1
**devise**
152:1
**diaries**
17:16
**difference**
48:20 116:9
**differences**
108:18 186:5
**different**
23:8 59:8,25 73:11
81:23 82:2 88:4
115:19 125:2 132:7
140:1,2 144:8 154:9
155:13,14 156:6
186:1,18 188:22
**difficult**
53:21 97:3 128:11
**difficulties**
87:14 88:19
**difficulty**
33:13
**digest**
7:16
**digested**
11:3
**diminish**
106:19
**direct**
46:19 66:20,21 67:2,7
79:6 90:18,20 97:18
102:1 103:19 104:15
105:24 107:5 122:6
151:25 156:11,15
158:25 179:11

**direction**
193:8
**directly**
13:15 19:8,24 20:16
21:11,22,22 24:9 65:7
67:3 72:20 74:6 76:1
78:19 86:23 89:14
91:3,4 92:6 98:12
109:2,11,18 119:16
145:7 160:9 165:23
**director**
21:25
**disagree**
138:14 144:3
**discipline**
16:24
**discretion**
53:16 54:7 55:16,18
56:2,4 57:9,13 84:18
85:13 170:9
**discretionary**
53:13
**discriminate**
42:11 44:17 66:9 90:25
**discriminated**
151:12
**discriminating**
85:15 154:1
**discrimination**
4:9 45:1 67:4 69:22
70:9,12 71:10,14 72:3
73:4,20 74:1,11 76:4
78:3,10,16,21 79:15
80:19,21,23 81:2,16
82:5,5,14,22,25 83:10
84:17,25 85:5 89:8,20
90:1,12 99:3 100:22
100:25 102:2,18
107:6
**discriminatory**
67:5 73:2 79:7 83:22
83:24,25 85:17 89:15
90:6,7 94:20 95:3
100:12,17 109:1
154:17 155:2 156:12
158:12 176:3,13
**discuss**

131:5 157:2 159:4
**discussed**
52:16 118:12 148:24
184:5
**discusses**
136:24
**discussion**
38:2 74:4 77:24 120:25
143:19 164:6
**disenfranchised**
147:18
**dismissed**
77:7
**disparate**
81:10 84:20 85:9 156:9
159:25
**disparities**
45:9,10 63:5,6 73:19
73:24,25 78:5 82:15
92:15 108:18,24
134:17
**disproportionate**
154:12
**disproportionately**
105:2 161:13
**disqualify**
56:17
**dissatisfaction**
117:12
**dissertation**
13:6 17:19
**distant**
43:23
**distinctions**
187:3
**distinguish**
44:21
**distinguished**
13:17,21 14:17 15:3
**district**
1:1,2 2:13,14 5:13,14
8:9 35:22 85:23
176:13,14 177:1
193:21
**districts**
129:15
**Division**

83:17
**DMV**
28:15 53:7 55:14 58:12
  58:16,21 85:2 89:17
  89:25 173:16
**DMV's**
54:25
**Doctrine**
73:3
**document**
28:6 158:17 175:14
  186:13
**documentation**
27:11,12 30:25 148:3
  149:5 188:20
**documented**
124:4
**documenting**
73:23
**documents**
10:22 28:8,11 149:1
**doing**
6:12 17:17 67:11 98:8
  98:9,10 101:5 105:9
  106:7 125:14 127:19
  128:10 142:16 155:5
  155:11 157:6 166:1
  188:7
**dollars**
39:7
**Donald**
95:12
**done**
14:15 22:12 24:23 25:1
  36:15 37:4,9 43:4
  60:5 70:6 71:9 81:6
  81:24 83:8,19 91:21
  91:22 101:12 106:12
  133:9 135:15 153:21
  154:1 161:9 191:13
  192:3,10
**doubly**
174:21
**doubt**
39:2 57:11
**Douglas**
20:20

**down**
5:23 8:9 9:21 54:3
  81:24 87:12 97:14
  174:11,21,22,22
**dozen**
191:5
**dozens**
6:1 185:11,12
**Dr**
5:6 49:19 51:25 58:7
  65:20,20 142:22
**draw**
85:19 90:19,22
**drawing**
146:20
**drawn**
146:20
**draws**
50:21
**driver**
56:11 57:4
**driver's**
46:7 56:15,17 169:4
**driving**
77:3
**dry**
56:8
**dual**
74:2
**due**
147:5
**duly**
5:3
**duplicate**
173:15 174:23
**duplicates**
58:16 59:5 174:8
**durational**
161:15,23,25 162:17
**during**
12:10 183:13
**Dwight**
99:6
**dynamics**
105:9

————————————
**E**
————————————
**E**

3:1,1 4:1,5 5:1,1
**earlier**
108:17 120:9,25
  166:19 181:25 188:24
**early**
13:16 18:1 24:5 29:8
  29:17,22 30:23 31:11
  61:3,4,6,7,8,9,10,12
  65:9 71:12 104:20,25
  105:1 124:18
**earn**
39:15,16
**earned**
38:20,25 39:6,10
**ears**
92:16
**ease**
88:17
**easier**
122:7 187:2
**Easterbrook**
85:22 90:10 158:13
**easy**
192:7
**ECF**
131:9
**economic**
16:14
**economics**
16:15
**economy**
20:24
**Edison**
110:2,6
**editorial**
75:2,6
**editors**
75:9
**education**
8:7 33:12 79:11 82:16
  83:2,5 109:10
**educational**
12:22 80:16
**educator**
23:6,11,11
**effect**
21:5 48:10 57:17,18,19

57:19 65:19 94:12
  95:16 113:13 118:19
  118:21 138:2 143:1
  144:13 147:15 150:8
  154:17 158:12,14
  178:3,6 180:13 189:9
**effective**
127:17 128:2,3
**effects**
4:13 30:21 95:3,23
  139:12,14 142:19
  144:25 145:5 153:14
**efficiency**
95:18
**Eighty**
38:18 174:2
**Eighty-five**
38:19
**Eisenhower**
98:10 99:7
**either**
31:10 37:19 91:9 96:24
  131:24 137:17 154:20
  169:21
**elaborate**
103:17
**elaborates**
184:12
**elect**
106:6
**elected**
23:12
**electing**
23:3
**election**
4:11,16 8:20 9:2,6 13:7
  17:21,24 19:6,25
  20:22,25 21:1,10
  24:17 25:17,20 26:6
  26:10,15 27:24 29:7,8
  29:11,20 30:19 31:6
  31:17,25 32:2 33:17
  33:22 36:17 43:13,16
  43:18 51:3 52:17
  57:20,21 61:4,19,25
  63:19 72:24 73:2
  93:22 94:5 95:17

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

102:11 103:8 105:9
111:24 113:10,15
114:1,24 115:19
117:15 118:20,20
125:23 126:11,17,20
127:18 128:2,4,8,14
128:17 131:25 132:4
133:19 135:12 136:4
137:14,15,21 138:10
139:18,24 143:22
147:12 183:3 189:5
190:8,19,23 191:2
**elections**
18:14 19:13,14,22 20:6
21:6 52:2,4,6 94:10
105:10,14 113:12,24
114:1,4,11 115:1,20
117:7 118:4,17 126:4
126:7 132:9 137:22
138:1 139:18 140:4
142:15 145:11 147:10
147:16,18 149:16
175:12
**electoral**
20:19 92:21 93:5
112:24 113:6
**electorate**
141:23
**electronically**
191:18
**element**
78:11,14
**elements**
19:21
**eliminated**
184:20
**eliminates**
184:9
**elimination**
159:5
**else**
10:6 105:3 127:2 129:9
**elsewhere**
120:25 191:16
**emeritus**
13:18
**emphasize**

92:22 93:2
**emphasized**
66:5
**employed**
193:10
**employee**
35:14 184:20
**employees**
187:20
**employment**
150:12
**en**
177:6
**enable**
79:2 86:19 131:21
**enables**
20:11
**enact**
151:11
**enacted**
57:25 94:7 96:21 97:11
135:5 180:16
**enacting**
47:24
**encouraging**
100:9
**endeavor**
13:11,12
**energy**
33:7,8
**enfranchise**
107:14
**enfranchising**
107:16
**engaged**
83:22 85:5 100:21
**engaging**
89:7,19,25 90:13
**English**
33:13
**enhanced**
153:25
**enormous**
20:23
**enormously**
174:25
**enough**

23:14 118:17,23,24
119:1 178:12 182:13
**enter**
68:20
**entire**
54:23 57:14 109:12
130:8 143:8 176:19
**entirely**
54:20 57:13 151:7
**erroneous**
111:13
**error**
58:8 62:7,8 110:23
111:6,8,13,17 112:2
181:22
**errors**
62:6
**especially**
186:5
**ESQUIRE**
3:3,11
**essential**
149:11
**essentially**
68:19 86:12 113:15
128:17,19
**establish**
151:4 158:10 162:11
**established**
109:20 111:20 151:22
**estimate**
38:16 41:10 60:19
110:24,25
**estimates**
111:10,25
**estimation**
82:3 174:6
**et**
1:5,8
**evaluation**
18:8 71:4
**even**
6:1 9:6 23:16 33:10
35:15 36:1,22 41:14
46:13 54:2 74:23
75:25 79:2 81:17
91:18 96:15 118:19

125:17 126:7 139:7
140:4,5 142:12
144:24 149:5 158:14
165:24 170:15 181:14
185:9
**evening**
26:4
**events**
45:2 67:6 156:20
**ever**
11:11 14:10 24:16,23
25:2,6 31:13 67:14
75:5 77:5,13
**every**
30:11,11,14,19 33:17
33:22 67:21 68:4
70:19 101:23 108:5
113:15 114:3 135:15
140:17 155:3,4
160:22 168:4
**everyone**
59:20 84:19 105:20
**everywhere**
117:25 181:19
**evidence**
4:15 37:25 47:2 66:20
66:21 67:2,3,7 84:16
84:23,25 85:18 90:18
90:20 92:3 97:19,23
100:20 102:1,17
103:19 104:15 107:6
107:20 121:23 122:15
123:18 124:21 125:18
126:13 132:19 138:19
138:21,22 139:13,14
142:18 145:24 156:15
157:11,14 158:25
160:16,19,19
**evidenced**
136:3
**evident**
87:24
**exact**
28:22 53:10 111:14
112:8,12 135:13
181:1 191:3
**exacting**

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

150:9
**exactly**
16:3 33:6,19 53:6,15
54:11 83:12 95:1
99:5 111:4,7 112:19
112:20 176:7 184:13
**examination**
4:2 5:4 63:4
**examine**
63:23 164:19
**example**
20:13 25:23 35:10,14
35:19 43:11 46:7,16
68:12,14 70:13 80:18
81:2 83:9 95:6
109:10 110:4,21
114:14 170:1 184:25
185:24
**examples**
72:1 74:15 75:21 79:14
79:20 80:21 81:15
82:4 88:22 95:22
105:3,4 107:9,13
124:3 153:16 167:13
**except**
22:11 130:2
**exception**
129:12 130:4 178:2,7
**exceptionally**
137:6
**exceptions**
34:19 170:4,7,13
**excerpt**
182:15
**exciting**
95:10
**exclude**
77:8,10
**excluded**
76:22 77:14
**exclusion**
77:16 152:21
**exclusive**
79:19
**excuse**
32:8,10 185:25
**executed**

172:7
**exemplary**
92:21 93:5,10,10
**exercise**
169:13
**exhaustive**
69:11
**exhibit**
4:7,8,11,13,18,19,21
4:24 49:7,9,10,17,19
49:24 50:1 71:18
74:9 120:16 121:3,5,7
121:9 135:20,22,24
146:6 168:10,11,13
171:2,6,7,14 179:1,1
179:4,4,9,16,22 182:5
182:6 185:19,21
186:8 187:16
**exhibits**
178:16
**exist**
32:14 128:19 134:17
**existed**
154:17
**existing**
124:22
**exists**
157:3
**exit**
110:2,8,8,11,13,22,25
111:3,15,17,21
112:18,23
**exit-polling**
110:17
**expect**
35:7 142:10
**expense**
150:10
**experience**
22:2 23:6,6 76:16,17
81:7 118:24 136:3
143:21
**experienced**
57:22
**Experiences**
4:16
**expert**

4:8,19 12:19,19 16:25
30:11,14,14,18 34:3
37:12,20,21 38:13,14
38:21 39:1,4,7,11,11
39:15 40:16 41:10
42:17,21,24 49:3 58:7
62:16 63:14,18,24
64:3,7,11,14,23 69:21
70:1,2,2,3 76:3,20
89:6 91:12 111:12
118:9 134:4 145:2
162:20 172:13 175:20
176:12
**expertise**
17:4,6,8 42:25 43:3
69:14 70:1,4 77:18
175:22
**experts**
8:3 38:1 42:16 51:1
63:10 65:2,9,17
111:14 112:20 145:22
157:9,15
**expiration**
25:24 186:12
**expires**
193:16
**explain**
35:3 59:13 82:20 85:20
94:19 108:23 123:6
123:14,16,17,24
164:11 166:15
**explained**
48:12 123:15 174:20
**explaining**
18:13 43:13
**explains**
13:1
**explanation**
116:19,21 117:19,22
117:24 149:24
**explicate**
123:11
**explicitly**
67:11 102:10 149:20
**expressed**
18:2 48:3 67:8 68:23
**extended**

165:6
**extensive**
17:23 21:23 30:24
76:17 92:9 120:24
121:23
**extensively**
64:15 70:11,14 74:23
92:11 125:18 126:8
**extent**
10:19 53:18 72:21
90:14 114:7 123:7
**external**
89:4 153:15
**extra**
36:4
**extraordinary**
54:14 98:5,11
**extremely**
133:11 169:25
**eyes**
92:17
**eyewitness**
106:16
**e-mails**
157:20

---

**F**
**face**
84:16 155:9
**facing**
45:7 86:13 90:9 108:1
**fact**
34:16 47:5 64:17 68:4
80:23 81:9 83:22
94:16 100:2,3 103:11
109:20 118:23 130:2
140:7 149:14,25
150:20 165:20 170:4
170:8 184:6
**facto**
31:12
**factor**
113:14
**factors**
67:16 68:2,4,6,9,21
83:4 95:4 108:16,21
113:11,19
**factually**

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

123:2 148:7
**faculty**
13:25 15:5 169:23
**failed**
76:23 151:11
**fair**
7:1 21:1 39:6 59:1
145:9,12 178:12
182:13 185:4,10
**fairly**
46:3 47:14 64:15 70:14
105:15 153:13
**fall**
109:7
**familiar**
27:2 28:12 46:22 81:22
106:2 117:1 127:3,14
135:25 137:2 138:5
179:10 180:18
**familiarize**
186:20
**famous**
105:19
**far**
13:24 23:10 36:23 43:6
60:7 77:9 84:24
90:21 94:9 104:2
126:20,21 127:25
152:2
**fashion**
139:7
**favor**
47:12 96:12
**favored**
45:25 180:5 181:9
**favoring**
184:7
**favors**
129:8
**favor/oppose**
180:1
**features**
114:11
**February**
9:17 94:11,13 172:8,15
175:12
**federal**

187:19
**fee**
58:5
**Feingold**
114:15,19
**fellow**
105:6
**felons**
48:7
**felt**
22:15 109:5 155:7,7
165:6
**fetch**
131:24
**few**
6:9 33:3 42:20 43:4
93:21,23 95:22 96:17
136:21
**field**
17:11 18:5 71:5
**Fifteen**
41:20
**fifth**
175:18 176:6,11,19
177:2,7
**figure**
32:23 53:19
**figures**
8:7 167:7
**filed**
9:12 77:8,10 90:8
171:23
**files**
50:25 51:4 148:11
**fill**
32:25
**filled**
98:23
**final**
159:21
**finalist**
70:18
**financial**
193:11
**find**
46:3 64:13 107:20
139:3 143:16 160:22

