**In The Matter Of:**

*One Wisconsin Institute, Inc., et al.  vs.*
*Gerald C. Nichol, et al.*

---

*Deposition of MARIBETH WITZEL-BEHL*
*April 22, 2016*

---

## Verbatim Reporting, Limited

2 East Mifflin Street, Suite 102
Madison, Wisconsin  53703
www.Verbatim-Madison.com
verbatim@tds.net
608.255.7700



"Excellence in Reporting Since 1988"

*Min-U-Script® with Word Index*

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

---

**Page 1**

1    United States District Court for the
2         Western District of Wisconsin
3    = = = = = = = = = = = = = = = = = = = = = = = = =
4    One Wisconsin
     Institute, Inc., et al,
5                    Plaintiffs,
6         -vs-              Case No. 15-CV-324
7    Gerald C. Nichol, et al,
8                    Defendants.
9    = = = = = = = = = = = = = = = = = = = = = = = = =
10
11              Deposition of:
12           MARIBETH WITZEL-BEHL
13              Madison, Wisconsin
                April 22nd, 2016
14
15
16       Reported by:  Paula Thompson
17
18
19
20
21
22
23
24
25

---

**Page 2**

1                I N D E X
2    WITNESS                          Page(s)
3    MARIBETH WITZEL-BEHL
4       Examination by Mr. Kawski           4
5       Examination by Mr. Kaul             97
6       Further Examination by Mr. Kawski   100
7
8              E X H I B I T S
9
10   No.     Description          Identified
11   Exh 1  Declaration of Maribeth          4
12          Witzel-Behl in support of
            Plaintiffs' opposition to
13          Defendants' motion for summary
            judgment
14
15       (Attached to the original transcript and
16          copies provided to all counsel)
17
18        (Original transcript filed with
19       Mr. Kawski and copies provided to all
20                   counsel)
21
22
23
24
25

---

**Page 3**

1        DEPOSITION of MARIBETH WITZEL-BEHL, called as
2    a witness, taken at the instance of the Defendants,
3    under the provisions of Chapter 804 of the Wisconsin
4    Statutes, pursuant to Notice, before Paula Thompson,
5    a Notary Public in and for the State of Wisconsin, at
6    Perkins Coie, LLP, One East Main Street, Suite 201,
7    City of Madison, County of Dane, and State of
8    Wisconsin, on the 22nd day of April, 2016, commencing
9    at 8:00 a.m.
10
11              A P P E A R A N C E S
12
13   STEVEN BRIST, Attorney,
     OFFICE OF THE CITY ATTORNEY
14       City-County Building, Room 401, 210 Martin
         Luther King, Jr., Boulevard, Madison,
15       Wisconsin 53703-3345, appearing on behalf of
         Maribeth Witzel-Behl.
16       sbrist@cityofmadison.com    608-266-4511
17   JOSHUA KAUL, Attorney,
     PERKINS COIE
18       One East Main Street, Suite 201, Madison,
         Wisconsin 53703-5118, appearing on behalf of
19       the Plaintiffs.
         jkaul@perkinscoie.com    608-663-7460.
20
21   CLAYTON KAWSKI, Attorney,
     STATE OF WISCONSIN, DEPARTMENT OF JUSTICE
22   ASSISTANT ATTORNEY GENERAL, DIVISION OF LEGAL
     SERVICES
23       17 West Main Street, P.O. Box 7857, Madison,
         Wisconsin 53707-7857, appearing on behalf of
24       the Defendants.
         kawskicp@doj.state.wi.us    608-266-1221
25

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16          **Page 4**

1        MARIBETH WITZEL-BEHL,
2    called as a witness, being first duly
3    sworn, testified on oath, as follows:
4             EXAMINATION
5    BY MR. KAWSKI:
6    Q  Good morning, Ms. Witzel-Behl.  My name is Clay
7       Kawski.  I'm an Assistant Attorney General from
8       the Wisconsin Department of Justice.  We're here
9       today for your deposition; and it's in case
10      number 15CV324, One Wisconsin Institute, Inc.,
11      versus Gerald C. Nichol.  It's in the United
12      States District Court for the Western District of
13      Wisconsin.  Before I get into the questions of
14      the deposition, I'm just going to talk about the
15      basics of a deposition, like some ground rules.
16   A  Okay.
17   Q  And have you been deposed before?
18   A  No.
19   Q  Okay.  Have you -- do you know what a deposition
20      is?
21   A  A little bit because I asked Steve.
22   Q  Okay.  And Steve's your attorney?
23   A  Uh-huh.
24   Q  And Mr. Kaul who is also in the room with us, is
25      he also your attorney?

---

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

---

1  A  No.
2  Q  Okay.  So as we go through the deposition today,
3      it's important that the court reporter makes a
4      good record of it; so we don't want to talk over
5      each other.  If I ask a question, I would ask
6      that you would please let me finish it.  And, if
7      you're giving an answer, I will try and do the
8      best to let you finish your answer before I ask
9      the next question.  This also allows your counsel
10     to object to what, you know, he might perceive is
11     inappropriate questioning.  So do you understand
12     all of that?
13 A  Yes.
14 Q  Another important thing that you're already doing
15     is verbally answering questions so -- for the
16     court reporter to transcribe things and pick up
17     on it -- it's a very difficult job.  And, if you
18     just nod your head, she might not catch it; so
19     you need to give oral responses.
20 A  Okay.
21 Q  Is there any reason you would not be able to
22     testify truthfully today such as you're on
23     alcohol or some kind of medication?
24 A  No.
25 Q  And then, if you need a break at any time during

---

1      the deposition, you can ask for one.  But I would
2      ask that you please don't ask for a break in the
3      middle of a question, so you want to answer the
4      question and then ask for a break.  Okay?
5  A  Okay.
6  Q  Okay.  I think that's -- those are the basic
7      things.  Like I said, if you need a break, just
8      -- just ask for one.  So what did you do to
9      prepare for the deposition today?
10 A  I talked to Steve about it -- Steve Brist about
11     it a couple of times, and I talked to -- I forgot
12     your name --
13         MR. KAUL:  Josh.
14
15 A  -- with Steve Brist just about what a deposition
16     is like, what to expect.
17 BY MR. KAWSKI (CONTINUING):
18 Q  Okay.  Did you read anything in preparation for
19     today?
20 A  I read over my affidavit.
21 Q  Okay.  Anything else?
22 A  I glanced over the election statistics that we
23     have, but I was told that I didn't need to bring
24     those along with me or commit those statistics to
25     memory.

---

1  Q  Okay.  And when you glanced at those statistics,
2      what in particular were you looking at?
3  A  Just the past few elections and the statistic --
4      statistics we've gathered at those elections.
5  Q  So the April and February 2016 elections?
6  A  Right.
7  Q  You're familiar with the statistics of those?
8  A  Yes.
9  Q  Okay.  Did you look at any -- any others?
10 A  Not in preparation for this.
11 Q  Okay.
12 A  No.
13 Q  So you didn't look at, for example, 2014 or
14     twenty six -- or 2012?
15 A  Not this past week.
16 Q  Okay.  But you're maybe generally familiar with
17     those?
18 A  Yes.
19 Q  Okay.  Did you read or look at anything else in
20     preparation for the deposition?
21 A  No.
22 Q  Did you speak with anyone else in preparation for
23     the deposition?
24 A  No.  I -- I told my daughter that I'd have a
25     deposition today because she thought that was

---

1      kind of interesting, but that's it.
2  Q  Do you know any of the plaintiffs in this case?
3  A  I guess I don't really know who the plaintiffs
4      are.
5  Q  Okay.  Okay.  I guess the -- the main plaintiff
6      is One Wisconsin Institute, Inc.  Are you
7      familiar with that organization?
8  A  They served us with a subpoena.  It was, I think,
9      the end of 2015 or else the beginning of 2016; so
10     I've -- I saw their name at that point.
11 Q  And that subpoena was a subpoena for documents?
12 A  Yes.
13 Q  Let's talk a little bit about that.
14 A  Okay.
15 Q  So you got the subpoena.  And what did you do
16     when you got it?
17 A  I called our city attorney's office and said we
18     have this subpoena, and then Steve Brist followed
19     up on that subpoena for us.
20 Q  Okay.  And did you end up having to gather up
21     some documents?
22 A  No.
23 Q  No.  You had no documents that were responsive to
24     it?
25 A  It was such a large subpoena for basically any

---

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

Deposition of MARIBETH WITZEL-BEHL, 4/22/16 — Page 9

1  document related to elections in the state, that
2  after our attorney talked to some other municipal
3  attorneys and they had talked to whoever prepared
4  the subpoena, it was determined that the
5  plaintiffs would be willing to send an attorney
6  to talk to me to just ask me questions of what
7  they were looking for.
8  Q  And did that happen?
9  A  Yes.
10 Q  And so were you at that point able to gather up
11    documents that the attorney wanted?
12 A  I -- you know, I don't know that they got any
13    documents.  We had a discussion about all sorts
14    of aspects of election law and its
15    implementation, and I referred them to the
16    information we have on the city website.  We have
17    an open data website, so a lot of the information
18    they were looking for they could obtain through
19    that website or they could obtain through the
20    Government Accountability Board; so I remember
21    referring them to those two places.
22 Q  Do you remember the name of the attorney?
23 A  I am not good with names.
24 Q  Was it Joe Wenzinger?
25 A  I don't know.

Deposition of MARIBETH WITZEL-BEHL, 4/22/16 — Page 10

1  Q  Okay.  Was it Josh Kaul?
2  A  I don't remember.
3  Q  Okay.  That attorney that spoke to you, he wasn't
4     representing you?  He wasn't your attorney?
5  A  No.  But I had my attorney with me.
6  Q  I see.  Okay.  And so do you remember what --
7     you've already say -- said what you directed them
8     to.  Anything else you told them about election
9     law?
10 A  I don't remember exactly what I told them, but we
11    had a discussion about implementing the election
12    laws.  I recall that it was a lengthy discussion
13    about various changes in state law over the past
14    few years.
15 Q  Okay.  And I'm sure those are maybe the laws that
16    we're going to talk about today at least a little
17    bit.
18 A  Sure.
19 Q  Okay.  And the -- and the ones that you actually
20    wrote about in the declaration too?
21 A  Right.
22 Q  Okay.  Did you -- and you said you didn't bring
23    anything with you today to the deposition?
24 A  I brought water.
25 Q  Okay.

Deposition of MARIBETH WITZEL-BEHL, 4/22/16 — Page 11

1  A  That was it.
2  Q  No notes or anything like that?
3  A  No.
4  Q  Okay.  I want to talk to you just about your
5     background, and this is just to get a sense for
6     who you are and what you do and what you have
7     done.  So tell me about your education history.
8     Well, where did you go to school?
9  A  UW-Eau Claire.
10 Q  Okay.  What was your degree in?
11 A  Journalism and political science.
12 Q  Okay.  And were you a journalist after you
13    graduated?
14 A  Yes.
15 Q  Okay.  Where did you work?
16 A  Iowa.
17 Q  Okay.  Which newspaper?
18 A  It wasn't a newspaper.  It was a magazine.
19 Q  Okay.  Which one?
20 A  Midwest Streams and Trails.
21 Q  Okay.  Interesting.  And so what did you do
22    there?
23 A  I wrote articles, took pictures, edited freelance
24    articles, designed spreads for the magazine,
25    processed subscriptions, tried to sell

Deposition of MARIBETH WITZEL-BEHL, 4/22/16 — Page 12

1  subscriptions, and then designed ads for the
2  parent company, the Directors Journal.
3  Q  Are you from Iowa originally?
4  A  No.
5  Q  Okay.  So how did you end up in Iowa?
6  A  I got a job there.
7  Q  Okay.  And so how long were you with that
8     company?
9  A  It was just under two years.
10 Q  Okay.  Then what did you do for a job after that?
11 A  Then I worked at the State Capitol.
12 Q  Okay.  Who did you work for?
13 A  Senator Chvala.
14 Q  Okay.  What time period did you work for Senator
15    Chvala?
16 A  Middle of 1997 until I went to work for the city
17    which was 2004.
18 Q  Okay.  And what did you do in the Senator's
19    Office?
20 A  I answered constituent letters about all sorts of
21    things.
22 Q  Okay.  Did you deal with or have any
23    specialization in election law issues?
24 A  No.
25 Q  No.  Did you nonetheless run into some election

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

1         law issues in your work at the Capitol?
2  A   It was mostly tax issues and dealing with state
3        agencies.  Like, the Department of Workforce
4        Development was one of my areas, unemployment,
5        insurance.  But I don't think we really were
6        contacted with people who had election law
7        issues, but that wasn't my area to deal with.
8  Q   Okay.  And so what year did you leave the Capitol
9        then?
10  A   2004.
11  Q   2004.  And what was the reason you left?
12  A   I got a job in the city clerk's office as their
13        liquor licensing clerk.
14  Q   Okay.  And did you feel you left the Capitol on
15        good terms?
16  A   Yes.  I -- after I started working for the city,
17        I got several offers to work in the offices in
18        the Capitol; but I wanted to stay with the job I
19        had taken with the city.
20  Q   Okay.  So that first job with the city, how
21        long did you have it?
22  A   Two years.
23  Q   Okay.  And then what was next for you in terms of
24        employment?
25  A   City clerk of the City -- City of Madison.

1  Q   Okay.  And was that appointed?  You were just
2        hired by the city, or were you elected?
3  A   Appointed by the mayor.  Confirmed by the
4        council.
5  Q   Okay.  And that position is -- is it something
6        that you have to be elected to maintain the
7        position or you just had the job?
8  A   No.  You had five-year contracts.
9  Q   Okay.
10  A   So I'm finishing up my second contract this year.
11  Q   Okay.  And so does that result in another
12        appointment at the five-year time cutoff?
13  A   I'm not sure how you would legally classify it.
14        If the mayor isn't going to recommend my contract
15        for renewal, then he has to notify me within a
16        certain time period of the contract expiring.
17  Q   Okay.  So have you received notification that you
18        were going to be renewed?
19  A   No, I haven't received any notification.
20  Q   Okay.  When would you expect that to happen?
21  A   Sometime this summer.
22  Q   Okay.  And you don't anticipate any reason you're
23        not going to be removed?
24  A   I hope not.
25  Q   Okay.  In other words, you want to keep working

1        there?
2  A   Right.
3  Q   Okay.  Have you ever done at any point in your
4        life any work as a poll worker?
5  A   No, I have never been a poll worker.
6  Q   Okay.  So prior to the time you became city
7        clerk, what familiarity did you have with how
8        elections worked?
9  A   The two years as licensing clerk, I had to also
10        work on elections' tasks in the city clerk's
11        office; and the deputy city clerk who was my
12        supervisor in the office showed me a lot of what
13        she was doing in preparing for the elections.
14  Q   Okay.  And so did you have to take some training
15        from that individual, or did you get other
16        training to get up to speed?
17  A   I did take training from the deputy clerk; but
18        then I also completed 100 hours of training with
19        the UW-Green Bay Institute for Municipal Clerks
20        and training through the Government
21        Accountability Board, which is ongoing because
22        the law keeps changing.
23  Q   Okay.  So to -- to date, you have to do some
24        regular training?
25  A   Yes.

1  Q   How much?
2  A   I think the legal requirement is that, every two
3        years, clerks get six hours of election training;
4        but I try to get all of the training I can as
5        things change.
6  Q   And how do you get that training?
7  A   Through the Wisconsin Municipal Clerks
8        Association conferences each year, they always
9        have sessions run by the Government
10        Accountability Board and then the Government
11        Accountability Board webinars that are offered
12        frequently through their website.
13  Q   And did you have to attend some those very
14        recently for the April election?
15  A   For the February election.
16  Q   You did?  Okay.
17  A   Yes.
18  Q   But for the April election, there was no, like,
19        specific training for that election?
20  A   No.  It's not that the state says, We have a new
21        training for the upcoming election.  They'll say,
22        We have a new webinar that we're offering.  And
23        it isn't necessarily associated with an election.
24        So, for example, I imagine this summer they'll
25        have a lot of trainings just on reviewing

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

1    procedures, like nursing home voting and issuing
2    absentees.
3  Q   Okay.
4  A   That won't be associated with any election.
5  Q   Okay.  And -- and is it your understanding that
6      training is driven by what new things there are
7      to learn whether they have a session?
8  A   No.  They go over old things.
9  Q   Okay.
10 A   And do a review maybe from a little different
11     perspective.
12 Q   How -- what is your level of satisfaction with
13     the training that GAB provides?
14 A   Well, if I don't find material on their website
15     or through a webinar of what I'm trying to figure
16     out, then we call them; and we always receive a
17     call back.
18 Q   Okay.  Is the call, like, timely, like you're
19     getting useful information timely?
20 A   Well, if we don't get a call back right away,
21     then I just call and ask to talk to somebody
22     else.
23 Q   Okay.
24 A   So we make sure we get the information we need,
25     even if we have to walk over to their office.

1  Q   Okay.  So -- but do you feel that the training
2      they provide is adequate to allow you to learn
3      the things you need to to administer an election?
4  A   I -- I think their webinars are very helpful.  I
5      wish we would receive more notice from them that
6      something's coming up and that we wouldn't have
7      to dig for it.  But my understanding is that they
8      receive a lot of complaints from clerks that did
9      not like hearing so much -- or hearing from the
10     GAB so often, and so they will periodically send
11     out reminder e-mails to check the GAB website.
12     My preference would be that they just include all
13     of the information right in the e-mail, but I
14     guess it was very controversial with other clerks
15     who did not like receiving a lot of e-mails from
16     them.
17 Q   Okay.  Have you talked to any other municipal
18     clerks about this case?
19 A   No.  I did hear -- at the time that the subpoena
20     went out, I did hear some other clerks maybe
21     grumbling that they had received a subpoena.  I
22     had not received a subpoena at that point.  I
23     don't know if we were the last to receive a
24     subpoena or if they were phased in, but I had
25     heard that the clerk's office received a

1    subpoena.
2  Q   Okay.  Are you in any kind of regular contact
3      with any clerk's offices throughout the state
4      such as Milwaukee?
5  A   We call each other -- well, we call each other
6      every so often, Milwaukee and our office.  For
7      example, if we are experiencing the problem in
8      the State's Voter Registration System, we often
9      will call Milwaukee to find out if they're having
10     the same difficulty or if it might be something
11     specific to our computers or our servers.
12     Sometimes around election time, Neil and I will
13     send each other a message saying, Hang in there,
14     or something along those lines.
15 Q   Okay.  So you know Neil Albrecht?
16 A   Yes.
17 Q   Do you know he's also submitted a declaration in
18     this case?
19 A   I didn't know he submitted a declaration.
20 Q   Okay.  When's the last time you talked to him?
21 A   Just yesterday.
22 Q   Okay.  What did you talk about?
23 A   I asked him how many provisional ballots the City
24     of Milwaukee had, and he said they had 45; and he
25     asked me if we were experiencing any exodus of

1    poll workers, which we were not.  But I guess
2    that's an issue in Milwaukee.
3  Q   Okay.  What did he mean by that, that they're
4      losing volunteers or paid people?
5  A   That there are people who have signed up to be
6      poll workers -- I don't know whether they're all
7      paid or volunteer -- that they've decided the
8      law's become so complicated, and they've started
9      to quit.
10 Q   Okay.  We're going to talk about who you employ
11     to help with an election and administer it later.
12     But is it correct to use the term "poll worker"?
13     Is that the common term?
14 A   That's one of the common terms.  We also use the
15     term "election official," but they're
16     interchangeable.
17 Q   Okay.  I just want to make sure I use the term
18     that you would like to use.  But you -- you said
19     you have not worked as a poll worker.  But you
20     are a voter; correct?
21 A   That's correct.
22 Q   And you're registered here in Madison?
23 A   Yes.
24 Q   Where do you vote?
25 A   Well, now that I am clerk, I vote absentee.

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

1  Q   Okay.
2  A   Because I can't necessarily get out of the office
3      on election day.
4  Q   Okay.  Let's talk about your most recent time you
5      voted.  Did you vote in the April election this
6      year?
7  A   Yes.
8  Q   And did you vote absentee?
9  A   Yes.
10 Q   In person?
11 A   Yes.
12 Q   What day of the week did you do it?
13 A   I did it on the last day we could have absentee
14     voting, so that was a Friday.
15 Q   And what time of day?
16 A   At the end of the day.  I was the last voter.  I
17     stood at the end of the line --
18 Q   Very interesting.
19 A   -- and then --
20 Q   Neil Albrecht said the exact same thing.  He --
21     he did the exact same thing.  So what is the
22     reason you did that?
23 A   Somebody has to stand at the end of the line, and
24     I just had not had a chance prior to that to set
25     aside time to stand in line.  I was working until

1      midnight most every night.
2  Q   Okay.  And so you were the last person in line.
3      What time do you recall that you actually voted?
4  A   I got into line with two minutes to go, and I was
5      in line for 15 minutes; so that must've been
6      7:13.
7  Q   Okay.  And then, after that, you had to work
8      more?
9  A   Yes.
10 Q   How -- how late did you work that last night of
11     absentee voting?
12 A   It was after 10:00 p.m.  It may have been around
13     10:30.  I'd have to check.
14 Q   Okay.  So what -- what keeps you in the office
15     that late during the absentee voting?
16 A   Once we have absentee ballots in the office, we
17     have to sort them according to ward; and then we
18     double-check and triple-check that we have the
19     right ballots going to the right polling place,
20     and we seal the ballots in a carrier pack and
21     record the seal number that we used.
22 Q   So do you do that for every day of absentee
23     voting?  You would do --
24 A   Yes.
25 Q   -- the ballots for that day?

1  A   Yes.
2  Q   Okay.  And is that -- that's, like, an
3      aspirational goal, or do you absolutely have to
4      do it for some reason?
5  A   No.  If we have ballots that still need to be
6      sorted the next day, we'll sort those ballots the
7      following day.  It's just that when we have some
8      quiet time in the office without the phone
9      ringing tends to be very late at night.
10 Q   Okay.  Do you also come in very early in the
11     morning during the absentee voting period?
12 A   We started our work day at 7:30 during those two
13     weeks.
14 Q   Okay.  So during those two weeks, what was your
15     schedule like every day?
16 A   It was generally from 7:30 in the morning until
17     as late as 3:00 the following morning.  My goal
18     was always to finish up by midnight, but that
19     didn't always happen.
20 Q   Okay.  Did you have to work on the weekend during
21     that two-week absentee voting period?
22 A   Yes.
23 Q   How much on the weekend?
24 A   As many hours as I could push myself to work.
25 Q   So how many did you, in fact, work in April of

1      this year?
2  A   I tried to limit myself to 12-hour days on
3      Saturdays.  That didn't always happen.  And then,
4      Sundays, I tried not to work in the morning but
5      would end up working in the afternoon and
6      evening.
7  Q   And on the weekend, were you the only one in the
8      office working?
9  A   No, not at all.
10 Q   Who else -- or how many other employees of the
11     city were there working?
12 A   Up to all seven of us employed by the clerk's
13     office; but, quite often, three, four, or five.
14 Q   Okay.  So we're going to talk about how the
15     absentee -- in-person absentee period has
16     changed.  Can you contrast this 10-day period and
17     the work that goes into that with what it used to
18     be when the period was longer, say a thirty -- a
19     30-day period?
20 A   When the in-person absentee voting period was
21     longer, we'd have some of that time for absentee
22     voting more spread out; so we wouldn't have to
23     try to push as many people as possible to the
24     counter every minute of absentee voting.  It
25     would generally start kind of quietly, a more

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

1 soft opening to absentee voting, which was nice
2 because we could then troubleshoot if we were
3 having trouble running labels.  But it would pick
4 up every day.  Every day, there'd be more and
5 more absentee voters; and so we didn't have to
6 try to avoid having other activities outside of
7 the office during absentee voting time.  This
8 past election and the election before that, we
9 had to try to avoid having election official
10 training during those two weeks because we needed
11 every body possible in the office; and, even
12 then, it wasn't enough.  So when we're recruiting
13 election officials to work at the polls, that
14 goes through the week before the election; and we
15 like to give them options for training because we
16 require everybody to complete training before
17 working at the polls.  So we had to push people
18 to attend the Saturday training that weekend,
19 which had over 100 people per session; and then
20 we had trainings all day long on Monday, which
21 were standing room only.
22 Q  Okay.  So -- so back when the absentee voting
23    period was longer than 10 days, were you working
24    the very lengthy hours for like the last 10 days
25    of the absentee voting period?

