IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ONE WISCONSIN INSTITUTE, INC.,
CITIZEN ACTION OF WISCONSIN EDUCATION
FUND, INC., RENEE M. GAGNER,
ANITA JOHNSON, CODY R. NELSON,
JENNIFER S. TASSE, SCOTT T. TRINDL,
MICHAEL R. WILDER, JOHNNY M. RANDLE,
DAVID WALKER, DAVID APONTE, and
CASSANDRA M. SILAS,

                      Plaintiffs,

v.                                                  ORDER

JUDGE GERALD C. NICHOL,                              15-cv-324-jdp
JUDGE ELSA LAMELAS,
JUDGE THOMAS BARLAND,
JUDGE HAROLD V. FROEHLICH,
JUDGE TIMOTHY VOCKE,
JUDGE JOHN FRANKE,
KEVIN J. KENNEDY, MICHAEL HAAS,
MARK GOTTLIEB, and PATRICK FERNAN,
*all in their official capacities*,

                      Defendants.

---

On May 26, 2016, the parties completed the last day of trial in this case. Although there are still a few evidentiary submissions that the parties will make (including a final list of admitted exhibits, some additional deposition designations, and potentially, stipulations concerning compilations of data concerning other evidence), the evidentiary presentation is substantially complete. This order will outline the schedule for the rest of the case.

Both sides will submit final briefs by June 17, 2016. The parties do not need to submit proposed findings of fact, but in their briefs, they should identify the salient facts that they want the court to find. The parties should organize their briefs according to the counts

in the second amended complaint, substantially following the structure that plaintiffs used at summary judgment. Dkt. 141.

The court will hold an in-person oral argument on June 30, 2016, at 9:00 a.m., primarily to answer questions from the court. Except for possible testimony relating to the evidentiary issues that the parties discussed on the last day of trial, the court does not expect to hear additional testimony or receive additional evidence.

If the parties identify other issues on which they need the court's guidance between now and June 17, 2016, then they may request a telephonic status conference.

Accordingly, IT IS ORDERED that:

1. Both sides will submit final briefs by June 17, 2016.

2. The court will hold an oral argument in this case on June 30, 2016, at 9:00 a.m.

Entered May 26, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge