**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| ONE WISCONSIN INSTITUTE, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> MARK L. THOMSEN, *et al.* <br><br> Defendants. | Case No. 3:15-cv-324-jdp |

**PLAINTIFFS' NOTICE OF APPEAL**

Please take notice that Plaintiffs One Wisconsin Institute, Inc., Citizen Action of Wisconsin Education Fund, Inc., Renee M. Gagner, Anita Johnson, Cody R. Nelson, Jennifer S. Tasse, Scott T. Trindl, Michael R. Wilder, Johnny M. Randle, David Walker, David Aponte, and Cassandra M. Silas hereby appeal to the United States Court of Appeals for the Seventh Circuit from the adverse aspects of the District Court's Findings of Fact, Conclusions of Law and Order (ECF No. 234) and Judgment (ECF No. 235), which were entered in the above-captioned case, *One Wisconsin Institute, Inc. et al. v. Mark L. Thomsen, et al.,* Case No. 3:15-CV-324-jdp, on July 29, 2016 and August 1, 2016, respectively.

DATED: August 2, 2016

Respectfully submitted,

**PERKINS COIE LLP**

By: */s/ Bruce V. Spiva*

Joshua L. Kaul
JKaul@perkinscoie.com
Charles G. Curtis, Jr.
CCurtis@perkinscoie.com
One East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499

Marc E. Elias
MElias@perkinscoie.com
Bruce V. Spiva*
BSpiva@perkinscoie.com
Rhett P. Martin
RMartin@perkinscoie.com
700 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

*Attorneys for Plaintiffs*

*Counsel of Record