IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ONE WISCONSIN INSTITUTE, INC, *et al.*,

    Plaintiffs,

  v.                                     Case No. 15-CV-324

MARK L. THOMSEN, *et al.*,

    Defendants.

## NOTICE OF CROSS[1]-APPEAL

PLEASE TAKE NOTICE that Defendants Mark L. Thomsen, Ann S. Jacobs, Beverly R. Gill, Julie M. Glancey, Steve King, Don M. Millis, Michael Haas, Mark Gottlieb, and Kristina Boardman, by their attorneys, Attorney General Brad D. Schimel and Assistant Attorneys General S. Michael Murphy, Gabe Johnson-Karp, and Jody J. Schmelzer, appeal to the United States Court of Appeals for the Seventh Circuit from the Decision and Order entered by this Court on July 29, 2016. (Dkt. 234) and the Judgment entered by this Court on August 1, 2016 (Dkt. 235).

---

[1] Plaintiffs filed a notice of appeal on August 2, 2016. (Dkt. 236.) Under Federal Rule of Appellate Procedure 28.1(b) the party who first files a notice of appeal is the appellant and the later-filing party is the cross-appellant.

A true and correct copy of the Decision and Order is being filed with this Notice of Appeal, along with a Docketing Statement. The appropriate filing fee is being paid concurrent with this Notice of Appeal.

Dated this 3rd day of August, 2016.

Respectfully submitted,

BRAD D. SCHIMEL
Wisconsin Attorney General

*/s/S. Michael Murphy*
S. MICHAEL MURPHY
Assistant Attorney General
State Bar #1078149

GABE JOHNSON-KARP
Assistant Attorney General
State Bar #1084731

JODY J. SCHMELZER
Assistant Attorney General
State Bar #1027796

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-5457 (Murphy)
 (608) 267-8904 (Johnson-Karp)
(608) 266-3094 (Schmelzer)
(608) 267-2223 (Fax)
murphysm@doj.state.wi.us
johnsonkarpg@doj.state.wi.us
schmelzerjj@doj.state.wi.us