IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ONE WISCONSIN INSTITUTE, INC.,
CITIZEN ACTION OF WISCONSIN EDUCATION
FUND, INC., RENEE M. GAGNER,
ANITA JOHNSON, CODY R. NELSON,
JENNIFER S. TASSE, SCOTT T. TRINDL,
MICHAEL R. WILDER, JOHNNY M. RANDLE,
DAVID WALKER, DAVID APONTE, and
CASSANDRA M. SILAS,

|  |  |
|---|---|
| Plaintiffs, | ORDER |
| v. | 15-cv-324-jdp |

MARK L. THOMSEN, ANN S. JACOBS,
BEVERLY R. GILL, JULIE M. GLANCEY,
STEVE KING, DON M. MILLS,
MICHAEL HAAS, MARK GOTTLIEB, and
KRISTINA BOARDMAN,
*all in their official capacities*,

Defendants.

---

Under an emergency rule issued just prior to trial in this case, the State of Wisconsin will issue a receipt to any person who enters the ID Petition Process (IDPP), and that receipt will serve as an ID valid for voting in the November election. The availability of these receipts was critical to the court's decision to stay, pending appeal, its order that that IDPP be fundamentally reformed. Dkt. 255.

The court also ordered defendants to "[i]nform the general public that credentials valid for voting will be issued to persons who enter the IDPP." Dkt. 234, at 119 (injunction provision 10.c.). The Seventh Circuit relied on this part of the court's injunction in denying the parties' request for initial en banc review of the court's decision:

> Our conclusion depends also on the State's compliance with the
> district court's second criterion, namely, that the State

adequately inform the general public that those who enter the IDPP will promptly receive a credential for voting, unless it is plain that they are not qualified. The Western District has the authority to monitor compliance with its injunction, and we trust that it will do so conscientiously between now and the November 2016 election.

*Frank v. Walker*, No. 16-3003, 2016 WL 4524468, at *2 (7th Cir. Aug. 29, 2016).

The court held a telephonic status conference to discuss the state's compliance with the court's injunction on September 12, 2016. The parties informed the court that defendants had agreed to provide information to plaintiffs regarding the state's compliance. As discussed at the status conference, the court will also require defendants to report to the court the progress of the State's efforts to inform the general public that receipts valid for voting are available to those who enter the IDPP. The first report will be due in 10 days; additional reports will be ordered as needed.

ORDER

IT IS ORDERED that, by September 22, 2016, defendants shall provide a thorough report to the court of the State's efforts to inform the general public that receipts valid for voting are available to those who enter the IDPP.

Entered September 12, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge