**Knupp & Watson & Wallman**
Creative Communications Company

# Media Buy Recommendation



| | |
|---|---|
| **To:** | Wisconsin Elections Commission |
| **From:** | KW2 |
| **Date:** | 7/20/16 |
| **Re:** | Voter ID Public Awareness – Detailed Recommendation |

## Background/Overview

**Campaign Objectives**
- Increase awareness of Voter ID law among Wisconsin residents of age to vote in the 2016 presidential election
- Increase knowledge of valid forms of voter ID by driving users to the website www.bringit.wi.gov

**Target Audience**
- A18+ in Wisconsin with a focus on populations less likely to be aware of the Voter ID law or to have a valid form of ID:
  - Students
  - Low-SES
  - Minorities

**Approved Tactics**
- Online display
  - Online banner ads directing users to click through to bringit.wi.gov to learn more about what constitutes valid voter identification
- Online video
  - 15-second pre-roll video ads appearing before online video content
- Paid social
  - Facebook in-feed ads highlighting valid forms of voter ID
- Out-of-home
  - Interior bus advertising
- Cinema
  - Pre-show video ads across the state

**Campaign Timing**
- Key time periods include:
  - General Election – 11/8/16

## Topline Recommendation

- Dates: 7/27/16 – 10/6/16
  - Dependent upon tactic
- Total Spend: $249,975.22
  - KW2 Dollars: $201,975.22
- Total estimated impressions: 30,753,493

    

1

## Digital Buy Recommendation

**Evaluation**

Potential digital partners were evaluated based on the following criteria:

- Ability to target three key audiences, quality of data sources
- Cost-efficiency – low CPMs (cost to purchase 1,000 impressions against a given audience)
- Historical performance for other KW2 clients (if applicable)
- Cancelation options/flexibility

**Recommendation**

- **Online Display: MaxPoint**
    - Overview: MaxPoint is a unique platform which has re-mapped the U.S. into 44,000 "digital zip neighborhoods" using offline demographic & socioeconomic datasets (including Census, MRI, Nielsen, Symphony IRI, Centers for Disease Control and many more) to target the specific digital zips that index high for a target audience.
    - MaxPoint is a provider of desktop, mobile and online video inventory. MaxPoint operates through a real-time bidding (RTB) platform – meaning that they bid (on the WI Elections Commission's behalf) for the chance to show an impression to a qualified user. MaxPoint receives its ad inventory from major ad exchanges (marketplaces for online ad buying & selling, used for RTB).
    - Recommended Targeting:
        - Audience 1: Minority Groups
            - Digital zips indexing high for: A18+ African American, Hispanic, Asian, Native American (Census data).
            - Note: running Spanish language assets against this audience is not recommended. Based on MaxPoint's digital zip targeting index against minorities, there will be spill to English speakers.
        - Audience 2: Low-SES
            - Digital zips indexing high for: A18+, HHI less than $40k, no high school diploma, Medicaid beneficiaries (Census, CDC data).
        - Audience 3: Students
            - Digital zips indexing high for: A18-25 who have completed high school and some college, but do not have a degree (Census data).
    - Total spend: $41,990
    - Guaranteed impressions: 11,764,706

- **Online Video**
    - KW2 recommends two partners for online video – one partner to reach the three priority audiences, and one to reach a more general A18+ audience.
    - **MaxPoint**
        - KW2 is recommending utilizing MaxPoint's targeting outlined above to serve Bring It video messaging to the three target audiences.
        - Recommended Targeting:
            - Same targeting as display portion listed above.
            - Ads will be served prior to videos across the web, where our target audiences are spending time.
        - Total Spend: $46,410
        - Estimated impressions: 3,473,945

