IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ONE WISCONSIN INSTITUTE, INC.,
CITIZEN ACTION OF WISCONSIN EDUCATION
FUND, INC., RENEE M. GAGNER,
ANITA JOHNSON, CODY R. NELSON,
JENNIFER S. TASSE, SCOTT T. TRINDL,
MICHAEL R. WILDER, JOHNNY M. RANDLE,
DAVID WALKER, DAVID APONTE, and
CASSANDRA M. SILAS,

                Plaintiffs,

  v.

MARK L. THOMSEN, ANN S. JACOBS,
BEVERLY R. GILL, JULIE M. GLANCEY,
STEVE KING, DON M. MILLS,
MICHAEL HAAS, MARK GOTTLIEB, and
KRISTINA BOARDMAN,
*all in their official capacities*,

                Defendants.

ORDER

15-cv-324-jdp

---

      Under an emergency rule issued just prior to trial in this case, the State of Wisconsin will issue a receipt to any person who enters the ID Petition Process (IDPP), and that receipt will serve as an ID valid for voting in the November election. The availability of these receipts was critical to the court's decision to stay, pending appeal, its order that that IDPP be fundamentally reformed. Dkt. 255. The court also ordered defendants to "[i]nform the general public that credentials valid for voting will be issued to persons who enter the IDPP." Dkt. 234, at 119.

      Recent news stories in *Milwaukee Journal Sentinel* and *The Nation* have reported that DMV personnel have provided incorrect information to persons who have applied for

Wisconsin IDs for voting.[1] These reports, if true, demonstrate that the state is not in compliance with this court's injunction order, which requires the state to "[p]romptly issue a credential valid as a voting ID to any person who enters the IDPP or who has a petition pending." Dkt. 234, at 118-19.

Defendants must investigate these allegations and provide a report to the court by October 7, 2016. The report should explain the scope of the investigation, its results, and any corrective action to be taken. Additional reports may be ordered as needed.

Entered September 30, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge

---

[1] MILWAUKEE JOURNAL SENTINEL, DMV GIVES WRONG INFORMATION ON VOTER ID, http://www.jsonline.com/story/news/politics/elections/2016/09/29/dmv-gives-wrong-information-voter-id/91283462/ (last visited Sept. 30, 2016); THE NATION, WISCONSIN IS SYSTEMATICALLY FAILING TO PROVIDE THE PHOTO IDS REQUIRED TO VOTE IN NOVEMBER, https://www.thenation.com/article/wisconsin-is-systematically-failing-to-provide-the-photo-ids-required-to-vote-in-november/ (last visited Sept. 30, 2016).