## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

ONE WISCONSIN INSTITUTE, INC.,
*et al.*,

      Plaintiffs,

   v.

ANN S. JACOBS, Chair, Wisconsin
Elections Commission, *et al.*,

      Defendants; and

THE WISCONSIN LEGISLATURE,

      Proposed Intervenor-
      Defendant.

Case No. 3:15-cv-00324-JDP

## THE WISCONSIN LEGISLATURE'S OPPOSED MOTION TO INTERVENE

Under Rule 24 of the Federal Rules of Civil Procedures, the Joint Committee on Legislative Organization, on behalf of the Wisconsin Legislature ("Legislature") hereby moves to intervene in this action as a defendant. The Legislature has contemporaneously filed a supporting memorandum setting forth the grounds for this Motion. For the reasons set forth in the supporting memorandum, the Legislature respectfully requests that this Court grant its Motion to Intervene. Counsel for the Wisconsin Legislature requested the parties' positions on this motion. Plaintiffs oppose this Motion. Defendants did not indicate their position before the filing of this Motion.

Dated this 29th day of July, 2020

Respectfully submitted,

/s/ *Scott A. Keller*
Scott A. Keller
  *Counsel of Record*
BAKER BOTTS LLP
700 K Street, N.W.
Washington, DC 20001
(202) 639-7837
(202) 585-1023 (fax)
scott.keller@bakerbotts.com


Eric M. McLeod (State Bar No. 1021730)
Lane E. Ruhland (State Bar No. 1092930)
HUSCH BLACKWELL LLP
P.O. Box 1379
33 East Main Street, Suite 300
Madison, WI 53701-1379
(608) 255-4440
(608) 258-7138 (fax)
eric.mcleod@huschblackwell.com
lane.ruhland@huschblackwell.com


*Attorneys for the Proposed Intervenor-Defendant Wisconsin Legislature*