## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
* * * * * * * * * * * * *

ONE WISCONSIN INSTITUTE, INC., CITIZEN ACTION
OF WISCONSIN EDUCATION FUND, INC., RENEE M
GAGNER, ANITA JOHNSON, CODY R. NELSON, JENNIFER
S. TASSE, SCOTT T. TRINDL, MICHAEL R. WILDER,
JOHNNY M. RANDLE, DAVID WALKER, DAVID APONTE,
and CASSANDRA M. SILAS,

        Plaintiffs,

    vs.      Case No. 15-c v-324-jdp

MARK L. THOMSEN, ANN S. JACOBS, BEVERLY R.
GILL, JULIE M. GLANCEY, STEVE KING, DON M.
MILLS, MICHAEL HAAS, MARK GOTTLIEB, and
KRISTINA BOARDMAN, all in their official
capacities,

        Defendants.

* * * * * * * * * * * * * * * *

JUSTIN  LUFT, et al., on behalf of themselves
and all others similary situated,
        Plaintiffs,
    v.      Case No. 20-cv-768-jdp
TONY EVERS, et al.,
        Defendants.
* * * * * * * * * * * * * * *
REMOTE VIDEOTAPED DEPOSITION OF MEAGAN WOLFE

September 2, 2020
9:01 a.m. to 12:20 p.m.
REPORTED BY ANITA KORNBURGER
REGISTERED PROFESSIONAL REPORTER
HUDSON COURT REPORTING & VIDEO   1-800-310-1769

## Page 2

A P P E A R A N C E S
WISCONSIN DEPARTMENT OF JUSTICE, by
Mr. S. Michael Murphy
17 West Main Street
Madison WI 53707-7857
608-266-5457
murphysm@doj.state.wi.us
Appearing by videoconference on behalf of the
Defendants.

ACLU WI FOUNDATION, by
Ms. Karyn L. Rotker
207 East Buffalo Street, Suite 325
Milwaukee WI 53202-5774
414-272-4032
krotker@aclu-wi.org
Appearing by videoconference on behalf of the Luft
Plaintiffs.
PERKINS COIE, by
Ms. Amanda R. Callais
700 13th Street NW, Suite 800
Washington, D.C.  20005-3960
202.654.6396
acallais@perkinscoie.com
Appearing by videoconference on behalf of the
One Wisconsin Plaintiffs.

I N D E X

Examination by        Page

Ms. Rotker. . . . . . . . . . . . . . 6
Ms. Callais. . . . . . . . . . . . . 94

E X H I B I T S

Exhibit No.   Description    Identified

5000   Not properly identified. . . . . . .13

5001   Not properly identified. . . . . . .37

## Page 3

E X H I B I T S

Exhibit No.   Description    Identified

5002   Direct contact mailer. . . . . 44

5003   Bring It To The Ballot
    website printout. . . . . . . .48
5004   E-mail chain. . . . . . . . . .49
5005   Photo of acceptable photo IDs
    for voting in Wisconsin. . . . 53

5006   WEC website printout. . . . . .54

5007   Frequently asked questions on
    the WEC website. . . . . . . . 55
5008   Wisconsin Voting Deadlines and
    Facts for November 2020. . . . 57

5009   Document issued by the Wisconsin
    Election Commission. . . . . . 58
5010   Press release issued in
    February. . . . . . . . . . . .60

5011   37-page photo ID
    informational guide. . . . . . 64
5012   Document produced to show
    where in overall outreach plan
    IDPP is specifically talked
    about. . . . . . . . . . . . . 74

5013   Not properly identified. . . . 81

5014   Wisconsin Department of Health
    Services document talking about
    internet access and/or the lack
    thereof for different
    categories of people. . . . . .91

5015   Wisconsin Policy Forum
    document. . . . . . . . . . . .92

## Page 4

E X H I B I T S

Exhibit No.    Description    Identified

5016   Broadband map of unserved
    areas. . . . . . . . . . . . . 93
5017   2016 report filing submitted
    with the court. . . . . . . . 119

(Original exhibits attached to original transcript.
Copies provided to all counsel.)

R E Q U E S T S

By     Description      Page
Ms. Rotker   Distribution list with list of
    organizations. . . . . . . . . .28

Page 5

1            TRANSCRIPT OF PROCEEDINGS
2       THE VIDEOGRAPHER:  Okay.  Good morning.
3  We are on the record at 9:01 a.m. Central daylight
4  time on Wednesday, September 2, 2020, for the
5  stenographically reported and videotaped deposition
6  of Ms. Meagan Wolfe in the action One Wisconsin
7  Institute, Inc. et al., verse Mark L. Thomsen, et
8  al, and the consolidated case of Luft Evers.
9            My name is Pavan Sundrani, the
10  videographer, and Ms. Anita Kornburger is the
11  deposition officer and shorthand reporter.  We are
12  with Hudson Court Reporting, located at 90
13  Woodbridge Center Drive, Suite 240, Woodbridge, New
14  Jersey.
15            This deposition is being taken
16  remotely, with all parties attending via the Zoom
17  video conferencing.
18            Would all counsel please identify
19  themselves for the record and stipulate your
20  acceptance of taking this deposition by remote
21  means.
22       MS. ROTKER:  Karyn Rotker, ACLU of
23  Wisconsin, and I do stipulate to taking it by
24  remote means.
25       MR. MURPHY:  Mike Murphy from the

Page 6

1  Wisconsin Department of Justice representing
2  defendants in these consolidated cases and Meagan
3  Wolfe in this deposition.  I do consent to Zoom
4  remote deposition this morning.
5       MS. CALLAIS:  Amanda Callais, Perkins
6  Coie, representing the One Wisconsin plaintiffs.
7  And I consent to taking this deposition remotely.
8       MS. ROTKER:  And I probably should have
9  been clear that I'm representing the Luft
10  plaintiffs.
11       THE VIDEOGRAPHER:  Ms. Reporter, you may
12  swear in the witness.
13            MEAGAN WOLFE, called as a witness
14  herein, having been first duly sworn on oath, was
15  examined and testified as follows:
16            E X A M I N A T I O N
17  BY MS. ROTKER:
18       Q.  Thank you.  Good morning, Ms. Wolfe.  And
19  thank you for taking time out of your busy schedule
20  for us.  Can you please state your full name for
21  the record?
22       A.  Meagan Wolfe.  Meagan is M-E-A-G-A-N.
23  Wolfe is W-O-L-F-E.
24       Q.  And your title and address?
25       A.  I am the administrator of the State of

Page 7

1  Wisconsin Elections Commission, and also the chief
2  election official for the State of Wisconsin.
3  Would you like our office address?
4       Q.  Yes.
5       A.  Our office is at 212 East Washington
6  Avenue, third floor, Madison, Wisconsin.
7       Q.  Great.  Thank you very much.  I know
8  you've been deposed before, so I'm not even going
9  to ask you if you have.  Just quickly go through a
10  couple of ground rules for today's deposition.  I'm
11  sure you know that you need to respond verbally,
12  that the court reporter cannot take down gestures;
13  right?
14       A.  Yes.
15       Q.  And so that we can get a clear record,
16  let's try not to talk over each other.  I will try
17  not to start a question until you're completely
18  done with your answer, and vice-versa.
19       A.  Great.
20       Q.  Great.  And if you don't hear a question
21  or understand a question, please say so and I'll
22  repeat or rephrase it for you, okay?
23       A.  Great.  Thank you.
24       Q.  If you want to take a break, also please
25  say so.  The only thing we'll ask is that you

Page 8

1  finish answering any question that I've asked
2  before you go ahead and take a break.
3       A.  Yes.
4       Q.  Okay.  And your counsel may object to
5  some of the questions I ask you today, but unless
6  he instructs you not to answer, you still go ahead
7  and answer.  Okay?
8       A.  Yes.
9       Q.  Okay.  And is there any reason that you
10  might not be able to testify fully and accurately
11  and truthfully today?
12       A.  No, there's no reason.
13       Q.  Okay.  Great.  What did you do to prepare
14  for today's deposition?
15       A.  Well, I looked -- I refreshed myself on
16  some of the documentation that we had submitted.
17  But beyond that, I had a brief conversation with
18  Mike.
19       Q.  Okay.  And by "Mike," you mean your
20  attorney, Mr. Murphy?
21       A.  That's correct, yes.
22       Q.  Okay.  And -- but when you say
23  documentation you had submitted, is that the
24  documents you sent to the plaintiffs?
25       A.  Correct, yes.

Page 9

1      Q.   Okay.  And other than your counsel, did
2   you meet with anyone to prepare for today's
3   deposition?
4      A.   No, I did not.
5      Q.   Okay.  Thank you.  How long have you
6   worked for the Wisconsin Elections Commission?
7      A.   Well, my career with the Wisconsin
8   Elections Commission spans about the length of this
9   case.  I began in 2011.
10      Q.   Okay.  And what did you begin as?
11      A.   I began as our voter outreach
12   specialist --
13      Q.   Okay.
14      A.   -- in voter ID law.
15      Q.   Okay.  And how long did you have that
16   position?
17      A.   I held that position for about four
18   years.
19      Q.   Okay.  And did -- oh, let me just clarify
20   a couple of shorthands for the record.  Can we
21   agree that IDPP, the ID petition process, if I say
22   IDPP, that's the same thing?
23      A.   Yes.
24      Q.   And also if I say WEC, that's the
25   Wisconsin Elections Commission; right?

Page 10

1      A.   Yes.
2      Q.   Okay.  So when you were a voter ID
3   specialist, did IDPP exist during that period of
4   time?
5      A.   No, it did not.
6      Q.   Okay.
7      A.   Originally.
8      Q.   Right.  And then after -- what was your
9   next position with the elections commission?
10      A.   So I continued doing voter outreach, and
11   I also took on some additional roles, such as
12   project management of our public-facing technology,
13   namely the design and implementation of the My Vote
14   Wisconsin website.
15      Q.   Okay.  And how long did you do that for?
16      A.   Well, probably about three or so years.
17   And then I became our deputy administrator.
18      Q.   And when was that?  So that was about
19   2016, 2017?
20      A.   Correct, yes.
21      Q.   20 --
22      A.   Early 2017, late 2016.  2016 I think is
23   when that happened.
24      Q.   Okay.  And when did you become the
25   administrator?

Page 11

1      A.   In 2018.  February of 2018.
2      Q.   So you've been administrator for about
3   two-and-a-half years now?
4      A.   Yes, that's correct.
5      Q.   Great.  So what are your duties now as
6   the administrator?
7      A.   To oversee the Wisconsin Elections
8   Commission as an agency.  We're a rather small
9   agency, so I'm quite involved still in our
10   technology initiatives as well as our voter
11   outreach initiatives.  A main core responsibility
12   of mine is to represent the agency, so I often do
13   our media outreach, I do a lot of public
14   appearances, things like that.  But also everything
15   from, you know, coordinating HR to managing the
16   budgets, and pretty much everything in between.
17      Q.   Okay.  That's a lot of things.  When you
18   say that you are involved in the outreach campaign,
19   could you talk a little more to me or talk a little
20   more about what that means?
21      A.   Sure.  So because -- I guess because I
22   previously held that position, I still am involved
23   in helping to direct some of our -- our voter
24   outreach programs.  I still am mainly the one that
25   will go talk to voter groups, let's say the League

Page 12

1   of Women Voters; or someone needs a speaker, I'll
2   typically be the one that handles that type of
3   thing, as well as helping to review and coordinate
4   some of our voter outreach efforts, be it social
5   media planning or whatnot.
6           We do have staff that also helps to
7   draft those things, but I still am involved in the
8   direction and the ultimate approval of those
9   initiatives, of course with the approval and
10   consent of the commission, if it's a major
11   initiative.
12      Q.   Sure.  And hang on, I'm just changing the
13   order here a little bit.  So you are aware that WEC
14   has an obligation under Wisconsin law to engage in
15   outreach to identify and contact groups of voters
16   who may need assistance in obtaining or renewing a
17   document that constitutes proof of identification
18   for voting and provide assistance to the electors
19   in obtaining or renewing that document; right?  Are
20   you aware of that?
21      MR. MURPHY:  Object to form.
22      MS. ROTKER:  We can pull -- so just so
23   everyone understands the way the documents are
24   going to work, I'm not -- we have them internally
25   numbered.  So if I say doc 20, that's for

Pages 9 to 12

**New York**
**212-273-9911**

Hudson Court Reporting & Video
1-800-310-1769

**New Jersey**
**732-906-2078**

Page 13

1   Alexandra's benefit, and then we'll pull them up
2   and number them as exhibits in this.
3           So Alexandra, doc 20, please.  And
4   then she's going to pull that up on Agile Law.  And
5   we're marking that as Exhibit 5000.  Again, just
6   for the record, it's to make sure that we're past
7   any other exhibits in either of the consolidated
8   cases.  We're just starting the numbering sort of
9   farther along.
10  BY MS. ROTKER:
11      Q.  So can you see the document that is
12  Exhibit 5000, or do you need it --
13      A.  No, unfortunately I cannot.  It's really
14  grainy.  Could we -- oh, let's see, it looks like I
15  can zoom in.  Okay, I've zoomed in and I can see it
16  now, yes.
17      Q.  Okay.  So can you go down to -- we're
18  looking for sub twelve.  And it's probably closer
19  to page 3 of the document.  Go up.  I saw it right
20  there where -- I think higher up on that page.
21      A.  Got it.  I am seeing sub twelve,
22  assistance in obtaining proof of identification.
23      Q.  Right.  So are you aware of that law?
24      A.  Yes.
25      Q.  Okay.  That was what I wanted to know.

Page 14

1   So thank you.  How have you fulfilled that specific
2   obligation since 2016?
3       A.  As we've submitted in previous
4   documentation and in the plan that we have
5   submitted as we head into November 2020, a photo ID
6   outreach IDPP is integrated into all of our
7   training and our voter outreach materials.  We also
8   have some specific resources, such as the IDPP palm
9   card, we have the Bring It to the Ballot website,
10  BringIt.wi.gov, that focuses exclusively on photo
11  ID.
12          We also have a very extensive customer
13  service help desk in terms of a toll-free number
14  and e-mail addresses that voters can contact.  And
15  we help assist them through the process to provide
16  them information or help them navigate the process.
17      Q.  Okay.  I'm going to delve a little more
18  into some of the specifics.  So specifically on
19  photo ID and IDPP.  Have you had any specific
20  outreach campaign since the November 9, 2016 --
21  since after the 2016 elections?
22      A.  So all of the same initiatives that were
23  in place then still remain.  So in terms of the
24  IDPP palm card, I believe that's what we're calling
25  it, or flyer, and the Bring It to the Ballot

Page 15

1   website.  And then if you look at any of our
2   training, be it to do with absentee voting, which
3   of course now almost 80 percent of Wisconsin
4   electors in the most recent statewide election
5   participated using that method, or if it's to do
6   with the My Vote Wisconsin website, or our voter
7   outreach materials that are on the elections.wi.gov
8   website, you know, there's terms used in there
9   about if you need assistance getting a photo ID,
10  the DMV may be able to assist for free.  I don't
11  have it in front of me our exact phrase that we
12  use, but it's integrated anywhere where we talk
13  about photo ID.
14      Q.  Okay.  So when you say -- I'm sorry, I
15  was hearing a little echo from myself.
16          When you say outreach, have you done
17  any -- you know, you mentioned earlier, say,
18  speaking with the League of Women Voters.  Have you
19  done, since November 9, 2016, any -- have you or
20  WEC done direct outreach such as presentations to
21  organizations on IDPP?
22      A.  I mean, we would never just talk about
23  just IDPP.  That would be a very short
24  presentation.  But it's certainly been something
25  that we've continued to do.  If we're invited to

Page 16

1   talk with a group or present, we will do that.  And
2   photo ID is, of course, part of that presentation.
3       Q.  And IDPP is always part of what you talk
4   about with photo ID?
5       A.  It's always -- it's certainly a prevalent
6   talking point in terms of what are the options for
7   a voter who may not be able to obtain a photo ID
8   through the normal process.  So yes.
9       Q.  And how many staff do you have to -- paid
10  staff to conduct outreach?
11      A.  I would say we have very few staff that
12  focuses exclusively on that.  We're a very small
13  team.  We have 37 full-time employees.  And so we
14  do a lot of outreach events or, you know, clerk
15  training events, public speaking engagements.  I'm
16  usually the main person that does those.  But also
17  our public information officer.
18          We also have a staff member, an
19  elections specialist, that does some of our voter
20  outreach as well.  So it -- you know, it depends on
21  what else we have going on.  But we have a number
22  of staff that can step in in that role.
23      Q.  And just to clarify for the record, your
24  public relations specialist is Reid Magney; is that
25  correct?

Page 17

1      A.   He's our public information officer, yes.
2      Q.   Public information officer.  And then
3   who's your voter specialist?  I'm sorry, I didn't
4   catch the name of that.
5      A.   Sure.  Riley Willman is the -- has
6   assumed a lot of my former duties in terms of voter
7   outreach.
8      Q.   And how many presentations in 2020 have
9   you done?
10      A.   I don't know.  You know now, most things
11   are virtual.  But I have done some virtual
12   presentations with groups in 2020.  I don't have a
13   count.
14      Q.   Okay.  So let's -- excluding the clerks,
15   but just, you know, other voter organizations, do
16   you think it's more than ten, less than ten?
17      A.   You know, I think in 2020 it's
18   probably -- if we're talking about Wisconsin-based
19   voter outreach groups, we've actually received very
20   few invitations.  But there have been a few.  You
21   know, there's -- we've had conversations with
22   various groups to talk about their voter outreach
23   efforts or what we have available.  So probably
24   around ten, if I had to guess.  But that's not an
25   exact number.

Page 18

1      Q.   So it sounds like from what you're saying
2   that you wait for groups to invite you to speak.
3   Is that how the process works?
4      A.   No, not typically.  So typically
5   we -- you know, during non-Covid times we would be
6   actively engaging with those groups to go speak at
7   events.  But right now, as everything's being
8   migrated to virtual platforms, you know, we would
9   have to see what events are being conducted.
10      Also, I would say that we are
11   arranging actual walk-through events with voter
12   outreach groups, where we will invite them to be a
13   part of the event so that we can show them all the
14   various outreach materials that we have, not just
15   for IDPP, but for all of our voter outreach
16   materials.  I'd answer their questions, hear about
17   their initiatives, and allow them to hear about our
18   initiatives as well.
19      And so that's something that we're
20   doing to try to accommodate for the fact that now
21   most things are virtual and there aren't those
22   in-person opportunities that we historically had.
23      Q.   So -- and thank you.  And we'll get back
24   to that a little later.
25      Is there any effort in 2020 to reach

Page 19

1   groups serving homeless people?
2      A.   Not specifically.
3      Q.   Is there any effort to reach groups
4   focused on people with limited educational
5   abilities?
6      A.   I don't know that specifically.  We have
7   extensive contact and interaction with our
8   accessibility advisory committee who represents a
9   wide array of people who face various challenges.
10   But I don't know specifically that we've met with a
11   group just on that particular topic.
12      Q.   So you don't know -- in terms of people
13   with disabilities, you haven't done a specific ID
14   or IDPP presentation in 2020?
15      A.   I believe we have discussed that -- yes,
16   we have discussed photo ID and IDPP with our
17   accessibility advisory committee.
18      Q.   With the -- okay.
19      A.   And it does cover people with cognitive
20   disabilities as well.
21      Q.   And that advisory committee consists
22   of -- is that on your website?  Or who's on that
23   advisory committee?
24      A.   Yes, it's on our website.  It's a
25   longstanding committee.  And we do -- they do just

Page 20

1   excellent important work helping to advise many of
2   our programs and make sure that we can spread
3   information to the groups that they work with.
4      Q.   What efforts have you made to contact
5   groups that serve the black community?
6      A.   So I've actually been having quite
7   regular meetings with a group from Milwaukee.  I
8   don't know that the group itself has a name, but
9   it's -- it's some 20 organizations that represent
10   organizations that represent black individuals in
11   the Milwaukee area.  A Ms. Jasmine Johnson is the
12   one that organizes those.  And we have evening
13   meetings.  I believe I have my fourth one in 2020
14   coming up next week.
15      So we meet on a pretty regular basis
16   to discuss just this, what are our voter outreach
17   initiatives and what kind of things can we
18   coordinate on, or what are their outreach efforts.
19   And there's between 15 and 20 different
20   organizations that are usually represented at those
21   meetings.
22      Q.   And what role does -- again, specifically
23   discussing photo ID and IDPP -- play in that, in
24   those?
25      A.   Sure.

Pages 17 to 20

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 21

1    Q.  In general, I mean.
2    A.  Often we're discussing what we have
3  available for voter outreach materials.  So talking
4  about what's available on the Bring It to the
5  Ballot site, discussing, you know, IDPP process,
6  but of course, you know, discussing at length many
7  of the other voter outreach initiatives that are
8  also going on right now.  So I would not say that
9  it's photo ID exclusive.  But we've certainly had
10  those discussions about different photo outreach
11  efforts in that arena as well.
12    Q.  And that's only for Milwaukee; correct?
13    A.  I believe -- you know, you will have to
14  forgive me, I don't know that they officially have
15  a name, but it's -- it's Milwaukee based, but I
16  believe it covers more than just the Milwaukee
17  area.
18    Q.  What about for Latinx persons, what
19  efforts and outreach is going on?
20    A.  So specifically I don't know that we've
21  had any specific contacts in 2020.  I'm not
22  aware -- I don't believe my -- myself have done any
23  outreach efforts with that community specifically.
24    Q.  What about Hmong?
25    A.  Again, I don't believe that we've done

Page 22

1  any specific outreach with groups.  However, all of
2  our materials are maintained in both Spanish and
3  Hmong, including the My Vote Wisconsin website.
4  And so we've done some pretty significant review of
5  the Spanish language versions of those pages.
6          We've also ensured that we have
7  Spanish language assistance in our office as well
8  to assist voters who are navigating the site or who
9  are navigating the Bring It site to make sure that
10  they have access to the information.
11    Q.  So the My Vote site, though, isn't really
12  the site that talks about IDPP; correct?  That
13  would be the Bring It site?
14    A.  You know, the My Vote site is a
15  functional site, and so -- people come to our
16  website to do things.  And I think that's actually
17  really important.  People come to our site to
18  register to vote, to request an absentee ballot.
19  And ingrained in that site throughout is
20  information about photo ID, information about IDPP
21  or how there's, you know, other ways to obtain an
22  ID, and they're in the relevant places where people
23  are going to do the thing.  And so there certainly
24  is information on that site.
25    Q.  So is everything on the Bring It site

Page 23

1  available in Spanish, including the landing pages
2  and all the information?
3    A.  Much of the information, such as the IDPP
4  handout, posters, flyers, brochures, a lot of the
5  information, radio ads, videos, are available in
6  Spanish.  I do not -- I do not remember if the home
7  page is available in Spanish or not.
8    Q.  Okay.  And what about in Hmong?
9    A.  No, it is not available in Hmong.
10    Q.  Okay.  And again, we'll get back to the
11  Bring It website a little later.
12          Is there any specific outreach that
13  you have made to tribal communities, Native
14  American communities, about ID and IDPP?
15    A.  No, not specifically in 2020.
16    Q.  Okay.  And what about groups serving
17  senior citizens?
18    A.  Yes, I would say through our
19  accessibility advisory committee there's been some
20  pretty extensive outreach.  We work with them to,
21  again, coordinate on training, messaging to voters,
22  and they also represent the aging community.
23    Q.  Okay.  Were -- are all of your
24  presentations given in English?
25    A.  Mine, yes.  Unfortunately.  My Spanish

Page 24

1  isn't very good.
2    Q.  And what about your other staff members
3  who do presentations?
4    A.  Actually, the chair of our commission
5  speaks Spanish, and she's given some interviews
6  of -- recently in Spanish.
7    Q.  But presentations to organizations like
8  you're talking about as outreach, it's basically in
9  English; is that correct?
10    A.  Yes, we have not done any in Spanish in
11  2020.  We have in the past, but not in 2020.
12    Q.  Do --
13    A.  I think you froze.
14    Q.  Did you -- I don't know if it's just me,
15  but Ms. Wolfe froze.  Sorry, you froze for a second
16  there.
17    A.  No, I think you froze.
18    Q.  Oh, that's so weird.  I could see myself
19  moving.  So sorry about that.  Let me just repeat
20  the question.
21          Do you have a list of organizations
22  serving the kinds of groups that we're talking
23  about: homeless people, Latinx community, Hmong
24  community, people separate from your advisory
25  committee, people with disabilities?  I mean, is

Page 25

1  there, like, sort of a master list of all these
2  groups around the state?
3      A.   Yes, I believe there is a list.  There's
4  a distribution list, yes.
5      Q.   Have you in 2020 affirmatively sent the
6  ID and IDPP materials to all those groups
7  and -- well, let's answer that question first.
8      A.   Have we sent IDPP specifically to the
9  distribution list in 2020?  I do not believe so.  I
10  could double-check.  I do not believe we've sent
11  that flyer again to them in 2020.  But I know we
12  have sent them multiple training programs, and
13  I -- I don't remember if that was included.  But I
14  can find out.
15      Q.   So -- and when you say training, I mean,
16  the training includes a lot of information; right?
17      A.   A lot of information, including photo ID,
18  correct.
19      Q.   Including photo ID.  But if it's not
20  focused on photo ID and IDPP, is it possible that
21  might be buried in, you know, a very long training?
22          MR. MURPHY:  Object to form.
23  BY MS. ROTKER:
24      Q.   You can answer.
25      A.   There is significant training, but I also

Page 26

1  think that for a lot of those individuals, they're
2  participating by absentee, and they're also
3  indefinitely confined.  So those are quite
4  different -- there might be different things that
5  are important to that specific group of people.
6  And so I think for -- for them we need to make sure
7  that they get that information, because it's very
8  important.
9  BY MS. ROTKER:
10      Q.   Of course.  But are you saying then in
11  2020 more of the training has focused on people who
12  would use the indefinitely confined exception
13  rather than IDPP?
14      A.   Well -- I'm sorry, I don't know if I can
15  quantify the amount of training for something.  I
16  don't think the amount of training, us evaluating
17  it, by any means, it's in response to voter
18  behavior in 2020 where, again, we saw almost more
19  than 80 percent of people participate by absentee
20  in the August election.
21      Q.   Sure.  But of those people who
22  participate, what percentage roughly, if you know,
23  would participate as indefinitely confined?
24      A.   We do have those numbers available on our
25  website.  It's actually quite a significant number

Page 27

1  of people that have now identified as indefinitely
2  confined in 2020.  But we do have that data.  I
3  don't have it in front of me.
4      Q.   Okay.  So if I were to look at your
5  website I could trust that the data on the website
6  is accurate?
7      A.   Yes, absolutely.  We even put out an
8  April 7, 2020 absentee voting report that's a very
9  detailed, granular view of the absentee process.
10  And we have supplementary data as part of that.
11      Q.   Sure.  And I totally understand that.
12  But there are also many voters or most voters who
13  will require ID to vote even to vote absentee by
14  mail, isn't that true?
15      A.   For the first -- so the first time a
16  voter votes by absentee ballot, they have to
17  provide a photo ID.  You'll also see, of course,
18  that base of people that have already provided a
19  photo ID in the past is, of course, growing, and
20  there's a very significant number of people that
21  already have an absentee ballot request on file for
22  November because they completed a calendar year
23  with us.
24      Q.   But if people move they also have to get
25  and provide ID again; right?

Page 28

1      A.   Well, not exactly.  If they reregister.
2  So you have to provide a new photo ID with your
3  new -- your first absentee request under your new
4  registration.
5      Q.   Yes, that's what --
6      A.   But there are nuances like intent to
7  return, or if you don't yet qualify at your new
8  address, you're still eligible to vote from your
9  old address.
10      Q.   Yeah, thank you.  That's what I meant by
11  move.  So that makes sense.  So do you have --
12          MS. ROTKER:  And I'm going to actually
13  ask if counsel will produce -- you said you have a
14  list of organizations on the distribution list.
15  That was not given to us, and I'm asking if you
16  will agree to produce that.
17          MR. MURPHY:  Counsel, we'll take that
18  request under advisement.  I'll get back to you
19  after the deposition.
20          MS. ROTKER:  Okay.
21  BY MS. ROTKER:
22      Q.   So when you send materials to these
23  people on the distribution list, do you also offer
24  to do trainings?
25      A.   Yes.  Yes, we do.  I mean, it depends on

Pages 25 to 28

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

1  what the initiative is, but we've certainly done
2  trainings in the past.  We've coordinated with them
3  on things like videos.  Again, now in the virtual
4  world, you know, a lot of video content is much
5  more useful to people.
6      Q.   And again, we will get to that in a
7  little bit.  But when you send materials to these
8  organizations are you basically sending it to
9  groups and organizations that have digital access?
10  You're sending e-mail links or things like that, or
11  are you actually sending hard paper copies of
12  documents in 2020?
13      A.   We're sending an electronic version.
14  Historically, and I can vouch for this, even in
15  pre-Covid times, nobody wanted our paper.
16      Q.   Do you know -- are you familiar with KW2?
17      A.   Yes.
18      Q.   And that is a subcontractor who works on
19  some of your advertising or kinds of campaigns;
20  right?
21      A.   Correct.
22      Q.   Okay.  Do you know whether they have a
23  list of organizations for outreach?
24      A.   I would assume they do.
25      Q.   Have you used that list in 2020 to send

1  information on ID and IDPP to groups on that list?
2      A.   No.
3      Q.   Why not?
4      A.   I don't believe that's something that
5  we've done in the past either.
6      Q.   But the -- okay.  Let me move on.  There
7  are -- actually, before I get to that.
8           You said that you have a hotline, an
9  ID -- is it just a voter ID hotline?  Or what is
10  the WEC's hotline?
11      A.   So we have 1-866-VOTE-WIS, which is our
12  toll-free number, and it covers a variety of
13  topics.  So, you know, again, we have a very small
14  staff, so when you call our office, you're given
15  options about what you might want to speak to
16  somebody about.  And that number is put on, you
17  know, all of our public outreach materials.
18           We also coordinate with a call center,
19  Beyond Division, and they help to assist us with
20  some of the voter-related questions as well.  This
21  allows them to help us with some of the more basic
22  questions so that our staff with more expertise can
23  help people navigate some of the more nuanced
24  things like photo ID.
25      Q.   Is the hotline advertised as something

1  specifically that can assist people with photo ID?
2      A.   I believe so.  In our photo ID materials,
3  that number is advertised.
4      Q.   And when you say your photo ID materials,
5  what do you mean by that?
6      A.   Everything you'll find on the Bring It to
7  the Ballot site, everything in our voter
8  information center on elections.wi.gov, any of our
9  materials that we have available.
10      Q.   Okay.  And we'll talk a little more about
11  that.  Let me just go back to the groups for a
12  minute.  When you share materials or do
13  presentations for organizations, you don't have a
14  budget to pay them to do, you know, outreach; is
15  that correct?
16      A.   I'm sorry, to pay who?
17      Q.   The -- say an organization serving the
18  black community.  Do you pay them to ensure that ID
19  and IDPP gets done?
20      A.   No.
21      Q.   So basically it's a situation where
22  you're giving materials to volunteer groups who
23  are -- then need to use their own resources to
24  share that information; is that correct?
25           MR. MURPHY:  Object to form, but answer.

