# EXHIBIT 1



# Wisconsin Department of Transportation

wisconsindmv.gov

T1090      01/2018

**Division of Motor Vehicles**
**Compliance Unit**
P O Box 7911 Rm. S206
Madison, WI 53707-7911

Telephone: 608-261-5684
FAX: 608-223-7720
Email: DOTDMVComplianceUnit@dot.wi.gov

**July 21, 2020**



## Receipt Valid for Voting Purposes Only

**Product Description**

| | |
|---|---|
| **Product Type:** | ID for Voting Purposes |
| **Issue Date:** | 07-21-2020 |
| **Valid Until:** | 01-17-2021 |
| Issued By: | DOTMNG |

**Physical Description**

**DOB:**
Sex:
Height:
Weight:
Hair:
Eye:
Organ Donor:







**This receipt is an acceptable Photo ID for voting and serves as your ID Card until your card is issued (s.5.02(6m) Wis. Stats.).** This receipt is valid for 180 days and will be automatically renewed unless otherwise cancelled by WisDOT. Additional receipts will be provided as you exercise reasonable efforts to contact DMV staff to discuss your petition application or provide new information to assist in validating your birth record information. If you have further questions regarding your ID Card for voting purposes, please contact DMV using the information above.

**MyVote.wi.gov:**
If you are a U.S. citizen and are eligible to vote in Wisconsin, go to - MyVote.wi.gov - to register to vote or update your voter registration address.

DEF-DMV107908