# EXHIBIT 2

## Getting a free ID for voting is easy

1) Visit your local DMV office
   We'll help. To find a DMV, call us
   (844) 588-1069

2) Bring the following, if available:
   - Proof of name and date of birth
     (such as a Birth Certificate)
   - Proof of identity
     (Social Security Card, Medicaid/Medicare card, etc.)
   - Wisconsin residency
     (Utility Bill, Government Mail, Lease, etc.)
   - Proof of U.S. citizenship
     (U.S. Birth certificate or Citizenship paperwork)
   - Social Security Number

3) If you don't have all or any of these…
   you can still get an ID for voting. Just bring what you have to the DMV, fill out two forms, and you will get a photo ID document in the mail that you can use in time for voting.

Questions?   (844) 588-1069
wisconsindmv.gov
bringit.wi.gov

---

## Free ID & Identification Card Petition Process (IDPP)




## No Birth Certificate?
## No problem!
## Ask us how!

Call us at (844) 588-1069
or visit wisconsindmv.gov
bringit.wi.gov