# EXHIBIT 3

**Monthly ID Petition Record Process Report**

| Monthly Total Original IDs, Total Petitions & Petition Percentage | | | |
|---|---|---|---|
| | ORG IDs issued | Petitions Filed | Petition Application Percentage |
| 6/1/20 to 6/30/20 | 3558 | 160 | 4.50% |
| To Date [1] | 256477 | 12355 | 4.82% |

| Cumulative status to date | | | | | |
|---|---|---|---|---|---|
| Total Petitions | Total Resolved [2] (Resolved through adjudication: 1488 ) | Total canceled by customer and fraud | Total pending | Suspended, no response from customer | Total denials |
| 12355 | 6082 | 4440 | 214 | 623 | 996 |

| Pending | | | | | | |
|---|---|---|---|---|---|---|
| Total Pending | Initiated Petition | Waiting for DHS verification | | Awaiting US citizenship, name change, foreign born | DHS non-match received, pending adjudication | Incomplete applications [5] |
| | | In State: 1 | Out of state: 8 | | | |
| 214 | 3 | Total: | 9 | 0 | 37 | 165 |

| Petitions by region | | |
|---|---|---|
| Region | Current Monthly Totals | Petitions to Date |
| NW | 12 | 982 |
| NC | 15 | 767 |
| NE | 29 | 1967 |
| SW | 45 | 3420 |
| SE | 59 | 5219 |
| Total | 160 | 12355 |

| Petition Origination to date | |
|---|---|
| City | Count |
| Madison [3] | 1745 |
| Milwaukee [4] | 3617 |
| Other | 6993 |
| Total | 12355 |

Issued through extraordinary proof to date:   501

| |
|---|
| 1. To date = 9/15/14 to the present date. |
| 2. "Resolved" = ID cards issued. |
| 3. Includes stations M101,MA01,ME01 |
| 4. Includes stations MBC1,MIL1,MNE1,MNW1,MSE1,MSW1. |
| 5. Incomplete = missing proof of identity or residency or both & 183. |

Prepared 7/1/20

DEF-DMV020582