# EXHIBIT 4



# IDPP Phase 1 - 02/18/2020 Election



Free ID and Identification Card Petition Process
Understanding Your Role in Voting

Press the white "Start Course" button to begin the training.

- How to Navigate Through This Course

- Customer Intake

- When to Start the Process

- Who is Eligible?

- What information should be given to Customer?

- What if More Documentation is Needed?

DEF-DMV054531

*Lesson 3 of 13*

# When to Start the Process

---

**If the customer is applying for their first WI ID product and does not have all required documentation, start the ID Petition Process.**

☐  Take the customer's photo.

☐  Have the customer complete the MV3004 (ID card application).

☐  Have the customer complete the MV3012 (petition form).

NOTE: If the customer is missing any document needed for issuance of a non-compliant product, they may enter into the petition process.

Through the ID petition process, the customer is taking the first step towards having an ID card issued.

DEF-DMV054537

*Lesson 4 of 13*

# Who is Eligible?

## The customer is eligible to apply for an ID using the IDPP Petition Process if:

☐ US Citizen is marked on their application

☐ they are at least 17 years old at the time of application

☐ a WI address is listed on their application
Homeless residency information can be found in Knowledge Owl or Corkboard.

In about a week, the customer will receive one of the following through the mail:

- A photo receipt, valid for voting purposes
- A WI ID card

DMV Central Office will follow up with the customer if any additional information is needed to obtain an 8-year ID card.

The customer *will* receive a receipt or identification card. Both are valid for voting purposes.

DEF-DMV054538