# EXHIBIT 5

Processing ID Petition Process Applications – Non-Election Mode

## Table of Contents

## CAFU Receipt Process – NON-ELECTION MODE

### IDPP Overview

1. Qualifications for Free Voter ID Product
2. Processing an application for free voter ID through IDPP
3. Procedures
4. Review Process

# NON-ELECTION MODE

### Creating the Data for Daily Receipts – Non-Election Mode (Data Person)

1. Auto-generated Overview
2. New Receipts
3. Renewed Receipts
4. Reissued, Duplicate, and Address Change Receipts
5. Updating the Daily Receipt List spreadsheet
6. Review the IDPP Address Change Report
7. Send email to let the receipt person know the data is ready

### Creating the Receipts – Non-Election Mode (Receipt Person)

1. Verify DADS reports are saved
2. Verify IDPP Reports are saved
3. Verify the Data
4. Update Receipt Tracking Spreadsheet
5. Printing the Receipts
6. Verification
7. CAR documentation
8. Email Maintenance
9. Image Record Maintenance
10. Preparing Cover Letters & Receipts for Mailing
11. After Mailing Receipts

### Review Process – Non-Election Mode (Review Person)

1. Email Maintenance
2. CAR Documentation
3. Printed Cover Letters & Receipts
4. Spreadsheet Maintenance

### Mailing Receipts – Non-Election Mode (Receipt Person)

1. Standard Mailing Process

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

Revised 08/19/2020

DEF-DMV272178

2. Receipt Returned as "Undeliverable" by Post Office Process

## CAFU Adjudication Process

1. Daily Intake
2. Petitioner Contact
   a. Requesting Customer Come into CSC/CLNC signing
3. Common Errors
4. BFS Errors
5. Resubmitting a Petition to DHS for Verification
6. Petitioners Born Outside the US (Consular Birth)
7. States not Participating in EVVE
8. Extraordinary Proof
9. Copy of Birth Certificate
10. WI Marriage License
11. Common Law Name Change
12. Address Update Pending Issuance
13. Issuing a Voter ID
14. Fee Based Resolution
15. Suspending a Petition
16. Petition Denial
17. Petition Cancellation
18. Cancelling a Petition due to Fraud
19. Address Change Report

## CAFU Receipt Process – NON-ELECTION MODE

### IDPP Overview

Every United States citizen residing in Wisconsin is entitled to a Wisconsin Identification card (WI ID) free of charge if they obtain it for the purpose of voting. Citizens applying for a WI ID for the first time must present documents that prove their identity. Citizens whose identity documents were lost, stolen, destroyed or are otherwise unavailable may obtain a WI ID for voting by applying through the Identification Document Petition Process (IDPP) if they would have to pay to replace the documents.

The Bureau of Driver Services (BDS) will work with the Wisconsin Department of Health Services (DHS) to verify whether or not vital records on file in Wisconsin and other states substantiate a petitioner's qualifications to obtain a free voter ID. When DHS cannot confirm that a petitioner's personal identifying information matches the birth record ("no match"), the application will be forwarded to the Compliance, Audit and Fraud Unit (CAFU) to be researched.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

DEF-DMV272179

## Processing ID Petition Process Applications – Non-Election Mode

The Compliance, Audit and Fraud Unit (CAFU) will adjudicate all No Match petition records applying for a free voter identification product. Any records that cannot be adjudicated due to a lack of birth or citizenship information will be presented to senior managers to review and approve or deny. If fraud is suspected and proven, the product will not be issued and cancelled.

### 1. Qualifications for a Free Voter ID Product

Citizens may obtain a free voter ID if they:

      a.  Are US citizens (born or naturalized).  Verify they have self-certified.

      b.  Are residents of Wisconsin.

      c.  Are at least 17 years of age.

      d.  Have not already been issued a valid WI DL or ID.

      e.  Surrender any valid identification product issued to them by another state.

Those who cannot provide a key piece of documentation, such as a birth certificate or a certificate of naturalization, may apply for a free voter ID through the IDPP.

Petitioners apply through IDPP by completing MV3004 & checking Box 4 for a free voter ID, and completing MV3012 certifying that critical documents are not available.

### 2. Processing an application for free voter ID through IDPP

      a.  The MV3004, MV3012 and all documents presented by the customer are scanned by field staff and when the envelope is taken to "Paid" status, the system will automatically send an email to DEU indicating a new petition customer has entered the system. The email will include the photo ID, NSD ID, customer name, station mnemonic, processor DIT/DOT, processor name and date/time.

      b.  Hard copies of MV3004 and MV3012 are forwarded to CAFU via inter-D courier.

      c.  DEU will forward petitions to CAFU when:

            i.  An SSOLV check of petitioner's current name and birth name do not verify. Notation will be changed to 170: PETPROC SENT TO RESEARCH (CAFU) – NAME CHG.

            ii.  US citizen born in WI: DEU is unable to verify birth in Wisconsin. Notation will be 172: DHS "NO MATCH" – SENT TO RESEARCH (CAFU).

            iii.  US State Dept. was unable to verify the customer's Name/DOB & Citizenship. Notation will be 174: US STATE "NO MATCH" – SENT TO RESEARCH (CAFU).

            iv.  US citizen born abroad:  DEU forwards MV3012 to CAFU for verification with the US State Department. Notation will be 169: PETPROC SENT TO RESEARCH (CAFU) – CONSULAR.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

Revised 08/19/2020

3

DEF-DMV272180

v. Naturalized citizens: SAVE check does not verify. Notation will be 173: SAVE "NO MATCH" – SENT TO RESEARCH (CAFU).

vi. The record has been at DHS for more than 30 days. Notation will be 178: PETPROC LTR SENT - REF TO RESEARCH (CAFU). This is monitored by DEU per SECTION 8 Trans 102.15(5m)(b)3 of the Permanent Rule.

## 3. CAFU Temporary Receipt Issuance & Tracking Procedure

A report will be generated to identify petitions to include all petitions except the following:

- Notation Code 165 – ID CARD ISSUED VIA PETITION PROCESS
- Notation Code 182 – CUSTOMER INITIATED CANCELLATION
- Notation Code 177 – PETPROC TERM – CONTACT CAFU
- Notation Code 194 – FRAUD CANCEL
- Notation Code 196 – PETPROC INCOMPLETE TERM – CONTACT DEU

For new petitions, petitions due to be renewed, and petitions that must be reissued, a cover letter is generated by the system and emailed to the CAFU email inbox for the petition customer explaining the purpose of the temporary receipt and that DMV is actively processing the petition filed.



DEF-DMV272181

For new petitions, petitions due to be renewed, and petitions that must be reissued, a temporary receipt "For Voting Purposes Only" is created for the customer that will contain their specific information. The information included will be the following:

a. Name
b. Address
c. Physical description (provided on the application on file)
d. Signature
e. Photo
f. Issue date
g. Valid date
h. Product type
i. Issued by: (processor)
j. Contact information for CAFU
k. Disclaimer



DEF-DMV272182

CAFU will send receipts to every petitioner who applied 5 business days ago and has not yet been issued a product, whose petition has not been denied because of no contact or non-eligibility (not a US Citizen), or whose petition has not been cancelled by the customer or due to fraud.

Effective June 25, 2018, when petitioners apply at BFS, they will receive an automated take away letter. The system will produce a generic version of ███████████████████ the takeaway letter.



**You will soon receive an ID for voting!**

In about a week, you will receive either a
Wisconsin ID card or a paper receipt in the mail.

Either one can be used as ID to vote.

If you apply the week before the election or the week of the election (May 28 through June 6, paper receipts will be sent via overnight mail, so you will receive it the day after you apply.

A Wisconsin ID looks like a driver's license. The paper receipt looks like this:

**Questions?  Problems?  New Address?**

Call us at 844-588-1069, or visit one of the following:

wisconsindmv.gov                                          bringit.wi.gov

## 4.  Review Process

All receipt processes should be double verified. This includes the data that establishes which receipts are needed, the receipts for accuracy and completeness and during election mode, the proper placement in the envelopes for the mailroom.

Note: When not in election mode, the address on the cover letter is shown through the envelope window.

The person assigned to IDPP data for the week should generate the data including new, renewed and reissued receipts, and the person assigned to receipts for the day should verify the data. The W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

Revised 08/19/2020

6

DEF-DMV272183

data should align with the receipts exactly, i.e. there should be a receipt for each record on the data sheet. EXCEPTION: DEU agent sends the receipt to CAFU. These are not auto-generated.

The receipts should be printed and verified by the person assigned for the day and a second person for accuracy and completeness.

If the petitioner has a mailing address in the same Wisconsin city as the petitioner's primary street address, use the primary address on the receipt and the mailing address on the cover letter.

If the mailing address is out of state, CAFU will create a cover letter that reflects the WI residence address prior to mailing. DEU will not be able to generate a new cover letter with the WI address.

# Daily/On-going Receipt Mailing Process *effective 2/5/18*

Identify petitioners who must receive a receipt. There are multiple types of petitioners you must review every day:

**Auto Generated - Overview**
**New Receipts**
**Renewed Receipts *Until manual tracking is completed***
**Reissued & Duplicate Receipts**
**Address Change Receipts**

## CREATING THE DATA FOR DAILY RECEIPTS– Non-Election Mode (Data Person)

### 1. Auto Generated - Overview

Original 5-day delay receipts, renewal receipts, and address change receipts will be generated automatically on the day of at 6:00 AM each day and will not need to be requested by CAFU. Manual processes for verifying receipts and tracking will continue with the IT enhancements until CAFU has sufficiently verified and has confidence in the automated process.

The following reports will be auto-generated each day and emailed to CAFU by 6:00 AM.

- IDPP reports will include specific petitioner information including petitioner name, DID, and petition start date:
    - o The IDPP Delayed Report
    - o The IDPP Receipt Renewal Report
    - o The IDPP AddrChng Report

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

DEF-DMV272184

## Processing ID Petition Process Applications – Non-Election Mode

```
9-26-18 P7015710_IDPP_ADDR_CHANGE.txt - Notepad                                    _  □  X
File  Edit  Format  View  Help

Department of Transportation          ID Card Petition Process          Report: P7015710-0

Division of Motor Vehicles            Address Change Report             Date: 09/26/2018
DOT DL DMV AO FRAUD                                                     Env : Production


IDPP CUSTOMER                                              CUSTOMER ADDRESS

DL#:                                            OLD: ████████████████
NAME: ███████████████
                                                NEW: ████████████████
IDPP START: 08-22-2017
IDPP NOTN: 191: PETPROC LTR SENT-REQ PROOF-ID(DEU)

DL#:                                            OLD: ████████████████
NAME: ███████████████
                                                NEW: ████████████████
IDPP START: 09-14-2018
IDPP NOTN: 168: PETPROC REQ SENT TO WI DHS - OOS BIRTH

Summary                          Count
Total Address Changes:           00002
```

- The DADS reports include how many receipts of each type were auto-generated, but not data that identifies specific customers.
  - o  The DADS Report Delayed for (DATE)
  - o  The DADS Report Renewal for (DATE)
  - o  The DADS AddrChng for (DATE)



```
                    Wed 7/25/2018 6:01 AM

                    IDPetitionProcess@dot.wi.gov

                    DADS report Renewal for 07-25-2018

To    DOT DMV BDS Voter ID Petition Process; DOT DL DMV AO FRAUD UNIT


Production Report Renewal started: 2018-07-25-06.01.01.951629

Processing IDPP renewals for 07-25-2018

Records Read  : CO000
Processed Count: 00000
Deleted Count : 00000
Commit Count  : 00000
RollBack Count : 00000
Data Errors   : CO000
CRPD Errors  : 00000
DATE Calc Errs : 00000
Product Errors : 00000
Receipt Errors : 00000
Verify Errors : 00000
Non VRFY Errors: 00000

Production Report Renewal ended : 2018-07-25-06.01.01.969439
```

## Processing ID Petition Process Applications – Non-Election Mode

The person assigned to receipts will need to verify that the correct petitioners receive original receipts by comparing the data from the new IDPP DELAYED ORIGINAL RECEIPT REPORT with the IN-PROGRESS report.

In addition to the daily In Progress spreadsheet, CAFU will also use the IDPP DELAYED ORIGINAL RECEIPT REPORT to determine which petitioners will need new receipts. These petitioners will continue to be added to the DAILY RECEIPT LIST for verification and to compare to the list of new receipts provided by DEU.

The person assigned to receipts will need to verify that the correct petitioners receive renewed receipts by comparing the data from the new IDPP RENEWED RECEIPT REPORT with the RECEIPT TRACKING spreadsheet.

In addition to the RECEIPT TRACKING spreadsheet, CAFU will also use the IDPP RENEWED RECEIPT REPORT to determine which petitioners will need renewed receipts. These petitioners will continue to be added to the DAILY RECEIPT LIST for verification and to compare to the list of renewed receipts provided by DEU.

The person assigned to receipts will need to verify that the correct petitioners receive Address Change receipts by reviewing the data from the new IDPP ADDRESS CHANGE REPORT.

CAFU will also use the IDPP RENEWED ADDRESS CHANGE REPORT to determine which petitioners will need reissued receipts. These petitioners will continue to be added to the DAILY RECEIPT LIST for verification and to compare to the list of address change receipts provided by DEU.

