# EXHIBIT 7



**DMV ADMINISTRATOR PETITION – UNAVAILABLE DOCUMENTATION**
Wisconsin Department of Transportation
MV3012    11/2017

Use of this form is authorized, pursuant to Wisconsin Administrative Code § Trans 102.15(5m), for a photo identification card for voting purposes that complies with 2011 Wisconsin Act 23, s. 343.50(5)3., and any other applicable requirements.

*"Unavailable" may include items that persons have forgotten to bring with them when applying for an identification card.*

This process is available for applicants unable to provide proof of name and date of birth or United States citizenship.

**A. To facilitate the document search process for <u>United States-born citizens</u>, please provide the following:**
*Please be advised that complete birth record information improves the search process with Vital Records.*

| Birth Name – First | Middle | Last *(as it appears on the birth certificate)* |
|---|---|---|
| Sex  ☐ Male  ☐ Female | Birth Date (mm/dd/yyyy) | Place of Birth *(State/Jurisdiction/Territory)* |
| Place of Birth – County or Equivalent *(Parish – LA, Borough – AK)* | | Place of Birth *(City, Village or Township)* |
| Mother's Name – First | Mother's Middle | Mother's Last — Maiden Name *(as it appears on the birth certificate)* |
| Father's Name – First | Father's Middle | Father's Last *(as it appears on the birth certificate)* |
| Is your current name different than that on your birth record  ☐ Yes  ☐ No    If Yes, What is Your Current Legal Name: | | |

**B. For United States citizens, <u>not born in the United States</u>, who do not have the appropriate documents available, please provide the following United States Customs and Immigration Service (USCIS) identifiers. This information will be used to verify citizenship status with the Department of Homeland Security.**

| Alien/USCIS Number | Citizenship Certificate Number |
|---|---|

**C. All Applicants: Contact Information**

| Email Address | (Area Code) Telephone Number |
|---|---|

*Wisconsin DMV or Vital Records may contact you for any follow-up information which may be necessary to complete the verification process.*

The information that I have provided on this petition application is true under penalty of perjury and I am a resident of Wisconsin. (s. 343.14(5) Wis. Stats.)

**X** _____    _____
  (Signature of Applicant)                                                                              (Date Signed – m/d/yyyy)

— DMV Office Use Only —

| Envelope Number | DID | Photo Number |
|---|---|---|

— DHS Use Only —

| Vital Records Search  ☐ Verified  ☐ Not Verified | Date (m/d/yyyy) | Processor ID |
|---|---|---|

**EXHIBIT 5043**