162:2 181:18,20
**finding**
87:6
**findings**
109:21 114:9 133:14
141:12
**fine**
49:8 111:22 123:3
171:19 178:20 179:12
**finish**
6:14,15 59:11 73:6
88:8 98:4 99:15
168:8
**finished**
102:19,20 103:16
172:23
**firm**
105:8
**first**
12:19 13:8 17:19 34:17
35:4 46:6 48:2 51:19
66:5,6 70:24 72:13,13
74:19 88:11 103:17
112:22 116:24 128:25
136:6,13,14 147:23
154:6,10 159:22
164:3 169:19 182:11
182:25,25
**fit**
20:14 47:10
**five**
13:16 27:25 40:2 41:16
41:17 46:10 67:18
68:21 74:14 75:17,20
79:20 152:7 160:21
**fixed**
190:22
**fixing**
94:2 162:23
**flagrant**
124:2
**flip**
161:14 173:9 179:7,23
**Florida**
41:4
**focus**
73:22,23 142:24 156:6

**focused**
43:7,23 142:22 143:7
**focuses**
67:2 156:1,5
**focussing**
143:4
**Fogel**
16:13
**follow**
66:24
**followed**
189:17
**following**
84:20 95:1
**follows**
5:3 116:3
**food**
149:22 150:4 151:22
**FoodShare**
149:8,18,25 150:23
152:13,15,15,16
**footnote**
174:13
**force**
109:8
**forced**
59:15 86:12 88:13 89:4
148:1
**Forecasting**
18:19
**forecasts**
20:21
**foregoing**
193:3,4
**forgot**
141:21
**form**
47:6 51:12 52:21 55:22
58:22 63:15,21 82:8
89:9,22 135:9,13
141:5 175:8
**formally**
113:23
**formed**
9:17
**former**
8:13

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

208

**forms**
45:11 63:7 184:17
185:22 186:21
**forth**
23:24 24:2 45:14 57:3
69:1 113:20
**forums**
143:25
**found**
54:8 121:22 126:9
176:13
**foundational**
165:11
**founders**
105:17
**four**
13:25 27:25 74:14
75:17,20 79:20
105:23 141:9,17
152:8
**fourth**
85:21 86:13 87:21
**frame**
183:14
**framework**
156:17,19
**frankly**
16:5
**fraud**
47:2 60:9 64:9,14
68:16 120:9,10,21,25
121:21,23 122:1,9,14
122:15 123:19 124:3
124:22 125:14,19,22
126:1,5,10,14,19,23
126:24,25 127:1,12
127:18 128:2,4,8,14
128:17 144:11 149:16
151:16,21
**fraudster**
87:17
**fraudsters**
87:16
**fraught**
58:7 85:12
**free**
54:3,23 55:21 57:7,25

58:3,4,20 59:6,14
60:10 84:6 86:19
97:4,11,15 147:25
148:15,19 149:4
173:24,25 174:3,6,10
174:17,19,22 188:19
188:22
**Friday**
26:5 132:1
**friends**
10:18
**front**
34:14
**fulfill**
35:12
**full**
13:15,16,25 15:1 50:15
66:6 118:18 136:13
136:14 137:5 141:7
141:11 147:23 154:6
154:10
**fully**
104:5
**full-time**
15:5 23:11
**fundamental**
165:1,4 169:10,13
**fundamentally**
188:22
**further**
144:10 162:20 170:23
170:25 192:6
**future**
101:9
**F.D.R**
19:1

―――――――― **G** ――――――――
**G**
5:1
**GAB**
50:22 153:11 157:20
186:15
**gain**
65:18 101:15
**gained**
116:13 166:6
**gap**

113:17 114:4,7 115:21
**gave**
67:25
**gears**
108:10 130:21
**general**
3:12 5:9 50:4 57:21,21
62:16 70:19 103:7
116:24 119:15 137:14
**generally**
17:11 28:14 33:14
46:14 58:11 81:22
95:2 111:20 116:2
117:7,9
**generation**
16:22
**generic**
46:14 48:14 113:14
117:24
**generically**
49:1 71:7 117:11
**George**
21:21 24:11
**Georgia**
187:5,19,20,24
**Gerald**
1:8 5:12
**gerrymandering**
77:1,2
**getting**
7:11,22 22:15 51:4
56:17 97:4 98:20
120:13 156:8 157:17
167:17
**giant**
16:13
**giants**
16:10
**give**
5:19 6:14 30:14,21
55:4 68:9 69:24 76:3
104:5 116:19 160:13
162:6 164:17,18
**given**
44:24 56:2 63:13 66:14
84:12 90:22 119:25
126:18 175:7,14

193:5
**gives**
70:4
**giving**
37:23 62:15 150:7
**glance**
10:24
**glanced**
8:8 119:17
**go**
5:15 6:11 16:7 17:15
19:14 26:10,21 32:20
32:20 47:7 53:11
57:16 59:12,12,16
60:2 65:25 68:2 81:4
86:7 87:18 101:1
117:9 124:1 131:5
144:10 150:6,8
163:25 164:15 165:7
168:16,23 185:13
188:20 192:2
**God**
182:7
**goes**
39:17 43:9 53:10 78:5
93:20 101:18 149:12
151:14 177:13
**going**
9:18 31:3,5 32:22 33:8
34:3 35:15,16 36:1
38:7 43:24 45:5,6
49:7 59:21 67:10
75:11 83:3 85:1
86:24 88:2 89:5
91:19 94:22 95:7
100:24 102:13 103:1
104:21 106:21 109:5
109:7,24 113:12
116:1 117:6,13,13
118:19 119:11 123:12
125:10 130:20 135:20
139:2 141:6 142:10
143:11,15 160:11
166:16 168:16 171:2
171:19 172:4 173:9
174:24 175:9 177:2
179:19 187:14 191:21

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

209

192:2
**golly**
67:11,13 68:15
**goMilwaukee**
4:18
**gone**
76:8 81:24 119:13
154:8 156:14
**good**
5:6,7 6:12 45:21,23
115:23,23 116:1,4,5,7
116:8,12,17 117:20
117:22,25 130:21
134:16 154:3 160:19
162:9
**gosh**
14:18 21:19 38:15
153:9
**gotten**
70:23
**government**
35:14 50:21 83:14
166:7 170:10 182:2
184:20 187:1,20
**governments**
92:13
**government-issued**
180:2 187:6
**governor**
86:11 90:23 155:25
**governorship**
45:4
**graduate**
15:13,15,20
**grain**
22:5,22 23:16
**great**
12:21 14:14 46:11
114:1,2,2 165:3 192:4
**greater**
138:25 139:14 144:24
150:18
**greatest**
16:13
**greatly**
153:24
**Grothman**

8:12,13 102:8 103:7
104:13,18 106:5
166:25 167:2,5
**groundswell**
115:6
**group**
110:7 133:1 161:12
**grousing**
99:16
**guaranteed**
62:3,4
**gubernatorial**
110:17
**guess**
16:23 106:22 133:15
145:18 183:18,23
**guidelines**
66:24 67:19
**guides**
55:3
**guy**
106:15

---

## H

**H**
4:5
**hand**
181:20 193:13
**hands**
170:10 189:7
**happen**
177:12
**happened**
48:11 88:10 145:14
**happy**
181:2 189:21
**hard**
48:7,10 152:1
**harder**
34:24,25
**Harvard**
13:3 15:21 16:19,19
**hash**
106:22
**hate**
12:23 22:25
**head**
78:22 79:18 158:7

**heading**
121:25 143:18 168:23
169:3
**health**
82:18 83:5
**hear**
24:3 150:20
**heard**
107:18 162:14
**hearing**
77:3
**hearings**
91:5,7 92:9
**heart**
6:24 149:12 151:14
**heavily**
36:9 37:2 84:2
**Heights**
66:25 67:15 69:3,9
156:17,19,22 164:22
**held**
2:1 20:18,22 23:5
77:24 91:7
**help**
71:15,18 102:13
**helped**
154:2
**helping**
24:23 102:10 103:6
106:5
**helps**
67:12 96:22 166:15
**here**
5:10 9:9 12:9 31:5,10
45:18 55:7 62:19
67:14 85:19 88:15
90:24 107:17 112:6
114:25 120:22,23
122:3 137:25 138:12
139:23 149:12 153:10
153:12 155:18 158:9
160:10,24 161:1,14
161:18 171:1 174:2
178:1 179:6 185:16
187:3,6 188:10,17
**hereby**
193:3

**hereunto**
193:13
**Here's**
168:10
**herself**
186:21
**hey**
58:4
**high**
9:5 159:6,10,15 190:19
190:20
**higher**
9:6 65:6 116:2 137:21
150:3,4
**highest**
94:16
**highlight**
98:25 107:11 165:14
166:5
**highlighted**
65:9,17 74:7 86:1
91:13 107:7
**highlighting**
78:17 127:6
**highly**
18:15 34:23 124:12
**himself**
100:21 186:20
**Hispanic**
65:14 84:9 159:9
**Hispanics**
63:2 78:4 84:6,10
85:10 87:9 107:15
114:6,8 134:22 150:4
152:8 153:4 154:3,13
155:19
**historian**
14:9 16:14 24:10 44:4
44:6,8,9 56:6 66:14
69:15,15 76:9,14
124:16
**historians**
16:6 69:20 76:13,13
124:5
**historical**
17:13 18:4,11,23 43:5
43:9 67:5 69:19

80:20
**historically**
78:23 82:10
**histories**
17:16 81:22 82:2
**history**
13:1,5 15:12 16:7,11
16:25 17:1,13 18:7,9
18:9 20:19 43:1,25
45:1 69:18 70:1
71:13 72:11 78:2,8,20
79:9 80:23 82:13,24
109:21 122:17 124:5
124:9,10,11,12,17,19
191:14
**hoc**
101:9
**hold**
91:5
**holding**
20:2,4,8 115:3 117:9
**home**
31:2 32:18 191:18
**honest**
73:1
**Hood**
51:25 58:7
**Hood's**
119:20,21 187:11,12
188:4
**host**
62:22
**hot**
95:7
**hours**
33:11
**house**
18:12 19:23 20:3,4,9
22:1 24:15 43:12
117:10 165:10
**housing**
82:17 83:2
**huge**
21:10 69:18 184:19
**human**
56:9
**humanities**

16:8
**Hun**
23:2
**hundred**
54:18
**hundreds**
55:19,20,24 59:1,4

---

### I

**ID**
4:25 6:3 8:15 25:24
26:9,13,19 27:9,16,18
27:19 28:9 29:1 33:2
33:4 34:17,25 35:1,8
35:10,11,14,17,24,25
36:5,13,18,19,23 37:5
45:3,15,19,25 46:4,12
46:14,15,17,24 47:6,8
47:13,19,25 48:4,15
48:22 53:8,11,15 54:4
54:12,14,23 55:5,21
57:5,7,16,23,24,25
58:20 59:6,14,19
60:10 62:22 63:16
64:4,8 86:19 93:8
94:8,11 96:12,18,21
96:23 97:2,4,11,15
99:19 102:12 103:5
103:14 104:19 105:12
106:5 108:6 109:12
119:6,8,10 121:16
128:3,16 131:20,24
131:24 132:3 137:19
138:2,15 139:4,12
140:10 141:3,4
142:11,13,25 143:5,9
143:13 144:9,25
145:24 146:14,18,24
147:5,7,19,25 148:4
148:15,23 149:18
150:23 152:2,18,25
153:6 167:14,21
168:1 169:3,13,20,23
169:25 170:3,9,16,19
174:6,17 176:2 178:2
178:7 180:2,13 181:9
181:13 182:3 183:2
184:9,11,15 185:22

185:24 186:2,7 187:1
187:4,6 188:19,22
189:6
**idea**
60:18 129:4,10 148:22
151:4 152:4 170:6
184:7
**identification**
4:14 20:13 21:7,11
25:19,21,22 30:22
37:14 42:6,9 44:15
45:12 48:19 49:11
59:14 63:7 84:2 96:4
96:9 109:13 121:8
131:3 134:24 135:23
136:2,17 141:19,25
143:23 144:12 168:12
171:8 179:2
**identifications**
140:6
**identity**
56:13,19 60:3 126:6,20
126:23 127:1
**idiosyncratic**
129:21
**IDPP**
57:10 59:16 87:14 88:2
91:3,6,13,19,21
172:19
**IDs**
7:22 35:5,11,15,23
36:1,9 47:3,16 58:3,9
58:12,15,16 59:10
84:6,12,12 139:1
143:15 149:6,22
150:6,9 151:22 152:3
152:7,9 173:16,23,24
173:25 174:1,3,18,19
174:19 181:17 184:10
184:18,20,21,25
185:2,5 186:10,16,23
187:20
**illegal**
165:19 166:13
**Illinois**
40:14,14,17
**illustrate**

108:15
**imagine**
27:11 153:20
**immediately**
40:6 136:14
**impact**
21:2 67:5 81:10 86:21
106:20 113:5,7
151:17 155:2,6,7
159:25 164:14 190:10
**impacted**
160:5
**impacting**
115:13
**impacts**
158:15 160:17
**impeachment**
117:8
**impediment**
47:9
**impersonating**
127:2
**impersonation**
68:17 120:9 124:22
125:19 126:5,14
127:7,10
**implementation**
148:3
**implemented**
87:7 146:14
**implicated**
80:11
**implicating**
165:8,24
**implication**
83:4
**implications**
81:8 164:19
**important**
30:13 149:4 166:14
169:7 186:24
**importantly**
46:13
**impose**
154:12
**imposes**
36:4

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

211

impression
119:16
inaccurate
124:12
Inc
1:5 5:12
include
15:17 138:25 139:8
 185:12
included
173:23 179:21
includes
15:14 143:12
including
42:14 45:3 75:20
 117:15 150:9,13
income
39:4 82:16 83:4 109:10
 150:10
incomes
39:5
inconsistencies
65:23
inconsistent
153:18
incorporated
18:10 176:22
increased
64:25 95:20
increasing
149:15
increasingly
190:25
incredible
167:11
incredibly
150:8
incumbency
114:19,23
incumbent
114:19
incumbents
115:1,2
indeed
84:7
independent
125:14

independents
183:9
Indiana
121:16 122:16 137:17
 137:18 142:23 187:5
Indiana's
122:24
indicate
68:25 110:22 112:16
 130:11
indicated
54:5
indicates
35:20 98:15 130:8
 145:8
indicating
66:24 139:6
indication
150:14
indicative
59:19
indirectly
19:8,10,11
individual
50:25 53:21 54:9 83:14
 84:8 90:17 94:23
 95:24 114:24 156:2
 172:18,20,22
individually
155:6,7
individuals
35:21 54:18 83:19
 85:25 94:22 141:20
 143:22
inference
90:22
inferences
85:19 90:19
inferring
158:23 159:14
inform
19:22
information
7:12,13,18,19,20,21
 8:6 9:21 46:19 75:7
 87:16 89:2,14 91:25
 92:4 108:24 132:25

133:3,20 145:7
147:20 172:17
informed
18:24
informing
50:6
initial
8:15 49:20 51:7 172:16
 185:18
initially
87:7
initiative
86:6
insight
65:18 152:16
insignificant
138:15
insofar
65:1
instance
108:6
instantly
133:21
Institute
1:4 5:12 14:18 16:18
institutions
153:5
instructed
86:8
instructions
55:5
intend
8:1,4 29:20,22 31:2
 52:21 162:19 163:3
intent
29:23 42:10,18,19,22
 43:3 44:15 62:21,25
 66:7,9,10,12,14,16,19
 66:22 69:17 73:7
 76:14 85:19 87:7
 90:19,25 91:14,23
 93:20 95:1 96:11
 101:3,5 106:8 107:22
 109:1 129:22 133:12
 145:19 149:12,14
 150:15 151:9 155:5
 155:11 156:1 175:25