1 A  I have always worked very lengthy hours for
2    elections, but my staff has not worked the
3    lengthy hours they've worked this year until this
4    year.
5 Q  Okay.
6 A  Previously to this year, they could go to doctor
7    appointments, get their dogs to the veterinarian,
8    take their children to the dentist.  They could
9    plan personal things around election time; but,
10   this year, they sacrificed a lot personally.  And
11   I think it made -- my sense is that it made them
12   quite angry, but there was so much work to be
13   done in such a tight time frame that they did
14   choose to prioritize their job over their
15   personal lives.
16 Q  So in the lead up to the end of absentee voting
17    back when the period was longer than 10 days --
18 A  Yes.
19 Q  -- did you end up staying until midnight
20    regularly?
21 A  Not regularly.
22 Q  No.  Not as much as now?
23 A  No.
24 Q  Okay.  Did you end up working weekends regularly
25    in -- back then?

1 A  Yes.
2 Q  You did.  Okay.  And same type of 12-hour days on
3    Saturdays and --
4 A  Yes.  But on different things.  In the past, I
5    was able to do things like press releases of
6    information we wanted to communicate to voters.
7    My Saturdays during in-person absentee voting
8    were spent packing our supply kits that we send
9    to each polling place.  For 87 polling places, we
10   have a box that will contain all of the election
11   day signage, the small supplies that they have
12   like pens and paperclips, all of the tools that
13   we give our officials like a copy of the
14   statutes, the State's election day manual.  There
15   are over 100 pieces to go in each of these kits,
16   and we used to have staff available who could
17   work on that during the regular work day; so that
18   wasn't my task to complete, but there was nobody
19   to complete the task.  So instead of doing things
20   like press releases and analyzing statistics to
21   make sure we had enough ballots on hand, I had to
22   do things like packing the supply totes; and that
23   was pushed into more -- more of the tasks that
24   regular staff typically took care of.
25 Q  Do you prepare, like, a checklist of what goes

1    into those kits?
2 A  Yes.
3 Q  Do you have a copy of it?
4 A  Not with me but --
5 Q  But you do have it?
6 A  -- I do have it.  Mm-hmm.
7 Q  You wouldn't happen to have a prepared kit that
8    was, like, left over, would you?
9 A  I have one -- I have an extra one.  I have the
10   kits from election day returned that they all
11   look like a tornado has gone through them
12   because, you know, they were used at the polls on
13   election day.
14 Q  If your attorney were okay with it, would you be
15    willing to let me see what that kit looks like?
16 A  Yes.
17 Q  I think it would be helpful for me to understand,
18    you know, what goes into putting it together and
19    what goes out to the -- the boots on the ground
20    people.
21 A  Sure.
22 Q  So I guess we're still just talking about your --
23    your background.  We'll come back to some talking
24    about more specifics about the April election.
25 A  Okay.

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                   Page 29

1  Q  But have you ever -- you said you were involved
2     in politics and that you worked at the Capitol.
3  A  Yes.
4  Q  Have you been involved in politics in any other
5     respect?
6  A  I vote.  But that would be it.
7  Q  Okay.  Oh.  Back to your voting, you had to show
8     ID to vote absentee?
9  A  Yes.
10 Q  What ID did you use?
11 A  My Wisconsin driver's license.
12 Q  And when's the last time you had to renew your
13    driver's license?
14 A  Well, I know it was at election time because I
15    almost was not able to renew it.  I had to take
16    time off from work to get to the DOT, but I don't
17    know what year that was.
18 Q  Okay.  Do you remember the process?  Or, like,
19    was it convenient when you got to the DMV; or was
20    it inconvenient to you?
21 A  There -- I know there was a snowstorm that day,
22    and I remember sitting at the DMV.  That's all I
23    recall about it.
24 Q  Did it take a long time?
25 A  I don't remember how long it took.

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                   Page 30

1  Q  Okay.  And when's the last time you had to change
2     or update your voter registration?
3  A  2007.
4  Q  Okay.  And so did you -- do you remember what you
5     had to do for that?
6  A  I filled out a registration form.
7  Q  And did you have to -- well, how did you prove
8     where you resided?
9  A  I don't remember which document I used as proof
10    of address.  It was a long time ago.
11 Q  Okay.  But since then, you haven't had to update
12    it?
13 A  No.
14 Q  Okay.  Have you been involved in any political
15    campaigns?
16 A  No.  I stay away from politics.
17 Q  Okay.  Have you run for office?
18 A  No.
19 Q  Do you have any intent to?
20 A  No.
21 Q  Why not?
22 A  I like what I'm doing in the city clerk's office.
23 Q  Okay.  What is your understanding of what this
24    case we're here for today is about?
25 A  I think it involves recent changes to state

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                   Page 31

1     elections law just based on the questions I've
2     been asked about, the implementation.
3  Q  And do you have -- do you have personal feelings
4     about those laws?
5  A  I think "feelings" is a pretty --
6  Q  Loaded term?
7  A  -- strong word.  Yeah.  I -- I wouldn't say I
8     have any feelings.  You know, the law is the law;
9     and we implement the law, whatever that may be.
10    Some laws are a lot more difficult to implement
11    than others.  But whatever the law is, that's
12    what we're going to follow.
13 Q  Okay.  Why don't we look at your declaration in
14    this case, and that will be the first exhibit
15    we're going to mark.
16        MR. KAWSKI:  I only brought one extra
17    copy.
18        MR. BRIST:  I've got one.
19        MR. KAWSKI:  You've got one?  Okay.
20    Josh, this will be 1 for the witness, Exhibit 1.
21        (Exhibit 1 was marked.)
22 BY MR. KAWSKI (CONTINUING):
23 Q  All right.  Here.  Take a look at Exhibit 1.
24    Look through the whole thing, and make sure it's
25    complete.  And when you're done looking at it,

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                   Page 32

1     let me know if you know what that is.  All right?
2  A  So this is my affidavit.
3  Q  And I guess how -- how is this document prepared?
4  A  I had a meeting with this attorney and Steve
5     Brist and was asked a lot of questions about the
6     implementation of various election laws, and then
7     I was given a draft based on what I had said; and
8     I made quite a few changes to it.  And then I was
9     given another draft, and I think I made even
10    further changes.  And then this is what the final
11    version was that I signed.
12 Q  Do you still have copies of those drafts?
13 A  I don't think so.
14 Q  No.  Were they provided to you in a hard copy or
15    electronically?
16 A  I am not sure.
17 Q  Okay.  Do you remember looking at them on paper?
18 A  I -- I don't know.
19 Q  Okay.  But you didn't do any typing to create the
20    draft?
21 A  No.
22 Q  Someone else filled in what you -- the changes?
23 A  What I had said.
24 Q  Okay.  And then, on the last page, that's your
25    signature?

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 33

1  A   Yes.
2  Q   You executed -- or you signed it January 29th?
3  A   Yes.
4  Q   And do you remember, was it, like, January when
5     you were communicating back and forth about the
6     content of what would be in the declaration?
7  A   Yes.
8  Q   Okay.  All right.  I just want to talk about a
9     few statements in here.  You know, it'll be kind
10    of like a miscellaneous grab bag.  We're not
11    going to go through the whole thing in detail.
12    We already talked about how you are the city
13    clerk.  And you've been in that position for 10
14    years?
15 A   This is my tenth year.
16 Q   Okay.  And when -- in paragraph two where you say
17    you were staff in the city clerk's office, that
18    was the liquor license job?
19 A   Yes.
20 Q   Okay.  All right.  Let's talk about how many
21    staff work at election in Madison.  First, let's
22    talk about the in-person absentee period.  In
23    your office, how many staff are there for that
24    voting period?
25 A   How many staff are located right in the office at

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 34

1     that time?
2  Q   Yes.
3  A   Okay.  That is during the time that we also have
4     the public test of election equipment, and we
5     deliver the election equipment to polling places;
6     so those activities remove one or two people from
7     our office during those two weeks.  And so we
8     have -- I have six full-time employees during.
9     Those two weeks, I have four full-time employees.
10    And then there are three employees that we can
11    borrow at times from the Finance Department, but
12    there's no guarantee that we'll have them.  So,
13    if, for example, some -- somebody calls in sick
14    at a front desk at another agency, that takes
15    priority over helping out the clerk's office.
16 Q   Okay.  So is it fair to say then you have -- you
17    have six full-time employees in your office?
18 A   Yes.
19 Q   Most -- for the 10-day absentee voting period,
20    four are usually available full-time?
21 A   Yes.
22 Q   And then you're perhaps able to draw upon the
23    services of three other full-time employees but
24    only at times?
25 A   That's right.

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 35

1  Q   Okay.  Do you have any part-time employees that
2     work during the absentee voting period?
3  A   For a November election, we will be able to hire
4     some part-time help.
5  Q   But not for April of this year?
6  A   No.  We had no funding for additional employees.
7     Typically, that's just something we can get
8     funding for for a November election; and I don't
9     even know that we get that every November
10    election.  If there are injured bus drivers on
11    workers' comp, we can get some help from them
12    signing absentee envelopes as witnesses; but they
13    have been harder to come by in recent years.
14 Q   Fewer injuries to bus drivers?
15 A   Fewer -- fewer injuries.
16 Q   Okay.  So that's a good thing.  So how would --
17    how would your office obtain additional funding?
18    For example, for the April election of this year,
19    how would you ask for that?
20 A   It would have to be included in the city's
21    budget.
22 Q   So did you make a request for additional funding
23    for April 2016?
24 A   Not for April.
25 Q   No.  Have you made a request for additional

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 36

1     funding for November of this year?
2  A   Yes.
3  Q   And what did you request in terms of how many
4     additional staff the funding would cover?
5  A   I'm just going on memory here from a year ago.  I
6     think it's six part-time helpers.
7  Q   Okay.  And for what period would those part-time
8     helpers be available?
9  A   They would start in late October and then go
10    through November.
11 Q   To the end of November?
12 A   Yes.
13 Q   Okay.  And how do you end up hiring those people?
14    What's the process?
15 A   It goes through the Human Resources Department.
16    They will post a job opening, and then they give
17    us lists of candidates to interview.
18 Q   And do you -- do you set the wage for them, or
19    does HR set the wage?
20 A   Human Resources sets the wage.
21 Q   Okay.  Do you know what the wage is for those
22    folks?
23 A   The last I can recall, it was something like $14
24    an hour.
25 Q   Okay.  And during the time period they're

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 37

1  employed in October and November, do they work
2  full-time during that period?
3 A  No.  They would work maybe 20 to 24 hours a week.
4 Q  And is that due to the nature of their position
5  and how it's approved?
6 A  It -- I think that's how it's posted -- how the
7  job is posted, that it would be part-time,
8  hourly, 20 to 24 hours a week.
9 Q  How did you determine that that would be a
10  sufficient number for November of -- of new
11  part-time employees?
12 A  That is the most we have ever been granted by the
13  Common Council.
14 Q  Okay.  Have you ever asked for more?
15 A  I have asked for more employees in the clerk's
16  office and been turned down.
17 Q  How many have you asked for?
18 A  I would have to go through each budget.  I've
19  asked for -- funding for deputy clerk for a
20  presidential election year and had that turned
21  down.  This past year, we asked to turn a half
22  position into a full position.  That was turned
23  down.  I -- I would have to go through every
24  single budget for the past 10 years to figure
25  that out.

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 38

1 Q  Have you regularly, though, made requests for
2  addition staff and been turned down?
3 A  Not always.
4 Q  No.  Sometimes you've been granted those
5  requests?
6 A  Yes.  So, for example, we were granted six
7  part-time helpers for this November's election.
8 Q  When you have been turned down, has there been
9  some reasoning provided to you?
10 A  Yes.  The shared revenue cuts.  So city agencies
11  have not been getting all of the positions that
12  they've been requesting.
13 Q  Okay.  So, if the Common Council does not approve
14  it, is that the end -- end of the process for
15  making a request?  You can't get a second chance?
16 A  I'm not sure what you mean by that.
17 Q  I mean, they -- they kind of run the final say?
18 A  Yes.  The Common Council sets the budget.
19 Q  Okay.  And how -- I mean, how did that make you
20  feel when you were rejected for a request that
21  was made?
22 A  I'm not really one for bringing feelings into my
23  work.  I know other agencies have supplemental
24  requests each year that also cannot be granted.
25 Q  Okay.  But you do continue to make requests as

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 39

1  needed?
2 A  Yes.
3 Q  Okay.  And for this year, you made a request for
4  six and were granted six?
5 A  Yes.
6 Q  Okay.  But you made no requests for April?
7 A  No.
8 Q  Or February?
9 A  No.
10 Q  Okay.  And then, in addition to the -- the paid
11  employees, are there volunteers that help on
12  election day?
13 A  Are you talking about poll workers?
14 Q  Yes.
15 A  I -- I don't know that I'd call them volunteers.
16  They are paid employees.
17 Q  Okay.  And the reason I ask is, I learned from
18  Neil Albrecht that sometimes the paid -- paid
19  poll workers decide to be volunteer.  Does that
20  happen in Madison too?
21 A  We have a small number who say that they don't
22  need to be paid, but most of our election
23  officials want to be paid.
24 Q  Okay.  Does that -- is it common for at least
25  some to say that they would volunteer and not --

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 40

1  and choose not to be paid?
2 A  I don't know that I would call that common.
3  There are a small number who have said they would
4  be volunteers.  It's an option on the payroll
5  sheet.
6 Q  Okay.  Do you have the ability to recruit true
7  volunteers who are not hired by the city?
8  They're not employees of the city?
9 A  I'm -- I'm not sure what you mean by that.
10 Q  I guess, can you have poll workers that are not
11  employed by the city?
12 A  Yes.  We -- we go through the State's appointment
13  process for poll workers, which is a list
14  submitted by the mayor to the Council.  The
15  Council approves it every other year.  And on
16  that list, there are some people who are willing
17  to be a volunteer; but most of those individuals
18  prefer to be paid.
19 Q  Okay.  So for the April election, you said you
20  had six full-time people working; right?  Were
21  there any volunteers who were not city employees
22  working to help with the election for absentee
23  voting, for example?
24 A  Yes.  After the first few days of absentee
25  voting, I realized that we just did not have

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

| Deposition of MARIBETH WITZEL-BEHL, 4/22/16 | Page 41 |
| --- | --- |

1  enough hands in the office.  I was answering the
2  phone full-time from the moment I got into the
3  office until the end of absentee voting, and we
4  were dropping a lot of calls; so then the voters
5  would call the mayor's office upset that they
6  weren't able to get through to the clerk's
7  office.  So I asked League of Women Voters if any
8  of them would be willing to come into the office
9  to volunteer to do some light tasks, so they --
10  they would not have access to the State's voter
11  registration system; but they helped with handing
12  out voter registration forms in the line, helped
13  with controlling the line of voters, letting
14  voters know when a new station was open at the
15  counter, signing as witnesses, small tasks like
16  that.
17  Q  And so, during the April election, what is the
18  greatest number of those volunteers you had at
19  any one time?
20  A  I didn't even have time to count how many people
21  showed up at one time, but they came and went all
22  day long every day of the final week of absentee
23  voting; and then -- I don't recall what day it
24  was of the first week of absentee voting that I
25  first put out the request.

| Deposition of MARIBETH WITZEL-BEHL, 4/22/16 | Page 42 |
| --- | --- |

1  Q  Okay.  Could you describe for me the set up of
2  your polling place for in-person absentee voting?
3  A  Well, it's not really a polling place.  It's a
4  city clerk's office.  And we have a long counter
5  with some computers there that we use to process
6  the voter registrations and the absentee
7  requests, and then we fill our front lobby with
8  voting booths.
9  Q  Okay.  How many voting booths?
10  A  I didn't count how many.  It was as many as we
11  could fit.
12  Q  Okay.  And at the front counter, how many staff
13  are there that would be assisting voters?
14  A  There were between two and four at any time.  We
15  tried to take at least five-minute lunch breaks,
16  so then sometimes it would get us down to two
17  people at the front counter.  At the same time,
18  we had people coming in to submit license
19  applications; so not everybody at the counter is
20  able to help voters all of the time.  We have
21  other city business that we need to take care of.
22  Q  Can the counter -- what is the maximum number of
23  staff that the counter could actually reasonably
24  accommodate?
25  A  In the past, we've had six stations sit up there.

| Deposition of MARIBETH WITZEL-BEHL, 4/22/16 | Page 43 |
| --- | --- |

1  Q  Okay.  Are what are the various stations?  What
2  are -- are they doing different things at each
3  station?
4  A  It's just whatever the customer needs.
5  Q  Okay.  So, for example, if someone needs to
6  register, that person would be able to register
7  with the same city employee who was also helping
8  to get them a ballot?
9  A  Yes.
10  Q  Okay.  Is that -- do you -- do you know if other
11  municipal clerk offices do it the same way, or do
12  they set up different stations?
13  A  I don't know what others do.
14  Q  Okay.  Do you have the space to set up different
15  types of stations?
16  A  I don't know that that would be the most
17  efficient way to do things because we could have
18  five bartenders -- bartender applicants walk in
19  at the same time; and, if all stations are
20  available, they might as well each step up to a
21  station.
22  Q  What are the two biggest bottlenecks for
23  in-person absentee voting that slow down the
24  process?
25  A  The slowness of the State's new voter

| Deposition of MARIBETH WITZEL-BEHL, 4/22/16 | Page 44 |
| --- | --- |

1  registration system would be the biggest
2  bottleneck.
3  Q  Okay.
4  A  It can take up to 10 minutes to process the voter
5  registration.
6  Q  Let's -- let's talk about that.  Do you mean the
7  computerized system?  Or what -- what about it?
8  A  It's the computerized system.  It is incredibly
9  slow.
10  Q  Okay.  And is it a technology problem, or it --
11  is it something about the process that requires
12  so many more steps than it used to?
13  A  There are more steps, but the system doesn't move
14  quickly through those steps.
15  Q  Okay.  So you're noticing, at least for the most
16  recent elections, a change and a bottleneck due
17  to that registration system?
18  A  Yes.
19  Q  Okay.  And there was no such bottleneck prior to
20  this year?
21  A  Right.  The system is new this year.
22  Q  Okay.  What is -- do you know what the system is
23  caused?
24  A  WisVote.
25  Q  Okay.  Do you remember, like, for what election

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                 Page 45

1   it first went online?
2 A   February.
3 Q   Okay.  And prior to February, you had not noticed
4   this problem?
5 A   Prior to February, I could process 100 voter
6   registrations in an hour.  Now, I can process
7   about 20 in an hour.
8 Q   Okay.  And, again, what -- what is the reason why
9   there's a difference?
10 A   It is incredibly slow.  I don't know the
11   technical reason behind that, but it is -- you
12   are sitting and staring at the computer while the
13   little circle goes around.
14 Q   Okay.  So it's -- you have to go through multiple
15   screens to enter information?
16 A   Not necessarily.
17 Q   No?
18 A   No.
19 Q   Okay.  So I don't know -- I don't know -- I don't
20   know technology that well either.  But is it that
21   you enter one piece of information, you tab
22   through to the next one, and it needs to think a
23   little bit before it allows you into the next
24   piece?
25 A   No.  It is that, if you are registering to vote

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                 Page 46

1   at an address where nobody currently is
2   registered to vote and that goes right down to
3   the apartment number, then that address needs to
4   be validated in the system and found on a map and
5   needs to be given a district combination code;
6   and that takes forever.
7 Q   Okay.  So that -- you said that that new
8   registration system is the number one bottleneck
9   for in-person absentee voting.
10 A   Yes.
11 Q   What would you say is the second?
12 A   Voter ID.
13 Q   Voter ID.  Okay.  What about voter ID?
14 A   There are voters who assume that they have an ID
15   that is not the -- an ID that would be
16   acceptable, but it is not the biggest issue we
17   have.  There is out-of-state IDs.  And then, when
18   the voter finds out that we cannot accept that,
19   they get very irate; and that stops the line.  We
20   also have voters who go the opposite way, and
21   they realize they need an ID; and so they bring
22   in all documents they can think of that could
23   possibly apply, including their birth
24   certificate.  And so they're showing us all of
25   this documentation.