2

Ex. A9: 002

- o **YouTube**
  - ▪ Overview: YouTube inventory is purchased through the Google AdWords platform. YouTube on mobile alone reaches more A18-49 than any cable network in the U.S. YouTube is used by over a third of all people on the internet.
  - ▪ In 2015, users spent nearly 11% of their media time with online video (traditional TV clocked in at 36%). (eMarketer)
  - ▪ Recommended Targeting:
    - • Un-skippable In-Stream ads – 15-second ads that play before YouTube videos on desktop and mobile devices
    - • Targeted to adults 18+
      - o While originally KW2 hoped to reach the three target audiences on YouTube, current targeting abilities are not as sophisticated as some of the third parties KW2 works with.
      - o KW2 will seek to allocate budget evenly by age demographic (A18-24, 25-34, etc).
  - ▪ Total Spend: $43,095
  - ▪ Estimated impressions: 5,571,429
  - ▪ Note: the WI Elections Commission will need a Google AdWords account to advertise on YouTube. This can be associated with the email address of any WEC employee, however, the employee is expected to own the account while KW2 manages the advertising. Thus, the account should be set up by the WEC employee. Directions to set up an AdWords account are here: https://www.google.com/adwords/get-started/
    - • Once the account has been created, WEC must share the 10-digit account code with KW2 (XXX-XXX-XXXX) – this is displayed at the top of the AdWords platform page KW2 will add the WEC account to our manager-level account to ensure WEC maintains ownership of the account.

- • **Paid Social: Facebook**
  - o Overview: 72% of adult internet users use Facebook (62% of total adult population). It is widely used across most major demographics, income levels, population densities and education levels (Pew Research).
  - o KW2 recommends in-feed ads on desktop and mobile. These appear within a user's news feed as they scroll through friends' posts. Example shown to the right.
  - o Recommended Targeting:



    - ▪ Audience 1 (Hispanic)
      - • Language: Spanish
      - • WEC Spanish language ads to run against this audience
    - ▪ Audience 2 (African American)
      - • Ethnic Affinity – African American
    - ▪ Audience 3 (Asian American)
      - • Ethnic Affinity – Asian American
    - ▪ Audience 4 (Low-SES)
      - • Highest Education Level: High school grad or some high school
      - • Household income: $30-40k (lowest option)
    - ▪ Audience 5 (Students)
      - • Highest Education Level: In college or in grad school
    - ▪ KW2 also recommends excluding the following segments from all audiences as the politically-engaged are more likely to be aware of the law, and more likely to comment on ads:
      - • Likely to engage in politics – conservative
      - • Likely to engage in politics – liberal
  - o Total Spend: $25,415

3

Ex. A9: 003

- o Estimated impressions: 3,285,714
- o Note: WEC to re-brand GAB Facebook page as WEC, and create ad account associated with the page. Instructions in appendix. WEC will also monitor ads for comments and respond accordingly.

**Considered but not Recommended**
- **Spectrum Reach (display)**
  - o Spectrum Reach (formerly Charter) is a cable provider. While initially only offering TV advertising solutions, in the last few years Spectrum Reach expanded to include digital advertising.
  - o Not recommended due to high cost – CPMs were more than double of other partners (even after rates were reduced). KW2 did not have confidence in the recommendations proposed by Spectrum Reach.
- **Centro Audience Buying Solution (display)**
  - o Centro is a large media provider based in Chicago. Their Audience Buying Solution is a programmatic platform which buys impressions in real time based on client goals.
  - o Not recommended due to targeting recommendations – unable to break out budgets against three target audiences (to ensure equal delivery against audiences).

4

## Out-of-Home Buy Recommendation

KW2 recommends moving forward with transit advertising across the state of Wisconsin:

- KW2 recommends interior signs in all markets to balance media cost, production costs (significantly higher with other types of transit advertising), availability and ridership information (target audiences utilizing public transportation at higher rates).
- KW2 was able to secure a 100 showing (presence in 100% of buses in market) in all markets for four weeks.
  - o Interior signs: 11" x 28"
- See below for an outline of markets included, total buses in each market, and percentages of target audiences in each market.
  - o Note: "Non-white" and "poverty rate" data taken from Census information. Student percentage is an estimate based on enrollment of colleges/universities in the city versus population.

| City | Trips per Month | % Non-white | Poverty Rate | % Students | Total Buses in Market |
|------|-----------------|-------------|--------------|------------|------------------------|
| Appleton | 106,103 | 14.8% | 11.7% | 16.7% | 20 |
| Beloit | 20,308 | 36.5% | 24.8% | 3.5% | 12 |
| Eau Claire | 86,643 | 9.7% | 18.5% | 15.0% | 22 |
| Fond Du Lac | 16,431 | 12.6% | 14.6% | 6.7% | 7 |
| Green Bay | 123,640 | 26.7% | 18.1% | 8.4% | 36 |
| Janesville | 45,698 | 11.2% | 15.0% | 19.5% | 17 |
| La Crosse | 101,734 | 11.5% | 23.5% | 19.6% | 20 |
| Manitowoc | 28,691 | 12.4% | 12.9% | 3.8% | 8 |
| Oshkosh | 83,407 | 11.1% | 18.9% | 20.2% | 17 |
| Sheboygan | 48,016 | 22.7% | 14.8% | 7.6% | 19 |
| Stevens Point | 22,712 | 8.9% | 25.2% | 36.3% | 10 |
| Wausau | 54,782 | 18.0% | 20.2% | 13.1% | 18 |
| Milwaukee | 3,382,161 | 45.7% | 22.0% | 10.4% | 385 |
| Madison | 1,291,026 | 24.3% | 19.6% | 24.9% | 150 |
| Total | 5,411,352 | | | | 741 |