1           THE WITNESS:  We will provide them with
2  materials.  Most of them are, you know, virtual
3  materials, or we're always willing to help do any
4  of the engagement if they'd like.  If they'd like
5  us to come speak as a subject matter expert or be
6  involved, we're always willing to do that as well.
7  BY MS. ROTKER:
8      Q.   Are you willing and have you ever, you
9  know, gone out and spoken with individual voters as
10  opposed to the organizations?
11      A.   Yes.  I spent years on the road going out
12  and talking to individual voters.  But in 2020, no,
13  with the Covid circumstances, that's not possible.
14      Q.   Has that -- has WEC done individual voter
15  contact since 2018 on ID and IDPP?
16      A.   I think it would be difficult to define
17  what an individual voter outreach is.  But we'll go
18  talk to groups.  I mean, I've been in a library or
19  a community center where we've discussed elections
20  and various things, including photo ID and IDPP.
21  So I think yes, we've certainly reached out to
22  individual voters about that in the last few years.
23      Q.   Okay.  Do you have a list of
24  presentations -- you said that you made you thought
25  maybe about ten presentations in 2020 to

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 33

1  organizations.  Do you have a list of those
2  presentations?
3      A.  I do not.  No, I do not.  It's been quite
4  a year, as you might imagine, and keeping a list
5  has not made it on my list.
6      Q.  Does anyone at WEC keep track of that?
7      A.  You know, we have not kept super close
8  track of the various presentations.  We could
9  probably try to recreate our calendars, but I --
10 no, I don't have a list available.  It wouldn't be
11 a document we have.
12     Q.  Okay.  Who -- do you have WEC staff in
13 charge of responding to the individual voter
14 questions?
15     A.  Yes.  But again, we're a very small team,
16 and so everybody has to have some basic
17 understanding.  But I would say our election
18 administration team is mainly responsible for
19 helping with voter-type questions that have to do
20 with things like photo ID, voter registration,
21 absentee voting.
22          There's a lot of staff then that's
23 more specialized in the statewide voter
24 registration database or some of our technology.
25 And then of course myself or our legal team or

Page 34

1  management team also assists with a lot of those
2  questions from voters, or policy questions.
3      Q.  Okay.  So let's go back a little bit.  We
4  spoke earlier about KW2, your -- could you -- do
5  you call them a public relations contractor,
6  advertising contractor?
7      A.  I would say they're a, yes, an ad agency
8  that we work with through the state contract.
9      Q.  And you've -- and WEC has used them for a
10 long time, right?  For some years?
11     A.  Yes.  We began working with them with the
12 Bring It to the Ballot photo ID outreach.
13     Q.  In 2020, what is their role?
14     A.  Their role is to help us with
15 the -- well, a couple of things.  One, we did a
16 statewide survey to understand where voters go for
17 information, who they trust, what types of
18 information they're looking for, and that helped us
19 to be able to then coordinate some of the
20 messaging, the tool kits that we're putting
21 together for local election officials.
22          So that was the first effort is, you
23 know, finding out from our voters what types of
24 information they need and where they go for that
25 information.  So I think that's been really

Page 35

1  valuable, rather than us venturing a guess about
2  that.  And then they've been helping us with the
3  creation of materials in line with what we learned
4  from the public survey.
5      Q.  Do any of those materials address ID and
6  IDPP?
7      A.  We certainly make note of the fact that
8  if, you know -- again, it's gotta be useable.  So
9  IDPP is meaningless to most voters.  And so I think
10 the phrase that we use throughout our materials is,
11 you know, if you're having a hard time getting a
12 photo ID, DMV may be able to -- or we'll be able to
13 assist for free.  You have to look at our materials
14 for the exact phrase.  But when we talk about photo
15 ID, we make sure to include that description as
16 well.
17     Q.  And are there materials being created --
18 you know, you said you were working with KW2 on
19 materials.  Are any of the materials they're
20 working on in 2020 dealing with ID and IDPP?
21 Understanding they may not use the word IDPP.
22     A.  Again, if we talk about photo ID.  So for
23 example, when we discuss absentee voting, because
24 we found in that statewide survey voters told us
25 resoundingly that they wanted to know about the

Page 36

1  mechanics of absentee voting.  And so when we talk
2  about the photo ID requirement for that, we do
3  include that phrase.
4      Q.  And by "that phrase," you mean?
5      A.  It probably takes various forms, but
6  along the lines of, you know, if you're having --
7  if you need a photo ID and you're having a
8  difficult time getting one, that I -- that DMV can
9  assist for free.
10     Q.  Okay.
11     A.  Or if you don't have the foundational
12 documents to get an ID, that DMV has a process that
13 we try to include references to that where -- where
14 relevant.
15     Q.  And what else is KW2 doing for you this
16 year?
17     A.  Well, we have a list of things.  We
18 actually yesterday just presented to our commission
19 our -- how we're prepared for November 3, 2020
20 election report.  Part of that included our list of
21 deliverables.  So they're going to be working on
22 short educational videos, social media, graphics,
23 web banners, earned media tools.  We have some
24 articles and different things we're doing for the
25 earned media, fact sheets, tech graphics for

Pages 33 to 36

**New York**
**212-273-9911**

Hudson Court Reporting & Video
1-800-310-1769

**New Jersey**
**732-906-2078**

1  our -- both of our websites.
2        And then some of the materials for our
3  clerk tool kits for voter outreach as well, 'cause
4  again, our survey showed that people trust their
5  local election officials more than they do the
6  states.  And so we're focusing a lot on getting
7  resources to those local election officials.
8        Q.  And just give me one second, 'cause I'm
9  pretty sure -- I think I'm going to want to pull up
10 another document I just want to get.  Okay.
11       MS. ROTKER:  Alexandra, doc one, please.
12 And we'll mark that as Exhibit 5001.  And if we can
13 just go to Exhibit 5001.  Yep.  Thank you.
14       Is this the document -- oh, no, can
15 we -- Alexandra, did we just load page 69, or do we
16 have the full document?  'Cause I'd like to go to
17 the first page.  Can we go to page 1 of that,
18 please?
19       MS. HILL:  Yep.
20       MS. ROTKER:  There we go.  Great.  Thank
21 you.
22 BY MS. ROTKER:
23       Q.  Ms. Wolfe, is this the document you were
24 talking about?
25       A.  Yes, it is.

1        Q.  And what page were you reading from when
2  you were talking about what KW2 was hired to do?
3        A.  Well, if you look at the table of
4  contents -- it's a large document.  Page 63 is
5  where it begins.  63 of the document, not of the
6  PDF.
7        Q.  Yeah, that's always a fun distinction.
8  Okay.  Are any of those materials specific to ID
9  and IDPP that you're asking KW2 to work on this
10 year?
11       A.  No.  Again, now photo ID has been part of
12 the process for nine years on and off.  And so it's
13 ingrained in all of our other materials.
14       Q.  How long has IDPP been part of the
15 process?  Not nine years; correct?
16       A.  Not nine years, correct.  I don't know
17 specifically.  You probably know the answer to
18 that.
19       Q.  And do you recall in 2016 Judge Peterson
20 saying that there had not been adequate public
21 information about IDPP?
22       A.  I don't remember that specifically, no.
23       Q.  Okay.  We'll get to that in a minute too.
24 So we're looking at page, you said page 60 -- oh,
25 63 of the document.  Or I guess it would be page 65

1  of Exhibit 5001.
2        A.  Yes.
3        Q.  This is your outreach program.
4        A.  Some of it.
5        Q.  Okay.
6        A.  This is -- this report, though, please
7  remember, is also very specific to what we're doing
8  to prepare for the November election at a very high
9  level.  And even at a high level it's 130 pages.
10 So it's just some -- some, you know, very, very
11 high level things.  Obviously it doesn't go into
12 the granular detail about the, you know, texts or
13 the phrasing or the scripts that were used for
14 every deliverable.
15       Q.  And I understand that.  If you go to
16 page 65 of the document, which is page 69 of the
17 PDF at the bottom of the page, public education
18 program details.  Let me know when you can see
19 that.
20       A.  I can see it.
21       Q.  Okay.  At the bottom of the page the last
22 sentence says, "Our primary focus has been on
23 information that local election officials can use
24 to communicate with voters and local news media
25 about election security"; correct?

1        A.  That's correct.
2        Q.  So that has been the primary focus of
3  what you're working with KW2 on?
4        A.  Yes.  But I think if you -- you know, we
5  have -- we love our memos at the WEC.  So we've got
6  a lot of other materials out there about the survey
7  and about some of our other outreach approaches.
8  What voters define as election security is very,
9  very broad and different than maybe what we thought
10 the definition was, which was cyber security or
11 things to do with technology.
12       We actually find that voters'
13 definition of that is very different.  It's about
14 the mechanics of how voting works.  And so I think
15 when we say it's focusing on election security,
16 that's true, but election security and how voters
17 define it, which is the mechanics of how voting
18 works.  And a lot of their questions revolved
19 around absentee, which of course has a photo ID
20 component.
21       Q.  Well, if you go to the following page,
22 which is page 70 of the PDF, it really does -- I
23 mean, the materials that you were working with KW2
24 to produce -- or KW2 is working with you to
25 produce, all really focus on the absentee process;

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 41

1  correct?
2      A.   The absentee process, but also the
3  commission made it very clear in their draft to us
4  in this campaign that it has to make clear to
5  voters that they have three statutory ways to be
6  able to cast their ballots, and all three options
7  are safe and secure.
8           So while it focuses on the mechanics
9  of absentee, because that's new to a lot of voters
10 this year, it also has those other elements to make
11 sure that voters are aware of their options and
12 aware of some of the peripheral requirements, such
13 as registration and photo ID.
14     Q.   And I understand that.  But we're getting
15 at the focus versus peripheral options.  So you
16 just called photo ID peripheral, and earlier in
17 this deposition you said IDPP doesn't even affect
18 that many people.  So would you say that's an even
19 more peripheral part of this?
20          MR. MURPHY:  Object to form.
21          THE WITNESS:  I don't think --
22          MR. MURPHY:  You may answer.
23          THE WITNESS:  I don't think that was an
24 accurate -- no.
25 BY MS. ROTKER:

Page 42

1      Q.   How -- how much of these materials would
2  any voter who looks at these videos know
3  about -- the new videos you're asking to be
4  produced, know about IDPP specifically?
5          MR. MURPHY:  Object to form.  You may
6  answer to the extent you're able.
7          THE WITNESS:  I believe that I've already
8  covered that.
9  BY MS. ROTKER:
10     Q.   So the new videos that are being produced
11 in the deliverables, are you saying that all of
12 those documents are going to talk about IDPP?
13     A.   No.
14     Q.   Okay.  Do you know what percentage of
15 those documents?
16     A.   No.
17     Q.   Which of those items?
18     A.   No, I do not.
19     Q.   Okay.  What is the budget for KW2 for
20 this year?
21     A.   Again, I don't have that in front of me,
22 but that's publicly available as well.  The
23 commission considered and directed the expenditures
24 for our -- our campaign.
25     Q.   Do you know off the top of your head if

Page 43

1  it's more or less than about $250,000?
2      A.   It's more.
3      Q.   It's more.  Okay.  And where would that
4  information be available?
5      A.   On our website.
6      Q.   Is there somewhere that's available more
7  specific details about KW2's contract and the
8  materials that they are going to produce in more
9  detail than what's in Exhibit 5001?
10     A.   Yes.  It would all be in our commission
11 materials.  We've had almost 30 commission meetings
12 this year where they consider and approve various
13 directives.
14     Q.   And that -- does that include the actual
15 full contract with KW2?
16     A.   I believe it does, yes.
17          MS. ROTKER:  Okay.  Now actually, before
18 I go on to a new topic, let me just ask quickly
19 whether anyone wants to take a five-minute break or
20 whether we want to keep going.  'Cause it's been
21 about 50 minutes.  But this seems like a good
22 pause.
23          THE WITNESS:  I would take a brief break.
24          MS. ROTKER:  You would like to take a
25 brief break?

Page 44

1          THE WITNESS:  If that's okay.
2          MS. ROTKER:  Absolutely.  Why don't we
3  take five.  Everyone can mute themselves if you
4  wish and stop their video.  And we'll come back on
5  in.  And we are off the record, please.
6          THE VIDEOGRAPHER:  Time is 9:50 a.m., and
7  we are off the record.
8               (Break taken.)
9          THE VIDEOGRAPHER:  Time is 9:55 a.m., and
10 we're back on the record.
11         MS. ROTKER:  That was good.  That was
12 actually five minutes.  So let's -- Alexandra, can
13 you get doc four?  And we'll mark that as
14 Exhibit 5002.
15              Is it up?
16 BY MS. ROTKER:
17     Q.   Okay, let's go to Exhibit 5002, please.
18 Do you have it up, Ms. Wolfe?
19     A.   Yes, I do.
20     Q.   Okay.  Is this the document that is being
21 mailed to all voters this week, perhaps?
22     A.   Yesterday, yes.  It hit the mail to about
23 2.6 million voters.
24     Q.   And this document is considered to be a
25 key part of the outreach to voters, correct, this

Pages 41 to 44

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

1  mailing?
2      A.  Yes.  It's direct contact to each of the
3  voters that don't currently have an absentee
4  request on file.
5      Q.  Okay.  Where in this document does it
6  mention IDPP or that you can get an ID without a
7  birth certificate?
8      A.  It does -- it mentions photo ID
9  requirements.  But as you can see, you know, we did
10  extensive usability testing on this and found that
11  sometimes you reference the concept and then
12  provide a place where people can call for more
13  information or to ask questions.  So we do talk
14  about photo ID, and also the indefinitely confined
15  exemption.
16     Q.  But it doesn't specifically say, for
17  example, even if you don't have a birth certificate
18  you can get an ID for free?
19     A.  We're on page 1, and I think photo ID is
20  on page 2.  But no, I don't believe it says that.
21     Q.  You can feel free to go to page 2.
22     A.  Oh, I'm sorry, I keep forgetting this is
23  not -- it's something I can draft.
24     Q.  No, that's fine.  We're all learning.
25     A.  On the second page it says you need a

1  photo ID to vote, and then it has some text about
2  the photo ID requirements.
3      Q.  Okay.  And it refers people to a website,
4  correct, the Bring --
5      A.  It does.  And it does say to learn how to
6  get a photo ID for free, if you don't have one,
7  that you can go there.
8      Q.  I understand that.  Let me just clarify.
9  This mailing in Exhibit 5002, that's actually going
10  to two million or so voters on paper, like hard
11  paper copies; correct?
12     A.  Correct.  2.6 million voters.  It hit the
13  mail yesterday.
14     Q.  But it's referring people to a digital
15  resource; correct?
16     A.  No.  As I've talked about we have -- it
17  does say you can go to Bring It, but you can also
18  call our help desk.  And we're going to be
19  assisting people starting with this, you know, this
20  weekend when it starts to hit the mail with any
21  questions they have about anything on the mailer.
22     Q.  Okay.  Does the -- okay.  It says to find
23  your -- on page 1 to find your polling place, you
24  can call -- there's a phone number to call.  Does
25  it -- oh, okay, I see.  The help desk is at the

1  very bottom on page one; is that correct?
2      A.  Need assistance, we're here to help.
3      Q.  Okay.  Are you aware that many voters
4  don't have digital access?
5      A.  Yes.  And that's very much why this
6  letter is being sent.
7      Q.  Because you're aware that voters don't
8  have digital access?
9      A.  There may be voters, unfortunately,
10  or -- yes, that don't have access.
11     Q.  Does your help desk -- I forgot to ask
12  you this -- does it work nights and weekends?
13     A.  It will -- it will be, yes.  It will be.
14  In this stretch of the election it works nights and
15  weekends.  We also contract, again, with the call
16  center.  So yes.
17     Q.  When does that start?
18     A.  Well, we're still trying to sort of
19  finalize what our hours will be even this weekend
20  over the holiday weekend.  But we -- there will be
21  some finalization to those plans coming.
22     Q.  But, I mean, are you talking about a week
23  before the election, a month before the election?
24  Like how long a period are you looking at?
25     A.  Probably pretty consistently for the next

1  two months.
2      Q.  Okay.  And the lack of digital access is
3  an even bigger problem right now during the
4  pandemic, because a lot of public spaces like
5  libraries, where people can get digital access, may
6  be closed; right?
7          MR. MURPHY:  Object to form.  You may
8  answer.
9          THE WITNESS:  I think that's outside of
10  my area of expertise.
11         MS. ROTKER:  Okay.  Let's go to the Bring
12  It To main website.  Alexandra, I think that's -- I
13  think we PDFed it as doc seven.  Yeah.  Okay.
14  Let's mark that as 5000 -- Exhibit 5003.
15  BY MS. ROTKER:
16     Q.  Do you see that?
17     A.  Yes, I do.
18     Q.  Okay.  So it does explain -- now
19  this -- you can get a Wisconsin state ID card for
20  free.  That's not on the home page; correct?  You
21  have to click through and page down; is that right?
22     A.  You might have to put this in a little
23  bit of context for me.  I think this is the Bring
24  It to the Ballot website, the BringIt.wi.gov
25  website.  That page, I think there is certainly a

Page 49

1  display about you can get an ID for free on the
2  home page. But this information is on that sub
3  page from the home page.
4      Q.  It's on the sub page. Okay. So you
5  would have to do an additional click, basically, to
6  get to this page, is that correct, to your
7  knowledge?
8      A.  Well, contents like this would never
9  appear on a home page. That would be goofy. So
10  yes, you have a task, and then somebody clicks on
11  that and goes to more information.
12      MS. ROTKER: So Alexandra, doc 19,
13  please.
14  BY MS. ROTKER:
15      Q.  Are you familiar with the level of
16  success that the digital campaign on how to get an
17  ID had -- after in 2016?
18      A.  We may have at some point submitted
19  documentation on that. I don't know.
20      Q.  Okay. Let's go to Exhibit 5004. Which
21  we've just marked. This is an e-mail chain. You
22  are copied on this e-mail chain; is that correct?
23      A.  Ooh, that's a blast from the past. Yes,
24  I am.
25      Q.  And so you received this e-mail?

Page 50

1      A.  It appears so.
2      Q.  Okay. Let's go down to page 4 -- or
3  let's go down to page 3 of the document. This is
4  KW2's campaign report, correct, from the Bring It
5  campaign in 2016. Their final campaign report.
6      A.  I'm still looking at the e-mail. So I
7  don't see a final report.
8      Q.  Oh. Page 3 of the document.
9      A.  Thank you. The new document.
10      Q.  Sorry, I thought I said that. I might
11  have missed it.
12      A.  That appears to be the title of it. It
13  says KW2 final campaign report.
14      Q.  Let's go to page 4 of the document. And
15  do you see that it says there were only 61 sessions
16  on how do I get a free ID card, free state ID card,
17  about a third of the way down, under visiting
18  after. Do I have the right photo ID?
19      A.  Yes, that's what it says.
20      Q.  So it appears that this digital campaign
21  may have only been useful to about 61 voters on
22  that issue; is that correct?
23      MR. MURPHY: Object to form. You may
24  answer.
25      THE WITNESS: I don't know.

Page 51

1  BY MS. ROTKER:
2      Q.  Do you consider KW2 to be -- sort of have
3  the expertise in measuring these kinds of metrics
4  and that kind of information?
5      A.  Yes, I believe so. But I don't know that
6  sessions indicates total reach. So I think this is
7  one isolated document.
8      Q.  Okay. But if KW2, for example, were to
9  say that they didn't reach a lot of people, they
10  would have expertise on evaluating the level of
11  success; is that correct?
12      A.  I believe they would, yes.
13      Q.  Okay. Thank you. Do you have any
14  metrics for 2020 on the reach of the Bring It
15  website?
16      A.  I'm sure we would have analytics from the
17  page. But no, I do not have those.
18      Q.  And so has anyone analyzed the reach? Or
19  how that is working in 2020?
20      MR. MURPHY: Object to form. You may
21  answer.
22      THE WITNESS: As with any of our sites,
23  the data and the analytics is available.
24  BY MS. ROTKER:
25      Q.  But what I'm asking is, is anyone looking

Page 52

1  at this in real time and saying wow, there are only
2  50 people looking at the how do I get an ID page,
3  do we need to reach more people, or something like
4  that?
5      MR. MURPHY: Object to form.
6      THE WITNESS: No.
7  BY MS. ROTKER:
8      Q.  Okay. And let's just also, while we have
9  this document up, go to page 8 of the document.
10  And you see that this is sort of a heat map of
11  digital performance across the state?
12      A.  It appears to be, again from 2016, yes.
13      Q.  And so there are significant number of
14  parts of the state where there was low reach;
15  correct?
16      A.  I can't really quantify the percentage in
17  terms of population. I don't know. I don't have
18  enough information.
19      Q.  Okay. But again, KW2 would have the
20  expertise to analyze this; correct?
21      A.  I believe so, yes.
22      Q.  Okay. Great. Now, you talked about some
23  of the documents. Let's go to --
24      MS. ROTKER: Alexandra, let's do doc ten
25  and mark that as Exhibit 5005, please. Okay.

Pages 49 to 52

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 53

BY MS. ROTKER:

1  BY MS. ROTKER:
2      Q.  If you can please pull up Exhibit 5005.
3  This is the photo of acceptable photo IDs for
4  voting in Wisconsin; correct?
5      A.  Over the years we've had many versions,
6  so I don't know if this is the most recent one.
7  But yes, we have -- this is among many other
8  documents that we have about photo ID.
9      Q.  Okay.  It does not on here say anywhere
10  anything about what to do if you don't have an ID;
11  correct?
12      A.  Well, this particular handout doesn't,
13  but there's others that do.  This is pictures of
14  photo IDs.
15      Q.  I understand that.  Doc five, please.
16      A.  And it does say ID petition process under
17  the receipts.  It says valid for 45 days from the
18  date of issue, or 180 days for the ID petition
19  process.
20      Q.  Let's talk about two things there.  Is
21  that still valid?  Is that actually the law now,
22  the 180 days?  Is that how long the receipts are
23  being issued?
24      A.  You know, I don't know.
25      Q.  And it doesn't explain what the ID

Page 54

1  petition process is; correct?
2      A.  Doesn't explain what a student ID or a
3  passport or tribal ID is either.  It's just
4  pictures.
5      Q.  Okay.
6      MS. ROTKER:  Doc five, Alexandra.  Is
7  that up now?  Thanks.  All right.
8  BY MS. ROTKER:
9      Q.  Let's go to what we're marking as
10  Exhibit 5006.  I will represent to you that we
11  downloaded this from the WEC website this week.  If
12  you would prefer that we actually pull up the
13  actual website so you can verify that, we can do
14  that.  Your choice.
15      A.  No, this is fine.  I think I'm familiar
16  with this.
17      Q.  Okay.  Do any of these documents talk
18  about IDPP?
19      A.  Yes.
20      Q.  Let me -- let me rephrase the question.
21  Do any of them on your face, if you're looking at
22  the list, say you can get ID if you don't have a
23  birth certificate or -- I understand that there are
24  documents about how to get ID.
25      A.  Well, these are links to documents, so

Page 55

1  they're not descriptions.  And in what you just
2  described is a very long description.  But for
3  example, there's one that says Wisconsin DMV ID
4  petition process photo receipt as ID for voting.
5      Q.  But again, someone would have to
6  understand what that is before -- understand what
7  the whole process is; right?  There's no evident
8  explanation, again, that says something like how to
9  get ID if you don't have a birth certificate.
10      A.  These are all links to more information
11  with a title.
12      Q.  And these are resources, again, that are
13  provided digitally; correct?
14      A.  Yes.  I mean, they're meant to be printed
15  as well if someone would like to do that.
16      Q.  Okay.  Let's go to doc six, which we'll
17  mark as Exhibit 5007.  And if you could go to that,
18  please.
19          Again I will represent that we
20  downloaded this.  We can again get you the URL --
21  it's a three-page document -- if you prefer.  But
22  it was just downloaded this week.  Is that
23  acceptable to you?
24      A.  That's fine.
25      Q.  Okay.  And this is -- again, if you look

Page 56

1  at the -- these are the frequently asked questions
2  on the WEC's website; correct?
3      A.  This is the -- the elections.wi.gov
4  website, yes.  We have other websites as well that
5  are more voter facing, yes.
6      Q.  But if someone went to this website --
7  could you go to page 3, please?  It doesn't say
8  anything about IDPP, does it, under voter photo ID
9  law?
10      A.  So I'm looking at this.  It doesn't
11  appear in this particular place, but -- I mean, I
12  know it is -- does appear throughout this website.
13      Q.  Right.  But for example, if a voter went
14  to the frequently asked questions page, they would
15  not find an answer on what to do if they don't have
16  ID, and certainly not on IDPP there?
17      A.  I don't know if that's true.  I think
18  that there are other areas where that information
19  appears.  So I don't know that that's accurate to
20  say of the whole website.
21      Q.  Okay.  By "website," I mean this
22  document, under the FAQs.  Is there somewhere in
23  the FAQs that I'm missing where it talks about
24  IDPP?
25      A.  In this particular what I'm looking at,

Pages 53 to 56

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

1  no, we do not talk about IDPP.
2     Q.  Okay.  Doc 11.  And we'll mark that as
3  Exhibit 5008.  And if you could go to Exhibit 5008,
4  please.  And does this document talk about IDPP?
5     A.  I don't know what I'm looking at.
6     Q.  Okay.  Does this -- the document marked
7  as 5008 is a document entitled Wisconsin Voting
8  Deadlines and Facts for November 2020.  It's on
9  Wisconsin Elections Commission's letterhead.  It
10 was on your website.  Does it look familiar to you?
11    A.  You know, I'm trying to figure out if
12 this is a memo, if this is a web page.  I mean, our
13 website has a lot of content.  So I'm not sure what
14 the context is for this.
15    Q.  So you don't know -- you're saying you
16 don't know what this document was used for?
17    A.  Yes.  I'm sorry, I can't -- I can't
18 determine the context for this from what I'm
19 looking at.
20    Q.  Okay.  So --
21    A.  Is it a news release or is it a -- I'm
22 not sure.
23    Q.  Well, for example, it says, about halfway
24 down the first page, "Here are some key dates and
25 facts to remember for the upcoming presidential

1  election on November 3, 2020, whether you're voting
2  by absentee ballot or in person."  Does that
3  suggest to you that it's for voters?
4     A.  Yes, it certainly does.  I think this is
5  a news release, though.  But yes, that's helpful.
6     Q.  And nowhere in here does it mention IDPP,
7  correct, or getting an ID if you don't have a birth
8  certificate?
9     A.  It's not up anymore, so I can't verify
10 that.
11    Q.  The document's not up.  Oh, I'm sorry, I
12 was flipping pages.  It's a three-page document.
13    A.  Yeah.  Without having to read the whole
14 thing, I'm not sure.  I think we make reference to
15 photo ID requirements and where to go to get more
16 information.
17    Q.  Do you have any reason to doubt that this
18 is a genuine document that was issued by the
19 Wisconsin Elections Commission?
20    A.  No, I'm not doubting that, I just don't
21 think it's been put into context very well.
22    Q.  Okay.  Let's get doc twelve up, please.
23 And mark that as Exhibit 5009.  Is this a document
24 that was issued by the Wisconsin Election
25 Commission?

1     A.  It looks like the type about notice,
2  which is a notice for the clerks to post as a
3  template notice.
4     Q.  What does that mean that you give it to
5  the clerks and that's what they are supposed to
6  use?
7     A.  So the law prescribes some of the notices
8  that the clerks have to use to notice elections or
9  various components of the election, and this would
10 be one of those template notices, and then they
11 customize it for their jurisdiction.
12    Q.  Okay.  In the middle of the page in the
13 first paragraph under Information to Voters on
14 page 1, do you see that?
15    A.  Yes, I do.
16    Q.  Again, it says a voter may obtain a free
17 photo ID for voting from the Division of Motor
18 Vehicles; correct?
19    A.  Yes.
20    Q.  But again, it doesn't say anything about
21 IDPP or voters who, you know, don't have birth
22 certificates or documents can get this ID, does it?
23    A.  No, it does not.
24    Q.  Okay.  Thank you.  Let's go to doc 13,
25 which will be marked as Exhibit 5010.

1     Do you recognize this document marked
2  as 5010?
3     A.  It looks to be another press release that
4  was issued in February.  One of many press
5  releases.
6     Q.  Understand that.  On page 1 in the middle
7  of the page where it says photo ID required, it
8  quotes you as saying you still have time to get a
9  free one at DMV, but you should not delay; correct?
10    A.  Yes.
11    Q.  Again, it does not say anything about
12 IDPP or the ability to get ID even if you don't
13 have a birth certificate; right?
14    A.  It does not, no.  It references the
15 concept more generally.
16    Q.  Okay.  Thank you.  I have -- and earlier
17 this year, WEC sent out postcards to voter -- to
18 people who were listed in the DMV system but not
19 registered, were not listed as registered,
20 encouraging them to register; correct?
21    A.  As part of the ERIC agreement.  So
22 Wisconsin, by state statute, has to be members of
23 the ERIC consortium of states.  And as part of that
24 process we have to abide by the ERIC agreement.
25 And that means yes, we have to send information or

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 61

1  make contact with voters who are eligible to
2  register but are not registered.
3      Q.  Great.  Is there a reason that you have
4  not sent postcards -- done it essentially in
5  reverse, so sent postcards to people who are listed
6  in your voter regis -- let me scratch that.  Let's
7  go back a second.
8          When people register now, they
9  generally, if they have a driver's license or state
10  ID card, they get that number, correct, on their
11  registration form?
12     A.  If they have one or have been issued one,
13  then they're supposed to provide it, yes.
14     Q.  Okay.  Is there a reason that WEC doesn't
15  then do this in reverse?  In other words, look at
16  the voter registration system and send notice to
17  those who are not listed as having a Wisconsin
18  driver's license or state ID of the ID requirement
19  and IDPP?
20     A.  That's not part of the -- the statute
21  doesn't require that, doesn't outline that.  It's
22  not part of the ERIC process.  Nor is it data we
23  would have access to.
24     Q.  You have access in your voter
25  registration system to who does or does not have

Page 62

1  driver's license or ID card listed, don't you?
2      A.  We have whatever information the clerk
3  has provided to us from those registration forms.
4  There are certainly registrations that do not have
5  IDs associated with them, either because the voter
6  registered before they -- or started voting before
7  there was a registration requirement, which was
8  surprisingly recent.
9          So there are some records with
10  driver's license numbers or photo ID numbers, and
11  then there are some records without.  But I don't
12  think that that is indicative of whether or not
13  they have a product.
14     Q.  Okay.  Just because you said voter
15  registration was surprisingly recent.  That started
16  in about 2006; right?
17     A.  Correct.
18     Q.  Okay.  Other than because it's not
19  required by ERIC, is there a reason why WEC hasn't
20  sent postcards saying you may already have a
21  Wisconsin driver's license, ID card or the right
22  ID, but if you don't, here's how to get one and
23  here's how to get one if you don't have a birth
24  certificate or something like that to people in
25  your registration system where there is no

Page 63

1  indication that they have a Wisconsin license or ID
2  card?
3      A.  Again, that's not currently part of any
4  sort of initiative or statutory responsibility that
5  the commission has considered.
6      Q.  And I'm asking -- well, let me ask.  Why
7  not?
8      A.  Again, that isn't part of a statutory
9  responsibility or initiative that the commission
10  has considered.
11     Q.  Would it inform voters of ID and IDPP by
12  mail?
13     A.  I don't know.  We haven't done any
14  analysis on that.
15     Q.  Thank you.  Do you happen to know, by the
16  way, what percentage of registrations now come in
17  with driver's license ID card information?
18     A.  No, I do not.
19     Q.  Let me just ask you a question.  We've
20  talked about another -- a number of online
21  resources.  Do you have resources that are
22  available off line that are not online about ID and
23  IDPP?
24     A.  I guess, what would it be, six million
25  pieces of paper that went in the mail yesterday

Page 64

1  that talk about photo ID.  But no, we found -- like
2  I mentioned previously, even in pre-Covid times the
3  groups that we produced printed materials for had
4  no interest in it.  And we actually have those
5  boxes still to this day in our office.
6      Q.  Okay.  Let's -- let's just put up doc
7  nine right now, please.  And that'll be
8  Exhibit 5011.
9          And if you can go to that document,
10  please.  Do you recognize this document?
11     A.  Yes.
12     Q.  And what is it?
13     A.  It looks like the cover page to some of
14  our photo ID informational guides.
15     Q.  And this is actually a 37-page document.
16  Do you see that?
17     A.  Correct.
18     Q.  So is this the full guide?
19     A.  This is the full guide in terms of I
20  created this back, I don't know, when I was doing
21  voter outreach.  And this is the packet I would
22  bring with me to presentations, or we would provide
23  to voter groups, or that we would use as our
24  outline of sort of talking points.
25     Q.  And is it still used?