### 2. NEW RECEIPTS

a) Original receipts will be emailed from DEU to CAFU with the subject line:

    i. IDPP ID Delay Receipt DID# (Non-election 5-day delayed receipts)

b) Use the IDPP DELAYED ORIGINAL RECEIPT REPORT received from BITS that shows the new petitions that began 5 days ago.

    i. Save the IDPP DELAYED ORIGINAL RECEIPT REPORT in this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\Delayed original reports

        1. Name the file using the date in the report

          e.g. 8-1-18 P7015711_IDPP_DELAYED_RPT.txt

c) Use the DADS Delayed Original report received from BITS that shows the number of new petitions that began 5 days ago. The number of 5-day petitioners on the IDPP Delayed Original Receipt Report should match the number after "Processed Count" on the DADS Delayed Original report.

    i. If the number after "Processed Count" on the DADS Delayed Original report does NOT match the number on the other two reports, the data person must explain the discrepancy in an email to the receipt person. See step 7.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

9

DEF-DMV272186

# Processing ID Petition Process Applications – Non-Election Mode

      ii.    Save the DADS Delayed Original report here: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\DADS Reports\Delayed

          1.Name the file using the date in the report.

            e.g. 8-1-18 DADS report Delayed for 08-01-2018.msg

d) Open the most current daily list. (This report is received from BITS that shows the petitions that are IN PROGRESS.) You can find the IN PROGRESS list at the following link: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\IN PROGRESS daily

      i.    The lists are saved according to the day they were generated.

      ii.    The folder is organized into subfolders by year and month.

e) Find today's date on the calendar and count back 5 business days (Monday through Friday – do not count holidays). That is your "target date." For instance, if today is Wednesday, June 15th, then your target date would be Wednesday, June 8th.



**NOTE: If your target date is a Monday, you must also include Saturday and Sunday.**

      i.    Highlight the column labeled "ORIG DATE."

      ii.    Click on the "DATA" tab at the top of the window.

      iii.    Click on the "Filter" button under "DATA."

      iv.    A "down arrow" will appear at the top of the column labeled "ORIG DATE." Click on the arrow, uncheck the box that says, "Select All," click on the plus sign next to the current year to see the months, then click on the plus sign next to the current month to see the days.

      v.    If there is no box for the target date, then you do not have to issue new receipts.

      vi.    If there is a box for the target date, check the box and click "Okay." The spread sheet will filter the list so the only petitioners you see are the ones who applied 5 business days ago.

## Updating the DAILY RECEIPT LIST spreadsheet

a) Copy the name and DID of the petitioner and paste it in the DAILY RECEIPT LIST spreadsheet. W:\Fraud\VOTER ID NMAPP\Emergency Rule\DAILY RECEIPT LIST.xlsx

      i.    They should be labeled as "new" on the DAILY RECEIPT LIST.

b) Check each DID in Inquiry to verify that the customer has not been issued an ID card, cancelled their petition process, or been denied.

c) Add the petitioners to the DAILY RECEIPT LIST spreadsheet. The delayed original petitioners are listed on both the "IDPP DELAYED ORIGINAL RECEIPT REPORT" and the IN-PROGRESS spreadsheet. (Both reports should have the same petitioners listed)

## 3. RENEWED RECEIPTS

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

10



# Processing ID Petition Process Applications – Non-Election Mode

a) Renewed receipts will be emailed from DEU to CAFU with the subject line:
   i.   IDPP ID PROD RENEWAL DID# RECEIPT
b) Open the IDPP RENEWAL RECEIPT REPORT
   i.   Save the IDPP RENEWAL RECEIPT REPORT in this file under the appropriate date:  W:
        Fraud: VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting
        information\Raw Data From BITS\Receipt Renewal Report
        1.   The lists are saved according to the day they were generated.
        2.   The folder is organized into subfolders by year and month.
c) Open the DADS Renewal report received from BITS that shows the number of petitions that are
   up for renewal. The number of renewed petitioners on the IDPP Renewal Report should match
   the number after "Processed Count" on the DADS Renewal report.
   i.   If the number after "Processed Count" on the DADS Renewal Report does NOT match the
        number on the IDPP Renewal report, the data person must explain the discrepancy in an
        email to the receipt person. See step 7.
   ii.  Save the DADS Renewal report here: W:\Fraud\VOTER ID NMAPP\Voter ID Notation
        Tracking and Reporting\Reporting information\Raw Data From BITS\DADS
        Reports\Renewal
        1.   The lists are saved according to the day they were generated.
        2.   The folder is organized into subfolders by year and month.

## Updating the DAILY RECEIPT LIST spreadsheet

a) Copy the name and DID of the petitioners from the IDPP RENEWAL RECEIPT REPORT and paste
   them in the DAILY RECEIPT LIST spreadsheet.  W:\Fraud\VOTER ID NMAPP\Emergency
   Rule\DAILY RECEIPT LIST.xlsx
   i.   Label them "renewal" on the DAILY RECEIPT LIST.
b) Open the RECEIPT TRACKING spreadsheet.  W:\Fraud\VOTER ID NMAPP\Emergency
   Rule\RECEIPT TRACKING updated.xlsx
   i.   Filter the column labeled "Date Receipt Must Renew" to view only petitioners who
        must renew on today's date. [Note: On Monday you must filter to include the previous
        Saturday and Sunday.}
        1.   Make sure all the names from the RECEIPT TRACKING spreadsheet are on the
             IDPP RECEIPT RENEWAL REPORT. The IDPP Renewal report may include
             renewals that are not on our RECEIPT TRACKING spreadsheet because the
             due date CAFU used when manually tracking renewals was based on the
             mailing date instead of the origination date.
        2.   If any petitioners listed on the RECEIPT TRACKING spreadsheet are NOT on
             the IDPP RENEWAL REPORT, you must add the additional petitioners to the
             DAILY RECEIPT LIST, so the receipt person knows to manually request the
             receipts from DEU.
             i.   Label them "renewal" on the DAILY RECEIPT LIST.
c) Using the DAILY RECEIPT LIST, check each DID in inquiry to verify that the customer has not
   been issued an ID card, denied, or cancelled their petition process.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-
Internal.pdf

11

Revised 08/19/2020

DEF-DMV272188

## Processing ID Petition Process Applications – Non-Election Mode

i. Petitions that have cancelled, denied, or been issued must be removed from the DAILY RECEIPT LIST.
ii. Petitions that have cancelled, denied, or been issued must have the Receipt Issue Date removed from the RECEIPT TRACKING spreadsheet. Removing the Receipt Issue Date will also remove the Must Renew By date and the petition will no longer appear to need a receipt.

### 4.  REISSUED, DUPLICATE & ADDRESS CHANGE RECEIPTS

a)  Reissued, duplicate & address change receipts will be emailed from DEU to CAFU with the subject line (may vary from the three examples below):
   i.   Address change – IDPP PROD ADDRESS CHANGE DID# RECEIPT/COVER LETTER
   ii.  Reissued – RENEWED / REISSUED RECEIPTS FOR [PETITIONER NAME]
   iii. Duplicate – CUSTOMER LOST/NEVER RECEIVED 180 RECEIPT
   b)  Use the IDPP ADDRESS CHANGE REPORT received from BITS that shows the petitioners that have updated their address.
      i.   Save the IDPP ADDRESS CHANGE REPORT in this file under the appropriate date:
         W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\Address change reports
         1.  The lists are saved according to the day they were generated.
         2.  The folder is organized into subfolders by year and month.
   c)  Open the DADS Address Change report received from BITS that shows the number of petitions that updated their address. The number of address change petitioners on the IDPP AddrChng Receipt Report should match the number after "Processed Count" on the DADS AddrChng report.
      i.   If the number after "Processed Count" on the DADS AddrChng Report does NOT match the IDPP AddrChng Receipt report, the data person must explain the discrepancy in an email to the receipt person. See step 7.
      ii.  Save the DADS Address Change report here: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\DADS Reports\Address Change
         1.  The lists are saved according to the day they were generated.
         2.  The folder is organized into subfolders by year and month.

### 5.  Updating the DAILY RECEIPT LIST spreadsheet

a)  Add any petitioners with address changes to the DAILY RECEIPT LIST spreadsheet that are on the "IDPP ADDRESS CHANGE REPORT" email. W:\Fraud\VOTER ID NMAPP\Emergency Rule\DAILY RECEIPT LIST.xlsx
b)  Check each DID in inquiry to verify that the customer has not been issued an ID card, cancelled their petition process, or been denied.
c)  Check receipt tracking and the team inbox to see if a receipt with the new address was mailed out the day before.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

12

DEF-DMV272189

# Processing ID Petition Process Applications – Non-Election Mode

    i.   Add these to the Daily Receipt List.

d)  Inquire on each record to determine that the information in the report is accurate.

    i.   Label all address changes and reissues as "Reissue" on the DAILY RECEIPT LIST.

NOTE: Receipts are reissued for various reasons: the petitioner requests a replacement, the petitioner changes address, the petition was returned undeliverable, etc.

## 6. Review IDPP ADDRESS CHANGE REPORT for any PN177

If 177 is on the record you must:

a)  Determine if NCOA is on record as how the address was updated:

    i.   If NCOA exists in inquiry and PN177 is on record, no action needed. This means the address update was received from the Post Office, not from the customer.

    ii.  If NCOA does NOT exist in inquiry and PN177 is on record, follow these steps:

        1.  Using the IDPP Database, verify the adjudicator assigned to the case is still here.

        2.  If the adjudicator assigned to the petitioner is no longer in CAFU send email to the CAFU supervisor and the CAFU Lead Worker. They will assign the petitioner to a new adjudicator.

### ABOUT THE ADDRESS CHANGE REPORT

As of June 24th, 2018, all reissued receipts for customers with address changes will be generated automatically and will come from the "Address Change Report" which CAFU receives the first thing in the morning.

Petitioners who have updated their address prior to receiving their first receipt will appear on the report with the following information displayed: "On Delay Until: (DATE)"

```
DL#: T520-1739-2052-04                                     OLD: 1651A S 1ST ST / UPPER
NAME: DIONTE MONTRELL THOMAS                                    MILWAUKEE, WI 53204-2902

IDPP START: 01-31-2018  On Delay Until: 05-28-2018;        NEW: 4822 MADISON YARDS WAY
IDPP_NOTN: 187: IDPP - APP INCOMPLETE - CONTACT DEU             MLNG MADISON, WI 53705-9100
```

These petitioners should receive an original receipt five business days after entering the petition process and the receipt will be sent to their updated address.

Reissued receipts from this report will have an "IDPP ID PROD Addr Chng DID#" email subject line. Petitioners who contact DEU and indicate that they have lost or never received their receipt will continue to be manually issued receipts by DEU. DEU will continue to send these receipts to CAFU.

If a petitioner updates their mailing address to an out of state address, CAFU will receive an email with the subject line "IDPP OOS Notify AddrChng DID# in lieu of IDPP Receipt".

    a.  CAFU will need to request a receipt with a WI address from DEU for this petitioner.

    b.  CAFU will need to create a cover letter for the petitioner and use the petitioner's primary WI address for the cover letter.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

13

DEF-DMV272190

# Processing ID Petition Process Applications – Non-Election Mode

If a petitioner is up for renewal and now has an out of state mailing address, CAFU will receive an email with the subject line "IDPP OOS Notify Renewal DID# in lieu of IDPP Receipt"

    a. CAFU will need to request a receipt with a WI address from DEU for this petitioner.

    b. CAFU will need to create a cover letter for the petitioner and use the petitioner's primary WI address for the cover letter.

## 7. Send email to let the receipt person know the data is ready.

    a. When sending the email to the receipt person, a total count should be given for each category of receipt – NEW, RENEW, and REISSUE.

    b. There are 4 things to check for each type of receipt:

       i. The corresponding BITS report

       ii. The corresponding DADS report

       iii. Applicable Spreadsheets (note – there is no spreadsheet for the Address Change)

       iv. The DOT DMV FRAUD Inbox for the delivered receipt

    c. Any discrepancies should be noted

    d. Template:



Daily Receipt List.msg

    e. Save the email in this folder: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Daily Receipt List E-mail

    f. If there are any discrepancies that need further investigation, they should be noted on ..\..\..\..\..\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Daily Receipt List E-mail\Error Tracking\IDPP Tie Out Errors.xlsx

       i. Fill in all information about the person (NSDID, First, Last)

       ii. Fill in what type of receipt it was (NEW / RENEW / REISSUE)

       iii. Fill in all information about which things you checked (On BITS report, On DADS, On Spreadsheet [May be NA for REISSUE], Receipt Delivered)

       iv. The last column is for a possible explanation. This may be apparent immediately or it may require follow up. If an email chain or document explains what happened, that file should be stored in the same folder as the spreadsheet and this column can be used to link to the file

## Creating the Receipts – Non-Election Mode (Receipt Person)

### Overview

    1. Verify the DADS reports are saved.

    2. Verify the IDPP reports are saved.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

14

DEF-DMV272191

# Processing ID Petition Process Applications – Non-Election Mode

3. Verify the data entered in the DAILY RECEIPT LIST
4. Update the Receipt Tracking spreadsheet
   a. DAILY RECEIPT LIST
5. Printing the Receipts
6. Verification
7. Car Documentation
8. Email Maintenance
9. Image Record Maintenance – for NEW only
10. Preparing Cover Letters and Receipts for Mailing
11. After Mailing Receipts

For every receipt, check each DID# in inquiry to verify that the customer has not been issued an ID card, cancelled, or has been denied.

## 1. Verify DADS reports are saved

a. Make sure the DADS Report Renewal was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\DADS Reports\Renewal
   i. Make sure the date matching the date in the report has been added to the filename.

b. Make sure the DADS Report Delayed Original was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\DADS Reports\Delayed
   i. Make sure the date matching the date in the report has been added to the filename.

c. Make sure the DADS Report Address Change was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\DADS Reports\Address Change
   i. Make sure the date matching the date in the report has been added to the filename.

## 2. Verify IDPP Reports are saved

a. Make sure the DELAYED ORIGINAL REPORT was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\Delayed original reports
   i. Make sure the date matching the date in the report has been added to the filename.

b. Make sure the RECEIPT RENEWAL REPORT was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\Receipt Renewal Report

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

15

DEF-DMV272192

        i. Make sure the date matching the date in the report has been added to the filename.

   c. Make sure the ADDRESS CHANGE REPORT was saved to this file: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\Address change reports

        i. Make sure the date matching the date in the report has been added to the filename.

## 3. Verify the data

   a. New Receipts:

        i. Open the DADS Report Delayed Original

        ii. Open the "IDPP DELAYED ORIGINAL RECEIPTS REPORT" email

        iii. Open the IN-PROGRESS Spreadsheet.