176:3,13,15
intention
23:18,22
intentional
4:8 67:4 69:21 70:9,12
 71:9,14 72:3 73:20
 74:1,11 76:3 80:18,21
 81:2,5,13 85:5 89:8
 89:19 90:1,12 100:21
 100:25 102:2,17
 107:6
intentionally
44:16 85:15 100:12
 151:12 153:25
interest
13:2 16:6 97:17 101:18
 113:20 193:11
interesting
46:20 95:11
interests
63:25
interlineated
122:4
internal
157:20
International
18:19 75:7
intervene
80:15
intervention
79:13
interview
52:19 104:8 150:11
Inter-Disciplinary
18:9
intimately
106:10 109:19
intricacies
36:23
introduced
164:4
introducing
164:23
inundated
7:11
involve
68:11 88:2 115:1,2

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 69 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

212

**involved**
8:14 10:20 11:13,20,22
11:24 21:6,13 22:10
23:20,22 38:14 50:2
53:16 55:16 57:9
75:11 78:23 80:11
85:15 95:4 96:24
102:8 103:25 104:4
106:11 126:6 127:7,9
127:12
**involvement**
21:15
**involves**
42:13 68:21 164:25
165:10
**involving**
121:15 126:23 127:1
**in's**
35:8
**in-person**
65:5 126:13 177:18,22
**ipso**
31:11
**irrelevant**
151:8
**issuance**
186:11
**issue**
36:12 38:3 42:7,8
47:23 48:17 70:12,14
71:9,14 72:3 73:7
75:25 76:1 78:20
79:23,24 80:1,3,7,8,9
124:15 135:7 145:13
145:15 146:1 149:11
151:15 173:11 176:14
176:15
**issued**
58:1,15 59:10 60:10
173:15,16 174:6,18
174:19 185:25
**issues**
36:2 42:14 44:12 48:3
58:12 59:5 60:8 63:8
77:18 91:13 113:10
119:17 176:12,17
**italics**

66:7
**item**
49:18
**itself**
148:22

**J**

**J**
1:12 2:1 4:2,9,19 5:2
16:17
**January**
136:4 172:14
**Jensen**
16:21
**jeopardy**
154:5
**Jews**
19:1
**jiggered**
114:9
**job**
1:23 6:12
**Johnson**
114:16
**joined**
128:21
**jot**
30:11,14
**journal**
18:4,8,17,19 71:12
72:10 73:17 75:7
136:8
**journalists**
124:5
**journals**
8:24 18:8,16,18,21
73:10 74:17,20 75:3
75:16
**Jublieer**
76:25
**judge**
77:4 85:22,22,23 90:10
189:7
**judges**
40:24
**judgment**
40:22 118:25 119:2
**July**

58:21 148:14,14
173:17 174:7
**jump**
101:23
**jurisdiction**
168:5
**jurisdictions**
167:25
**justice**
3:13 5:10 79:13 121:20
125:13 158:13
**justification**
144:14
**justifications**
45:14 68:12,22,25
104:24 161:25 162:4
162:13
**justified**
47:1 150:5

**K**

**Kawski**
3:11 4:3 5:5,8 49:9,14
49:16 76:6 77:25
107:1,4 121:5 123:5
130:22,24 135:21
168:10 171:5,11,13
182:17 192:1,6,9,14
**keep**
7:11 160:11
**Kennedy**
21:21
**keys**
18:12 19:3,7,23,24
20:1,9,14,17 21:2,4,9
24:15 43:12
**kind**
6:21 21:12,16 22:16,16
23:3,8,9,10 33:2,5
52:19 60:9 68:20
69:15,19,25 71:22
88:23 95:15 115:3
122:4 126:22 132:3
145:24 164:19
**kinds**
34:20 68:25 96:23
113:7 132:7 156:6
170:4

**Kleppner**
16:21
**knew**
91:18
**know**
5:16 6:9 7:3 10:3,14
11:11 12:3,16,19
13:24 14:5,9 16:12,21
16:24 19:12 23:1,4,11
23:13 24:5,19 27:1,4
28:14,14 35:4,5,7,17
37:8 39:12,19 41:13
42:23 43:16,25 47:15
48:7,18,23,23 50:12
50:18 53:18 54:11,11
56:6,7 57:21 58:6
59:23 60:9,23 61:10
62:5,11,12,19 67:11
67:20,22,24 68:15
69:11,13,25 71:22
75:10 77:6,9,11 80:4
80:5,24 82:1 83:8
85:1 86:4 87:15
91:20 92:6,11,14,16
92:17 95:1,11,20
96:11,22 98:6,7
100:16 101:20,21
103:4,9 104:2,24
105:23 106:22,22
107:12 108:2 110:19
111:2,6,19,22 112:7
112:10 114:25 117:11
117:21 118:14,18,23
119:7 120:9 123:3,9
123:17,25 124:18
125:15,16 128:5
129:6,8,12,16,19
131:8 132:6,25 134:8
138:7 144:18 147:17
147:19,21 148:24,25
150:7 152:11,24
153:24 157:8,25
158:5 159:11,16
160:7,21 161:18,24
162:3,5 165:24 168:4
168:14 169:19,23
171:15 174:24 176:24

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

213

177:1,12 179:19
180:10,24 181:3,13
181:16 182:21 183:23
185:13 186:14 188:3
188:7 190:10,14
191:10,20
**knowing**
30:19 59:24 87:15
**knowledge**
92:19 150:17
**known**
19:13 87:13 90:6 91:9
**knows**
129:7 189:4
**Kousser**
16:17

---

**L**

**lack**
63:15 79:11 120:23
140:8 143:9 150:5
**lacked**
134:23
**laid**
62:19 155:19 156:11
**language**
33:13 66:4 88:19
**large**
35:20 46:25 59:3
111:13 114:4 129:6
**larger**
61:13 112:14 158:2,7
**last**
14:24 22:11 23:10,11
29:10,11 37:5,7,15
38:22 39:10 40:2
50:15 96:2 97:18
125:17,20 133:18,19
157:5 173:18 175:16
**late**
13:9 23:9 164:5,23
**later**
17:9 38:8 97:24 132:18
140:7 142:18 186:12
**Latino**
103:12
**law**
4:21 26:18 36:13,24

38:9 42:9 45:3,16
46:17 47:6 48:9,11
53:3 57:16,24 68:12
68:15,22 69:2 73:18
84:2 88:17 91:14
93:8 96:4,9 97:13
98:5,12 99:11,16
100:11 101:10,12,13
102:12 121:16 122:24
123:3,18 131:16,19
137:19 143:5 145:23
146:24 147:5,7,19
148:4,25 149:21
150:15 151:17 152:13
153:19 154:9 158:12
161:8 163:15,17
167:20 168:19,19
169:25 175:18 176:2
178:2,4 179:17
180:19 184:11,15
187:4 188:6,9,18
189:7,8,12
**laws**
27:1,3 30:22 64:1,4,8
93:20 95:3 96:18
102:9 103:14 108:6,7
108:25 109:18 118:18
118:21,24 119:11
128:16 132:3 138:2
139:5 140:10 142:25
144:9,12,15 146:19
154:18 163:19 165:9
165:17 166:15 168:18
178:2 187:4 188:9
**lawsuits**
90:8
**lawyer**
12:9 77:12 123:13,25
146:15 176:10
**lawyers**
10:3
**lay**
66:23
**leader**
93:13,16 106:4 118:5
118:10,16
**leaders**

45:15 67:23
**leading**
18:4,18 45:2
**leads**
63:4 84:20
**leaped**
66:2
**learn**
9:4
**least**
41:19 47:19 59:16 84:3
84:16 87:23,25
100:23 119:3 134:17
141:24 191:14
**led**
60:9
**Lee**
21:24 24:13
**left-hand**
127:16
**legal**
39:19 56:13 69:6 77:18
90:15 123:4,8,11,20
123:24 125:8,10
127:23 176:12,17
177:1
**legislation**
66:13,17 93:9 106:11
130:18 156:12 164:5
164:23
**legislative**
17:16 40:17 42:17,19
42:22 43:3 67:23
91:14,23 92:7,7 101:5
106:3,7 107:22
155:11 156:1
**legislator**
166:22 167:3
**legislators**
47:23 67:23 106:9
129:7 133:5 156:2
165:5
**legislature**
44:16 45:4 48:5 90:24
91:2,5,25 92:5 96:21
97:5,11 129:23 130:8
132:21 144:22 145:6

145:19 149:20 150:22
151:11,12 152:11,12
152:17 153:8,9,11,15
153:17,21 155:14,21
155:22 164:4 181:23
182:3
**legislatures**
106:12 155:13,24
**legitimate**
35:17,25
**length**
184:6
**less**
33:12 66:21 93:9,10
114:6 141:22 143:23
**letter**
133:2,6
**Letters**
17:16
**let's**
66:3 71:21 86:15 98:17
108:10 124:1,19
130:22 135:17 161:14
185:13 189:11 190:17
**level**
94:23 95:24 111:9,9
116:2 118:15
**levels**
115:25 116:6 134:15
139:3
**liability**
90:9
**license**
56:11,18 57:4 167:22
168:2,23 169:4
170:11,20
**licenses**
46:7
**Lichtman**
1:12 2:1 4:2,7,9,20 5:2
5:6 49:10,19 121:7
135:22 168:11 171:7
179:1 188:21
**light**
101:11 176:16,17
**limit**
44:23 63:1 67:12,25

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

87:8
**limitations**
138:12
**limited**
17:4 34:18 54:20
105:22 137:11 146:17
153:7 164:21
**limiting**
91:1 104:6 151:18
155:18
**Lincoln**
20:19
**line**
107:18 111:23
**lines**
32:14,19 105:12 130:3
**line-by-line**
81:25
**link**
156:11
**list**
25:18 50:1 93:22,24
126:3 185:21
**literacy**
86:3
**litigation**
39:14,17 86:14 87:20
**little**
38:12 48:10 102:13
108:10,16 112:13
118:3 120:8,10,12
128:11 131:18 132:18
139:11 144:10,13,17
164:5,10 170:17,23
178:19
**live**
79:8 92:13
**lived**
25:8
**lives**
92:19
**living**
152:11
**LLP**
2:4 3:4
**load**
15:4

**local**
52:3 80:3,5,16 92:13
187:19
**lodge**
86:24
**long**
16:2 20:18 21:16 24:18
33:11 71:22 73:1
87:25 105:12 177:16
**longer**
93:5,16 118:10,15
157:3
**long-time**
98:6
**look**
36:20 45:24 51:5 54:10
55:13 56:7 60:17
65:8 66:3,14 68:18
69:10,12 71:1,18,21
85:18 90:17 94:21
95:24 98:17 101:8,21
106:8 121:9 132:8
135:24 136:5,10
138:1 142:15 145:20
147:15 155:12 156:7
156:19,20 158:8
160:9 168:13 170:2
170:22 171:14 177:3
179:4,5 182:5 184:8
184:13,24
**looked**
17:21 22:17 26:17,19
36:25 45:17,18 51:2
52:2,5 54:25 65:2,7
66:2 80:25 87:5
89:13 113:24,25
114:1,12 134:9
144:23 145:22 168:15
**looking**
62:21,24 66:1 68:12
78:1 80:22 96:11
108:12 112:6 115:14
115:17 124:19 126:8
130:25 132:13
**looks**
178:22
**lot**

11:2 12:18 17:22 35:4
39:16 43:10 47:20
53:16 54:7,7 55:15
57:9 58:15 60:22
71:24 76:8 105:19,24
117:5,12,14 120:5
124:15 154:4 158:20
170:9 179:6 180:24
181:18 187:1
**lots**
39:4 47:10,10 61:11,11
63:5 68:16 69:9,9
85:13,13,18 91:18
96:23 114:25 115:20
132:6,25 145:6 184:9
**low**
137:7 139:3
**lower**
23:2 33:13 34:22 47:17
47:18 109:8 116:6
**low-education**
88:18
**low-income**
88:18
**loyal**
103:9

---

## M

**Madison**
3:15 52:18 65:10
104:21 161:5 177:22
**magnitude**
165:14
**mail**
28:17,24 30:2,4,7,9
31:13,18 32:6,15 33:1
33:16 34:18
**mail-in**
34:6
**main**
24:9 163:21
**major**
12:25 13:1 19:2 24:1
57:21 76:12 79:10
110:17 118:20
**majorities**
46:25
**majority**

46:11 47:16 48:24
128:22 130:17,17
143:12 144:11 173:23
181:16 184:7
**making**
22:21,25 31:23 101:22
119:10 138:15 167:7
187:18
**manage**
61:12
**manifest**
119:12
**manner**
163:15
**manual**
53:9,14 54:11 84:19
**manuscript**
17:15
**March**
180:21
**margin**
110:23 111:6,7,13,17
112:2 181:21
**Marines**
186:3
**Marion**
4:11
**Maris**
16:18
**mark**
121:5 171:5,9
**marked**
49:10,17 121:7 135:22
168:11 171:7 179:2
**markedly**
187:4
**marks**
149:3
**Marquette**
4:21 38:9 178:24 179:9
179:17 180:19,25
181:6
**marriage**
167:22 168:2,23 169:7
170:11,20
**married**
167:17

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

**Maryland**
22:24 29:3,24 161:19
161:20 191:17
**material**
8:16 11:1,3 12:18
63:10 132:24 189:25
**materials**
37:25 41:1 87:1
**mathematical**
17:14 18:10 20:6
**matter**
50:5 53:14 66:13 70:5
70:7,8 88:3 110:9
150:24 151:1 163:23
**mattered**
48:17
**matters**
15:17 30:23 151:2
**maverick**
22:5,22
**Mayor**
10:25 11:6,12
**Mayor's**
65:20
**McCarty's**
119:14
**McGovern**
21:21
**McGovern's**
24:11
**mean**
9:11 17:2 24:22 28:7
34:13 38:22 45:20
50:22 52:25 53:5
61:10 65:25 66:10,10
70:25 73:13 76:21
77:11 79:23 83:8,13
86:20 90:2 101:14
110:14 115:4 116:22
123:2 124:17 126:25
133:15 147:6 148:23
149:12 160:11,18
176:24
**meaning**
93:13 96:5 174:18
**meaningful**
186:5

**means**
71:2,3,7 170:22 181:14
185:13
**meant**
56:21 107:16 128:9
**measure**
91:11 94:20
**measures**
48:6 62:23 82:15,21
83:6 88:23 94:3,7
165:15,20,23
**mechanical**
68:3
**mechanics**
19:7
**mechanism**
97:1 147:24
**mechanisms**
28:22 163:14
**medical**
56:16
**medication**
6:21
**medicine**
6:24
**meet**
67:17,21
**meeting**
106:15,18
**meetings**
103:22 104:4
**member**
15:5
**members**
83:14 106:9,12 155:14
**memoirs**
24:11
**memorandum**
86:10,15,16
**memories**
106:10
**memory**
34:13 45:21,23 58:25
81:20 188:8,16
**mention**
34:6,11 76:16 78:22
82:13

**mentioned**
10:20,23 19:3 24:13
28:1 38:8 48:13
56:20 57:1 62:18
80:2 102:6 113:20
132:23 191:17
**message**
23:24,25 100:9
**method**
31:19 127:17 128:2,4
**methodological**
18:6
**methodologies**
13:5 15:22 16:7,11
18:11,23 43:1
**methodology**
13:2 15:23
**methods**
17:14
**microscope**
166:1
**mid**
148:14
**middle**
118:3
**midterm**
57:22 117:7 118:20
119:4,6 135:16
**might**
10:4,19 32:14 33:12
35:15 37:16,17,18,23
56:17 58:3 62:13,13
65:1 113:9 115:11
119:7 130:21 160:23
168:3,15
**military**
185:24 186:2
**million**
38:20,25
**millions**
39:7 140:9 158:3
**Milwaukee**
52:9 65:10 80:10,14
104:21 168:22 169:12
170:7,19 175:14
177:23
**mind**