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                 Page 47

1 Q   So when they're waiting in line, if there is a
2   line, there must be signage that tells them what
3   are valid IDs; right?
4 A   There is.  And we had League of Women Voters
5   talking to people, but it doesn't always sink in
6   while somebody's in line if they're playing with
7   their cell phone.
8 Q   So that -- is that a -- in your 10 years, I'm --
9   I'm sure you've seen more people with cell phones
10   in line; right?
11 A   I -- I don't count how many people have a cell
12   phone.
13 Q   But, I mean, that's more of a regular thing these
14   days than it was 10 years ago?
15 A   Probably.
16 Q   So people are distracted by the phones and aren't
17   really paying attention to the signs around
18   the --
19 A   Right.  And some people are reading books.
20 Q   Okay.  So that's the -- you say voter ID is the
21   number two thing that causes bottlenecks.  I
22   don't know -- you said that sometimes the
23   registration can result in like a ten-minute
24   delay.  Can you describe what kind of delay voter
25   ID could create or an average of how much more

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                 Page 48

1   time it creates for someone to vote?
2 A   For in-person absentee voting?
3 Q   Yes.
4 A   I haven't done timing on that in our office
5   compared to the old way.
6 Q   Okay.  What about on election day?  Have you
7   compared with the new voter ID procedure to prior
8   to the procedure how much extra time it takes?
9 A   Yes.  It doubled the amount of time --
10 Q   Okay.
11 A   -- checking in at the poll book.
12 Q   Okay.  So when you say "doubled the amount of
13   time," how much time are we talking about?
14 A   It used to be that -- under the old rules, it
15   would be about 20 seconds to check-in at the poll
16   book; and now it is almost a minute depending on
17   the polling place.  So between 40 and 60 seconds.
18 Q   And so, if I show up and hand them my ID, you're
19   saying it takes 40 seconds now?
20 A   Yes.
21 Q   Why is that?
22 A   There's more to -- more involved in checking the
23   ID; and there is, along with that, the
24   requirement for the signature on the poll book.
25   So when the rules changed, we did some mock

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

1   elections to time the new rules and to try to
2   figure out what the most efficient way would be
3   to try to check voters in.
4 Q   **So the signature requirement, how much time does**
5     **that add?**
6 A   I don't have it broken down to just the signature
7     because this was implemented at the same time --
8 Q   **Okay.**
9 A   -- we did our mock election testing both the
10    signature and the voter ID together.
11 Q  **Okay.  So you can't estimate then how much more**
12    **time the signature creates or how much more time**
13    **the voter ID requirement creates?**
14 A  No.  I would just be speculating.
15 Q  **Okay.  So it's possible the signature requirement**
16    **creates fif -- 30 extra seconds; the voter ID**
17    **creates 10?**
18 A  I don't know.
19 Q  **Okay.  You didn't -- and you didn't do that**
20    **analysis?**
21 A  No.
22 Q  **Okay.  What -- what problems, if any, can the**
23    **signature requirement create?**
24 A  Finding the right box on the poll book.
25    Sometimes a voter will sign the wrong box, and

1   then the poll workers need to stop everything and
2   get that documented in then the inspector
3   statement.  It is a -- not at a good level for
4   the voter.  The voter has to lean over and --
5 Q   **Is it like --**
6 A   -- like, we're AUDIO at a standing table for the
7     voter to sign.
8 Q   **Is there also an issue in that the poll book is**
9     **facing one way for the poll worker and another**
10    **way for the voter so it's kind of upside down?**
11 A  I -- I don't know that that's an issue.
12 Q  **Okay.**
13 A  That's how the poll book is set up.
14 Q  **Okay.  Okay.  All right.  In your declaration,**
15    **you've talked about -- paragraph four.  And this**
16    **is -- extends from the first page over to the**
17    **second page.  You talk about, at some point,**
18    **there being lines in a 2012 general election that**
19    **were two city blocks long.  And do you see that**
20    **it's the last sentence of paragraph four?**
21 A  Yes.
22 Q  **So when did that occur again?  That was the**
23    **November 2012?**
24 A  Yes.
25 Q  **Okay.  So what was the cause of that?**

1 A   There were so many people voting absentee, over
2     1,000 voters a day voting absentee in our office.
3 Q   **Okay.  And do you remember what day of the week**
4     **there -- that -- that kind of line, the two-block**
5     **long line --**
6 A   I don't remember what day of the week that was.
7 Q   **Okay.  Was it a weekend day?**
8 A   That was during the workweek.  I remember that
9     because I was hoping that the fire marshal would
10    not stop by.
11 Q  **Could it have -- or do you recall if it was on**
12    **the last day of absentee voting that there was**
13    **such a long line?**
14 A  No, because I remember having that concern
15    several days.  And one day, the fire marshal did
16    stop by; and I had to send a lot of the voters
17    outside of the building to wait outside in the
18    cold.
19 Q  **Did you have that issue arise in April of this**
20    **year with concerns about fire safety?**
21 A  We did reach a point where I was concerned
22    because we were going all of the way down --
23 Q  **Right.**
24 A  -- the hallway.
25 Q  **Right.  So I -- I walked by your polling location**

1   at about 4:20 p.m. on April 1st to see what the
2   line was like, and I saw it was down the hallway.
3   **Correct?**
4 A   Yes.
5 Q   **Is that the longest it had been during the**
6     **absentee period this year, or was it longer than**
7     **that?**
8 A   I don't know how long it got because, as I said,
9     I was answering the phone nonstop.  I hardly had
10    a chance to use the bathroom during the day; and
11    that is when I see how long the line is, when I
12    sneak out to take a bathroom break.
13 Q  **Okay.  So when it's to the end of the hallway in**
14    **your building, how long does that take the last**
15    **person to get up to vote?**
16 A  It depends.  It depends on how many stations we
17    have at the counter that are going, how long the
18    ballot is, which determines how quickly a new
19    voting booth might free up, and how many voters
20    we can get through at the counter in a minute.
21 Q  **Okay.  So it just really depends?  I mean, it**
22    **wasn't --**
23 A  It really --
24 Q  **-- like, you could say it was three hours or**
25    **something like that?**

One Wisconsin Institute, Inc., et al. vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                Page 53

1  A  It really varies.
2  Q  Okay.  Can you say, though, what is, do you
3     think, during this most recent absentee voting,
4     what is the longest wait time that a voter would
5     have had?
6  A  I don't know what the longest is that somebody
7     would have had, but I did have a voter yelling at
8     me from the front counter because she was in line
9     for nearly two hours.
10 Q  Okay.  Do you remember what day that was?
11 A  No.
12 Q  Was it the last day of absentee voting period?
13 A  No, it wasn't.
14 Q  Okay.  Did she say why she was in line for so
15     long, like what the reason was?
16 A  She said that I should get off the phone and
17     start helping at the counter myself.
18 Q  So what was her issue, that she had to register
19     and had some voter ID problems?  She didn't say?
20 A  She didn't specify.
21 Q  Okay.
22 A  She -- she was upset that she had been in line
23     for a long time, and she expressed her anger to
24     me.
25 Q  Okay.  So what do you think makes -- drives

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                Page 54

1     turnout then?  What makes so many people show up?
2  A  I don't try to figure out why people are voting.
3     I just am happy that they do vote; but I -- I
4     don't ask people at the counter, Why are you
5     here.
6  Q  Could it be that there's a lot of interest in the
7     election?
8  A  There could be interest in the election.  There
9     could be people who vote in every election.  I
10     think for each voter it might be a different
11     reason that they're voting, so I don't want to
12     generalize this.
13 Q  Okay.  And in this most recent election, did you
14     see that turnout was very high?
15 A  It was the highest turnout that we've had for an
16     April election.
17 Q  Ever?
18 A  As far back as our record goes.
19 Q  Okay.  Did that surprise you?
20 A  Well, I look at the absentee requests we receive
21     and use that to try to project what turnout will
22     be.  So as the absentee requests kept pouring
23     into our office, I kept increasing our ballot
24     order; so I wasn't surprised.
25 Q  Okay.  Did you -- does your office do like an

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                Page 55

1     estimate ahead of time of what you predict the
2     turnout will be?
3  A  Yes.
4  Q  And what did you estimate this -- for this April
5     election in 2016?
6  A  67 percent.
7  Q  And do you know what it actually was?
8  A  66 percent.
9  Q  Very good estimate.  So when you said that you
10     estimate based on the number of absentee requests
11     coming in, you mean mail-in absentee requests?
12 A  Yes.
13 Q  And I guess what I mean by that is absentee
14     ballots that people wanted to vote by mail?
15 A  Right.  They send their ballot through the mail.
16     Correct.
17 Q  And I know in your declaration you talk about how
18     the changes in the law have encouraged people to
19     use that option.  Have you --
20 A  Yes.
21 Q  Have you seen more and more people using the
22     mail-in absentee option?
23 A  Yes.
24 Q  Do you have a sense or can you say, has it like
25     doubled or tripled over your time period in the

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                Page 56

1     clerk's office?
2  A  I haven't had time to analyze those statistics
3     down to that level.
4  Q  Okay.  In the declaration -- we can talk about
5     that because I think it's paragraph eight.  You
6     talk about the costs for your office as of 2013
7     of an absentee ballot cast by mail.  Do you see
8     where in paragraph eight you address that?
9  A  Yes, I do.
10 Q  And what -- and what did you say is the cost for
11     absentee -- ballot casts by mail versus casting
12     one in person?
13 A  $4.79 by mail.  $0.55 in-person.
14 Q  Okay.  And so how did you make those
15     calculations?
16 A  I took our printing costs for everything that
17     goes into what we mail out with an absentee
18     ballot, so the outside envelope, the inside
19     return envelope, the postage on the inside return
20     envelope, the uniform instruction letter, the
21     instruction letter from the clerk's office, and
22     then the insert we put in reminding voters to
23     make sure their signatures are on the envelope,
24     and then calculated the staff time that we spend
25     assembling those.  I also included the costs of

---

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

1    the labels that we put on them, and then I
2    calculated the cost of the -- one envelope we use
3    at the counter, the cost of the one label there,
4    and the staff time at the counter.
5  Q  Okay.  What was driving you to do these
6     calculations?
7  A  A clerk that I know in Germantown -- I think she
8     was with a different municipality at the time --
9     had calculated it for her municipality.  Her --
10    her mail cost was higher than what mine came down
11    to, but she had mentioned it to me; and I thought
12    -- I wondered what it was for our municipality.
13 Q  Okay.  So is the mail option a convenient option
14    for a voter?
15 A  I guess it would depend on the voter.
16 Q  Okay.  And what would -- what would make it
17    depend, I guess?
18 A  I think convenience depends on the person; so I
19    don't want to just generalize what's convenient
20    for other people --
21 Q  Sure.
22 A  -- people other than myself.
23 Q  Would it be a way, though, to avoid the lines
24    that are on -- during the absentee voting period?
25 A  You know, it really would depend.  I talked to a

1    number of voters on all of those phone calls I
2    was taking at election time who did not want to
3    send us a copy of their ID because they were
4    concerned about identity theft or somebody
5    getting a hold of their ID through the mail, and
6    so they were not going to be using the option of
7    voting by mail because of that ID requirement.
8    So it's -- it's just --
9  Q  So do you --
10 A  -- depending on the voters' own personal
11    preferences.
12 Q  Do you kind of discourage voting by mail?
13 A  I don't discourage voting of any type.
14 Q  Do you encourage voting by mail-in ballot?
15 A  I don't encourage it but I don't discourage it.
16 Q  Okay.
17 A  But, if somebody is able to vote at the polls, I
18    think that's the safest way to make sure your
19    ballot is counted because, if you mark an
20    overvote on your absentee, you don't have a
21    chance to correct that at the polls.  Part of the
22    danger with the absentee by mail option is that,
23    if you don't have your signatures on the
24    envelope, it will be rejected; and then there's a
25    timing component with the post office, which has

1    become more complicated now that our mail is
2    sorted in Milwaukee.  It's taking longer for
3    voters to get their ballots in the mail and then
4    to get the ballots back to us.
5  Q  Is that a recent change about the mail being
6     sorted in Milwaukee --
7  A  Yes.
8  Q  -- versus Madison?  When -- when did that change
9     occur?
10 A  Recently.  I don't know exactly when that
11    happened but --
12 Q  But -- but that change that the federal
13    government made or whoever, I guess the post
14    office, is creating delays?
15 A  Delays in the mail.
16 Q  Okay.  But that's not something the city is
17    responsible for?
18 A  I have people calling and swearing at me about
19    it, so voters think that somehow the city clerk
20    can control the mail; but that's not true.
21 Q  And I should say, it's not something the state is
22    responsible for either.
23 A  No.
24 Q  What type of delay are we talking about that's
25    created by this change of having the mail sorted

1    in Milwaukee?
2  A  We used to be able to put a ballot in the mail,
3     and the voter would receive it the next day.  Now
4     we're hearing from voters three days later
5     still have not received their ballot.
6  Q  Okay.  Perhaps someone should contact the federal
7     government and get them straightened out.  So
8     have you yourself ever used the mail-in absentee
9     option?
10 A  No.  I vote absentee in the office because I
11    think, as long as I'm there, I might as well save
12    the taxpayers that money.
13 Q  Okay.  And, I mean, is your office concerned
14    about saving money; and that's why, you know,
15    you're not actively encouraging the -- the
16    mail-in absentee option?
17 A  I -- I don't know why we would actively encourage
18    any one option over the other.  The voter has a
19    choice to vote at the polls, to vote absentee
20    in-person, or to have a ballot sent to them
21    through the mail.  And it's up to the voter what
22    they'd like to do, so we don't push the voter
23    into one option or another.
24 Q  But it's not like a cost -- a budgetary measure
25    to make sure that -- you know, that more people

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16          Page 61

1  show up in-person absentee versus mail-in?
2 A  The number of voters who show up in person,
3  that's the number it is.  The number who want
4  ballots by mail, that's the number we send out.
5  We don't try to influence that in any way.
6 Q  And -- and I don't even know how you would
7  necessarily.
8 A  No.
9 Q  Let's see.  Let's talk absentee voting on the day
10  before the election when that was allowed.  How
11  did that effect the work you had to do to prepare
12  for election day?
13 A  It was like any other day leading up to the
14  election.
15 Q  So does it -- does it save you any time to not
16  have to do absentee voting in person that day?
17 A  I -- I wouldn't say that it saves time.  We -- we
18  either are helping voters on the phone, or we're
19  helping them at the counter; or we're responding
20  to their e-mails.  We're -- we -- we have work to
21  do no matter what, so I don't know what you mean
22  by saving time.
23 Q  I guess you wouldn't be able to do that work if
24  you were also processing absentee ballots that
25  day?

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16          Page 62

1 A  If we were processing absentee ballots, then we
2  would be shifting some resources around just like
3  anything else.
4 Q  But you agree, though, that taking the absentee
5  balloting out of the equation on the Monday
6  before an election allows you to do other work on
7  that Monday?
8 A  I have a lot of voter complaints to deal with on
9  that day of people who need to go visit their
10  dying mother or have suddenly been called away
11  for business, and I have to tell them that I
12  can't issue them an absentee ballot.  And they're
13  very angry about that; and those discussions take
14  a long time to resolve, to have them let me go.
15 Q  Okay.  So you don't agree then that you're able
16  to divert resources to other activities on the
17  Monday before the election now that there is no
18  absentee voting?  You do not agree with that
19  statement?
20 A  There really is nothing else to be done at that
21  point.  Everything that we had to do to prepare
22  for having our polling places set up had to have
23  been done the previous week.
24 Q  Okay.  So -- and what -- at what point prior to
25  election day are the polling places all ready to

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16          Page 63

1  go for election day?
2 A  The Saturday before the election is when
3  everything is picked up and dispersed to the
4  chief inspectors.
5 Q  Okay.  So who does that dispersing?
6 A  Staff in the clerk's office.  We train the chief
7  inspectors the Saturday before the election, and
8  then the chiefs pick up their supply totes.
9 Q  So now that you don't have absentee voting the
10  Saturday before the election, that frees up time
11  to do that work; correct?
12 A  It's not done by the same people.
13 Q  Okay.  But it frees up time for someone to do
14  that work; correct?
15 A  I was always doing that work every election so --
16 Q  Okay.
17 A  And I'm not usually the one at the front counter,
18  so it's the same as it always was for the chief
19  inspectors.
20 Q  But you don't have to deal with issues relating
21  to absentee ballots on the Saturday before an
22  election anymore?
23 A  We no longer have voting the Saturday before the
24  election.
25 Q  And so you're able to use that time to do other

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16          Page 64

1  things?
2 A  At that point, everything else is done.
3 Q  So you -- you just take that day off?
4 A  I train the chief inspectors in the morning, and
5  then I have nothing else to do.
6 Q  So, during the absentee ballot period, would you
7  still have been training the election inspectors
8  that morning?
9 A  Yes.
10 Q  Okay.  So, for you, nothing has changed?
11 A  For me, nothing has changed.
12 Q  For other employees in your office, though, do
13  they get the day off now?
14 A  They -- all but a couple get the day off.  Like I
15  mentioned before, we did add some other training
16  on that Saturday because we weren't able to train
17  during the week; so I had two employees in the
18  office.  Each training groups of over 100.
19 Q  Okay.  But some of your employees were able to
20  take the day off?
21 A  Yes.
22 Q  And Sunday too; correct?
23 A  Yes.
24 Q  And that was not the way it worked before the
25  changes to the absentee ballot period; correct?

---

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                          Page 65

1  A  Right.
2  Q  **They did not get Saturday and Sunday off?**
3  A  They could have had Saturday and Sunday off.  It
4     was optional to work those overtime hours.
5  Q  **Okay.  And they were paid overtime?**
6  A  Yes.
7  Q  **Time and a half?**
8  A  Yes.
9  Q  **Okay.  Going back to paragraph five, you talk**
10    **about offering in-person absentee voting after**
11    **7:00 p.m. for high-turnout elections in the past?**
12 A  Yes.
13 Q  **So what -- how late would you have offered**
14    **absentee?**
15 A  8:00 p.m.
16 Q  **That was the latest?**
17 A  Yes.
18 Q  **Never beyond 8:00 p.m.?**
19 A  No.
20 Q  **Okay.  Why -- why choose 8:00 p.m.?**
21 A  Well, the polling places close at 8:00 on
22    election day.  So it was similar to the time that
23    the polling places would close on election day,
24    and it's easier to find parking downtown after
25    6:00 p.m.

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                          Page 66

1  Q  **Wouldn't it have been convenient for a lot of**
2     **people to offer it as late 9:00 or 10:00 p.m.?**
3  A  I don't know.
4  Q  **But you never -- you never did that?**
5  A  No.
6  Q  **Did you ever consider it?**
7  A  No.
8  Q  **Why not?**
9  A  I don't know how many people want to travel
10    downtown that late at night for visiting a city
11    facility.  I think, if you're traveling downtown
12    that late at night, you probably have other
13    plans.
14 Q  **Okay.  I hope so.  Let's shift gears to another**
15    **topic, election observers.  Do you have a lot of**
16    **election observers at your polling place?**
17 A  It depends on the election.  It depends on the
18    polling place.
19 Q  **Let's talk about April 2016.  Did you have a**
20    **number of observers?**
21 A  We did have some observers.
22 Q  **About how many?**
23 A  I haven't gone through the sign-in sheets to
24    count out how many there were.
25 Q  **Anecdotally, do you remember how many you saw?**

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                          Page 67

1  A  I only took time to look at one sign-in sheet
2     because an observer -- an observer there had to
3     be thrown out of the polls, and there were two
4     observers who had checked in at that point.
5  Q  Okay.  Explain to me that situation where someone
6     was thrown out.
7  A  There was an observer who was supporting a
8     candidate for county board, and they refused to
9     stay in the designated observer area; so they
10    were given one warning.  And then, when they
11    tried to walk around the polling place again,
12    they were told they had to leave.
13 Q  **And who -- who makes that order?**
14 A  The chief inspector.
15 Q  **Okay.  Not you?**
16 A  No.
17 Q  **Okay.  So the chief inspector ordered that person**
18    **to leave?**
19 A  Yes.
20 Q  **Was there security that helped with that?**
21 A  After the person left the polling place, she saw
22    him looking through the windows; so she did call
23    the police.
24 Q  **Okay.  And then that person -- the observer**
25    **dispersed?**

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                          Page 68

1  A  I know that the police did talk to the observer.
2  Q  Okay.  Do you remember what group the observer
3     was with?
4  A  It was -- the observer was with a candidate.
5  Q  Okay.  Do you remember which candidate?
6  A  Michelle Ritt.
7  Q  Okay.  Do you know the observer's name?
8  A  Paul Rusk.
9  Q  Okay.  Is that a regular observer?
10 A  I don't know how often he observes.
11 Q  But someone you've seen before?
12 A  I don't -- I don't know if I've seen him in
13    person or not.  I know the name.
14 Q  Why do you know the name?
15 A  He is my county supervisor.
16 Q  Okay.  And so do you know what time of day that
17    happened?
18 A  It was toward the end of the night.
19 Q  Okay.  On which day of absentee voting, or was it
20    on election day?
21 A  Election day.
22 Q  It was on election day.  Okay.  All right.  Any
23    other problems with observers either during
24    absentee or election for April 2016?
25 A  I'm not aware of any other observer issues for

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

Deposition of MARIBETH WITZEL-BEHL, 4/22/16    Page 69

1    April.
2  Q  Could you describe for me, if you know, the --
3      the observer space at your location, Downtown
4      Madison?  Where -- where is it set up?
5  A  It is right inside the door of the office facing
6      our front counter.
7  Q  Okay.  About how many feet is it from where
8      voters are?
9  A  About three feet.
10 Q  Okay.  In this law -- or, in this lawsuit, you
11     understand that -- that's -- there -- that's
12     being challenged, that statute about where
13     observers can stand; right?
14 A  Well, I -- I know it's in the affidavit as --
15 Q  Okay.
16 A  -- an issue.
17 Q  So what is your understanding about what the
18     chief election inspector can tell people about
19     where they can stand?
20 A  We have them designate an observer area within
21     three to eight feet of the area that they're
22     observing, and they -- the observer needs to stay
23     in that area; and they need to be able to hear
24     the names and addresses of the voters who are
25     checking in.

Deposition of MARIBETH WITZEL-BEHL, 4/22/16    Page 70

1  Q  Do -- is the area marked off with tape or
2      something else?
3  A  That's what we have suggested to our poll
4      workers, that they tape it off.
5  Q  Okay.  And do they, in fact, do that?
6  A  I know a lot of them do.
7  Q  Okay.  And I -- I guess what polling place are
8      you most familiar with where you actually have
9      personal knowledge of what occurs?
10 A  Are you talking about being in the space itself?
11 Q  Yeah.  I'm wondering -- I mean, you seem to be
12     talking generally about polling places.
13 A  Yes.
14 Q  But is there one particular one where you know
15     what occurs?
16 A  On election day, I am on the phone with the
17     polling places all day long troubleshooting.
18 Q  Okay.
19 A  And I'm not able to get out to the polling sites
20     on election day.
21 Q  Okay.
22 A  In case something like a bomb threat comes in, I
23     need to be right there in the clerk's office; so
24     I have staff going out and visiting each polling
25     location throughout the day.

Deposition of MARIBETH WITZEL-BEHL, 4/22/16    Page 71

1  Q  Okay.  And so, if the chief election inspector
2      says, Okay, three feet is too close for this
3      polling place.  I want him to stand four feet
4      away.  Is that permissible under the law?
5  A  Yes.
6  Q  Okay.  What if they say, I want him to stand six
7      feet away?
8  A  They can.  They still need to be able to hear the
9      names and addresses of people.
10 Q  And -- and further away is getting to be more of
11     a problem to hear the names and addresses?
12 A  Right.
13 Q  Okay.
14 A  Depending upon the acoustics of the polling
15     place.
16 Q  But the law doesn't, as far as you know, mandate
17     that they must stand within three feet?
18 A  No.  It's three to eight feet.
19 Q  Okay.  I think there's some confusion out there
20     about that, perhaps even by the plaintiffs in
21     this lawsuit.  They don't understand how the law
22     works.
23         MR. KAUL:  Objection.
24  BY MR. KAWSKI (CONTINUING):
25 Q  Let's talk about residency rules.  So you -- you

Deposition of MARIBETH WITZEL-BEHL, 4/22/16    Page 72

1      understand that there's a 28-day duration
2      residency requirement in Wisconsin?
3  A  Yes.
4  Q  Why do we have a durational residency
5      requirement?
6  A  For any of the laws, I don't speculate why they
7      were passed.  It's just the requirement that we
8      have.
9  Q  Okay.  So it doesn't really matter to you whether
10     it's 28 or 10 days.  Just -- you just follow the
11     law?
12 A  Right.
13 Q  Okay.  But you're critical of the 28-day
14     requirement in your declaration; right?
15 A  Yes.  They -- they -- we have had issues with
16     voters trying to register on election day and
17     they have moved within 28 days of the election.
18 Q  Did you ever have issues of voters who have --
19     when the old requirement was ten days, did you
20     ever have voters show up that had just moved nine
21     days ago?
22 A  I'm sure we did, but the language on the
23     registration form was also different at that
24     time.
25 Q  Okay.  When did that language change?