- Added Value
  - o Additional month advertising in the following markets: Beloit, Janesville, La Crosse, Oshkosh, Stevens Point, Wausau
    - ▪ Markets selected based on heavier percentages of targeted audiences
  - o 50% discount versus planned in Milwaukee market
  - o 20% discount versus planned in Madison market
  - o Estimated value of additional space/discounts: $8,780
- Total Spend: $17,390
- Estimated impressions (based on trips/month): 5,739,994

- Note: KW2 spoke to their advertising contact about video PSA screens mentioned by WEC in the 7/19 meeting. The advertising contact was unaware of this option. KW2 recommends WEC reach out directly to MCTS to confirm.

Ex. A9: 005

## Cinema Buy Recommendation

KW2 recommends moving forward with cinema advertising across the state:



- **Screenvision**
  - o Overview: Screenvision is a national cinema advertising vendor with 52 theaters throughout the state of Wisconsin. They offer pre-show video advertising.
  - o Recommendation:
    - All 52 Screenvision theaters will show :30s Bring It messaging for one month.
      - On average, each screen of the 388 included will show Bring It messaging 4x per day (80,080 spots/campaign).
    - Dependent upon theater, ads will be shown in the regional pod or national pod.
    - Map and theater list can be found in appendix.
    - KW2 does not recommend targeting by MPAA rating, in order to reach the broadest audience.
  - o Total Spend: $27,675
  - o Estimated impressions (time in seats admissions): 917,705

6

## Next Steps

- Elections Commission to provide signed approval by 7/20

## Media Buy Authorization

| Tactic | Dates | Planned Dollars | Recommended Dollars | Estimated Impressions |
|---|---|---|---|---|
| WBA PSAs | | $ 48,000.00 | $ 48,000.00 | n/a |
| Cinema | 9/9/16 - 10/6/16 | $ 27,675.00 | $ 27,674.73 | 917,705 |
| Out-of-Home | 9/9/16 - 10/6/16 | $ 14,100.00 | $ 17,390.49 | 5,739,994 |
| Online Display | 8/1/16 - 9/30/16 | $ 38,675.00 | $ 41,990.00 | 11,764,706 |
| Facebook | 7/27/16 - 9/30/16 | $ 27,625.00 | $ 25,415.00 | 3,285,714 |
| Online Video | 7/27/16 - 9/30/16 | $ 93,925.00 | $ 89,505.00 | 9,045,374 |
| Total | | $ 250,000.00 | $ 249,975.22 | 30,753,493 |

KW2 would like to receive approval to begin negotiating and securing media by July 20th, to guarantee inventory and premium placement with the vendors.

PLAN ACCEPTANCE
KW2 has authorization to purchase the above media schedule for 2016 Voter ID public awareness, scheduled for 7/27/16 – 10/6/16, and approve the charges associated with this plan's implementation. By signing this form, the client is responsible for all media costs listed above and will be billed one month prior to the first run date. Costs include KW2 commission at a rate of 10.5%. Media payments will be due from WEC to KW2, in full, upon approval of these recommendations.

_Michael Haas_                     7 - 20 - 16

NAME                               DATE

7

## Appendix

**MaxPoint Brand Safety Measures**

### Approved Content in Real Time

MaxPoint employs a series of tests that each page must pass before an ad is shown:

○ **Site Blocking**—Multiple screening processes act before bid, at the moment of bid, and before serving an ad.

○ **Keyword Filtering**—Pages containing any selected keywords are eliminated from ad serving.

We partner with leading industry specialists to ensure brand safety and performance.