Pages 61 to 64

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 65

1    A.  It looks like, yes, the team updated it
2  in 2020.
3        Q.  Okay.  Let's go to page 2 of the
4  document, under table of contents.  Does it say
5  anything about -- I understand it says ID petition
6  process receipt, but does it say anything about how
7  to get an ID if you don't have -- what documents,
8  actually, does it -- is it clear from the table of
9  contents that there's a page about how to get an
10 ID?
11       MR. MURPHY:  Object to form.
12       THE WITNESS:  There's an ID petition
13 process receipt.
14 BY MS. ROTKER:
15       Q.  Just the receipt, though?
16       A.  It lists that, along with all the other,
17 again, titles.  These are titles of different
18 documents that are in the packet.
19       Q.  Right.  I'm just looking from the
20 perspective of someone who might open it up and not
21 know what they're looking for.  And in fact
22 until -- I don't see anywhere in this document,
23 until the bottom of page 12, where it says what if
24 I don't have the documents needed to get a
25 Wisconsin state ID card.  Are you aware of anywhere

Page 66

1  else that might be?
2        A.  I would -- I would have to go read back
3  through the whole thing.  I'm not sure.  Each one
4  is a different type of photo ID.  So those
5  references are made on documents that are relevant
6  to DMV product.  It wouldn't make sense for that to
7  appear on a document about student ID or veteran's
8  ID, because we're talking about DMV products.  So
9  it's in a relevant spot.
10       Q.  But it could be in a table of contents,
11 couldn't it?
12       A.  I think an explanation of something would
13 be quite strange in a table of contents.
14       Q.  Do you know whether or what percentage of
15 voters would actually read through this big of a
16 document to find that little paragraph of
17 information?
18       A.  I believe that's -- that little
19 paragraph, as you put it, is in multiple places
20 where relevant.
21       Q.  In this document?
22       A.  So I actually -- based on my experience,
23 you know, people would go to the document that was
24 relevant to them and they would look -- it's
25 indexed quite well in terms of the different

Page 67

1  highlights, talking points throughout those types
2  of ID.  And if people are looking for relevant
3  information, I think it's quite accessible.
4        Q.  So this is a true and accurate copy of
5  information you actually use, correct, that --
6        A.  Yes.
7        Q.  -- that WEC uses.  Okay.  Let's -- I
8  would like to go now, actually, to the Bring It
9  website.
10       MS. ROTKER:  Alexandra, you had figured
11 out how to do that, the multi-media page.  We're
12 doing this actually through a browser, but I'm not
13 going to pretend I understand the process,
14 so -- okay.
15 BY MS. ROTKER:
16       Q.  So Ms. Wolfe, can you see the screen that
17 is put up and also can the court reporter see it?
18       A.  Oh, it's back on Zoom.  Yes, I can.
19       Q.  Yes, this is put up on Zoom.  And this is
20 the Bring It multimedia website; correct?
21       A.  Yes.
22       Q.  Okay.  Can we click on radio ads, please?
23 Can you -- oh, that's -- I think that was an
24 accidental click before a not found page.  Let's
25 just go to radio ads here.  Can you tell

Page 68

1  me -- there are multiple radio ads listed.  And we
2  can go through all the titles of them, but can you
3  tell me which one of them actually tells people
4  about IDPP, about getting an ID if you don't have
5  the documents you need?
6        A.  I don't remember.  I don't remember.
7  We'd have to listen to them all.
8        Q.  But these are -- this is a full and
9  accurate list?  I mean, what's on your website is
10 what you have; correct?
11       A.  I believe so.  I haven't myself gone
12 through and, you know, double-checked the index
13 anytime recently.
14       Q.  Okay.  So if one listened to these radio
15 ads and they didn't talk about IDPP or getting an
16 ID without documents, I mean, that would be the ad
17 to have up; correct?
18       A.  These are the -- these are the ads, yes.
19       Q.  Okay.  And is that also true -- let's
20 scroll down.  Is that also true about the TV ads?
21       A.  Yes.  I would call them more or less
22 digital ads.  But yes.  But yes, it's titled that,
23 so I --
24       Q.  When they're called TV ads -- well, let
25 me ask you a question about that.  I mean, was this

1  actually run on TV?  On television?
2      A.  It was for a brief time when that funding
3  was available for the media buys.  But yes, it was
4  briefly.  But mostly they've been used digitally,
5  or community access channels that may want to use
6  them, things like that.
7      Q.  Are there any media buys for either radio
8  or TV ads in year 2020?
9      A.  That budget has long been expended, and
10  we did not receive any additional appropriations.
11      Q.  So that means there is no money for radio
12  or TV ads this year; correct?
13      A.  That's correct.
14      Q.  Is there money for digital ads?
15      A.  I believe -- I'm not sure.  I'm not sure
16  what's -- what the contract exactly looks like or
17  what we allocated for digital ads.  I believe there
18  is.
19      Q.  And where would that information be?
20      A.  Again, it's part of our commission
21  packets.
22      Q.  What do you mean by "commission packets"?
23      A.  The materials for our commission.
24      Q.  And by that you mean the materials that
25  are listed on the website as being the open session

1  materials when the WEC meets; correct?
2      A.  Correct.
3      Q.  Okay.  Let's just scroll down to -- one
4  more, to the animated video, please.  And again,
5  the -- you're saying the animated videos are the
6  current and accurate information?
7      A.  Yes.
8      Q.  Do you know which, if any of these
9  videos, mention IDPP?
10      A.  I believe all of them do.  And there's
11  even a specific one that talks just about IDPP.
12      Q.  And which one would that be?
13      A.  I'm sorry, I don't know.  I don't
14  have -- we're kind of looking through the
15  scrolling.  I don't know the names or the scripts.
16  I don't know.
17      Q.  Well, let's just for the record state
18  what the names of those videos are so that we can
19  go back and look.  So one says How to Get a Free
20  Wisconsin State ID For Voting Purposes video;
21  right?
22      A.  That's the one, yep.
23      Q.  Okay.  Voter Photo ID and New Polling
24  Place Procedures in Wisconsin.
25      A.  Again, I don't know.  I remember vaguely

1  working on them to update everything to have
2  references about going -- you know, how you can get
3  an ID if you don't have documents or for free, but
4  I don't know exactly what the scripts look like for
5  each one.
6      Q.  Okay.  Absentee voting.  I just want to
7  make sure we've captured all the videos that are up
8  there.  And we can go back to those afterwards or
9  outside of this.  Absentee Voting and Exceptions
10  For Permanent Absentee Voters video, that's up
11  there; correct?
12      A.  Uh-huh.  Yes.
13      Q.  And What to Expect At the Polling Place
14  in Wisconsin video; correct?
15      A.  Yes.
16      Q.  Would it surprise you to know that in the
17  How to Get a Free Wisconsin State ID For Voting
18  Purposes video it doesn't even talk about IDPP
19  until about a minute 20 in?
20      MR. MURPHY:  Object to form.  You may
21  answer.
22      THE WITNESS:  I don't know.
23  BY MS. ROTKER:
24      Q.  Do you know how many voters would be
25  likely to stay on the video for that long?

1      A.  I don't know.
2      Q.  Do you know how long metrics show voters
3  are likely to stay on a website?
4      A.  I don't know.
5      Q.  Okay.  And again, KW2 has some expertise
6  in this; correct?
7      A.  Correct.
8      Q.  Okay.  I'm sorry, I think -- oh, let
9  me -- actually, let me just ask another question
10  about the video.  Other than on your -- on the
11  Bring It web page, where are those videos running?
12  Are you placing them -- is WEC or KW2 placing them
13  in other formats or other locations, or is it that
14  someone needs to know to come to your website and
15  then find a video?
16      MR. MURPHY:  Object to form.  You may
17  answer.
18      THE WITNESS:  We've also used them in
19  social media, in our social media plan for the
20  clerks.  You know, obviously they're available for
21  other groups to use.  So clerks may have them
22  embedded on their local website, voter groups might
23  use them to help describe the process.
24      MS. ROTKER:  Okay.  We can go off the
25  website now, Alexandra.  Thank you.

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

---

Page 73

1  BY MS. ROTKER:
2  Q. So -- but you don't require clerks to use
3  them, do you?
4  A. No, clerks aren't required to.
5  Q. Okay. Do you know anything about an
6  effective campaign and the concept of touches,
7  reaching voters multiple times? Is that something
8  you're familiar with?
9  A. I would not say that's in my area of
10  expertise, no.
11  Q. But again, that would be likely in KW2's
12  area of expertise; correct?
13  A. Correct.
14  Q. And within KW2 do you work -- have you
15  personally worked directly with Mr. Willman?
16  A. Not extensively. But yes, I certainly
17  have worked with him.
18  Q. He's one of the principals of the firm;
19  correct?
20  A. Correct.
21  Q. So he personally is also someone with
22  expertise; correct?
23  MR. MURPHY: Object to form. You may
24  answer.
25  THE WITNESS: I don't -- I don't know his

---

Page 74

1  expertise, but I would assume so.
2  BY MS. ROTKER:
3  Q. Okay. Let's -- oh, I think this was
4  exhibit -- or document 22.
5  MS. ROTKER: Yeah, why don't we pull that
6  up please, Alexandra. And that'll be Exhibit 5012.
7  BY MS. ROTKER:
8  Q. So if you can go to Exhibit 5012? I'm
9  showing you a document that we received from
10  counsel earlier this week or last week. Does
11  this -- do you recognize this document?
12  A. Yes, I do.
13  Q. And what is it?
14  A. So this is something we produced to show
15  where in our overall outreach plan we specifically
16  talk about IDPP.
17  Q. And when was this -- when was this
18  document created?
19  A. Well, the larger documents that they're
20  part of were created, you know, in this year as we
21  were preparing for November. But this particular
22  document that summarizes IDPP was produced in the
23  last week.
24  Q. Okay. So this is drawing from other
25  documents you had?

---

Page 75

1  A. Right.
2  Q. Who created it?
3  A. Riley mostly worked on I think actually,
4  you know, putting some of that together, but it was
5  certainly a team effort.
6  Q. Okay. Who was responsible for
7  implementing this plan?
8  A. The WEC. I mean I think, you know -- I
9  don't know if I can be more specific than that,
10  but --
11  Q. I didn't know if it was you, KW2, some
12  other subcontractor.
13  A. Oh, I'm sorry, our agency. So it would
14  be our agency and agency staff.
15  Q. And by "agency," just cause there's an
16  advertising agency, you mean WEC agency?
17  A. Correct, yes. WEC.
18  Q. I just want to be clear for the record.
19  A. Yes.
20  Q. Okay. So -- and you think it's important
21  that information reach voters before clerks start
22  sending absentee ballots out on September 17th;
23  right?
24  A. I think it -- you know, I don't know
25  exactly when this is specifically relevant

---

Page 76

1  information to voters, so I think it's important to
2  have it ingrained in our messaging throughout the
3  election cycle.
4  Q. Okay.
5  MS. ROTKER: Alexandra, I'm sorry, I lost
6  track. Did we already put doc one up and
7  other -- if we did, could you please go to that?
8  And otherwise, could we please put it up? It just
9  lists the documents, so -- I think -- no, that's --
10  I don't think we have put it up yet, so -- if you
11  could just go ahead and put up doc one as
12  Exhibit 5013.
13  MS. HILL: I have -- I think we had it up
14  as --
15  MS. ROTKER: Did it go as 5001? Yeah, it
16  did go as five -- okay. Can you just quickly go
17  back to 5001, please? And go to page 70 of the
18  PDF, please. Let me know when you're there.
19  MS. HILL: It should be up.
20  BY MS. ROTKER:
21  Q. Are you there, Ms. Wolfe?
22  A. Yes.
23  Q. Oh, okay. I'm sorry, I was waiting. If
24  you go to the third paragraph from the bottom, the
25  last sentence, do you see where it says, "The

Pages 73 to 76

**New York**
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

**New Jersey**
732-906-2078

Page 77

1  September 1st mailing is a kick-off date for
2  rolling out the various parts of the public
3  outreach plan to local election officials in early
4  September to best reach voters before clerks start
5  issuing ballots on September 17th." Right, it says
6  that?
7      A.  Yes, it does.
8      Q.  And so the WEC, you felt it was important
9  to start reaching voters before September 17th;
10 correct?
11     A.  Yes, with all sorts of messaging.  I
12 mean, I don't think we've ever really stopped.  But
13 yes, this week is sort of our, you know, messaging
14 specific to November.
15     Q.  Okay.  Let's go back to doc 5012, please.
16 These are the -- the schedule dates for social
17 media posts.  The first one specifically about IDPP
18 doesn't run until September 29th; correct?
19     A.  I would say that -- no, September 15th.
20     Q.  If you compare the ones for
21 September 15th and September 29th, one talks
22 generally about ID.  But specifically about IDPP
23 there's nothing going up till September 29th, is
24 there?
25     A.  We don't say those words, but it says if

Page 78

1  you're interested in getting an ID for voting --
2  free for voting purposes on the 15th.
3      Q.  I understand that.  But if voters -- if
4  voters don't have documents or perhaps have tried
5  before and were told they had to have a birth
6  certificate or something like that, there's nothing
7  that specifically discusses the IDPP that you plan
8  to have going up as the central point until the
9  29th of September; correct?
10     MR. MURPHY:  Object to form.  You may
11 answer.
12     THE WITNESS:  The first time we say the
13 words IDPP in this plan are the 29th, yes.
14 BY MS. ROTKER:
15     Q.  Okay.  And then you have several social
16 media touches about IDPP; correct?
17     A.  Yes.  And this is going to be -- this is
18 a snapshot of the things from both our agency plan
19 and the social media plan that will be provided to
20 local election officials.
21     Q.  Okay.  And I am sorry, 'cause I think
22 something actually printed out incorrectly here.
23 That then presupposes voters who have digital
24 access; correct?
25     A.  The social media plan, yes.

Page 79

1      Q.  Right.  If voters don't have digital
2  access, they're not going to get information that's
3  shared on social media; correct?
4      A.  Correct.
5      Q.  Okay.  And there is nothing specific on
6  IDPP going out, other than digitally, until
7  October 6th; correct?
8      A.  So I believe what you're referencing is
9  the -- sorry, I'm -- is some of our other outreach,
10 including press releases and media availability and
11 then the clerk tool kits.  But, yes, from our
12 agency, I think that's correct.  Clerks may
13 certainly do other posts or news releases prior to
14 then.
15     Q.  Okay.  Well, we'll get back to that in a
16 second.  Let's go to page 3 of document 5012.
17     A.  Would it be too disruptive if I asked
18 for, like, a two-minute break?
19     MS. ROTKER:  No, that's fine.
20     THE WITNESS:  Get something to drink.
21 Thank you.
22     THE VIDEOGRAPHER:  Time is 10:44 a.m. and
23 we're off the record.
24         (Break taken.)
25     THE VIDEOGRAPHER:  Time is 10:46 a.m. and

Page 80

1  we're back on the record.
2  BY MS. ROTKER:
3      Q.  So again, page 3 of the outreach plan
4  discusses issuing a press release and media
5  availability in early October; correct?
6      A.  Yes.
7      Q.  And that is maybe less -- well,
8  October 6th would be less than a month before the
9  election?
10     A.  Yes, about a month.
11     Q.  Do you know whether that's enough time to
12 get information on IDPP out to voters?
13     A.  I don't know.
14     Q.  Okay.  Are you aware in 2016 Mr. Magney
15 indicated that, especially for people that didn't
16 have documents like birth certificates, campaigns
17 should run for six to eight weeks before an
18 election?
19     A.  I'm not sure what you're referencing, no.
20     THE VIDEOGRAPHER:  Karyn, sorry to
21 interrupt.  We don't have video of you.  I think
22 that would be helpful.
23     MS. ROTKER:  Oh, I'm sorry.  I turned it
24 off while we were on break.  I apologize.  I turned
25 it off while we were on break and forgot to turn it

Pages 77 to 80

**New York**
**212-273-9911**

Hudson Court Reporting & Video
1-800-310-1769

**New Jersey**
**732-906-2078**

1  on. I told you all I'm not good at this stuff. So
2  thanks for flagging that.
3           Can you please pull up doc 17? And
4  that will be Exhibit 5013. Okay.
5  BY MS. ROTKER:
6     Q. Does this look familiar to you? I'm
7  aware that you are not specifically copied on it.
8     A. I'm not familiar with this. And it's
9  from 2015.
10    Q. Is Mr. Magney someone who -- I mean as
11  your public information officer -- who has
12  expertise in some of these materials or some of
13  these issues like outreach campaigns and publicity
14  campaigns?
15    A. Yes.
16    Q. Okay. This is not showing what
17  where -- oh, I thought it was going to show. I
18  think -- all right, let's just pause on this. I
19  might come back to this at the end. I apologize
20  for that. The pagination I have here is different
21  from the pagination I had in my notes.
22           But if -- would you consider
23  Mr. Magney someone who has expertise in public
24  outreach campaigns?
25    A. Maybe not public outreach campaigns.

1  He's our public information officer, so he does
2  something very different than KW2.
3     Q. Okay. If he said that a campaign should
4  run for six to eight weeks, would that be -- would
5  you trust his expertise on that?
6     A. I would trust this was relevant to 2015
7  discussions, yes.
8     Q. Okay, here we go. Okay, there it is.
9  It's at the top -- it's on doc 5013, top of page 3,
10 where it talks about running the PSA program for
11 six weeks before the first three elections, and
12 eight weeks before the November election.
13    A. This was, yes, again in 2015, initial
14 launching of this particular program that's now
15 been in place for five years.
16    Q. Right. But -- my understanding is you
17 have, for the past -- since 2016, talked about IDPP
18 as part of the overall ID issue, but you haven't
19 done a lot of specific targeted work only on IDPP;
20 is that correct?
21    A. I think it's fair to categorize it as
22 something that's ingrained as part of our other
23 voter materials.
24    Q. And I understand it's ingrained as part
25 of the WEC materials. Do you know how well it's

1  ingrained in the voters themselves?
2     A. I don't know.
3     Q. And particularly voters who may be more
4  marginalized and not even have documents, you don't
5  know; correct?
6     A. That would be outside of my area of
7  expertise, yes.
8     Q. Okay. So let's go back to Exhibit 5012.
9  A lot of your campaign regarding the IDPP also
10 depends on clerks using your tool kit; right?
11    A. Yes, that's correct.
12    Q. And that's document 5012, page 2. And I
13 understand that you're sharing a lot of information
14 with clerks, but you said earlier you don't or
15 can't, I'm not sure which, require clerks to share
16 or use that information themselves; right?
17    A. Yes, there's nothing in the law that
18 would allow us to mandate that.
19    Q. Do you have any idea how many clerks are
20 using or will use that information?
21    A. Well, we have 1,850 local election
22 officials in 72 counties, so I don't know, out of
23 the 1,922, how many use what resource.
24    Q. Do clerks -- do you know whether most
25 clerks or any clerks have a budget specifically to

1  do outreach to voters?
2     A. I don't know.
3     Q. Is it your understanding or do you know
4  whether budgets are actually tighter this year
5  because of the Covid expenses?
6     A. I think that's a multi-pronged answer.
7  There is also some federal grants to offset of
8  those new costs. So I don't know what the direct
9  impact would be on their budgets.
10    Q. Okay. Have you heard anything
11 about -- from clerks about either budget problems
12 or staffing problems because of Covid?
13    A. We've heard some. I think mainly around
14 poll workers is probably the largest discussion.
15    Q. Okay. Have you assessed how much
16 outreach or information sharing clerks have done in
17 the past on IDPP?
18    A. I do not believe we have a measure for
19 that, no.
20    Q. Or how many -- and you don't have a
21 measure for how many clerks have done this work?
22    A. Correct.
23    Q. Okay. Then I see on document 5012,
24 bottom of page 2, you also talk about training with
25 voter advocacy groups; right?

Pages 81 to 84

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 85

1    A.   Correct.
2    Q.   And that is the training -- I think very
3  early in the deposition you talked about having
4  some kind of training and getting groups together
5  and talking about these issues.  Is this what you
6  meant?
7    A.   Yes.
8    Q.   Okay.  And again, that is not going to
9  occur until October; correct?
10   A.   Correct.
11   Q.   Okay.  And you don't know whether that's
12 enough time for people to absorb the information
13 and then go out and share it with voters, do you?
14   A.   Correct.
15   Q.   But it is not six to eight weeks before
16 the election?
17   A.   It's about a month.
18   Q.   Okay.  And again, as we discussed
19 earlier, you don't know what budget or resources
20 these advocacy groups have to share -- to be able
21 to share the information?
22   A.   Correct.
23   Q.   Okay.  And -- okay.  Do you have any
24 specific information about how the IDPP palm card
25 is being used other than just being posted on the

Page 86

1  Bring It website?
2    A.   Not specifically.  We don't have anything
3  we track specifically.
4    Q.   Okay.  And you said earlier you have no
5  budget at all, as I understand it, for broadcast
6  media radio?
7    A.   That's correct.
8    Q.   Or television?
9    A.   That's correct.
10   Q.   Print ads?
11   A.   That's correct.
12   Q.   Okay.  Are you doing ads inside or
13 outside buses?
14   A.   No.
15   Q.   Any kind of a texting program?
16   A.   No.
17   Q.   Billboards?
18   A.   No.
19   Q.   Any use of celebrities to assist in, you
20 know, letting voters know about using IDPP or ID
21 and IDPP?
22   A.   We would welcome it, but, I mean, no.
23   Q.   Okay.  And I apologize if I asked this
24 before, but I want to clarify.  In your digital
25 campaign do you know whether there's a budget for

Page 87

1  advertising or how much -- whether there's a budget
2  for digital advertising?
3    A.   I don't know.
4    Q.   Okay.
5    A.   Specific to IDPP, I don't know.
6    Q.   You don't know specific to IDPP.  Okay.
7  Let me just -- and who would know?
8    A.   Again, it would be in our materials.  But
9  there have been a lot of them this year.
10   Q.   Okay.  So let's go back to page 1 of
11 Exhibit 5012.  You're saying the WEC will continue
12 to promote the IDPP on the agency Facebook and
13 Twitter accounts; correct?
14   A.   Correct.
15   Q.   But voters would need to know to go -- to
16 know to go to those accounts to find the
17 information, correct, even if they had social
18 media?
19   A.   Well, we also have -- you know, we create
20 the plan to be used by local election officials,
21 voter groups.  That will be part of what we present
22 to them as well, is that they're welcome to use any
23 of our content.  And many of them do.  I mean, you
24 know, Twitter people share our content very
25 regularly to broadcast to their audiences as well.

Page 88

1    Q.   Right.  But that's, again, working off of
2  other groups volunteering to do this, not the WEC
3  itself doing it.
4    A.   I wouldn't be able to post from their
5  social media, but we create content for them to
6  utilize, so it would be sharing.
7    Q.   And you don't know about paid ads, again?
8    A.   Uh-huh.  Correct.
9    Q.   Okay.
10       MS. ROTKER:  Actually, I know we just
11 took a break, but can we take five right now, and I
12 may be close to ready to turn this over to Amanda.
13 So we -- maybe we'll get you out before noon today.
14 Is that okay?
15       THE WITNESS:  That sounds great.
16       MS. ROTKER:  Okay.  Off the record,
17 please.
18       THE VIDEOGRAPHER:  Time is 10:58 a.m.,
19 and we're off the record.
20       (Break taken.)
21       THE VIDEOGRAPHER:  Time is 11:13 a.m. and
22 we're back on the record.
23 BY MS. ROTKER:
24   Q.   Thanks.  So I finally found at the
25 bottom -- Exhibit 13, it's the bottom of page 2.

Page 89

1  My notes said the top.  That's what confused me.
2  The last paragraph, Mr. Magney expresses concern
3  that -- regarding getting ID for people without
4  documents that's starting to advertise two or even
5  three weeks before an election is --
6        MR. MURPHY:  Sorry, Counsel, just slow
7  down.  We're getting to the page.
8        MS. ROTKER:  Oh, sorry.
9        MR. MURPHY:  Meagan, let us know when
10  you're ready.
11        THE WITNESS:  I'm on document 5013.  And
12  could you please steer me in the right direction?
13  BY MS. ROTKER:
14      Q.   Last paragraph of page 2.
15      A.   Thank you.
16      Q.   And what I'm indicating here is that --
17  and this is specifically about people trying to get
18  ID who don't have the underlying documents, that
19  two or three weeks before the election is
20  inadequate to start doing the advertising.  Do you
21  see that?
22      A.   I see that, yes.
23      Q.   And again, is Mr. Magney someone who
24  would have some expertise in that?
25      A.   I don't think he would know how long it

Page 90

1  takes for a voter to direct the process.  I mean, I
2  also think, again, this is relevant to 2015 when
3  this was brand new to voters.
4      Q.   Okay.  And you were actually copied on
5  that e-mail as well; correct?
6      A.   It looks like I was, yes.
7      Q.   Okay.
8        MR. MURPHY:  Folks, sorry to interject,
9  but this is a technical issue.  So I've got the
10  witness's screen up and I'm on the page, but I do
11  not see what's being referenced.  I'm wondering if
12  there's a --
13        MS. ROTKER:  I'm sorry.  Go on, Mike.
14        MR. MURPHY:  I think it's a screen
15  sharing issue, not a document issue, but --
16        MS. ROTKER:  Are you on Agile Law?
17  'Cause that's what --
18        MR. MURPHY:  Yes.  And everything else
19  has worked.  So I think Meagan might have just
20  scrolled down and gotten to it.  I wonder if
21  there's a monitor size issue where I'm not seeing
22  quite the same thing she is, so -- but Meagan did
23  just move for me.  Karyn, what word are you
24  referencing?  'Cause I think I might be at the
25  right spot now.  Or, I'm sorry, Counsel, what word?

Page 91

1        MS. ROTKER:  Exhibit 5013, page 2, last
2  paragraph.  Regarding the elections for which you
3  did budget.
4        MR. MURPHY:  I see the language you're
5  referring to now.  Thank you.  I think there was
6  just a screen sharing issue.  Go ahead.  Sorry for
7  the interruption.
8        MS. ROTKER:  No, totally fine.
9  Alexandra, please go ahead and load 23 and 24.
10  BY MS. ROTKER:
11      Q.   And this is going to be my last few
12  questions for you, Ms. Wolfe, so -- we're all
13  learning the technology here.
14        So let's go to what's been marked as
15  Exhibit 5014.  Again, if you can let me know when
16  you're there, please.
17        MS. ROTKER:  Mike, if you want to let me
18  know too that you've got it, that's fine.
19        THE WITNESS:  I'm there.
20        MR. MURPHY:  I do see it.
21  BY MS. ROTKER:
22      Q.   Okay.  Have you ever seen this document
23  before, Ms. Wolfe?
24      A.   I am not familiar with this, no.
25      Q.   Okay.  This was, my understanding,

Page 92

1  created by the Wisconsin Department of Health
2  Services.  And it talks about internet access for
3  and/or the lack thereof for different -- different
4  categories of people; right?
5      A.   That's what it appears to be.  But I
6  haven't read it and I'm not familiar with this, no.
7      Q.   Okay.  Do you have any reason to doubt
8  the validity of the information in here?
9      A.   It looks like it says findings from the
10  Wisconsin Family Health survey.  It doesn't say
11  what department it came from.  So I don't know.  I
12  can't really speak to anything about this.
13      Q.   Okay.  That's fine.
14        MS. ROTKER:  Alexandra, if you want to
15  load up the other one, I think we're -- as 2015, I
16  think that was doc 24, please.  Thank you.
17  BY MS. ROTKER:
18      Q.   Let's just go to what we're marking here
19  as Exhibit 5015.  Have you ever heard of the
20  Wisconsin Policy Forum?
21      A.   No.  I mean, it sounds vaguely familiar,
22  but I'm not --
23      Q.   Okay.  It references data, if you look at
24  page 1, data collected by DPI, which is the
25  Wisconsin Department of Public Instruction,

Pages 89 to 92

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 93

1   regarding internet access.  Do you have any reason
2   to doubt that data or question that data?
3       A.  I have no frame of reference for if
4   they're a credible source.  I don't know.  I can't
5   speak to that.
6           MS. ROTKER:  Alexandra, can you also
7   load, I think it's 18, the one that's the map.
8   Please.
9   BY MS. ROTKER:
10      Q.  Are you aware or have you heard that, for
11  example, people of color, black and Latinx people,
12  are less likely to have internet and/or computers
13  than others?
14      A.  I do not know.
15      Q.  Okay.  And you do not have any sense of
16  which categories of voters might be less likely to
17  have those resources?
18      A.  It would be entirely speculation.
19      Q.  Okay.  Let's just look at Exhibit 5016,
20  which is a broadband map of unserved areas, which
21  indicates that a lot of rural parts of the state do
22  not appear to have internet, especially western and
23  northern Wisconsin.  Do you have any reason to
24  doubt that information?
25      A.  Again, my apologies, but I don't know the

Page 94

1   source of this information.  I don't know if this
2   is -- oh, it looks like it's from August.  I have
3   no reason to doubt it, but I don't know -- I can't
4   vouch for it.
5       Q.  Have you ever heard from clerks or others
6   in rural parts of the state that they either lack
7   internet or have limited internet?
8       A.  I have heard from some rural clerks that
9   that's an issue that they face, yes.
10      Q.  And if that's an issue they face,
11  presumably it's also an issue their voters face?
12      A.  I can't speak to that.  I don't know, you
13  know, voter behavior, if they're using data that
14  works on cellular networks versus clerks' secure
15  networks.  I'm not sure.
16          MS. ROTKER:  Okay.  Well, thank you for
17  your time.  I'm going to turn this over to Amanda
18  Callais.  And we appreciate it.
19          THE WITNESS:  Thank you.
20          E X A M I N A T I O N
21  BY MS. CALLAIS:
22      Q.  Thank you, Ms. Wolfe.  Hopefully I will
23  move through this as quickly as I can.  I have some
24  follow-up questions on the exhibits that you've
25  already looked at, and then I have just a new set

Page 95

1   of questions on I think one other exhibit.  And so
2   let's go ahead and pull up exhibit -- we've marked
3   it as 5012.  Just in case you need to reference it.
4       A.  Okay.
5       Q.  So you talked -- you talked over this
6   document a bit.  And as I understood it, this
7   document lays out four components of WEC's
8   education plan for IDPP in 2020; is that right?
9       A.  Yes.  Again, this is part of a much
10  larger campaign.  We're just highlighting where
11  IDPP is specifically mentioned.
12      Q.  Right.  So there are four components of
13  the campaign --
14      A.  Yes.
15      Q.  -- for IDPP?  And those are social media,
16  third party groups or advocacy groups, clerks, and
17  then earned media; is that right?
18      A.  So it looks like then you're putting
19  together -- there's five categories in the document
20  itself.  But if you put together press releases,
21  media availability as earned media, then I think
22  that would be accurate.
23      Q.  And those releases, those are -- those
24  are the types of things that will get you earned
25  media?  You put out a press release and then a

Page 96

1   reporter -- or a reporter may or may not cover
2   that?
3       A.  Correct, yeah.  But we also do that as
4   part of our clerk tool kit as well so that they can
5   use those template press releases to -- to reach
6   out to their local media.
7       Q.  So those press releases are things that
8   will either go towards the clerk components of your
9   plan or the earned media part of your plan?
10      A.  Yes.
11      Q.  Got it.  And so for the third party
12  groups, as I understood you to say earlier, you
13  have not reached out to any of these third party
14  groups yet about attending meetings or making
15  presentations?
16      A.  Specific to IDPP, no.
17      Q.  Correct.  Have you reached out to them
18  specific to other things?
19      A.  Yes.  As I answered before.  I mean, we
20  attend groups meetings, we, you know, set up touch
21  points with some of the voter groups.  So, you
22  know, yes, we've been in contact with them.
23      Q.  Right.  But you haven't reached out to
24  them.  And I think if you look at page 2 of this
25  document, there's a word, it says -- if you look at

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

1   page 2, right under training with advocacy groups,
2   it says in October the WEC, or WEC, will invite
3   representatives.  So just so I'm clear, no
4   invitations have been sent yet to third party
5   advocacy groups for meetings about IDPP?
6      A.  Yes, that's correct.
7      Q.  And this -- in this -- in this document,
8   you, WEC, will affirmatively send invites out
9   versus letting them come in.  I understood you to
10  say earlier that in 2020 thus far you've been sort
11  of receiving invites.  So this is an affirmative?
12     A.  This would be an affirmative.  I don't
13  know if it's entirely true that we haven't reached
14  out to groups.  But this will be, yes, kind of
15  anybody that has been on our list of folks that
16  have -- we've worked with before that we would
17  reach out to them and let them know about this
18  opportunity.
19     Q.  And in this context you'll be reaching
20  out to the distribution list you referenced
21  earlier?
22     A.  I don't know that we formalized our plans
23  of exactly who the invitation will go to.  I think
24  also we'll have to rely on some of our partners to
25  help us spread the word to interested groups as

1   well, 'cause sometimes they change from year to
2   year, campaigns, different people are involved
3   in that space.  So it's not, you know, a set data
4   distribution list.
5      Q.  And do you know when in October you'll
6   send that invite to those groups?
7      A.  I do not.  I mean, obviously with enough
8   notice prior to the event itself.
9      Q.  And you say the event.  Well, are you
10  contemplating one event, are you contemplating
11  multiple events for different groups?
12     A.  We're contemplating an event.  And
13  usually what we do is then record them so people
14  can watch them at their leisure.  But, you know, if
15  from that event somebody wanted to have further
16  discussions, we would certainly accommodate that.
17     Q.  And when you record them so that people
18  can watch at their leisure, where do those
19  recordings go?
20     A.  On the elections.wi.gov website.
21     Q.  So any of your past events like
22  this, your past events with advocacy groups, those
23  recordings would be on that website?
24     A.  We don't -- you know, I can't really
25  speak to exactly what's out there from the past.