           1. Filter it by Orig Date from 1 week ago. If it is a Monday, also check for the previous Saturday and Sunday.

        iv. Verify the number of 5-day delayed receipts listed after "Processed Count" on the DADS Report Delayed Original report is equal to petitioners listed on the IDPP DELAYED ORIGINAL RECEIPT REPORT and DAILY RECEIPT LIST W:\Fraud\VOTER ID NMAPP\Emergency Rule\DAILY RECEIPT LIST.xlsx.

        v. Verify all petitioners listed on the DAILY RECEIPT LIST are the same in both the "IDPP DELAYED ORIGINAL RECEIPTS REPORT" and IN-PROGRESS Spreadsheet.

           1. These petitioners will be identified as NEW on the DAILY RECEIPT LIST

        vi. Check each DID in inquiry to verify that the customer has not been issued an ID card, cancelled their petition process, or been denied.

        vii. Check the CAFU inbox to verify DEU auto generated the delayed original receipt.

           1. File receipt and cover letter in the ORIGINAL Outlook folder.

        viii. Any receipts that did NOT auto-generate must be requested by sending an email to DEU (DOTDMVBDSVoterIDPetitionProcess@dot.wi.gov) and CC CAFU Supervisor, CAFU Lead Worker, CAFU Data Person, Dave Okonski, and DEU IDPP MVPS Senior.

           1. For original/NEW receipts: Use the templates below, change the date, and copy in the appropriate rows from the DAILY RECIEPT LIST spreadsheet.

              a. Emails should be sent before 9:00AM daily.



p16 - Missing Original Autogenerated Receipts for XX19.msg

   b. Renewed Receipts

        i. Open the DADS Report Renewal Report.

        ii. Open the IDPP RECEIPT RENEWAL REPORT

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

DEF-DMV272193

        iii. Open the RECEIPT TRACKING spreadsheet.

        iv. Verify the number of renewal receipts listed after the "Processed Count "on the DADS Renewal report is equal to the number of renewal petitioners listed on the IDPP RECEIPT RENEWAL REPORT and DAILY RECEIPT LIST.

            1. NOTE: There may be additional petitioners listed on the IDPP RECEIPT RENEWAL REPORT that are not due for renewal according to the RECEIPT TRACKING Spreadsheet. These additional receipts must be mailed to petitioners. They appear because our manual tracking renewal date does not always sync up with the system-generated renewal date.

        v. Verify all petitioners listed on both the RECEIPT TRACKING & IDPP RECEIPT RENEWAL REPORT are on the DAILY RECEIPT LIST.

            1. These petitioners will be identified as RENEW on the DAILY RECEIPT LIST

        vi. Check each DID from the DAILY RECEIPT LIST in Inquiry to verify that the customer has not been issued an ID card, cancelled their petition process, or been denied.

        vii. Check the CAFU inbox to verify DEU auto generated ALL renewed receipts listed on the DAILY RECEIPT LIST.

            1. File receipt and cover letter in the RENEWALS Outlook folder.

        viii. Any receipts that did NOT auto-generate must be requested by sending an email to DEU (DOTDMVBDSVoterIDPetitionProcess@dot.wi.gov) and CC CAFU Supervisor, CAFU Lead Worker, CAFU Data Person, Dave Okonski and, DEU IDPP MVPS Senior.

            1. For receipts to be RENEWED: Use the templates below, change the date, and copy in the appropriate rows from the DAILY RECIEPT LIST spreadsheet.

                a. Emails should be sent before 9:00AM daily.



p17 - Missing Renewal Autogenerated Receipts for XX19.msg

  c. Address Change Report

        i. Open the DADS Address Change Report:

        ii. Open the IDPP ADDRESS CHANGE REPORT email.

            1. Make sure the IDPP start is at least 5 days old so that it is actually a REISSUE and not a NEW. If it is less than 5 days old, it should show up on the report as "On Delay Until: (date that Original receipt will be issued).

        iii. Verify the number of address change receipts listed after "Processed Count" on the DADS Address Change report is the same number of reissued petitioners listed on the IDPP ADDRESS CHANGE REPORT and DAILY RECEIPT LIST.

DEF-DMV272194

Processing ID Petition Process Applications – Non-Election Mode

iv. Verify all the appropriate petitioners from the Address change report is listed on the DAILY RECEIPT LIST.

1. These petitioners will be identified as REISSUE on the DAILY RECEIPT LIST

v. Check each DID from the "DAILY RECEIPT LIST" in inquiry to verify that the customer has not been issued an ID card, cancelled their petition process, or been denied.

vi. Note that for REISSUES the issue date may vary:

1. If the issue date is 2/5/18 or later, the issue date will be the date DEU issued the receipt and sent it to CAFU.

2. If the issue date is before 2/5/18, it should be sent as a RENEWAL instead of a REISSUE. This means the issue date should be today's date. (If it is sent as a REISSUE, the issue date may incorrectly be blank on the receipt. A receipt without an issue date is unacceptable and will need to be resent correctly with a date.)

vii. Check the CAFU inbox to verify DEU auto generated the ALL renewed receipt listed on the "IDPP ADDRESS CHANGE REPORT".

1. File receipt and cover letter in the REISSUES Outlook folder.

viii. Any receipts that did NOT auto-generate must be requested by sending an email to DEU (DOTDMVBDSVoterIDPetitionProcess@dot.wi.gov) and CC CAFU Supervisor, CAFU Lead Worker, CAFU Data Person, Dave Okonski, and, DEU IDPP MVPS Senior

1. For duplicate and REISSUED receipts: Use the templates below, change the date, and copy in the appropriate rows from the DAILY RECIEPT LIST spreadsheet.

a. Emails should be sent before 9:00AM daily.



p18 - Missing Duplicate Reissued Autogenerated Receipts for XX19.msg

d. DEU-Initiated Receipts

CAFU will sometimes receive receipts that are not on any of the above lists because customers called DEU to say they did not receive the receipt and DEU will generate one on the fly.

i. Add new DEU requests to the DAILY RECEIPT LIST.

## 4. **Update the Receipt Tracking Spreadsheet** W:\Fraud\VOTER ID NMAPP\Emergency Rule\RECEIPT TRACKING updated.xlsx

NOTE: Once the receipt has been issued through the system, only the issue and expiration dates will need to be tracked on the RECEIPT TRACKING spreadsheet.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

18

Revised 08/19/2020

DEF-DMV272195

# Processing ID Petition Process Applications – Non-Election Mode

a) Add the 5-day delays to the RECEIPT TRACKING spreadsheet. Copy and paste the DID, Last Name, First Name, and petition start date.
   i. Update the notation by viewing the customer in Inquiry to see the current notation.
   ii. The issue date will be the date on the IDPP Receipt.
   iii. The expiration date will be 50 days from the issue date on the spreadsheet only.
   iv. Add your DIT/DOT.
   v. Mailing date (1): Use today's date.
   vi. FR YES for all NEW receipts.
   vii. Indicate YES or NO in the DADS Tie-Out column (1).

NOTE: If the DID turns pink when you add a petitioner to the receipt tracking spread sheet, that means the petitioner is already on the spread sheet. There should be only one entry for each petitioner on the receipt tracking spread sheet. If you get a double, you should delete the one you just added and make updates to the one that's already on the spread sheet.

b) Update the issue date of RENEWS and REISSUES on the RECEIPT TRACKING spreadsheet to match the receipt.
   i. The expiration date will be 50 days from the issue date on the spreadsheet only.
   ii. Add your DIT/DOT.
   iii. Mailing date (2, 3, 4, etc.): Use today's date.
   iv. FR -no action needed
   v. Indicate YES or NO in the DADS Tie-Out column (2, 3, 4, etc.).

c) The DAILY RECEIPT LIST spreadsheet W:\Fraud\VOTER ID NMAPP\Emergency Rule\DAILY RECEIPT LIST.xlsx
   i. The DAILY RECEIPT LIST will be used to list all the receipts that are being mailed that day. The data person enters the petitioners. The receipt person reviews the petitioners to confirm the list is accurate. The reviewer will use the list to ensure they review all receipts that will be mailed that day. Once the receipts are mailed the receipt person will delete the information from this sheet.
   ii. NOTE: If the data person finds yesterday's data has not been deleted, verify the receipts have been mailed. Once verified, delete the data and enter today's data.

## 5. Printing the Receipts
   a. Print the cover letter in black and white on regular paper.
   b. Print the receipts in color on secured paper.

## 6. Verification
   a. Cover Letters
      i. Verify the address listed on the cover letter is a Wisconsin Address.
      ii. If the address on the cover letter is out of state (OOS):

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

19

DEF-DMV272196

1. Create a cover letter using the primary Wisconsin address on petitioner record. ..\..\..\..\..\..\VOTER ID NMAPP\Letter and other Templates \60 day receipt cover letter - active.doc
2. Save cover letter as doc not docx.
   a. Petitioner last name, first name, Cover Letter, Date
   b. Save in the CAR folder, unless one does not exist. If a CAR folder does not exist, save in the folder for the current year: W:\Fraud\VOTER ID NMAPP\RECEIPTS
3. Verify address on the cover letter matches the appropriate address in Inquiry.
   a. If the petitioner has a Permanent Mailing Address, that address will appear on the cover letter.
   b. If the permanent mailing address is OOS, CAFU will create a cover letter with a WI residential address. Save the cover letter to the CAR.
   c. If the petitioner does NOT have a Permanent Mailing Address, then the Primary Address will appear on the cover letter.

b. Receipts – Verify:
   i. Address printed on receipt matches the primary address on record.
   ii. DID is correct.
   iii. Heading exists – "Receipt Valid for Voting Purposes Only".
   iv. Issue Date listed matches the When to Renew Issue Date of Receipt.
   v. "Valid Until" date printed on receipt.
      1. Verify the receipt is valid for 60 days. The date "issued" matches the date DEU issued the receipt and sent to CAFU.
      2. Verify the Valid Until date is 60 days after the issue date.
      3. Verify the date printed on the receipt is 10 days after the expiration date listed on the on the When to Renew spreadsheet.
   vi. Customer details match the record.
      1. Date of birth
      2. Sex
      3. Hair
      4. Eyes
      5. Weight
      6. Organ Donor
   vii. Photo printed on receipt matches photo in CBN.
   viii. Signature printed on receipt matches signature in CBN.
   ix. Receipt is produced in color and on secure paper.
   x. Both paragraphs are at the bottom of the receipt:

**This receipt is an acceptable Photo ID for voting and serves as your ID Card until your card is issued (s.5.02(6m) Wis.Stats.). This receipt is valid for 60 days and will be automatically renewed unless otherwise cancelled by WisDOT. Additional receipts will be provided as you exercise reasonable efforts to contact DMV staff to discuss your petition application or provide new information to assist in validating your birth record information. If you**

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

20

DEF-DMV272197

have further questions regarding your ID Card for voting purposes, please contact DMV using the information above.

**MyVote.wi.gov:**
**If you are a U.S. citizen and are eligible to vote in Wisconsin, go to - MyVote.wi.gov - to register to vote or update your voter registration address.**

This receipt is an acceptable Photo ID for voting and serves as your ID Card until your card is issued (s.5.02(6m) Wis. Stats.). This receipt is valid for 60 days and will be automatically renewed unless otherwise cancelled by WisDOT. Additional receipts will be provided as you exercise reasonable efforts to contact DMV staff to discuss your petition application or provide new information to assist in validating your birth record information. If you have further questions regarding your ID Card for voting purposes, please contact DMV using the information above.

MyVote.wi.gov: If you are a U.S. citizen and are eligible to vote in Wisconsin, go to - MyVote.wi.gov - to register to vote or update your voter registration address receipt is an acceptable Photo ID for voting and serves as your ID Card until your card is issued (s.5.02(6m) Wis. Stats.).

## 7. CAR Documentation
   a. For every receipt mailed, if a CAR exists, an entry must be added to the CAR.
      i. Record a dated entry: "CAFU – Mailed temporary receipt to customer." in each CAR. Add your DIT/DOT at the end.
      ii. Match the existing formatting in the CAR.

## 8. Email Maintenance
   a. Move the emails you sent to DEU requesting receipts into the corresponding receipts folder in Outlook: ORIGINAL, REISSUES, or RENEWALs.
   b. Move the emails of receipts you received from DEU (including reissues from the previous day) into the corresponding receipts folder in Outlook: ORIGINAL, REISSUES, or RENEWALs.
   c. Save all receipts and cover letters here: W:\Fraud\VOTER ID NMAPP\RECEIPTS in the current folder.
   d. Verify the "Daily Receipt List is ready" email from the data person to the receipt person is saved here: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Daily Receipt List E-mail

## 9. Image Record Maintenance – for NEW only

Facial Recognition Verification (FR) is done for each new ID Petition Process Application. This is done to verify that the petitioner does not have a product under a different name or identity. If a petitioner already has a product that petitioner should not be in the ID Petition Process.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

21

Revised 08/19/2020

## Processing ID Petition Process Applications – Non-Election Mode

a. Find pictures for each NEW.
   i. Option 1 (less clicks and less chance for mistake when looking up in inquiry):
      1. Leave PDFs of pictures open from printing.
      2. Right click on the picture, then copy and paste in into a temporary location.
      3. Repeat for each new.
   ii. Option 2 (has advantage of being able to be done before receipts come back):
      1. In CBN FR – Database Query – Lookup NSDID or CID.
      2. Right click on the picture, then copy and paste in into a temporary location.
      3. Repeat for each new.
b. Add to Gallery #2.
   i. Go to the First Maintenance tab.
   ii. Browse for your temp pictures.
   iii. Upload the picture and enter first, last, dob, gender. (This will be from the PDF in Option 1 or from inquiry in Option 2.) Highlight Gallery #2 and add the note idpp.
c. Search for matches.
   i. Go to manual search.
   ii. Set the maximum results to 50.
   iii. Change to a threshold of .3.
   iv. Upload the temp image and search all galleries.
   v. Delete the image when done, and repeat process for each image.
d. Update the RECEIPT TRACKING spreadsheet.
   i. Update FR column with a Yes/No.

## 10. Preparing cover letters and receipts for mailing

a. All receipts will be sent by standard mail.
   i. Pair the cover letters with the matching receipts.
   ii. Pass them to the reviewer.