40:6 57:12 66:19 79:21
131:16 145:21 171:10
190:13
**minimal**
59:24 138:2
**minimum**
181:22,24
**minor**
87:23 130:4
**minorities**
34:21 36:6 42:11 44:17
44:24 45:10 63:1
65:5,8,19 81:10 83:3
87:8 88:19 90:25
99:4 101:4 103:1
105:2 108:19 113:16
115:18 147:5 150:17
150:18 153:14 156:9
156:13 181:13,14,15
**minority**
34:23 36:9 37:2 41:13
64:24 65:11 67:12,25
94:25 104:6 108:3
112:25 115:12 129:5
139:9 150:1 151:18
151:18 161:13 181:15
**misread**
189:19
**missing**
143:6
**Mississippi**
74:2
**misstatement**
43:22
**mistake**
62:7,8 153:10
**mistaken**
99:24
**mistakes**
62:6 162:23
**model**
115:11
**modeling**
20:9 23:9
**modern**
105:18 191:14
**modify**

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

47:5
**moment**
12:16 44:22 75:23
179:20
**money**
23:14 150:7
**Monroe**
127:4
**month**
6:4
**months**
86:8
**moon**
152:11
**moreover**
139:7
**Morgan**
16:17
**morning**
5:6,7
**motion**
77:8
**motions**
77:10,12,16
**motivation**
44:23 66:12,16 69:17
98:16 101:17,21
156:10
**motivations**
101:2 155:12
**motive**
156:7
**Motor**
51:5 83:17 84:15
**move**
86:6 166:16 177:14
**movement**
19:1 43:20 70:11 72:8
**moving**
13:14 84:4,21 167:11
181:23 191:4,7
**multiple**
127:13
**municipal**
51:21
**municipalities**
79:5

**municipality**
111:23
**municipal-level**
51:14

———————
**N**
———————
**N**
3:1 4:1,1 5:1
**name**
5:8 27:7,8,9 35:6 75:10
103:20 105:6 110:11
**names**
171:16 172:4
**narrative**
68:8
**narrow**
69:25
**narrowly**
42:24
**nation**
72:7 96:4,9
**national**
18:17 19:2 70:18 76:12
93:13,16 118:5,10,15
167:7 183:24 184:2
**nationally**
48:21,25 105:5,25
116:13,18 167:7
**nationwide**
124:24 140:9 146:17
146:21 183:19
**nation's**
124:4
**nature**
17:17
**navigate**
109:12
**Navy**
186:3
**NBC**
110:9
**near**
130:17
**necessarily**
33:7 35:7,16 48:14
59:18,18,21 68:1
69:12 100:23 117:6
119:11 129:17 130:12

**municipality**
145:13 148:22 158:18
162:1 184:14
**necessary**
31:8 64:22 66:21 162:2
165:7
**need**
6:12 7:4 47:1 58:3 94:2
106:25 158:11 179:14
190:22 192:11,14
**needed**
36:19,19 157:16
**needs**
22:19 25:13 162:8
**Negro**
71:12 72:11
**neither**
193:9
**never**
10:3,14 23:5,5 24:5
25:8 38:17,24 39:3
40:20 48:15 62:4
69:10 70:22 89:3,24
118:12,14 191:23
**new**
7:12,13,18,19 9:17,20
9:22 11:2 57:15
86:18 94:3 95:12,13
157:16,17 174:9
189:6 191:22
**newly**
173:15 174:17,19,23
**newspaper**
52:11,15
**next**
13:11,12 29:16 93:12
112:22 127:16 136:20
163:8 171:2
**nice**
20:17
**Nichol**
1:8 5:12
**night**
175:16
**nine**
45:22 76:11 139:10
185:5,7
**nip**

104:20
**Nobel**
16:14
**nondriver**
173:16
**nondriver's**
58:12
**none**
20:16
**nonexistence**
126:18
**nonexistent**
126:6
**nonfiction**
70:19,20
**nonfree**
174:22
**nonstate-sponsored**
82:24
**nonstrict**
132:3
**nonvoters**
141:9,16,24
**non-Hispanic**
150:2,3
**non-official**
184:21 185:2
**normal**
33:21
**normally**
28:23
**North**
11:21 13:9 46:21,22
47:5 160:15 165:25
**Northwest**
3:5
**notarial**
193:14
**Notary**
2:14 193:1,20
**note**
67:9
**notes**
11:25 192:2
**nothing**
11:18 21:11 39:15,18
52:14 66:2 68:3

80:17 110:14 128:16
128:17 149:14
**notice**
2:12
**noticed**
110:1
**notion**
153:25
**nowhere**
23:13
**no-cost**
148:2 149:5,6
**no-excuse**
61:8
**number**
5:13,17 27:4 40:8
42:15 46:5,25 59:18
59:25 63:15 107:9
112:12 122:2 129:18
131:9 138:25 140:5
147:20 153:7 157:25
158:6,8,15,18 163:24
163:25 165:17 174:1
174:10 179:24 184:3
185:3 186:22 188:25
189:1,2 191:3
**numbering**
121:25
**numbers**
35:20 58:23 72:15
129:6 175:3,4 183:11
183:25
**NW**
2:5

---

**O**

**O**
4:1 5:1
**Obama**
117:4,5,14
**object**
6:16 89:9
**objection**
41:23 55:22 56:23
58:22 60:15,20 63:21
69:6 73:11 76:5 82:8
86:25 89:18,22 90:14
123:1,7,16,20 125:8

127:23 135:9
**obsolete**
144:7
**obtain**
26:18 28:21,23 30:6
32:6 52:20 55:5
56:10 147:25
**obtained**
55:20
**obtaining**
26:14 27:23 53:8 54:23
57:4 167:22
**obvious**
88:16 153:13
**obviously**
21:3 46:21 73:3,22,24
79:6 81:11 82:24
106:19 113:12 114:6
135:4 162:8 163:22
166:2 186:3 188:22
**occur**
163:19
**occurred**
48:9 120:1
**occurring**
122:16
**October**
4:22 72:16 157:22
179:18,18 180:23
182:11
**offer**
162:19 163:3
**offered**
25:25 129:17
**offering**
9:18 37:12
**office**
3:14 22:4,17 23:5,19
26:5 60:2 188:21
**officer**
193:2
**offices**
2:2 28:16 165:10
**official**
24:18,21 25:20 26:10
52:12,18 53:9 78:9,24
79:14 81:16 82:21

83:9 183:2 184:8,9,18
186:25
**officials**
7:24 25:17 55:14
**off-year**
52:2 57:20
**often**
56:8 170:15
**oh**
16:2,12 25:5 32:22
38:15 41:17 49:22
54:11 67:19 72:15
77:10 87:22 94:3
96:13 107:1 119:21
131:12 132:15 152:6
153:9 158:2 171:16
192:7,13
**Ohio**
11:23,24
**okay**
6:2,5,11,23,25 7:15,18
9:16,24 10:12,22
11:17,19,25 12:3,13
12:18 13:10 14:3,8,15
14:20,23 15:11,16,25
16:23 17:5 19:10
21:13 24:16 25:2
28:20 29:17 30:1,3,13
31:9 32:13 34:11
35:3 38:5,12,20 41:7
42:2 50:4,9,11,17
51:11,20,24 52:20,24
53:2 57:16 61:2,23
63:24 64:11,16,19
65:4 66:3 72:5,19,23
73:15 75:17 76:2
77:15,19 78:13 82:12
85:7 88:9 89:12
97:16,24 98:22,25
102:21 104:10,12,17
104:22 109:25 112:15
112:22 113:22 115:16
118:2,13 119:5,18,23
120:4,8,22 122:8,10
122:13 123:1 124:1
124:14 126:15 127:11
128:20 130:14,19

131:12 132:8 133:8
133:15,23 134:8,11
134:19 135:3,17,19
136:12 138:18 140:18
141:6,15 142:6,20
146:5,13 148:13,18
149:3,7,13 153:3
154:7,21,24 157:11
158:5,25 159:4,22
161:4,22 162:19,22
163:8 164:11 167:4
167:13 169:18 170:14
171:2,4,16 172:6,25
173:3,6,9 174:1,5,16
175:2,7,11,15 176:1,8
177:4,25 178:8,12,15
179:13,23 180:1
181:7 182:13,20,20
182:24 183:12,18
184:4 185:16,18,21
186:6 187:13,17,24
188:3,11,14 189:11
190:3,5 191:25 192:4
192:7
**old**
17:20 23:21 72:22
105:15
**once**
25:5 34:1 75:6 91:9
**one**
1:4 5:11 8:13 10:2
11:21 13:8 18:17
20:17 23:16 25:10,18
28:21 30:6 33:3 35:9
36:21 37:24 38:3,10
48:18,20 49:7,18
52:16 53:10 54:10
61:12 62:13 65:9,18
68:4 70:13 73:10
75:9 76:23 77:8 82:7
85:19 88:5 90:22
93:21,23 94:2 96:11
96:15,16,17 101:20
104:16 105:17,24
109:20 113:25 114:4
114:23 122:11 123:23
127:5,6 137:16,18

139:2,22 141:12,13
141:23 142:5,25
146:5 147:1,10,10
150:9 154:25 155:1,4
155:4,10,22 167:17
171:6,25,25 172:3
175:14,24 177:9,11
178:23 180:20,22
181:1,4 187:8,21,22
189:13 190:18
**onerous**
34:20
**ones**
40:12 41:8 75:22 84:3
139:23 184:19
**ongoing**
63:12
**online**
28:16,18 29:25 189:13
**onward**
124:20 140:2
**on-point**
152:2
**open**
190:17
**open-ended**
116:23
**operable**
139:2 143:2 180:17
**operative**
103:25
**opine**
30:24 70:4
**opining**
101:6
**opinion**
8:9 30:15,18 37:12
40:25 41:5 42:6
44:14 55:8 62:16
63:14,19,24 64:3,7,23
64:24 65:4 68:10
76:3 78:17 85:3,7,8
85:21,23 87:21 89:6
90:9 91:12,22 93:4,11
103:13,24 118:9
121:15,21 123:23
146:20 154:16,24

163:3 176:22
**opinions**
9:18,22,23 30:21,25
50:6 51:12 52:21
76:20 77:2 86:22
162:20 175:8
**opportunities**
44:24 63:1 87:8 151:19
**opportunity**
91:1 109:4 151:18
162:12
**opposed**
20:5 39:4 180:8
**opposite**
13:21
**Optimist**
105:7
**option**
34:7 87:12 157:3 159:2
159:17,19 188:25
189:20 190:5
**options**
47:10 154:11 185:12
**oral**
40:24
**order**
27:5
**ordinance**
161:6
**Oregon**
191:11,12
**original**
19:15
**other**
6:13 9:11 10:22 14:16
17:25 18:20,20 26:14
26:16,20 27:4,22 28:6
28:7,9,10 30:23 35:13
37:9 39:5 43:11
44:22 45:6 48:3,5
50:25 52:10 63:5,7,11
67:3 68:2 71:1,4,8
74:5,6 75:24 76:2,5,6
83:5 88:22 93:9 94:1
96:13,14 101:21,25
104:24 105:3,4
107:19,20 108:1

113:5 115:20,25
119:9,11 124:3 133:2
133:13 135:6 141:20
149:25 151:8 152:3
154:19 155:17 157:11
157:12,14 165:5
166:22 167:7,9
178:13,24 181:20
182:1 191:13
**others**
16:21 28:1 79:16
107:10
**otherwise**
14:20 59:21 116:3
140:13 193:12
**ought**
47:3,3 87:23 165:2,3
**outcome**
21:2 125:23 126:11,16
193:12
**outfit**
110:11
**outlier**
165:21
**outlined**
154:25
**outreach**
8:7
**outside**
39:5 105:4
**out's**
35:8
**overall**
112:6 139:12
**overrepresented**
159:15
**oversee**
91:4
**overseeing**
85:2
**overseen**
85:11
**oversees**
84:15
**oversight**
91:2
**overturned**

85:23 154:2
**overwhelming**
48:21,24
**overwhelmingly**
84:6,9 130:2 150:1
**own**
52:3 86:6 101:1 109:16
125:14
**o'clock**
26:4 131:25

---

**P**

**P**
3:1,1,11 5:1
**page**
4:2,7 50:10,16,20
64:18 66:3,5 67:1
72:12,13,14,15 77:19
78:1 91:24 92:20,24
96:2 97:6,16,24,25
98:18 104:13 109:24
112:22,22 114:14
116:11 118:3 120:18
121:24,25 122:2,8,9
127:15,16,16 128:20
130:25 131:9,11
133:23 134:19 136:6
136:10 141:6 143:18
146:7 147:22,23
149:8 152:19 154:6
157:2,5,13,19 159:4
159:22 161:4,14
162:15,22 163:2
166:16 167:13 168:23
173:10 179:23 182:11
182:25 185:16,21
186:8 187:15
**pages**
1:24 67:16 108:12
122:3,7 132:8,14
143:24 177:17 179:6
**paid**
24:7,8,9,12 38:14
39:11 41:10
**paint**
165:9
**panel**
85:21

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

219

panoply
 62:25 118:18
paper
 17:22
paragraph
 50:8,14,15 66:6 82:13
 118:4 122:14 124:2
 125:20,21 131:2
 136:13,14,25 137:5
 141:7,11,14 147:23
 154:6,10 157:5,13,19
 159:3,23 161:4
parameters
 174:14
paraphrasing
 102:13
parliamentary
 19:19
parse
 168:17
part
 19:7 26:12 44:16 45:4
 61:24 80:5,19 81:3
 108:8 112:25 113:4
 120:6,13 140:8
 141:24 190:21
participation
 109:22 150:3
particular
 8:24 36:6,18 66:13,18
 70:5 90:2,4 113:8,10
 113:11 114:10 115:19
 115:22 129:7 143:7
 154:25 179:22
particularized
 113:11 114:11 151:17
particularly
 33:11 34:21 35:9 63:2
 65:17 74:2 87:8 99:4
 101:4,12 110:16
 126:5 132:22 160:19
 162:2 164:25
parties
 95:7 156:2 193:10
partisan
 130:3 156:12
partly

parts
 49:18 124:3
party
 20:2,3,8 22:5,22,24
 23:15,16 103:2
 105:18 117:9,17
 155:16 156:5
pass
 56:15 79:2 150:22
 152:12 165:19
passage
 163:19
passed
 21:20,24 91:15 101:10
 101:12 109:1 118:18
 126:22 130:3,5
 133:16 146:14 151:3
 155:13,22,23,23
 163:15 165:15,18
 176:2
passing
 11:12,16 99:19 102:9
 138:8 155:16
passport
 133:24
passports
 134:5
past
 38:13 39:14 43:6,6,7
 43:23,24 96:7 166:11
path-breaking
 191:12
pattern
 88:15,16 108:9 111:1
 114:13 153:13 160:10
 160:20 161:12
patterns
 17:24,25 18:1 115:3,18
 116:8
Paul
 16:21 23:10 105:17
paying
 58:5
PDF
 192:14
peer-review