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16     Page 73

1 A   It's gone through a number of changes, so I can't
2    tell you definitely what year each change was
3    made. You'd probably have to find that out from
4    the GAB.
5 Q   Okay. And, in the declaration, you talk about
6    that form and kind of complain about the language
7    in it, right, or criticize it, I guess?
8 A   I'm just passing on the -- the difficulty we have
9    in explaining to voters that they can register --
10    use that form for the address they were at
11    28 days ago, even though they clearly have intent
12    to move from that address because they've already
13    done so.
14 Q   So when -- when did that requirement change again
15    from 10 to 28 days?
16 A   You know, elections tend to run together for me
17    because they happen so frequently; so I don't
18    recall exactly which election that change took
19    place.
20 Q   But have you yourself expressed this concern
21    about the form being misleading to the GAB?
22 A   I did call the Government Accountability Board on
23    election day the first time this came up to ask,
24    What does a voter do if they do have intent to
25    move and they need to register at their previous

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16     Page 74

1    address? And the person I spoke with at the GAB
2    said, Well, they just sign it. The voter was not
3    happy with that advice because they were
4    certifying under penalty of election fraud that
5    they have lived at this address with no present
6    intent to move.
7 Q   Have you had more than one voter lodge that
8    complaint with you?
9 A   Yes.
10 Q   A lot of voters that have lodged that complaint
11    or --
12 A   More than I can count.
13 Q   Okay.
14 A   And there may be voters expressing concerns to
15    the chief inspectors that are resolved at the
16    polling place, but these have been situations
17    where the chief inspector reaches a point that
18    they call the clerk's office, ask to speak to me,
19    and put the voter on the phone.
20 Q   So they're complaining about the -- the form
21    being -- the language of the form. They're not
22    complaining about the 28 days necessarily?
23 A   I have been sworn about -- at over the 28 days as
24    well. The voters have told me, you know, Not
25    only do I not intend to ever live in this old

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16     Page 75

1    district anymore, I intend to stay at the
2    district where I'm moving; so why can't I vote
3    for people who are going to represent me?
4 Q   And so has the complaint -- or has the issue,
5    when it's been raised with the GAB, fallen on
6    deaf ears?
7 A   I don't want to jump to assumptions on what
8    they've done with information from the calls that
9    we make to them.
10 Q   Have you made that call recently, like in the
11    last year about that?
12 A   Not in the last year.
13 Q   No. Do you know if other clerks that you've
14    spoken with have the same issue with the form?
15 A   I don't know whether other clerks have talked to
16    the GAB about this or not.
17 Q   Have you talked to Neil Albrecht about the form
18    and this problem?
19 A   No.
20 Q   Okay. I -- I think he brought it up in his
21    declaration too. Okay. Back to observers. I
22    forgot one thing. You talked in paragraph ten
23    about Ardis Cerny?
24 A   Yes.
25 Q   What's your familiarity with Ms. Cerny?

---

Deposition of MARIBETH WITZEL-BEHL, 4/22/16     Page 76

1 A   Well, I try to attend GAB board meetings when I
2    can when I know they're talking about something
3    that's going to maybe give us guidance on
4    election law; and I recognize her from her
5    testimony. Every meeting I've gone to, she's
6    testified there. And then, when a chief
7    inspector called me to notify me of a problem he
8    was having with an observer, he told me her name;
9    and I recognized that name.
10 Q   Okay. So have you had some chief election
11    inspector calling you more than once about her?
12 A   There were a couple of polling places that called
13    me about her on this particular day. The second
14    call I got was an election official who was
15    calling in about something else and said, By the
16    way, we had difficulty keeping an observer in the
17    observer area earlier; but she left. Since then,
18    she had been kicked out of Capitol Lakes polling
19    place.
20 Q   Okay. And when was that?
21 A   I don't remember which election that was.
22 Q   Was it maybe presidential 2012, November?
23 A   I don't know for certain which election it was.
24 Q   Okay. But you said she had been kicked out of a
25    polling place in Madison?

---

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 77

1 A  Yes.
2 Q  Okay.  Have you had any other issues with her
3     recently?
4 A  Not that I'm aware of.
5 Q  Okay.  Any other issues with observers of anyone
6     that might be affiliated with her or in the same
7     group as her?
8 A  Not that I'm aware of.
9 Q  Okay.
10       MR. KAUL:  Clay, if you're going to
11    switch topics -- we've been going for about an
12    hour and a half -- do you want to take a break?
13       MR. KAWSKI:  Yep.  Let's take a break.
14    I'm going to go through my notes.  I don't have a
15    lot left.
16       MR. KAUL:  Okay.
17       MR. KAWSKI:  Off the record, please.
18       (Recess.)
19       MR. KAWSKI:  Okay.  Back on the record,
20    please.
21 BY MR. KAWSKI (CONTINUING):
22 Q  Let's talk about voter registration.  If you want
23    to turn to, like, paragraph 17, page six.
24 A  Okay.
25 Q  You're familiar with that.  You can use

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 78

1     electronic documents to prove your residence
2     currently?
3 A  Yes.
4 Q  Do you know about when that change came in to
5     being?
6 A  I remember the Government Accountability Board
7     meeting where they made that change.  I don't
8     remember what year it was, but I remember being
9     at that meeting.
10 Q  Has it been a helpful change?
11 A  Yes.
12 Q  Okay.  In what way?
13 A  A lot of people now pay their bills
14    electronically and have gone paperless where they
15    can, so they now receive those documents online.
16 Q  Do you see a lot of people using electronic
17    documents to register?
18 A  Well, the registrations that I deal with the most
19    are the ones that come in through the mail; and
20    so there may be some that have been printed from
21    an online source.  But I wouldn't know whether,
22    you know, it came from straight from the bank or
23    it's a printout from an attachment to their bank
24    website.
25 Q  Okay.  In paragraph 17, you talk about, the

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 79

1     clerk's office has received a couple thousand
2     voter registration forms without documentary
3     proof of residence?
4 A  Yes.
5 Q  Over what time period?
6 A  For as long as I can remember, but it's become
7     greater and greater in the past two years that we
8     receive the federal registration form or a state
9     registration form that was mailed out by some
10    group trying to be helpful.  And they fill out
11    the form, mail it to us, but they don't include
12    any proof of residence.
13 Q  The -- so you said it's as far back as you
14    remember is the count of a couple thousand.  So
15    does that mean like 10 years?
16 A  Well, I would say, this past month, it was at
17    least 300 that I prepared a letter for those
18    voters to let them know we can't process your
19    registration without proof of address; and that's
20    a pretty typical month.
21 Q  Okay.
22 A  So it's hundreds every single month.
23 Q  Okay.  And so you mean for, like, the month of
24    April or the month of March?
25 A  Month of March.

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 80

1 Q  Okay.  In paragraph 18, you talk about using the
2     corroboration option, which is no longer
3     available?
4 A  Right.
5 Q  You say it was often used by couples?
6 A  Yes.
7 Q  Can you quantify that?
8 A  We have number of couples who, when they move --
9     and I'm -- by couples, I mean married couples who
10    move; and everything gets set up in the name of
11    one person.  One person takes care of the move
12    and puts the utility bills in their name and gets
13    everything set up, and then the other member of
14    that couple finds they don't have anything in
15    their name.
16 Q  So I guess how many times do you see that happen?
17 A  We see it happen frequently.  Just on election
18    day in April, I talked to somebody who called us
19    from the polling place.  And they had moved to a
20    new address, and everything was set up in the
21    wife's name; and the husband didn't have anything
22    in his name.
23 Q  So maybe you get one call like that per election?
24 A  I got one call this past April.  Some elections,
25    it's more than one call; and then I don't always

1 hear from those voters, either I've talked to
2 election officials who have had to deal with
3 that --
4 Q **I mean, I guess I'm trying to find out from you**
5 **if it's a very serious issue or if you only get a**
6 **handful of calls per election.**
7 A Well, it's a very serious issue if there's one
8 person who's eligible to vote and I have to tell
9 them, No, you can't. I would view that as a very
10 serious issue for this man who wasn't able to
11 register because everything was set up in his
12 wife's name.
13 Q **Couldn't he have planned ahead, though, and got**
14 **something set up in his name?**
15    MR. KAUL: Objection. Answer to the
16 extent you know.
17    THE WITNESS: I'm sorry. I didn't
18 understand the last sentence.
19    MR. KAUL: My objection is to the
20 foundation, but I'm not going to AUDIO -- but I
21 would instruct the witness to answer to the
22 extent they know.
23 A I wouldn't know what his personal circumstances
24 are, so I try not to judge voters when they have
25 issues come up. We don't know what their story

1 is and what else they're dealing with.
2 BY MR. KAWSKI (CONTINUING):
3 Q **I have a similar question. Skipping ahead to**
4 **paragraph 25 on page eight --**
5 A Right.
6 Q **-- you talked about a count of 500 voters who**
7 **used the form from a landlord.**
8 A Yes.
9 Q **During what time frame was that count made?**
10 A That was the month leading up to a November
11 election, so that was in mid-October until
12 November.
13 Q **Of 2012?**
14 A Then -- it may have been 2012. I don't think it
15 was 2008. I think it was 2012, but I don't know
16 for sure. You know, perhaps it was 2010. It was
17 a November election.
18 Q **And why were you doing that count?**
19 A There was a city ordinance that was passed that
20 required landlords to provide voter registration
21 forms and a letter from the clerk's office with
22 instructions to new tenants, and I was just
23 curious. I wondered if we're going to be getting
24 these forms back, and so I put a little star on
25 those that I made available to the landlords just

1 to see; so I was just curious. That's why we
2 counted.
3 Q **Okay. In the next section of the declaration,**
4 **you talk about absentee voting and -- and**
5 **e-mailing and faxing ballots; right?**
6 A Yes.
7 Q **And so you say, Madison sent more ballots via**
8 **e-mail to voters who were overseas than any other**
9 **municipality in Wisconsin; correct?**
10 A That's correct.
11 Q **I guess how do you know that Madison sends more?**
12 A That's what I found out from the Government
13 Accountability Board.
14 Q **Okay. How did you find that out?**
15 A In a conversation with Kevin Kennedy.
16 Q **Okay. And how many -- I guess, how many and over**
17 **what time period do you send these? Or did you,**
18 **I should say.**
19 A I'm not -- I'm not quite following.
20 Q **So, for example, if you looked at the**
21 **November 2012 presidential, how many ballots did**
22 **you send voters by e-mail?**
23 A I don't have that number with me.
24 Q **10,000?**
25 A Not 10,000.

1 Q **5,000?**
2 A I don't know how many.
3 Q **100?**
4 A I don't know. I'm not the one who personally
5 sends those out.
6 Q **Okay. Five?**
7 A Definitely more than five.
8 Q **Ten?**
9 A More than that. I know, for a November election,
10 it is dozens a day --
11 Q **Okay.**
12 A -- that we would be sending out via e-mail; but I
13 don't have a separate statistic on that.
14 Q **Okay. I'm just trying to pin down if this --**
15 **again, if this is, like, a problem that you're**
16 **identifying of some magnitude or not really?**
17 A I would -- I would say that it is of magnitude
18 because, if the voter doesn't get their ballot,
19 then we're not allowing them to exercise their
20 right to vote. And we have voters who are in
21 many, many, many countries. We send ballots all
22 over the world, and my understanding is that the
23 overseas mail system is not exactly reliable.
24 Q **Is it very costly to send those ballots?**
25 A Yes. We have to send them with special postage.

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

1  Q  Okay.  So, I mean, what's the most expensive one
2     you can remember sending?
3  A  I don't put the postage on myself.  I have to --
4     we have to separate those ballots for the mail
5     room to put the extra postage on.  I don't have a
6     separate figure for that.
7  Q  Okay.  Paragraph 29, you talk about receiving an
8     incredible number of phone calls from voters who
9     do not know the forms of ID?
10 A  Yes.
11 Q  Could you estimate how many phone calls you
12    received about that topic?
13 A  Thousands.
14 Q  Thousands?
15 A  Yes.
16 Q  In what time frame?
17 A  Just this year, I've received thousands of phone
18    calls.
19 Q  2016?
20 A  Yes.
21 Q  Okay.  And so are you the only one that handles
22    those calls?
23 A  No.
24 Q  Okay.  How -- how many other staff handle those
25    calls?

1  A  Everybody in the office will be handling phone
2     calls.
3  Q  So is the phone just ringing off the hook
4     constantly?
5  A  At election time, yes.
6  Q  Okay.  And are most of the calls about voter ID
7     topic or a variety of things?
8  A  A variety of things.
9  Q  Okay.  So, in paragraph 30, you tried to estimate
10    the additional costs of the voter ID law; right?
11 A  Yes.
12 Q  I guess I'm trying to understand why you have to
13    hire election inspectors specifically to check
14    the ID and why they can't do two things at once?
15 A  They could do two things at once if we were
16    willing to accept lines that are hours long.
17 Q  Okay.
18 A  And then we also need to have a station for
19    provisional ballots, issuing provisional ballots.
20 Q  Okay.  So how many provisional ballots did you
21    issue in April 2016?
22 A  123.
23 Q  Okay.  So you need a separate line just for that,
24    even though it's such a small number?
25 A  We need a separate station designated for that

1     because that's a whole separate process, and then
2     we need to make sure that that voter does not
3     sneak their provisional ballot into the tabulator
4     because it's not to be counted on election day.
5  Q  So how many total ballots cast in April 2016?
6  A  I don't know that number for certain off the top
7     of my head.
8  Q  Could you estimate it?
9  A  It was something like 118,000.
10 Q  And, again, how many provisionals issued?
11 A  123.
12 Q  Do you know what that is as a percentage of the
13    total ballots issued?
14 A  No.
15 Q  Would you agree it's very, very, very small?
16 A  I think it was a high percentage of the
17    provisionals cast throughout the state.
18 Q  Okay.  But you agree it's a very small number --
19 A  Well --
20 Q  -- of the total ballots cast?
21 A  If -- if you're looking at that percentage.  But
22    I think 123 is a lot of provisional ballots.  To
23    me, that's a lot of provisionals.
24 Q  Of those provisionals, do you recall how many
25    voters came back and showed their ID on -- by

1     Friday?
2  A  41.
3  Q  Okay.  41.  So then what happened to the rest?
4  A  They were rejected.
5  Q  Okay.  Did you have any of those ones that were
6     rejected that tried to come back and were
7     unsuccessful in showing ID?
8  A  What do you mean by that?
9  Q  I guess, say that there are about 80 that were
10    rejected.  Did you have some of that number of 80
11    people who tried to come back to your office to
12    show an ID but did not have a qualifying form?
13 A  We did have somebody in our office showing us
14    some other type of ID, if that's what you mean.
15    I don't know if there were any who were trying to
16    get to our office and weren't able to do so.
17 Q  I guess I'm talking about specifically the 80
18    provisional ballots that were rejected.  Did you
19    have someone in that group who had come to your
20    office with a form of ID and you said, I'm sorry.
21    This is not a qualifying ID?
22 A  No.
23 Q  Okay.  So the people just -- in that group of 80
24    about --
25 A  Yes.

One Wisconsin Institute, Inc., et al. vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 89

1  Q  -- just did not come back to the office?
2  A  Right.
3  Q  Okay.  And do you have a way of tracking down --
4     do you know who those voters are by name?
5  A  We know their names.
6  Q  Okay.  Do you try and contact them?
7  A  We will be trying to contact them before the next
8     election to make sure they know what ID they can
9     use in the next election and how to go about
10    obtaining a Wisconsin ID if they need one.
11 Q  I mean, do you do that by letter?
12 A  Yes.
13 Q  Okay.  Have you done that in past elections?
14 A  In the last election -- in February, we got some
15    help from the League of Women Voters for those
16    that we have needed an ID; and they helped get
17    those voters to the DMV.
18 Q  So you provided those names to the League of
19    Women Voters?
20 A  Yes.
21 Q  Okay.  Going back to the second issue about the
22    set up of a polling place, you said that there
23    would have to be separate check-in tables to
24    address the ID issue, to check IDs; is that
25    right?

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 90

1  A  There aren't separate tables.
2  Q  There are separate stations?
3  A  I think you're referring to the provisional
4     ballot station.  Is that what you mean?
5  Q  No.  So I guess, in paragraph 30, you talk about,
6     again, like, having two additional inspectors for
7     each of two shifts at each polling place just to
8     inspect IDs.  So are you saying that there are
9     inspectors dedicated only to that task?
10 A  Yes.  At the poll book table.
11 Q  Okay.  And, at the poll book table, they are
12    doing other things, checking voters in, not just
13    checking IDs; correct?
14 A  Yes.  We have -- we have three people per each
15    half of a poll book.
16 Q  Okay.  So they're -- they're not just looking at
17    IDs and doing nothing else; correct?
18 A  They're also handing the voter slip to the voter.
19 Q  And are they marking the poll book as well?
20 A  No.  The person next to them is marking down in
21    the poll book.
22 Q  So you have -- at a -- a station for a part of a
23    poll book, you have one election inspector
24    looking at IDs and another marking the poll book?
25 A  Two others marking the poll book.

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 91

1  Q  Okay.
2  A  You have identical copies of the same poll book.
3  Q  I see.  So to -- to mark a segment of the poll
4     book, you have two inspectors marking that
5     segment of the poll book and a third inspector
6     checking ID?
7  A  Right.
8  Q  Okay.  And so, at that station, there would be a
9     total of nine inspectors if you broke the poll
10    book into three parts?
11 A  If you broke the poll book into three.
12 Q  Is that typical for election day?
13 A  We break the poll book into two parts for the
14    typical election.
15 Q  Okay.
16 A  For November, there will be poll books that we
17    need to break into three.
18 Q  Okay.  Do you ever go beyond breaking it beyond
19    three?
20 A  We haven't.  We have not in the past gone beyond
21    breaking it into two to start the day; but, in
22    November, our larger polling places will have the
23    poll book broken into three.
24 Q  And do you do that ahead of time before election
25    day; or do you do it, like, on the day of as --

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                    Page 92

1     as election's occurring?
2  A  We do it ahead of time.
3  Q  Okay.  So you have to make a judgment call about
4     whether to break it into two or three?
5  A  Yes.
6  Q  Okay.  And when do you make that call?
7  A  When we are sending the poll books to be printed.
8  Q  Okay.  So sometime like in October or before
9     that?
10 A  Yeah.  It's shortly after the close of
11    registration.
12 Q  Okay.  What is your understanding of when
13    absentee ballots must be mailed for the
14    August 9th election this year?
15 A  47 days in advance.
16 Q  Okay.  So sometime in June?
17 A  Yes.
18 Q  Okay.  In paragraph 31 -- we already talked about
19    this.  But you talked about data, and you were
20    talking about the mock elections for voter ID?
21 Q  Have you tried to replicate that kind of study
22    with an election that actually required voter ID?
23 A  You mean taking statistics at the polling place
24    itself?

One Wisconsin Institute, Inc., et al. vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

1  Q  Yeah.
2  A  Yes.  We have been doing some timing of scenarios
3     at the polling place on election day and sharing
4     that data with UW-Madison where a professor is
5     using that data to help us figure out how to set
6     up for November, what we can do to make sure we
7     don't have long lines.
8  Q  Which professor is it?
9  A  Professor Mayer.
10 Q  M-A-Y-E-R?
11 A  Yes.
12 Q  Ken -- Ken Mayer?
13 A  Yes.
14 Q  Okay.
15 A  And one of his students.  I don't recall the
16    student's name.
17 Q  Okay.  Do you know he's an expert witness in this
18    case?
19 A  I -- I know he has expertise in elections and is
20    very interested in doing this data for us --
21 Q  Okay.
22 A  -- doing the study.
23 Q  Did he do the study at the April 2016 election?
24 A  I still have the data to give to him from the
25    April election.  We haven't had a chance to meet

1     yet after the April election.
2  Q  Okay.  But you're going to meet with him?
3  A  Yes.
4  Q  Who was doing the timing?
5  A  We had poll workers doing the timing at the
6     February election.  We asked the greeter to just
7     periodically time different scenarios.  For this
8     past election, we had some people from the
9     clerk's office go to certain polling places to
10    time just a couple of scenarios that he had asked
11    that we look at some new data that he wanted.
12    That way, we're thinking the timing might be a
13    little more consistent with exactly what they're
14    recording.
15 Q  How long have you been working with Dr. Mayer on
16    this project?
17 A  Not that long.  It was before the February
18    election that we first met.
19 Q  Okay.  So sometime -- did you meet with him in
20    2015?
21 A  No.
22 Q  Okay.  And do you have any sense -- so this
23    project will continue on through November?
24 A  I hope the project continues on because, the more
25    data and information we have, the better we can

1     be prepared.
2  Q  Do you know if he's going to offer you
3     suggestions -- you said he's going to try and
4     offer you suggestions for making it more
5     efficient for November?
6  A  Yes.
7  Q  Okay.  But he hasn't yet?
8  A  Well, he's given us some information; that their
9     initial finding is that, if it takes 65 seconds
10    to check-in at the poll book, that's when you
11    have lines that are hours long.  So that's all we
12    know so far.
13 Q  Okay.  But he hasn't made any suggestions about
14    how to remedy that?
15 A  It's splitting the poll book into three at
16    polling places that have a certain number of
17    voters; but we're still going to be talking about
18    other things, voting booths, a number of
19    tabulators, things like that.
20 Q  Okay.  And is he -- is he doing this for his own,
21    like, research; or is he, like, consulting with
22    you?  What is the arrangement?
23 A  He's consulting with us.  The County Clerk
24    actually is funding this study; so, so far, I
25    think they've paid $500 to have this data

1     compiled and looked into.
2  Q  Okay.  And you said it started in February of
3     this year?
4  A  Yes.
5  Q  Okay.  And, again, you don't know if he's, like,
6     using it for his own academic work?
7  A  I -- I don't know what his academic work
8     involves.  I know he's trying to get some funding
9     to be able to continue this study.
10 Q  Okay.  And has -- has his research assistant been
11    part of the timing, or just your staff has been
12    part of the timing of the --
13 A  I -- I don't know that his research assistant has
14    done any timing.  Maybe he has.
15 Q  Okay.
16 A  But not through me.
17 Q  Okay.  Do you know the name of the research
18    assistant?
19 A  Not off the top of my head.
20 Q  Okay.  When's the last time you talked to
21    Dr. Mayer?
22 A  After the February election.  A couple weeks
23    after the election.  I don't remember exactly
24    when.
25         MR. KAWSKI:  Okay.  Well, why don't we