  



THE MAXPOINT FILTERING PROCESS IN ACTION

Integral Ad Science is an industry leader in brand safety and dynamically scores each page to determine content and protect against the following categories:

- Adult
- Alcohol
- Adware/Malware
- Hate Speech
- Illegal Downloads (Pirated content)
- Illegal Drugs
- Offensive Language
- Violence

Keyword exclusions are also available through IAS. IAS reads page content and determines if the page features negative keywords, then blocks any impressions from serving. WEC to advise on keyword-level exclusions.

Ex. A9: 008

## Digital Blacklisting - YouTube

**Sensitive content**

- Crime, police, and emergency  ?
- Death and tragedy  ?
- Military and international conflict  ?
- Juvenile, gross, and bizarre  ?
- Profanity and rough language  ?
- Sexually suggestive  ?

**Type of placement**

- Forums  ?
- Social networks  ?
- Parked domains  ?
- Error pages  ?
- In-game  ?
- Gambling  ?
- Photo-sharing pages  ?
- Video-sharing pages  ?

**Experimental**

- GMob mobile app non-interstitial  ?

**Digital content label**

- General audiences (DL-G)
- Audiences with parental guidance (DL-PG)
- Teen and older audiences (DL-T)
- Mature audiences (DL-MA)
- Not yet labeled

**Video content**

- In-video  ?
- Live streaming video  ?
- In-video (user embedded only)  ?

**Ad location**

- Below-the-fold  ?

## Facebook Ad Account Instructions

1. Navigate to business.facebook.com
2. If there is no Business Manager account for WEC, please follow these instructions:
   a. At the bottom of the page, click Get Started.
   b. On the Getting Started page, click Next.
   c. Enter a name for your business, select the primary Page, and enter your name and work email address. If you don't yet have a Page for your business, you can create one in this step. It's required to have a Page for your business.
   d. Click Create Business, and Facebook will show you a message to welcome you to Business Manager.
3. If WEC already has a Business Manager account, please move on to create an ad account associated with the page:
   a. Go to Business Manager.
   b. On the left side of the page, go to Add New and click Ad Accounts.
   c. Select your business payment method from the drop down and fill in any other details as needed
   d. Click Create ad account
4. Add KW2 as ad account admin – follow instructions in screenshot below.

Follow these steps to request access to an ad account:

1. Contact the owner of the ad account
2. Ask them to go to the Ad Account tab in their Business Manager and click Assign Partner
3. To give you access, they'll need to enter the number below and choose a role

## 10155652958485652

KW2 (Knupp & Watson & Wallman)