1   But that's how we've been doing webinars even with
2   our clerks and, you know, with others now that
3   we're in a virtual world.  So that's kind of our
4   format now.
5      Q.  So now -- when you say now that we're in
6   a virtual world, since -- since February?
7      A.  March.
8      Q.  -- 2020, March?
9      A.  Yeah, March, April.
10     Q.  Okay.  Since the pandemic.  And when you
11  have these meetings you'll have these trainings
12  with the advocacy groups, you're not sure at this
13  point what they'll do afterwards with that
14  information; is that right?
15     A.  Yes, that's correct.
16     Q.  Right?  And you don't have any control
17  over -- over whether or not they'll educate voters
18  about the IDPP process?
19     A.  Correct.
20     Q.  And then if we talk a little bit about
21  the clerk tool kit and the clerk aspect of this
22  training, I think you said earlier you'll hold this
23  training but you don't have -- you don't have any
24  control over what the clerks will do with that
25  information; is that right?

1      A.  I mean, that's true of anything in
2   election administration.  We don't have any
3   directive authority over the local election
4   officials.
5      Q.  Do you have anything to track what the
6   local election officials do?  Do you, for example,
7   monitor their websites?  Do you check in, have
8   conversations and interact, those types of things?
9      A.  There are 1,922 of them, so no, we don't
10  check in on what they're posting on their website.
11     Q.  So you don't know, for example, if since
12  2016 any of the clerks have posted anything about
13  the IDPP process, or we can even call it free voter
14  ID, on their website?
15     A.  I think we would know about things like
16  social media posts.  If we see them post these
17  things and they're, you know, followers of ours, we
18  often will like it or share it.  So I know that
19  clerks have been utilizing our social media plan
20  and some of the IDPP materials.
21     Q.  Do you do anything to track how often
22  clerks post or repost your materials?
23     A.  No.
24     Q.  So you don't have a -- you don't have a
25  sense of how many clerks are posting or reposting

1  your materials?
2      A.  No.  Someone would be welcome to do that
3  analysis.  But no, we don't.
4      Q.  And you don't know -- just so that I am
5  clear, you don't know where -- so for example, you
6  don't know if in Milwaukee this information has
7  been published or if in Kenosha this information is
8  put out?
9      A.  No.  From time to time over the years if
10 jurisdictions were doing outreach campaigns, they
11 might let us know.  Like I know previously
12 Milwaukee County has used our materials to do their
13 own outreach and others.  But no, we don't -- we
14 don't track it per se, 'cause they're not required
15 to report that to us.
16     Q.  Right.  And I think earlier you mentioned
17 that the tool kit that you put out to clerks are a
18 significant portion of your outreach because voters
19 trust their clerks --
20     A.  Correct.
21     Q.  -- more than they trust the state, I
22 think is what you said; is that right?
23     A.  Right.  I think that's accurate.  That's
24 what the survey showed.
25     Q.  Uh-huh.  But you don't do anything to

1  track and see how effective the clerks' outreach
2  has been?
3      A.  No.  Again, there's 1,922 of them.
4      Q.  And then with earned media, that's
5  just -- you don't actually have any idea if you'll
6  get earned media opportunities in, let's say,
7  September or October, do you?
8      A.  Well, you know, in terms of people
9  inviting us on to various programs and whatnot, no.
10 But doing media availabilities, which I've
11 committed to doing weekly and I did in April and we
12 do quite regularly, we get a fairly decent coverage
13 from those sorts of things.  And so if we put out a
14 schedule saying this is when I'll be available to
15 answer questions, usually we're able to secure
16 people being there.
17     Q.  Okay.  And if you do get those invites,
18 do you know -- do you have a sense of how many of
19 those you'll talk about IDPP?
20     A.  No, I do not.
21     Q.  So it's possible you could get earned
22 media opportunities and never talk about IDPP?
23     A.  It's possible, yes.
24     Q.  And it's also possible that you could get
25 no earned media opportunities?

1      A.  As much as that would help clear up my
2  schedule, I think that's very unlikely.
3      Q.  But you don't control the content of
4  those?  Those are controlled by whoever's reaching
5  out to you to take up some of your time and put you
6  on the air; right?
7      A.  Correct.  Although you -- you -- yes, you
8  have some control in the content that you choose to
9  share, so --
10     Q.  So you don't know at this point if you
11 will definitely share any information about IDPP?
12     A.  Well, I have a scheduled media
13 availability where that's one of the topics.  So
14 yes, there will be that.
15     Q.  That'll be on the topic, but you don't
16 know if you have the opportunity to share anything
17 about it or be asked about it?
18     A.  I will be giving information about IDPP
19 as part of that media availability, yes.
20     Q.  And then I think you -- the other aspect
21 or, like, the fourth aspect was the social media
22 campaign.  And you've acknowledged that there
23 are -- there are folks in Wisconsin who don't have
24 internet access?
25     A.  I don't have a direct expertise to make

1  that determination, nor do I have data about that.
2  But, I mean, I suppose just being a person, I
3  believe that to be true.
4      Q.  And WEC hasn't tracked that or looked at
5  that to determine how effective its social media
6  campaign is -- or maybe let me just strike that.
7          WEC hasn't tracked that to determine
8  if there are individuals who are not reached by its
9  social media campaign?
10     A.  I believe, as we've talked about
11 previously, there's some analytics that KW2 has
12 provided to us previously.
13     Q.  So to your knowledge the only information
14 about the effectiveness of the social media
15 campaign comes from KW2's analytics?
16     A.  I believe we have analytics from our own
17 social media pages as well, but I'm not sure how
18 you're suggesting I would know whether the
19 4.3 million eligible voters in Wisconsin have
20 internet access.  I don't know that.
21     Q.  I'm really just trying to get at if
22 you're doing anything to track -- to track the
23 effectiveness of your social media campaign through
24 either -- through analytics or some type of review.
25 Is there anything that your office is doing to

New York
212-273-9911

Hudson Court Reporting & Video
1-800-310-1769

New Jersey
732-906-2078

Page 105

1 track that?
2     A.   Not beyond what we do in terms of work
3 with KW2 or analytics that are provided through our
4 social media, through our websites.
5     Q.   And when you talk about -- when you say,
6 like, analytics that are provided through your
7 social media and our website, those are sort of
8 like -- can you just tell me what those are, just
9 so I know how to differentiate those between --
10     A.   Sure.  I think, you know, with any
11 technology there's built-in tools that provide
12 analytics, Google analytics, other things about who
13 visits and whatnot.  But we don't know about the
14 individuals, but we probably would have some data
15 about numbers.
16     Q.   And where would that data be?  Who would
17 have it?  Where would it be housed?
18     A.   It would be housed in those applications.
19     Q.   So on your Facebook page or --
20     A.   Right.
21     Q.   -- on your website, for example, like
22 click numbers or things like that?
23     A.   Right, correct.  Google analytics.
24     Q.   And that's retrievable information?
25     A.   I believe so.  I don't know what format

Page 106

1 it takes.  I don't think it's a record that
2 currently exists.
3     Q.   Does anyone at WEC review that
4 information to -- to track the effectiveness of
5 your social media?
6     A.   We -- we certainly review that
7 information to try to identify trends and whatnot,
8 especially traffic to our various web tools.  But I
9 don't know -- yes.
10     Q.   But you don't know?  What is it that you
11 don't know?
12     A.   I'm trying to think of how to describe
13 this.  I guess in terms of analyzing that
14 ineffectiveness against other campaigns or
15 effectiveness amongst voters in Wisconsin, we don't
16 have that data to compare it to, if that makes
17 sense.
18     Q.   Got it.  Who would be the person who
19 would be reviewing those analytics?
20     A.   It would be the -- probably our public
21 information officer and the elections specialist
22 that works on voter outreach.
23     Q.   And then you don't -- you don't
24 separately track any re-Tweets or shares on social
25 media?

Page 107

1     A.   I don't know if that's part of the data
2 set through the analytics in the applications.  I
3 don't know.
4     Q.   But if it was, the person who would look
5 at that would be your public information officer?
6     A.   Correct.
7     Q.   So you talked a little bit -- and I think
8 we're moving away from this document -- but you
9 talked a little bit, in connection with
10 document 5013, about a 2015 assessment of needing
11 to inform voters about IDPP about six to
12 eight weeks ahead of the election.  Do you recall
13 that?
14     A.   Yes.
15     Q.   Has WEC done any work since 2015 to
16 evaluate how long it needs to -- to launch an
17 effective campaign regarding IDPP?
18     A.   I don't know what those 2015 estimates
19 were based off of.  I don't think they were based
20 off of any official data or information.  So no.
21 But the process has changed since then, obviously,
22 and people's awareness of it.
23     Q.   So did you -- and I know it wasn't -- I
24 will say -- I will say WEC, although I know the
25 organization has changed names over the years.  Was

Page 108

1 any assessment done in 2016 to see how long WEC or
2 the state needed to launch an effective education
3 campaign on IDPP?
4     A.   Not that I'm aware.
5     Q.   What about in 2017?
6     A.   Not that I'm aware.
7     Q.   2018?
8     A.   No, not that I'm aware of.
9     Q.   2019?
10     A.   No.
11     Q.   And 2020, did you -- I know it's been a
12 different year for everyone, but in 2020 have you
13 done any -- have you launched any type of
14 assessment to evaluate how long a campaign on IDPP
15 needs to be?
16     A.   No.
17     Q.   So when you started the IDPP campaign, or
18 when you started in, I think it was September 19th
19 was the date that we talked about, why is that
20 campaign starting on September 19th?
21     A.   To give -- and again, this is part of a
22 much larger social media plan that advises people
23 about all the mechanics of voting.  To correspond
24 some of that messaging throughout the election
25 cycle.  So starting with the time that ballots go

Pages 105 to 108

**New York**
**212-273-9911**

Hudson Court Reporting & Video
1-800-310-1769

**New Jersey**
**732-906-2078**

Page 109

1   out, until election day, which, you know, many
2   voters don't think about the election until
3   election day. So messaging when they're getting
4   ballots, messaging near election day. We try to
5   diversify.
6       Q.  And that larger campaign that you talked
7   about, have you done any type of assessment to
8   determine when that starts, when IDPP is part of
9   your larger campaign?
10      A.  Yes. So as is kind of outlined in our
11  November preparation plans, this week, more or
12  less, a lot of those things will start to launch.
13  We hope to do our first media availability tomorrow
14  and, you know, do these regular educational
15  outreach efforts between now and the election.
16      Q.  And you're aware that a voter who -- who
17  starts the IDPP process, that that can take several
18  weeks for them to actually obtain an ID if they do
19  obtain one?
20      MR. MURPHY: Object to form. You may
21  answer to the extent you're able.
22      THE WITNESS: I don't know what DMV's
23  current estimate for that process is.
24  BY MS. CALLAIS:
25      Q.  Did you check -- did WEC check with DMV

Page 110

1   to see how long it takes for a person to obtain an
2   ID through the IDPP process?
3       A.  They have not made us aware of any
4   changes to the process. We do talk to them. But
5   they did not indicate there have been any changes
6   to the time frame.
7       Q.  And you don't look at the time frame for
8   obtaining an ID under the IDPP when you're
9   determining how long before an election to start
10  outreach about obtaining an ID to vote, free ID?
11      A.  I think we do, yes. I mean, I think we
12  do. That's why, again, it's messaged throughout.
13      Q.  When you say it's messaged throughout,
14  what do you mean by that?
15      A.  As is in our plan, we -- we start
16  messaging on this for November, specifically,
17  starting in September.
18      Q.  And you do that based upon the length of
19  time it takes for someone to get a permanent ID
20  under the IDPP process?
21      A.  I think that's one factor. It's also
22  just, again, you know, based on some of our
23  experience with voter behavior and how there might
24  be different touch points where photo ID is part of
25  their process and then they need to know that

Page 111

1   information.
2       Q.  You said that might be one factor, but
3   you don't know how long it takes someone, on
4   average, to obtain an ID under the IDPP process?
5       A.  I don't know that anything's changed
6   since those initial analytics. Like you
7   referenced, two weeks is sort of what we had heard,
8   and we haven't heard that that's changed.
9       Q.  When you say the initial analytics, just
10  so I'm clear, what are you referring to?
11      A.  I believe you referenced that number, or
12  it might have come from an e-mail. I'm not sure
13  where that came from. But that sounds familiar in
14  terms of data that was provided to us by DMV. It's
15  probably more accurate to say that.
16      Q.  I don't think that I referenced two
17  weeks. I was talking about a six- to eight-week
18  assessment, but it is possible. So your
19  understanding is that at some point you learned
20  from DMV that that process takes about two weeks
21  and you --
22      A.  It could. I don't -- I don't want to
23  speak for DMV and their process and how Covid might
24  be changing things on their side. But I think
25  that's what we'd heard from them in conversations.

Page 112

1   But I think they make efforts to expedite that
2   closer to the election so that if somebody votes on
3   election day, they are still able to get their IDPP
4   ID in time to remedy their provisional. So I don't
5   know that the two weeks is a hard rule. I think it
6   was an estimate. Kind of like seven days for a
7   ballot to get through the mail in the postal
8   service. It's an estimate.
9       Q.  And then with respect to the website,
10  there were some links for radio and TV ads. And I
11  just want to make sure I was clear. You're not
12  sure if either of those radio and TV ads that were
13  on the Bring It website have actually aired on
14  radio or TV?
15      A.  Oh, they certainly have, yes.
16      Q.  And do you know --
17      A.  Throughout.
18      Q.  Do you know when they would have aired?
19      A.  I'm sure we provided this in the nine
20  years of this litigation. I don't know off the top
21  of my head. But I've seen them on TV and on the
22  radio, or heard them on the radio myself before.
23      Q.  Do you know where there would be records
24  of when they aired?
25      A.  I'm sure it's been submitted as part of

Pages 109 to 112

**New York**
212-273-9911

**Hudson Court Reporting & Video**
1-800-310-1769

**New Jersey**
732-906-2078

Page 113

1    the record.  I don't know.
2        Q.   Have any of them aired in 2020?
3        A.   No.
4        Q.   Do you know if any aired in 2019?
5        A.   I do not believe so.  Sometimes, you
6    know, community access channels and other sources
7    like that will use that content and air it.  So I
8    don't know.  But we did not have any media buys.
9        Q.   And what about in 2018?
10       A.   I don't remember.  I don't know.
11       Q.   Do you know if there was money for paid
12   media in your budget for 2018?
13       A.   I do not believe there was, no.
14       Q.   And would you have had any media buys if
15   there was no money for paid media in 2018?
16       A.   No.  If there was -- correct, I don't
17   think that that spending extended to 2018, no.
18       Q.   What about in 2017, do you know if those
19   ads aired in 2017?
20       A.   I don't remember.  I'm sorry.
21       Q.   Do you know if there was money for paid
22   media buys in 2017?
23       A.   Again, I don't believe so.  I'm sorry, I
24   don't know.
25       Q.   Just so I'm clear about how the process

Page 114

1    works, if you, WEC, didn't have a paid media buy,
2    then if those things in those years ran on either
3    the TV or radio, that would have been the choice of
4    the public access network, I think you referred to
5    them as?
6        A.   Yeah, correct.
7        Q.   And in 2016 -- do you know if those radio
8    and TV ads ran in 2016?
9        A.   I believe so, but I don't remember.  And
10   I'm sure it's a record as part of this case.
11       Q.   And then earlier you were talking with my
12   co-counsel about a targeted mailing that is going
13   out to folks who -- this year for folks who have
14   not yet -- and I don't -- I know it's like
15   6.2 million voters, and I'm going to confess I
16   cannot remember if it was -- if you're referring to
17   absentee.  Is that the target group?
18       A.   Correct.  It's 2.6 million voters,
19   approximately, who had not yet requested an
20   absentee ballot for the -- for the November
21   election.
22       Q.   And part of the reason that you're
23   sending out that mailing you said was part of your
24   statutory responsibility?
25       A.   No, that is not.  It is a directive of

Page 115

1    the commission.  It's not a statutory
2    responsibility.  That was the ERIC process, I
3    believe.
4        Q.   And when you say a directive of the
5    commission, can you just -- what do you mean by
6    that?
7        A.   The commission directed WEC staff to send
8    a mailer to voters who had not yet requested an
9    absentee ballot for the fall, and also to inform
10   them about their other -- about their options to be
11   able to cast their ballots in November and to
12   inform them about things like voter registration
13   and photo ID.
14       Q.   And do you know if any assessment will be
15   done or has been done to see if a targeted mailing
16   like that is going to be effective?
17       A.   We'll be able to see who, out of the pool
18   of people that has been sent the mailer, who
19   registers -- maybe re-registers to vote, who
20   requests an absentee ballot, who sends back an
21   absentee ballot versus going to the My Vote site.
22   But we won't know definitively if that was a result
23   of our mailing or if it was a behavior they would
24   have otherwise done.  So -- but we will -- we will
25   be able to look at a pool of voters and see how

Page 116

1    their records change between now and then.
2        Q.   And if you received a directive or if it
3    was a statutory responsibility to send out a
4    targeted mailing to, for example, people who are
5    registered to vote but don't have a DMV-issued
6    credential, that's something that WEC would comply
7    with and do?
8        A.   If it was a directive, yes.  I think, you
9    know, there would be budgetary considerations.  We
10   just -- the commission just approved an almost
11   $600,000 lapse, mandatory lapse, of our budget
12   yesterday.  So that would, of course, be a factor.
13       Q.   Right.  But a targeted mailing would
14   be -- would certainly would be -- would cost less
15   than just general untargeted mailings or paid media
16   buys, for example?
17       A.   I don't know.  I mean, it depends on who
18   you're targeting.  The mailer we just sent out was
19   quite expensive and relied on a federal grant to be
20   able to accomplish.
21       Q.   And I think you said you didn't know what
22   percent of individuals who were registered to vote
23   but don't have an ID card?
24       A.   Correct, I do not know.
25       Q.   But that's information that could be

Page 117

1  obtained from the voter registration records; is
2  that right?
3      A.  I believe so.  It would be data that
4  someone could purchase a custom data request from
5  the Badger voter system.
6      Q.  And you also spoke briefly with
7  co-counsel about the 180-day requirement for
8  temporary receipts.  And you said you didn't know
9  if that had changed; is that right?
10     A.  Yes, my -- my -- I used to know this like
11  the back of my hand, but my -- my knowledge on that
12  was a little rusty.  So I -- I don't know.  I have
13  no reason to believe it wasn't accurate, but I
14  don't know.
15     Q.  Right.  I guess my question is who in
16  your agency is responsible for knowing if the law
17  changes on IDPP specifically with respect to the
18  time period for temporary receipts?
19     A.  Sure.  So all of us would, but I think in
20  terms of updating our materials would be the staff
21  that works on the voter outreach programs.
22     Q.  And are you aware that your website
23  currently, the Bring It website, currently
24  instructs voters that if they receive a temporary
25  ID, it will last for 180 days?

Page 118

1      A.  I do not know.  I don't know.  I'd have
2  to review it.
3      Q.  To your knowledge, no one has made an
4  update or change to the website regarding the time
5  period for temporary receipts?
6      A.  I believe they have, yes.  But if we
7  missed a spot, that's entirely possible.  But
8  there's a lot of content, and we have three
9  websites.  So I believe -- I believe they have all
10  been updated.
11     Q.  And if the time period had changed back
12  to 60 days within the last month, and your website
13  does not reflect that, then voters who registered,
14  then voters who have started the IDPP process
15  within the last month would not have had accurate
16  information about how long their temporary receipt
17  would last?
18     A.  I can't -- I can't answer that.  I don't
19  know where -- if you're saying that there's
20  something wrong with the website, I mean, we would
21  certainly get that corrected and make sure that
22  it's consistent throughout.
23     Q.  If we have time we'll -- we can -- we can
24  try to pull that up.  But why don't we go ahead and
25  take a look at now what is doc -- it'll be a new

Page 119

1  exhibit, and it's doc 21 in the system.  And we can
2  mark that -- I think we're at 5017 now, Ms. Wolfe.
3         Are you familiar with this document?
4  Have you seen it before?
5      A.  Yes.  I believe that's the 2016 report
6  filing that we submitted with the court.
7      Q.  Okay.  And so let's just go ahead and
8  we'll just go through this.  Let's start at item
9  number one, where it says DMV training.  And some
10  of this -- I'm going to go through this, Ms. Wolfe,
11  just sort of item by item just to make sure I
12  understand what you have knowledge and what you
13  don't.  If you don't have knowledge about a
14  particular thing as it pertains to the DMV, just
15  let me know.
16     MR. MURPHY:  Counsel, we're now five
17  minutes from our scheduled end time.  Are we close
18  to wrapping up?
19     MS. CALLAIS:  So Mike, I'm just going to
20  go through this document.  And it's the last thing
21  I have questions about.  So it just depends on how
22  long it takes us to get through this document.  But
23  I don't have any documents or anything after that.
24     MR. MURPHY:  So you're going to go -- I
25  mean, just so we have -- it's 14 pages.  You're

Page 120

1  going to go line by line through 14 pages in five
2  minutes?
3      MS. CALLAIS:  I'm going to go item by
4  item.  I don't know how -- I don't know that -- I
5  mean, it just depends, right, on how much
6  discussion.
7      MR. MURPHY:  Okay.  You know --
8      MS. CALLAIS:  -- fairly quick answers,
9  some of them could be longer, but --
10     MR. MURPHY:  As we talked about,
11  Ms. Wolfe has got extraordinary demands on her
12  right now, and we asked in advance that this be
13  limited from nine to noon.  I'm certainly not going
14  to ask that we stop at noon on the dot, but please
15  do try to work within the time constraints that we
16  previously agreed on.
17     THE WITNESS:  I do have a meeting at
18  noon, as a matter of fact, with KW2, so --
19     MS. CALLAIS:  So it's my understanding,
20  Mike, I was not on the call, but it's my
21  understanding that we certainly said we would do
22  our best but that we haven't agreed that we only
23  have three hours.  I mean, I have this document to
24  get through.  And I'll go as fast --
25     MR. MURPHY:  I can pull up my

Pages 117 to 120

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

Page 121

1  confirmation if you want.  It said nine to noon.  I
2  don't know -- I don't know what Ms. Wolfe has got
3  exactly at noon, but that was the agreement.  We'll
4  do everything we can, you know, we'll continue to
5  be cooperative, but nine to noon was the confirmed
6  time.
7      MS. CALLAIS:  So, I mean, if we need to
8  get off at noon for Ms. Wolfe's engagement and come
9  back, held open, but the rest of my questions just
10 pertain to this document and what's been done in
11 response to it, so --
12     MR. MURPHY:  I can't promise we can come
13 back on.  Please get started.  We'll do what we
14 can.
15 BY MS. CALLAIS:
16     Q.  So let's go ahead and look at item one,
17 DMV training, and it says on this I believe you
18 will require all field staff to complete two rounds
19 of additional training on IDPP before the election.
20 And this was in 2016.
21         Ms. Wolfe, do you know if that took
22 place?
23     A.  I don't know.
24     Q.  Okay.  And just so that I am clear, part
25 of -- sort of the -- do you know or not, is that

Page 122

1  because this is DMV that would have done that?
2      A.  Yes, this is DMV, right.
3      Q.  And does DMV talk to you about the
4  trainings that they perform or any of the trainings
5  that they do?
6      A.  This was in 2016, so I don't know.  Maybe
7  they did.  I don't know.
8      Q.  Okay.  Do you know if trainings like
9  this, or has DMV informed you if they have done
10 additional rounds of training with their staff
11 since 2016 and 2017, for example?
12     A.  I don't know.  I don't know what they've
13 done in 2016 and 2017.
14     Q.  Okay.  And so you haven't been informed
15 of any DMV trainings, you don't -- since 2016?
16     A.  I have not personally, no.
17     Q.  Okay.  We can move down to the next page.
18 Let's go down again to page 3.  Okay.  So if we
19 look at item one, where it says "WEC will print
20 color copies of the court-approved IDPP palm card
21 and distribute 2000 copies to Milwaukee, 1000 each
22 to the following organizations."
23         Do you, Ms. Wolfe, know if this was
24 done in 2016?
25     A.  It was done.  I did it myself.

Page 123

1      Q.  Okay.  And what about in 2017?
2      A.  I do not -- I don't believe so.  I can't
3  remember.  I know many of these boxes still sit in
4  our office to this day 'cause nobody wanted them.
5      Q.  Do you know if there was other outreach,
6  maybe not in the form of these printed copies, but
7  other outreaches specifically aimed at the city of
8  Milwaukee?
9      A.  Yes.  I believe that Milwaukee did their
10 own outreach efforts utilizing a lot of our
11 materials.  I also know -- I know over the years
12 we've submitted, too, our lists of presentations
13 and other outreach that we've done.  I mean, I've
14 personally delivered posters, ID and IDPP
15 information to libraries and community centers and
16 groups that I've worked with over the years.
17     Q.  And are those specifically -- I know you
18 said groups that you've worked with over the years,
19 but do you know or have a record of, you know, how
20 many posters were distributed in 2017, for example?
21     A.  If we did have a record of it, it's been
22 submitted as part of the record for this case, so I
23 don't know.  I don't have that in front of me,
24 obviously.
25     MR. MURPHY:  Counsel, excuse me.  I do

Page 124

1  want to note it's now noon.  The confirmation for
2  this deposition, an e-mail that you were on,
3  indicated that Ms. Wolfe was available from
4  nine a.m. to noon.  And her next meeting is
5  relating to the outreach programs.  It's exactly
6  the subject of this deposition.  If she can stay
7  on, I can, but we're now over the time and taking
8  away from the work that is the subject of this
9  deposition.
10     MS. CALLAIS:  So I think the question for
11 Ms. Wolfe is if she can stay on.  If Ms. Wolfe
12 needs to leave and we have to hold the deposition
13 open, that's -- till I move through this document,
14 then that's fine.
15     MR. MURPHY:  I cannot promise we can come
16 back.
17     THE WITNESS:  Yeah, you're welcome to
18 look at my calendar.  I mean, it is literally
19 booked from the time I wake up till the time I go
20 to bed.  So I don't know that we have another
21 opportunity.  I can stay on for a few more minutes,
22 but I will be late for that meeting.
23     MR. MURPHY:  We're doing this discovery
24 under extraordinary time demands, cooperatively
25 without notice, and we're cooperating the very best

Page 125

1  we can, but --
2       MS. CALLAIS:  Mr. Murphy, I am not
3  doubting your cooperation.  But every minute we
4  argue about this is a minute I'm not asking
5  questions.  I'm trying to move through this as
6  quickly as we can.
7       MR. MURPHY:  And she's not working --
8  it's a minute that she's not working with her media
9  team.  I can stay on as long as folks can -- other
10 folks can.
11      MS. CALLAIS:  I think, Ms. Wolfe, it's
12 just the question if you're able to stay on.
13      THE WITNESS:  Could we say another 15
14 minutes?  I mean, I would like to be able to join
15 this meeting at least to direct the progress that
16 we're making on the media stuff.  So I -- you know,
17 I'd like to get into that as soon as I can.  So
18 let's say another 15 minutes.
19 BY MS. CALLAIS:
20      Q.  Okay.  So let's just keep moving.  So
21 Ms. Wolfe, do you have any record of how much
22 outreach specifically to these groups, Vote Riders,
23 Citizen Action, One Wisconsin, League of Women
24 Voters, that WEC has done in 2018?
25      A.  Again, if we do have records of that,

Page 126

1  it's been submitted as part of the record in this
2  case.
3       Q.  And I'm asking -- I'm asking these
4  questions, Ms. Wolfe, because when I looked through
5  the documents that we were given, I saw documents
6  for 2020.  And then obviously we have a record
7  before.
8       So what I'm trying to get at is this
9  period of 2017, '18 and '19, what was the outreach
10 that WEC has done to these third party groups, and
11 if there's any record of that that we could look at
12 to assess.
13      A.  I don't have any documentation available
14 to me right now.  I don't know that that exists.
15      Q.  Yeah.  And Ms. Wolfe, you mentioned that
16 you keep a calendar.  Did you keep a calendar of
17 the engagements that you have or did your staff
18 keep a calendar of the engagements that it has with
19 advocacy groups or clerks' offices over the years?
20      A.  Like I assume anybody does, we have
21 Outlook calendars, is what I was referencing.
22      Q.  So if you had a meeting with Vote Riders,
23 for example, or the League of Women Voters, if you
24 attended that, that would be on your calendar?
25      A.  In theory, yes.  Certainly could be

Page 127

1  things that aren't on there, but yes.
2       Q.  Is there a centralized calendar for the
3  team, for example, like a team calendar that shows
4  all of your advocacy meetings that you attend, or
5  clerks' meetings?
6       A.  No.
7       Q.  Do you document in any other way if you
8  send out print copies or even electronic copies to
9  the groups that are listed on this form:  Vote
10 Riders, Citizen Action, Wisconsin League of Women
11 Voters, et cetera?  Have you documented that from
12 2017?
13      A.  No, no.  I don't know that -- unless it's
14 been submitted as part of the record in this case,
15 I don't know that we have anything different that
16 way.
17      Q.  And to your knowledge you haven't
18 specifically printed out copies of the palm cards
19 since 2016 to give out to these groups or the
20 cities as well?
21      A.  I believe that's accurate.  I don't
22 recall if that was something we did in 2018.  I
23 don't recall.
24      Q.  And we talked earlier about I know you
25 pulled together that IDPP plan or sort of the

Page 128

1  specific outreach you've done that it would focus
2  on IDPP in November.  Do you have a similar
3  document that pulls together the outreach that you
4  did in 2018, for example?
5       A.  I believe we have a social media plan for
6  ourselves and our clerks, yes.
7       Q.  And that social media campaign for
8  yourselves and your clerks, do you have any
9  documentation of the kits that would have been sent
10 in 2018 to local clerks, for example, and then when
11 your meetings with them would have been?
12      A.  I believe we would have documentation of
13 the kits that were sent to the clerks.  Our voter
14 outreach tools would be available on our website.
15 In terms of meetings, you know, our training is
16 scheduled on our website; you can see the various
17 trainings that have happened.  But I don't know
18 that we specifically call out that, you know, in
19 this training we'll be talking about IDPP.
20      Q.  Okay.  And then the outreach you're doing
21 specifically in Milwaukee, Kenosha, and Racine, for
22 example, that outreach is the same outreach that
23 you talked about when we talked about that earlier
24 document?  It's just submitting the kits and having
25 webinars?