## 11. After mailing receipts

It is the receipt person's responsibility to continue checking the fraud inbox until the day is over for additional receipts that are sent to the fraud inbox. If a new receipt and cover is generated it should be printed, notated, reviewed and sent out the same day. If a receipt comes in after the receipt person has left for the day it should be added to the daily receipt list by the data person, the next day.

## Review Process – Non-Election Mode (Review Person)

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

22

Revised 08/19/2020

## Processing ID Petition Process Applications – Non-Election Mode

### Overview

1. Email Maintenance
2. CAR Documentation
3. Printed Cover Letters and Receipts
4. Data
   a. DAILY RECEIPT LIST
   b. Receipt Tracking

### 1. Email Maintenance

a. Verify CAFU received all the receipts listed on the DAILY RECEIPT LIST.
b. Verify the emails have been moved to the appropriate folder in the CAFU Inbox.

### 2. CAR Documentation

a. Verify person in charge of receipts noted the CAR with the following notation: [Today's Date] – Sent temporary ID receipt to customer [your logon ID].
b. Make an entry in CAR with the notation: [Today's Date] – Reviewed temporary ID receipt. [your logon ID].

### 3. Printed Cover Letters and Receipts

#### a. Cover letters

   i. Verify cover letters are printed in black and white on standard white paper.
   ii. Verify all cover letters requested by CAFU are printed.
   iii. Verify all cover letters originated by DEU have been printed.
   iv. Verify the following details on the cover letter for accuracy:
       1. The address listed on the cover letter cannot be an out-of-state (OOS) address.
       2. Verify the cover letter was saved (as .doc **NOT .docx**) in the CAR older or if the CAR folder does not exist it will be saved here: W:\Fraud\VOTER ID NMAPP\RECEIPTS.
   v. Verify the address on the cover letter matches the appropriate address in Inquiry
       1. If the petitioner has a Permanent Mailing Address, that will appear on the cover letter.
       2. If the petitioner does NOT have a Permanent Mailing Address, the Primary Address will appear on the cover letter.

#### b. Receipts

   i. Verify receipts are printed in color on secure paper.
   ii. Verify all receipts requested by CAFU are printed.
   iii. Verify all receipts originated by the system have been printed.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

23

Revised 08/19/2020

    iv.  Verify the following details on the receipt for accuracy:

1. Address printed on receipt matches the primary address on record.
2. DID is correct.
3. Heading exists – "Receipt Valid for Voting Purposes Only".
4. The Issue Date listed matches the When to Renew Issue Date of Receipt.
5. "Valid Until" date printed on receipt.
   a. The receipt is valid for 60 days. The date "issued" matches the date DEU issued the receipt and sent to CAFU.
   b. The date printed on the receipt is 10 days after the expiration date listed on the RECEIPT TRACKING spreadsheet.
6. All customer details match the record.
   a. Date of birth
   b. Sex
   c. Hair
   d. Eyes
   e. Weight
   f. Organ Donor

    v.  Photo printed on receipt matches photo in CBN.

    vi.  Signature printed on receipt matches signature in CBN.

    vii.  Both paragraphs are at the bottom of the receipt:

**This receipt is an acceptable Photo ID for voting and serves as your ID Card until your card is issued (s.5.02(6m) Wis.Stats.). This receipt is valid for 60 days and will be automatically renewed unless otherwise cancelled by WisDOT. Additional receipts will be provided as you exercise reasonable efforts to contact DMV staff to discuss your petition application or provide new information to assist in validating your birth record information. If you have further questions regarding your ID Card for voting purposes, please contact DMV using the information above.**

**MyVote.wi.gov:**

**If you are a U.S. citizen and are eligible to vote in Wisconsin, go to - MyVote.wi.gov - to register to vote or update your voter registration address.**

This receipt is an acceptable Photo ID for voting and serves as your ID Card until your card is issued (s.5.02(6m) Wis. Stats.). This receipt is valid for 180 days and will be automatically renewed unless otherwise cancelled by WisDOT. Additional receipts will be provided as you exercise reasonable efforts to contact DMV staff to discuss your petition application or provide new information to assist in validating your birth record information. If you have further questions regarding your ID Card for voting purposes, please contact DMV using the information above.

MyVote.wi.gov:
If you are a U.S. citizen and are eligible to vote in Wisconsin, go to - MyVote.wi.gov - to register to vote or update your voter registration address.

## 4. Spreadsheet Maintenance

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

24

DEF-DMV272201

## Processing ID Petition Process Applications – Non-Election Mode

a. The DAILY RECEIPT LIST spreadsheet W:\Fraud\VOTER ID NMAPP\Emergency Rule\DAILY RECEIPT LIST.xlsx
   i. Verify a receipt and cover letter is printed for each petitioner listed on the DAILY RECEIPT LIST.

b. The Receipt Tracking - updated spreadsheet
   i. Original/New - Verify all "NEW" entries from the DAILY TRACKING LIST were added to the correct column listed below on the bottom of RECEIPT TRACKING Spreadsheet.
      1. Verify EACH Name, DID, & petition start date is transferred over to RECEIPT TRACKING and is accurate in the following columns: Petitioner Last Name, Petitioner First Name, DID and Application Date.
      2. The "Issue Date of Receipt" on the RECEIPT TRACKING matches the "Issue Date" printed on the RECEIPT.
      3. The "Date Receipt Must Renew" on the RECEIPT TRACKING is 10 days prior to the "Valid Until" date printed on the receipt.
      4. The Status is Active.
      5. Receipt Person's DIT/DOT in the Receipt sent by column.
      6. Today's date in the Receipt (1) Mailing Date.
      7. FR YES/NO
         a. Verify NEWs show YES.
      8. Verify DADS YES/NO
         a. DADs data tied out column (1).
   ii. All others (Renew, Reissue, Duplicate, or Address Change) - Verify the next receipt mailed and the Issue Date columns on the RECEIPT TRACKING spreadsheet.
      1. The "Issue Date of Receipt" on the RECEIPT TRACKING matches the "Issue Date" printed on the RECEIPT.
      2. The "Date Receipt Must Renew" on the RECEIPT TRACKING is 10 days prior to the "Valid Until" date printed on the receipt.
      3. Receipt Person's DIT/DOT in the Receipt sent by column.
      4. Today's date in the receipt (2, 3, 4, etc.) Mailing Date.
      5. FR YES/NO
         a. RENEWS & REISSUES leave this column blank.
         b. If information exists, *DO NOT DELETE OR CHANGE IT.*
      6. Verify DADS YES/NO
         a. DADs data tied out column (2, 3, 4, etc.).

## Mailing Receipts – Non-Election Mode (Receipt Person)

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

25

Revised 08/19/2020

# Processing ID Petition Process Applications – Non-Election Mode

## 1. Standard Mailing Process

   a. After the review has been completed and the receipt person has made any necessary corrections:

   i. Preparing the envelope

      1. Pair the cover letters with the matching receipts.
      2. Fold them so the address shows in a window envelope.
      3. Stuff each letter and matching receipt into a standard envelope.
      4. Confirm the address on the cover letter is in Wisconsin.

   ii. Mailing the envelope

      1. Bring the envelopes to the Mail Room before 2:30 P.M.
      2. Attach a "#49 Admin Office" green postal card with your envelopes.

   iii. Delete all entries on the Daily Receipt List.

**If a customer contacts CAFU about a Receipt Returned as "Undeliverable" by Post Office Process**

If at any point a customer who has a 180 notation on the record gives CAFU a new address, CAFU will need to contact DEU to do two things: update the address and remove the 180 notation. Make sure the email sent to DEU clearly indicates to update the address and remove the 180 notation.

## 2. Receipt Returned as "Undeliverable" by Post Office Process

**Receipt Returned as "Undeliverable" by Post Office Process**

DEU tracks and logs the undeliverable receipts in the CARs assigned to them and then provides the receipts to CAFU for secure storage in one location. CAFU does not take any action on DEU undeliverables, except to generate a CLEAR report each quarter.

1. When CAFU receives undeliverable mail, it should be sorted, and the correspondence removed by the Supervisor or Team Lead. Only the receipts should be delivered to DEU.
2. DEU will Place the "*180 PETPROC RECEIPT RETURNED UNDELIVERABLE*" on the record for incomplete records (187) and CAFU assigned IDPP records. Notations that appear on the record indicating they are an incomplete or otherwise should remain on the record.
3. DEU will return the undelivered envelopes, both incomplete records (187) and CAFU assigned records, to the CAFU supervisor.
4. The CAFU supervisor will provide the undelivered envelopes to the CAFU Lead Worker to distribute to each of the assigned adjudicators.
5. For receipts returned undeliverable assigned to CAFU, the adjudicator assigned to the case will:
   a. Review the record on system to confirm the notations have been added.
   b. Verify the address on system:

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

26

Revised 08/19/2020

# Processing ID Petition Process Applications – Non-Election Mode

       i. If different (updated) a new receipt will be created by the system and forwarded the next day in non-election mode. In election mode a different address will immediately produce a new receipt.

      ii. If the address has been updated after the mail date of the returned mail, it may be necessary to send an email to DEU to remove the 180 notation.

          1. Example - Receipt mailed 06/06/2018, customer updated address 06/15/2018, and on 06/27/2018 we receive the receipt as undeliverable and a 180 notation is added to the record. An email needs to be sent to DEU to remove the 180 notation since the 06/06/2018 address is undeliverable, but the address was already updated on 06/15/2018.

c. Scan the yellow USPS label from the envelope and letter. Add the scan into the case file.

d. Add a dated entry to the CAFU assigned CAR that reads, "ID receipt returned as Undeliverable by the Post Office" and include the reason it was returned as written on the yellow USPS label.

       i. If the entry is made by someone other than the person assigned to the case, the entry should contain the badge of the person making the entry.

      ii. DEU will place entries in the DEU assigned Incomplete CARs.

e. Check to see if the yellow USPS label says forwarding address.

       i. If so, do not re-mail receipt, but mail the Address Update Template letter asking the petitioner to contact CAFU to verify their address.

      ii. This letter **should not** be mailed with a "Return Services Requested" stamp on it to ensure USPS forwards it if possible.

f. In the CAR database record the date of the undeliverable receipt, the date on the yellow sticker, and the date of the 180 notation.



g. Store the hard copy of the returned mail in the secured CAFU file cabinet.

h. Research further when applicable:

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

27

DEF-DMV272204

      i. Look at their MV3012 for a phone number or email and try to contact them.

         1. Update the CAR to indicate if contact was successful or not.

         2. If they say the address is correct:

            a. Ask if they get any other mail and if their mailbox is acceptable.

            b. Ask if their name is on the mailbox (especially in an apartment).

            c. Ask if their apartment number is accurate and on the mailbox.

      ii. Run a CLEAR on undeliverables and review for possible valid addresses or contact information. If a new CLEAR was run:

         1. Place an entry in the CAR indicating the CLEAR was generated.

         2. Place a copy of the CLEAR in the case file.

6. A CLEAR should be run every quarter for all undeliverables.

    a. A comparison will be done for all with 180 notations using the current IN PROGRESS sheet to assure all petitioners are accounted for.

    b. Do not re-mail receipt, but mail the Address Update Template letter to any possible recent address found in the CLEAR.

## The CAFU Adjudication Process

### Summary

The IDPP Adjudication process is designed to guide and assist IDPPers to obtain a "match" at Vital Records or, when necessary, obtain enough information to issue them an ID card using extraordinary proof. Every situation is different, but all cases will involve contacting the applicant and performing research on their behalf in an attempt to obtain supporting documentation.

For example, Detroit and Chicago public schools will provide one free school record with a form. There has been a lot of success doing this with Chicago, but limited success yet with Detroit. Other school districts may charge fees, may give the information over the phone or may send them without a form, each is different.

Resources can be found here: W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\ADJUDICATION RESOURCES

### Daily Intake

1. Check CAFU e-mail inbox for "No Match" petitions from DHS (via DEU), "Over 30 days without verification from DHS" petitions from DEU (#7 below), "Incomplete IDPP Application" emails from DEU (#8 below), or "IDPP BFS Error – Voter ID Petition" emails from DEU (#9 below).

2. Emails arrive continuously, so check several times every day. CAFU Lead Worker or FR assigned staff member as a backup is assigned to check email and may email the team if IDPP records appear. If one appears:

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

DEF-DMV272205

# Processing ID Petition Process Applications – Non-Election Mode

- Check for it in the database to see if it has never been to CAFU before.

  i. If not, assign it out.

  ii. If it has, send it to whoever is assigned to it. If it was an incomplete/187 that left and came back it should go to the original adjudicator.

  iii. If it is a cancel notification still send it to the adjudicator. If it is cancelling but has never been to CAFU (application date of 11/17/16 or later) then you can delete the email.

3. The assigned adjudicator should save the email to a new folder.
   - Name the folder after the petitioner: LAST, FIRST
   - Save as message type "Outlook message format (*.msg)" to ensure you can forward the message when necessary

4. Create an entry for the petitioner in the CAR database:
   - Click "Open IDPP homepage"
   - Select "Make a New Entry"
   - Record as much information as possible
     i. Some information is required such as CAR Case number or Assigned Investigator. The database will not function correctly without this information.
     ii. Other information may not be required, but is there to help you manage your case load. This includes things like Customer Phone number and email address.
   - Click on the Microsoft Word icon to create the CAR IDPP report logging all information about the case
   - Save the CAR form in the petitioner's folder
   - In the first paragraph of the CAR write a statement of documentation the customer provided including the state of birth.
   - When creating a CAR for a new IDPP applicant you are beginning to adjudicate, remember to search the customer name in the W:\Fraud\VOTER ID NMAPP\Emergency Rule\RECEIPT TRACKING updated.xlsx spreadsheet to see if an initial IDPP receipt has been sent prior to the creation of the CAR. If it has, add an entry for the issuance of the receipt with the appropriate date.