75:13
peer-reviewed
 70:15,21,23,25 71:3,7
 71:8,13 72:2 73:9,10
 74:10,17,19,20,21,22
 75:15,18
Pennsylvania
 106:4,6
people
 23:3 24:23 34:20 36:17
 46:6,11 47:2 55:5,20
 55:25 58:19 59:16
 64:4 87:15 102:24
 112:10,14,17 117:15
 136:15 139:6 141:22
 158:20 164:17 181:12
 181:16 184:14,14
 188:25
perceive
 163:25
percent
 36:21,24,24 46:8,10
 48:18 61:12 141:23
 150:2,4 173:24 174:2
 174:17,18 180:4,8,10
 181:8,21 183:6,7,8,9
percentage
 112:8 142:10,12 143:9
 143:11,14,16 158:10
 158:11,18,19 186:4
percentages
 173:15 175:1
perfect
 110:15
perfectly
 127:19 128:8 159:12
performance
 20:2,8,10 132:9 139:17
 140:3 145:10
period
 20:18 39:9 124:19
 158:1 165:23 177:25
PERKINS
 2:4 3:4
permanent
 56:13
permissible

152:25
permissive
 190:11,11,15
permit
 184:23,24 187:25
permits
 184:22 185:1 187:20
permitted
 186:2,10,21
person
 28:15 29:5 32:15 61:15
 61:16,21 62:2 90:13
 90:17
personal
 158:14
personalities
 114:3
personally
 85:15,25 103:3
persons
 86:19 88:18,18,18 90:2
 90:4 109:6
petition
 7:22 54:15 88:11,12,13
 148:10,11 149:2
Pew
 4:24 178:24 182:18
photo
 4:25 8:15 20:13 21:7
 25:18,21,22 27:9 28:9
 29:1 33:2,4 34:17
 35:8 36:5,13 37:5,14
 42:6,9 44:14 45:3,12
 45:15,19,25 46:4,12
 46:14,15,17,23 47:3,6
 47:8,13,16,19,25 48:4
 48:15,19,22 54:4,12
 54:23 57:16,23,24
 59:6,19 64:4,8 94:8
 94:11 108:6 109:11
 109:13 121:16 131:3
 132:2 137:19 138:2
 139:1,4,12 140:6,10
 141:3,4 142:11,13,25
 143:4,14 144:9,25
 145:24 146:18,24
 147:5,7,19 148:4

149:17,22 150:23
151:22 152:18 167:21
168:1 169:3,13,20,25
170:3,9,16,19 178:7
180:2,13 181:9,13,17
182:2 183:2 184:8,10
184:11,18,21 188:19
189:6
**phrase**
131:17,18
**Ph.D**
13:3,11
**pie**
160:21,23,25 161:2
**pieces**
67:3 93:9
**pioneer**
16:18,20
**piqued**
97:17
**place**
14:10,14,14 25:10,14
25:16 26:5,24 32:19
33:10,23 70:24 88:11
119:7,8 130:21 132:4
146:24 147:1 148:10
162:16 189:8
**placed**
132:20,23,24 133:1
**places**
85:8 107:19 109:17
**placing**
109:3
**plain**
104:11
**plaintiffs**
1:6 3:2 39:25 41:3
**plan**
40:15,18 41:4
**play**
19:7 94:8
**please**
7:5 107:2 121:5 171:14
182:15
**plus**
7:23 97:1,2,3 133:21
145:6 170:1

**point**
67:16 72:1 74:10 88:1
88:4,4,5 92:24 93:12
96:2 97:8,17,18
106:21 110:25 111:24
112:8 122:11 135:11
143:6,10 147:14
150:1 151:25 163:21
168:18 169:2 181:25
182:1 184:12 187:18
191:14
**pointed**
74:14 85:24
**points**
187:21,22
**political**
13:5 14:9 15:17 21:18
21:25 22:8 24:1,6,9
39:19 43:1,2,10 44:1
44:3,5,6,8,9,23,25
45:7,15 56:6 68:1
70:1,2 73:2 76:14,15
76:15,25 77:2 100:1
101:15,17,24 103:2
104:1,6 105:13
109:21,21,22 110:15
129:14 136:7 155:16
155:20
**politically**
22:3
**politician**
22:16,17 23:5 101:15
**politicians**
21:18 92:13 102:25,25
107:14
**politics**
15:10,12 17:20 21:13
22:10 23:21,23 72:22
73:18 92:10,12 104:1
136:8 166:12
**poll**
4:22 24:16 26:24 36:20
37:7 38:8,10 48:2,9
110:9,22,25 111:3,17
112:23 178:24,25
179:10,11,17,21,21
180:12,19 183:13,24

184:11 186:20 187:2
**polled**
180:5 181:8
**polling**
25:10,14,16 26:5,24
32:19 33:10,23 46:20
110:2,8,11,13 111:15
111:22 132:4 182:1
183:19
**polls**
36:4,16,17 37:9 46:13
47:7,11,20 48:14 60:5
112:18 131:22 143:22
178:22,23 180:25
181:6 182:7 184:13
**poorer**
150:18
**population**
65:12,13,15 95:20,20
142:8
**populations**
160:9
**poses**
36:6 156:9
**position**
13:12 57:2 91:17 96:8
148:13 151:10
**possesses**
134:6
**possession**
45:11 63:6 133:24
134:5,12
**possible**
34:2 86:11 113:18
114:18 115:10 126:12
**possibly**
9:20
**post**
3:14 101:9
**posture**
177:1
**post-secondary**
152:22
**potential**
159:25 161:3
**poverty**
82:16

**power**
91:6
**powerful**
48:4
**practice**
113:23 159:13 170:22
**practices**
83:23,24,25 105:1
144:13 167:19 168:9
190:12
**practicing**
76:9
**precedent**
21:4,5
**precinct**
24:17,18,20 27:1,3
**preclearance**
89:1
**predicted**
43:16
**predicting**
18:13 43:13,17
**predictions**
20:12
**prefer**
131:18
**Prejudice**
17:20 72:22
**premise**
33:5
**preparation**
9:11 10:6 12:1
**prepare**
7:8 9:24 177:9,11
**prepared**
9:16
**preparing**
50:5 53:2
**present**
25:16,18 26:23 27:9
43:10,15 44:10 146:2
187:6
**presented**
38:1 63:10 125:13,15
133:4 145:7 163:6
**presenting**
138:15 145:24

Case: 3:15-cv-00324-jdp   Document #: 174   Filed: 05/11/16   Page 78 of 92
Deposition of Allan J. Lichtman
Conducted on April 20, 2016

221

president
20:7 99:6
presidential
13:7 17:21 18:14 19:13
19:14,19,22 20:2,10
20:21 21:6 24:1,4
29:14,18 43:13,17
57:22 72:24 94:17
102:11 110:18 117:3
118:20 119:3,6
133:18 135:16 137:21
189:5
presides
85:16
presiding
89:15
press
8:11,17,19 13:9 175:13
pressure
87:20,21 88:6 108:3
pretty
22:2 50:18 84:25 92:19
95:12 104:11 110:14
110:15,19 134:16
172:23
prevent
128:17
preventing
127:18 128:2,4,8,14
previous
9:6
previously
31:16
primaries
57:19
primarily
20:1,7 80:3 81:19
primary
17:15,22 22:6 29:14,18
44:19 94:14,17 95:6
95:16 137:15,22
147:11,13
printout
4:18 168:22
prior
20:21 61:4 118:4
148:12

Prize
16:14
pro
95:15
probably
6:1,3 16:12 20:16
21:23 38:24 39:8
40:7 42:4 52:23
74:22 82:1,10 127:8
133:3 134:12 174:24
181:21 189:24
problem
128:18 145:25
problematic
91:10
problems
87:24,24
procedural
67:6 163:9,12,14,18
164:1,2,8,12,24
165:13,18 166:4
procedurally
164:14
procedure
19:6,25
procedures
13:2 19:13 20:25 21:1
21:10 53:10
process
7:22 8:15 32:21,24
33:9,21 34:20 35:8
53:17,19,21 54:6,15
54:17,23 55:8,10,16
55:17 56:2 57:10,10
57:14 59:22 60:8
63:13 84:8 85:8,10,12
85:16,24 86:7 87:15
87:18 88:11,12,14
89:15 90:5 91:6,10,19
91:21 97:3 106:11
109:13 148:10,11
149:2 150:9 162:7
165:6
processed
162:8
processing
162:9

production
24:11
professional
22:17
professionals
105:13
professor
11:12,13 13:13,15,16
13:17,22 14:17 15:4
22:8 78:19 119:14,20
119:21
professors
10:25 11:5 13:23 133:2
program
59:7,9 97:11,15 148:15
149:18,25 150:12
prominent
105:5,16,25
promised
129:8,16
proof
54:14 56:12,13,19,22
proper
141:18
proportion
130:16
proposed
189:13,15,19
proprietary
127:19
propriety
128:7,9,13
prospectively
20:20
Protestant
72:7
provide
19:22
provided
30:24 147:24 172:21
172:25
provides
152:16
providing
63:14,18,24 64:3,7,23
65:4 88:25
provisional

25:25 26:1,8 45:18
52:1,5,8,12,20 131:5
131:15
provisions
81:12
PS
136:6,7,7
psycho
90:16
public
2:14 8:7 36:22 143:25
159:10,15 193:1,20
publication
70:15 71:13
published
13:8 18:3,6,15 70:20
71:16 74:22 76:10
136:4
publisher
74:24
publishing
74:25
pulled
128:5 182:17
pulling
128:10
purpose
112:5
purposes
58:1,20
Pursuant
2:12
put
45:14 48:10 49:5 54:2
69:1 145:4 148:19
154:4 174:12
puts
43:24
putting
23:24 24:2 147:1
p.m
131:25 192:15

Q

qualifications
76:2
qualified
23:7 118:22

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

222

**qualify**
43:2,8 46:4
**qualifying**
28:9 29:1 63:15
**quantitative**
13:2,5 16:6,10,25
17:13,18,23 18:7,22
43:1 70:3 105:9
**question**
6:14,25 7:6 17:3 24:25
25:12 32:7 33:5 39:3
58:9,11,18 61:17 69:8
69:23 73:12 74:8,18
83:12 103:17 135:10
135:13 136:15 140:25
179:24 180:14 181:7
182:25
**questionnaire**
56:16
**questions**
49:13 116:23 123:10
145:4 160:12 178:14
182:8 192:6,8
**quick**
10:24,25
**quickly**
8:8 77:4,6 92:8 171:20
**quite**
13:21 16:5 21:22 42:20
43:4 88:4 95:13,25
98:4 100:14 101:22
102:10 103:23 151:24
**quo**
163:16
**quotation**
149:3
**quote**
92:21 104:13,14
166:17
**quotes**
148:20,21
**quote/unquote**
147:25

**R**

**R**
3:1 5:1
**race**

24:2 99:9 114:15
149:15 151:13 158:23
159:12,20 160:8,14
161:11 163:7
**races**
115:8
**racial**
44:17 69:21 70:9,12
71:9 72:3 73:3 74:11
76:3 78:4 80:18 81:2
82:5,15 84:16,25 85:5
89:8,20 90:1,12 92:14
98:16,23 99:3 100:21
100:25 102:2,18
107:6 150:15 160:17
**racially**
83:24,25 84:3,20 85:17
90:5,6 95:3 100:12,17
109:1 155:2 176:2
**racist**
89:24 102:14,24 103:4
**racists**
89:17
**raise**
129:19 181:22,23
**raised**
113:10 145:23 167:14
**rampant**
68:16
**ran**
22:4
**rank**
13:22
**ranked**
190:19,20
**ranks**
13:14
**rare**
95:6 97:18 101:25
104:15
**rarely**
81:6
**rate**
65:6 137:7 177:21
**rates**
63:19 133:24 134:12
141:4

**rather**
19:25 58:4,24 98:18
133:3 189:20
**ratings**
23:1
**rationale**
155:17
**reached**
125:3
**reaching**
98:9
**react**
181:10
**read**
8:19,22,25 9:1,10
50:13 53:3,7,19,23
55:11 56:3 57:15
65:20 69:3 81:21
119:14,20,22 121:17
121:19 179:14 189:19
**readily**
133:13
**reading**
53:12 54:1,5,8,14 57:8
122:10 189:24 193:8
**Reagan**
21:22,25
**real**
36:2 47:1 125:22 126:2
126:3
**realities**
45:8 68:13
**reality**
68:18 128:16
**realize**
54:21
**realized**
98:7
**really**
10:25 22:3,18 23:13
35:25 49:18 75:8,11
97:16 98:8,11 151:15
151:16 157:6 178:13
179:8 180:15
**realtime**
20:21
**reason**

6:19 16:4 62:13 73:24
87:11 96:10 101:23
141:9,17,19 143:17
149:17 154:3
**reasonable**
47:9
**reasoning**
123:11,24
**reasons**
44:19 66:17 90:22
91:18 141:20 151:8
155:19 156:11 190:18
**rebuttal**
4:19 58:24 96:1 153:2
171:3,20 172:7
177:18 187:10,15
**recall**
11:9,19 25:1 40:12
41:8 47:14 54:1,1
60:12,16 73:6,16
94:13 111:4,7 112:12
119:23 120:2 121:20
122:10 133:6 135:12
172:21
**receive**
52:7
**received**
12:23 13:3 52:11
**recent**
6:2 8:19 9:6 11:1 15:25
18:24 22:4 42:5 43:7
44:8,9,24 52:6 94:10
96:20 108:6 118:4
124:11 139:7,14
140:11,19 144:24
175:4,8 191:1
**recently**
6:9 7:24 8:3,8,17 15:24
16:5 25:5 29:3,15
39:21 40:23 41:14
94:9 104:14 120:1
121:18 189:12 191:11
**recess**
49:15 107:3 130:23
171:12 192:5
**recipients**
150:19

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

**recognize**
121:11 158:19 182:6
**recollection**
137:12,13
**reconsideration**
176:15
**record**
77:23,24 84:11 107:1
122:15 192:15 193:5
**records**
9:7 54:9 84:8
**recount**
64:20,21
**recounting**
124:9,11,12
**rectify**
87:23
**redacted**
171:25 172:1,3
**redistricting**
40:15,18 41:4 92:12
**reduced**
193:7
**red-flag**
148:25
**refer**
19:24 176:11
**reference**
98:24 110:2 132:17
186:8
**referenced**
133:7 142:21
**referencing**
99:8 134:1
**referenda**
20:7
**referendum**
79:2
**referential**
20:1 21:11
**referring**
55:25 122:20 128:5
141:18
**refers**
66:12
**reflected**
78:4 82:14

**regard**
79:22,25 91:23 157:7
160:4 172:18
**regarding**
63:19,25 64:4,8,24
65:5 81:12 152:17
163:3
**regardless**
115:22
**register**
28:13,15,15,16,17,18
63:3 79:6 87:9 91:1
109:4,15 154:12
159:11,17
**registered**
26:25 36:25 37:1 140:9
157:21 158:1 161:20
183:16,17
**registering**
191:8
**registrants**
161:3
**registration**
51:3 62:24 73:19,23,25
74:3 159:6,20,24
160:8,14 161:11
162:10 189:14 190:6
190:12,18,23 191:2,6
**regrets**
100:15
**regular**
14:24 15:5 19:12 26:11
27:6 35:11
**regularly**
7:13
**regulation**
30:11
**reinforced**
9:23
**reinforces**
91:22
**reject**
152:4
**rejected**
77:4 87:11 97:5,7
149:21 151:4,7
**rejecting**

150:14
**rejoined**
141:12
**related**
193:10
**relates**
92:18 126:20
**relative**
94:25 112:25 113:5,15
159:19
**relatively**
19:17 140:4
**released**
133:21
**relevant**
17:8 67:15 107:21
108:25 109:2 133:10
133:11 145:18,21
146:2
**reliable**
110:13,14 111:21
137:24 138:24
**relied**
50:5 144:18
**rely**
92:3
**relying**
145:10 157:12 166:23
188:15
**remains**
124:2
**remanded**
176:14,18,25
**remember**
16:3 53:5 71:24 72:25
73:19 77:3 119:15
125:12 128:23 129:1
129:2 155:17 188:18
188:25 189:2
**rendered**
125:1
**renewal**
173:15 174:23
**renewals**
58:17 59:5 174:9
**repeat**
50:12 58:24