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

| Deposition of MARIBETH WITZEL-BEHL, 4/22/16 | Page 97 |
|---|---|

1 take a quick break.  I'll just look through my
2 notes.  I think we're close to done.
3     **MR. KAUL:** Sure.  I'm going to have,
4 like, literally three or four minutes worth of
5 questions.  There are just two very brief
6 comments.
7     **MR. KAWSKI:** Okay.
8     **MR. KAUL:** But I can roll with that
9 whenever.
10     **MR. KAWSKI:** Okay.  Great.  I'll just
11 quickly go through this.  We don't have to go
12 anywhere.  I'm just going to flip through.
13     **THE WITNESS:** All right.
14     (Recess.)
15     **MR. KAWSKI:** Let's go back on the
16 record.  I have no further questions at this
17 time.
18     **MR. KAUL:** I have just a couple of quick
19 things I want to follow up with you on very, very
20 briefly.
21            **EXAMINATION**
22 **BY MR. KAUL:**
23 Q  You spoke earlier about the trials you had done
24    with the mock elections to determine how much
25    time was added to the check-in process.  Do you

| Deposition of MARIBETH WITZEL-BEHL, 4/22/16 | Page 98 |
|---|---|

1    recall that?
2 A  Yes.
3 Q  And I think you testified that you didn't know
4    from that study how much of that time was
5    attributable to ID checking versus sign-in poll.
6    Is that right?
7 A  Right.
8 Q  Have you, in dealing with in-person absentee
9    voting at the clerk's office, made observations
10    about how the showing the ID and how signing the
11    poll book impacts the time of the process?
12 A  Well, you're not signing the poll book in the
13    clerk's office.  You're just showing the ID, and
14    it depends on the voter digging for their ID.
15    You do have voters who are digging for their ID.
16    Some have it out and ready to show it to you, but
17    it's another step in that process for the person
18    behind the counter looking at the voter in the
19    system.
20 Q  Based on those observations, are you able to make
21    a judgment about whether a significant portion of
22    the increased time at check-in is due
23    specifically to showing the ID?
24 A  It -- it has increased the time at check-in.
25    Now, are you talking about the polls; or are you

| Deposition of MARIBETH WITZEL-BEHL, 4/22/16 | Page 99 |
|---|---|

1    talking about the clerk's office, or just both
2    overall?
3 Q  Just based on what you've seen in your direct
4    experience.
5 A  I think, in our office, it -- I have seen it add
6    some time to each interaction with the customer
7    at the counter.  At the polls, we don't
8    necessarily have as good lighting as we have in
9    the clerk's office.  We are stuck with whatever
10    room the facility is willing to give us, and so I
11    have heard a lot of complaints from people
12    working at the polls that they're struggling with
13    reading the expiration date.  It's hard to read
14    the expiration date at the polling place.
15 Q  Okay.  The other topic I was going to ask you
16    about very briefly is, you had been asked at the
17    beginning of the deposition about a subpoena and
18    your response to it.  Do you remember that?
19 A  Yes.
20 Q  And I think you said you didn't personally deal
21    with that but that others did.  Is that right?
22 A  When we received the subpoena, we called the city
23    attorney's office right away to deal with it.
24 Q  And I don't want to ask about any conversations
25    you had with the city attorney's office.  But did

| Deposition of MARIBETH WITZEL-BEHL, 4/22/16 | Page 100 |
|---|---|

1    the city attorney's office coordinate the effort
2    to respond to that subpoena?
3 A  Yes, they did.
4 Q  Okay.  And do you know specifically whether there
5    were documents produced in response to that
6    subpoena or not?
7 A  I don't know.
8 Q  Okay.  And you mentioned some discussions you had
9    with lawyers about the subpoena?  Do you remember
10    that or not?  I'm sorry.  Lawyers -- lawyers from
11    my firm.
12 A  Yes.  Yes.
13 Q  Those -- those were different conversations from
14    any conversations you would have had with me
15    about the declaration; is that right?
16 A  Yes.  We had a special meeting about everything
17    that's in this declaration.
18        **MR. KAUL:** Okay.  That's all I was going
19 to ask.
20        **THE WITNESS:** Yes.
21        **MR. KAWSKI:** I have a follow up relating
22 to the time -- time issue with voter ID.
23        **FURTHER EXAMINATION**
24 **BY MR. KAWSKI:**
25 Q  So what are the things that you have to do if

Case: 3:15-cv-00324-jdp   Document #: 182   Filed: 05/11/16   Page 27 of 40

One Wisconsin Institute, Inc., et al. vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                Page 101

1    you're a voter when you show up?  What -- what
2    are the steps you take?
3  A  And are you talking about at the polls or at the
4    clerk's office?
5  Q  Let's talk about at the clerk's office if I want
6    to vote absentee.
7  A  Okay.  You have to state your name and address
8    and then find you and check that you're
9    registered, and then we ask to see your ID.  We
10   check the picture on the ID.  We check the name
11   on the ID compared to the name on the voter
12   registration.  We check the type of ID, that it's
13   an acceptable type, and the expiration, that the
14   expiration date is acceptable.  We give that back
15   to the voter, and then we generate a label for
16   their absentee envelope and give them a ballot.
17 Q  So my last name is Kawski.  Can you spell that?
18 A  No.  But what voters typically do, just like if
19   you're checking in at the doctor's office or
20   something, they'll state their name; and then
21   they'll start spelling their last name.  And then
22   we find it, and then we ask them to state their
23   address.
24 Q  So, if I stated my name Kawski to you and handed
25   you my ID that showed my name, wouldn't that save

Deposition of MARIBETH WITZEL-BEHL, 4/22/16                Page 102

1    you a little time and me time in stating my name?
2  A  It doesn't save any time in typing because we're
3    typing with two hands.
4  Q  Okay.
5  A  So to hold your ID and type your name is not as
6    fast as you spelling it and us typing the name.
7  Q  Okay.  So you'd prefer to have the voters spell
8    out their last name?
9  A  Yes.
10 Q  Okay.  But, if they hand you the ID, that shows
11   you the spelling of their name; correct?
12 A  It does.  But there's no real good way to have
13   that name in front of you and typing.  It's not
14   like we have an ID holder right in front of the
15   computer.
16 Q  Would that be a good idea to have that?
17 A  I don't want to have IDs falling off of it and
18   getting lost.
19       MR. KAWSKI:  Okay.  All right.  I have
20   no further questions.  Thanks.
21       MR. KAUL:  Thank you guys for coming in.
22       (Adjourned at 10:01 a.m.)
23
24
25

Page 103

1  STATE OF WISCONSIN    )
2  COUNTY OF DANE        ) SS
3                        )
4       I, Paula Thompson, a Notary Public in and for the
5  State of Wisconsin, do hereby certify that the
6  foregoing deposition was taken before me at
7  Perkins Coie, LLP, One East Main Street, Suite 201,
8  City of Madison, County of Dane, and State of
9  Wisconsin, on the 22nd day of April, 2016; that it
10 was taken at the request of the Defendants, upon
11 verbal interrogatories; that it was taken in
12 shorthand by me, a competent court reporter and
13 disinterested person, approved by all parties in
14 interest and thereafter converted to typewriting
15 using computer-aided transcription; that said
16 deposition is a true record of the deponent's
17 testimony; that the deposition was taken pursuant
18 to Notice; that said Maribeth Witzel-Behl before
19 examination was sworn by me to testify to the truth,
20 the whole truth, and nothing but the truth relative
21 to said cause.
22            Dated April 29th, 2016.
23
24       _____
25       Notary Public
         In and for the State of Wisconsin

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

**$**

**$0.55 (1)**
56:13
**$14 (1)**
36:23
**$4.79 (1)**
56:13
**$500 (1)**
95:25

**A**

**ability (1)**
40:6
**able (23)**
5:21;9:10;27:5;
29:15;34:22;35:3;41:6;
42:20;43:6;58:17;60:2;
61:23;62:15;63:25;
64:16,19;69:23;70:19;
71:8;81:10;88:16;96:9;
98:20
**absentee (79)**
20:25;21:8,13;22:11,
15,16,22;23:11,21;
24:15,15,20,21,24;
25:1,5,7,22,25;26:16;
27:7;29:8;33:22;34:19;
35:2,12;40:22,24;41:3,
22,24;42:2,6;43:23;
46:9;48:2;51:1,2,12;
52:6;53:3,12;54:20,22;
55:10,11,13,22;56:7,
11,17;57:24;58:20,22;
60:8,10,16,19;61:1,9,
16,24;62:1,4,12,18;
63:9;21;64:6,25;65:10,
14;68:19,24;83:4;
92:13;98:8;101:6,16
**absentees (1)**
17:2
**absolutely (1)**
23:3
**academic (2)**
96:6,7
**accept (2)**
46:18;86:16
**acceptable (3)**
46:16;101:13,14
**access (1)**
41:10
**accommodate (1)**
42:24
**according (1)**
22:17
**Accountability (7)**
9:20;15:21;16:10,11;
73:22;78:6;83:13
**acoustics (1)**
71:14
**actively (2)**
60:15,17
**activities (3)**
25:6;34:6;62:16
**actually (7)**
10:19;22:3;42:23;
55:7;70:8;92:23;95:24
**add (3)**
49:5;64:15;99:5
**added (1)**
97:25
**addition (2)**
38:2;39:10
**additional (7)**
35:6,17,22,25;36:4;
86:10;90:6
**address (13)**
30:10;46:1,3;56:8;
73:10,12;74:1,5;79:19;
80:20;89:24;101:7,23
**addresses (3)**
69:24;71:9,11
**adequate (1)**
18:2
**Adjourned (1)**
102:22
**administer (2)**
18:3;20:11
**ads (1)**
12:1
**advance (1)**
92:15
**advice (1)**
74:3
**affidavit (3)**
6:20;32:2;69:14
**affiliated (1)**
77:6
**afternoon (1)**
24:5
**again (8)**
45:8;50:22;67:11;
73:14;84:15;87:10;
90:6;96:5
**agencies (1)**
13:3;38:10,23
**agency (1)**
34:14
**ago (5)**
30:10;36:5;47:14;
72:21;73:11
**agree (5)**
62:4,15,18;87:15,18
**ahead (5)**
55:1;81:13;82:3;
91:24;92:2
**Albrecht (4)**
19:15;21:20;39:18;
75:17
**alcohol (1)**
5:23
**allow (1)**
18:2
**allowed (1)**
60:15,17
**allowing (1)**
84:19
**allows (3)**
5:9;45:23;62:6
**almost (2)**
29:15;48:16
**along (1)**
6:24;19:14;48:23
**always (11)**
16:8;17:16;23:18,19;
24:3;26:1;38:3;47:5;
63:15,18;80:25
**amount (2)**
48:9,12
**analysis (1)**
49:20
**analyze (1)**
56:2
**analyzing (1)**
27:20
**Anecdotally (1)**
66:25
**anger (1)**
53:23
**angry (2)**
26:12;62:13
**answered (1)**
12:20
**anticipate (1)**
14:22
**anymore (2)**
63:22;75:1
**apartment (1)**
46:3
**applicants (1)**
43:18
**applications (1)**
42:19
**apply (1)**
46:23
**appointed (2)**
14:1,3
**appointment (2)**
14:12;40:12
**appointments (1)**
26:7
**approve (1)**
38:13
**approved (1)**
37:5
**approves (1)**
40:15
**April (28)**
7:5;16:14,18;21:5;
23:25;28:24;35:5,18,
23,24;39:6;40:19;
41:17;51:19;52:1;
54:16;55:4;66:19;
68:24;69:1;79:24;
80:18,24;86:21;87:5;
93:23,25;94:1
**Ardis (1)**
61:10
**area (7)**
13:7;67:9;69:20,21,
23;70:1;76:17
**areas (1)**
13:4
**arise (1)**
51:19
**around (7)**
19:12;22:12;26:9;
45:13;47:17;62:2;
67:11
**arrangement (1)**
95:22
**articles (2)**
11:23,24
**aside (1)**
21:25
**aspects (1)**
9:14
**aspirational (1)**
23:3
**assembling (1)**
56:25
**Assistant (4)**
4:7;96:10,13,18
**assisting (1)**
42:13
**associated (2)**
16:23;17:4
**Association (1)**
16:8
**assume (1)**
46:14
**assumptions (1)**
75:7
**attachment (1)**
78:23
**attend (3)**
16:13;25:18;76:1
**attention (1)**
47:17
**Attorney (12)**
4:7,22,25;9:2,5,11,
22;10:3,4,5;28:14;32:4
**attorneys (1)**
9:3
**attorney's (4)**
8:17;99:23,25;100:1
**attributable (1)**
98:5
**AUDIO (2)**
50:6;81:20
**August (1)**
92:14
**available (5)**
27:16;34:20;36:8;
43:20;80:3;82:25
**average (1)**
47:25
**avoid (3)**
25:6,9;57:23
**aware (3)**
75:23
**away (7)**
17:20;30:16;62:10;
71:4,7,10;99:23

**B**

**back (22)**
17:17,20;25:22;
26:17,25;28:23;29:7;
33:5;54:18;59:4;65:9;
75:21;77:19;79:13;
82:24;87:25;88:6,11;
89:1,21;97:15;101:14
**background (2)**
11:5;28:23
**bag (1)**
33:10
**ballot (19)**
43:8;52:18;54:23;
55:15;56:7,11,18;
58:14,19;60:2,5,20;
62:12;64:6,25;84:18;
87:3;90:4;101:16
**balloting (1)**
62:5
**ballots (30)**
19:23;22:16,19,20,
25;23:5,6;27:21;55:14;
59:3,4;61:4,24;62:1;
63:21;83:5,7,21;84:21,
24;85:4;86:19,19,20;
87:5,13,20,22;88:18;
92:13
**bank (2)**
78:22,23
**bartender (1)**
43:18
**bartenders (1)**
43:18
**based (5)**
31:1;32:7;55:10;
98:20;99:3
**basic (1)**
6:6
**basically (1)**
8:25
**basics (1)**
4:15
**bathroom (2)**
52:10,12
**Bay (1)**
15:19
**became (1)**
15:6
**become (3)**
20:8;59:1;79:6
**beginning (2)**
8:9;99:17
**behind (2)**
45:11;98:18
**best (1)**
5:8

Case: 3:15-cv-00324-jdp   Document #: 182   Filed: 05/11/16   Page 29 of 40

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

**better (1)**
94:25
**beyond (1)**
65:18;91:18,18,20
**biggest (3)**
43:22;44:1;46:16
**bills (2)**
78:13;80:12
**birth (1)**
46:23
**bit (4)**
4:21;8:13;10:17;
45:23
**blocks (1)**
50:19
**Board (9)**
9:20;15:21;16:10,11;
67:8;73:22;76:1;78:6;
83:13
**body (1)**
25:11
**bomb (1)**
70:22
**book (25)**
48:11,16,24;49:24;
50:8,13;90:10,11,15,
19,21,23,24,25;91:2,4,
5,10,11,13,23;95:10,
15;98:11,12
**books (3)**
47:19;91:16;92:7
**booth (1)**
52:19
**booths (3)**
42:8,9;95:18
**boots (1)**
28:19
**borrow (1)**
34:11
**both (2)**
49:9;99:1
**bottleneck (4)**
44:2,16,19;46:8
**bottlenecks (2)**
43:22;47:21
**box (3)**
27:10;49:24,25
**break (11)**
5:25;6:2,4,7;52:12;
77:12,13;91:13,17;
92:4;97:1
**breaking (2)**
91:18,21
**breaks (1)**
42:15
**brief (1)**
97:5
**briefly (2)**
97:20;99:16
**bring (3)**
6:23;10:22;46:21
**bringing (1)**
38:22

**Brist (5)**
6:10,15;8:18;31:18;
32:5
**broke (2)**
91:9,11
**broken (2)**
49:6;91:23
**brought (3)**
10:24;31:16;75:20
**budget (4)**
35:21;37:18,24;
38:18
**budgetary (1)**
60:24
**building (2)**
51:17;52:14
**bus (2)**
35:10,14
**business (2)**
42:21;62:11

## C

**calculated (3)**
56:24;57:2,9
**calculations (2)**
56:15;57:6
**call (21)**
17:16,17,18,20,21;
19:5,5,9;39:15;40:2;
41:5;67:22;73:22;
74:18;75:10;76:14;
80:23,24,25;92:3,6
**called (7)**
4:2;8:17;62:10;76:7,
12;80:18;99:22
**calling (3)**
59:18;76:11,15
**calls (12)**
34:13;41:4;58:1;
75:8;81:6;85:8,11,18,
22,25;86:2,6
**came (6)**
41:21;57:10;73:23;
78:4,22;87:25
**campaigns (1)**
30:15
**can (37)**
6:1;16:4;24:16;
34:10;35:7,11;36:23;
40:10;42:22;44:4;45:6;
46:22;47:23,24;49:22;
52:20;53:2;55:24;56:4;
59:20;69:13,18,19;
71:8;73:9;74:12;76:2;
77:25;78:15;79:6;80:7;
85:2;89:8;93:6;94:25;
97:8;101:17
**candidate (3)**
67:8;68:4,5
**candidates (1)**
36:17
**Capitol (7)**

12:11;13:1,8,14,18;
29:2;76:18
**care (3)**
27:24;42:21;80:11
**carrier (1)**
22:20
**case (8)**
4:9;8:2;18:18;19:18;
30:24;31:14;70:22;
93:18
**cast (4)**
56:7;87:5,17,20
**casting (1)**
56:11
**casts (1)**
56:11
**catch (1)**
5:18
**cause (1)**
50:25
**caused (1)**
44:23
**causes (1)**
47:21
**cell (3)**
47:7,9,11
**Cerny (2)**
75:23,25
**certain (5)**
14:16;76:23;87:6;
94:9;95:16
**certificate (1)**
46:24
**certifying (1)**
74:4
**challenged (1)**
69:12
**chance (5)**
21:24;38:15;52:10;
58:21;93:25
**change (14)**
16:5;30:1;44:16;
59:5,8,12,25;72:25;
73:2,14,18;78:4,7,10
**changed (4)**
24:16;48:25;64:10,
11
**changes (8)**
10:13;30:25;32:8,10,
22;55:18;64:25;73:1
**changing (1)**
15:22
**check (9)**
18:11;22:13;49:3;
86:13;89:24;101:8,10,
10,12
**checked (1)**
67:4
**check-in (6)**
48:15;89:23;95:10;
97:25;98:22,24
**checking (8)**
48:11,22;69:25;

90:12,13;91:6;98:5;
101:19
**checklist (1)**
27:25
**chief (12)**
63:4,6,18;64:4;
67:14,17;69:18;71:1;
74:15,17;76:6,10
**chiefs (1)**
63:8
**children (1)**
26:8
**choice (1)**
60:19
**choose (3)**
26:14;40:1;65:20
**Chvala (2)**
12:13,15
**circle (1)**
45:13
**circumstances (1)**
81:23
**city (35)**
8:17;9:16;12:16;
13:12,16,19,20,25,25,
25;14:2;15:6,10,11;
19:23;24:11;30:22;
33:12,17;38:10;40:7,8,
11,21;42:4,21;43:7;
50:19;59:16,19;66:10;
82:19;99:22,25;100:1
**city's (1)**
35:20
**Claire (1)**
11:9
**classify (1)**
14:13
**Clay (2)**
4:6;77:10
**clearly (1)**
73:11
**clerk (13)**
13:13,25;15:7,9,11,
17;20:25;33:13;37:19;
43:11;57:7;59:19;
95:23
**Clerks (9)**
15:19;16:3,7;18:8,
14,18,20;75:13,15
**clerk's (25)**
13:12;15:10;18:25;
19:3;24:12;30:22;
33:17;34:15;37:15;
41:6;42:4;56:1,21;
63:6;70:23;74:18;79:1;
82:21;94:9;98:9,13;
99:1,9;101:4,5
**close (5)**
65:21,23;71:2;92:10;
97:2
**code (1)**
46:5
**cold (1)**

51:18
**combination (1)**
46:5
**coming (4)**
18:6;42:18;55:11;
102:21
**comments (1)**
97:6
**commit (1)**
6:24
**common (7)**
20:13,14;37:13;
38:13,18;39:24;40:2
**communicate (1)**
27:6
**communicating (1)**
33:5
**comp (1)**
35:11
**company (2)**
12:2,8
**compared (3)**
48:5,7;101:11
**compiled (1)**
96:1
**complain (1)**
73:6
**complaining (2)**
74:20,22
**complaint (3)**
74:8,10;75:4
**complaints (3)**
18:8;62:8;99:11
**complete (4)**
25:16;27:18,19;
31:25
**completed (1)**
15:18
**complicated (2)**
20:8;59:1
**component (1)**
58:25
**computer (2)**
45:12;102:15
**computerized (2)**
44:7,8
**computers (2)**
19:11;42:5
**concern (2)**
51:14;73:20
**concerned (3)**
51:21;58:4;60:13
**concerns (2)**
51:20;74:14
**conferences (1)**
16:8
**Confirmed (1)**
14:3
**confusion (1)**
71:19
**consider (1)**
66:6
**consistent (1)**

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

94:13
**constantly (1)**
86:4
**constituent (1)**
12:20
**consulting (2)**
95:21,23
**contact (4)**
19:2;60:6;89:6,7
**contacted (1)**
13:6
**contain (1)**
27:10
**content (1)**
33:6
**continue (3)**
38:25;94:23;96:9
**continues (1)**
94:24
**CONTINUING (5)**
6:17;31:22;71:24;
77:21;82:2
**contract (3)**
14:10,14,16
**contracts (1)**
14:8
**contrast (1)**
24:16
**control (1)**
59:20
**controlling (1)**
41:13
**controversial (1)**
18:14
**convenience (1)**
57:18
**convenient (4)**
29:19;57:13,19;66:1
**conversation (1)**
83:15
**conversations (3)**
99:24;100:13,14
**coordinate (1)**
100:1
**copies (2)**
32:12;91:2
**copy (5)**
27:13;28:3;31:17;
32:14;58:3
**corroboration (1)**
80:2
**cost (5)**
56:10;57:2,3,10;
60:24
**costly (1)**
84:24
**costs (4)**
56:6,16,25;86:10
**council (6)**
14:4;37:13;38:13,18;
40:14,15
**counsel (1)**
5:9

**count (9)**
41:20;42:10;47:11;
66:24;74:12;79:14;
82:6,9,18
**counted (3)**
58:19;83:2;87:4
**counter (20)**
24:24;41:15;42:4,12,
17,19,22,23;52:17,20;
53:8,17;54:4;57:3,4;
61:19;63:17;69:6;
98:18;99:7
**countries (1)**
84:21
**county (3)**
67:8;68:15;95:23
**couple (9)**
6:11;64:14;76:12;
79:1,14;80:14;94:10;
96:22;97:18
**couples (1)**
80:5,8,9,9
**Court (3)**
4:12;5:3,16
**cover (1)**
36:4
**create (3)**
32:19;47:25;49:23
**created (1)**
59:25
**creates (5)**
48:1;49:12,13,16,17
**creating (1)**
59:14
**critical (1)**
72:13
**criticize (1)**
73:7
**curious (2)**
82:23;83:1
**currently (2)**
46:1;78:2
**customer (2)**
43:4;99:6
**cutoff (1)**
14:12
**cuts (1)**
38:10

**D**

**danger (1)**
58:22
**data (9)**
9:17;92:19;93:4,5,
20,24;94:11,25;95:25
**date (4)**
15:23;99:13,14;
101:14
**daughter (1)**
7:24
**day (69)**
21:3,12,13,15,16;

22:22,25;23:6,7,12,15;
25:4,4,20;27:11,14,17;
28:10,13;29:21;39:12;
41:22,22,23;48:6;51:2,
3,6,7,12,15;52:10;
53:10,12;60:3;61:9,12,
13,16,25;62:9,25;63:1;
64:3,13,14,20;65:22,
23;68:16,19,20,21,22;
70:16,17,20,25;72:16;
73:23;76:13;80:18;
84:10;87:4;91:12,21,
25,25;93:3
**days (18)**
24:2;25:23,24;26:17;
27:2;40:24;47:14;
51:15;60:4;72:10,17,
19,21;73:11,15;74:22,
23;92:15
**deaf (1)**
75:6
**deal (8)**
12:22;13:7;62:8;
63:20;78:18;81:2;
99:20,23
**dealing (3)**
13:2;82:1;98:8
**decide (1)**
39:19
**decided (1)**
20:7
**declaration (14)**
10:20;19:17,19;
31:13;33:6;50:14;
55:17;56:4;72:14;73:5;
75:21;83:3;100:15,17
**dedicated (1)**
90:9
**definitely (2)**
73:2;84:7
**degree (1)**
11:10
**delay (3)**
47:24,24;59:24
**delays (2)**
59:14,15
**deliver (1)**
34:5
**dentist (1)**
26:8
**Department (4)**
4:8;13:3;34:11;
36:15
**depend (3)**
57:15,17,25
**depending (3)**
48:16;58:10;71:14
**depends (7)**
52:16,16,21;57:18;
66:17,17;98:14
**deposed (1)**
4:17
**deposition (13)**