9

Cinema – Theaters included

| THEATER | NAME | STREET ADDRESS | CITY | STATE | ZIP | DMA NAME | CIRCUIT | NSCR |
|---|---|---|---|---|---|---|---|---|
| Menomonie 7 | 5573 | 2521 HWY 25 NORTH | Menomonie | Wisconsin | 54751 | MINNEAPOLIS-ST. PAUL | CEC Theatres | 7 |
| Hudson 12 Theatre | 5514 | 520 STAGE LINE ROAD | HUDSON | Wisconsin | 54016 | MINNEAPOLIS-ST. PAUL | CEC Theatres | 12 |
| Palace Theatre, The | 9047 | 238 WALNUT STREET | SPOONER | Wisconsin | 54801 | MINNEAPOLIS-ST. PAUL | Cinema Productions | 2 |
| Saukville Cinema | 366061 | 350 S. RIVERSIDE DRIVE | SAUKVILLE | Wisconsin | 53080 | MILWAUKEE | Cinema Productions | 12 |
| Wisconsin Theatres 5 | 664206 | 236 Front Street | Beaver Dam | Wisconsin | 53916 | MILWAUKEE | Rogers Cinema INC. | 5 |
| Hillside Cinema | 366017 | 2950 HILLSIDE DRIVE | DELAFIELD | Wisconsin | 53018 | MILWAUKEE | Marcus Theatres | 14 |
| Majestic Cinema of Brookfield | 7053 | 700 N. SPRINGDALE ROADP.O. BOX 119 | WAUKESHA | Wisconsin | 53188 | MILWAUKEE | Marcus Theatres | 16 |
| Ridge Cinema | 366022 | 5200 S. MOORLAND RD. | NEW BERLIN | Wisconsin | 53151 | MILWAUKEE | Marcus Theatres | 19 |
| Renaissance Cinema | 366060 | 10411 WASHINGTON AVENUE | STURTEVANT | Wisconsin | 53177 | MILWAUKEE | Marcus Theatres | 13 |
| Sheboygan Cinema | 366037 | 3226 KOHLER MEMORIAL DR. | SHEBOYGAN | Wisconsin | 53081 | MILWAUKEE | Marcus Theatres | 13 |
| West Bend Cinema | 6447 | 2014 PARKWAY DRIVE | WEST BEND | Wisconsin | 53095 | MILWAUKEE | Cinema Productions | 10 |
| Showboat Lyons | 6445 | N 2665 HIGHWAY 120 NORTH | LAKE GENEVA | Wisconsin | 53147 | MILWAUKEE | Cinema Productions | 6 |
| Plaza 4 Theater | 6541 | 445 Milwaukee Avenue | Burlington | Wisconsin | 53105 | MILWAUKEE | Screenstars Llc | 4 |
| Hollywood Cinema | 366002 | 513 NORTH WESTHILL BLVD. | APPLETON | Wisconsin | 54914 | GREEN BAY-APPLETON | Marcus Theatres | 14 |
| Campus Cinema | 366036 | 103 WATSON STREET | RIPON | Wisconsin | 54971 | GREEN BAY-APPLETON | Cinema Productions | 1 |
| Oshkosh Cinema | 366033 | 340 S. KOELLER ROAD | OSHKOSH | Wisconsin | 54902 | GREEN BAY-APPLETON | Marcus Theatres | 12 |
| Bay Park Cinema | 366007 | 756 WILLARD DRIVE | ASHWAUBENON | Wisconsin | 54304 | GREEN BAY-APPLETON | Marcus Theatres | 16 |
| Manitowoc 10 | 34159 | 2805 S. 44th Street | Manitowoc | Wisconsin | 54220 | GREEN BAY-APPLETON | Carmike Cinemas | 10 |
| Rosa 4 | 664204 | 218 S. Main | Waupaca | Wisconsin | 54981 | GREEN BAY-APPLETON | Rogers Cinema INC. | 4 |
| Valley Grand | 366064 | W3091 VAN ROY RD | APPLETON | Wisconsin | 54915 | GREEN BAY-APPLETON | Marcus Theatres | 16 |
| Green Bay East Cinema | 366059 | 1000 KEPLER DRIVE | GREEN BAY | Wisconsin | 54311 | GREEN BAY-APPLETON | Marcus Theatres | 12 |
| East Town Green Bay 3 | 4742 | EAST TOWN MALL GREEN BAY2350 EAST MASON STREET | GREEN BAY | Wisconsin | 54302 | GREEN BAY-APPLETON | Silver Cinemas, Inc. | 3 |
| Mariner Theatre-7700 | 7790 | 2000 ELLA CT | MARINETTE | Wisconsin | 51043 | GREEN BAY-APPLETON | Yankee Film Production | 2 |
| Phoenix Theatre 4 | 4297 | 2727 CAHILL ROAD | MARINETTE | Wisconsin | 54143 | GREEN BAY-APPLETON | Screenstars Llc | 4 |
| Chilton Cinema | 7353 | 26 N. MADISON ST. | CHILTON | Wisconsin | 53014 | GREEN BAY-APPLETON | Cinema Productions | 1 |
| DE Pere Cinema Cafe | 6334 | 417 GEORGE | DE PERE | Wisconsin | 54115 | GREEN BAY-APPLETON | Cinema Productions | 4 |