Pages 125 to 128

**New York**
**212-273-9911**

Hudson Court Reporting & Video
1-800-310-1769

**New Jersey**
**732-906-2078**

Page 129

1    A.   And social media plan, earned media, all
2  things that we do on a regular basis.  We
3  looked at some press releases today.
4    Q.   Right.  But outside of that, you don't do
5  specific outreach or additional outreach to
6  these -- to these localities?
7    A.   I mean, not just specifically on IDPP.
8  We talk to them quite regularly.  They just
9  submitted their November preparedness plans.  But
10  no, not IDPP specific.
11    Q.   If you go down to, I think it's the next
12  page.  If we can go -- can we go up a little bit
13  on -- I can only see item six.  And what I'm trying
14  to see is the whole page on four, just so I
15  can -- so item number five, where it says "WEC will
16  send an electronic version of the IDPP palm card to
17  municipal clerks with instructions," that was in
18  2016.  Has that been done in subsequent years?
19    A.   The IDPP palm card is always available
20  for clerks to continue to use.  But no, we haven't
21  posted those instructions since 2016.
22    Q.   Okay.  And so when you say it's always
23  available, it's available for -- is it just
24  downloaded on your website?
25    A.   Yes, to print.

Page 130

1    Q.   Okay.  And when you send clerks -- when
2  you talk about the kit that you send clerks, does
3  it remind them of the palm card?  Does it focus on
4  the palm card and let them know that it's there?
5    A.   It will be listed amongst the resources
6  that they have to reach out to voters with other
7  photo ID information, with the absentee or the
8  Covid information that we'll be sending them, yes.
9    Q.   But they're not getting a physical copy
10  of it?
11    A.   No, they're not getting a physical paper
12  copy of it.
13    Q.   And they're not getting -- like do you
14  send them a link to it?
15    A.   It would be more or less, I guess, an
16  index of resources.  So yes, a link, yes.
17    Q.   And they've gotten that kit -- have you
18  sent that sort of index of resources every single
19  year?
20    A.   I don't -- no, I don't know.  I think --
21  I know that our intent is always to have that
22  available, but I don't know that in 2017, where
23  there wasn't a general election, I'm not sure that
24  we did.
25    Q.   Even when there's not a general election,

Page 131

1  though, voters can still apply for an ID or through
2  the IDPP process?
3    A.   Of course.
4    Q.   And then if we look at item number six.
5  It'll say, "WEC will invite each of the following
6  groups of individuals to attend an in-person
7  meeting during the week of October 24th to discuss
8  outreach."  So you might have to go up a little
9  bit.
10       Do you know if meetings took place
11  with these groups for particular localities in the
12  years between 2016 and now?  I know we talked a bit
13  about what you'll be doing in 2020, but
14  specifically what happened 2017, '18, and '19.
15    A.   So in 2016 we had a meeting in our office
16  where we provided the materials to the groups.
17  Again, they did not want the materials.  But we
18  have not had that same meeting in 2017, 2018, 2019.
19  We've, you know, certainly talked with those groups
20  on an ongoing basis.
21    Q.   And when you've talked with those groups,
22  those have been in those conversations where
23  they've invited you to talk to them?
24    A.   We've also had some in our office.  Now,
25  I know -- again, sometimes I don't know what the

Page 132

1  terminology is for these sort of consortiums of
2  groups, but I think it was on the -- under the
3  umbrella of Wisconsin Voices, perhaps, where a lot
4  of the Vote Riders or League of Women Voters have
5  come to our office and we've had discussions about
6  their voter outreach plans, answered questions.
7  And that's something where we've proactively
8  reached out to them to set those up.
9    Q.   And how often have you had those meetings
10  each year?
11    A.   I couldn't say for sure.  It really
12  depends on what's going on or, you know, what --
13  what we have to discuss.
14    Q.   Those meetings would be the type of
15  things that you would calendar?
16    A.   Most likely, yes.
17    Q.   And do you put out any sort of public
18  announcement of those meetings or do you just reach
19  out to your specific distribution group?
20    A.   You know, I don't want to paint it as if
21  it's some set-in-stone thing that looks the same
22  every time.  So no -- no, we don't do media on our
23  meetings.
24    Q.   Go down to the next page.  Whenever you
25  contact these groups, this talks specifically about

Pages 129 to 132

**New York**
**212-273-9911**

**Hudson Court Reporting & Video**
**1-800-310-1769**

**New Jersey**
**732-906-2078**

1   making personal communications by phone and
2   whatnot. In the years between 2017 and -- and 2019
3   have you made those invitations by phone, has it
4   been by e-mail? How has that taken place?
5       A.   I don't recall. I don't know the method
6   with which I reached out. I mean, it depends on
7   the group or the individuals coordinating it, how
8   we communicate.
9       Q.   Do you know how you'll be making those
10  invitations for your 2020 meeting with these
11  groups?
12      A.   Well, the nice thing about virtual
13  meetings is you can do a little more virtual
14  publicity too. So I just know that we've
15  completely solidified how we'll make those
16  arrangements, but I would anticipate it would
17  involve phone calls and e-mail communication.
18      Q.   And then for item number seven there it
19  says that "WEC will contact radio and TV programs
20  and offer to be interviewed." Is that -- would
21  that item be part of the earned media that you
22  talked about in your current plan?
23      A.   Yes.
24      Q.   And do you have a record, Ms. Wolfe, of
25  how many interviews you've done since -- between

1   2017 and 2019?
2       A.   No. I mean, no. I don't have a record
3   of that. And also it wouldn't just be me, it would
4   be our public information officer, commissioners,
5   you know, sometimes staff. So no.
6       Q.   So you don't track how many -- you know,
7   how many of those interviews you would have had
8   that would have been specific to IDPP in any given
9   year?
10      A.   I can't imagine we had media that wanted
11  to talk to us specifically about IDPP. But we've
12  certainly done many interviews where that's come up
13  in terms of an option for people for photo ID.
14      Q.   Do you know how many interviews you've
15  had that would have focused on photo ID generally?
16      A.   Again, photo ID isn't a stand-alone
17  issue; it has to be in context of what the voter is
18  trying to accomplish. So if we're talking about
19  absentee voting and it's photo ID and the options
20  for a voter, that would be part of the
21  conversation.
22      Q.   And then if we look at -- oh, and I guess
23  I should ask if you had those types of interviews,
24  are those things that would be on a calendar that
25  would be calendared for you or your staff?

1       A.   In theory. You know, I wouldn't paint
2   our calendars as perfect. Sometimes people are
3   better or worse about, you know, sending us a
4   calendar invite versus calling us and writing it on
5   a Post-it note. But for the most part I kind of
6   live by my calendar, yes.
7       Q.   And then item number eight where it says
8   "WEC will issue a new press release concerning
9   IDPP," this -- I know we talked about some press
10  releases as part of your -- as part of your plan
11  for 2020, but press releases WEC has issued
12  since 2016, would those be available on the
13  website?
14      A.   Yes, they would.
15      Q.   Okay. So if we were looking for a record
16  of how many press releases that you issued about
17  IDPP, we could look at WEC's website to see that,
18  or the Bring It website to see how many have been
19  issued?
20      A.   Yes. The elections website under News.
21      Q.   Okay. Let's go down -- so let's go to
22  the next page, page 6.
23      MR. MURPHY: Counsel, could you give us
24  an estimate? We're now at quarter after. She's
25  more than 15 minutes late for her meeting with the

1   advertising agency.
2       MS. CALLAIS: The only questions I have
3   are just related to the few items on here, just
4   WEC -- there was a discrepancy about, and just to
5   see if WEC has done or is planning to do any of
6   them. So I think it should be quick.
7       MR. MURPHY: Okay.
8   BY MS. CALLAIS:
9       Q.   So if we look at item number two on this
10  page, Ms. Wolfe, where it says "Send a mailing to
11  all individuals that WEC and the DMV can identify
12  as being registered to vote, but not possessing a
13  Wisconsin ID," I just want to verify: That has not
14  happened from 2016 to today and you don't
15  anticipate doing that in 2020?
16      A.   That has not been something that has been
17  required of us nor has the commission considered.
18      Q.   Okay. So let's go to the next page.
19  Next page -- sorry. Well, it might be -- I just
20  can't see. I think the screen size is a little
21  different, so it's hard for me to see. I think
22  we're on the same item. Next page.
23      And just to confirm, if you look at
24  item number four, WEC, over the course of the last
25  four years, has not rented any billboards in

Page 137

1  Milwaukee or other -- other locations to advertise
2  about IDPP?
3      A.  I don't know when the last billboard came
4  down.  But no, we haven't made any additional
5  purchases of rental space on billboards.
6      Q.  Are you aware of any purchases that WEC
7  has ever made of billboard space with respect to
8  IDPP?
9      A.  We had billboards.  I don't know.  That,
10 again, I would assume is part of the record.
11     Q.  So if it's not in the record that you had
12 done that in 2016, you don't know if -- you don't
13 recall doing it from 2017, forward?
14     A.  I do recall doing -- working on
15 billboards, but I don't recall if that ever came to
16 fruition or if it was -- you know, there were -- I
17 don't -- I don't remember.  I know we had
18 billboards designed.
19     Q.  But you currently don't have any
20 billboards up, you know that?
21     A.  Correct.  Unless there's one out there
22 that I'm not aware of.
23     Q.  Unless someone else put up a billboard.
24     A.  Yeah.
25     Q.  So let's go to the next page.  I think we

Page 138

1  can go to the next page, 'cause -- and then let's
2  go to the next page.
3      MS. CALLAIS:  Yeah, so I think that is
4  all that I have, Ms. Wolfe.
5      THE WITNESS:  Okay.
6      MS. ROTKER:  I'm good.  And I appreciate
7  you staying and getting this done and taking time
8  out of your busy day.  But I'm ready to say let's
9  go off the record and let you get to what you need
10 to do.
11     THE WITNESS:  Thank you.
12     THE VIDEOGRAPHER:  Time is 12:20 p.m.
13 Central time, and we are now off the record.  This
14 ends today's deposition.
15     COURT REPORTER:  The transcript has been
16 ordered expedited and a rough.  Would you like to
17 receive those?
18     MR. MURPHY:  Yeah, please.  Same as they
19 get.
20     (Deposition concluded at 12:20 p.m.)
21
22
23
24
25

Page 139

1      STATE OF WISCONSIN  )
                          ) ss.
2      COUNTY OF MILWAUKEE )
3      I, ANITA KORNBURGER, Registered
4  Professional Reporter and Notary Public in and
5  for the State of Wisconsin, do hereby certify
6  that the preceding deposition was recorded by
7  me and reduced to writing under my personal
8  direction.
9      I further certify that said deposition was
10 taken remotely, with all parties appearing by
11 videoconference, on September 2, 2020,
12 commencing at 9:01 a.m. and concluding at 12:20
13 p.m.
14     I further certify that I am not a relative
15 or employee or attorney or counsel of any of
16 the parties, or a relative or employee of such
17 attorney or counsel, or financially interested
18 directly or indirectly in this action.
19     In witness whereof, I have hereunto set my
20 hand and affixed my seal of office at
21 Milwaukee, Wisconsin, this 7th day of
22 September, 2020.
23     _____
        ANITA KORNBURGER, RPR - Notary Public
24
    My commission expires May 24, 2021.
25

Page 140

1           SIGNATURE PAGE OF MEAGAN WOLFE
2  Page    Line        Should be Changed to Read
3  ____   ____    _____
4  ____   ____    _____
5  ____   ____    _____
6  ____   ____    _____
7  ____   ____    _____
8  ____   ____    _____
9  ____   ____    _____
10 ____   ____    _____
11 ____   ____    _____
12 ____   ____    _____
13 ____   ____    _____
14 ____   ____    _____
15 ____   ____    _____
16 ____   ____    _____
17 ____   ____    _____
18
19     I, MEAGAN WOLFE, hereby certify that I have read
   the transcript of my testimony taken under oath and that the
20 transcript is a true and complete record of my testimony, and
   that the answers on the record as given by me are true and
21 correct.
22     _____
               MEAGAN WOLFE
23 Sworn to before me
   this____ day of _____, 2020
24
   _____
25         Notary Public

Pages 137 to 140

**A**

**a.m** 1:23  5:3
44:6,9
79:22,25
88:18,21
124:4
139:12
**abide** 60:24
**abilities**
19:5
**ability**
60:12
**able** 8:10
15:10  16:7
34:19
35:12,12
41:6  42:6
85:20  88:4
102:15
109:21
112:3
115:11,17
115:25
116:20
125:12,14
**absentee**
15:2  22:18
26:2,19
27:8,9,13
27:16,21
28:3  33:21
35:23  36:1
40:19,25
41:2,9
45:3  58:2
71:6,9,10
75:22
114:17,20
115:9,20
115:21
130:7
134:19
**absolutely**
27:7  44:2
**absorb** 85:12
**acallais...**
2:13
**acceptable**
3:7  53:3
55:23

**acceptance**
5:20
**access** 3:21
22:10  29:9
47:4,8,10
48:2,5
61:23,24
69:5  78:24
79:2  92:2
93:1
103:24
104:20
113:6
114:4
**accessib...**
19:8,17
23:19
**accessible**
67:3
**accidental**
67:24
**accommodate**
18:20
98:16
**accomplish**
116:20
134:18
**accounts**
87:13,16
**accurate**
27:6  41:24
56:19  67:4
68:9  70:6
95:22
101:23
111:15
117:13
118:15
127:21
**accurately**
8:10
**acknowle...**
103:22
**ACLU** 2:6
5:22
**action** 1:4
5:6  125:23
127:10
139:18
**actively**

18:6
**actual** 18:11
43:14
54:13
**ad** 34:7
68:16
**additional**
10:11  49:5
69:10
121:19
122:10
129:5
137:4
**address** 6:24
7:3  28:8,9
35:5
**addresses**
14:14
**adequate**
38:20
**administ...**
33:18
100:2
**administ...**
6:25  10:17
10:25  11:2
11:6
**ads** 23:5
67:22,25
68:1,15,18
68:20,22
68:24  69:8
69:12,14
69:17
86:10,12
88:7
112:10,12
113:19
114:8
**advance**
120:12
**advertise**
89:4  137:1
**advertised**
30:25  31:3
**advertising**
29:19  34:6
75:16  87:1
87:2  89:20
136:1

**advise** 20:1
**advisement**
28:18
**advises**
108:22
**advisory**
19:8,17,21
19:23
23:19
24:24
**advocacy**
84:25
85:20
95:16  97:1
97:5  98:22
99:12
126:19
127:4
**affect** 41:17
**affirmative**
97:11,12
**affirmat...**
25:5  97:8
**affixed**
139:20
**agency** 11:8
11:9,12
34:7  75:13
75:14,14
75:15,16
75:16
78:18
79:12
87:12
117:16
136:1
**Agile** 13:4
90:16
**aging** 23:22
**agree** 9:21
28:16
**agreed**
120:16,22
**agreement**
60:21,24
121:3
**ahead** 8:2,6
76:11  91:6
91:9  95:2
107:12

118:24
119:7
121:16
**aimed** 123:7
**air** 103:6
113:7
**aired** 112:13
112:18,24
113:2,4,19
**al** 1:14,18
5:7,8
**Alexandra**
13:3  37:11
37:15
44:12
48:12
49:12
52:24  54:6
67:10
72:25  74:6
76:5  91:9
92:14  93:6
**Alexandra's**
13:1
**allocated**
69:17
**allow** 18:17
83:18
**allows** 30:21
**Amanda** 2:11
6:5  88:12
94:17
**American**
23:14
**amount** 26:15
26:16
**analysis**
63:14
101:3
**analytics**
51:16,23
104:11,15
104:16,24
105:3,6,12
105:12,23
106:19
107:2
111:6,9
**analyze**
52:20

analyzed
 51:18
analyzing
 106:13
and/or 3:21
 92:3 93:12
animated
 70:4,5
Anita 1:5,24
 5:10 139:3
 139:23
ANN 1:9
announce...
 132:18
answer 7:18
 8:6,7
 18:16 25:7
 25:24
 31:25
 38:17
 41:22 42:6
 48:8 50:24
 51:21
 56:15
 71:21
 72:17
 73:24
 78:11 84:6
 102:15
 109:21
 118:18
answered
 96:19
 132:6
answering
 8:1
answers
 120:8
 140:20
anticipate
 133:16
 136:15
anybody
 97:15
 126:20
anymore 58:9
anything's
 111:5
anytime
 68:13

apologies
 93:25
apologize
 80:24
 81:19
 86:23
APONTE 1:6
appear 49:9
 56:11,12
 66:7 93:22
appearances
 11:14
appearing
 2:5,9,14
 139:10
appears 50:1
 50:12,20
 52:12
 56:19 92:5
applicat...
 105:18
 107:2
apply 131:1
appreciate
 94:18
 138:6
approaches
 40:7
appropri...
 69:10
approval
 12:8,9
approve
 43:12
approved
 116:10
approxim...
 114:19
April 27:8
 99:9
 102:11
area 20:11
 21:17
 48:10 73:9
 73:12 83:6
areas 4:4
 56:18
 93:20
arena 21:11
argue 125:4

arrangem...
 133:16
arranging
 18:11
array 19:9
articles
 36:24
asked 3:9
 8:1 56:1
 56:14
 79:17
 86:23
 103:17
 120:12
asking 28:15
 38:9 42:3
 51:25 63:6
 125:4
 126:3,3
aspect 99:21
 103:20,21
assess
 126:12
assessed
 84:15
assessment
 107:10
 108:1,14
 109:7
 111:18
 115:14
assist 14:15
 15:10 22:8
 30:19 31:1
 35:13 36:9
 86:19
assistance
 12:16,18
 13:22 15:9
 22:7 47:2
assisting
 46:19
assists 34:1
associated
 62:5
assume 29:24
 74:1
 126:20
 137:10
assumed 17:6

attached 4:7
attend 96:20
 127:4
 131:6
attended
 126:24
attending
 5:16 96:14
attorney
 8:20
 139:15,17
audiences
 87:25
August 26:20
 94:2
authority
 100:3
availabi...
 102:10
availabi...
 79:10 80:5
 95:21
 103:13,19
 109:13
available
 17:23 21:3
 21:4 23:1
 23:5,7,9
 26:24 31:9
 33:10
 42:22 43:4
 43:6 51:23
 63:22 69:3
 72:20
 102:14
 124:3
 126:13
 128:14
 129:19,23
 129:23
 130:22
 135:12
Avenue 7:6
average
 111:4
aware 12:13
 12:20
 13:23
 21:22
 41:11,12

47:3,7
65:25
80:14 81:7
93:10
108:4,6,8
109:16
110:3
117:22
137:6,22
awareness
107:22

———————
**B**
B 2:21 3:1
 4:1
back 18:23
 23:10
 28:18
 31:11 34:3
 44:4,10
 61:7 64:20
 66:2 67:18
 70:19 71:8
 76:17
 77:15
 79:15 80:1
 81:19 83:8
 87:10
 88:22
 115:20
 117:11
 118:11
 121:9,13
 124:16
Badger 117:5
ballot 3:4
 14:9,25
 21:5 22:18
 27:16,21
 31:7 34:12
 48:24 58:2
 112:7
 114:20
 115:9,20
 115:21
ballots 41:6
 75:22 77:5
 108:25
 109:4
 115:11

```
banners              115:3                39:21  47:1        84:11                128:18
  36:23              117:3,13             65:23              85:19  86:5        Callais 2:11
base 27:18           118:6,9,9            76:24              86:25  87:1          2:19  6:5,5
based 21:15          119:5                84:24              91:3                 94:18,21
  66:22              121:17               88:25,25           113:12              109:24
  107:19,19          123:2,9            boxes 64:5           116:11              119:19
  110:18,22          127:21               123:3            budgetary            120:3,8,19
basic 30:21          128:5,12           brand 90:3            116:9              121:7,15
  33:16            benefit 13:1         break 7:24          budgets              124:10
basically          best 77:4             8:2  43:19          11:16  84:4         125:2,11
  24:8  29:8         120:22               43:23,25           84:9               125:19
  31:21  49:5        124:25               44:8  79:18      Buffalo 2:7          136:2,8
basis 20:15        better 135:3          79:24            built-in              138:3
  129:2            BEVERLY 1:9            80:24,25           105:11            called 6:13
  131:20           beyond 8:17           88:11,20         buried 25:21           41:16
bed 124:20           30:19             brief 8:17         buses 86:13            68:24
began 9:9,11         105:2               43:23,25         busy 6:19           calling
  34:11            big 66:15             69:2               138:8                14:24
begins 38:5        bigger 48:3         briefly 69:4       buy 114:1             135:4
behalf 1:14        billboard             117:6            buys 69:3,7         calls 133:17
  2:5,9,14           137:3,7,23        bring 3:4            113:8,14          campaign
behavior           billboards           14:9,25            113:22              11:18
  26:18              86:17               21:4  22:9        116:16              14:20  41:4
  94:13              136:25              22:13,25        _____        42:24
  110:23             137:5,9,15          23:11  31:6          C                 49:16  50:4
  115:23             137:18,20           34:12  46:4     C 2:1                  50:5,5,13
believe            birth 45:7            46:17           calendar              50:20  73:6
  14:24              45:17               48:11,23          27:22               82:3  83:9
  19:15              54:23  55:9         50:4  51:14       124:18              86:25
  20:13              58:7  59:21         64:22  67:8       126:16,16           95:10,13
  21:13,16           60:13               67:20            126:18,24           103:22
  21:22,25           62:23  78:5         72:11  86:1       127:2,3            104:6,9,15
  25:3,9,10          80:16               112:13           132:15              104:23
  30:4  31:2       bit 12:13             117:23           134:24              107:17
  42:7  43:16        29:7  34:3          135:18           135:4,6             108:3,14
  45:20  51:5        48:23  95:6       BringIt....       calendared           108:17,20
  51:12              99:20               14:10            134:25              109:6,9
  52:21              107:7,9             48:24           calendars            128:7
  66:18              129:12            broad 40:9          33:9              campaigns
  68:11              131:9,12          broadband           126:21              29:19
  69:15,17         black 20:5            4:3  93:20        135:2                80:16
  70:10  79:8        20:10             broadcast         call 30:14            81:13,14
  84:18              31:18               86:5  87:25       30:18  34:5          81:24,25
  104:3,10           93:11             brochures           45:12               98:2
  104:16           blast 49:23           23:4             46:18,24            101:10
  105:25           BOARDMAN            browser            46:24               106:14
  111:11             1:11                67:12            47:15             capacities
  113:5,13         booked             budget 31:14        68:21               1:11
  113:23             124:19             42:19  69:9       100:13            captured
  114:9            bottom 39:17         83:25            120:20               71:7
```

**card** 14:9, 24
  48:19
  50:16, 16
  61:10 62:1
  62:21 63:2
  63:17
  65:25
  85:24
  116:23
  122:20
  129:16, 19
  130:3, 4
**cards** 127:18
**career** 9:7
**case** 1:8, 17
  5:8 9:9
  95:3
  114:10
  123:22
  126:2
  127:14
**cases** 6:2
  13:8
**CASSANDRA**
  1:6
**cast** 41:6
  115:11
**catch** 17:4
**categories**
  3:22 92:4
  93:16
  95:19
**categorize**
  82:21
**cause** 37:3, 8
  37:16
  43:20
  75:15
  78:21
  90:17, 24
  98:1
  101:14
  123:4
  138:1
**celebrities**
  86:19
**cellular**
  94:14
**center** 5:13
  30:18 31:8

  32:19
  47:16
**centers**
  123:15
**central** 5:3
  78:8
  138:13
**centralized**
  127:2
**certainly**
  15:24 16:5
  21:9 22:23
  29:1 32:21
  35:7 48:25
  56:16 58:4
  62:4 73:16
  75:5 79:13
  98:16
  106:6
  112:15
  116:14
  118:21
  120:13, 21
  126:25
  131:19
  134:12
**certificate**
  45:7, 17
  54:23 55:9
  58:8 60:13
  62:24 78:6
**certific...**
  59:22
  80:16
**certify**
  139:5, 9, 14
  140:19
**cetera**
  127:11
**chain** 3:6
  49:21, 22
**chair** 24:4
**challenges**
  19:9
**change** 98:1
  116:1
  118:4
**changed**
  107:21, 25
  111:5, 8

  117:9
  118:11
  140:2
**changes**
  110:4, 5
  117:17
**changing**
  12:12
  111:24
**channels**
  69:5 113:6
**charge** 33:13
**check** 100:7
  100:10
  109:25, 25
**chief** 7:1
**choice** 54:14
  114:3
**choose** 103:8
**circumst...**
  32:13
**cities**
  127:20
**Citizen** 1:4
  125:23
  127:10
**citizens**
  23:17
**city** 123:7
**clarify** 9:19
  16:23 46:8
  86:24
**clear** 6:9
  7:15 41:3
  41:4 65:8
  75:18 97:3
  101:5
  103:1
  111:10
  112:11
  113:25
  121:24
**clerk** 16:14
  37:3 62:2
  79:11 96:4
  96:8 99:21
  99:21
**clerks** 17:14
  59:2, 5, 8
  72:20, 21

  73:2, 4
  75:21 77:4
  79:12
  83:10, 14
  83:15, 19
  83:24, 25
  83:25
  84:11, 16
  84:21 94:5
  94:8 95:16
  99:2, 24
  100:12, 19
  100:22, 25
  101:17, 19
  128:6, 8, 10
  128:13
  129:17, 20
  130:1, 2
**clerks'**
  94:14
  102:1
  126:19
  127:5
**click** 48:21
  49:5 67:22
  67:24
  105:22
**clicks** 49:10
**close** 33:7
  88:12
  119:17
**closed** 48:6
**closer** 13:18
  112:2
**co-counsel**
  114:12
  117:7
**CODY** 1:5
**cognitive**
  19:19
**Coie** 2:11
  6:6
**collected**
  92:24
**color** 93:11
  122:20
**come** 22:15
  22:17 32:5
  44:4 63:16
  72:14

  81:19 97:9
  111:12
  121:8, 12
  124:15
  132:5
  134:12
**comes** 104:15
**coming** 20:14
  47:21
**commencing**
  139:12
**commission**
  3:13 7:1
  9:6, 8, 25
  10:9 11:8
  12:10 24:4
  36:18 41:3
  42:23
  43:10, 11
  58:19, 25
  63:5, 9
  69:20, 22
  69:23
  115:1, 5, 7
  116:10
  136:17
  139:24
**Commissi...**
  57:9
**commissi...**
  134:4
**committed**
  102:11
**committee**
  19:8, 17, 21
  19:23, 25
  23:19
  24:25
**communicate**
  39:24
  133:8
**communic...**
  133:17
**communic...**
  133:1
**communities**
  23:13, 14
**community**
  20:5 21:23
  23:22

24:23,24
31:18
32:19 69:5
113:6
123:15
compare
77:20
106:16
complete
121:18
140:20
completed
27:22
completely
7:17
133:15
comply 116:6
component
40:20
components
59:9 95:7
95:12 96:8
computers
93:12
concept
45:11
60:15 73:6
concern 89:2
concerning
135:8
concluded
138:20
concluding
139:12
conduct
16:10
conducted
18:9
conferen...
5:17
confess
114:15
confined
26:3,12,23
27:2 45:14
confirm
136:23
confirma...
121:1
124:1

confirmed
121:5
confused
89:1
connection
107:9
consent 6:3
6:7 12:10
consider
43:12 51:2
81:22
consider...
116:9
considered
42:23
44:24 63:5
63:10
136:17
consistent
118:22
consiste...
47:25
consists
19:21
consolid...
5:8 6:2
13:7
consortium
60:23
consortiums
132:1
constitutes
12:17
constraints
120:15
contact 3:3
12:15
14:14 19:7
20:4 32:15
45:2 61:1
96:22
132:25
133:19
contacts
21:21
contempl...
98:10,10
98:12
content 29:4
57:13

87:23,24
88:5 103:3
103:8
113:7
118:8
contents
38:4 49:8
65:4,9
66:10,13
context
48:23
57:14,18
58:21
97:19
134:17
continue
87:11
121:4
129:20
continued
10:10
15:25
contract
34:8 43:7
43:15
47:15
69:16
contractor
34:5,6
control
99:16,24
103:3,8
controlled
103:4
conversa...
8:17
134:21
conversa...
17:21
100:8
111:25
131:22
cooperating
124:25
cooperation
125:3
cooperative
121:5
cooperat...
124:24

coordinate
12:3 20:18
23:21
30:18
34:19
coordinated
29:2
coordina...
11:15
133:7
copied 49:22
81:7 90:4
copies 4:7
29:11
46:11
122:20,21
123:6
127:8,8,18
copy 67:4
130:9,12
core 11:11
correct 8:21
8:25 10:20
11:4 16:25
21:12
22:12 24:9
25:18
29:21
31:15,24
38:15,16
39:25 40:1
41:1 44:25
46:4,11,12
46:15 47:1
48:20 49:6
49:22 50:4
50:22
51:11
52:15,20
53:4,11
54:1 55:13
56:2 58:7
59:18 60:9
60:20
61:10
62:17
64:17 67:5
67:20
68:10,17
69:12,13

70:1,2
71:11,14
72:6,7
73:12,13
73:19,20
73:22
75:17
77:10,18
78:9,16,24
79:3,4,7
79:12 80:5
82:20 83:5
83:11
84:22 85:1
85:9,10,14
85:22 86:7
86:9,11
87:13,14
87:17 88:8
90:5 96:3
96:17 97:6
99:15,19
101:20
103:7
105:23
107:6
113:16
114:6,18
116:24
137:21
140:21
corrected
118:21
correspond
108:23
cost 116:14
costs 84:8
counsel 4:7
5:18 8:4
9:1 28:13
28:17
74:10 89:6
90:25
119:16
123:25
135:23
139:15,17
count 17:13
counties
83:22

County
101:12
139:2
couple 7:10
9:20 34:15
course 12:9
15:3 16:2
21:6 26:10
27:17,19
33:25
40:19
116:12
131:3
136:24
court 1:1,25
4:5 5:12
7:12 67:17
119:6
138:15
court-ap...
122:20
cover 19:19
64:13 96:1
coverage
102:12
covered 42:8
covers 21:16
30:12
Covid 32:13
84:5,12
111:23
130:8
create 87:19
88:5
created
35:17
64:20
74:18,20
75:2 92:1
creation
35:3
credential
116:6
credible
93:4
current 70:6
109:23
133:22
currently
45:3 63:3

106:2
117:23,23
137:19
custom 117:4
customer
14:12
customize
59:11
cyber 40:10
cycle 76:3
108:25

--- D ---

D 2:16
D.C 2:12
data 27:2,5
27:10
51:23
61:22
92:23,24
93:2,2
94:13 98:3
104:1
105:14,16
106:16
107:1,20
111:14
117:3,4
database
33:24
date 53:18
77:1
108:19
dates 57:24
77:16
DAVID 1:6,6
day 64:5
109:1,3,4
112:3
123:4
138:8
139:21
140:23
daylight 5:3
days 53:17
53:18,22
112:6
117:25
118:12
Deadlines

3:11 57:8
dealing
35:20
decent
102:12
defendants
1:12,19
2:5 6:2
define 32:16
40:8,17
definitely
103:11
definition
40:10,13
definiti...
115:22
delay 60:9
deliverable
39:14
delivera...
36:21
42:11
delivered
123:14
delve 14:17
demands
120:11
124:24
department
2:2 3:20
6:1 92:1
92:11,25
depends
16:20
28:25
83:10
116:17
119:21
120:5
132:12
133:6
deposed 7:8
deposition
1:21 5:5
5:11,15,20
6:3,4,7
7:10 8:14
9:3 28:19
41:17 85:3
124:2,6,9

124:12
138:14,20
139:6,9
deputy 10:17
describe
72:23
106:12
described
55:2
description
2:22 3:2
4:2,11
35:15 55:2
descript...
55:1
design 10:13
designed
137:18
desk 14:13
46:18,25
47:11
detail 39:12
43:9
detailed
27:9
details
39:18 43:7
determin...
104:1
determine
57:18
104:5,7
109:8
determining
110:9
different
3:22 20:19
21:10 26:4
26:4 36:24
40:9,13
65:17 66:4
66:25
81:20 82:2
92:3,3
98:2,11
108:12
110:24
127:15
136:21
differen...