5. If this new case was at any time adjudicated by DEU (was formally 187-Incomplete):
   - Move the folder from the DEU N: to the CAFU W:
   - Copy all the information from DEU's CAR to CAFU's (you will still need to create one to make the entry in the database). Delete or make DEU's historical.
   - Make a dated entry in the CAR for CAFU taking over the CAR from DEU. Please use the format:

     <DATE> Petition received in CAFU – DHS unable to verify + provide the reason if given

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

29

Revised 08/19/2020

DEF-DMV272206

# Processing ID Petition Process Applications – Non-Election Mode

6. Make entry in CAR that customer has passed FR.
    - This is true if a receipt has been sent.
    - If a receipt hasn't been sent you can run it through FR or add this statement after the receipt has been sent.
7. If the petition came to CAFU as a record that was at DHS for "Over 30 Days," save the letter that was sent to the case folder.  CAFU should proceed with adjudication after 30 days.
    - If DEU responds that a match was found, they will proceed with issuing the card and will notify CAFU of the change.  Update the CAR and the database and move the case folder to the "Issued" subfolder.
    - If DEU responds that no match was found, proceed with adjudication.
8. If the petition came to CAFU as a record with an "Incomplete IDPP Application" notation (187), the petition should be returned to DEU. DEU is responsible for bringing all incompletes to completion effective 11/16/16.
    - Before returning it to DEU make sure that the petition has not since been completed.
    - Incomplete petitioners will still get a receipt for voting.
    - Any contact by CAFU with a petitioner who has an incomplete petition (including the mailing of a receipt) should be noted in DEU's CAR on the shared N: drive.
9. If the petition came to CAFU as an "IDPP BFS Error – Voter ID Petition" let it stay, unread, until the agent assigned to error tracking can log it.  After the error is corrected it will be assigned if needed when it is returned from DEU after going to DHS.
10. Review the MV3012, the petition, to see if there's an obvious reason that may have caused a no-match.
    - Information on MV3012 doesn't match provided documents or MV3004
    - Reason of no match is provided by DHS
    - The CAR should include a note in red text indicating what we would need from the customer.
11. Request a CLEAR background check if needed. (This is used to verify relational information provided by the petitioner)
    - Petitioner's name and SSN are on MV 3004
    - Give to Lead Worker – CAFU Supervisor if Lead Worker's not available.
    - Make your request in person – DO NOT EMAIL SOCIAL SECURITY NUMBERS!
12. Obvious errors you may be able to correct. See "common errors" below.
13. When it is determined a petitioner requires communication in a language that is not English, request all correspondence be generated in that language (Receipts will be only in English). The most common alternative language is Spanish.
14. Place this notification in the CAR to maintain correspondence in the specified language.

DEF-DMV272207

Processing ID Petition Process Applications – Non-Election Mode

**ALL CORRESPONDENCE FOR THIS CUSTOMER MUST BE IN <SPECIFIC LANGUAGE> (DO NOT RECORD ENTRIES BELOW THIS LINE)**

15. Correct the obvious error and resubmit for verification. See "Resubmitting a Petition to DHS for Verification" below.

16. Send email to DEU asking them to update the notation.
    - Subject of your email is the name and DID of the petitioner.
    - Include the message, "Please update the notation on the record of [NAME] [DID] to 184".
    - Save a copy of the email to the petitioner's folder.

17. Record that the notation was added in the database.

18. If the error is not obvious, attempt to call the petitioner at the phone number listed on their petition. If they do not answer or a phone number is not listed, send the first letter to the customer by sending an email to DEU asking them to update the notation.
    - Subject of your email is the name and DID of the petitioner.
    - Include the message, "Please update the notation on the record of [NAME] [DID] to 178".
    - Save a copy of the email to the petitioner's folder.

19. A report is generated each week by the CAFU IDPP reporting person that indicates records have had the "Letter Sent" notation on file for more than 10 days, a 172 for more than 5 or a 179 for more than 30. This report is shared with the Lead Worker.
    - The Lead Worker will send you an "Aging Report" email giving the adjudicator direction to act on the petition.
    - The Lead Worker's procedures for this process can be found here: IDPP REPORTING\IDPP - LW Procedures Weekly Aging Report - Current.docx

20. If at any point during the normal IDPP process, it's found that the customer is deceased, the petition record can be marked with "PetProc Customer Initiated Cancellation" – Code 182. Please see the "Cancelling a Petition" section below for instructions on how to proceed with a cancellation.

## Petitioner Contact

1. When speaking to the customer, identify yourself to the petitioner by name as a DMV agent.
    - Avoid telling them you are a fraud investigator or that you work in the fraud unit.
    - Tell them that you will be "researching" rather than "investigating."
2. Authenticate the customer and review the personal identifying information on MV3012 with the petitioner

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

Revised 08/19/2020

DEF-DMV272208

# Processing ID Petition Process Applications – Non-Election Mode

- Do not provide the customer's specific information directly. For instance, instead of saying, "Is your birthday 1/2/1934?" ask, "Would you please confirm your date of birth?"
- If you are unable to obtain the necessary information, more direct questions can be asked.

3. If the petitioner gives you additional or different information, make corrections to MV3012 and resubmit for verification. See "resubmit petition" below.

4. If the petitioner confirms that the petition was filled out with the best information they had, advise them they will have to provide an alternate form of proof of legal presence. Acceptable secondary documents include:
   a. Baptismal certificate
   b. Hospital birth record
   c. Doctor's record of post-natal care
   d. Birth recorded in a family bible
   e. Census record
   f. Early school record
   g. WI Marriage License (if issued after 1960)

Note: Do not direct the customer to spend money in order to obtain additional documents. Remember the entire premise for this process is to not require a customer to pay for documents in order to obtain a free voter identification card. However, if it is determined that a record will be adjudicated with the payment of fees, see the "Fee Based Resolution" below.

5. If alternate documentation is needed and they have possession of it, direct the petitioner to a field station most convenient to them or ask them to send an image of the alternate documentation via email to you directly.
   - Secondary identity documents must be reviewed by a CAFU agent or BFS staff so they can examine them to determine authenticity.
   - If directing the petitioner to a field office, review the office location and hours of operation to give the petitioner all the information they need to decide which location is best.
   - If electronic document images are received into CAFU from a petitioner, be sure to forward the electronic images to DEU and request the documents are scanned into OnBase under the customer's record. Be sure to provide the following:
     i.    Customer's name
     ii.   CID
     iii.  Type of image, i.e., copy of COB, etc.
   - Verify the images have been scanned into the record within 3 business days of the request.

6. If directing a petitioner to a field office, contact the management of the field station to tell them the name of the petitioner and when they can be expected. Remember: a CLNC form

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

Revised 08/19/2020

DEF-DMV272209

==doesn't not need to be witnessed by a DMV field agent as of 06/17/2020, DO NOT send the petitioner into a field office for a signature. CAFU staff can witness the form.==



p32 - IDPP
Petitioner Coming ir

- 
- Compose an email (or use the attached template) to the Region Manager (Chief), Operations Manager (SW and SE only), Supervisor and Team Lead.
- Subject line: IDPP Petitioner Coming into CSC
- Copy CAFU Supervisor (CAFU Supervisor), Lead (Lead Worker), Chief (Tommy) and BFS Director (Patrick), Deputy Director (Joe) and Chief of TTS (Jill).
- Give information on where and when the customer is expected to be in (ensure they know this could change).
- Give details about what is needed from the customer.
- Give details about what they are to do with information (scan it, email it etc.).
    i. In most cases if a petitioner is bringing in documents those documents should be scanned into OnBase.
    ii. If a customer is bringing in documents on behalf of a petitioner, ask for BFS to scan the documents and email them to you for review.  BFS does not scan documents presented by one person onto a second person's record so it will be necessary for you to review the documents and ask DEU to add them to the petitioner in OnBase if appropriate.
- Give contact info in the event of questions/confusion.
- Request follow up when it has been completed.
7. Send email to DEU asking them to update the notation.
    - Subject of your email is the name and DID of the petitioner
    - Include the message, "Please update the notation on the record of [NAME] [DID] to 179"
    - Save a copy of the email to the petitioner's folder
8. BFS staff will scan the documents into Issuance or fax to CAFU.
9. Make a dated, detailed entry in the IDPP report each time you talk to the petitioner.
10. If you determine that a Common Law Name Change Affidavit (CLNC) is appropriate, see "Common Law Name Change" below.
11. Customers in the petition process can update their address by any means.  This includes but is not limited to: in writing, a DMV online application, an email, a phone call or in person at a DMV CSC.
12. Once the customer has submitted the updated address information in writing, a new receipt with an updated issue date and expiration date should automatically generate the next day.
13. If you determine that a customer is not a US Citizen and is therefore ineligible for an ID card for voting purposes, follow the steps below.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

33

DEF-DMV272210

## Processing ID Petition Process Applications – Non-Election Mode

- Update the "RECEIPT TRACKING" spreadsheet to indicate that the customer is no longer eligible for additional temporary receipts (in RED font, include NOT ELIGIBLE under the next available Receipt column, see example below).

| PETITIONER LAST NAME | PETITIONER FIRST NAME | DID# | RECEIPT SENT BY (DIT/DOT) | APPLICATION DATE | STATUS (when receipt 1 is sent) | RECEIPT (1) DATE | RECEIPT (1) RETURNED UNDELIVERABLE DATE | RECEIPT (2) DATE |
|---|---|---|---|---|---|---|---|---|
| EXAMPLE | EXAMPLE | Z00000000000 | LJR | 1/1/11 | ACTIVE | 5/13/16 | | NOT ELIGIBLE |

- Remove the customer's entry from the "WHEN TO RENEW" spreadsheet.
- Proceed with the "Fraud Cancel" procedures located later in this document.

## Common Errors

1. DOB error – a CLEAR report may turn up a date of birth with transposed numbers, or that is a year off.
2. Name error – a CLEAR report may suggest alternate spellings of a petitioner's name. Also, first names on Birth Certificates may be recorded as "unnamed," "unknown," "baby boy" or "baby girl", etc. If one of these unknown first name variations is verified by DHS, please see 1c in the extraordinary proof section below.
3. Place of Birth- city names can be common by state, be sure to check the city in neighboring states.
4. Parent's names – check spellings, nicknames, etc.

## BFS Errors

1. DEU will send petition applications to us whether they are complete or not.
2. Determine whether the application is just incomplete or if it contains a BFS error based on the following criteria:
   - Criteria that make it an incomplete application:
     1. The applicant did not fill in all fields/answer all questions of the "All Applicants" portion on the MV3004.
     2. The MV3012 is not complete, or was completed incorrectly.
     3. The applicant did not present acceptable proof of identity or residency.
     4. The applicant used a post office box instead of a street address on the MV3004.
     5. The address on the proof of residency does not match the address on the MV3004.
   - Criteria that make it a major BFS error:
     6. The MV3004 or MV3012 was not scanned into OnBase/Issuance.
     7. The envelope was not taken to "paid" status.
   - Criteria that make it a minor BFS error:
     8. A customer record was created with an error or was not created.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

34

Revised 08/19/2020

DEF-DMV272211

## Processing ID Petition Process Applications – Non-Election Mode

> 9. Requested docs were not scanned by the field, or CAFU was not notified when a customer returned to a field office with requested docs.
>
> 10. An OOS ID was voided when the petitioner applied for an ID through the petition process.
>
> 11. A regular ID was issued instead of an ID through petition process
>
> 12. The customer was not eligible for IDPP:
>   a) The applicant was under 17 years old.
>   b) The applicant possessed proof of name, DOB, and legal presence.
>   c) The applicant applied for a driver's license.
>
> 13. The envelope created is for a DL, not an ID.
>
> 14. The photo was unacceptable.
>
> 15. The applicant does not check "U.S. Citizen," or checks multiple answers for the legal presence selection.

3. Report BFS errors to Lead Worker via email (cc: Data Reviewer).

4. As of 4/24/17 CAFU will continue reporting errors as they have been but BFS will no longer be responsible for contacting the customer; DEU will do so in a similar way to incomplete applications.

## Resubmitting a Petition to DHS for Verification

1. Make corrections to the petition where needed.

2. Send petition as an attachment by email to DOT DMV BDS Voter ID Petition Process.
   - Subject of your email is the name and DID of the petitioner
   - Include the message, "Please resubmit for verification and update the notation on the record of [NAME] [DID] to [CODE]"
   - If the petitioner was born in WI, the code will be 185
   - If the petitioner was born in a state other than WI, the code will be 184
   - Save a copy of the email to the petitioner's folder

3. Make a dated, detailed entry in the IDPP report each time you talk to the petitioner.

4. If DHS verifies the record as a match, CAFU Supervisor and Lead Worker do not have to approve the issuance of that card. If you have the email from DHS that says a match was found, you can ask to DEU to issue the card (if something on the driver record must be updated to match the petition, remember to ask DEU to make those changes before issuance). When you send the email to DEU, you will still have to copy CAFU's report people and the Supervisor and Lead (Data Reviewer, CAFU Supervisor and Lead Worker) so that we can track cards that are issued.

## Petitioners Born Outside the US (Consular Birth)

1. Follow Daily Intake and Petitioner Contact steps above.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

35

DEF-DMV272212

# Processing ID Petition Process Applications – Non-Election Mode

2. If the petitioner confirms they were born abroad to US parents, contact the Department of State (DOS) and ask for confirmation of birth record.
3. Be sure to copy the CAF Unit Supervisor and Lead Worker on any correspondence to DOS. It may take 3-4 weeks for a response.
4. The request should be sent to Marco González at USDOS- email: gonzalezma2@state.gov. Include in your response all identity documents presented by the petitioner and a clear explanation of what is needed. This may result in a verification of birth, not a certified record.
5. To obtain a certified record a cost of $50 and a photo ID is required. A certified record is not needed if step 4 is successfully accomplished.
6. Make a dated, detailed entry in the IDPP report each time you talk to the petitioner.
7. If you haven't already started an IDPP report, see Step 11 under "Daily Intake."
8. If the request comes back verified as a US Citizen, please bring the petitioner forward for issuance through extraordinary proof.