**report**
4:8,19 9:17,21,25
12:19 34:14,21 35:20
40:24 49:3,6,20,23
50:7 51:7,9,18,19
52:19 54:3 58:24
60:13,25 62:19,21
64:12,14 65:24 66:23
67:1 68:5 77:21 78:1
79:19 81:19,21 86:2
91:24 96:1 98:2,19
102:23 104:13 107:25
108:13 110:8 111:16
112:2 116:12 119:14
119:20,21 120:7,14
120:17,18,25 121:1,2
128:20 130:25 131:8
135:17 140:22 146:8
147:22 153:2 155:1
163:8 171:3,20 172:7
172:12,16,18,24
175:17 178:14 182:1
185:8,18 187:10,16
**reported**
1:25 55:6
**reporter**
2:13 5:22 192:11 193:1
**reporting**
111:17
**reports**
7:10 8:11 9:10,11,14
34:4,7 37:20,21,25
40:19 42:15 63:8
65:21,24 111:12,22
162:16 177:10 187:8
**represent**
99:25 129:15 168:21
**representation**
33:20 189:21
**represented**
39:24
**represents**
163:17
**Republican**
45:13 95:14 97:19 98:6
99:6 100:1 102:1
103:24 105:5,8,17,18

112:24 113:6 115:6,7
115:13,23 116:1,4,8
116:13,17 117:20,23
117:25 128:22 155:21
155:24,24 164:17
166:22 181:23
**Republicans**
45:5 67:13 103:7 104:4
105:21,25 108:7
116:2,6,13 149:20
155:20 163:22 164:4
166:6 183:7
**Republican-dominat...**
45:7
**request**
28:24 30:9 33:16
**requested**
193:9
**requesting**
32:15
**requests**
136:17
**require**
26:11 34:17 168:1,20
**required**
79:13 167:21 183:2
184:17
**requirement**
20:14 21:8 35:10 36:5
37:14 44:15 45:25
47:13,25 48:22 57:23
60:1 159:5 161:16,18
162:17,20 180:6,13
181:9
**requirements**
4:14,25 26:19,20 27:22
28:12 35:12 53:7
56:10 57:4 59:15
136:3 161:23,25
168:24 183:20 186:17
**requires**
26:18 33:4 170:19
**requiring**
169:13 180:2
**requisite**
134:24
**research**

4:24 17:15,23 52:3
110:2,6 178:24
182:18
**reserved**
13:22
**residence**
56:22
**residency**
161:15,23,25 162:17
**resolved**
79:10
**respect**
61:18 62:23 124:23
144:8 156:13 190:17
**respected**
124:5 138:9
**respond**
37:25 63:9 120:7
128:12 137:10 142:3
157:9,16 163:5
**responded**
48:1
**respondents**
183:6
**responding**
22:18 47:24 48:8
**response**
42:15 145:3
**responses**
5:20 42:14
**responsibility**
85:2
**responsible**
108:7
**responsive**
65:1
**restriction**
30:23
**restrictions**
109:14 126:22 154:11
159:23
**restrictive**
96:3,9,16,17,18,25
169:25 186:9
**result**
62:9 136:16 140:10
141:4

**results**
4:23 43:14 61:25
110:22 111:15,18
116:6 140:1,3 146:17
**Retrospectively**
20:19
**returns**
51:3
**review**
7:25 8:1,4,5 10:22 18:4
18:8 51:14 60:12
87:2,4 92:9
**reviewed**
7:10 38:4 92:5,8
**reviewing**
60:25
**re-enfranchisement**
48:6
**Richard**
16:20
**right**
7:4 12:14 19:5 26:25
32:12 33:2 43:9,15,20
44:10 49:2 55:7 60:5
66:3 74:16 75:19
86:1 91:3 93:22
94:18 98:22 100:10
108:22 115:9 120:10
120:24 131:22 136:16
137:1 146:5,7 149:12
151:25 157:4 158:6
158:16 159:3 160:11
160:13 161:17,22
162:18,24 163:1,11
163:21 165:1,4,8,11
165:24 166:8 169:7
169:10,14,21 171:17
171:24 172:2 173:9
173:18,20,25 174:4
175:2,6 177:15,17
178:4,11,13,21
180:18 185:23 186:9
189:16 192:8,9
**rights**
23:7 70:4 76:17,18,18
76:19 99:2,2,6,9,18
99:21 100:6,8,13

**right-hand**
136:6
**rise**
18:25 43:19 70:10 72:7
**rising**
94:25
**risk**
125:22 126:1
**Robert**
16:13 127:3
**robust**
21:9
**robustly**
20:23
**role**
175:22
**rolls**
60:3
**Romney**
106:6
**Ronald**
21:22,25
**rule**
20:11 79:4 81:10 86:18
129:13 152:25 153:23
154:2
**rules**
155:10 164:13
**rule-making**
153:18
**run**
22:4,13,14 23:18
**running**
22:22 23:15 103:21
**rush**
164:20

**S**

**S**
3:1 4:1,5 5:1
**same**
22:16 23:3 45:17 48:2
81:4 82:12 92:20
93:12 95:8 106:1
110:10 111:14 114:12
115:3 117:21 119:16
124:1 125:20 134:1
134:16 145:8 148:10

155:16 158:1 160:13
160:25 161:11 162:3
181:21
**same-day**
162:9 190:6 191:5
**sample**
111:2,4 112:13 133:19
**Sanders**
95:11
**satisfy**
27:5
**saw**
8:11 37:7 48:16 86:17
111:14 144:15 150:16
172:12 175:13
**say**
7:18 12:23 16:12,24
17:3 21:1,19 24:22
39:6 41:13 43:5,9,22
46:23 48:7,11,18,20
52:25 54:11 57:6,6
59:1 61:22,23 62:1,20
78:8 79:23 85:6
87:22 90:4 93:18
94:2 98:6,12,14,18
100:11 101:25 104:11
106:20 113:4 116:12
124:19 126:24 128:1
130:18 132:4,22
134:10 144:11 145:9
148:17 149:5,6
154:10 157:19 159:3
170:15 183:21 185:4
185:10 188:17 190:17
191:24
**saying**
34:1,24 67:11,24 68:14
79:19 85:14,16 91:20
99:20 100:18,19,20
102:16 103:3 104:20
106:1 129:10,10
138:12 139:25 140:18
143:7 144:5,14 145:7
146:4,4 166:13
**says**
86:4 100:7 136:6 144:6
144:11 164:17 170:8

170:21 183:17 184:8
**scandals**
113:9,20
**scholar**
138:9
**scholarly**
18:20,20 72:14
**scholars**
71:1,4
**scholarship**
69:19 70:6,13,21 71:4
71:8 72:2 74:10,19
75:18,24 76:18
**school**
4:21 15:20 38:10 79:9
159:10,15 179:17
180:19
**schools**
152:22 159:6
**Schultz**
97:23 98:15 99:11
104:12 166:17 167:4
**science**
12:25 13:1 16:8 18:9
109:21 112:1,16
136:8
**Sciences**
18:17
**scientific**
18:18
**scores**
76:11
**scrutiny**
164:21
**se**
24:21
**seal**
193:14
**second**
51:9,18 82:7 96:2
99:22 122:13 137:5
161:4 165:13 169:2
**secondly**
48:9 103:12
**Secretary**
83:15 84:14 85:3,14
89:6,14

**section**
107:25 154:8 155:1
163:8
**secure**
152:2,3
**security**
150:6 170:2
**see**
8:6 22:2 38:2 52:18
58:6 60:7 66:6 68:18
74:5 78:6 86:10
88:15,19 92:1 94:25
97:20 104:25 110:8
111:11 113:2 114:3
115:25 116:1,5,8,15
118:7 119:1 121:24
122:3,13,18 124:6
125:21,24 127:20
128:3 131:10,14
136:13,18,22 137:4,8
141:8 142:1 143:18
144:1 148:5 152:1
153:12 154:14 157:8
157:15,23 159:14
160:2,10 161:11
167:23 168:25 169:5
169:6 170:23 180:1,4
181:23 182:7,10,12
182:24 183:4 187:24
**seeing**
144:17
**seem**
30:13 56:3 57:9 72:14
99:19
**seems**
33:20 84:24 150:13
**seen**
7:14,14,21,23 41:14
47:20,20 52:10,25
55:3 67:14 80:15
84:4,22,23 86:2 94:23
94:24 107:13 111:19
111:21,24 112:19
126:12 132:19 148:11
153:16 165:4 168:14
182:7,22
**segregated**

83:2,2
**segregation**
79:9 80:7,14
**select**
14:3,4
**selecting**
186:18
**semester**
15:6
**Senate**
22:6 23:8 114:15
**senator**
8:13,14 23:8 98:15
102:8 103:6
**senatorial**
23:17
**send**
28:23 30:9 33:1 100:9
**senior**
12:25
**sense**
113:21 164:12
**sent**
33:17 133:2
**sentence**
93:12 112:23 122:13
122:14,18 124:1
125:20 127:17 136:20
144:1 148:5 154:10
**separate**
174:11 186:13
**separately**
39:3 154:19
**separates**
83:3
**September**
173:17 174:7 182:10
183:12 193:17
**sequence**
45:2 67:6 156:19
**series**
18:11 114:22
**seriously**
165:2
**seriousness**
165:3
**served**

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

226

41:10
**services**
185:25
**serving**
22:17
**sessions**
164:5
**set**
35:12 57:3 67:3 84:11
120:17 121:2 135:17
146:5 192:9 193:13
**sets**
19:11
**seven**
76:11 141:22
**several**
34:12 48:1 101:9 154:9
186:1
**shame**
21:19
**shares**
113:15
**sharp**
21:4
**shift**
108:10
**shop**
103:21
**Shorewood**
127:4
**short**
116:21 171:10
**shorthand**
117:19 193:1
**shortly**
172:23
**should**
62:6 98:9,10 134:12
183:1,7,8,9,10 184:7
**shouldn't**
98:9
**show**
28:6,10 33:23 60:7
66:22 108:1 111:1
114:12 115:20 120:6
125:2 140:1,7 141:3
144:24 159:8 165:18

166:23 168:7 169:3
170:16 181:1 183:2
**showed**
36:7 44:15
**showing**
26:13 33:9 47:11 108:5
182:25
**shown**
66:20 140:3
**shows**
114:7 138:19 139:14
142:19 145:4 146:25
181:8
**shut**
23:14,16 69:17
**side**
95:12,14 120:17
135:17 146:6
**sign**
28:2,4 47:9 62:12
150:12
**signal**
148:25
**signature**
186:11
**signed**
155:24
**significant**
99:13 114:10 145:5
**signing**
193:8
**similar**
11:14 23:25 24:3 45:7
69:23,24 88:10 106:4
108:2 115:21 116:8
134:12,18 167:7
175:24
**similarity**
45:5
**Similarly**
18:22
**simply**
33:9 60:1,3 80:22
177:2 186:25
**since**
9:16,21 13:14 22:23
31:10 37:9 52:25

57:24 58:21 65:17
86:2 87:25 94:7,17
124:12 145:16 146:23
161:21 163:22 176:5
177:2
**single**
30:19 67:21 114:4
155:3,4 157:13 168:4
**singling**
78:25
**singularly**
10:13
**sit**
75:2
**situation**
44:1,3 81:23
**situations**
108:2
**six**
160:22
**size**
111:2,5
**Skipping**
147:22
**slowly**
177:14
**small**
129:5,18 140:5 143:11
158:15,19 182:14
189:1
**social**
16:8 18:9 112:1,16
**society**
20:24
**socio-economic**
33:14 34:22 45:9 82:15
82:20 83:5 92:15
108:16,24 109:9,19
109:23 158:24
**socio-economics**
63:6
**some**
6:21 7:11,13,14,23 8:2
8:6,7 10:5 11:13
18:24 21:20 22:19
23:25 24:3,6,8,8,19
38:2 45:17 46:20

52:1,3,8 53:5,6 54:11
55:6 56:4 59:4 62:7
65:22 66:4 68:11
72:21 74:4 78:23
79:14 84:19 85:19
87:14,23 89:3 94:24
95:10 99:15 101:14
101:15,21 103:21
107:13 110:1 115:1,1
116:24 124:23 128:21
129:19 130:10 132:3
132:24 133:1,22
135:10,11 146:2
147:18,21 158:11,23
159:13 161:24 162:13
168:3,15 176:12
184:17,19 185:11
**someone**
24:22 34:25 35:1 43:2
95:12,13 98:5 103:25
105:18 127:2,2
**something**
8:17 36:22 42:24 44:4
44:5 46:8,9 48:11
66:20 78:18 80:24
86:1,17 91:21 95:9
97:16,25 98:1 106:4
110:17 115:11 130:15
132:21 133:12 153:10
153:15 154:1 157:16
163:5 164:20 173:7
185:6 191:22
**sometimes**
39:15,16 112:4,4
**somewhat**
134:18
**sorry**
60:13 92:23 129:2
132:15 141:10
**sort**
105:25 166:10
**sound**
60:14
**source**
17:22
**sources**
17:15,16

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

**South**
88:24 89:1
**southern**
81:24
**SPAE**
140:16,19
**SPAEs**
141:1
**Spanish-language**
79:12 80:1
**speak**
10:10
**speaker**
106:3
**speaking**
6:13
**special**
13:22,23 78:25 109:8
117:8 159:5
**specialize**
105:8
**specialty**
13:4
**specific**
35:12 42:25 48:15 71:6
82:4 153:16 159:25
184:15
**specifically**
58:13 80:25 98:17
120:2 139:15 147:19
**specificity**
175:1
**specifics**
9:9 40:9 46:15 189:23
**specify**
112:7 169:23
**spectacularly**
22:7
**speculate**
61:1,2 86:21,25 134:15
**speculating**
42:1
**speculation**
41:24 60:21 134:14
**spells**
53:14
**spend**

32:22
**spending**
33:8
**spirit**
99:1,17,20,25 100:7,12
**Spiva**
3:3 6:16 41:23 49:12
55:22 56:23 58:22
60:15,20 63:21 69:6
73:11 76:5 77:23
82:7 86:24 89:9,18,22
90:14 102:19 123:1,7
123:16,20 125:8
127:23 130:20 131:7
135:9 171:9 182:15
182:20 192:4,7,11,13
**spoke**
7:10 10:5 11:15
**spoken**
10:6,9,15,18 11:5,10
11:11,12 104:7
**spotlight**
180:25
**spread**
104:25
**spurred**
22:14
**SRD**
159:9
**stable**
19:17
**staff**
106:9,10,14
**staffer**
21:24 103:20 167:3
**staffers**
21:18
**stamp**
151:22
**stamps**
149:22
**standard**
83:5 111:25 112:15,18
**standing**
34:22 109:9,19,23
158:24
**standings**

92:15
**start**
49:12
**started**
5:15
**state**
7:12,23 26:5 27:7,8,11
27:13,14 31:3,10,17
31:22 32:11 34:17
38:1,1,6 40:13,14,17
41:4,11,15 42:10,11
44:25 50:20 56:14
57:5 60:2,7 63:3,10
63:11,11 68:17 74:1
78:24 79:3,12,23,23
79:23 80:4,6,8,10,13
80:16,19 81:3,14,24
86:5 87:10,13 88:13
88:16,21 89:3 90:7,23
91:24 92:13,20 96:3
103:10 105:25 109:6
111:24 118:3 120:23
126:19 137:16,18
139:2 142:5,8 143:7
159:23 162:2,9,12,21
163:6 165:10 166:6
166:12 167:19,20
168:19,19 173:5,22
183:18 186:16 187:19
188:20 190:12,17
191:13
**stated**
137:6 157:13
**statement**
78:2 98:14 99:13
101:22 102:5 105:16
118:7 124:16 127:22
134:21,25
**statements**
45:13 67:22 100:15
101:8 104:15 105:23
105:24 106:9 150:10
150:10 156:21 166:21
167:8
**states**
1:1 2:13 5:13 19:18
23:7,12 33:3 35:13