4:9,14,15,19;5:2;6:1,
9,15;7:20,23,25;10:23;
99:17
**deputy (3)**
15:11,17;37:19
**describe (3)**
42:1;47:24;69:2
**designate (1)**
69:20
**designated (2)**
67:9;86:25
**designed (2)**
11:24;12:1
**desk (1)**
34:14
**detail (1)**
33:11
**determine (2)**
37:9;97:24
**determined (1)**
9:4
**determines (1)**
52:18
**Development (1)**
13:4
**difference (1)**
45:9
**different (10)**
17:10;27:4;43:2,12,
14;54:10;57:8;72:23;
94:7;100:13
**difficult (2)**
5:17;31:10
**difficulty (3)**
19:10;73:8;76:16
**dig (1)**
18:7
**digging (2)**
98:14,15
**direct (1)**
99:3
**directed (1)**
10:7
**Directors (1)**
12:2
**discourage (3)**
58:12,13,15
**discussion (3)**
9:13;10:11,12
**discussions (2)**
62:13;100:8
**dispersed (2)**
63:3;67:25
**dispersing (1)**
63:5
**distracted (1)**
47:16
**District (5)**
4:12,12;46:5;75:1,2
**divert (1)**
62:16
**DMV (3)**
29:19,22;89:17

**doctor (1)**
26:6
**doctor's (1)**
101:19
**document (3)**
9:1;30:9;32:3
**documentary (1)**
79:2
**documentation (1)**
46:25
**documented (1)**
50:2
**documents (10)**
8:11,21,23;9:11,13;
46:22;78:1,15,17;
100:5
**dogs (1)**
26:7
**done (15)**
11:7;15:3;26:13;
31:25;48:4;62:20,23;
63:12;64:2;73:13;75:8;
89:13;96:14;97:2,23
**door (1)**
69:5
**DOT (1)**
29:16
**double-check (1)**
22:18
**doubled (3)**
48:9,12;55:25
**down (17)**
37:16,21,23;38:2,8;
42:16;43:23;46:2;49:6;
50:10;51:22;52:2;56:3;
57:10;84:14;89:3;
90:20
**downtown (4)**
65:24;66:10,11;69:3
**dozens (1)**
84:10
**Dr (2)**
94:15;96:21
**draft (3)**
32:7,9,20
**drafts (1)**
32:12
**draw (1)**
34:22
**driven (1)**
17:6
**drivers (2)**
35:10,14
**driver's (2)**
29:11,13
**drives (1)**
53:25
**driving (1)**
57:5
**dropping (1)**
41:4
**due (3)**
37:4;44:16;98:22

Case: 3:15-cv-00324-jdp   Document #: 182   Filed: 05/11/16   Page 31 of 40

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

**duly (1)**
4:2
**duration (1)**
72:1
**durational (1)**
72:4
**during (26)**
5:25;22:15;23:11,12,
14,20;25:7,10;27:7,17;
34:3,7,8;35:2;36:25;
37:2;41:17;51:8;52:5,
10;53:3;57:24;64:6,17;
68:23;82:9
**dying (1)**
62:10

**E**

**earlier (2)**
76:17;97:23
**early (1)**
23:10
**ears (1)**
75:6
**easier (1)**
65:24
**edited (1)**
11:23
**education (1)**
11:7
**effect (1)**
61:11
**efficient (3)**
43:17;49:2;95:5
**effort (1)**
100:1
**eight (5)**
56:5,8;69:21;71:18;
82:4
**either (5)**
45:20;59:22;61:18;
68:23;81:1
**elected (2)**
14:2,6
**election (124)**
6:22;9:14;10:8,11;
12:23,25;13:6;16:3,14,
15,18,19,21,23;17:4;
18:3;19:12;20:11,15;
21:3,5;25:8,8,9,13,14;
26:9;27:10,14;28:10,
13,24;29:14;32:6;
33:21;34:4,5;35:3,8,10,
18;37:20;38:7;39:12,
22;40:19,22;41:17;
44:25;48:6;49:9;50:18;
54:7,8,9,13,16;55:5;
58:2;61:10,12,14;62:6,
17,25;63:1,2,7,10,15,
22,24;64:7;65:22,23;
66:15,16,17;68:20,21,
22,24;69:18;70:16,20;
71:1;72:16,17;73:18,

23;74:4;76:4,10,14,21,
23;80:17,23;81:2,6;
82:11,17;84:9;86:5,13;
87:4;89:8,9,14;90:23;
91:12,14,24;92:14,23;
93:3,23,25;94:1,6,8,18;
96:22,23
**elections (17)**
7:3,4,5;9:1;15:8,13;
26:2;31:1;44:16;49:1;
65:11;73:16;80:24;
89:13;92:20;93:19;
97:24
**elections' (1)**
15:10
**election's (1)**
92:1
**electronic (2)**
78:1,16
**electronically (2)**
32:15;78:14
**eligible (1)**
81:8
**else (16)**
6:21;7:19,22;8:9;
10:8;17:22;24:10;
32:22;62:3,20;64:2,5;
70:2;76:15;82:1;90:17
**e-mail (4)**
18:13;83:8,22;84:12
**e-mailing (1)**
83:5
**e-mails (3)**
18:11,15;61:20
**employ (1)**
20:10
**employed (3)**
24:12;37:1;40:11
**employee (1)**
43:7
**employees (17)**
24:10;34:8,9,10,17,
23;35:1,6;37:11,15;
39:11,16;40:8,21;
64:12,17,19
**employment (1)**
13:24
**encourage (3)**
58:14,15;60:17
**encouraged (1)**
55:18
**encouraging (1)**
60:15
**end (17)**
8:9,20;12:5;21:16,
17,23;24:5;26:16,19,
24;36:11,13;38:14,14;
41:3;52:13;68:18
**enough (3)**
25:12;27:21;41:1
**enter (2)**
45:15,21
**envelope (7)**

56:18,19,20,23;57:2;
58:24;101:16
**envelopes (1)**
35:12
**equation (1)**
62:5
**equipment (2)**
34:4,5
**estimate (8)**
49:11;55:1,4,9,10;
85:11;86:9;87:8
**even (9)**
17:25;25:11;32:9;
35:9;41:20;61:6;71:20;
73:11;86:24
**evening (1)**
24:6
**everybody (3)**
25:16;42:19;86:1
**exact (2)**
21:20,21
**exactly (6)**
10:10;59:10;73:18;
84:23;94:13;96:23
**EXAMINATION (3)**
4:4;97:21;100:23
**example (9)**
7:13;16:24;19:7;
34:13;35:18;38:6;
40:23;43:5;83:20
**executed (1)**
33:2
**exercise (1)**
84:19
**exhibit (4)**
31:14,20,21,23
**exodus (1)**
19:25
**expect (2)**
6:16;14:20
**expensive (1)**
85:1
**experience (1)**
99:4
**experiencing (2)**
19:7,25
**expert (1)**
93:17
**expertise (1)**
93:19
**expiration (4)**
99:13,14;101:13,14
**expiring (1)**
14:16
**Explain (1)**
67:5
**explaining (1)**
73:9
**expressed (2)**
53:23;73:20
**expressing (1)**
74:14
**extends (1)**

50:16
**extent (2)**
81:16,22
**extra (5)**
28:9;31:16;48:8;
49:16;85:5

**F**

**facility (2)**
66:11;99:10
**facing (1)**
50:9;69:5
**fact (2)**
23:25;70:5
**fair (1)**
34:16
**fallen (1)**
75:5
**falling (1)**
102:17
**familiar (5)**
7:7,16;8:7;70:8;
77:25
**familiarity (2)**
15:7;75:25
**far (5)**
54:18;71:16;79:13;
95:12,24
**fast (1)**
102:6
**faxing (1)**
83:5
**February (11)**
7:5;16:15;39:8;45:2,
3,5;89:14;94:6,17;
96:2,22
**federal (3)**
59:12;60:6;79:8
**feel (3)**
13:14;18:1;38:20
**feelings (4)**
31:3,5,8;38:22
**feet (8)**
69:7,9,21;71:2,3,7,
17,18
**few (5)**
7:3;10:14;32:8;33:9;
40:24
**Fewer (3)**
35:14,15,15
**fif (1)**
49:16
**figure (6)**
17:15;37:24;49:2;
54:2;85:6;93:5
**fill (2)**
42:7;79:10
**filled (2)**
30:6;32:22
**final (3)**
32:10;38:17;41:22
**Finance (1)**

34:11
**find (8)**
17:14;19:9;65:24;
73:3;81:4;83:14;101:8,
22
**Finding (2)**
49:24;95:9
**finds (2)**
46:18;80:14
**finish (3)**
5:6,8;23:18
**finishing (1)**
14:10
**fire (3)**
51:9,15,20
**firm (1)**
100:11
**first (11)**
4:2;13:20;31:14;
33:21;40:24;41:24,25;
45:1;50:16;73:23;
94:18
**fit (1)**
42:11
**five (5)**
24:13;43:18;65:9;
84:6,7
**five-minute (1)**
42:15
**five-year (2)**
14:8,12
**flip (1)**
97:12
**folks (1)**
36:22
**follow (4)**
31:12;72:10;97:19;
100:21
**followed (1)**
8:18
**following (3)**
23:7,17;83:19
**follows (1)**
4:3
**forever (1)**
46:6
**forgot (2)**
6:11;75:22
**form (15)**
30:6;72:23;73:6,10,
21;74:20,21;75:14,17;
79:8,9,11;82:7;88:12,
20
**forms (5)**
41:12;79:2;82:21,24;
85:9
**forth (1)**
33:5
**found (2)**
46:4;83:12
**foundation (1)**
81:20
**four (8)**

Case: 3:15-cv-00324-jdp   Document #: 182   Filed: 05/11/16   Page 32 of 40

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

24:13;34:9,20;42:14;
50:15,20;71:3;97:4
**frame (1)**
26:13;82:9;85:16
**fraud (1)**
74:4
**free (1)**
52:19
**freelance (1)**
11:23
**frees (2)**
63:10,13
**frequently (3)**
16:12;73:17;80:17
**Friday (2)**
21:14;88:1
**front (9)**
34:14;42:7,12,17;
53:8;63:17;69:6;
102:13,14
**full (1)**
37:22
**full-time (8)**
34:8,9,17,20,23;
37:2;40:20;41:2
**funding (9)**
35:6,8,17,22;36:1,4;
37:19;95:24;96:8
**further (5)**
32:10;71:10;97:16;
100:23;102:20

## G

**GAB (9)**
17:13;18:10,11;73:4,
21;74:1;75:5,16;76:1
**gather (2)**
8:20;9:10
**gathered (1)**
7:4
**gears (1)**
66:14
**General (2)**
4:7;50:18
**generalize (2)**
54:12;57:19
**generally (4)**
7:16;23:16;24:25;
70:12
**generate (1)**
101:15
**Gerald (1)**
4:11
**Germantown (1)**
57:7
**gets (2)**
80:10,12
**given (5)**
32:7,9;46:5;67:10;
95:8
**giving (1)**
5:7

**glanced (2)**
6:22;7:1
**goal (2)**
23:3,17
**goes (10)**
24:17;25:14;27:25;
28:18,19;36:15;45:13;
46:2;54:18;56:17
**Good (10)**
4:6;5:4;9:23;13:15;
35:16;50:3;55:9;99:8;
102:12,16
**Government (7)**
9:20;15:20;16:9,10;
59:13;60:7;73:22;78:6;
83:12
**grab (1)**
33:10
**graduated (1)**
11:13
**granted (5)**
37:12;38:4,6,24;39:4
**Great (1)**
97:10
**greater (2)**
79:7,7
**greatest (1)**
41:18
**greeter (1)**
94:6
**ground (2)**
4:15;28:19
**group (5)**
68:2;77:7;79:10;
88:19,23
**groups (1)**
64:18
**grumbling (1)**
18:21
**guarantee (1)**
34:12
**guess (22)**
8:3,5;18:14;20:1;
28:22;32:3;40:10;
55:13;57:15,17;59:13;
61:23;70:7;73:7;80:16;
81:4;83:11,16;86:12;
88:9,17;90:5
**guidance (1)**
76:3
**guys (1)**
102:21

## H

**half (4)**
37:21;65:7;77:12;
90:15
**hallway (3)**
51:24;52:2,13
**hand (3)**
27:21;48:18;102:10
**handed (1)**

101:24
**handful (1)**
81:6
**handing (2)**
41:11;90:18
**handle (1)**
85:24
**handles (1)**
85:21
**handling (1)**
86:1
**hands (2)**
41:1;102:3
**Hang (1)**
19:13
**happen (9)**
9:8;14:20;23:19;
24:3;28:7;39:20;73:17;
80:16,17
**happened (3)**
59:11;68:17;88:3
**happy (2)**
54:3;74:3
**hard (2)**
32:14;99:13
**harder (1)**
35:13
**hardly (1)**
52:9
**head (3)**
5:18;87:7;96:19
**hear (6)**
18:19,20;69:23;71:8,
11;81:1
**heard (2)**
18:25;99:11
**hearing (3)**
18:9,9;60:4
**help (8)**
20:11;35:4,11;39:11;
40:22;42:20;89:15;
93:5
**helped (4)**
41:11,12;67:20;
89:16
**helpers (3)**
36:6,8;38:7
**helpful (4)**
18:4;28:17;78:10;
79:10
**helping (5)**
34:15;43:7;53:17;
61:18,19
**high (2)**
54:14;87:16
**higher (1)**
57:10
**highest (1)**
54:15
**high-turnout (1)**
65:11
**hire (2)**
35:3;86:13

**hired (2)**
14:2;40:7
**hiring (1)**
36:13
**history (1)**
11:7
**hold (2)**
58:5;102:5
**holder (1)**
102:14
**home (1)**
17:1
**hook (1)**
86:3
**hope (3)**
14:24;66:14;94:24
**hoping (1)**
51:9
**hour (4)**
36:24;45:6,7;77:12
**hourly (1)**
37:8
**hours (13)**
15:18;16:3;23:24;
25:24;26:1,3;37:3,8;
52:24;53:9;65:4;86:16;
95:11
**HR (1)**
36:19
**Human (2)**
36:15,20
**hundreds (1)**
79:22
**husband (1)**
80:21

## I

**ID (52)**
29:8,10;46:12,13,13,
14,15,21;47:20,25;
48:7,18,23;49:10,13,
16;53:19;58:3,5,7;
85:9;86:6,10,14;87:25;
88:7,12,14,20,21;89:8,
10,16,24;91:6;92:20,
23;98:5,10,13,14,15,
23;100:22;101:9,10,11,
12,25;102:5,10,14
**idea (1)**
102:16
**identical (1)**
91:2
**identifying (1)**
84:16
**identity (1)**
58:4
**IDs (8)**
46:17;47:3;89:24;
90:8,13,17,24;102:17
**imagine (1)**
16:24
**impacts (1)**

98:11
**implement (2)**
31:9,10
**implementation (3)**
9:15;31:2;32:6
**implemented (1)**
49:7
**implementing (1)**
10:11
**important (2)**
5:3,14
**inappropriate (1)**
5:11
**Inc (2)**
4:10;8:6
**include (2)**
18:12;79:11
**included (2)**
35:20;56:25
**including (1)**
46:23
**inconvenient (1)**
29:20
**increased (2)**
98:22,24
**increasing (1)**
54:23
**incredible (1)**
85:8
**incredibly (2)**
44:8;45:10
**individual (1)**
15:15
**individuals (1)**
40:17
**influence (1)**
61:5
**information (11)**
9:16,17;17:19,24;
18:13;27:6;45:15,21;
75:8;94:25;95:8
**initial (1)**
95:9
**injured (1)**
35:10
**injuries (2)**
35:14,15
**in-person (13)**
24:15,20;27:7;33:22;
42:2;43:23;46:9;48:2;
56:13;60:20;61:1;
65:10;98:8
**insert (1)**
56:22
**inside (3)**
56:18,19;69:5
**inspect (1)**
90:8
**inspector (10)**
50:2;67:14,17;69:18;
71:1;74:17;76:7,11;
90:23;91:5
**inspectors (11)**

Case: 3:15-cv-00324-jdp   Document #: 182   Filed: 05/11/16   Page 33 of 40

One Wisconsin Institute, Inc., et al. vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

63:4,7,19;64:4,7;
74:15;86:13;90:6,9;
91:4,9
**instead (1)**
27:19
**Institute (3)**
4:10;8:6;15:19
**instruct (1)**
81:21
**instruction (2)**
56:20,21
**instructions (1)**
82:22
**insurance (1)**
13:5
**intend (2)**
74:25;75:1
**intent (4)**
30:19;73:11,24;74:6
**interaction (1)**
99:6
**interchangeable (1)**
20:16
**interest (2)**
54:6,8
**interested (1)**
93:20
**interesting (3)**
8:1;11:21;21:18
**interview (1)**
36:17
**into (25)**
4:13;12:25;22:4;
24:17;27:23;28:1,18;
37:22;38:22;41:2,8;
45:23;54:23;56:17;
60:23;87:3;91:10,11,
13,17,21,23;92:4;
95:15;96:1
**involved (4)**
29:1,4;30:14;48:22
**involves (2)**
30:25;96:8
**Iowa (1)**
11:16;12:3,5
**irate (1)**
46:19
**issue (17)**
20:2;46:16;50:8,11;
51:19;53:18;62:12;
69:16;75:4,14;81:5,7,
10;86:21;89:21,24;
100:22
**issued (2)**
87:10,13
**issues (11)**
12:23;13:1,2,7;
63:20;68:25;72:15,18;
77:2,5;81:25
**issuing (2)**
17:1;86:19

## J

**January (2)**
33:2,4
**job (11)**
5:17;12:6,10;13:12,
18,20;14:7;26:14;
33:18;36:16;37:7
**Joe (1)**
9:24
**Josh (3)**
6:13;10:1;31:20
**Journal (1)**
12:2
**Journalism (1)**
11:11
**journalist (1)**
11:12
**judge (1)**
81:24
**judgment (2)**
92:3;98:21
**jump (1)**
75:7
**June (1)**
92:16
**Justice (1)**
4:8

## K

**Kaul (14)**
4:24;6:13;10:1;
71:23;77:10,16;81:15,
19;97:3,8,18,22;
100:18;102:21
**KAWSKI (21)**
4:5,7;6:17;31:16,19,
22;71:24;77:13,17,19,
21;82:2;96:25;97:7,10,
15;100:21,24;101:17,
24;102:19
**keep (1)**
14:25
**keeping (1)**
76:16
**keeps (2)**
15:22;22:14
**Ken (2)**
93:12,12
**Kennedy (1)**
83:15
**kept (2)**
54:22,23
**Kevin (1)**
83:15
**kicked (2)**
76:18,24
**kind (12)**
5:23;8:1;19:2;24:25;
33:9;38:17;47:24;
50:10;51:4;58:12;73:6;

92:22
**kit (2)**
28:7,15
**kits (4)**
27:8,15;28:1,10
**knew (1)**
89:16
**knowledge (1)**
70:9

## L

**label (2)**
57:3;101:15
**labels (2)**
25:3;57:1
**Lakes (1)**
76:18
**landlord (1)**
82:7
**landlords (2)**
82:20,25
**language (4)**
72:22,25;73:6;74:21
**large (1)**
8:25
**larger (1)**
91:22
**last (23)**
18:23;19:20;21:13,
16;22:2,10;25:24;
29:12;30:1;32:24;
36:23;50:20;51:12;
52:14;53:12;75:11,12;
81:18;89:14;96:20;
101:17,21;102:8
**late (9)**
22:10,15;23:9,17;
36:9;65:13;66:2,10,12
**later (2)**
20:11;60:4
**latest (1)**
65:16
**law (20)**
9:14;10:9,13;12:23;
13:1,6;15:22;31:1,8,8,
9,11;55:18;69:10;71:4,
16,21;72:11;76:4;
86:10
**laws (6)**
10:12,15;31:4,10;
32:6;72:6
**law's (1)**
20:8
**lawsuit (2)**
69:10;71:21
**lawyers (3)**
100:9,10,10
**lead (1)**
26:16
**leading (2)**
61:13;82:10
**League (4)**

41:7;47:4;89:15,18
**lean (1)**
50:4
**learn (2)**
17:7;18:2
**learned (1)**
39:17
**least (5)**
10:16;39:24;42:15;
44:15;79:17
**leave (3)**
13:8;67:12,18
**left (6)**
13:11,14;28:8;67:21;
76:17;77:15
**legal (1)**
16:2
**legally (1)**
14:13
**lengthy (4)**
10:12;25:24;26:1,3
**letter (5)**
56:20,21;79:17;
82:21;89:11
**letters (1)**
12:20
**letting (1)**
41:13
**level (3)**
17:12;50:3;56:3
**license (1)**
29:11,13;33:18;
42:18
**licensing (2)**
13:13;15:9
**life (1)**
15:4
**light (1)**
41:9
**lighting (1)**
99:8
**limit (1)**
24:2
**line (22)**
21:17,23,25;22:2,4,
5;41:12,13;46:19;47:1,
2,6,10;51:4,5,13;52:2,
11;53:8,14,22;86:23
**lines (4)**
19:14;50:18;57:23;
86:16;93:7;95:11
**liquor (2)**
13:13;33:18
**list (2)**
40:13,16
**lists (1)**
36:17
**literally (1)**
97:4
**little (9)**
4:21;8:13;10:16;
17:10;45:13,23;82:24;
94:13;102:1

**live (1)**
74:25
**lived (1)**
74:5
**lives (1)**
26:15
**Loaded (1)**
31:6
**lobby (1)**
42:7
**located (1)**
33:25
**location (3)**
51:25;69:3;70:25
**lodge (1)**
74:7
**lodged (1)**
74:10
**long (26)**
12:7;13:21;25:20;
29:24,25;30:10;41:22;
42:4;50:19;51:5,13;
52:8,11,14,17;53:15,
23;60:11;62:14;70:17;
79:6;86:16;93:7;94:15,
17;95:11
**longer (8)**
24:18,21;25:23;
26:17;52:6;59:2;63:23;
80:2
**longest (3)**
52:5;53:4,6
**look (11)**
7:9,13,19;28:11;
31:13,23,24;54:20;
67:1;94:11;97:1
**looked (1)**
83:20;96:1
**looking (10)**
7:2;9:7,18;31:25;
32:17;67:22;87:21;
90:16,24;98:18
**looks (1)**
28:15
**losing (1)**
20:4
**lost (1)**
102:18
**lot (22)**
9:17;15:12;16:25;
18:8,15;26:10;31:10;
32:5;41:4;51:16;54:6;
62:8;66:1,15;70:6;
74:10;77:15;78:13,16;
87:22,23;99:11
**lunch (1)**
42:15