| Field Of Scenes Drive-In | 7299 | 3737 N. UNI DRIVE | KAUKAUNA | Wisconsin | 54130 | GREEN BAY-APPLETON | Cinema Productions | 2 |
| Chilton Twilight Drive In | 9707 | 1255 E. Chestnut Street | Chilton | Wisconsin | 53014 | GREEN BAY-APPLETON | Cinema Productions | 1 |
| Lakeshore Cinema | 6651 | 1115 WASHINGTON STREET | MANITOWOC | Wisconsin | 54220 | GREEN BAY-APPLETON | Cinema Productions | 1 |
| Point Cinema | 366014 | 7825 BIG SKY DRIVE | MADISON | Wisconsin | 53719 | MADISON | Marcus Theatres | 16 |
| Movies 16 | 469001 | 3100 DEERFIELD DR. | JANESVILLE | Wisconsin | 53546 | MADISON | Wildwood Theatres | 16 |
| Palace At Sun Prairie, The | 366066 | 2830 Hoepker Rd | Sun Prairie | Wisconsin | 53590 | MADISON | Marcus Theatres | 12 |
| Market Square Theatres | 4358 | 6604 ODANA RD | MADISON | Wisconsin | 53719 | MADISON | Silver Cinemas, Inc. | 3 |
| Goetz Theatres | 7745 | 1704 11TH STREET | MONROE | Wisconsin | 53566 | MADISON | Cinema Productions | 3 |
| Sky Vue Drive In-7947 | 7947 | Highway 69 South | MONROE | Wisconsin | 53566 | MADISON | Cinema Productions | 1 |
| Star Cinema Reedsburg | 5599 | 115 N. WEBB | REEDSBURG | Wisconsin | 53959 | MADISON | Cinema Productions | 6 |
| Big Sky Drive-In | 2762 | STATE RD. 16 EAST | WISCONSIN DELLS | Wisconsin | 53965 | MADISON | Cinema Productions | 2 |
| Bonham Theatre-5351 | 5351 | 664 WATER STREET | PRAIRIE DU SAC, EXT. #0 | Wisconsin | 53578 | MADISON | Cinema Productions | 3 |
| Ho-Chunk Cinema | 366055 | 135 WITTIG ROAD | TOMAH | Wisconsin | 54650 | LA CROSSE-EAU CLAIRE | Marcus Theatres | 6 |
| Lake 7 Theatre | 5521 | 1769 COUNTRY HIGHWAY SS | RICE LAKE | Wisconsin | 54868 | LA CROSSE-EAU CLAIRE | CEC Theatres | 7 |
| LA Crosse Cinema | 366011 | 2032 WARD AVE. | LACROSSE | Wisconsin | 54601 | LA CROSSE-EAU CLAIRE | Marcus Theatres | 11 |
| Oakwood Cinema 12 | 3070 | 4500 GOLF ROAD | EAU CLAIRE | Wisconsin | 54701 | LA CROSSE-EAU CLAIRE | Carmike Cinemas | 12 |
| Stanley Theatre | 2242 | 131 NORTH BROADWAY | STANLEY | Wisconsin | 54768 | LA CROSSE-EAU CLAIRE | Cinema Productions | 1 |
| Rogers Cinema Stevens Point | 664206 | 2725 S. Church Street | Stevens Point | Wisconsin | 54481 | WAUSAU-RHINELANDER | Rogers Cinema INC. | 7 |
| Lakeland Cinema 6 - Ctc | 697743 | 1002 Ave. | Woodruff | Wisconsin | 54568 | WAUSAU-RHINELANDER | Vilas Theatres | 6 |
| Cedar Creek Cinema | 366039 | 10101 MARKET ST BOX 020 | ROTHSCHILD | Wisconsin | 54474 | WAUSAU-RHINELANDER | Marcus Theatres | 10 |
| Rogers Cinema Wisconsin Rapids | 664202 | 220 E. Grand Ave. | Wisconsin Rapids | Wisconsin | 54494 | WAUSAU-RHINELANDER | Rogers Cinema INC. | 6 |
| Rogers Cinema 5 Marshfield | 664201 | 419 S. Central Ave. | Marshfield | Wisconsin | 54449 | WAUSAU-RHINELANDER | Rogers Cinema INC. | 5 |
| Vilas Cinema 4 | 697744 | 216 E. Wallowaspaca St. | Eagle River | Wisconsin | 54521 | WAUSAU-RHINELANDER | Vilas Theatres | 4 |
| Campus Theatre Stevens Point | 664207 | 1601 6th Street | Stevens Point | Wisconsin | 54481 | WAUSAU-RHINELANDER | Rogers Cinema INC. | 1 |
| Broadway Theatre | 6023 | 910 W. BROADWAY AVE. | MEDFORD | Wisconsin | 54451 | WAUSAU-RHINELANDER | Cinema Productions | 5 |
| Cosmo Theatre I-II | 2073 | 813 EAST MAIN STREET | MERRIL | Wisconsin | 54452 | WAUSAU-RHINELANDER | Cinema Productions | 3 |
| | | | | | | | **Total Theaters** | **52** |
| | | | | | | | **Total Screens** | **388** |



SCREENVISION MEDIA COVERAGE: WISCONSIN

Source: PRS Matrials. Internal Theater List July 2016  ★ Screenvision Theater

1

Ex. A9: 010