105:9
difficult
32:16 36:8
digital 29:9
46:14 47:4
47:8 48:2
48:5 49:16
50:20
52:11
68:22
69:14,17
78:23 79:1
86:24 87:2
digitally
55:13 69:4
79:6
direct 3:3
11:23
15:20 45:2
84:8 90:1
103:25
125:15
directed
42:23
115:7
direction
12:8 89:12
139:8
directive
100:3
114:25
115:4
116:2,8
directives
43:13
directly
73:15
139:18
disabili...
19:13,20
24:25
discovery
124:23
discrepancy
136:4
discuss
20:16
35:23
131:7
132:13

discussed
  19:15,16
  32:19
  85:18
discusses
  78:7 80:4
discussing
  20:23 21:2
  21:5,6
discussion
  84:14
  120:6
discussions
  21:10 82:7
  98:16
  132:5
display 49:1
disruptive
  79:17
distinction
  38:7
distribute
  122:21
distributed
  123:20
distribu...
  4:12 25:4
  25:9 28:14
  28:23
  97:20 98:4
  132:19
DISTRICT 1:1
  1:2
diversify
  109:5
Division
  30:19
  59:17
DMV 15:10
  35:12 36:8
  36:12 55:3
  60:9,18
  66:6,8
  109:25
  111:14,20
  111:23
  119:9,14
  121:17
  122:1,2,3
  122:9,15

  136:11
DMV's 109:22
DMV-issued
  116:5
doc 12:25
  13:3 37:11
  44:13
  48:13
  49:12
  52:24
  53:15 54:6
  55:16 57:2
  58:22
  59:24 64:6
  76:6,11
  77:15 81:3
  82:9 92:16
  118:25
  119:1
document
  3:12,17,21
  3:24 12:17
  12:19
  13:11,19
  33:11
  37:10,14
  37:16,23
  38:4,5,25
  39:16
  44:20,24
  45:5 50:3
  50:8,9,14
  51:7 52:9
  52:9 55:21
  56:22 57:4
  57:6,7,16
  58:12,18
  58:23 60:1
  64:9,10,15
  65:4,22
  66:7,16,21
  66:23 74:4
  74:9,11,18
  74:22
  79:16
  83:12
  84:23
  89:11
  90:15
  91:22 95:6

  95:7,19
  96:25 97:7
  107:8,10
  119:3,20
  119:22
  120:23
  121:10
  124:13
  127:7
  128:3,24
document's
  58:11
document...
  8:16,23
  14:4 49:19
  126:13
  128:9,12
documented
  127:11
documents
  8:24 12:23
  29:12
  36:12
  42:12,15
  52:23 53:8
  54:17,24
  54:25
  59:22 65:7
  65:18,24
  66:5 68:5
  68:16 71:3
  74:19,25
  76:9 78:4
  80:16 83:4
  89:4,18
  119:23
  126:5,5
doing 10:10
  18:20
  36:15,24
  39:7 64:20
  67:12
  86:12 88:3
  89:20 99:1
  101:10
  102:10,11
  104:22,25
  124:23
  128:20
  131:13

  136:15
  137:13,14
DON 1:10
dot 120:14
double-c...
  25:10
double-c...
  68:12
doubt 58:17
  92:7 93:2
  93:24 94:3
doubting
  58:20
  125:3
downloaded
  54:11
  55:20,22
  129:24
DPI 92:24
draft 12:7
  41:3 45:23
drawing
  74:24
drink 79:20
Drive 5:13
driver's
  61:9,18
  62:1,10,21
  63:17
duly 6:14
duties 11:5
  17:6
_____
        E
E 2:1,1,16
  2:21 3:1
  4:1,9,9
  6:16 94:20
e-mail 3:6
  14:14
  29:10
  49:21,22
  49:25 50:6
  90:5
  111:12
  124:2
  133:4,17
earlier
  15:17 34:4
  41:16

  60:16
  74:10
  83:14
  85:19 86:4
  96:12
  97:10,21
  99:22
  101:16
  114:11
  127:24
  128:23
early 10:22
  77:3 80:5
  85:3
earned 36:23
  36:25
  95:17,21
  95:24 96:9
  102:4,6,21
  102:25
  129:1
  133:21
East 2:7 7:5
echo 15:15
educate
  99:17
education
  1:4 39:17
  95:8 108:2
educational
  19:4 36:22
  109:14
effective
  73:6 102:1
  104:5
  107:17
  108:2
  115:16
effectiv...
  104:14,23
  106:4,15
effort 18:25
  19:3 34:22
  75:5
efforts 12:4
  17:23 20:4
  20:18
  21:11,19
  21:23
  109:15

112:1
123:10
**eight** 80:17
82:4,12
85:15
107:12
135:7
**eight-week**
111:17
**either** 13:7
30:5 54:3
62:5 69:7
84:11 94:6
96:8
104:24
112:12
114:2
**election**
3:13 7:2
15:4 26:20
33:17
34:21
36:20 37:5
37:7 39:8
39:23,25
40:8,15,16
47:14,23
47:23 58:1
58:24 59:9
76:3 77:3
78:20 80:9
80:18
82:12
83:21
85:16
87:20 89:5
89:19
100:2,3,6
107:12
108:24
109:1,2,3
109:4,15
110:9
112:2,3
114:21
121:19
130:23,25
**elections**
7:1 9:6,8
9:25 10:9

11:7 14:21
16:19
32:19 57:9
58:19 59:8
82:11 91:2
106:21
135:20
**election...**
15:7 31:8
56:3 98:20
**electors**
12:18 15:4
**electronic**
29:13
127:8
129:16
**elements**
41:10
**eligible**
28:8 61:1
104:19
**embedded**
72:22
**employee**
139:15,16
**employees**
16:13
**encouraging**
60:20
**ends** 138:14
**engage** 12:14
**engagement**
32:4 121:8
**engagements**
16:15
126:17,18
**engaging**
18:6
**English**
23:24 24:9
**ensure** 31:18
**ensured** 22:6
**entirely**
93:18
97:13
118:7
**entitled**
57:7
**ERIC** 60:21
60:23,24

61:22
62:19
115:2
**especially**
80:15
93:22
106:8
**essentially**
61:4
**estimate**
109:23
112:6,8
135:24
**estimates**
107:18
**et** 1:14,18
5:7,7
127:11
**evaluate**
107:16
108:14
**evaluating**
26:16
51:10
**evening**
20:12
**event** 18:13
98:8,9,10
98:12,15
**events** 16:14
16:15 18:7
18:9,11
98:11,21
98:22
**Evers** 1:18
5:8
**everybody**
33:16
**everythi...**
18:7
**evident** 55:7
**exact** 15:11
17:25
35:14
**exactly** 28:1
69:16 71:4
75:25
97:23
98:25
121:3

124:5
**Examination**
2:17
**examined**
6:15
**example**
35:23
45:17 51:8
55:3 56:13
57:23
93:11
100:6,11
101:5
105:21
116:4,16
122:11
123:20
126:23
127:3
128:4,10
128:22
**excellent**
20:1
**exception**
26:12
**Exceptions**
71:9
**excluding**
17:14
**exclusive**
21:9
**exclusively**
14:10
16:12
**excuse**
123:25
**exemption**
45:15
**exhibit** 2:22
3:2 4:2
13:5,12
37:12,13
39:1 43:9
44:14,17
46:9 48:14
49:20
52:25 53:2
54:10
55:17 57:3
57:3 58:23

59:25 64:8
74:4,6,8
76:12 81:4
83:8 87:11
88:25 91:1
91:15
92:19
93:19 95:1
95:2 119:1
**exhibits** 4:7
13:2,7
94:24
**exist** 10:3
**exists** 106:2
126:14
**Expect** 71:13
**expedite**
112:1
**expedited**
138:16
**expended**
69:9
**expendit...**
42:23
**expenses**
84:5
**expensive**
116:19
**experience**
66:22
110:23
**expert** 32:5
**expertise**
30:22
48:10 51:3
51:10
52:20 72:5
73:10,12
73:22 74:1
81:12,23
82:5 83:7
89:24
103:25
**expires**
139:24
**explain**
48:18
53:25 54:2
**explanation**
55:8 66:12

expresses 89:2
extended 113:17
extensive 14:12 19:7 23:20 45:10
extensively 73:16
extent 42:6 109:21
extraord... 120:11 124:24

**F**

face 19:9 54:21 94:9 94:10,11
Facebook 87:12 105:19
facing 56:5
fact 18:20 35:7 36:25 65:21 120:18
factor 110:21 111:2 116:12
facts 3:11 57:8,25
fair 82:21
fairly 102:12 120:8
fall 115:9
familiar 29:16 49:15 54:15 57:10 73:8 81:6,8 91:24 92:6 92:21 111:13 119:3
Family 92:10

FAQs 56:22 56:23
far 97:10
farther 13:9
fast 120:24
February 3:14 11:1 60:4 99:6
federal 84:7 116:19
feel 45:21
felt 77:8
field 121:18
figure 57:11
figured 67:10
file 27:21 45:4
filing 4:5 119:6
final 50:5,7 50:13
finaliza... 47:21
finalize 47:19
finally 88:24
financially 139:17
find 25:14 31:6 40:12 46:22,23 56:15 66:16 72:15 87:16
finding 34:23
findings 92:9
fine 45:24 54:15 55:24 79:19 91:8 91:18 92:13 124:14
finish 8:1
firm 73:18

first 6:14 25:7 27:15 27:15 28:3 34:22 37:17 57:24 59:13 77:17 78:12 82:11 109:13
five 44:3,12 53:15 54:6 76:16 82:15 88:11 95:19 119:16 120:1 129:15
five-minute 43:19
flagging 81:2
flipping 58:12
floor 7:6
flyer 14:25 25:11
flyers 23:4
focus 39:22 40:2,25 41:15 128:1 130:3
focused 19:4 25:20 26:11 134:15
focuses 14:10 16:12 41:8
focusing 37:6 40:15
folks 90:8 97:15 103:23 114:13,13 125:9,10
follow-up

94:24
followers 100:17
following 40:21 122:22 131:5
follows 6:15
forgetting 45:22
forgive 21:14
forgot 47:11 80:25
form 12:21 25:22 31:25 41:20 42:5 48:7 50:23 51:20 52:5 61:11 65:11 71:20 72:16 73:23 78:10 109:20 123:6 127:9
formalized 97:22
format 99:4 105:25
formats 72:13
former 17:6
forms 36:5 62:3
Forum 3:23 92:20
forward 137:13
found 35:24 45:10 64:1 67:24 88:24
FOUNDATION 2:6
foundati... 36:11

four 9:17 44:13 95:7 95:12 129:14 136:24,25
fourth 20:13 103:21
frame 93:3 110:6,7
free 15:10 35:13 36:9 45:18,21 46:6 48:20 49:1 50:16 50:16 59:16 60:9 70:19 71:3 71:17 78:2 100:13 110:10
frequently 3:9 56:1 56:14
front 15:11 27:3 42:21 123:23
froze 24:13 24:15,15 24:17
fruition 137:16
fulfilled 14:1
full 6:20 37:16 43:15 64:18,19 68:8
full-time 16:13
fully 8:10
fun 38:7
functional 22:15
FUND 1:4
funding 69:2
further 98:15 139:9,14

| G | | | | H |
|---|---|---|---|---|
| **GAGNER** 1:5 | 45:21 46:7 | 21:19 | 114:17 | **H** 2:21 3:1 |
| **general** 21:1 | 46:17 | 22:23 | 132:19 | 4:1 |
| 116:15 | 48:11 | 28:12 | 133:7 | **HAAS** 1:10 |
| 130:23,25 | 49:20 50:2 | 32:11 | **groups** 11:25 | **halfway** |
| **generally** | 50:3,14 | 36:21 37:9 | 12:15 | 57:23 |
| 60:15 61:9 | 52:9,23 | 42:12 43:8 | 17:12,19 | **hand** 117:11 |
| 77:22 | 54:9 55:16 | 43:20 46:9 | 17:22 18:2 | 139:20 |
| 134:15 | 55:17 56:7 | 46:18 | 18:6,12 | **handles** 12:2 |
| **genuine** | 57:3 58:15 | 67:13 71:2 | 19:1,3 | **handout** 23:4 |
| 58:18 | 59:24 61:7 | 77:23 78:8 | 20:3,5 | 53:12 |
| **gestures** | 64:9 65:3 | 78:17 79:2 | 22:1 23:16 | **hang** 12:12 |
| 7:12 | 66:2,23 | 79:6 81:17 | 24:22 25:2 | **happen** 63:15 |
| **getting** 15:9 | 67:8,25 | 85:8 91:11 | 25:6 29:9 | **happened** |
| 35:11 36:8 | 68:2 70:19 | 94:17 | 30:1 31:11 | 10:23 |
| 37:6 41:14 | 71:8 72:24 | 114:12,15 | 31:22 | 128:17 |
| 58:7 68:4 | 74:8 76:7 | 115:16,21 | 32:18 64:3 | 131:14 |
| 68:15 78:1 | 76:11,15 | 119:10,19 | 64:23 | 136:14 |
| 85:4 89:3 | 76:16,16 | 119:24 | 72:21,22 | **hard** 29:11 |
| 89:7 109:3 | 76:17,24 | 120:1,3,13 | 84:25 85:4 | 35:11 |
| 130:9,11 | 77:15 | 132:12 | 85:20 | 46:10 |
| 130:13 | 79:16 82:8 | **good** 5:2 | 87:21 88:2 | 112:5 |
| 138:7 | 83:8 85:13 | 6:18 24:1 | 95:16,16 | 136:21 |
| **GILL** 1:10 | 87:10,15 | 43:21 | 96:12,14 | **head** 14:5 |
| **give** 37:8 | 87:16 | 44:11 81:1 | 96:20,21 | 42:25 |
| 59:4 | 90:13 91:6 | 138:6 | 97:1,5,14 | 112:21 |
| 108:21 | 91:9,14 | **goofy** 49:9 | 97:25 98:6 | **Health** 3:20 |
| 127:19 | 92:18 95:2 | **Google** | 98:11,22 | 92:1,10 |
| 135:23 | 96:8 97:23 | 105:12,23 | 99:12 | **hear** 7:20 |
| **given** 23:24 | 98:19 | **gotta** 35:8 | 123:16,18 | 18:16,17 |
| 24:5 28:15 | 108:25 | **gotten** 90:20 | 125:22 | **heard** 84:10 |
| 30:14 | 118:24 | 130:17 | 126:10,19 | 84:13 |
| 126:5 | 119:7,8,10 | **GOTTLIEB** | 127:9,19 | 92:19 |
| 134:8 | 119:20,24 | 1:10 | 131:6,11 | 93:10 94:5 |
| 140:20 | 120:1,3,24 | **grainy** 13:14 | 131:16,19 | 94:8 111:7 |
| **giving** 31:22 | 121:16 | **grant** 116:19 | 131:21 | 111:8,25 |
| 103:18 | 122:18 | **grants** 84:7 | 132:2,25 | 112:22 |
| **GLANCEY** 1:10 | 124:19 | **granular** | 133:11 | **hearing** |
| **go** 7:9 8:2,6 | 129:11,12 | 27:9 39:12 | **growing** | 15:15 |
| 11:25 | 129:12 | **graphics** | 27:19 | **heat** 52:10 |
| 13:17,19 | 131:8 | 36:22,25 | **guess** 11:21 | **held** 9:17 |
| 18:6 31:11 | 132:24 | **great** 7:7,19 | 17:24 35:1 | 11:22 |
| 32:17 34:3 | 135:21,21 | 7:20,23 | 38:25 | 121:9 |
| 34:16,24 | 136:18 | 8:13 11:5 | 63:24 | **help** 14:13 |
| 37:13,16 | 137:25 | 37:20 | 106:13 | 14:15,16 |
| 37:17,20 | 138:1,2,9 | 52:22 61:3 | 117:15 | 30:19,21 |
| 39:11,15 | **goes** 49:11 | 88:15 | 130:15 | 30:23 32:3 |
| 40:21 | **going** 7:8 | **ground** 7:10 | 134:22 | 34:14 |
| 43:18 | 12:24 13:4 | **group** 16:1 | **guide** 3:16 | 46:18,25 |
| 44:17 | 14:17 | 19:11 20:7 | 64:18,19 | 47:2,11 |
| | 16:21 21:8 | 20:8 26:5 | **guides** 64:14 | |

72:23
97:25
103:1
**helped** 34:18
**helpful** 58:5
80:22
**helping**
11:23 12:3
20:1 33:19
35:2
**helps** 12:6
**hereunto**
139:19
**high** 39:8,9
39:11
**higher** 13:20
**highligh...**
95:10
**highlights**
67:1
**HILL** 37:19
76:13,19
**hired** 38:2
**historic...**
18:22
29:14
**hit** 44:22
46:12,20
**Hmong** 21:24
22:3 23:8
23:9 24:23
**hold** 99:22
124:12
**holiday**
47:20
**home** 23:6
48:20 49:2
49:3,9
**homeless**
19:1 24:23
**hope** 109:13
**Hopefully**
94:22
**hotline** 30:8
30:9,10,25
**hours** 47:19
120:23
**housed**
105:17,18
**HR** 11:15

**Hudson** 1:25
5:12
_____

**I**
_____

**ID** 3:15 9:14
9:21 10:2
14:5,11,19
15:9,13
16:2,4,7
19:13,16
20:23 21:9
22:20,22
23:14 25:6
25:17,19
25:20
27:13,17
27:19,25
28:2 30:1
30:9,9,24
31:1,2,4
31:18
32:15,20
33:20
34:12 35:5
35:12,15
35:20,22
36:2,7,12
38:8,11
40:19
41:13,16
45:6,8,14
45:18,19
46:1,2,6
48:19 49:1
49:17
50:16,16
50:18 52:2
53:8,10,16
53:18,25
54:2,3,22
54:24 55:3
55:4,9
56:8,16
58:7,15
59:17,22
60:7,12
61:10,18
61:18 62:1
62:10,21
62:22 63:1

63:11,17
63:22 64:1
64:14 65:5
65:7,10,12
65:25 66:4
66:7,8
67:2 68:4
68:16
70:20,23
71:3,17
77:22 78:1
82:18
86:20 89:3
89:18
100:14
109:18
110:2,8,10
110:10,19
110:24
111:4
112:4
115:13
116:23
117:25
123:14
130:7
131:1
134:13,15
134:16,19
136:13
**idea** 83:19
102:5
**identifi...**
12:17
13:22
**identified**
2:22,23,24
3:2,19 4:2
27:1
**identify**
5:18 12:15
106:7
136:11
**IDPP** 3:18
9:21,22
10:3 14:6
14:8,19,24
15:21,23
16:3 18:15
19:14,16

20:23 21:5
22:12,20
23:3,14
25:6,8,20
26:13 30:1
31:19
32:15,20
35:6,9,20
35:21 38:9
38:14,21
41:17 42:4
42:12 45:6
54:18 56:8
56:16,24
57:1,4
58:6 59:21
60:12
61:19
63:11,23
68:4,15
70:9,11
71:18
74:16,22
77:17,22
78:7,13,16
79:6 80:12
82:17,19
83:9 84:17
85:24
86:20,21
87:5,6,12
95:8,11,15
96:16 97:5
99:18
100:13,20
102:19,22
103:11,18
107:11,17
108:3,14
108:17
109:8,17
110:2,8,20
111:4
112:3
117:17
118:14
121:19
122:20
123:14
127:25

128:2,19
129:7,10
129:16,19
131:2
134:8,11
135:9,17
137:2,8
**IDs** 3:7 53:3
53:14 62:5
**imagine** 33:4
134:10
**impact** 84:9
**implemen...**
10:13
**implemen...**
75:7
**important**
20:1 22:17
26:5,8
75:20 76:1
77:8
**in-person**
18:22
131:6
**inadequate**
89:20
**include**
35:15 36:3
36:13
43:14
**included**
25:13
36:20
**includes**
25:16
**including**
22:3 23:1
25:17,19
32:20
79:10
**incorrectly**
78:22
**indefini...**
26:3,12,23
27:1 45:14
**index** 68:12
130:16,18
**indexed**
66:25
**indicate**

110:5
**indicated**
80:15
124:3
**indicates**
51:6 93:21
**indicating**
89:16
**indication**
63:1
**indicative**
62:12
**indirectly**
139:18
**individual**
32:9,12,14
32:17,22
33:13
**individuals**
20:10 26:1
104:8
105:14
116:22
131:6
133:7
136:11
**ineffect...**
106:14
**inform** 63:11
107:11
115:9,12
**information**
14:16
16:17 17:1
17:2 20:3
22:10,20
22:20,24
23:2,3,5
25:16,17
26:7 30:1
31:8,24
34:17,18
34:24,25
38:21
39:23 43:4
45:13 49:2
49:11 51:4
52:18
55:10
56:18

58:16
59:13
60:25 62:2
63:17
66:17 67:3
67:5 69:19
70:6 75:21
76:1 79:2
80:12
81:11 82:1
83:13,16
83:20
84:16
85:12,21
85:24
87:17 92:8
93:24 94:1
99:14,25
101:6,7
103:11,18
104:13
105:24
106:4,7,21
107:5,20
111:1
116:25
118:16
123:15
130:7,8
134:4
**informat...**
3:16 64:14
**informed**
122:9,14
**ingrained**
22:19
38:13 76:2
82:22,24
83:1
**initial**
82:13
111:6,9
**initiative**
12:11 29:1
63:4,9
**initiatives**
11:10,11
12:9 14:22
18:17,18
20:17 21:7

**inside** 86:12
**Institute**
1:4 5:7
**Instruction**
92:25
**instruct...**
129:17,21
**instructs**
8:6 117:24
**integrated**
14:6 15:12
**intent** 28:6
130:21
**interact**
100:8
**interaction**
19:7
**interest**
64:4
**interested**
78:1 97:25
139:17
**interject**
90:8
**internally**
12:24
**internet**
3:21 92:2
93:1,12,22
94:7,7
103:24
104:20
**interrupt**
80:21
**interrup...**
91:7
**interviewed**
133:20
**interviews**
24:5
133:25
134:7,12
134:14,23
**invitation**
97:23
**invitations**
17:20 97:4
133:3,10
**invite** 18:2
18:12 97:2

98:6 131:5
135:4
**invited**
15:25
131:23
**invites** 97:8
97:11
102:17
**inviting**
102:9
**involve**
133:17
**involved**
11:9,18,22
12:7 32:6
98:2
**isolated**
51:7
**issue** 50:22
53:18
82:18 90:9
90:15,15
90:21 91:6
94:9,10,11
134:17
135:8
**issued** 3:12
3:14 53:23
58:18,24
60:4 61:12
135:11,16
135:19
**issues** 81:13
85:5
**issuing** 77:5
80:4
**it'll** 118:25
131:5
**item** 119:8
119:11,11
120:3,4
121:16
122:19
129:13,15
131:4
133:18,21
135:7
136:9,22
136:24
**items** 42:17

136:3

**J**

**JACOBS** 1:9
**Jasmine**
20:11
**JENNIFER** 1:5
**Jersey** 5:14
**JOHNNY** 1:6
**Johnson** 1:5
20:11
**join** 125:14
**Judge** 38:19
**JULIE** 1:10
**jurisdic...**
59:11
**jurisdic...**
101:10
**Justice** 2:2
6:1
**JUSTIN** 1:14

**K**

**Karyn** 2:7
5:22 80:20
90:23
**keep** 33:6
43:20
45:22
125:20
126:16,16
126:18
**keeping** 33:4
**Kenosha**
101:7
128:21
**kept** 33:7
**key** 44:25
57:24
**kick-off**
77:1
**kind** 20:17
51:4 70:14
85:4 86:15
97:14 99:3
109:10
112:6
135:5
**kinds** 24:22
29:19 51:3

```
96:4 99:21        68:12 70:8       109:22            knowledge        largest
101:17            70:13,15         110:22,25         49:7             84:14
130:2,17          70:16,25         111:3,5           104:13           late 10:22
kits 34:20        71:2,4,16        112:5,16          117:11           124:22
37:3 79:11        71:22,24         112:18,20         118:3            135:25
128:9,13          72:1,2,4         112:23            119:12,13        Latinx 21:18
128:24            72:14,20         113:1,4,6         127:17           24:23
know 7:7,11       73:5,25          113:8,10          Kornburger       93:11
11:15             74:20 75:4       113:11,18         1:24 5:10        launch
13:25 15:8        75:8,9,11        113:21,24         139:3,23         107:16
15:17             75:24,24         114:7,14          KRISTINA         108:2
16:14,20          76:18            115:14,22         1:11             109:12
17:10,10          77:13            116:9,17          krotker@...      launched
17:15,17          80:11,13         116:21,24         2:9              108:13
17:21 18:5        82:25 83:2       117:8,10          KW2 29:16        launching
18:8 19:6         83:5,22,24       117:12,14         34:4 35:18       82:14
19:10,12          84:2,3,8         118:1,1,19        36:15 38:2       law 9:14
20:8 21:5         85:11,19         119:15            38:9 40:3        12:14 13:4
21:6,13,14        86:20,20         120:4,4,7         40:23,24         13:23
21:20             86:25 87:3       121:2,2,4         42:19            53:21 56:9
22:14,21          87:5,6,7         121:21,23         43:15            59:7 83:17
24:14             87:15,16         121:25            50:13 51:2       90:16
25:11,21          87:19,24         122:6,7,8         51:8 52:19       117:16
26:14,22          88:7,10          122:12,12         72:5,12          lays 95:7
29:4,16,22        89:9,25          122:23            73:14            League 11:25
30:13,17          91:15,18         123:3,5,11        75:11 82:2       15:18
31:14 32:2        92:11 93:4       123:11,17         104:11           125:23
32:9 33:7         93:14,25         123:19,19         105:3            126:23
34:23 35:8        94:1,3,12        123:23            120:18           127:10
35:11,18          94:13            124:20            KW2's 43:7       132:4
35:25 36:6        96:20,22         125:16            50:4 73:11       learn 46:5
38:16,17          97:13,17         126:14            104:15           learned 35:3
39:10,12          97:22 98:3       127:13,15         ————————         111:19
39:18 40:4        98:5,14,24       127:24            L                learning
42:2,4,14         99:2             128:15,17         L 1:9 2:7        45:24
42:25 45:9        100:11,15        128:18            5:7              91:13
46:19             100:17,18        130:4,20          lack 3:21        leave 124:12
49:19             101:4,5,6        130:21,22         48:2 92:3        legal 33:25
50:25 51:5        101:11,11        131:10,12         94:6             leisure
52:17 53:6        102:8,18         131:19,25         landing 23:1     98:14,18
53:24,24          103:10,16        131:25            language         length 9:8
56:12,17          104:18,20        132:12,20         22:5,7           21:6
56:19 57:5        105:9,10         133:5,9,14        91:4             110:18
57:11,15          105:13,25        134:5,6,14        lapse 116:11     let's 7:16
57:16             106:9,10         135:1,3,9         116:11           11:25
59:21             106:11           137:3,9,12        large 38:4       13:14
63:13,15          107:1,3,18       137:16,17         larger 74:19     17:14 25:7
64:20             107:23,24        137:20            95:10            34:3 44:12
65:21             108:11           knowing          108:22           44:17
66:14,23          109:1,14         117:16            109:6,9          48:11,14
```

49:20 50:2
50:3,14
52:8,23,24
53:20 54:9
55:16
58:22
59:24 61:6
64:6,6
65:3 67:7
67:24
68:19 70:3
70:17 74:3
77:15
79:16
81:18 83:8
87:10
91:14
92:18
93:19 95:2
102:6
119:7,8
121:16
122:18
125:18,20
135:21,21
136:18
137:25
138:1,8
**letter** 47:6
**letterhead**
57:9
**letting**
86:20 97:9
**level** 39:9,9
39:11
49:15
51:10
**libraries**
48:5
123:15
**library**
32:18
**license** 61:9
61:18 62:1
62:10,21
63:1,17
**limited** 19:4
94:7
120:13
**line** 35:3

63:22
120:1,1
140:2
**lines** 36:6
**link** 130:14
130:16
**links** 29:10
54:25
55:10
112:10
**list** 4:12,12
24:21 25:1
25:3,4,9
28:14,14
28:23
29:23,25
30:1 32:23
33:1,4,5
33:10
36:17,20
54:22 68:9
97:15,20
98:4
**listed** 60:18
60:19 61:5
61:17 62:1
68:1 69:25
127:9
130:5
**listen** 68:7
**listened**
68:14
**lists** 65:16
76:9
123:12
**literally**
124:18
**litigation**
112:20
**little** 11:19
11:19
12:13
14:17
15:15
18:24
23:11 29:7
31:10 34:3
48:22
66:16,18
99:20