## States not Participating in EVVE

EVVE (Electronic Verification of Vital Events) is the system that DHS uses to verify birth records with other states. If a state does not participate in EVVE, DHS cannot verify the birth record. In these cases, it is necessary to reach out to the states directly, and if a record can be verified by direct contact with a state it should be submitted for extraordinary proof. As of this revision CT, FL, MD, NY (outside of New York City), and SC are states known not to participate in EVVE. Please see the Adjudication Resources folder for further details on how to proceed with these states.

## Extraordinary Proof

1. If you are unable to receive confirmation from DHS on the birth record information but the petitioner has provided additional information listed in the extraordinary proof list that may be used to issue a Voter ID card, prepare a packet for "extraordinary proof" approval through the BFS Director. The packet should be sent to the CAFU supervisor and team lead for review.
   a. The petitioner must have early documentation (as described as Secondary Evidence by the Department of State below
   (https://travel.state.gov/content/travel/en/passports/requirements/citizenship-evidence.html)
   that confirms name, date of birth, and place of birth information.
      i. Only one item from the list is needed to consider extraordinary proof.
      ii. For extraordinary proof, any school records may be considered.

DEF-DMV272213

# Processing ID Petition Process Applications – Non-Election Mode

## Secondary Evidence of U.S. Citizenship

If you **cannot present** primary evidence of U.S. citizenship, you **must** submit secondary evidence of U.S. citizenship. Determine what form of secondary evidence is most appropriate for your situation based on the descriptions below.

### Early Public Records

If you were born in the United States and **cannot present primary evidence** of U.S. citizenship, submit a **combination** of early public records as evidence of your U.S. citizenship. Early public records must be submitted with a Letter of No Record. Early public records should show your **name, date of birth, place of birth,** and preferably be **created within the first five years of your life.** Examples of early public records are:

* Baptismal certificate
* Hospital birth certificate
* Census record
* Early school record
* Family bible record
* Doctor's record of post-natal care

Early Public Records are **not** acceptable when presented **alone.**

b. All information supplied by the petitioner must be included in the CAR. Any information gathered through other sources must also be included.

c. Extraordinary proof issuance should also happen in cases in which DHS can provide a verification using the first name of "unknown", "unnamed", "baby boy", "baby girl" or any other word to indicate that a first name was not provided on the birth certificate at birth. In this specific case only a CLNC is not needed even though the names do not match.

Before submitting an application like this for extraordinary proof the adjudicator should make sure:

   i. The last name verified matches the last name provided by the applicant on all other supporting documentation.
   ii. The first and last name on all the supporting documentation provided matches and is verified with SSA/SSOLV.
   iii. All other issuance requirements have been met under Trans 102.15(5m).

d. Email the CAR and supporting documents in one file as a PDF, with SSNs redacted, to the Supervisor and Lead Worker with the subject line "IDPP for Approval."

2. The Supervisor or Lead Worker will communicate with senior management for a final decision. You will be copied on the email.

   a. If senior management does not approve based on extraordinary proof continue with the adjudication process.

      i. Note: If senior management does not approve it is only a decision on the facts of that specific case and not a reflection on the adjudicator's work. The adjudicator is not "wrong" if a case gets returned as not approved.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

Revised 08/19/2020

DEF-DMV272214

       b. If senior management approves based on extraordinary proof, proceed to the next steps to issue.

3. Send an email following the instructions under "Issuing a voter ID" below but add and highlight the information that this ID card was issued with extraordinary proof. You may use the template provided:



p37 - LAST NAME
FIRST NAME  DID .m

Add a final entry to the CAR stating, "This petition was approved for issuance because of extraordinary proof on [date] by [AO-Deputy Administrator]."

4. Move customer's IDPP folder to the subfolder name "Extraordinary Proof" (located at this path: W:\Fraud\VOTER ID NMAPP\IDPP\165-Issued\165-Issued with Extraordinary Proof).

5. The weekly IDPP reporting person is responsible for adding the record as an entry in the "Extraordinary Proof Tracking" spreadsheet.

## Copy of Birth Certificate

If CAFU receives a new petitioner as a no match from DEU with a customer application (MV3004), petition(MV3012), proof of identity, proof of residency, the SSN matches with SSOLV, and a copy of a government issued or hospital birth record for a customer, CAFU will take the following action:

1. Accept the photocopy of the birth certificate and prepare the case for approval to issue with extraordinary proof if:
   a. The birth certificate is not suspected as counterfeit
   b. The birth certificate matches the petitioner's presented documents, passes SSOLV and matches the name and DOB that appears on application and petition.
   c. Is complete and legible
   d. Has not been altered

2. Prepare an email request for approval to issue with extraordinary proof and send to the Team Leader and Supervisor.

If there is evidence of fraud, such as altered certificates, missing information, name and DOB do not match or the document is suspect, proceed with the follow steps:

1. Ask DEU to attempt to certify name and date of birth with DHS or the vital record agency that issued the birth certificate to confirm the birth record for the applicant.
2. If certification is received, proceed to request approval to issue.
3. If the request to certify comes back as a no match from DHS, CAFU will work to adjudicate the petition.
4. Attempt to contact the state of birth on the copy of the certificate and provide the certificate number to verify the document is authentic. If the state agrees the certificate is valid, proceed to request approval to issue with extraordinary proof.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

38

DEF-DMV272215

5. If the certificate cannot be verified with the state of origin, bring the petition forward for review to the CAFU supervisor. There may be fraud involved.

## Wisconsin Marriage License Certificate

WisDOT Office of General Counsel provided guidance on June 19, 2018, that Wisconsin state law going back to January 1, 1960, requires a person applying for a Wisconsin marriage license to prove age, and that either a birth certificate or "other satisfactory documentary proof" must be provided to prove age that is accepted by the clerk or a judge.

> 245.09 Identification of parties, statement of qualifications. No application for a marriage license shall be made by persons lawfully married to each other and no marriage license shall be issued to such persons; nor shall a marriage license be issued unless the application therefor is subscribed by the parties intending to intermarry and is filed with the clerk who issues the license. The county clerk may issue licenses to persons previously married with the judge's consent, and the judge may then make the determination whether the previous marriage was legal or not. Each party shall present satisfactory, documentary proof of identification and residence and shall swear or affirm) to the application before the clerk who is to issue the license or the person authorized to accept such applications in the county and state where the party resides. The application shall contain a statement under oath (or such affirmation) that the contemplated marriage will be lawful, and give the date the marriage is intended to take place, the names of the parties, their relationship, the place and date and year of birth, nationality, race, residence and occupation, names of their parents and guardians, prior marriages of either party and the place, dates and manner of the dissolution thereof or if the names of former spouses, and the names, ages and residence of any minor children of such prior marriage. Each applicant under 30 years of age shall exhibit to the clerk a birth certificate, and all applicants shall submit a copy of all judgments and death certificates affecting the marital status. If such certificate or judgment is unobtainable, other satisfactory documentary proof of the requisite facts therein may be presented in lieu thereof. Whenever said clerk is not satisfied with the documentary proof presented, he shall submit the same, for an opinion as to the sufficiency thereof, to a judge of a court of record in the county of application.

Based upon this information, Wisconsin marriage licenses issued after 1/1/1960 may be used in adjudication efforts to prove name and date of birth in order to approve issuance of an ID card under Trans 102.15(5m).

1. Marriage license certificates presented by the customer will be verified for authenticity with WI Vital Records. To verify a marriage license please send the WI MARRIAGE CERTIFICATE email below to Rebecca Biely at DHS.  The subject line of the email should contain the petitioner's name.
2. Petition customers where a no match occurs should be asked if they were married in Wisconsin post 1/1/1960. If the answer is yes, CAFU will request a match to a WI Vital record marriage license. To request a match to a marriage license please send the WI MARRIAGE CERTIFICATE email below to Rebecca Biely at DHS.  The subject line of the email should contain the petitioner's name.



p39 - WI Marriage
Certificate -   .msg

DEF-DMV272216

## Processing ID Petition Process Applications – Non-Election Mode

Occasionally there may be pertinent information on a WI Death Certificate. For example, a mother's maiden name or other family information may be recorded on a death certificate. In cases where a WI Death Certificate may be helpful, Rebecca Biely may be contacted with an email similar to the template above, simply refer to a Death Certificate instead of a Marriage Certificate.

## VERIFICATION FROM OTHER JURISDICTIONS DIRECTLY

When birth information cannot be verified through vital records agencies directly or through DHS via EVVE, other means may be considered to verify the birth record of petitions. This may involve a copy of a birth certificate, a credential issued from another jurisdiction or a REAL ID product presented.

### Birth Certificates

When a copy of a birth certificate is presented by a petitioner and is believed to be authentic, it can be used as extraordinary proof.

### REAL ID

When a REAL ID product from another jurisdiction is provided by a petitioner, the following should be done to authenticate it.

1. Contact the state of issuance and ask what was presented. COB, Passport.
2. If they state either COB or Passport was provided, it can be brought forward for approval to issue with extraordinary proof.
3. Contacts for other jurisdictions can be found via the AAMVA contact list.

### Driver License or Identification product from another jurisdiction

When a driver license or identification product from another jurisdiction is presented by a petitioner (valid or expired), contact with the jurisdiction is required to determine what was presented to obtain the product.

1. Contact the state of issuance and ask:
   - If a COB was presented
   - Verify the name, DOB and place of birth

2. If a match is found to documents presented to another state, proceed to request approve via extraordinary proof.

## COMMON LAW NAME CHANGE

The Common Law Name Change (CLNC) process is applied to those petitions where the name the customer chooses to go by and has entered on the application (MV3004) and the petition form (MV3012), is not the **same** as the name on the known identity documents presented or the name matched to vital records.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

DEF-DMV272217

**One Letter Different**

1. In the situation where the name is one letter different, a CLNC is not needed to issue the product. Issuance may occur if the desired name passes SSOLV, matches to Vital record, identity has been satisfied, and residency has been satisfied.
2. If a one letter name change exists and all other qualifiers are met, DEU should determine this information and proceed to issuance when verification from DHS shows a mismatch – identifying a one letter discrepancy.
3. If CAFU receives a petition record as a no match from DEU and it verifies with a one letter name difference:
    a. CAFU should proceed to issue (see Issuing Voter ID)
    b. Forward the no match email from DEU to the CAFU supervisor.

**More Than One Letter Different**

If you determine more than one letter is different in the customer's name, a Common Law Name Change Affidavit (CLNC) may help the customer. Prepare an email to send to the CAFU Supervisor and Lead Worker for approval.

1. Create a summary that explains why the (CLNC) form should be considered as an option for the petitioner.
2. Attach an updated version of the petitioner's CAR.
3. If the use of the form is approved, find the CLNC affidavit located here: W:\Fraud\VOTER ID NMAPP\Letter and other Templates\CLNC w DMV employee.docx and pre-fill appropriate areas for the customer
    1. If the customer will go to a notary public, include a self-addressed stamped envelope. Indicate in your cover letter it is included so the CLNC can be returned.
4. Create the cover letter for the CLNC affidavit (stored here: W:\Fraud\VOTER ID NMAPP\Letter and other Templates\CLNC Cover Letter Template.docx) and save a PDF version to the folder.
5. Contact the petitioner to explain that you will be mailing/emailing them the affidavit form and they must sign it. If they have any questions or do not receive the affidavit in a couple days, to contact you.
6. When contacting the petitioner, be sure they understand their signature is required, but the witness will be you upon receiving the signed form from them. There is no need to have a notary or the DMV agent witness the form any longer as of 06/17/2020, per management approval.

DEF-DMV272218

## Processing ID Petition Process Applications – Non-Election Mode

Note: If a customer returns a properly completed CLNC to CAFU, and the CLNC has not been scanned into OnBase, CAFU should contact DEU to get the document scanned into OnBase.

- Send an email to DOT DMV BDS Voter ID Petition Process
- Make the subject line "DEU- Please upload documents into OnBase under Misc"
- Attach the CLNC to be scanned

### Suspend or Deny with Common Law Name Change

When an IDPP customer is approved for suspend or denial due to lack of communication from the customer and the only action needed by the customer for DMV to issue an ID card is for her/him to complete an Affidavit of Common Law Name Change Form, CAFU will take the following action:

1. Send the            Suspend or Denial Letter to the Customer once approval is provided.
2. Update the report to include all events.
3. In a separate envelope, send a letter and a prefilled CLNC Affidavit communicating to the customer that if she/he completes this form, signs the form, has it notarized and mailed to DMV-CAFU or signs the completed form at a DMV field office, we can proceed with approval to issue an ID card.
4. This communication would be sent at the same time as the Suspend/Deny letter to any/all address we have on record for the customer.

## Address Update Pending Issuance

Address Update Pending Issuance (PN 197) is a notation reserved for customers who can be issued a product but there is not a good address in which to send the product. If we know correspondence has been returned undeliverable, we must consider finding a valid address to send the hard card product to the customer. Product notation 197 is applied to the record for reporting. This notation will appear on the monthly report in the Pending category. Approval must be granted before using this notation.

To move a customer into an Address Update Pending Issuance (PN 197) status:

- The record must be eligible to bring forward to issue and last correspondence is undeliverable.
- First, exhaust all methods for trying to find a valid address for the customer.
  - o This includes, but is not limited to, checking inquiry for a new address on system, contacting the customer via email or phone if applicable, and running a CLEAR report to attempt to find a good address for the customer.
  - o All attempts to contact the customer or update the customer's address should be recorded in the CAR's activity log.
  - o Ideally, this step will happen as early in the adjudication as possible to stay in contact with the customer and avoid getting to the point of Address Update Pending Issuance. This step may need to be repeated more than once as adjudication continues.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

Revised 08/19/2020

DEF-DMV272219

## Processing ID Petition Process Applications – Non-Election Mode

- If you cannot contact the customer or find a good address, bring the case forward for approval to issue to the supervisor and team leader as a potential PN 197 record. In addition to the procedures for Issuing a Voter ID or Extraordinary Proof found make sure that:
  - o The CAR clearly documents:
    - All undeliverable mail.
    - All attempts to contact the customer or find a new address.
  - o The CAR contains a red entry saying Customer submitted for issuance, but no current address is available.
  - o The body of the email should contain the information "*** (Customer) submitted for issuance but no current address available."
- Wait for approval to issue from the BFS Director.
- Once approval has been granted:
  - o Prepare the Address Update Pending Issuance letter to the customer's last known address and/or additional address(s) found. Bring forward for review and approval to supervisor and team leader via email.
  - o Send an email to DOT DMV BDS Voter ID Petition Process asking for a product notation 197 "ADDR UPDT PENDING ISSUANCE- CONTACT CAFU"" notation be placed on the customer's record with the current date.
  - o Send an email to the CAFU Supervisor, Team Lead, and Data Person informing them that the customer's notation has been changed to 197.
  - o Add entries in the CAR to indicate approval, the letter sent, and any address information found.
  - o Move the CAR to the W:\Fraud\VOTER ID NMAPP\IDPP\197 - Approved Pending Issuance folder.
  - o In the CAR database, click on the "197 Approved Pending Issuance" checkbox.
    - The "date completed" will autofill with today's date, and the "197 + 60 days" date box will appear and autofill with the date completed + 60 days.