45:7 66:25 70:20
80:15 88:22 93:21,23
96:13,14 107:20
108:1 125:21 131:3
136:21 137:20 138:25
139:5,8,9,10 140:5
141:5,8,16 142:7,24
143:1,8,13,14,21
146:18 147:23 165:5
183:20 187:9 188:6
190:24 191:5
**state's**
63:25
**state-sponsored**
78:9,16 81:15 82:4,21
82:23 83:9
**stating**
110:21
**statistical**
15:17,21,23,25 133:4
**statistics**
150:16 158:22 159:21
**status**
13:18 33:14 34:23
56:14 163:16
**statutes**
53:3
**stem**
82:21
**stenographically**
193:6
**Stephen**
138:4
**steps**
25:13 26:14,16 60:6
88:17
**step-by-step**
55:4
**Stevens**
121:20 125:13
**still**
15:1 47:10 51:10 55:8
63:13 77:20 96:22,23
100:16 133:10 134:17
134:17 137:23 151:3
158:15
**stimulating**

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

95:16
**stipulation**
173:4
**stood**
110:16
**stop**
73:5 92:16 130:21,22
153:17,22
**Street**
2:5 3:5
**strength**
20:3 113:8
**strengthened**
9:23
**strengthens**
87:6
**strict**
131:2,16,19 137:19
138:2 139:1 140:5
141:5 142:25 143:4
143:13,14 146:18
183:20
**strong**
44:23 94:15 182:2
**stronger**
182:2
**struck**
97:14
**student**
25:23 35:11,11 186:15
**students**
15:13,15 159:15,24
186:12
**studied**
36:12 125:18 126:8
134:5 147:12
**studies**
37:4 45:17 124:23,25
139:8 140:7 142:21
143:2 144:24 145:1
147:15
**study**
18:25 19:1 35:19 36:7
36:10 45:18 139:19
142:17 144:9 145:4,8
146:8,16
**stuff**

92:14
**subject**
13:6 55:18 59:21 70:5
70:7,8 76:20
**submit**
29:1
**submitted**
40:19 41:1 42:16
**submitting**
7:13
**subsequent**
138:24 141:1 145:17
145:20,22 147:6
176:19
**substance**
10:11
**substantial**
65:14 130:16 141:3
**substantially**
134:22
**substantive**
11:18 67:6 163:9,13,15
164:2,3,8,16,24
165:13,18 166:3,5
**substantively**
125:11
**success**
112:24 113:6 115:13
**sudden**
86:10
**suddenly**
87:22
**sufficient**
30:21
**suggest**
143:22 170:9
**suggested**
47:23
**suicide**
129:14
**Suite**
2:6 3:6
**summarizing**
173:14 183:1
**summary**
40:21 182:19
**superficial**

170:2
**supplemental**
9:25 177:10
**support**
4:24 46:3,12,16,23
47:18,19 48:4,19,21
48:25 63:25 69:2
115:7 130:6,9,11,17
130:17 182:2 184:11
**supposed**
25:25
**suppress**
98:13,13,16 101:3
103:14
**suppressing**
98:8 103:1,5
**Supreme**
67:1 69:4 88:13 121:14
122:23 123:11,15
125:3,6,11 148:2,9
165:11
**sure**
9:22 10:13 12:10,23
17:7,10 25:12 27:8,9
28:7,22 32:1,7 33:2
33:25 34:5 42:3,23
46:11 49:4,14 51:7
54:19 55:24 58:13
59:3 60:24 62:11
73:13 83:11 106:24
107:1 108:11 120:18
121:4 127:11,25
128:9 134:15 135:10
137:13 152:20 162:1
169:15 170:21 171:11
174:13 178:18 179:16
179:25 180:25 182:9
185:15 189:22 191:3
191:13
**surge**
116:25 117:3,4,5
**surprise**
183:25
**surprised**
53:20 168:5 184:6
**surprising**
46:6 47:17 181:12

**surprisingly**
143:15
**survey**
112:16 132:9,20,22
133:7,9,16 134:2
135:1,4,12,14 136:25
137:24 138:13,23
139:17,24 140:1
141:9,17 144:19
145:10,11,23 146:8
146:21,22 147:4
183:1
**surveyed**
112:11,17
**surveys**
51:11 135:6 136:24
137:2,6,10,11 138:24
139:15 145:17,20
147:11
**suspect**
184:2
**SVRS**
50:23
**swath**
69:18
**swear**
178:5
**switch**
130:20
**switched**
13:1
**sworn**
5:3
**system**
18:13 19:11,12,18,19
19:20 39:20 43:12
74:3 92:21 93:5 94:1
94:2,20 190:21
**systematic**
19:21
**systems**
73:2 75:7 80:16 83:2

---
**T**
---

**T**
4:1,1,5
**table**
108:5 110:4,21 111:3

112:11 114:14 115:15
116:9 132:12 133:24
134:13 140:3 146:7
150:1 173:10,14,22
174:2 182:24 187:8
187:11,11,12 188:4,4
**tables**
108:17 110:1 132:17
**tabulated**
61:20 62:1,3,5,7,10,14
**tabulation**
61:25
**take**
5:23 11:25 25:13 26:14
43:15 44:10 49:13
90:7 121:9 124:15
131:20 135:24 136:10
168:13 171:10,14
179:4,20 182:5
189:21 191:8 192:1
**taken**
7:24 8:3,18 49:15 80:4
80:13 107:3 130:23
144:9 154:10 171:12
192:5 193:3,6
**takes**
54:3,12 105:13
**taking**
88:16 125:16 176:20
177:7
**talk**
9:8 34:3,12,16 46:14
46:15 64:13,14,17
66:4 82:12 86:15
90:5 97:7 105:19
108:15,17 128:21
131:2 145:1 149:8
161:14 162:22 167:13
172:17 175:17 177:18
181:2,18 189:11
**talked**
38:12 43:11 52:17
54:22 72:6,10 95:25
107:9 108:16 118:2
120:8,10 145:3 146:3
157:1 166:2,17,25
167:6 173:11,12

175:2 178:19 181:11
188:24
**talking**
14:6 34:13,21 36:21
38:7,10 44:14 46:8,9
51:21 58:11 69:4,9
72:16 73:9 78:9
83:20 84:13 86:11,16
93:19 97:6 99:9
102:9 104:18,19,23
107:5,14 128:1 131:7
133:12,22 135:1
139:16 145:16 155:15
158:3 161:5 165:5
168:19 178:1 186:4
**talks**
24:14 100:5 133:24
152:21 163:9
**target**
84:4,21 167:12 191:4
**targeting**
161:12
**taught**
15:16,21,23 16:1,4
**teaching**
15:2,4,6,8,9
**technical**
18:15 152:22 153:22
**technologies**
20:25
**Technology**
14:18 16:18
**Ted**
21:21
**telephones**
82:18
**televised**
23:17
**television**
8:12 104:9
**tell**
8:23 12:21 16:23 17:11
30:10 89:16 118:17
129:22 163:12 169:17
174:25 176:9
**telling**
147:24 190:1

**tells**
129:24
**ten**
22:11 23:21 24:4 41:18
41:19 42:4 45:22
46:10 67:22
**tended**
79:8
**tense**
96:7
**tenth**
112:8
**tenths**
141:23
**tenure**
13:16
**ten-day**
161:15
**term**
102:15,22
**terms**
57:7 81:15 93:22,24
115:11 133:8 144:7
164:14 181:7 184:15
185:3 190:12,24
**test**
56:15 68:7,8,8 110:16
152:2
**testified**
5:3 6:5 39:21 40:2,12
40:20,23 41:11,15
42:15,19 144:23
**testify**
6:20 12:10,14 43:3
177:5
**testifying**
39:25 41:2
**testimony**
5:23 37:23 40:25 77:13
102:23 146:3 177:8
186:14 193:5,6
**tests**
86:3
**Texas**
35:19,22 36:7,10 45:18
107:12 175:17,18,20
176:1 177:5,10,14

**text**
122:5
**Thank**
192:8
**theory**
20:6 116:25
**thing**
39:14 48:18,19 67:20
67:21 69:16,19 87:23
101:20 106:1 123:23
145:8 164:19 179:15
**things**
17:17 20:17 27:5 30:22
34:12 37:24 45:22
51:2 55:13 56:7,7
63:5 69:10 74:6
78:23 81:6 83:1
92:17 95:22 100:18
104:12 105:12 109:18
113:5,7 119:9 120:5
125:5 126:4 128:10
145:22 156:6 157:17
165:1,7 177:13 182:4
**think**
11:21 12:6,14 22:7
24:18 27:19 31:18
36:8 40:7 41:4 42:1
43:6 47:1,2 50:8,24
50:24,25 51:8,18,25
54:2,22 55:6,10 56:15
56:20 57:1,20 58:23
62:18 63:22 64:17
66:23 71:11 76:25
83:22 84:1,10 85:17
88:7 89:11 90:16
94:8 95:25 98:21,22
98:23 99:22 100:14
101:2 102:5 106:3
107:10 109:2 117:11
120:20 121:22 123:10
125:5,11 126:3 127:9
129:3,24 130:7,7
131:25 132:11 137:17
137:18,23 138:19
139:9 141:18 142:4
144:4 149:11,24
151:25 153:24 154:4

156:24 158:22 159:3
160:10,23 164:10,25
168:3 169:12 170:3
173:10 174:20 178:5
180:21 182:23 184:23
185:1,8,9,16 186:22
186:23 187:10,11
188:15 189:4,10
190:14
**thinking**
152:10 180:22
**thinks**
99:23
**third**
92:24 97:17 131:2
137:4 141:7,11 166:4
**thirds**
65:13
**thought**
22:19 189:18,25
**thoughts**
99:23
**thousands**
55:20,25 59:2,4
**threads**
157:1
**three**
13:24 18:18 40:7 49:17
84:12 104:12 128:24
128:25 129:21 130:7
133:16 153:15 167:4
174:12
**three-judge**
85:21
**threshold**
130:10 158:11
**throughout**
124:4
**tied**
109:19
**tilted**
84:3
**time**
7:5 13:25 15:1 16:2
21:17 24:19 27:20
29:10 31:24 32:22
33:7,8 37:9 57:24

65:10,22 69:16,20
73:1 75:4,9,12 77:5
87:12,14,25 93:19
95:8,21 96:4 101:12
110:16 122:16 125:1
133:14,16,22 138:3
140:24 141:2 142:16
144:15,22 146:23
150:21 157:18 160:22
160:25 162:7 164:5
164:17,18 165:23
167:10 173:19 175:4
177:16 178:1 179:20
180:12 183:14 186:15
189:4
**times**
5:17,25 25:4 152:7,8
160:21,22
**timing**
166:15
**tiny**
112:13 142:10,12
143:13,16 186:4
**tittle**
30:11,14
**today**
5:10 6:20 7:5 9:11 24:2
96:15 107:11
**today's**
7:8 10:7 12:1
**Todd**
104:14
**together**
43:24 49:5 68:9 154:11
154:18 156:23,25
178:17
**token**
130:13
**told**
12:16 75:24 87:19
140:16 141:21
**took**
10:24 43:20 88:5 115:7
170:1
**top**
78:22 79:17 93:22,24
97:7 120:22 127:16

131:9 134:19 152:19
158:6 162:22
**topic**
18:16 72:20 74:11
116:11 147:4
**topics**
62:15,17
**tortuous**
53:21
**total**
157:20,25 174:1
**totally**
144:8 152:2
**touches**
147:4 173:10
**towards**
191:1,7
**traditional**
17:13 18:11,23
**Trans**
53:24
**transcript**
4:6 49:11 121:8 135:23
168:12 171:8 179:3
193:4
**Transportation**
83:16,18,21 84:14 85:1
85:4,12 89:7 170:2
**Trantor**
105:7
**treatment**
79:1
**trend**
111:1 112:7 119:25
191:1,7,11
**trends**
44:25
**trial**
6:5 8:1 12:3 39:22
106:23
**Tribal**
184:25
**tricky**
180:14
**tried**
53:19 59:19 99:25
191:20

**trouble**
94:4
**true**
33:11 63:22 124:2
144:3 193:4
**truly**
11:15 61:9,10 115:12
**Trump**
95:13
**truthfully**
6:20
**try**
17:7 116:23 168:17
191:21
**trying**
44:21 98:18 100:8
101:15 104:1 112:7
152:14 184:23
**turn**
121:24 127:15 185:14
188:12
**turnout**
9:1,5 44:25 51:2,23
63:19,23 64:24 93:14
93:17,25 94:5,6,12,14
94:14,16,21 95:1,4,5
95:16 112:8,25 113:1
113:5 115:12,14
118:5,10 119:12,24
119:25 120:6 137:21
190:20
**turnouts**
95:23
**turns**
106:17 112:24 113:4
**Twenty-five**
41:22
**Twenty-seven**
132:16
**Twenty-six**
131:11
**twice**
25:5
**two**
6:4 12:11 17:6 36:21
37:5,15 40:6 49:6
52:6 60:6 61:12 63:8

65:11,13 88:20 94:10
95:7 136:24 140:17
141:22 142:5 143:1
147:16 171:22 186:13
**two-party**
19:17
**type**
7:19 51:21 62:8 126:5
126:14
**types**
185:5
**typewriting**
193:7
**typical**
35:13 111:16 112:2
**typically**
111:21
**T-R-A-N-S**
53:25

**U**

**Uh-huh**
72:9
**ultimate**
90:24
**ultimately**
40:20
**unable**
60:7
**uncertainty**
54:8
**unclear**
58:2
**uncommon**
190:24
**under**
21:2 32:5 72:13 84:2
86:18 88:5 99:6
109:14 118:24 122:14
149:21 165:25 167:20
189:6 193:7
**undergraduate**
15:13,14
**underlying**
149:1
**understand**
5:19 6:17 7:2,20 8:2
25:12,23 26:2,4 32:7

54:13 55:12,17,21
58:10 61:17 69:8
74:21 77:17 81:8
88:1 99:10 106:21
109:17 178:10,11
**understanding**
12:8 25:15 26:7,23
28:25 51:10 53:12
55:15 58:19 104:3
136:7 142:20 143:3
176:8,9,10,25
**understood**
7:1 24:25 104:5 152:14
**unemployment**
82:16
**unexpired**
27:19
**unhappy**
117:16
**unified**
166:6
**uniformed**
185:25
**uniformity**
104:23
**uniformly**
109:5
**uninterested**
10:14
**unique**
118:1
**United**
1:1 2:13 5:13 19:18
23:7,12 66:25 70:20
**unity**
20:3
**universal**
46:3
**universe**
143:8 144:8
**universities**
14:16
**university**
4:21 13:4,8,13 14:1,1,4
14:11,25 15:22,24
16:3 38:9 159:24
186:7

**unpaid**
24:8
**unsuccessful**
22:7
**unusual**
165:21
**updated**
137:23 138:19,21,22
**upheld**
122:23 123:3
**urban**
79:8
**urgent**
22:19
**usage**
177:18
**use**
35:11,13 65:9 75:10
151:5 159:1,9,17
167:14 172:18 189:3
189:4
**using**
96:7 102:15,15,22
111:14
**usually**
47:14 111:19
**utilized**
68:6
**utterly**
23:22
**U.S**
4:12 22:6 87:18 114:15
185:25 187:25