## M

**Madison (9)**
13:25;20:22;33:21;
39:20;59:8;69:4;76:25;

Case: 3:15-cv-00324-jdp   Document #: 182   Filed: 05/11/16   Page 34 of 40

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

83:7,11
**magazine (2)**
11:18,24
**magnitude (2)**
84:16,17
**mail (25)**
55:14,15;56:7,11,13,
17;57:10,13;58:5,7,12,
22;59:1,3,5,15,20,25;
60:2,21;61:4;78:19;
79:11;84:23;85:4
**mailed (2)**
79:9;92:13
**mail-in (6)**
55:11,22;58:14;60:8,
16;61:1
**main (1)**
8:5
**maintain (1)**
14:6
**makes (4)**
5:3;53:25;54:1;
67:13
**making (2)**
38:15;95:4
**man (1)**
81:10
**mandate (1)**
71:16
**manual (1)**
27:14
**many (40)**
19:23;23:24,25;
24:10,23;33:20,23,25;
36:3;37:17;41:20;42:9,
10,10,12;44:12;47:11;
51:1;52:16,19;54:1;
66:9,22,24,25;69:7;
80:16;83:16,16,21;
84:2,21,21,21;85:11,
24;86:20;87:5,10,24
**map (1)**
46:4
**March (2)**
79:24,25
**MARIBETH (1)**
4:1
**mark (3)**
31:15;58:19;91:3
**marked (2)**
31:21;70:1
**marking (5)**
90:19,20,24,25;91:4
**married (1)**
80:9
**marshal (2)**
51:9,15
**material (1)**
17:14
**matter (2)**
61:21;72:9
**maximum (1)**
42:22

**may (5)**
22:12;31:9;74:14;
78:20;82:14
**maybe (9)**
7:16;10:15;17:10;
18:20;37:3;76:3,22;
80:23;96:14
**Mayer (4)**
93:9,12;94:15;96:21
**M-A-Y-E-R (1)**
93:10
**mayor (3)**
14:3,14;40:14
**mayor's (1)**
41:5
**mean (23)**
20:3;38:16,17,19;
40:9;44:6;47:13;52:21;
55:11,13;60:13;61:21;
70:11;79:15,23;80:9;
81:4;85:1;88:8,14;
89:11;90:4;92:24
**measure (1)**
60:24
**medication (1)**
5:23
**meet (3)**
93:25;94:2,19
**meeting (5)**
32:4;76:5;78:7,9;
100:16
**meetings (1)**
76:1
**member (1)**
80:13
**memory (2)**
6:25;36:5
**mentioned (1)**
57:11;64:15;100:8
**message (1)**
19:13
**met (1)**
94:18
**Michelle (1)**
68:6
**middle (2)**
6:3;12:16
**midnight (3)**
22:1;23:18;26:19
**mid-October (1)**
82:11
**Midwest (1)**
11:20
**might (9)**
5:10,18;19:10;43:20;
52:19;54:10;60:11;
77:6;94:12
**Milwaukee (8)**
19:4,6,9,24;20:2;
59:2,6;60:1
**mine (1)**
57:10
**minute (3)**

24:24;48:16;52:20
**minutes (4)**
22:4,5;44:4;97:4
**miscellaneous (1)**
33:10
**misleading (1)**
73:21
**Mm-hmm (1)**
28:6
**mock (4)**
48:25;49:9;92:20;
97:24
**moment (1)**
41:2
**Monday (4)**
25:20;62:5,7,17
**money (2)**
60:12,14
**month (7)**
79:16,20,22,23,24,
25;82:10
**more (37)**
18:5;22:8;24:22,25;
25:4,5;27:23,23;28:24;
31:10;37:14,15;44:12,
13;47:9,13,25;48:22,
22;49:11,12;55:21,21;
59:1;60:25;71:10;74:7,
12;76:11;80:25;83:7,
11;84:7,9;94:13,24;
95:4
**morning (7)**
4:6;23:11,16,17;
24:4;64:4,8
**most (15)**
21:4;22:1;34:19;
37:12;39:22;40:17;
43:16;44:15;49:2;53:3;
54:13;70:8;78:18;85:1;
86:6
**mostly (1)**
13:2
**mother (1)**
62:10
**move (7)**
44:13;73:12,25;74:6;
80:8,10,11
**moved (3)**
72:17,20;80:19
**moving (1)**
75:2
**much (13)**
16:1;18:9;23:23;
26:12,22;47:25;48:8,
13;49:4,11,12;97:24;
98:4
**multiple (1)**
45:14
**municipal (5)**
9:2;15:19;16:7;
18:17;43:11
**municipality (4)**
57:8,9,12;83:9

**must (3)**
47:2;71:17;92:13
**must've (1)**
22:5
**myself (5)**
23:24;24:2;53:17;
57:22;85:3

## N

**name (33)**
4:6;6:12;8:10;9:22;
68:7,13,14;76:8,9;
80:10,12,15,21,22;
81:12,14;89:4;93:16;
96:17;101:7,10,11,17,
20,21,24,25;102:1,5,6,
8,11,13
**names (6)**
9:23;69:24;71:9,11;
89:5,18
**nature (1)**
37:4
**nearly (1)**
53:9
**necessarily (6)**
16:23;21:2;45:16;
61:7;74:22;99:8
**need (22)**
5:19,25;6:7,23;
17:24;18:3;23:5;39:22;
42:21;46:21;50:1;62:9;
69:23;70:23;71:8;
73:25;86:18,23,25;
87:2;89:10;91:17
**needed (3)**
25:10;39:1;89:16
**needs (6)**
43:4,5;45:22;46:3,5;
69:22
**Neil (5)**
19:12,15;21:20;
39:18;75:17
**new (14)**
16:20,22;17:6;37:10;
41:14;43:25;44:21;
46:7;48:7;49:1;52:18;
80:20;82:22;94:11
**newspaper (2)**
11:17,18
**next (16)**
5:9;13:23;23:6;
45:22,23;60:3;83:3;
89:7,9;90:20
**nice (1)**
25:1
**Nichol (1)**
4:11
**night (6)**
22:1,10;23:9;66:10,
12;68:18
**nine (2)**
72:20;91:9

**nobody (1)**
27:18;46:1
**nod (1)**
5:18
**nonetheless (1)**
12:25
**nonstop (1)**
52:9
**notes (3)**
11:2;77:14;97:2
**notice (1)**
18:5
**noticed (1)**
45:3
**noticing (1)**
44:15
**notification (2)**
14:17,19
**notify (2)**
14:15;76:7
**November (20)**
35:3,8,9;36:1,10,11;
37:1,10;50:23;76:22;
82:10,12,17;83:21;
84:9;91:16,22;93:6;
94:23;95:5
**November's (1)**
38:7
**number (27)**
4:10;22:21;37:10;
39:21;40:3;41:18;
42:22;46:3,8;47:21;
55:10;58:1;61:2,3,3,4;
66:20;73:1;80:8;83:23;
85:8;86:24;87:6,18;
88:10;95:16,18
**nursing (1)**
17:1

## O

**oath (1)**
4:3
**object (1)**
5:10
**Objection (3)**
71:23;81:15,19
**observations (2)**
98:9,20
**observer (16)**
67:2,2,7,9,24;68:1,2,
4,9,25;69:3,20,22;76:8,
16,17
**observers (9)**
66:15,16,20,21;67:4;
68:23;69:13;75:21;
77:5
**observer's (1)**
68:7
**observes (1)**
68:10
**observing (1)**
69:22

Case: 3:15-cv-00324-jdp   Document #: 182   Filed: 05/11/16   Page 35 of 40

One Wisconsin Institute, Inc., et al. vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

**obtain (3)**
9:18,19;35:17
**obtaining (1)**
89:10
**occur (2)**
50:22;59:9
**occurring (1)**
92:1
**occurs (2)**
70:9,15
**October (3)**
36:9;37:1;92:8
**off (5)**
29:16;53:16;64:3,13,
14,20;65:2,3;70:1,4;
77:17;86:3;87:6;96:19;
102:17
**offer (3)**
66:2;95:2,4
**offered (2)**
16:11;65:13
**offering (2)**
16:22;65:10
**offers (1)**
13:17
**office (69)**
8:17;12:19;13:12;
15:11,12;17:25;18:25;
19:6;21:2;22:14,16;
23:8;24:8,13;25:7,11;
30:17,22;33:17,23,25;
34:7,15,17;35:17;
37:16;41:1,3,5,7,8;
42:4;48:4;51:2;54:23,
25;56:1,6,21;58:25;
59:14;60:10,13;63:6;
64:12,18;69:5;70:23;
74:18;79:1;82:21;86:1;
88:11,13,16,20;89:1;
94:9;98:9,13;99:1,5,9,
23,25;100:1;101:4,5,19
**offices (3)**
13:17;19:3;43:11
**official (1)**
20:15;25:9;76:14
**officials (4)**
25:13;27:13;39:23;
81:2
**often (6)**
18:10;19:6,8;24:13;
68:10;80:5
**old (5)**
17:8;48:5,14;72:19;
74:25
**Once (4)**
22:16;76:11;86:14,
15
**One (46)**
4:10;6:1,8;8:6;
11:19;13:4;20:14;24:7;
28:9,9;31:16,18,19;
34:6;38:22;41:19,21;
45:21,22;46:8;50:9;

51:15;56:12;57:2,3;
60:18,23;63:17;67:1,
10;70:14,14;74:7;
75:22;80:11,11,23,24,
25;81:7;84:4;85:1,21;
89:10;90:23;93:15
**ones (3)**
10:19;78:19;88:5
**ongoing (1)**
15:21
**online (3)**
45:1;78:15,21
**only (9)**
24:7;25:21;31:16;
34:24;67:1;74:25;81:5;
85:21;90:9
**open (2)**
9:17;41:14
**opening (2)**
25:1;36:16
**opposite (1)**
46:20
**option (12)**
40:4;55:19,22;57:13,
13;58:6,22;60:9,16,18,
23;80:2
**optional (1)**
65:4
**options (1)**
25:15
**oral (1)**
5:19
**order (2)**
54:24;67:13
**ordered (1)**
67:17
**ordinance (1)**
82:19
**organization (1)**
8:7
**originally (1)**
12:3
**others (5)**
7:9;31:11;43:13;
90:25;99:21
**out (39)**
17:16;18:11,20;19:9;
21:2;24:22;28:19;30:6;
34:15;37:25;41:12,25;
46:18;49:2;52:12;54:2;
56:17;60:7;61:4;62:5;
66:24;67:3,6;70:19,24;
71:19;73:3;76:18,24;
79:9,10;81:4;83:12,14;
84:5,12;93:5;98:16;
102:8
**out-of-state (1)**
46:17
**outside (4)**
25:6;51:17,17;56:18
**over (21)**
5:4;6:20,22;10:13;
17:8,25;25:19;26:14;

27:15;28:8;34:15;50:4,
16;51:1;55:25;60:18;
64:18;74:23;79:5;
83:16;84:22
**overall (1)**
99:2
**overseas (2)**
83:8;84:23
**overtime (2)**
65:4,5
**overvote (1)**
58:20
**own (3)**
58:10;95:20;96:6

---

## P

**pack (1)**
22:20
**packing (2)**
27:8,22
**page (5)**
32:24;50:16,17;
77:23;82:4
**paid (12)**
20:4,7;39:10,16,18,
18,22,23;40:1,18;65:5;
95:25
**paper (1)**
32:17
**paperclips (1)**
27:12
**paperless (1)**
78:14
**paragraph (15)**
33:16;50:15,20;56:5,
8;65:9;75:22;77:23;
78:25;80:1;82:4;85:7;
86:9;90:5;92:18
**parent (1)**
12:2
**parking (1)**
65:24
**Part (4)**
58:21;90:22;96:11,
12
**particular (3)**
7:2;70:14;76:13
**parts (2)**
91:10,13
**part-time (7)**
35:1,4;36:6,7;37:7,
11;38:7
**passed (2)**
72:7;82:19
**passing (1)**
73:8
**past (15)**
7:3,15;10:13;25:8;
27:4;37:21,24;42:25;
65:11;79:7,16;80:24;
89:13;91:20;94:8
**Paul (1)**

68:8
**pay (1)**
78:13
**paying (1)**
47:17
**payroll (1)**
40:4
**penalty (1)**
74:4
**pens (1)**
27:12
**people (45)**
13:6;20:4,5;24:23;
25:17,19;28:20;34:6;
36:13;40:16,20;41:20;
42:17,18;47:5,9,11,16,
19;51:1;54:1,2,4,9;
55:14,18,21;57:20,22;
59:18;60:25;62:9;
63:12;66:2,9;69:18;
71:9;75:3;78:13,16;
88:11,23;90:14;94:8;
99:11
**per (4)**
25:19;80:23;81:6;
90:14
**perceive (1)**
5:10
**percent (2)**
55:6,8
**percentage (3)**
87:12,16,21
**perhaps (4)**
34:22;60:6;71:20;
82:16
**period (27)**
12:14;14:16;23:11,
21;24:15,16,18,19,20;
25:23,25;26:17;33:22,
24;34:19;35:2;36:7,25;
37:2;52:6;53:12;55:25;
57:24;64:6,25;79:5;
83:17
**periodically (2)**
18:10;94:7
**permissible (1)**
71:4
**person (18)**
21:10;22:2;43:6;
52:15;56:12;57:18;
61:2,16;67:17,21,24;
68:13;74:1;80:11,11;
81:8;90:20;98:17
**personal (6)**
26:9,15;31:3;58:10;
70:9;81:23
**personally (3)**
26:10;84:4;99:20
**perspective (1)**
17:11
**phased (1)**
18:24
**phone (15)**

23:8;41:2;47:7,12;
52:9;53:16;58:1;61:18;
70:16;74:19;85:8,11,
17;86:1,3
**phones (2)**
47:9,16
**pick (3)**
5:16;25:3;63:8
**picked (1)**
63:3
**picture (1)**
101:10
**pictures (1)**
11:23
**piece (2)**
45:21,24
**pieces (1)**
27:15
**pin (1)**
84:14
**place (22)**
22:19;27:9;42:2,3;
48:17;66:16,18;67:11,
21;70:7;71:3,15;73:19;
74:16;76:19,25;80:19;
89:22;90:7;92:24;93:3;
99:14
**places (13)**
9:21;27:9;34:5;
62:22,25;65:21,23;
70:12,17;76:12;91:22;
94:9;95:16
**plaintiff (1)**
8:5
**plaintiffs (4)**
8:2,3;9:5;71:20
**plan (1)**
26:9
**planned (1)**
81:13
**plans (1)**
66:13
**playing (1)**
47:6
**please (4)**
5:6;6:2;77:17,20
**pm (8)**
22:12;52:1;65:11,15,
18,20,25;66:2
**point (11)**
8:10;9:10;15:3;
18:22;50:17;51:21;
62:21,24;64:2;67:4;
74:17
**police (2)**
67:23;68:1
**political (2)**
11:11;30:14
**politics (3)**
29:2,4;30:16
**poll (42)**
15:4,5;20:1,6,12,19;
39:13,19;40:10,13;

Case: 3:15-cv-00324-jdp   Document #: 182   Filed: 05/11/16   Page 36 of 40

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

48:11,15,24;49:24;
50:1,8,9,13;70:3;90:10,
11,15,19,21,23,24,25;
91:2,3,5,9,11,13,16,23;
92:7;94:5;95:10,15;
98:5,11,12
**polling (36)**
22:19;27:9,9;34:5;
42:2,3;48:17;51:25;
62:22,25;65:21,23;
66:16,18;67:11,21;
70:7,12,17,19,24;71:3,
14;74:16;76:12,18,25;
80:19;89:22;90:7;
91:22;92:24;93:3;94:9;
95:16;99:14
**polls (11)**
25:13,17;28:12;
58:17,21;60:19;67:3;
98:25;99:7,12;101:3
**portion (1)**
98:21
**position (6)**
14:5,7;33:13;37:4,
22,22
**positions (1)**
38:11
**possible (3)**
24:23;25:11;49:15
**possibly (1)**
46:23
**post (3)**
36:16;58:25;59:13
**postage (4)**
56:19;84:25;85:3,5
**posted (2)**
37:6,7
**pouring (1)**
54:22
**predict (1)**
55:1
**prefer (2)**
40:18;102:7
**preference (1)**
18:12
**preferences (1)**
58:11
**preparation (4)**
6:18;7:10,20,22
**prepare (4)**
6:9;27:25;61:11;
62:21
**prepared (5)**
9:3;28:7;32:3;79:17;
95:1
**preparing (1)**
15:13
**present (1)**
74:5
**presidential (3)**
37:20;76:22;83:21
**press (2)**
27:5,20

**pretty (2)**
31:5;79:20
**previous (1)**
62:23;73:25
**Previously (1)**
26:6
**printed (2)**
78:20;92:7
**printing (1)**
56:16
**printout (1)**
78:23
**prior (7)**
15:6;21:24;44:19;
45:3,5;48:7;62:24
**prioritize (1)**
26:14
**priority (1)**
34:15
**Probably (3)**
47:15;66:12;73:3
**problem (7)**
19:7;44:10;45:4;
71:11;75:18;76:7;
84:15
**problems (3)**
49:22;53:19;68:23
**procedure (2)**
48:7,8
**procedures (1)**
17:1
**process (15)**
29:18;36:14;38:14;
40:13;42:5;43:24;44:4,
11;45:5,6;79:18;87:1;
97:25;98:11,17
**processed (1)**
11:25
**processing (2)**
61:24;62:1
**produced (1)**
100:5
**professor (3)**
93:4,8,9
**project (4)**
54:21;94:16,23,24
**proof (4)**
30:9;79:3,12,19
**prove (2)**
30:7;78:1
**provide (2)**
18:2;82:20
**provided (3)**
32:14;38:9;89:18
**provides (1)**
17:13
**provisional (8)**
19:23;86:19,19,20;
87:3,22;88:18;90:3
**provisionals (4)**
87:10,17,23,24
**public (1)**
34:4

**push (4)**
23:24;24:23;25:17;
60:22
**pushed (1)**
27:23
**put (8)**
41:25;56:22;57:1;
60:2;74:19;82:24;85:3,
5
**puts (1)**
80:12
**putting (1)**
28:18

**Q**

**qualifying (2)**
88:12,21
**quantify (1)**
80:7
**quick (2)**
97:1,18
**quickly (3)**
44:14;52:18;97:11
**quiet (1)**
23:8
**quietly (1)**
24:25
**quit (1)**
20:9
**quite (4)**
24:13;26:12;32:8;
83:19

**R**

**raised (1)**
75:5
**reach (1)**
51:21
**reaches (1)**
74:17
**read (4)**
6:18,20;7:19;99:13
**reading (2)**
47:19;99:13
**ready (2)**
62:25;98:16
**real (1)**
102:12
**realize (1)**
46:21
**realized (1)**
40:25
**really (12)**
8:3;13:5;38:22;42:3;
47:17;52:21,23;53:1;
57:25;62:20;72:9;
84:16
**reason (10)**
5:21;13:11;14:22;
21:22;23:4;39:17;45:8,
11;53:15;54:11

**reasonably (1)**
42:23
**reasoning (1)**
38:9
**recall (10)**
10:12;22:3;29:23;
36:23;41:23;51:11;
73:18;87:24;93:15;
98:1
**receive (8)**
17:16;18:5,8,23;
54:20;60:3;78:15;79:8
**received (7)**
14:17,19;18:21,22,
25;60:5;79:1;85:12,17;
99:22
**receiving (2)**
18:15;85:7
**recent (7)**
21:4;30:25;35:13;
44:16;53:3;54:13;59:5
**recently (4)**
16:14;59:10;75:10;
77:3
**Recess (2)**
77:18;97:14
**recognize (1)**
76:4
**recognized (1)**
76:9
**recommend (1)**
14:14
**record (6)**
5:4;22:21;54:18;
77:17,19;97:16
**recording (1)**
94:14
**recruit (1)**
40:6
**recruiting (1)**
25:12
**referred (1)**
9:15
**referring (2)**
9:21;90:3
**refused (1)**
67:8
**register (8)**
43:6,6;53:18;72:16;
73:9,25;78:17;81:11
**registered (3)**
20:22;46:2;101:9
**registering (1)**
45:25
**Registration (19)**
19:8;30:2,6;41:11,
12;44:1,5,17;46:8;
47:23;72:23;77:22;
79:2,8,9,19;82:20;
92:11;101:12
**registrations (3)**
42:6;45:6;78:18
**regular (6)**

15:24;19:2;27:17,24;
47:13;68:9
**regularly (1)**
26:20,21,24;38:1
**rejected (6)**
38:20;58:24;88:4,6,
10,18
**related (1)**
9:1
**relating (2)**
63:20;100:21
**releases (2)**
27:5,20
**reliable (1)**
84:23
**remedy (1)**
95:14
**remember (31)**
9:20,22;10:2,6,10;
29:18,22,25;30:4,9;
32:17;33:4;44:25;51:3,
6,8,14;53:10;66:25;
68:2,5;76:21;78:6,8,8;
79:6,14;85:2;96:23;
99:18;100:9
**reminder (1)**
18:11
**reminding (1)**
56:22
**remove (1)**
34:6
**removed (1)**
14:23
**renew (2)**
29:12,15
**renewal (1)**
14:15
**renewed (1)**
14:18
**replicate (1)**
92:22
**reporter (2)**
5:3,16
**represent (1)**
75:3
**representing (1)**
10:4
**request (7)**
35:22,25;36:3;38:15,
20;39:3;41:25
**requesting (1)**
38:12
**requests (10)**
38:1,5,24,25;39:6;
42:7;54:20,22;55:10,
11
**require (1)**
25:16
**required (2)**
82:20;92:23
**requirement (13)**
16:2;48:24;49:4,13,
15,23;58:7;72:2,5,7,14,

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

19;73:14
**requires (1)**
44:11
**research (4)**
95:21;96:10,13,17
**resided (1)**
30:8
**residence (3)**
78:1;79:3,12
**residency (3)**
71:25;72:2,4
**resolve (1)**
62:14
**resolved (1)**
74:15
**Resources (4)**
36:15,20;62:2,16
**respect (1)**
29:5
**respond (1)**
100:2
**responding (1)**
61:19
**response (2)**
99:18;100:5
**responses (1)**
5:19
**responsible (2)**
59:17,22
**responsive (1)**
8:23
**rest (1)**
88:3
**result (2)**
14:11;47:23
**return (2)**
56:19,19
**returned (1)**
28:10
**revenue (1)**
38:10
**review (1)**
17:10
**reviewing (1)**
16:25
**Right (49)**
7:6;10:21;15:2;
17:20;18:13;22:19,19;
31:23;32:1;33:8,20,25;
34:25;40:20;44:21;
46:2;47:3,10,19;49:24;
50:14;51:23,25;55:15;
65:1;68:22;69:5,13;
70:23;71:12;72:12,14;
73:7;80:4;82:5;83:5;
84:20;86:10;89:2,25;
91:7;97:13;98:6,7;
99:21,23;100:15;
102:14,19
**ringing (2)**
23:9;86:3
**Ritt (1)**
68:6

**roll (1)**
97:8
**room (4)**
4:24;25:21;85:5;
99:10
**rules (5)**
4:15;48:14,25;49:1;
71:25
**run (5)**
12:25;16:9;30:17;
38:17;73:16
**running (1)**
25:3
**Rusk (1)**
68:8

## S

**sacrificed (1)**
26:10
**safest (1)**
58:18
**safety (1)**
51:20
**same (14)**
19:10;21:20,21;27:2;
42:17;43:7,11,19;49:7;
63:12,18;75:14;77:6;
91:2
**satisfaction (1)**
17:12
**Saturday (9)**
25:18;63:2,7,10,21,
23;64:16;65:2,3
**Saturdays (3)**
24:3;27:3,7
**save (4)**
60:11;61:15;101:25;
102:2
**saves (1)**
61:17
**saving (2)**
60:14;61:22
**saw (4)**
8:10;52:2;66:25;
67:21
**saying (3)**
19:13;48:19;90:8
**scenarios (3)**
93:2;94:7,10
**schedule (1)**
23:15
**school (1)**
11:8
**science (1)**
11:11
**screens (1)**
45:15
**seal (2)**
22:20,21
**second (6)**
14:10;38:15;46:11;
50:17;76:13;89:21