107:7,9
117:12
129:12
131:8
133:13
136:20
**live** 135:6
**load** 37:15
91:9 92:15
93:7
**local** 34:21
37:5,7
39:23,24
72:22 77:3
78:20
83:21
87:20 96:6
100:3,6
128:10
**localities**
129:6
131:11
**located** 5:12
**locations**
72:13
137:1
**long** 9:5,15
10:15
25:21
34:10
38:14
47:24
53:22 55:2
69:9 71:25
72:2 89:25
107:16
108:1,14
110:1,9
111:3
118:16
119:22
125:9
**longer** 120:9
**longstan...**
19:25
**look** 15:1
27:4 35:13
38:3 55:25
57:10
61:15

66:24
70:19 71:4
81:6 92:23
93:19
96:24,25
107:4
110:7
115:25
118:25
121:16
122:19
124:18
126:11
131:4
134:22
135:17
136:9,23
**looked** 8:15
94:25
104:4
126:4
129:3
**looking**
13:18
34:18
38:24
47:24 50:6
51:25 52:2
54:21
56:10,25
57:5,19
65:19,21
67:2 70:14
135:15
**looks** 13:14
42:2 59:1
60:3 64:13
65:1 69:16
90:6 92:9
94:2 95:18
132:21
**lost** 76:5
**lot** 11:13,17
16:14 17:6
23:4 25:16
25:17 26:1
29:4 33:22
34:1 37:6
40:6,18
41:9 48:4

51:9 57:13
82:19 83:9
83:13 87:9
93:21
109:12
118:8
123:10
132:3
**love** 40:5
**low** 52:14
**Luft** 1:14
2:9 5:8
6:9

---

**M**

**M** 1:4,6,6,10
1:10 6:16
94:20
**M-E-A-G-A-N**
6:22
**Madison** 2:3
7:6
**Magney** 16:24
80:14
81:10,23
89:2,23
**mail** 27:14
44:22
46:13,20
63:12,25
112:7
**mailed** 44:21
**mailer** 3:3
46:21
115:8,18
116:18
**mailing** 45:1
46:9 77:1
114:12,23
115:15,23
116:4,13
136:10
**mailings**
116:15
**main** 2:3
11:11
16:16
48:12
**maintained**
22:2

major 12:10
making 96:14
  125:16
  133:1,9
management
  10:12 34:1
managing
  11:15
mandate
  83:18
mandatory
  116:11
map 4:3
  52:10 93:7
  93:20
March 99:7,8
  99:9
marginal...
  83:4
mark 1:9,10
  5:7 37:12
  44:13
  48:14
  52:25
  55:17 57:2
  58:23
  119:2
marked 49:21
  57:6 59:25
  60:1 91:14
  95:2
marking 13:5
  54:9 92:18
master 25:1
materials
  14:7 15:7
  18:14,16
  21:3 22:2
  25:6 28:22
  29:7 30:17
  31:2,4,9
  31:12,22
  32:2,3
  35:3,5,10
  35:13,17
  35:19,19
  37:2 38:8
  38:13 40:6
  40:23 42:1
  43:8,11

64:3 69:23
69:24 70:1
81:12
82:23,25
87:8
100:20,22
101:1,12
117:20
123:11
131:16,17
matter 32:5
  120:18
Meagan 1:21
  5:6 6:2,13
  6:22,22
89:9 90:19
90:22
140:1,19
140:22
mean 8:19
  15:22 21:1
  24:25
  25:15
  28:25 31:5
  32:18 36:4
  40:23
  47:22
  55:14
  56:11,21
  57:12 59:4
  68:9,16,25
  69:22,24
  75:8,16
  77:12
  81:10
  86:22
  87:23 90:1
  92:21
  96:19 98:7
  100:1
  104:2
  110:11,14
  115:5
  116:17
  118:20
  119:25
  120:5,23
  121:7
  123:13
  124:18

125:14
129:7
133:6
134:2
meaningless
  35:9
means 5:21
  5:24 11:20
  26:17
  60:25
  69:11
meant 28:10
  55:14 85:6
measure
  84:18,21
measuring
  51:3
mechanics
  36:1 40:14
  40:17 41:8
  108:23
media 11:13
  12:5 36:22
  36:23,25
  39:24 69:3
  69:7 72:19
  72:19
  77:17
  78:16,19
  78:25 79:3
  79:10 80:4
  86:6 87:18
  88:5 95:15
  95:17,21
  95:21,25
  96:6,9
  100:16,19
  102:4,6,10
  102:22,25
  103:12,19
  103:21
  104:5,9,14
  104:17,23
  105:4,7
  106:5,25
  108:22
  109:13
  113:8,12
  113:14,15
  113:22

114:1
116:15
125:8,16
128:5,7
129:1,1
132:22
133:21
134:10
meet 9:2
  20:15
meeting
  120:17
  124:4,22
  125:15
  126:22
  131:7,15
  131:18
  133:10
  135:25
meetings
  20:7,13,21
  43:11
  96:14,20
  97:5 99:11
  127:4,5
  128:11,15
  131:10
  132:9,14
  132:18,23
  133:13
meets 70:1
member 16:18
members 24:2
  60:22
memo 57:12
memos 40:5
mention 45:6
  58:6 70:9
mentioned
  15:17 64:2
  95:11
  101:16
  126:15
mentions
  45:8
messaged
  110:12,13
messaging
  23:21
  34:20 76:2

77:11,13
108:24
109:3,4
110:16
met 19:10
method 15:5
  133:5
metrics 51:3
  51:14 72:2
Michael 1:5
  1:10 2:2
middle 59:12
  60:6
migrated
  18:8
Mike 5:25
  8:18,19
  90:13
  91:17
  119:19
  120:20
million
  44:23
  46:10,12
  63:24
  104:19
  114:15,18
MILLS 1:10
Milwaukee
  2:8 20:7
  20:11
  21:12,15
  21:16
  101:6,12
  122:21
  123:8,9
  128:21
  137:1
  139:2,21
mine 11:12
  23:25
minute 31:12
  38:23
  71:19
  125:3,4,8
minutes
  43:21
  44:12
  119:17
  120:2

```
124:21              41:20,22         52:3 68:5        121:1,3,5        111:11
125:14,18           42:5 48:7        87:15 95:3       121:8            119:9
135:25              50:23            110:25           124:1,4          129:15
missed 50:11        51:20 52:5       121:7            normal 16:8      131:4
118:7               65:11            138:9            northern         133:18
missing             71:20            needed 65:24       93:23          135:7
56:23               72:16            108:2            Notary 139:4     136:9,24
money 69:11         73:23            needing          139:23           numbered
69:14               78:10 89:6       107:10           140:25          12:25
113:11,15           89:9 90:8        needs 12:1       note 35:7        numbering
113:21              90:14,18         72:14            124:1           13:8
monitor             91:4,20          107:16           135:5           numbers
90:21               109:20           108:15           notes 81:21     26:24
100:7               119:16,24        124:12           89:1            62:10,10
month 47:23         120:7,10         NELSON 1:5       notice 59:1     105:15,22
80:8,10             120:25           network          59:2,3,8        NW 2:12
85:17               121:12           114:4            61:16 98:8
118:12,15           123:25           networks         124:25          ─────────
months 48:1         124:15,23        94:14,15         notices 59:7       O
morning 5:2         125:2,7          never 15:22      59:10           O 6:16 94:20
6:4,18              135:23           49:8             November        oath 6:14
Motor 59:17         136:7            102:22           3:11 14:5       140:19
move 27:24          138:18           new 5:13         14:20           object 8:4
28:11 30:6          murphysm...      28:2,3,3,7       15:19           12:21
90:23               2:4              41:9 42:3        27:22           25:22
94:23               mute 44:3        42:10            36:19 39:8      31:25
122:17                               43:18 50:9       57:8 58:1       41:20 42:5
124:13             ─────────         70:23 84:8       74:21           48:7 50:23
125:5                    N           90:3 94:25       77:14           51:20 52:5
moving 24:19       N 2:1,16          118:25           82:12           65:11
107:8               6:16,16          135:8            109:11          71:20
125:20              94:20,20         news 39:24       110:16          72:16
multi-media        name 5:9          57:21 58:5       114:20          73:23
67:11               6:20 17:4        79:13            115:11          78:10
multi-pr...         20:8 21:15       135:20           128:2           109:20
84:6               names 70:15       nice 133:12      129:9           obligation
multimedia          70:18            nights 47:12     nuanced         12:14 14:2
67:20               107:25           47:14            30:23           obtain 16:7
multiple           Native 23:13      nine 38:12       nuances 28:6    22:21
25:12              navigate          38:15,16         number 13:2     59:16
66:19 68:1          14:16            64:7             14:13           109:18,19
73:7 98:11          30:23            112:19           16:21           110:1
municipal          navigating        120:13          17:25           111:4
129:17              22:8,9           121:1,5          26:25           obtained
Murphy 2:2         near 109:4        124:4            27:20           117:1
5:25,25            need 7:11         non-Covid        30:12,16        obtaining
8:20 12:21          12:16            18:5             31:3 46:24      12:16,19
25:22               13:12 15:9       noon 88:13       52:13           13:22
28:17               26:6 31:23       120:13,14        61:10           110:8,10
31:25               34:24 36:7       120:18           63:20           obviously
                    45:25 47:2                                        39:11
```

72:20 98:7
107:21
123:24
126:6
**occur** 85:9
**October** 79:7
  80:5,8
  85:9 97:2
  98:5 102:7
  131:7
**offer** 28:23
  133:20
**office** 7:3,5
  22:7 30:14
  64:5
  104:25
  123:4
  131:15,24
  132:5
  139:20
**officer** 5:11
  16:17 17:1
  17:2 81:11
  82:1
  106:21
  107:5
  134:4
**offices**
  126:19
**official**
  1:11 7:2
  107:20
**officially**
  21:14
**officials**
  34:21 37:5
  37:7 39:23
  77:3 78:20
  83:22
  87:20
  100:4,6
**offset** 84:7
**oh** 9:19
  13:14
  24:18
  37:14
  38:24
  45:22
  46:25 50:8
  58:11

67:18,23
72:8 74:3
75:13
76:23
80:23
81:17 89:8
94:2
112:15
134:22
**okay** 5:2
  7:22 8:4,7
  8:9,13,19
  8:22 9:1,5
  9:10,13,15
  9:19 10:2
  10:6,15,24
  11:17
  13:15,17
  13:25
  14:17
  15:14
  17:14
  19:18 23:8
  23:10,16
  23:23 27:4
  28:20
  29:22 30:6
  31:10
  32:23
  33:12 34:3
  36:10
  37:10 38:8
  38:23 39:5
  39:21
  42:14,19
  43:3,17
  44:1,17,20
  45:5 46:3
  46:22,22
  46:25 47:3
  48:2,11,13
  48:18 49:4
  49:20 50:2
  51:8,13
  52:8,19,22
  52:25 53:9
  54:5,17
  55:16,25
  56:21 57:2
  57:6,20

58:22
59:12,24
60:16
61:14
62:14,18
64:6 65:3
67:7,14,22
68:14,19
70:3,23
71:6 72:5
72:8,24
73:5 74:3
74:24 75:6
75:20 76:4
76:16,23
77:15
78:15,21
79:5,15
80:14 81:4
81:16 82:3
82:8,8
83:8 84:10
84:15,23
85:8,11,18
85:23,23
86:4,12,23
87:4,6,10
88:9,14,16
90:4,7
91:22,25
92:7,13,23
93:15,19
94:16 95:4
99:10
102:17
119:7
120:7
121:24
122:8,14
122:17,18
123:1
125:20
128:20
129:22
130:1
135:15,21
136:7,18
138:5
**old** 28:9
**ones** 77:20

**ongoing**
  131:20
**online** 63:20
  63:22
**Ooh** 49:23
**open** 65:20
  69:25
  121:9
  124:13
**opportun...**
  18:22
  102:6,22
  102:25
**opportunity**
  97:18
  103:16
  124:21
**opposed**
  32:10
**option**
  134:13
**options** 16:6
  30:15 41:6
  41:11,15
  115:10
  134:19
**order** 12:13
**ordered**
  138:16
**organiza...**
  31:17
  107:25
**organiza...**
  4:12 15:21
  17:15 20:9
  20:10,20
  24:7,21
  28:14 29:8
  29:9,23
  31:13
  32:10 33:1
  122:22
**organizes**
  20:12
**original** 4:7
  4:7
**Originally**
  10:7
**outline**
  61:21

64:24
**outlined**
  109:10
**Outlook**
  126:21
**outreach**
  3:17 9:11
  10:10
  11:11,13
  11:18,24
  12:4,15
  14:6,7,20
  15:7,16,20
  16:10,14
  16:20 17:7
  17:19,22
  18:12,14
  18:15
  20:16,18
  21:3,7,10
  21:19,23
  22:1 23:12
  23:20 24:8
  29:23
  30:17
  31:14
  32:17
  34:12 37:3
  39:3 40:7
  44:25
  64:21
  74:15 77:3
  79:9 80:3
  81:13,24
  81:25 84:1
  84:16
  101:10,13
  101:18
  102:1
  106:22
  109:15
  110:10
  117:21
  123:5,10
  123:13
  124:5
  125:22
  126:9
  128:1,3,14
  128:20,22

128:22
129:5,5
131:8
132:6
**outreaches**
123:7
**outside** 48:9
71:9 83:6
86:13
129:4
**overall** 3:17
74:15
82:18
**oversee** 11:7

──────────
**P**
──────────
**P** 2:1,1
**p.m** 1:23
138:12,20
139:13
**packet** 64:21
65:18
**packets**
69:21,22
**page** 2:17,22
3:2 4:2,11
13:19,20
23:7 37:15
37:17,17
38:1,4,24
38:24,25
39:16,16
39:17,21
40:21,22
45:19,20
45:21,25
46:23 47:1
48:20,21
48:25 49:2
49:3,3,4,6
49:9 50:2
50:3,8,14
51:17 52:2
52:9 56:7
56:14
57:12,24
59:12,14
60:6,7
64:13 65:3
65:9,23

67:11,24
72:11
76:17
79:16 80:3
82:9 83:12
84:24
87:10
88:25 89:7
89:14
90:10 91:1
92:24
96:24 97:1
105:19
122:17,18
129:12,14
132:24
135:22,22
136:10,18
136:19,22
137:25
138:1,2
140:1,2
**pages** 22:5
23:1 39:9
58:12
104:17
119:25
120:1
**pagination**
81:20,21
**paid** 16:9
88:7
113:11,15
113:21
114:1
116:15
**paint** 132:20
135:1
**palm** 14:8,24
85:24
122:20
127:18
129:16,19
130:3,4
**pandemic**
48:4 99:10
**paper** 29:11
29:15
46:10,11
63:25

130:11
**paragraph**
59:13
66:16,19
76:24 89:2
89:14 91:2
**part** 16:2,3
18:13
27:10
36:20
38:11,14
41:19
44:25
60:21,23
61:20,22
63:3,8
69:20
74:20
82:18,22
82:24
87:21 95:9
96:4,9
103:19
107:1
108:21
109:8
110:24
112:25
114:10,22
114:23
121:24
123:22
126:1
127:14
133:21
134:20
135:5,10
135:10
137:10
**participate**
26:19,22
26:23
**particip...**
15:5
**particip...**
26:2
**particular**
19:11
53:12
56:11,25

74:21
82:14
119:14
131:11
**particul...**
83:3
**parties** 5:16
139:10,16
**partners**
97:24
**parts** 52:14
77:2 93:21
94:6
**party** 95:16
96:11,13
97:4
126:10
**passport**
54:3
**pause** 43:22
81:18
**Pavan** 5:9
**pay** 31:14,16
31:18
**PDF** 38:6
39:17
40:22
76:18
**PDFed** 48:13
**people** 3:22
19:1,4,9
19:12,19
22:15,17
22:22
24:23,24
24:25 26:5
26:11,19
26:21 27:1
27:18,20
27:24
28:23 29:5
30:23 31:1
37:4 41:18
45:12 46:3
46:14,19
48:5 51:9
52:2,3
60:18 61:5
61:8 62:24
66:23 67:2

68:3 80:15
85:12
87:24 89:3
89:17 92:4
93:11,11
98:2,13,17
102:8,16
108:22
115:18
116:4
134:13
135:2
**people's**
107:22
**percent** 15:3
26:19
116:22
**percentage**
26:22
42:14
52:16
63:16
66:14
**perfect**
135:2
**perform**
122:4
**performance**
52:11
**period** 10:3
47:24
117:18
118:5,11
126:9
**peripheral**
41:12,15
41:16,19
**Perkins** 2:11
6:5
**permanent**
71:10
110:19
**person** 16:16
58:2 104:2
106:18
107:4
110:1
**personal**
133:1
139:7

| | | | | |
|---|---|---|---|---|
| personally | 62:10 64:1 | 128:5 | 70:23 | 36:19 |
| 73:15,21 | 64:14 66:4 | 129:1 | 71:13 | prepared... |
| 122:16 | 70:23 | 133:22 | pool 115:17 | 129:9 |
| 123:14 | 110:24 | 135:10 | 115:25 | preparing |
| persons | 115:13 | planning | population | 74:21 |
| 21:18 | 130:7 | 12:5 136:5 | 52:17 | prescribes |
| perspective | 134:13,15 | plans 47:21 | portion | 59:7 |
| 65:20 | 134:16,19 | 97:22 | 101:18 | present 16:1 |
| pertain | phrase 15:11 | 109:11 | position | 87:21 |
| 121:10 | 35:10,14 | 129:9 | 9:16,17 | presenta... |
| pertains | 36:3,4 | 132:6 | 10:9 11:22 | 15:24 16:2 |
| 119:14 | phrasing | platforms | possessing | 19:14 |
| Peterson | 39:13 | 18:8 | 136:12 | presenta... |
| 38:19 | physical | play 20:23 | possible | 15:20 17:8 |
| petition | 130:9,11 | please 5:18 | 25:20 | 17:12 |
| 9:21 53:16 | pictures | 6:20 7:21 | 32:13 | 23:24 24:3 |
| 53:18 54:1 | 53:13 54:4 | 7:24 13:3 | 102:21,23 | 24:7 31:13 |
| 55:4 65:5 | pieces 63:25 | 37:11,18 | 102:24 | 32:24,25 |
| 65:12 | place 14:23 | 39:6 44:5 | 111:18 | 33:2,8 |
| phone 46:24 | 45:12 | 44:17 | 118:7 | 64:22 |
| 133:1,3,17 | 46:23 | 49:13 | post 59:2 | 96:15 |
| photo 3:7,7 | 56:11 | 52:25 53:2 | 88:4 | 123:12 |
| 3:15 14:5 | 70:24 | 53:15 | 100:16,22 | presented |
| 14:10,19 | 71:13 | 55:18 56:7 | Post-it | 36:18 |
| 15:9,13 | 82:15 | 57:4 58:22 | 135:5 | presiden... |
| 16:2,4,7 | 121:22 | 64:7,10 | postal 112:7 | 57:25 |
| 19:16 | 131:10 | 67:22 70:4 | postcards | press 3:14 |
| 20:23 21:9 | 133:4 | 74:6 76:7 | 60:17 61:4 | 60:3,4 |
| 21:10 | places 22:22 | 76:8,17,18 | 61:5 62:20 | 79:10 80:4 |
| 22:20 | 66:19 | 77:15 81:3 | posted 85:25 | 95:20,25 |
| 25:17,19 | placing | 88:17 | 100:12 | 96:5,7 |
| 25:20 | 72:12,12 | 89:12 91:9 | 129:21 | 129:3 |
| 27:17,19 | plaintiffs | 91:16 | posters 23:4 | 135:8,9,11 |
| 28:2 30:24 | 1:7,16 | 92:16 93:8 | 123:14,20 | 135:16 |
| 31:1,2,4 | 2:10,14 | 120:14 | posting | presumably |
| 32:20 | 6:6,10 | 121:13 | 100:10,25 | 94:11 |
| 33:20 | 8:24 | 138:18 | posts 77:17 | presupposes |
| 34:12 | plan 3:17 | point 16:6 | 79:13 | 78:23 |
| 35:12,14 | 14:4 72:19 | 49:18 78:8 | 100:16 | pretend |
| 35:22 36:2 | 74:15 75:7 | 99:13 | pre-Covid | 67:13 |
| 36:7 38:11 | 77:3 78:7 | 103:10 | 29:15 64:2 | pretty 11:16 |
| 40:19 | 78:13,18 | 111:19 | preceding | 20:15 22:4 |
| 41:13,16 | 78:19,25 | points 64:24 | 139:6 | 23:20 37:9 |
| 45:8,14,19 | 80:3 87:20 | 67:1 96:21 | prefer 54:12 | 47:25 |
| 46:1,2,6 | 95:8 96:9 | 110:24 | 55:21 | prevalent |
| 50:18 53:3 | 96:9 | policy 3:23 | preparation | 16:5 |
| 53:3,8,14 | 100:19 | 34:2 92:20 | 109:11 | previous |
| 55:4 56:8 | 108:22 | poll 84:14 | prepare 8:13 | 14:3 |
| 58:15 | 110:15 | polling | 9:2 39:8 | previously |
| 59:17 60:7 | 127:25 | 46:23 | prepared | 11:22 64:2 |

101:11
104:11,12
120:16
**primary**
39:22 40:2
**principals**
73:18
**print** 86:10
122:19
127:8
129:25
**printed**
55:14 64:3
78:22
123:6
127:18
**printout** 3:5
3:8
**prior** 79:13
98:8
**proactively**
132:7
**probably** 6:8
10:16
13:18
17:18,23
33:9 36:5
38:17
47:25
84:14
105:14
106:20
111:15
**problem** 48:3
**problems**
84:11,12
Procedures
70:24
**PROCEEDINGS**
5:1
**process** 9:21
14:15,16
16:8 18:3
21:5 27:9
36:12
38:12,15
40:25 41:2
53:16,19
54:1 55:4
55:7 60:24

61:22 65:6
65:13
67:13
72:23 90:1
99:18
100:13
107:21
109:17,23
110:2,4,20
110:25
111:4,20
111:23
113:25
115:2
118:14
131:2
**produce**
28:13,16
40:24,25
43:8
**produced**
3:17 42:4
42:10 64:3
74:14,22
**product**
62:13 66:6
**products**
66:8
**Professi...**
1:24 139:4
**program** 39:3
39:18
82:10,14
86:15
**programs**
11:24 20:2
25:12
102:9
117:21
124:5
133:19
**progress**
125:15
**project**
10:12
**promise**
121:12
124:15
**promote**
87:12

**proof** 12:17
13:22
**properly**
2:23,24
3:19
**provide**
12:18
14:15
27:17,25
28:2 32:1
45:12
61:13
64:22
105:11
**provided** 4:7
27:18
55:13 62:3
78:19
104:12
105:3,6
111:14
112:19
131:16
**provisional**
112:4
**PSA** 82:10
**public** 11:13
16:15,17
16:24 17:1
17:2 30:17
34:5 35:4
38:20
39:17 48:4
77:2 81:11
81:23,25
82:1 92:25
106:20
107:5
114:4
132:17
134:4
139:4,23
140:25
**public-f...**
10:12
**publicity**
81:13
133:14
**publicly**
42:22

**published**
101:7
**pull** 12:22
13:1,4
37:9 53:2
54:12 74:5
81:3 95:2
118:24
120:25
**pulled**
127:25
**pulls** 128:3
**purchase**
117:4
**purchases**
137:5,6
**purposes**
70:20
71:18 78:2
**put** 27:7
30:16
48:22
58:21 64:6
66:19
67:17,19
76:6,8,10
76:11
95:20,25
101:8,17
102:13
103:5
132:17
137:23
**putting**
34:20 75:4
95:18

———————
**Q**

**qualify** 28:7
**quantify**
26:15
52:16
**quarter**
135:24
**question**
7:17,20,21
8:1 24:20
25:7 54:20
63:19
68:25 72:9

93:2
117:15
124:10
125:12
**questions**
3:9 8:5
18:16
30:20,22
33:14,19
34:2,2
40:18
45:13
46:21 56:1
56:14
91:12
94:24 95:1
102:15
119:21
121:9
125:5
126:4
132:6
136:2
**quick** 120:8
136:6
**quickly** 7:9
43:18
76:16
94:23
125:6
**quite** 11:9
20:6 26:3
26:25 33:3
66:13,25
67:3 90:22
102:12
116:19
129:8
**quotes** 60:8

———————
**R**

**R** 1:5,5,9
2:1,11 4:9
Racine
128:21
**radio** 23:5
67:22,25
68:1,14
69:7,11
86:6

112:10,12
112:14,22
112:22
114:3,7
133:19
**ran** 114:2,8
**RANDLE** 1:6
**re-regis...**
115:19
**re-Tweets**
106:24
**reach** 18:25
19:3 51:6
51:9,14,18
52:3,14
75:21 77:4
96:5 97:17
130:6
132:18
**reached**
32:21
96:13,17
96:23
97:13
104:8
132:8
133:6
**reaching**
73:7 77:9
97:19
103:4
**read** 58:13
66:2,15
92:6 140:2
140:19
**reading** 38:1
**ready** 88:12
89:10
138:8
**real** 52:1
**really** 13:13
22:11,17
34:25
40:22,25
52:16
77:12
92:12
98:24
104:21
132:11

**reason** 8:9
8:12 58:17
61:3,14
62:19 92:7
93:1,23
94:3
114:22
117:13
**recall** 38:19
107:12
127:22,23
133:5
137:13,14
137:15
**receipt** 55:4
65:6,13,15
118:16
**receipts**
53:17,22
117:8,18
118:5
**receive**
69:10
117:24
138:17
**received**
17:19
49:25 74:9
116:2
**receiving**
97:11
**recognize**
60:1 64:10
74:11
**record** 5:3
5:19 6:21
7:15 9:20
13:6 16:23
44:5,7,10
70:17
75:18
79:23 80:1
88:16,19
88:22
98:13,17
106:1
113:1
114:10
123:19,21
123:22

125:21
126:1,6,11
127:14
133:24
134:2
135:15
137:10,11
138:9,13
140:20,20
**recorded**
139:6
**recordings**
98:19,23
**records** 62:9
62:11
112:23
116:1
117:1
125:25
**recreate**
33:9
**reduced**
139:7
**reference**
45:11
58:14 93:3
95:3
**referenced**
90:11
97:20
111:7,11
111:16
**references**
36:13
60:14 66:5
71:2 92:23
**referencing**
79:8 80:19
90:24
126:21
**referred**
114:4
**referring**
46:14 91:5
111:10
114:16
**refers** 46:3
**reflect**
118:13
**refreshed**

8:15
**regarding**
83:9 89:3
91:2 93:1
107:17
118:4
**regis** 61:6
**register**
22:18
60:20 61:2
61:8
**registered**
1:24 60:19
60:19 61:2
62:6 116:5
116:22
118:13
136:12
139:3
**registers**
115:19
**registra...**
28:4 33:20
33:24
41:13
61:11,16
61:25 62:3
62:7,15,25
115:12
117:1
**registra...**
62:4 63:16
**regular** 20:7
20:15
109:14
129:2
**regularly**
87:25
102:12
129:8
**Reid** 16:24
**related**
136:3
**relating**
124:5
**relations**
16:24 34:5
**relative**
139:14,16
**release** 3:14

57:21 58:5
60:3 80:4
95:25
135:8
**releases**
60:5 79:10
79:13
95:20,23
96:5,7
129:3
135:10,11
135:16
**relevant**
22:22
36:14 66:5
66:9,20,24
67:2 75:25
82:6 90:2
**relied**
116:19
**rely** 97:24
**remain** 14:23
**remedy** 112:4
**remember**
23:6 25:13
38:22 39:7
57:25 68:6
68:6 70:25
113:10,20
114:9,16
123:3
137:17
**remind** 130:3
**remote** 1:21
5:20,24
6:4
**remotely**
5:16 6:7
139:10
**RENEE** 1:4
**renewing**
12:16,19
**rental** 137:5
**rented**
136:25
**repeat** 7:22
24:19
**rephrase**
7:22 54:20
**report** 4:5

27:8 36:20
39:6 50:4
50:5,7,13
101:15
119:5
**reported**
 1:24 5:5
**reporter**
 1:24 5:11
 6:11 7:12
 67:17 96:1
 96:1
 138:15
 139:4
**Reporting**
 1:25 5:12
**repost**
 100:22
**reposting**
 100:25
**represent**
 11:12 20:9
 20:10
 23:22
 54:10
 55:19
**represen...**
 97:3
**represented**
 20:20
**represen...**
 6:1,6,9
**represents**
 19:8
**request**
 22:18
 27:21 28:3
 28:18 45:4
 117:4
**requested**
 114:19
 115:8
**requests**
 115:20
**require**
 27:13
 61:21 73:2
 83:15
 121:18
**required**

60:7 62:19
73:4
101:14
136:17
**requirement**
 36:2 61:18
 62:7 117:7
**requirem...**
 41:12 45:9
 46:2 58:15
**reregister**
 28:1
**resoundi...**
 35:25
**resource**
 46:15
 83:23
**resources**
 14:8 31:23
 37:7 55:12
 63:21,21
 85:19
 93:17
 130:5,16
 130:18
**respect**
 112:9
 117:17
 137:7
**respond** 7:11
**responding**
 33:13
**response**
 26:17
 121:11
**responsi...**
 11:11 63:4
 63:9
 114:24
 115:2
 116:3
**responsible**
 33:18 75:6
 117:16
**rest** 121:9
**result**
 115:22
**retrievable**
 105:24
**return** 28:7

**reverse** 61:5
 61:15
**review** 12:3
 22:4
 104:24
 106:3,6
 118:2
**reviewing**
 106:19
**revolved**
 40:18
**Riders**
 125:22
 126:22
 127:10
 132:4
**right** 7:13
 9:25 10:8
 12:19
 13:19,23
 18:7 21:8
 25:16
 27:25
 29:20
 34:10 48:3
 48:6,21
 50:18 54:7
 55:7 56:13
 60:13
 62:16,21
 64:7 65:19
 70:21 75:1
 75:23 77:5
 79:1 81:18
 82:16
 83:10,16
 84:25 88:1
 88:11
 89:12
 90:25 92:4
 95:8,12,17
 96:23 97:1
 99:14,16
 99:25
 101:16,22
 101:23
 103:6
 105:20,23
 116:13
 117:2,9,15

120:5,12
 122:2
 126:14
 129:4
**Riley** 17:5
 75:3
**road** 32:11
**role** 16:22
 20:22
 34:13,14
**roles** 10:11
**rolling** 77:2
**Rotker** 2:7
 2:18 4:12
 5:22,22
 6:8,17
 12:22
 13:10
 25:23 26:9
 28:12,20
 28:21 32:7
 37:11,20
 37:22
 41:25 42:9
 43:17,24
 44:2,11,16
 48:11,15
 49:12,14
 51:1,24
 52:7,24
 53:1 54:6
 54:8 65:14
 67:10,15
 71:23
 72:24 73:1
 74:2,5,7
 76:5,15,20
 78:14
 79:19 80:2
 80:23 81:5
 88:10,16
 88:23 89:8
 89:13
 90:13,16
 91:1,8,10
 91:17,21
 92:14,17
 93:6,9
 94:16
 138:6

**rough** 138:16
**roughly**
 26:22
**rounds**
 121:18
 122:10
**RPR** 139:23
**rule** 112:5
**rules** 7:10
**run** 69:1
 77:18
 80:17 82:4
**running**
 72:11
 82:10
**rural** 93:21
 94:6,8
**rusty** 117:12