W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

43

Revised 08/19/2020

DEF-DMV272220

## Processing ID Petition Process Applications – Non-Election Mode

- You can also key in the date of the 197 notation directly into the "date completed" date box. When you tab off the date box, the "197 + 60 days" date box will appear and autofill.
- Continue monitoring the customer and follow the steps below:
  - o Check the address change report daily for a new address entered on system.
  - o If we get a new address for the customer, issue the product according to the "Issuing a Voter ID" procedures.
  - o If the correspondence sent is returned undeliverable, issue the product according to the "Issuing a Voter ID" procedures.
- It has been 60 days and we have received no response from the customer, correspondence has not been returned undeliverable and an address change has not been provided - issue the ID card to the address we have on system according to the "Issuing a Voter ID" procedures. ID cards that are returned undeliverable will be received into DEU and the record will receive an undeliverable notation.
- A report will be generated and provided each Monday that indicates records that are approaching 60 days in the PN 197 category.
  - o The report should alert staff to review and email the supervisor and team lead the CAR record for approval to issue.

### Issuing a voter ID

When you believe your investigation has uncovered all the information needed to issue a voter ID:

1. Address a new email message to DOT DMV BDS Voter ID Petition Process



p43 - NAME  DID -
Issuance.msg

  a. CC: your supervisor [Susan Schilz], lead worker, and the investigator responsible for weekly IDPP reporting [Dave Okonski, Chia Moua]
  b. The subject line should include the name and DID of the petitioner
  c. The text should read, "Please update the notation of the record for [NAME] [DID] to 165 and issue voter ID."
  d. If the issuance is using extraordinary proof, see step 4 of the extraordinary proof section above.
2. Make a dated, detailed entry in the IDPP report each time you talk to the petitioner.

### Fee Based Resolution

When adjudicating a petition for a free Identification Card for voting purposes (IDPP) and a fee is required to request a record on behalf of the applicant, complete the following steps.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

44

Revised 08/19/2020

DEF-DMV272221

# Processing ID Petition Process Applications – Non-Election Mode

1. Requestor - Adjudicator brings forward the case to the Compliance, Audit and Fraud Unit (CAFU) Supervisor for review and a determination that fees should be requested to request a record or information on behalf of the applicant. This may be done using the provided template:



   p43 IDPP - Fee
   Request - NAME DIE

2. Requestor - Once the CAFU Supervisor approves obtaining fees, the following information is needed to complete the fee request:

   a. Payee Name (name of organization/government agency receiving the money)
   b. Payee Address
   c. Total Amount requested
   d. Name(s) of applicant(s) information is being requested on behalf of

3. Supervisor - Create a folder to store the request from the adjudicator and fee request materials in the following location in the CAFU share drive: mad00fp\w5sharao\fraud\voter id nmapp\fee procedure.

   a. Name the folder after the Payee
   b. If a folder already exists for the Payee, create a subfolder using the request date within Payee folder.

4. Supervisor - Complete the WisDOT Direct Pay Template.
   a. Enter the current fiscal year in the **Budget Reference (Fiscal Year)** field.
   b. Enter the name of the Payee (organization/government agency) being paid in the **Supplier Name** field.
   c. Enter the address of the Payee (organization/government agency) being paid in the **Supplier (REMIT TO) Address/Location** field.
   d. Enter the amount of fees you are requesting in the **Amount to Pay** field.
   e. Enter the name(s) of the individual(s) you are requesting fees to obtain records on behalf of in the **Payment Message** field.
   f. Enter the date you are submitting the request for fees in the **Date approved** field.

- **Note – a separate Direct Pay template must be completed for each unique Payee request.**

5. Supervisor - Save a copy of the completed Direct Pay request

6. Supervisor - Draft an email to request fees that will be sent to the Division of Business Management (DBM) Fiscal Services Section using the Fee Request template located here:

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

45

DEF-DMV272222

..\.\.\.\.\.\.\VOTER ID NMAPP\Fee Procedure\IDPP Record Request - Direct Pay and Check Returned to DMV-Template.msg

    a. Update the information in the email highlighted in yellow so that it is specific to the request being submitted. You can attach multiple Direct Pay templates to the email request.

7. Supervisor - Submit the email the DBM - Fiscal Services – Expenditure Accounting Supervisor and Lead Worker for processing.

8. Supervisor - Save the request from the adjudicator, the completed Direct Pay template, and the email sent to DBM – Fiscal Services within the Payee folder or subfolder you created in Step 3.

9. Requestor - Update the relevant columns FEE TRACKING spreadsheet.  Some columns will not be able to be updated until you receive the check.

## Suspending a Petition

A petition can be suspended due to lack of customer contact or proof of the customer moving out of state. The petition may be returned to an active status at any time if the customer contacts CAFU, even if new information is not provided by the petitioner:

### Lack of communication from petitioner:

1. If 10 business days have passed since the first letter was sent asking the petitioner to contact CAFU and they haven't called or otherwise responded, another letter will be sent.
2. If a telephone number and/or email has been provided, a call/email attempt should be made to the petitioner 10 days after the second letter has been sent.
3. If 30 days, 2 letters and 1 phone call and/or email if an address has been provided have passed with no contact from the customer, the customer is eligible to suspend.
      a. Any contact from the customer results in the 30 day "clock" starting over, even if new information is not provided.
      b. During the review of a petition, if we discover another step that should be tried, that by itself does not require starting the clock over.  Instead we need to attempt the additional contact, verification, etc. wait an appropriate amount of time (10 days in most cases but each case will vary), then continue with the suspension process.  For example, if a CLEAR report discovers a new phone number to try, we should try the phone number, leave a message if the customer does not answer, wait 10 days for a response, then continue with the suspend process as we would have before finding the phone number.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

Revised 08/19/2020

DEF-DMV272223

# Processing ID Petition Process Applications – Non-Election Mode

4. If the customer states that they will be providing additional documentation (and you have updated the notation to 179) but the customer fails to provide documentation within 30 business days, repeat steps 1-3 again to attempt to contact the customer again.

**Proof of a customer moving out of state (OOS):**

1. If a new OOS address is found for the customer, an address update letter should be sent to the customer at the new OOS address.
   a. An OOS address may be found in a CLEAR report if the dates associated with the address are more recent then the date of the most recent address provided by the petitioner.
   b. An OOS address may be found in inquiry if the primary address has been changed by National Change of Address (NCOA).
   c. An OOS address may be found in inquiry if an OOS mailing address has been added. Note: This is how a customer moving OOS is noted in inquiry because the customer's primary address will not be updated to an OOS address.
2. If the letter is NOT returned as undeliverable within 6 weeks adjudication should stop and the case can be cancelled using Product Notation 198 – Moved Out of State Cancel.  A message will be placed in the CAR that states:

   <DATE> This petitioner was found to reside out of state via a letter sent to an OOS address and not returned undeliverable. Maintaining a Wisconsin residence is required for petitioners. Adjudication will be suspended.

   Send an email to the supervisor and team leader for approval to cancel.  Upon approval, follow Cancel procedures and move the CAR to the  198-Moved out of state folder.

3. If the customer has already been suspended for lack of contact, if an OOS address is found and a letter is not returned as undeliverable in 6 weeks the notation in red from step 2 above should be added to the CAR, adjudication should stop, and Product Notation 198 – Moved Out of State Cancel procedures should be followed.

4. Any contact from the customer results in the petitioner returning to an active status, even if new information is not provided.

**Steps to Suspend:**

1) If you believe the petition is eligible to suspend, copy and paste the chart below to the bottom of the CAR (just above the signature line).

| SUMMARY OF EVENTS | | |
|---|---|---|
| Requirement | Date | Who |

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

47

Revised 08/19/2020

DEF-DMV272224

## Processing ID Petition Process Applications – Non-Election Mode

| | | |
|---|---|---|
| Most Recent DHS/Consular Verification Response (if state won't verify use "N/A") | | |
| Passed SSOLV | | |
| Last customer contact (includes address changes, appearance in DMV, call or any other contact) | | |
| 1st Letter Sent* | | |
| 2nd Letter Sent (10 days after 1st letter) * | | |
| Attempt Phone/Email contact if possible (10 days after 2nd letter) * | | |
| Confirmed no contact from customer (30 days after 1st letter) | | |
| Suspend Package Prepared (10 days after phone/email attempt) | | |
| Suspend Letter Sent | | |
| Confirmed no contact from customer (180 days after suspend letter) | | |
| Denial Package Prepared | | |
| Denial Letter Sent | | |

*Use date of the letters that started the suspend process, may not be actual 1st letter

    a) Complete the chart as you are able with the date and the DIT/DOT for the person that completed the task in the CAR log.

    b) These dates should be current should the petition be sent through one of the steps again.

    c) There should be only one chart in the CAR. If the customer comes out of Suspend and then returns due to lack of contact again, the chart should be undated.

2) Verify that the reason CAFU received the petition is clearly stated (i.e. no match with reason if possible, 30 days at DHS, SSOLV check, name change etc.)

3) Confirm that the customer has received, in order with no response: a letter 10 days, a letter 10 days, a phone call attempt (if possible) 10 days.

4) The CAR should be reviewed and all formatting (to include dates) should match throughout the CAR.

5) Write the Suspend Letter.

6) When the Suspend Letter is complete, send an email to Lead Worker asking for approval to suspend. The email should have two attachments:

    a) a PDF that includes everything (the documents presented, the MV3004, and the MV3012). The CAR should include a note in red text indicating what we would need from the customer.

    b) the suspend letter.

7) Lead Worker will review and either send it to CAFU Supervisor or return it to you. Wait for a response.

8) Based on the result of your suspension request:

    1. If the suspension request is approved:

        a. Send email to DEU asking them to suspend the petition.

        b. Print and mail the letter.

        c. Update the database by clicking on the "176 Suspended" check box. "Date Completed" will autofill with today's date AND "Date Eligible to Deny" will appear and autofill with

DEF-DMV272225

a date 180 days from the "Date Completed" date.



i. If the "Date Completed" is not correct for whatever reason (you double-clicked on the check box, you unclicked by accident & re-clicked, etc.), key the correct date the 176 notation was added into the "Date Completed" date box, then tab off the date box. The "Date Eligible to Deny" date will appear and autofill with a date 180 days from the "Date Completed" date.

ii. Caution: If you uncheck the "176 Suspended" check box, then re-check it, then the "Date Completed" will autofill with today's date, which will not be the correct date that the 176 notation was applied.

2. If the suspension request is denied - continue to attempt to contact the customer or act on information found in the review.

a. To suspend via DEU: Subject of your email is the name of the petitioner and the DID

b. Include the message, "Please update the notation on the record of [NAME] [DID] to 176."

c. Save a copy of the email and the letter to the petitioner's folder

d. Update the notation in the entry for the petitioner in the database

e. Monitor your petitioners. When one has been in suspend for 60 days, they will appear on the "176 Eligible for denial" report. The "176 Eligible for denial in 5 days" report tells which petitioners are about to be eligible for denial. These reports should be checked regularly (weekly) by all adjudicators to make sure they are staying current with any petitioners eligible for denial.

f. Prepare the denial letter and denial package (IDPP CAR along with any submitted documentation).

g. The adjudicator should then follow the steps below for "Petition Denial."

DEF-DMV272226

**Communication from petitioner after petition has been suspended:**

1. If a suspended petitioner contacts you or the unit, proceed to adjudicate any new information provided.
   a. If you haven't already started an IDPP report, see "Daily Intake."
   b. Make a dated, detailed entry in the IDPP report each time you talk to the petitioner and if the customer provides new information, remove them from the "Suspend" category and begin adjudication again.
2. If a suspended petitioner contacts you or the unit and they do not provide any new information, provide them with information on what we are still missing and update the notation to 179. This will start them through the aging process again.
3. If a customer is removed from the "Suspend" category and you are continuing to adjudicate their record, the entire communication pattern to suspend starts over. If another 30 days of inactivity pass with no new communication from the customer, repeat "Steps to Suspend" (above).
*Note: if you are attempting to contact the customer and no response is generated, the petitioner should not be removed from suspend to start the process over. Only if the customer contacts DMV should the petition be updated to active and the process begin again.

**Daily Suspend Reporting:**

1. The person in charge of reviewing suspends will also review denial tracking in the CAR database
2. Open the "In Progress" report sent daily from CAFU from BITS, found here: W:\Fraud\VOTER ID NMAPP\Voter ID Notation Tracking and Reporting\Reporting information\Raw Data From BITS\IN PROGRESS daily
   1. Left click on row 3 (the row with the header labels).
   2. Click on the "Data" tab at the top of the screen.
   3. Click on the "Sort" button in the "Sort & Filter" part of the ribbon
   4. In the pop-up box, leave "Expand the selection" and click on the "Sort" button.
   5. In the pop-up box check the box next to "My Data has Headers"
   6. Sort by "NOTN DATE" and select the order "Newest to Oldest."
   7. Click on the drop-down arrow in the "CODE" column, uncheck "Select All," then check only 176
3. If any petitioners were suspended, open the CAR log and search for each DID.
   1. Ensure the checkbox next to "176 Suspended" is checked.
   2. Compare the "Date Completed" in the CAR database to the date of the 176 notation in inquiry; they must match.
   3. Ensure there is a "Date Eligible to Deny." If the box is empty, re-enter the "Date Completed" and tab off the box; "Date Eligible to Deny" should auto-fill.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

Revised 08/19/2020

DEF-DMV272227

## Petition Denial

Per Trans 102.15(5m), if an IDPP applicant fails to contact the Department of Transportation within 60 days after the department suspends the investigation, the administrator shall deny the petition in writing and shall inform the person that the department will resume the investigation if the person contacts the department to discuss the petition.