**V**

**v**
1:7 3:3 4:11
**vacated**
176:5,23
**valid**
123:18 169:3,4,19
170:8
**variance**
143:4
**variants**
185:11
**variety**
20:23 114:1,2,2

**various**
108:21 109:14 185:22
187:9
**vary**
167:20 168:9 174:25
**vast**
143:12 173:23
**vastly**
137:21 169:22
**vehicle**
109:16
**vehicles**
51:6 82:17 83:17 84:15
**verbal**
5:19
**verbally**
27:10
**verified**
25:19
**versions**
171:22
**versus**
5:12 114:15
**vestiges**
74:2
**veterans**
96:21
**view**
20:10
**viewed**
20:7
**viewpoints**
67:8 68:23,24 166:23
**Vinovskis**
16:19
**violation**
164:13
**Virginia**
6:3 39:22 42:5,10,12
44:13,21 45:1,1,6,10
45:12,20 46:18 47:12
47:22 48:16 59:6,13
59:25 60:1,4,11 81:15
81:25 82:3 188:17,19
189:3,6
**Virginians**
45:24

Virginia's
188:5,9
virtual
126:18
virtually
84:10 108:5 124:21
125:18 126:6 155:4
visited
14:15
visiting
14:17
vote
25:10 27:3 28:13 29:5
29:20,22,23 30:3 31:1
31:2,11,11,23,24
32:18 33:24 35:22
36:8 47:4,10 61:7,12
61:14,16,21 62:3,5,6
63:1 79:3 86:1 87:10
87:19 91:1 95:19
103:14 105:21,21
108:3,4,4 109:4,15
110:20 113:16 117:6
131:21 136:16 137:7
141:21 153:20 154:12
158:16 161:19 162:13
165:1,4,8,24 180:2
183:2 191:18
voted
25:6 29:3,8,10,17
31:13 87:12 98:5
99:11 101:13 191:23
voter
6:3 8:15 20:13 21:7,11
25:13 26:12,14,18,19
26:25 27:23 28:2
30:22 32:6,13 35:5,7
35:8,9 36:12,13,23
37:5,13 42:6 44:14
45:3,11,15,15,19,25
46:4,12,14,15,17,23
47:2,6,13,16,19,25
48:4,15,22 50:25 51:2
51:4 53:22 54:4,23
57:16,24 59:14 60:9
62:2,22 64:4,8,9,14
64:24 68:17 71:14

73:18 84:1 93:8,14,16
93:24 94:6,8,11 96:12
96:18 97:2,4,11 99:19
102:12 103:5,11,12
103:14 104:19 105:12
106:5 108:6 109:12
109:13 112:25 113:4
119:6,8,10 120:9,10
121:16,21,23,25
122:9,14 123:19
124:21 125:14,19,22
126:1,5,10,14,19,23
126:24,25 127:1,7,9
128:3,16 132:2
136:16 137:19 138:2
138:15 139:1,12
140:6,10 141:3,4,25
142:11,12,25 143:4
143:13,15,23 144:8
144:11,12,25 145:24
146:14,18,24 147:5,7
147:19 148:4 149:16
151:15,18,19,20
152:18 172:20,22
176:2 178:2,7 180:13
180:13 184:11,15
187:4 189:6,14
190:20
voters
4:16,23 22:25 31:19
35:5 36:25 37:1 46:9
46:10,16 48:3,17 59:7
60:6 61:11 63:15
107:16 117:5 118:6
118:11 136:3 140:9
142:9,12 143:8,12,14
143:16 147:18,25
155:9 159:9 160:1,5
172:18 180:5 181:9
183:1,16,17 191:8
voter's
20:10
votes
61:10,24 62:1,2 98:8
98:13,16 101:3 103:1
103:5 104:6 116:2
130:8 155:18

voting
4:15,25 17:24,25 18:1
23:6 29:9 30:23
31:18 32:10,14 33:10
35:18 44:24,25 47:7
51:15 58:1,3,13,20
59:20 60:3,11 61:3,4
61:4,6,9,11 62:23
64:5 65:6,10 67:12,25
70:3 76:17,17,18 79:1
81:12 99:2,2,6,8,18
99:21,24 100:5,8,9,11
100:13,16 104:20
105:1,1 115:17,21
117:16,17 126:22
127:13 128:22 129:20
134:23 138:16 139:4
140:8 141:19 143:17
147:5 149:18,23
151:5,23 152:4,5
158:13 163:7 169:8
169:25 177:19,22
vs
79:11

_____

W

wage
181:22,24
Wait
102:19
waiting
27:20
wake
87:22
want
12:20 14:4 40:9 50:4
50:12,13 61:1,2 64:20
66:4 71:20 86:20
104:20,25 105:20
107:10 116:19 120:16
163:23 164:20 171:5
174:16 179:5,7,8,11
181:22 188:7
wanted
67:25 75:9 99:7 111:9
181:3 182:21
wanting
107:14

Washington
1:13 2:7 3:7 14:7
wasn't
37:21 66:1 70:23 73:22
91:22 94:1 106:17
143:6 168:16 190:21
watched
104:8
watching
92:10
way
12:24 20:9 24:13 31:23
36:15 39:16 46:17,18
49:5 59:17,23 66:22
69:12 91:9 92:6
96:24 112:19,20
114:10 129:7 131:17
139:13 152:6 154:20
184:2 186:23
ways
46:5 48:1 65:18 80:15
154:22,23
weaknesses
113:8
wealth
89:2 138:22
weather
141:21
website
4:18 54:25 55:4 168:22
182:18
Wednesday
1:14
week
8:9 12:6,7 29:16
weeks
6:10 12:11 180:20
weigh
76:13
weighed
165:3
welfare
28:16 150:19
Wellstone
23:10
went
13:15 42:6,8 50:24

57:18 82:6,10 177:22
**weren't**
35:24 87:17,18
**Western**
1:2 5:14
**Weyrich**
105:17
**We'll**
9:8 51:20 105:12 121:2
**we're**
5:10 6:12 14:6 34:3,13
36:21 38:7 46:9
67:11 77:22 93:19
96:13 98:20 105:11
106:2 115:14,17
120:13 124:19 137:20
155:15 157:17 168:18
178:1 192:2,9
**we've**
11:13 49:17 80:15
90:21 114:25 119:12
146:3 155:19 156:7
157:1 160:8 166:25
173:11 175:2 178:19
184:5
**whatever**
105:13 106:23 162:7
**whatsoever**
125:19
**WHEREOF**
193:13
**white**
18:12 19:23 20:3,4,8
21:25 24:15 43:12
72:6 94:25 108:3,4
112:25 113:4 115:21
117:10 158:21
**Whitehead**
1:25 2:12 193:2
**whites**
45:10 47:19 83:3 84:12
85:10 108:18 113:16
114:5,8 115:18 150:3
150:18 159:19
**whole**
56:4 111:23 114:22
119:13 149:11 179:5

179:14
**wider**
169:22
**wife**
10:9,10
**win**
102:11 103:7 105:13
**winner**
16:13,14
**winner-take-all**
19:20
**Wisconsin**
1:2,4 3:13,15 5:9,11,14
8:20,25 9:7 10:20
25:2,6,11,14,16 26:2
26:17,22 27:24 28:13
28:21,25 30:3,7,12,20
32:5,10,13 33:3,15
34:17 35:9 36:4,13
37:4 46:18 50:21
52:6 53:3,24 54:12
55:2 56:11,14 57:2,17
57:25 58:1,21 59:9,15
61:6,7,11 62:10 63:3
63:16,20 64:25 67:14
68:17 78:2,8 79:3,12
79:24 81:3,11,18,25
82:13,22 85:4 87:10
88:21 92:20 93:4,13
94:4 96:3,8,14 100:1
102:11 103:10 105:5
107:18,21 108:2,8
112:24 113:6 115:4,6
115:8 117:23,25
118:5,9,15 119:24
124:24 126:19,23
127:4 131:3,23
132:20 134:6 146:8
146:14,23 147:7,12
147:12,24 148:1,9,16
157:21 158:15 159:12
160:14 165:20 166:22
167:6,9,20 168:1,17
169:24 173:16 180:4
184:9,16,17,22 185:4
186:16 187:3,21
188:1,23 189:14

190:5,11,19
**Wisconsin's**
94:6 184:11
**Wisconsin-specific**
146:21 147:3
**witness**
42:17 135:21 193:13
**witnesses**
63:11
**won**
19:2 76:12
**wonderful**
14:14
**word**
66:7,10 92:22 93:2
149:4 165:22 190:15
**words**
43:11 94:1 116:1
126:25 155:17
**work**
17:12 24:7,8,8,9,14
38:13,21 39:1,4,7,11
43:6,9,23,23,24 44:10
44:11 56:7 67:17
71:1 138:5 144:19
145:2 176:12
**worked**
16:22 24:16,20 173:7
**worker**
24:17 186:20
**workers**
187:2
**working**
15:1 32:2 43:16 60:23
106:13 149:22
**works**
18:7,24 39:20 105:7
131:6
**world**
18:18
**worry**
126:4
**wouldn't**
30:13 68:1 74:22 82:1
100:17 116:4 129:14
145:21 160:16 168:5
170:8

**write**
36:10 172:11
**writing**
69:18
**written**
41:1 46:17,18 92:11
96:24
**wrote**
172:16

---
### X
**x**
1:3,10 4:5

---
### Y
**yeah**
17:12 40:11 42:3 55:24
57:1 62:18 66:23
67:24 73:13 75:6
78:7 87:4 97:9 98:20
109:2 114:17 116:22
117:2 121:10,18
122:9,9 123:22
125:10 127:25 131:10
131:13 138:11 160:3
160:23 161:2 164:12
172:15 178:23 181:5
182:10 183:11 185:20
185:23 187:17
**year**
12:25 33:18,23 39:10
57:22 115:23,24
116:1,4,5,7,8,13,17
117:20,23,25 135:16
139:25 147:10
**years**
13:17 14:25 22:4,11
23:21,21 24:5,20 37:6
37:15 38:22 40:2
76:10 86:8 92:11
101:9 125:17 127:7
133:16 140:17 186:13
191:1
**year's**
27:20
**yourself**
25:17 26:24 42:21
51:12

Deposition of Allan J. Lichtman
Conducted on April 20, 2016

234

**$**

**$2**
38:20
**$5**
38:25

**1**

**1**
1:24 4:8 46:25 49:9,10
 49:17,19,24 66:3,5
 71:18 74:9 185:19,21
 186:8
**1st**
193:14
**1,113**
141:8,16
**10**
187:15
**100**
112:13
**102**
53:25
**108795**
1:23
**11**
133:24 134:13 177:17
**11th**
182:11
**12**
54:18 146:7 177:17
**12th**
19:15 182:10 183:12
**12/10/15**
4:10
**121**
4:11
**129**
136:11 141:6
**13**
19:3,7 20:9,14 21:2
 54:18
**13th**
2:5 3:5
**130**
143:18
**1300**
59:16,24

**135**
4:13
**14**
108:12 173:10 193:17
**15**
46:10 94:3 125:17
 127:6 189:10
**15-CV-324**
1:7 5:13
**16**
12:5,6 109:24 188:4
**16th**
9:17 172:8,15 183:13
**168**
4:18
**17**
112:22
**171**
4:19
**179**
4:21,24
**18**
114:14 179:24 181:7
**181**
4:12
**19th**
78:24 81:11 124:18
**1928**
13:7 17:21,24 72:24
**193**
1:24
**195**
121:25
**1957**
99:1,2,5,8,18,21 100:5
 100:8,13
**1960**
20:20
**1967**
12:24
**1969**
72:16
**1970s**
13:9 18:3
**1972**
94:17
**1973**

13:4,14 14:6
**1980**
14:19
**1984**
20:22

**2**

**2**
4:11 50:1 121:6,7,9
**2/16/16**
4:20
**2:02**
192:15
**20**
1:14 24:19,20 64:18
**20th**
18:1 124:18
**2000**
124:20
**20005-3960**
2:7 3:7
**2006**
22:6,14 23:25 115:23
 136:24 137:14,16
 142:21 157:22
**2008**
4:12 43:19 95:9 117:4
 121:15 124:13 125:4
 132:10 133:9 134:1
 135:1 136:25 137:15
 137:20,24 138:23
 140:2,5,19,23 142:21
 144:19 145:4,11
**2009**
133:22 136:4
**2010**
64:25 65:6 114:15
 115:4 116:12,17
 117:7,12,19 166:7
 177:23
**2011**
40:12 58:21 62:24 91:9
 91:15,20 96:5 118:4
 133:14,17 145:6,14
 147:2 148:14,14
 151:13 173:17 174:7
**2012**
20:22 43:16 95:8

157:22 182:11 183:13
**2014**
4:22 29:13 36:17 37:3
 62:24 64:25 65:6
 94:24 148:1,15
 177:23 178:5 179:18
 180:23 189:10
**2015**
52:8 87:25 94:14
 147:12 151:11 173:17
 174:7 175:14
**2016**
1:14 8:20 43:17 52:14
 52:21 57:19 94:11,24
 103:8 119:5 134:6
 147:13 172:8,14
 175:12,12 193:14
**2018**
119:6 193:17
**202**
2:8 3:8
**21**
116:11
**21-page**
74:9
**22**
64:18 118:3 120:20
**227**
162:25
**23**
35:22 87:13 100:16,17
 120:20,22 128:22
 133:14 135:5
**23rd**
12:7 179:18
**23-26**
4:22
**24**
120:22,23 128:20
 185:17,21
**241**
150:4
**25**
36:24 42:1,3 186:8
**26**
130:25 131:7,8 179:18
**266-7477**

3:16
**27**
132:8
**28**
132:8,11,16
**28-day**
161:16
**29**
132:11 133:23

---
**3**

**3**
4:13 50:10,16,20 67:1
67:16 135:22,24
146:6 168:23
**3.1**
180:10
**30**
134:19 146:7
**30-some-odd**
38:22
**30-year**
39:8 103:24
**34**
147:22
**35**
149:8
**35,332**
157:21 158:21
**36**
150:2 180:8
**365**
150:2
**38**
152:19
**39**
154:6 157:2,5,19

---
**4**

**4**
4:18 67:16 77:19 78:1
91:24 92:25 96:2
131:25 168:11,13
**4th**
86:9
**4,000**
141:22
**40**

97:25 129:20 159:4
**400,000**
174:6
**41**
159:22 161:4
**43**
14:25 76:9
**46**
161:14 162:15
**47**
162:22 163:2
**49**
4:8
**498,244**
174:2

---
**5**

**5**
4:3,19 72:15 97:6,16
171:6,7,14 187:16
**5th**
8:20
**5,000**
79:4,5 81:9
**50**
36:24 46:8 92:10 97:25
112:13 142:7 143:8
**51**
97:25 98:21 104:13
166:16
**53**
167:13
**53707**
3:15
**56.1**
181:20
**563**
4:12

---
**6**

**6**
4:21 108:12 110:4,21
111:3 112:11 179:1,4
179:9,16
**60.4**
180:4 181:8
**600**
2:6 3:6

**608**
3:16
**61**
183:8
**65**
48:18
**654-6200**
2:8 3:8
**69**
23:21

---
**7**

**7**
4:24 173:10,14 174:2
179:2,4 182:5
**70s**
161:21
**700**
2:5 3:5
**72**
168:17
**77**
183:6
**7857**
3:14

---
**8**

**8**
26:4 114:15 122:8,9
131:25
**80**
173:24 174:16,18
**800**
60:14
**800-some-odd**
13:25
**81**
14:19
**83**
183:9
**85**
41:9 76:23
**85-plus**
77:6

---
**9**

**9**
111:9,10 127:15

**9th**
180:23
**9:15**
1:15
**95**
111:9 183:7