**seconds (5)**
48:15,17,19;49:16;
95:9
**section (1)**
83:3
**security (1)**
67:20
**seem (1)**
70:11
**segment (2)**
91:3,5
**sell (1)**
11:25
**Senator (2)**
12:13,14
**Senator's (1)**
12:18
**send (13)**
9:5;18:10;19:13;
27:8;51:16;55:15;58:3;
61:4;83:17,22;84:21,
24,25
**sending (3)**
84:12;85:2;92:7
**sends (2)**
83:11;84:5
**sense (4)**
11:5;26:11;55:24;
94:22
**sent (2)**
60:20;83:7
**sentence (2)**
50:20;81:18
**separate (9)**
84:13;85:4,6;86:23,
25;87:1;89:23;90:1,2
**serious (3)**
81:5,7,10
**served (1)**
8:8
**servers (1)**
19:11
**services (1)**
34:23
**session (2)**
17:7;25:19
**sessions (1)**
16:9
**set (16)**
21:24;36:18,19;42:1;
43:12,14;50:13;62:22;
69:4;80:10,13,20;
81:11,14;89:22;93:5
**sets (2)**
36:20;38:18
**seven (1)**
24:12
**several (2)**
13:17;51:15
**shared (1)**
38:10
**sharing (1)**
93:3

**sheet (2)**
40:5;67:1
**sheets (1)**
66:23
**shift (1)**
66:14
**shifting (1)**
62:2
**shifts (1)**
90:7
**shortly (1)**
92:10
**show (9)**
29:7;48:18;54:1;
61:1,2;72:20;88:12;
98:16;101:1
**showed (4)**
15:12;41:21;87:25;
101:25
**showing (6)**
46:24;88:7,13;98:10,
13,23
**shows (1)**
102:10
**sick (1)**
34:13
**sign (3)**
49:25;50:7;74:2
**signage (1)**
27:11;47:2
**signature (8)**
32:25;48:24;49:4,6,
10,12,15,23
**signatures (2)**
56:23;58:23
**signed (3)**
20:5;32:11;33:2
**significant (1)**
98:21
**sign-in (3)**
66:23;67:1;98:5
**signing (4)**
35:12;41:15;98:10,
12
**signs (1)**
47:17
**similar (2)**
65:22;82:3
**single (2)**
37:24;79:22
**sink (1)**
47:5
**sit (1)**
42:25
**sites (1)**
70:19
**sitting (2)**
29:22;45:12
**situation (1)**
67:5
**situations (1)**
74:16
**six (12)**

7:14;16:3;34:8,17;
36:6;38:6;39:4,4;
40:20;42:25;71:6;
77:23
**Skipping (1)**
82:3
**slip (1)**
90:18
**slow (3)**
43:23;44:9;45:10
**slowness (1)**
43:25
**small (7)**
27:11;39:21;40:3;
41:15;86:24;87:15,18
**sneak (2)**
52:12;87:3
**snowstorm (1)**
29:21
**soft (1)**
25:1
**somebody (8)**
17:21;21:23;34:13;
53:6;58:4,17;80:18;
88:13
**somebody's (1)**
47:6
**somehow (1)**
59:19
**Someone (8)**
32:22;43:5;48:1;
60:6;63:13;67:5;68:11;
88:19
**something's (1)**
18:6
**Sometime (4)**
14:21;92:8,16;94:19
**Sometimes (6)**
19:12;38:4;39:18;
42:16;47:22;49:25
**sorry (3)**
81:17;88:20;100:10
**sort (2)**
22:17;23:6
**sorted (4)**
23:6;59:2,6,25
**sorts (2)**
9:13;12:20
**source (1)**
78:21
**space (3)**
43:14;69:3;70:10
**speak (2)**
7:22;74:18
**special (2)**
84:25;100:16
**specialization (1)**
12:23
**specific (2)**
16:19;19:11
**specifically (4)**
86:13;88:17;98:23;
100:4

Case: 3:15-cv-00324-jdp   Document #: 182   Filed: 05/11/16   Page 38 of 40

One Wisconsin Institute, Inc., et al. vs.                     Deposition of MARIBETH WITZEL-BEHL
Gerald C. Nichol, et al.                                                                    April 22, 2016

**specifics (1)**
28:24
**specify (1)**
53:20
**speculate (1)**
72:6
**speculating (1)**
49:14
**speed (1)**
15:16
**spell (2)**
101:17;102:7
**spelling (3)**
101:21;102:6,11
**spend (1)**
56:24
**spent (1)**
27:8
**splitting (1)**
95:15
**spoke (3)**
10:3;74:1;97:23
**spoken (1)**
75:14
**spread (1)**
24:22
**spreads (1)**
11:24
**staff (17)**
26:2;27:16,24;33:17,
21,23,25;36:4;38:2;
42:12,23;56:24;57:4;
63:6;70:24;85:24;
96:11
**stand (7)**
21:23,25;69:13,19;
71:3,6,17
**standing (2)**
25:21;50:6
**star (1)**
82:24
**staring (1)**
45:12
**start (5)**
24:25;36:9;53:17;
91:21;101:21
**started (4)**
13:16;20:8;23:12;
96:2
**state (13)**
9:1;10:13;12:11;
13:2;16:20;19:3;30:25;
59:21;79:8;87:17;
101:7,20,22
**stated (1)**
101:24
**statement (2)**
50:3;62:19
**statements (1)**
33:9
**States (1)**
4:12
**State's (5)**

19:8;27:14;40:12;
41:10;43:25
**stating (1)**
102:1
**station (8)**
41:14;43:3,21;86:18,
25;90:4,22;91:8
**stations (7)**
42:25;43:1,12,15,19;
52:16;90:2
**statistic (2)**
7:3;84:13
**statistics (8)**
6:22,24;7:1,4,7;
27:20;56:2;92:24
**statute (1)**
69:12
**statutes (1)**
27:14
**stay (5)**
13:18;30:16;67:9;
69:22;75:1
**staying (1)**
26:19
**step (2)**
43:20;98:17
**steps (4)**
44:12,13,14;101:2
**Steve (6)**
4:21;6:10,10,15;
8:18;32:4
**Steve's (1)**
4:22
**still (8)**
23:5;28:22;32:12;
60:5;64:7;71:8;93:24;
95:17
**stood (1)**
21:17
**stop (3)**
50:1;51:10,16
**stops (1)**
46:19
**story (1)**
81:25
**straight (1)**
78:22
**straightened (1)**
60:7
**Streams (1)**
11:20
**strong (1)**
31:7
**struggling (1)**
99:12
**stuck (1)**
99:9
**students (1)**
93:15
**student's (1)**
93:16
**study (6)**
92:22;93:22,23;

95:24;96:9;98:4
**submit (1)**
42:18
**submitted (3)**
19:17,19;40:14
**subpoena (18)**
8:8,11,11,15,18,19,
25;9:4;18:19,21,22,24;
19:1;99:17,22;100:2,6,
9
**subscriptions (2)**
11:25;12:1
**suddenly (1)**
62:10
**sufficient (1)**
37:10
**suggested (1)**
70:3
**suggestions (3)**
95:3,4,13
**summer (2)**
14:21;16:24
**Sunday (3)**
64:22;65:2,3
**Sundays (1)**
24:4
**supervisor (2)**
15:12;68:15
**supplemental (1)**
38:23
**supplies (1)**
27:11
**supply (3)**
27:8,22;63:8
**supporting (1)**
67:7
**sure (22)**
10:15,18;14:13;
17:24;20:17;27:21;
28:21;31:24;32:16;
38:16;40:9;47:9;56:23;
57:21;58:18;60:25;
72:22;82:16;87:2;89:8;
93:6;97:3
**surprise (1)**
54:19
**surprised (1)**
54:24
**swearing (1)**
59:18
**switch (1)**
77:11
**sworn (2)**
4:3;74:23
**System (13)**
19:8;41:11;44:1,7,8,
13,17,21,22;46:4,8;
84:23;98:19

---

**T**

**tab (1)**
45:21

**table (3)**
50:6;90:10,11
**tables (2)**
89:23;90:1
**tabulator (1)**
87:3
**tabulators (1)**
95:19
**talk (32)**
4:14;5:4;8:13;9:6;
10:16;11:4;17:21;
19:22;20:10;21:4;
24:14;33:8,20,22;44:6;
50:17;55:17;56:4,6;
61:9;65:9;66:19;68:1;
71:25;73:5;77:22;
78:25;80:1;83:4;85:7;
90:5;101:5
**talked (18)**
6:10,11;9:2,3;18:17;
19:20;33:12;50:15;
57:25;75:15,17,22;
80:18;81:1;82:6;92:18,
19;96:20
**talking (15)**
28:22,23;39:13;47:5;
48:13;59:24;70:10,12;
76:2;88:17;92:20;
95:17;98:25;99:1;
101:3
**tape (2)**
70:1,4
**task (3)**
27:18,19;90:9
**tasks (4)**
15:10;27:23;41:9,15
**tax (1)**
13:2
**taxpayers (1)**
60:12
**technical (1)**
45:11
**technology (2)**
44:10;45:20
**tells (1)**
47:2
**ten (3)**
72:19;75:22;84:8
**tenants (1)**
82:22
**tend (1)**
73:16
**tends (1)**
23:9
**ten-minute (1)**
47:23
**tenth (1)**
33:15
**term (5)**
20:12,13,15,17;31:6
**terms (4)**
13:15,23;20:14;36:3
**test (1)**

34:4
**testified (3)**
4:3;76:6;98:3
**testify (1)**
5:22
**testimony (1)**
76:5
**testing (1)**
49:9
**Thanks (1)**
102:20
**theft (1)**
58:4
**there'd (1)**
25:4
**thinking (1)**
94:12
**third (1)**
91:5
**thirty (1)**
24:18
**though (8)**
38:1;53:2;57:23;
62:4;64:12;73:11;
81:13;86:24
**thought (2)**
7:25;57:11
**thousand (2)**
79:1,14
**Thousands (3)**
85:13,14,17
**threat (1)**
70:22
**three (19)**
24:13;34:10,23;
52:24;60:4;69:9,21;
71:2,17,18;90:14;
91:10,11,17,19,23;
92:4;95:15;97:4
**throughout (3)**
19:3;70:25;87:17
**thrown (2)**
67:3,6
**tight (1)**
26:13
**timely (2)**
17:18,19
**times (4)**
6:11;34:11,24;80:16
**timing (9)**
48:4;58:25;93:2;
94:4,5,12;96:11,12,14
**today (9)**
4:9;5:2,22;6:9,19;
7:25;10:16,23;30:24
**together (3)**
28:18;49:10;73:16
**told (7)**
6:23;7:24;10:8,10;
67:12;74:24;76:8
**took (7)**
11:23;27:24;29:25;
56:16;67:1;73:18

One Wisconsin Institute, Inc., et al.  vs.
Gerald C. Nichol, et al.

Deposition of MARIBETH WITZEL-BEHL
April 22, 2016

**tools (1)**
27:12
**top (2)**
87:6;96:19
**topic (4)**
66:15;85:12;86:7;
99:15
**topics (1)**
77:11
**tornado (1)**
28:11
**total (4)**
87:5,13,20;91:9
**totes (2)**
27:22;63:8
**toward (1)**
68:18
**tracking (1)**
89:3
**Trails (1)**
11:20
**train (3)**
63:6;64:4,16
**training (21)**
15:14,16,17,18,20,
24;16:3,4,6,19,21;17:6,
13;18:1;25:10,15,16,
18;64:7,15,18
**trainings (2)**
16:25;25:20
**transcribe (1)**
5:16
**travel (1)**
66:9
**traveling (1)**
66:11
**trials (1)**
97:23
**tried (9)**
11:25;24:2,4;42:15;
67:11;86:9;88:6,11;
92:22
**triple-check (1)**
22:18
**tripled (1)**
55:25
**trouble (1)**
25:3
**troubleshoot (1)**
25:2
**troubleshooting (1)**
70:17
**true (2)**
40:6;59:20
**truthfully (1)**
5:22
**try (14)**
5:7;16:4;24:23;25:6,
9;49:1,3;54:2,21;61:5;
76:1;81:24;89:6;95:3
**trying (9)**
17:15;72:16;79:10;
81:4;84:14;86:12;

88:15;89:7;96:8
**turn (2)**
37:21;77:23
**turned (5)**
37:16,20,22;38:2,8
**turnout (5)**
54:1,14,15,21;55:2
**twenty (1)**
7:14
**two (33)**
9:21;12:9;13:22;
15:9;16:2;22:4;23:12,
14;25:10;33:16;34:6,7,
9;42:14,16;43:22;
47:21;50:19;53:9;
64:17;67:3;79:7;86:14,
15;90:6,7,25;91:4,13,
21;92:4;97:5;102:3
**two-block (1)**
51:4
**two-week (1)**
23:21
**type (7)**
27:2;58:13;59:24;
88:14;101:12,13;102:5
**types (1)**
43:15
**typical (3)**
79:20;91:12,14
**typically (3)**
27:24;35:7;101:18
**typing (5)**
32:19;102:2,3,6,13

**U**

**under (4)**
12:9;48:14;71:4;
74:4
**unemployment (1)**
13:4
**uniform (1)**
56:20
**United (1)**
4:11
**unsuccessful (1)**
88:7
**up (55)**
5:16;8:19,20,20;
9:10;12:5;14:10;15:16;
18:6;20:5;23:18;24:5,
12;25:4;26:16,19,24;
36:13;41:21;42:1,25;
43:12,14,20;44:4;
48:18;50:13;52:15,19;
54:1;60:21;61:1,2,13;
62:22;63:3,8,10,13;
69:4;72:20;73:23;
75:20;80:10,13,20;
81:11,14,25;82:10;
89:22;93:6;97:19;
100:21;101:1
**upcoming (1)**

16:21
**update (2)**
30:2,11
**upon (2)**
34:22;71:14
**upset (2)**
41:5;53:22
**upside (1)**
50:10
**use (14)**
20:12,14,17,18;
29:10;42:5;52:10;
54:21;55:19;57:2;
63:25;73:10;77:25;
89:9
**used (11)**
22:21;24:17;27:16;
28:12;30:9;44:12;
48:14;60:2,8;80:5;82:7
**useful (1)**
17:19
**using (6)**
55:21;58:6;78:16;
80:1;93:5;96:6
**usually (2)**
34:20;63:17
**utility (1)**
80:12
**UW-Eau (1)**
11:9
**UW-Green (1)**
15:19
**UW-Madison (1)**
93:4

**V**

**valid (1)**
47:3
**validated (1)**
46:4
**varies (1)**
53:1
**variety (2)**
86:7,8
**various (3)**
10:13;32:6;43:1
**verbally (1)**
5:15
**version (1)**
32:11
**versus (5)**
4:11;56:11;59:8;
61:1;98:5
**veterinarian (1)**
26:7
**via (2)**
83:7;84:12
**view (1)**
81:9
**visit (1)**
62:9
**visiting (2)**

66:10;70:24
**volunteer (5)**
20:7;39:19,25;40:17;
41:9
**volunteers (7)**
20:4;39:11,15;40:4,
7,21;41:18
**vote (21)**
20:24,25;21:5,8;
29:6,8;45:25;46:2;
48:1;52:15;54:3,9;
55:14;58:17;60:10,19,
19;75:2;81:8;84:20;
101:6
**voted (2)**
21:5;22:3
**Voter (57)**
19:8;20:20;21:16;
30:2;41:10,12;42:6;
43:25;44:4;45:5;46:12,
13,13,18;47:20,24;
48:7;49:10,13,16,25;
50:4,4,7,10;53:4,7,19;
54:10;57:14,15;60:3,
18,21,22;62:8;73:24;
74:2,7,19;77:22;79:2;
82:20;84:18;86:6,10;
87:2;90:18,18;92:20,
23;98:14,18;100:22;
101:1,11,15
**voters (49)**
25:5;27:6;41:4,7,13,
14;42:13,20;46:14,20;
47:4;49:3;51:2,16;
52:19;56:22;58:1;59:3,
19;60:4;61:2,18;69:8,
24;72:16,18,20;73:9;
74:10,14,24;79:18;
81:1,24;82:6;83:8,22;
84:20;85:8;87:25;89:4,
15,17,19;90:12;95:17;
98:15;101:18;102:7
**voters' (1)**
58:10
**voting (54)**
17:1;21:14;22:11,15,
23;23:11,21;24:20,22,
24;25:1,7,22,25;26:16;
27:7;29:7;33:24;34:19;
35:2;40:23,25;41:3,23,
24;42:2,8,9;43:23;
46:9;48:2;51:1,2,12;
52:19;53:3,12;54:2,11;
57:24;58:7,12,13,14;
61:9,16;62:18;63:9,23;
65:10;68:19;83:4;
95:18;98:9

**W**

**wage (4)**
36:18,19,20,21
**wait (2)**

51:17;53:4
**waiting (1)**
47:1
**walk (3)**
17:25;43:18;67:11
**walked (1)**
51:25
**ward (1)**
22:17
**warning (1)**
67:10
**water (1)**
10:24
**way (17)**
43:11,17;46:20;48:5;
49:2;50:9,10;51:22;
57:23;58:18;61:5;
64:24;76:16;78:12;
89:3;94:12;102:12
**webinar (2)**
16:22;17:15
**webinars (2)**
16:11;18:4
**website (7)**
9:16,17,19;16:12;
17:14;18:11;78:24
**week (11)**
7:15;21:12;25:14;
37:3,8;41:22,24;51:3,
6;62:23;64:17
**weekend (5)**
23:20,23;24:7;25:18;
51:7
**weekends (1)**
26:24
**weeks (6)**
23:13,14;25:10;34:7,
9;96:22
**Wenzinger (1)**
9:24
**weren't (3)**
41:6;64:16;88:16
**Western (1)**
4:12
**What's (4)**
36:14;57:19;75:25;
85:1
**whenever (1)**
97:9
**When's (4)**
19:20;29:12;30:1;
96:20
**whole (3)**
31:24;33:11;87:1
**who's (1)**
81:8
**wife's (2)**
80:21;81:12
**willing (6)**
9:5;28:15;40:16;
41:8;86:16;99:10
**windows (1)**
67:22

Case: 3:15-cv-00324-jdp   Document #: 182   Filed: 05/11/16   Page 40 of 40

One Wisconsin Institute, Inc., et al.  vs.                                    Deposition of MARIBETH WITZEL-BEHL
Gerald C. Nichol, et al.                                                      April 22, 2016

**Wisconsin (9)**
  4:8,10,13;8:6;16:7;
  29:11;72:2;83:9;89:10
**wish (1)**
  18:5
**WisVote (1)**
  44:24
**within (4)**
  14:15;69:20;71:17;
  72:17
**without (3)**
  23:8;79:2,19
**witness (7)**
  4:2;31:20;81:17,21;
  93:17;97:13;100:20
**witnesses (2)**
  35:12;41:15
**WITZEL-BEHL (2)**
  4:1,6
**Women (4)**
  41:7;47:4;89:15,19
**wondered (2)**
  57:12;82:23
**wondering (1)**
  70:11
**word (1)**
  31:7
**words (1)**
  14:25
**work (36)**
  11:15;12:12,14,16;
  13:1,17;15:4,10;22:7,
  10;23:12,20,24,25;
  24:4,17;25:13;26:12;
  27:17,17;29:16;33:21;
  35:2;37:1,3;38:23;
  61:11,20,23;62:6;
  63:11,14,15;65:4;96:6,
  7
**worked (8)**
  12:11;15:8;20:19;
  26:1,2,3;29:2;64:24
**worker (5)**
  15:4,5;20:12,19;50:9
**workers (9)**
  20:1,6;39:13,19;
  40:10,13;50:1;70:4;
  94:5
**workers' (1)**
  35:11
**Workforce (1)**
  13:3
**working (13)**
  13:16;14:25;21:25;
  24:5,8,11;25:17,23;
  26:24;40:20,22;94:15;
  99:12
**works (1)**
  71:22
**workweek (1)**
  51:8
**world (1)**
  84:22

**worth (1)**
  97:4
**wrong (1)**
  49:25
**wrote (2)**
  10:20;11:23

**Y**

**year (31)**
  13:8;14:10;16:8;
  21:6;24:1;26:3,4,6,10;
  29:17;33:15;35:5,18;
  36:1,5;37:20,21;38:24;
  39:3;40:15;44:20,21;
  51:20;52:6;73:2;75:11,
  12;78:8;85:17;92:14;
  96:3
**years (12)**
  10:14;12:9;13:22;
  15:9;16:3;33:14;35:13;
  37:24;47:8,14;79:7,15
**yelling (1)**
  53:7
**Yep (1)**
  77:13
**yesterday (1)**
  19:21

**1**

**1 (4)**
  31:20,20,21,23
**1,000 (1)**
  51:2
**10 (12)**
  25:23,24;26:17;
  33:13;37:24;44:4;47:8,
  14;49:17;72:10;73:15;
  79:15
**10,000 (2)**
  83:24,25
**10:00 (2)**
  22:12;66:2
**10:01 (1)**
  102:22
**10:30 (1)**
  22:13
**100 (6)**
  15:18;25:19;27:15;
  45:5;64:18;84:3
**10-day (2)**
  24:16;34:19
**118,000 (1)**
  87:9
**123 (3)**
  86:22;87:11,22
**12-hour (2)**
  24:2;27:2
**15 (1)**
  22:5
**15CV324 (1)**
  4:10

**17 (2)**
  77:23;78:25
**18 (1)**
  80:1
**1997 (1)**
  12:16
**1st (1)**
  52:1

**2**

**20 (4)**
  37:3,8;45:7;48:15
**2004 (3)**
  12:17;13:10,11
**2007 (1)**
  30:3
**2008 (1)**
  82:15
**2010 (1)**
  82:16
**2012 (8)**
  7:14;50:18,23;76:22;
  82:13,14,15;83:21
**2013 (1)**
  56:6
**2014 (1)**
  7:13
**2015 (2)**
  8:9;94:20
**2016 (10)**
  7:5;8:9;35:23;55:5;
  66:19;68:24;85:19;
  86:21;87:5;93:23
**24 (2)**
  37:3,8
**25 (1)**
  82:4
**28 (6)**
  72:10,17;73:11,15;
  74:22,23
**28-day (2)**
  72:1,13
**29 (1)**
  85:7
**29th (1)**
  33:2

**3**

**3:00 (1)**
  23:17
**30 (3)**
  49:16;86:9;90:5
**300 (1)**
  79:17
**30-day (1)**
  24:19
**31 (1)**
  92:18

**4**

**4:20 (1)**
  52:1
**40 (2)**
  48:17,19
**41 (2)**
  88:2,3
**45 (1)**
  19:24
**47 (1)**
  92:15

**5**

**5,000 (1)**
  84:1
**500 (1)**
  82:6

**6**

**6:00 (1)**
  65:25
**60 (1)**
  48:17
**65 (1)**
  95:9
**66 (1)**
  55:8
**67 (1)**
  55:6

**7**

**7:00 (1)**
  65:11
**7:13 (1)**
  22:6
**7:30 (2)**
  23:12,16

**8**

**8:00 (4)**
  65:15,18,20,21
**80 (1)**
  88:9,10,17,23
**87 (1)**
  27:9

**9**

**9:00 (1)**
  66:2
**9th (1)**
  92:14