─────────
**S**
─────────
**S** 1:5,9 2:1
 2:2,21 3:1
 4:1,9,9
**safe** 41:7
**saw** 13:19
 26:18
 126:5
**saying** 18:1
 26:10
 38:20
 42:11 52:1
 57:15 60:8
 62:20 70:5
 87:11
 102:14
 118:19
**says** 39:22
 45:20,25
 46:22
 50:13,15
 50:19
 53:17 55:3
 55:8 57:23
 59:16 60:7
 65:5,23
 70:19
 76:25 77:5
 77:25 92:9
 96:25 97:2
 119:9

121:17
122:19
129:15
133:19
135:7
136:10
**schedule**
6:19 77:16
102:14
103:2
**scheduled**
103:12
119:17
128:16
**SCOTT** 1:5
**scratch** 61:6
**screen** 67:16
90:10,14
91:6
136:20
**scripts**
39:13
70:15 71:4
**scroll** 68:20
70:3
**scrolled**
90:20
**scrolling**
70:15
**se** 101:14
**seal** 139:20
**second** 24:15
37:8 45:25
61:7 79:16
**secure** 41:7
94:14
102:15
**security**
39:25 40:8
40:10,15
40:16
**see** 13:11,14
13:15 18:9
24:18
27:17
39:18,20
45:9 46:25
48:16 50:7
50:15
52:10

59:14
64:16
65:22
67:16,17
76:25
84:23
89:21,22
90:11 91:4
91:20
100:16
102:1
108:1
110:1
115:15,17
115:25
128:16
129:13,14
135:17,18
136:5,20
136:21
**seeing** 13:21
90:21
**seen** 91:22
112:21
119:4
**send** 28:22
29:7,25
60:25
61:16 97:8
98:6 115:7
116:3
127:8
129:16
130:1,2,14
136:10
**sending** 29:8
29:10,11
29:13
75:22
114:23
130:8
135:3
**sends** 115:20
**senior** 23:17
**sense** 28:11
66:6 93:15
100:25
102:18
106:17
**sent** 8:24

25:5,8,10
25:12 47:6
60:17 61:4
61:5 62:20
97:4
115:18
116:18
128:9,13
130:18
**sentence**
39:22
76:25
**separate**
24:24
**separately**
106:24
**September**
1:22 5:4
75:22 77:1
77:4,5,9
77:18,19
77:21,21
77:23 78:9
102:7
108:18,20
110:17
139:11,22
**serve** 20:5
**service**
14:13
112:8
**Services**
3:21 92:2
**serving** 19:1
23:16
24:22
31:17
**session**
69:25
**sessions**
50:15 51:6
**set** 94:25
96:20 98:3
107:2
132:8
139:19
**set-in-s...**
132:21
**seven** 48:13
112:6

133:18
**share** 31:12
31:24
83:15
85:13,20
85:21
87:24
100:18
103:9,11
103:16
**shared** 79:3
**shares**
106:24
**sharing**
83:13
84:16 88:6
90:15 91:6
**sheets** 36:25
**short** 15:23
36:22
**shorthand**
5:11
**shorthands**
9:20
**show** 3:17
18:13 72:2
74:14
81:17
**showed** 37:4
101:24
**showing** 74:9
81:16
**shows** 127:3
**side** 111:24
**SIGNATURE**
140:1
**significant**
22:4 25:25
26:25
27:20
52:13
101:18
**SILAS** 1:6
**similar**
128:2
**similary**
1:15
**single**
130:18
**sit** 123:3

**site** 21:5
22:8,9,11
22:12,13
22:14,15
22:17,19
22:24,25
31:7
115:21
**sites** 51:22
**situated**
1:15
**situation**
31:21
**six** 55:16
63:24
80:17 82:4
82:11
85:15
107:11
129:13
131:4
**six-** 111:17
**size** 90:21
136:20
**slow** 89:6
**small** 11:8
16:12
30:13
33:15
**snapshot**
78:18
**social** 12:4
36:22
72:19,19
77:16
78:15,19
78:25 79:3
87:17 88:5
95:15
100:16,19
103:21
104:5,9,14
104:17,23
105:4,7
106:5,24
108:22
128:5,7
129:1
**solidified**
133:15

somebody
  30:16
  49:10
  98:15
  112:2
soon 125:17
sorry 15:14
  17:3 24:15
  24:19
  26:14
  31:16
  45:22
  50:10
  57:17
  58:11
  70:13 72:8
  75:13 76:5
  76:23
  78:21 79:9
  80:20,23
  89:6,8
  90:8,13,25
  91:6
  113:20,23
  136:19
sort 13:8
  25:1 47:18
  51:2 52:10
  63:4 64:24
  77:13
  97:10
  105:7
  111:7
  119:11
  121:25
  127:25
  130:18
  132:1,17
sorts 77:11
  102:13
sounds 18:1
  88:15
  92:21
  111:13
source 93:4
  94:1
sources
  113:6
space 98:3
  137:5,7

spaces 48:4
Spanish 22:2
  22:5,7
  23:1,6,7
  23:25 24:5
  24:6,10
spans 9:8
speak 18:2,6
  30:15 32:5
  92:12 93:5
  94:12
  98:25
  111:23
speaker 12:1
speaking
  15:18
  16:15
speaks 24:5
specialist
  9:12 10:3
  16:19,24
  17:3
  106:21
specialized
  33:23
specific
  14:1,8,19
  19:13
  21:21 22:1
  23:12 26:5
  38:8 39:7
  43:7 70:11
  75:9 77:14
  79:5 82:19
  85:24 87:5
  87:6 96:16
  96:18
  128:1
  129:5,10
  132:19
  134:8
specific...
  3:18 14:18
  19:2,6,10
  20:22
  21:20,23
  23:15 25:8
  31:1 38:17
  38:22 42:4
  45:16

74:15
75:25
77:17,22
78:7 81:7
83:25 86:2
86:3 89:17
95:11
110:16
117:17
123:7,17
125:22
127:18
128:18,21
129:7
131:14
132:25
134:11
specifics
  14:18
speculation
  93:18
spending
  113:17
spent 32:11
spoke 34:4
  117:6
spoken 32:9
spot 66:9
  90:25
  118:7
spread 20:2
  97:25
ss 139:1
staff 12:6
  16:9,10,11
  16:18,22
  24:2 30:14
  30:22
  33:12,22
  75:14
  115:7
  117:20
  121:18
  122:10
  126:17
  134:5,25
staffing
  84:12
stand-alone
  134:16

start 7:17
  47:17
  75:21 77:4
  77:9 89:20
  109:12
  110:9,15
  119:8
started 62:6
  62:15
  108:17,18
  118:14
  121:13
starting
  13:8 46:19
  89:4
  108:20,25
  110:17
starts 46:20
  109:8,17
state 6:20
  6:25 7:2
  25:2 34:8
  48:19
  50:16
  52:11,14
  60:22 61:9
  61:18
  65:25
  70:17,20
  71:17
  93:21 94:6
  101:21
  102:2
  139:1,5
states 1:1
  37:6 60:23
statewide
  15:4 33:23
  34:16
  35:24
statute
  60:22
  61:20
statutory
  41:5 63:4
  63:8
  114:24
  115:1
  116:3
stay 71:25

72:3 124:6
  124:11,21
  125:9,12
staying
  138:7
steer 89:12
stenogra...
  5:5
step 16:22
STEVE 1:10
stipulate
  5:19,23
stop 44:4
  120:14
stopped
  77:12
strange
  66:13
Street 2:3,7
  2:12
stretch
  47:14
strike 104:6
student 54:2
  66:7
stuff 81:1
  125:16
sub 13:18,21
  49:2,4
subcontr...
  29:18
  75:12
subject 32:5
  124:6,8
submitted
  4:5 8:16
  8:23 14:3
  14:5 49:18
  112:25
  119:6
  123:12,22
  126:1
  127:14
  129:9
submitting
  128:24
subsequent
  129:18
success
  49:16

51:11
**suggest** 58:3
**suggesting**
104:18
**Suite** 2:7,12
5:13
**summarizes**
74:22
**Sundrani** 5:9
**super** 33:7
**suppleme...**
27:10
**suppose**
104:2
**supposed**
59:5 61:13
**sure** 7:11
11:21
12:12 13:6
17:5 20:2
20:25 22:9
26:6,21
27:11
35:15 37:9
41:11
51:16
57:13,22
58:14 66:3
69:15,15
71:7 80:19
83:15
94:15
99:12
104:17
105:10
111:12
112:11,12
112:19,25
114:10
117:19
118:21
119:11
130:23
132:11
**surprise**
71:16
**surprisi...**
62:8,15
**survey** 34:16
35:4,24

37:4 40:6
92:10
101:24
**swear** 6:12
**sworn** 6:14
140:23
**system** 60:18
61:16,25
62:25
117:5
119:1

**T**

**T** 1:5 2:21
3:1 4:1,9
6:16 94:20
**table** 38:3
65:4,8
66:10,13
**take** 7:12,24
8:2 28:17
43:19,23
43:24 44:3
88:11
103:5
109:17
118:25
**taken** 5:15
44:8 79:24
88:20
133:4
139:10
140:19
**takes** 36:5
90:1 106:1
110:1,19
111:3,20
119:22
**talk** 7:16
11:19,19
11:25
15:12,22
16:1,3
17:22
31:10
32:18
35:14,22
36:1 42:12
45:13
53:20

54:17 57:1
57:4 64:1
68:15
71:18
74:16
84:24
99:20
102:19,22
105:5
110:4
122:3
129:8
130:2
131:23
134:11
**talked** 3:18
46:16
52:22
63:20
82:17 85:3
95:5,5
104:10
107:7,9
108:19
109:6
120:10
127:24
128:23,23
131:12,19
131:21
133:22
135:9
**talking** 3:21
16:6 17:18
21:3 24:8
24:22
32:12
37:24 38:2
47:22
64:24 66:8
67:1 85:5
111:17
114:11
128:19
134:18
**talks** 22:12
56:23
70:11
77:21
82:10 92:2

132:25
**target**
114:17
**targeted**
82:19
114:12
115:15
116:4,13
**targeting**
116:18
**task** 49:10
**TASSE** 1:5
**team** 16:13
33:15,18
33:25 34:1
65:1 75:5
125:9
127:3,3
**tech** 36:25
**technical**
90:9
**technology**
10:12
11:10
33:24
40:11
91:13
105:11
**television**
69:1 86:8
**tell** 67:25
68:3 105:8
**tells** 68:3
**template**
59:3,10
96:5
**temporary**
117:8,18
117:24
118:5,16
**ten** 17:16,16
17:24
32:25
52:24
**terminology**
132:1
**terms** 14:13
14:23 15:8
16:6 17:6
19:12

52:17
64:19
66:25
102:8
105:2
106:13
111:14
117:20
128:15
134:13
**testified**
6:15
**testify** 8:10
**testimony**
140:19,20
**testing**
45:10
**text** 46:1
**texting**
86:15
**texts** 39:12
**thank** 6:18
6:19 7:7
7:23 9:5
14:1 18:23
28:10
37:13,20
50:9 51:13
59:24
60:16
63:15
72:25
79:21
89:15 91:5
92:16
94:16,19
94:22
138:11
**thanks** 54:7
81:2 88:24
**theory**
126:25
135:1
**thereof** 3:22
92:3
**they'd** 32:4
32:4
**thing** 7:25
9:22 12:3
22:23

58:14 66:3
90:22
119:14,20
132:21
133:12
**things** 11:14
11:17 12:7
17:10
18:21
20:17
22:16 26:4
29:3,10
30:24
32:20
33:20
34:15
36:17,24
39:11
40:11
53:20 69:6
78:18
95:24 96:7
96:18
100:8,15
100:17
102:13
105:12,22
109:12
111:24
114:2
115:12
127:1
129:2
132:15
134:24
**think** 10:22
13:20
17:16,17
22:16
24:13,17
26:1,6,16
32:16,21
34:25 35:9
37:9 40:4
40:14
41:21,23
45:19 48:9
48:12,13
48:23,25
51:6 54:15

56:17 58:4
58:14,21
62:12
66:12 67:3
67:23 72:8
74:3 75:3
75:8,20,24
76:1,9,10
76:13
77:12
78:21
79:12
80:21
81:18
82:21 84:6
84:13 85:2
89:25 90:2
90:14,19
90:24 91:5
92:15,16
93:7 95:1
95:21
96:24
97:23
99:22
100:15
101:16,22
101:23
103:2,20
105:10
106:1,12
107:7,19
108:18
109:2
110:11,11
110:21
111:16,24
112:1,5
113:17
114:4
116:8,21
117:19
119:2
124:10
125:11
129:11
130:20
132:2
136:6,20
136:21

137:25
138:3
**third** 7:6
50:17
76:24
95:16
96:11,13
97:4
126:10
**Thomsen** 1:9
5:7
**thought**
32:24 40:9
50:10
81:17
**three** 10:16
41:5,6
82:11 89:5
89:19
118:8
120:23
**three-page**
55:21
58:12
**tighter** 84:4
**till** 77:23
124:13,19
**time** 5:4
6:19 10:4
27:15
34:10
35:11 36:8
44:6,9
52:1 60:8
69:2 78:12
79:22,25
80:11
85:12
88:18,21
94:17
101:9,9
103:5
108:25
110:6,7,19
112:4
117:18
118:4,11
118:23
119:17
120:15

121:6
124:7,19
124:19,24
132:22
138:7,12
138:13
**times** 18:5
29:15 64:2
73:7
**title** 6:24
50:12
55:11
**titled** 68:22
**titles** 65:17
65:17 68:2
**today** 8:5,11
88:13
129:3
136:14
**today's** 7:10
8:14 9:2
138:14
**told** 35:24
78:5 81:1
**toll-free**
14:13
30:12
**tomorrow**
109:13
**TONY** 1:18
**tool** 34:20
37:3 79:11
83:10 96:4
99:21
101:17
**tools** 36:23
105:11
106:8
128:14
**top** 42:25
82:9,9
89:1
112:20
**topic** 19:11
43:18
103:15
**topics** 30:13
103:13
**total** 51:6
**totally**

27:11 91:8
**touch** 96:20
110:24
**touches** 73:6
78:16
**track** 33:6,8
76:6 86:3
100:5,21
101:14
102:1
104:22,22
105:1
106:4,24
134:6
**tracked**
104:4,7
**traffic**
106:8
**training**
14:7 15:2
16:15
23:21
25:12,15
25:16,21
25:25
26:11,15
26:16
84:24 85:2
85:4 97:1
99:22,23
119:9
121:17,19
122:10
128:15,19
**trainings**
28:24 29:2
99:11
122:4,4,8
122:15
128:17
**transcript**
4:7 5:1
138:15
140:19,20
**trends** 106:7
**tribal** 23:13
54:3
**tried** 78:4
**TRINDL** 1:5
**true** 27:14

40:16
56:17 67:4
68:19,20
97:13
100:1
104:3
140:20,20
**trust** 27:5
34:17 37:4
82:5,6
101:19,21
**truthfully**
8:11
**try** 7:16,16
18:20 33:9
36:13
106:7
109:4
118:24
120:15
**trying** 47:18
57:11
89:17
104:21
106:12
125:5
126:8
129:13
134:18
**turn** 80:25
88:12
94:17
**turned** 80:23
80:24
**TV** 68:20,24
69:1,8,12
112:10,12
112:14,21
114:3,8
133:19
**twelve** 13:18
13:21
58:22
**Twitter**
87:13,24
**two** 46:10
48:1 53:20
89:4,19
111:7,16
111:20

112:5
121:18
136:9
**two-and-...**
11:3
**two-minute**
79:18
**type** 12:2
59:1 66:4
104:24
108:13
109:7
132:14
**types** 34:17
34:23 67:1
95:24
100:8
134:23
**typically**
12:2 18:4
18:4

─────────
**U**

**U** 4:9
**Uh-huh** 71:12
88:8
101:25
**ultimate**
12:8
**umbrella**
132:3
**underlying**
89:18
**understand**
7:21 27:11
34:16
39:15
41:14 46:8
53:15
54:23 55:6
55:6 60:6
65:5 67:13
78:3 82:24
83:13 86:5
119:12
**understa...**
33:17
35:21
82:16 84:3
91:25

111:19
120:19,21
**understands**
12:23
**understood**
95:6 96:12
97:9
**unfortun...**
13:13
23:25 47:9
**UNITED** 1:1
**unserved** 4:3
93:20
**untargeted**
116:15
**upcoming**
57:25
**update** 71:1
118:4
**updated** 65:1
118:10
**updating**
117:20
**URL** 55:20
**usability**
45:10
**use** 15:12
26:12
31:23
35:10,21
39:23 59:6
59:8 64:23
67:5 69:5
72:21,23
73:2 83:16
83:20,23
86:19
87:22 96:5
113:7
129:20
**useable** 35:8
**useful** 29:5
50:21
**uses** 67:7
**usually**
16:16
20:20
98:13
102:15
**utilize** 88:6

**utilizing**
100:19
123:10

─────────
**V**

**v** 1:17
**v-324-jdp**
1:8
**vaguely**
70:25
92:21
**valid** 53:17
53:21
**validity**
92:8
**valuable**
35:1
**variety**
30:12
**various**
17:22
18:14 19:9
32:20 33:8
36:5 43:12
59:9 77:2
102:9
106:8
128:16
**Vehicles**
59:18
**venturing**
35:1
**verbally**
7:11
**verify** 54:13
58:9
136:13
**verse** 5:7
**version**
29:13
129:16
**versions**
22:5 53:5
**versus** 41:15
94:14 97:9
115:21
135:4
**veteran's**
66:7
**vice-versa**

7:18
**video** 1:25
5:17 29:4
44:4 70:4
70:20
71:10,14
71:18,25
72:10,15
80:21
**videocon...**
2:5,9,14
139:11
**videogra...**
5:2,10
6:11 44:6
44:9 79:22
79:25
80:20
88:18,21
138:12
**videos** 23:5
29:3 36:22
42:2,3,10
70:5,9,18
71:7 72:11
**videotaped**
1:21 5:5
**view** 27:9
**virtual**
17:11,11
18:8,21
29:3 32:2
99:3,6
133:12,13
**visiting**
50:17
**visits**
105:13
**Voices** 132:3
**volunteer**
31:22
**voluntee...**
88:2
**vote** 10:13
15:6 22:3
22:11,14
22:18
27:13,13
28:8 46:1
110:10

115:19,21
116:5,22
125:22
126:22
127:9
132:4
136:12
**voter** 9:11
9:14 10:2
10:10
11:10,23
11:25 12:4
14:7 15:6
16:7,19
17:3,6,15
17:19,22
18:11,15
20:16 21:3
21:7 26:17
27:16 30:9
31:7 32:14
32:17
33:13,20
33:23 37:3
42:2 56:5
56:8,13
59:16
60:17 61:6
61:16,24
62:5,14
64:21,23
70:23
72:22
82:23
84:25
87:21 90:1
94:13
96:21
100:13
106:22
109:16
110:23
115:12
117:1,5,21
128:13
132:6
134:17,20
**voter-re...**
30:20
**voter-type**

33:19
**voters** 12:1
12:15
14:14
15:18 22:8
23:21
27:12,12
32:9,12,22
34:2,16,23
35:9,24
39:24 40:8
40:16 41:5
41:9,11
44:21,23
44:25 45:3
46:10,12
47:3,7,9
50:21 58:3
59:13,21
61:1 63:11
66:15
71:10,24
72:2 73:7
75:21 76:1
77:4,9
78:3,4,23
79:1 80:12
83:1,3
84:1 85:13
86:20
87:15 90:3
93:16
94:11
99:17
101:18
104:19
106:15
107:11
109:2
114:15,18
115:8,25
117:24
118:13,14
125:24
126:23
127:11
130:6
131:1
132:4
**voters'**

40:12
**votes** 27:16
112:2
**voting** 3:7
3:11 12:18
15:2 27:8
33:21
35:23 36:1
40:14,17
53:4 55:4
57:7 58:1
59:17 62:6
70:20 71:6
71:9,17
78:1,2
108:23
134:19
**vouch** 29:14
94:4
**vs** 1:8
_____
**W**
W-O-L-F-E
6:23
**wait** 18:2
**waiting**
76:23
**wake** 124:19
**walk-thr...**
18:11
**WALKER** 1:6
**want** 7:24
30:15 37:9
37:10
43:20 69:5
71:6 75:18
86:24
91:17
92:14
111:22
112:11
121:1
124:1
131:17
132:20
136:13
**wanted** 13:25
29:15
35:25
98:15

123:4
134:10
**wants** 43:19
**Washington**
2:12 7:5
**wasn't**
107:23
117:13
130:23
**watch** 98:14
98:18
**way** 12:23
50:17
63:16
127:7,16
**ways** 22:21
41:5
**we'll** 7:25
13:1 18:23
23:10
28:17
31:10
32:17
35:12
37:12
38:23 44:4
44:13
55:16 57:2
79:15
88:13
97:24
115:17
118:23
119:8
121:3,4,13
128:19
130:8
133:15
**we're** 11:8
13:5,6,8
13:17
14:24
15:25
16:12
17:18
18:19 21:2
24:22
29:13 32:3
32:6 33:15
34:20

36:19,24
37:6 38:24
39:7 41:14
44:10
45:19,24
46:18 47:2
47:18 54:9
66:8 67:11
70:14
79:23 80:1
88:19,22
89:7 91:12
92:15,18
95:10
98:12 99:3
99:5
102:15
107:8
119:2,16
124:7,23
124:25
125:16
134:18
135:24
136:22
**we've** 14:3
15:25
17:19,21
19:10 21:9
21:20,25
22:4,6
25:10 29:1
29:2 30:5
32:19,21
40:5 43:11
49:21 53:5
63:19 71:7
72:18
77:12
84:13 95:2
96:22
97:16 99:1
104:10
123:12,13
131:19,24
132:5,7
133:14
134:11
**web** 36:23
57:12

72:11
106:8
**webinars**
99:1
128:25
**website** 3:5
3:8,10
10:14 14:9
15:1,6,8
19:22,24
22:3,16
23:11
26:25 27:5
27:5 43:5
46:3 48:12
48:24,25
51:15
54:11,13
56:2,4,6
56:12,20
56:21
57:10,13
67:9,20
68:9 69:25
72:3,14,22
72:25 86:1
98:20,23
100:10,14
105:7,21
112:9,13
117:22,23
118:4,12
118:20
128:14,16
129:24
135:13,17
135:18,20
**websites**
37:1 56:4
100:7
105:4
118:9
**WEC** 3:8,10
9:24 12:13
15:20
32:14 33:6
33:12 34:9
40:5 54:11
60:17
61:14

62:19 67:7
70:1 72:12
75:8,16,17
77:8 82:25
87:11 88:2
97:2,2,8
104:4,7
106:3
107:15,24
108:1
109:25
114:1
115:7
116:6
122:19
125:24
126:10
129:15
131:5
133:19
135:8,11
136:4,5,11
136:24
137:6
**WEC's** 30:10
56:2 95:7
135:17
**Wednesday**
5:4
**week** 20:14
44:21
47:22
54:11
55:22
74:10,10
74:23
77:13
109:11
131:7
**weekend**
46:20
47:19,20
**weekends**
47:12,15
**weekly**
102:11
**weeks** 80:17
82:4,11,12
85:15 89:5
89:19

107:12
109:18
111:7,17
111:20
112:5
**weird** 24:18
**welcome**
86:22
87:22
101:2
124:17
**went** 56:6,13
63:25
**West** 2:3
**western** 1:2
93:22
**whatnot** 12:5
102:9
105:13
106:7
133:2
**whereof**
139:19
**whoever's**
103:4
**WI** 2:3,6,8
**wide** 19:9
**WILDER** 1:5
**willing** 32:3
32:6,8
**Willman** 17:5
73:15
**Wisconsin**
1:2,4,4
2:2,14 3:7
3:11,12,20
3:23 5:6
5:23 6:1,6
7:1,2,6
9:6,7,25
10:14 11:7
12:14 15:3
15:6 22:3
48:19 53:4
55:3 57:7
57:9 58:19
58:24
60:22
61:17
62:21 63:1

65:25
70:20,24
71:14,17
92:1,10,20
92:25
93:23
103:23
104:19
106:15
125:23
127:10
132:3
136:13
139:1,5,21
**Wisconsi...**
17:18
**wish** 44:4
**witness** 6:12
6:13 32:1
41:21,23
42:7 43:23
44:1 48:9
50:25
51:22 52:6
65:12
71:22
72:18
73:25
78:12
79:20
88:15
89:11
91:19
94:19
109:22
120:17
124:17
125:13
138:5,11
139:19
**witness's**
90:10
**Wolfe** 1:21
5:6 6:3,13
6:18,22,23
24:15
37:23
44:18
67:16
76:21

91:12,23
94:22
119:2,10
120:11
121:2,21
122:23
124:3,11
124:11
125:11,21
126:4,15
133:24
136:10
138:4
140:1,19
140:22
**Wolfe's**
121:8
**Women** 12:1
15:18
125:23
126:23
127:10
132:4
**wonder** 90:20
**wondering**
90:11
**Woodbridge**
5:13,13
**word** 35:21
90:23,25
96:25
97:25
**words** 61:15
77:25
78:13
**work** 12:24
20:1,3
23:20 34:8
38:9 47:12
73:14
82:19
84:21
105:2
107:15
120:15
124:8
**worked** 9:6
73:15,17
75:3 90:19
97:16

123:16,18
**workers**
84:14
**working**
34:11
35:18,20
36:21 40:3
40:23,24
51:19 71:1
88:1 125:7
125:8
137:14
**works** 18:3
29:18
40:14,18
47:14
94:14
106:22
114:1
117:21
**world** 29:4
99:3,6
**worse** 135:3
**wouldn't**
33:10 66:6
88:4 134:3
135:1
**wow** 52:1
**wrapping**
119:18
**writing**
135:4
139:7
**wrong** 118:20

**X**
**X** 2:16,21
3:1 4:1
6:16 94:20

**Y**
**yeah** 28:10
38:7 48:13
58:13 74:5
76:15 96:3
99:9 114:6
124:17
126:15
137:24
138:3,18

**year** 27:22
33:4 36:16
38:10
41:10
42:20
43:12
60:17 69:8
69:12
74:20 84:4
87:9 98:1
98:2
108:12
114:13
130:19
132:10
134:9
**years** 9:18
10:16 11:3
32:11,22
34:10
38:12,15
38:16 53:5
82:15
101:9
107:25
112:20
114:2
123:11,16
123:18
126:19
129:18
131:12
133:2
136:25
**yep** 37:13,19
70:22
**yesterday**
36:18
44:22
46:13
63:25
116:12

**Z**
**zoom** 5:16
6:3 13:15
67:18,19
**zoomed** 13:15

**0**

**1**
**1** 37:17
45:19
46:23
59:14 60:6
87:10
92:24
**1-800-31...**
1:25
**1-866-VO...**
30:11
**1,850** 83:21
**1,922** 83:23
100:9
102:3
**10:44** 79:22
**10:46** 79:25
**10:58** 88:18
**1000** 122:21
**11** 57:2
**11:13** 88:21
**119** 4:5
**12** 65:23
**12:20** 1:23
138:12,20
139:12
**13** 2:23
59:24
88:25
**130** 39:9
**13th** 2:12
**14** 119:25
120:1
**15** 20:19
125:13,18
135:25
**15-c** 1:8
**15th** 77:19
77:21 78:2
**17** 2:3 81:3
**17th** 75:22
77:5,9
**18** 93:7
126:9
131:14
**180** 53:18,22
117:25
**180-day**
117:7
**19** 49:12

126:9
131:14
**19th** 108:18
108:20
**1st** 77:1

**2**
**2** 1:22 5:4
45:20,21
65:3 83:12
84:24
88:25
89:14 91:1
96:24 97:1
139:11
**2.6** 44:23
46:12
114:18
**20** 10:21
12:25 13:3
20:9,19
71:19
**20-cv-76...**
1:17
**2000** 122:21
**20005-3960**
2:12
**2006** 62:16
**2011** 9:9
**2015** 81:9
82:6,13
90:2 92:15
107:10,15
107:18
**2016** 4:5
10:19,22
10:22 14:2
14:20,21
15:19
38:19
49:17 50:5
52:12
80:14
82:17
100:12
108:1
114:7,8
119:5
121:20
122:6,11

122:13,15
122:24
127:19
129:18,21
131:12,15
135:12
136:14
137:12
**2017** 10:19
10:22
108:5
113:18,19
113:22
122:11,13
123:1,20
126:9
127:12
130:22
131:14,18
133:2
134:1
137:13
**2018** 11:1,1
32:15
108:7
113:9,12
113:15,17
125:24
127:22
128:4,10
131:18
**2019** 108:9
113:4
131:18
133:2
134:1
**202.654...**
2:13
**2020** 1:22
3:11 5:4
14:5 17:8
17:12,17
18:25
19:14
20:13
21:21
23:15
24:11,11
25:5,9,11
26:11,18

27:2,8
29:12,25
32:12,25
34:13
35:20
36:19
51:14,19
57:8 58:1
65:2 69:8
95:8 97:10
99:8
108:11,12
113:2
126:6
131:13
133:10
135:11
136:15
139:11,22
140:23
**2021** 139:24
**207** 2:7
**21** 119:1
**212** 7:5
**22** 74:4
**23** 91:9
**24** 91:9
92:16
139:24
**240** 5:13
**24th** 131:7
**250,000** 43:1
**28** 4:12
**29th** 77:18
77:21,23
78:9,13

---
**3**
---
**3** 13:19
36:19 50:3
50:8 56:7
58:1 79:16
80:3 82:9
122:18
**30** 43:11
**325** 2:7
**37** 2:24
16:13
**37-page** 3:15
64:15

---
**4**
---
**4** 50:2,14
**4.3** 104:19
**414-272-...**
2:8
**44** 3:3
**45** 53:17
**48** 3:5
**49** 3:6

---
**5**
---
**50** 43:21
52:2
**5000** 2:23
13:5,12
48:14
**5001** 2:24
37:12,13
39:1 43:9
76:15,17
**5002** 3:3
44:14,17
46:9
**5003** 3:4
48:14
**5004** 3:6
49:20
**5005** 3:7
52:25 53:2
**5006** 3:8
54:10
**5007** 3:9
55:17
**5008** 3:11
57:3,3,7
**5009** 3:12
58:23
**5010** 3:14
59:25 60:2
**5011** 3:15
64:8
**5012** 3:17
74:6,8
77:15
79:16 83:8
83:12
84:23
87:11 95:3
**5013** 3:19
76:12 81:4

82:9 89:11
91:1
107:10
**5014** 3:20
91:15
**5015** 3:23
92:19
**5016** 4:3
93:19
**5017** 4:5
119:2
**53** 3:7
**53202-5774**
2:8
**53707-7857**
2:3
**54** 3:8
**55** 3:10
**57** 3:11
**58** 3:13

---
**6**
---
**6** 2:18
135:22
**6.2** 114:15
**60** 3:14
38:24
118:12
**600,000**
116:11
**608-266-...**
2:4
**61** 50:15,21
**63** 38:4,5,25
**64** 3:16
**65** 38:25
39:16
**69** 37:15
39:16
**6th** 79:7
80:8

---
**7**
---
**7** 27:8
**70** 40:22
76:17
**700** 2:12
**72** 83:22
**74** 3:18
**7th** 139:21

---
**8**
---
**8** 52:9
**80** 15:3
26:19
**800** 2:12
**81** 3:19

---
**9**
---
**9** 14:20
15:19
**9:01** 1:23
5:3 139:12
**9:50** 44:6
**9:55** 44:9
**90** 5:12
**91** 3:22
**92** 3:24
**93** 4:4
**94** 2:19