1. If an IDPP petition is eligible for denial due to an applicant's lack of contact, DMV staff will review the Case Activity Report (CAR) to ensure all contact attempts and correspondence requirements have been met – as defined in Trans 102.15.

2. DMV staff will prepare a packet of all information and documentation that pertains to the petitioner's application. This packet will include a draft denial letter for review.

3. The prepared denial packet should be placed here: W:\Fraud\VOTER ID NMAPP\IDPP\176-177-Pending Denial and forwarded to the Team Lead for review. A copy of the CAR should stay behind in the 176 folder, but a note in **BOLD RED LETTERS** should be added saying not to notate in this copy of the CAR.

4. The Team Lead will review each packet to ensure all requirements of the Trans Rule have been met. The Team Lead will either forward the packet to the Supervisor for further review or will return the packet to the DMV staff person to take additional efforts to adjudicate.

5. The Supervisor for the DMV staff conducting the IDPP denial reviews will review each packet to ensure all requirements of the Trans Rule have been met. The Supervisor will either recommend that the application be brought forward for denial consideration or will return the packet to the DMV staff person to take additional efforts to adjudicate.

6. All IDPP denial review packets recommended by the Supervisor will be forwarded for Section Chief review. If the Section Chief does not concur with a denial recommendation, the IDPP packet will be returned to the Supervisor for additional adjudication efforts.

7. All IDPP denial review packets recommended by the Section Chief for denial will be posted in a SharePoint document library restricted to an established IDPP denial review panel. The IDPP review panel is comprised of the following:

    • DMV Administrator
    • DMV Deputy Administrator

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

51

DEF-DMV272228

- DMV Director of Driver Services
- DMV Director of Field Services
- DMV Deputy Director of Field Services
- IDPP Adjudication Section Chief
- IDPP Adjudication Supervisor
- WisDOT Legal Counsel

8. The panel will review IDPP applicant packets in advance of the scheduled review meeting. The panel will discuss each application and decide whether written denial of the applicant is warranted. Any applications determined by the panel to have met the criteria under Trans 102.15(5m) to receive a written denial will be mailed a letter communicating denial of their application and informing them that the investigation of their application will resume anew if they contact the department. Any applications determined by the panel not to have met these criteria will be returned for further investigation and adjudication efforts.

**Denying a Petition that has been suspended for more than 180 days:**

1. The CAFU Lead Worker will monitor denial tracking.
2. The Lead Worker/Supervisor will notify the adjudicator responsible that a denial package (a single PDF file containing, in this order: the CAR, MV3004, MV3012 and any documentation submitted by the petitioner during the process) and a denial letter are due. The due date will be on the denial tracking report in the CAR database.
    a. The adjudicator should review the CAR to ensure all formatting (to include dates) matches throughout the CAR.
    b. The last line in the CAR should be (*date packet due):

10/1/17* – The petition was submitted to lead worker for denial on 10/1/2017* (DOT/DIT)

    c. The LW will ensure that the date the packet was completed is updated in the CAR database.
    d. The folder should have the "Documents" folder, the current CAR, the denial package and the denial letter (two if mailing address exists)
    e. The folder should look like this:



DOCUMENTS
16CAR469 CHRISTINA MANNION.docx
Denial Letter - Christina Mannion 10-11-...
Denial Package Mannion, Christina 10-11...

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

52

Revised 08/19/2020

DEF-DMV272229

# Processing ID Petition Process Applications – Non-Election Mode

3. Upon completion of the denial packet, submit it via email to the Supervisor. The Supervisor will review it and submit it on or after the due date for approval to Senior Management.
4. If the denial is approved, the CAFU Supervisor will email the adjudicator and CC the Lead Worker.
5. The adjudicator must:
   a. Update the date the Senior Manager approved the petition for denial in the CAR database.
   b. Save the email of the approval in the folder.
   c. Update the CAR with the following notation:

X/X/17    Pursuant to Wis. Stat. §§ 227.52 and 227.53 this petition has been approved for denial by a DMV review board. A letter has been sent informing petitioner that their petition has been denied and due to Trans 102.15(6m)(d), temporary ID card receipts will not be issued after denial unless they contact DMV. Notation updated to 177. (DIT/DOT)

6. CAFU adjudicator will print and mail the Denial Letter. The CAFU adjudicator will also save a PDF copy of the letter on the date the letter is mailed. This is to save a copy of the letter the way it looks as it was mailed (the date changes automatically on the template).
7. The adjudicator will send an email to the BDS Voter ID inbox requesting that the notation on the record be updated to "177 PetProc Term" to deny the petition and save a copy of the email in the case file.
8. The CAFU adjudicator will update the CAR database:
   a. Uncheck the box "176 Suspended"
   b. Check the box "177 Denied"
9. The CAFU adjudicator will move the case folder to the "177 – Denied" folder (N:DEU:CAFU:IDPP PN187 Folder and Cars: 176 & 177 CAFU: 177 Denied)

## Petition Cancellation

1. Customer Initiated Cancel - If at any time during the petition process the customer decides to remove themselves from the process, the "PetProc Customer Initiated Cancellation" notation (code 182) can be added to the record (this would also be done if during the normal adjudication process it is discovered that the customer has become deceased).
   a. Send an email to the Voter ID Petition inbox
   b. State that the customer (list name and NSDID) is to be cancelled from the petition process and that the 182 notation should be added to the record
   c. CC the CAFU staff responsible for IDPP reporting and the CAFU Lead Worker
2. If an email is received in the CAFU team inbox from DEU stating that a customer has contacted them to be removed from the petition process, check to see if the petition is currently being adjudicated by CAFU.
   d. If it is, forward the email to the CAFU staff responsible for IDPP reporting, the adjudicator currently working on the case and the CAFU LW.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

Revised 08/19/2020

DEF-DMV272230

# Processing ID Petition Process Applications – Non-Election Mode

      e. The adjudicator should update the CAR (*if incomplete it will be in the DEU – CAFU shared folder on the N:)* with a final entry stating that the customer initiated a cancellation, save the email sent by DEU, update the entry in the CAR database and move the customer's IDPP folder (from N: drive OR W: drive) to the "182 – Cancelled" folder in CAFU's W:.

      f. If it is not being adjudicated by CAFU, forward the email to the CAFU staff responsible for the IDPP reporting and the CAFU LW.

3. If at any time during the adjudication process the record of a petitioner is notated as "Deceased", CAFU will follow the "Cancel Procedures". This applies if they are active, suspended or denied and will serve as a means to remove the petition from the adjudication process.

4. If a customer is found to have obtained a product out of state subsequent to making an application in Wisconsin, they are ineligible for IDPP and should be cancelled.

    a. If an OOS address is found for a petitioner in a CLEAR report or is otherwise known to live out of state, run a Portal to see if a product was issued to the customer since applying for IDPP.

    b. If a product was issued OOS since application into IDPP, the customer can be cancelled using Product Notation 198 – Moved Out of State Cancel.

    c. Update the CAR and prepare an email to the supervisor and team leader for approval to cancel.

    d. Upon approval, follow Cancel procedures, move the CAR to the 198-Moved out of state folder, and place the following message in the CAR:

<DATE> This petitioner was found to reside out of state via an out of state DL/ID that was issued by STATE on DATE. Maintaining a Wisconsin residence is required for petitioners. Adjudication will be suspended.

**Denying/Cancelling a petition for fraud for ineligibility:**

    If it is determined that a petitioner made a false statement, confirmed to have a more recent product in another state or is found on another record through the facial recognition process, a case should be made and CAFU's standard procedures should be followed:

        1. Review the CAR with the CAFU Lead Worker or Supervisor to confirm.

        2. Send email to DEU: Subject of email is name petitioner and DID (CC the CAFU LW, Supervisor)

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

54

DEF-DMV272231

# Processing ID Petition Process Applications – Non-Election Mode

3. Include in message "Please remove notations # (list notations reflected currently on the record) from the record of [NAME] [DID] and add notation 194 or notation 198. (be sure to ask DEU to remove PN 180 when requesting to add PN 194 or 198 to a record).
4. Save a copy of the email in the petitioner's file.
5. Update CAR to reflect this request.
6. Update the notation in the entry for the petitioner in the database.
7. Wait for confirmation email from DEU before moving petitioner's file to the "194 - Fraud Cancel" or the 198-Moved out of state file folder.
8. Send SAR report to WSIC for the 194 cases only.

## Address Change Report

BITS sends a report daily indicating all the petitioners who changed their address the previous day. The adjudicator is responsible for reviewing this report every day to find petitioners who are assigned to them.

If the address was changed by NCOA, this indicates the customer did not contact DMV. Therefore, do not change the status of petitions that are suspended or denied if the address change was made through NCOA.

**Active**

- Adjudicator must make an entry in the CAR indicating when the petitioner changed their address.
    - o Entry must include new address.
- Adjudicator must verify a receipt when the new address was mailed to the petitioner.
- Adjudicator must update the Receipt Tracking spreadsheet to indicate the date the CAR was updated.

**Active with PN 180**

- Adjudicator must make an entry in the CAR indicating when the petitioner changed their address.
    - o Entry must include new address.
- Adjudicator must verify a receipt with the new address was mailed to the petitioner.
- Adjudicator must update the Receipt Tracking spreadsheet to indicate the date the CAR was updated.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

Revised 08/19/2020

DEF-DMV272232

- Adjudicator must verify the PN 180 has been removed once DEU sends an email indicating the notation has been updated.

**Suspended**

NCOA – NO CUSTOMER CONTACT

- Adjudicator must make an entry in the CAR indicating when NCOA updated the address.

    o   Entry must include new address.

- Adjudicator must verify a receipt with the new address was mailed to the petitioner.

- Adjudicator must update the Receipt Tracking spreadsheet to indicate the date the CAR was updated.

NOT NCOA – CUSTOMER CONTACT

- Adjudicator must make an entry in the CAR indicating when the petitioner changed their address.

    o   Entry must include new address.

- Adjudicator must verify a receipt with the new address was mailed to the petitioner.

- Adjudicator must update the Receipt Tracking spreadsheet to indicate the date the CAR was updated.

- Adjudicator must send request to DEU to remove PN 176.

    o   Adjudicator should update notation based on actions taken.

- Adjudicator must update the CAFU tracking database to show the petitioner is active.

- Adjudicator must move the petition file from the suspended folder to the active folder.

**Suspended with PN 180**

NCOA – NO CUSTOMER CONTACT

- Adjudicator must make an entry in the CAR indicating when NCOA updated the address.

    o   Entry must include new address.

- Adjudicator must verify a receipt with the new address was mailed to the petitioner.

DEF-DMV272233

# Processing ID Petition Process Applications – Non-Election Mode

- Adjudicator must update the Receipt Tracking spreadsheet to indicate the date the CAR was updated.

NOT NCOA – CUSTOMER CONTACT

- Adjudicator must make an entry in the CAR indicating when the petitioner changed their address.

  o Entry must include new address.

- Adjudicator must verify a receipt with the new address was mailed to the petitioner.

- Adjudicator must update the Receipt Tracking spreadsheet to indicate the date the CAR was updated.

- Adjudicator must verify the PN 176 and PN 180 have been removed and a PN 172 has been added once DEU sends an email indicating the notation has been updated.

  o Adjudicator should update notation based on actions taken.

- Adjudicator must update the CAFU tracking database to show the petitioner is active.

- Adjudicator must move the petition file from the suspended folder to the active folder.

**Denied**

NCOA – NO CUSTOMER CONTACT

- Adjudicator must make an entry in the CAR indicating when NCOA updated the address.

  o Entry must include new address.

- Adjudicator must update the Receipt Tracking spreadsheet to indicate the date the CAR was updated.

NOT NCOA – CUSTOMER CONTACT

- Adjudicator must make an entry in the CAR indicating when the petitioner changed their address.

  o Entry must include new address.

- Adjudicator must verify a receipt with the new address was mailed to the petitioner.

- Adjudicator must update the Receipt Tracking spreadsheet to indicate the date the CAR was updated.

W:\Fraud\HELP\PROCEDURES\Internal (CAFU)\IDPP\Version 3 CAFU Processing Petitioner Applications-Internal.pdf

57

Revised 08/19/2020

# Processing ID Petition Process Applications – Non-Election Mode

- Adjudicator must send request to DEU to remove PN 177.

    o  Adjudicator should update notation based on actions taken.

- Adjudicator must update the CAFU tracking database to show the petitioner is active.

- Adjudicator must move the petition file from the denied folder to the active folder.

**Denied with PN 180**

NCOA – NO CUSTOMER CONTACT

- Adjudicator must make an entry in the CAR indicating when NCOA updated the address.

    o  Entry must include new address.

- Adjudicator must update the Receipt Tracking spreadsheet to indicate the date the CAR was updated.

NOT NCOA – CUSTOMER CONTACT

- Adjudicator must make an entry in the CAR indicating when the petitioner changed their address.

    o  Entry must include new address.

- Adjudicator must verify a receipt with the new address was mailed to the petitioner.

- Adjudicator must update the Receipt Tracking spreadsheet to indicate the date the CAR was updated.

- Adjudicator must verify the PN 177 and PN 180 have been removed and a PN 172 has been added once DEU sends an email indicating the notation has been updated.

    o  Adjudicator should update notation based on actions taken.

- Adjudicator must update the CAFU tracking database to show the petitioner is active.

- Adjudicator must move the petition file from the denied folder to the active folder.

DEF-DMV272235