# EXHIBIT 8

# State of Wisconsin\Government Accountability Board

Post Office Box 7984
212 East Washington Avenue, Third Floor
Madison, WI 53707-7984
Voice (608) 266-8005
Fax (608) 267-0500
E-mail: gab@wisconsin.gov
http://gab.wi.gov




**KEVIN J. KENNEDY**
Director and General Counsel

---

July 1, 2011

The Honorable Alberta Darling, Senate Co-Chair
Joint Committee on Finance
Room 317 East, State Capitol
Madison, WI 53707-7882

The Honorable Robin Vos, Assembly Co-Chair
Joint Committee on Finance
Room 309 East, State Capitol
Madison, WI 53708-8593

Dear Senator Darling, Representative Vos:

I am pleased to provide you and members of the Joint Committee on Finance a Plan on how we, the Government Accountability Board, propose to expend the $1,965,200 approved by the Legislature and Governor Walker for implementing the new Voter Photo ID Law. We appreciate the Committee's support. This Plan is submitted in response to the language contained in the 2011-2013 Biennial Budget, which states, in part:

> No later than July 1, 2011, and before making any expenditures under section 7.08 (12) of the statutes or 2011 Wisconsin Act 23, section 144 (1), for the purpose of outreach or public information, the government accountability board shall transmit to the co-chairpersons of the joint committee on finance in writing, a plan identifying the specific proposed purposes for the expenditures and proposed amounts to be expended for each specific purpose.

The Government Accountability Board's fiscal analysis estimated that $2,180,900 was necessary to fully and successfully implement the Voter Photo ID Law. The Legislature appropriated $1,965,200 for 2011-2013, which includes $165,200 earmarked for training local election officials. The approval of a lesser amount of funds than requested necessitated some adjustments to the Board's Act 23 implementation budget as summarized in attached Plan. In addition to the specific requirement that expenditures be identified for outreach and public information, we are providing an overview of the Board's overall spending Plan for the biennium to implement the requirements of Act 23.

Thank you for your favorable consideration of our proposed Plan. I may be contacted at 608-261-8683 or Kevin.Kenendy@wi.gov to respond to questions you may have.

Sincerely,

**Government Accountability Board**

Kevin J. Kennedy

Kevin J. Kennedy
Director and General Counsel

Enclosure

cc: Legislative Fiscal Bureau (2)
Department of Administration
Members, Government Accountability Board
Nathaniel E. Robinson, Elections Division Administrator
Sharrie L. Hauge, Chief Administrative Officer

State of Wisconsin\Government Accountability Board

Post Office Box 7984
212 East Washington Avenue, Third Floor
Madison, WI 53707-7984
Voice (608) 266-8005
Fax (608) 267-0500
E-mail: gab@wisconsin.gov
http://gab.wi.gov




KEVIN J. KENNEDY
Director and General Counsel

# Government Accountability Board

## Budget Details for Implementing the Voter Photo Identification Law

Agency Request: $2,180,900
Approved Budget: $1,965,200

## Budget Summary

| | | | |
|---|---|---|---|
| **1.** | **Public Information, Outreach, and Training/Education** | | **$751,300** |
| | ▪ Public Information Multi-Media Campaign | ($436,100) | |
| | ▪ Public Outreach Campaign | ($150,000) | |
| | ▪ Training/Education/Technical Assistance | ($165,200) | |
| **2.** | **Program Support** | | **$698,702** |
| | ▪ Personnel (Staffing Costs) | ($599,292) | |
| | ▪ Staff Travel | ($30,000) | |
| | ▪ Equipment | ($10,000) | |
| | ▪ Administrative Expense | ($59,410) | |
| **3.** | **Statewide Voter Registration System (SVRS)** | | **$515,199** |
| | ▪ Modifications for Implementing Photo ID | ($515,199) | |
| **4.** | **Budget Total** | | |
| | | (1,965,200) | **$1,965,200** |

## Budget Narrative

1. **Public Information/Outreach and Training/Education**
**($751,300)**

A. Public Information Multi-Media Campaign
($436,100)

Act 23 contains the following language:

**SECTION 144. Nonstatutory provisions.**
(1) PUBLIC INFORMATIONAL CAMPAIGN. In conjunction with the first regularly scheduled primary and election at which the voter identification requirements of this act

initially apply, the government accountability board shall conduct a public informational campaign for the purpose of informing prospective voters of the voter identification requirements of this act.

**Action Plan**:

The Board will conduct a comprehensive, statewide campaign to inform and educate the public about the voter identification requirements of Act 23. In its original fiscal estimate for SB-6, the Board projected a multi-media public education campaign would cost $500,000, based on the budgets of previous state-sponsored campaigns for tourism, economic development and public health (H1N1 flu prevention). Due to the reduced budget, the Board intends to spend $436,100 for the public information campaign.

There are several existing State contracts for advertising and public relations services. The Board proposes to use one of these contractors to purchase professional services for assisting to develop and deploy the statewide campaign. The Board will not use the firm for developing the text/information for the source materials/documents as that will be the responsibility of our knowledgeable staff. The advertising and public relations expertise would be use in deciding how to more effectively allocate limited advertising dollars. The Board will select an agency to assist staff in:

- Identifying target audiences and demographics
- Tailoring campaign themes to reach those audiences
- Producing advertisements but not drafting/developing the text
- Developing strategies and budgets for the deployment of paid media (Includes the optimal mix of electronic, print, outdoor and online advertising)
- Managing media buys and placing advertisements.

In preparing the details of this budget Plan, staff consulted with a state advertising / public relations firm this is currently providing services to a State agency. To fulfill the specific directive regarding the first regular primary and election to which the law applies, we anticipate conducting focused waves of advertising prior to the February 21 primary and the April 5 general election / presidential preference primary. The recommended statewide campaign would consist of radio, billboards (posters), transit, online and print ads, and would generate more than 70 million impressions. The public informational campaign would be continued in conjunction with the Partisan Primary and General Elections in the fall of 2012, which involve much higher voter turnout than the spring elections.

In order to conduct a campaign that also includes television advertisements, staff was informed that a budget of $892,000 would be required, and would generate approximately 117 million impressions. Board staff is not recommending inclusion of paid television advertising for budgetary reasons.

In addition to the paid multi-media campaign, the Board anticipates making extensive use of free/earned media through public service announcements, news releases, news conferences, and interviews with news media outlets. These activities will be carried out by existing Board staff as well as by project staff to be hired exclusively for assisting with the implementation of the Photo ID Law.

B. Public Outreach Campaign
($150,000)

Act 23 contains the following language:

**SECTION 95.** 7.08 (12) of the statutes is created to read:
7.08 **(12)** ASSISTANCE IN OBTAINING PROOF OF IDENTIFICATION. Engage in outreach to identify and contact groups of electors who may need assistance in obtaining or renewing a document that constitutes proof of identification for voting under s. 6.79 (2) (a), 6.86 (1) (ar), or 6.87 (4) (b) 1., and provide assistance to the electors in obtaining or renewing that document.

**Action Plan:**

In its fiscal estimate for SB-6, the Board projected a public outreach campaign would cost $150,000. This dollar amount was based on the budget for a state-sponsored anti-smoking campaign, as well as advice from public relations professionals with expertise in conducting outreach campaigns. The Board plans to spend $150,000 for outside assistance with the public outreach campaign. The overall campaign will be conducted using a combination of Board staff, including project staff to be hired exclusively for assisting with the implementation of the Photo ID Law, and outside consultants.

As previously stated, Wisconsin has several existing State contracts for advertising and public relations services. The Board proposes to use one of these contractors to purchase professional services for developing and deploying the outreach campaign. The objectives of the outreach campaign will be to:

- Identify groups of eligible voters needing assistance who may not have an acceptable form of identification.
- Identify organizations that work with these select groups of eligible voters
- Develop educational materials for these organizations to use in training their members/staffs about the new Voter ID Law
- Communicate educational messages on a more personal level; intersect within the lifestyles and communities of the target audiences via grassroots marketing efforts
- Minimize the number of historically disadvantaged voters who arrive at the polls without a Photo ID that meets statutory requirements
- Direct targeted voters and groups to a dedicated website and/or help line
- Complement paid advertising initiatives

Likely targets for the outreach campaign include:

- Elderly voters whose driver licenses or identification cards may have expired
- Both rural and urban populations
- Voters with disabilities
- Minority groups (e.g., African American/Hispanic/Hmong populations)
- College students

The advertising/public relations firm would assist Board staff in producing the following materials. Note that due to their respective areas of expertise, members of the Board staff would develop the text.

- Short video explaining how to obtain/renew statutory identification for voting; video to be distributed online and on CD/DVD
- PowerPoint presentation that can be customized for different target audiences
- Banners to be used at events
- Posters

- Brochures and other printed materials for distribution to community resource centers, senior citizen housing/retirement facilities, colleges, churches, physician offices, grocery stores, restaurants, libraries, government buildings, etc.

C. Training/Education/Technical Assistance
($165,200)

Key Statistics about Wisconsin's Electorate:

- Wisconsin 2010 population according to the 2010 Decennial Census, was approximately 5.7 million residents.
- The State's November 2010 estimated voting age population was 4,372,302. Of this number, 3,711,699 voting records were maintained in the Statewide Voter Registration System (SVRS), of which 3.5 million were eligible to vote.
- The State's 1,850 municipalities serve 2,827 polling places that comprise 3,600 reporting units (wards/precincts). 1,673 of the State's cities, towns and villages have a population under 5,000 and are mostly rural.
- The majority of the 1,850 municipal clerks (62 percent) responsible for administering local elections work part-time, and the turnover rate is between 20-25% annually. These facts underscore the need for ongoing training and continuous support to ensure uniform application of the many new requirements for the voting and election administration provisions contained in Act 23.
- Depending on the election (the November Presidential General Election especially), 20,000 to 30,000 poll workers are called upon to work the 2,827 polling places in both regular (13 hours) and split (less than 13 hours) shifts.

**Action Plan:**

Providing accurate and easy-to-understand information to the State's Local Election Officials (our partners), 3.5 million voters and another one million potential voters who are part of the voting age population about the requirements of the new Voter Photo ID Law is an important and also daunting and challenging task.

Materials will include but not be limited to brochures, pamphlets, informational flyers, and other documents developed for "getting out the word" through training, education, and technical assistance efforts, and related outreach initiatives. These training, educational, technical assistance and outreach initiatives are necessary and important components of the agency's overall strategy in addressing and complying with the Voter ID Law, making sure the electorate is reached, involved and well informed of the new law and its core requirements.

Obviously, a one-size-fits-all approach is not the answer. Given the manner in which people learn, recall, retain and act on information, an array of approaches will be used to make sure all reasonable and practical efforts are made to effectively reach Wisconsin's citizenry, including various targeted groups through a variety of training, education and technical assistance efforts, and related outreach initiatives.

Although the Training/Education/Technical Assistance task is delineated for informational purposes, in actuality, this component, along with the Public Information Multi-Media Campaign and the Public Outreach Campaign, are integrated and therefore complementary.

Due to their interconnections, taken and implemented together, these initiatives will provide an effective combined tool for meeting this public policy and public information objective.

In its fiscal estimate for SB-6, the Board projected a budget for training, education and technical assistance to local election officials of approximately $250,000. While that budget remains unchanged, it also includes the time of new project staff to be hired exclusively for assisting with the implementation of the Photo ID Law.

The Budget Summary Line Item for Training/Education/Technical Assistance of $165,200 contains only funds being spent for Supplies and Services. Funds designated in the budget for new staff who will be working on training, education and technical assistance are included in the Personnel line under Program Support.

Supplies and Services costs for training, education and technical assistance include in-state travel to educational, training, technical assistance, and outreach sessions; production of polling place training aids; and production of training videos for local election officials, targeted groups and software for online training.

## 2. Program Support
**($698,702)**

Sufficient program support is critical to the success of an effective implementation of the Voter Photo ID Law. Key to this success is a cadre of knowledgeable and skilled staff.

### Action Plan:

2011 Wisconsin Act 32, the 2011-2013 biennial budget, authorizes 5.0 two-year GPR project positions to implement the provisions of Act 23. The positions are to be utilized for public outreach and education, modification of the Statewide Voter Registration System, training of election officials, support of the Board's Help Desk, and revision of forms and materials.

A. Personnel (Staffing Costs)
($599,292)

Personnel cost details are as follows:

| FTE | Classification | Hourly | Annual | Fringe | Total |
|---|---|---|---|---|---|
| 3 | PID* Elections Specialist | $23.000 | $48,024 | $23,124 | **$213,444 |
| 1 | PID IS Resource Support Tech-Entry | $13.899 | $29,021 | $13,974 | $42,995 |
| 1 | PID Office Operations Associate | $13.968 | $29,165 | $14,043 | $43,208 |
| **5** | Totals | | $202,258 | $97,387 | ***$299,646 |

* PID = Photo ID

** The total annual cost for one PID Elections Specialist is $71,148. The total annual costs for 3 PID Elections Specialist are $213,444

*** The total annual costs for the 5 PID employees are $299,646. The total funds allocated for personnel for the two-year time period is $599,292

All five two-year project positions will devote 100% of their time to the implementation of the Voter Photo Law, and their respective primary tasks will be assigned in the following manner.

- The three (3) Photo ID Elections Specialists will be the Photo ID Program Specialists. These project employees will prepare materials, documents and information for the Public Information Multi-Media Campaign, the Public Outreach Campaign, and for Training/Education/Technical Assistance. In addition, these positions will provide and conduct training, education and technical assistance, as well as conduct public outreach activities. Hourly salary, depending on substance and relevance of the Candidate's training and experience, will not exceed $23.00.

- The one (1) Information Specialist (IS) Resource Support Tech-Entry position will be assigned to our Help Desk to respond to public inquiries about Photo ID, and provide timely and accurate information about Photo ID. Hourly salary will not exceed $23.00.

- The one (1) Office Operations Associate will provide program and administrative support to the Photo ID program and the project Photo ID staff.

Election Administration is rooted in, and based on an array of complex Federal and State laws, rules, regulations and procedures. For an Election Specialist to achieve full performance and competence, experience gained during a four-year election cycle during which both a Gubernatorial and Presidential Election is conducted, is important. Time will not allow the five two-year project positions to go through this normal training cycle. Therefore, existing Government Accountability Board staff who are supported with Federal funds, and who have a demonstrated body of election administration program knowledge and experience, will be utilized as Lead Workers.

These Lead Workers will commence planning and preparation for the implementation of the Photo ID Law while the five two-year Photo ID project staff are being recruited and hired. These Lead Workers will also participate in the hiring, orientation, training, coaching and guiding the new Photo ID project staff. In addition, these Lead Workers will assist in monitoring, overseeing and evaluating the Voter ID project staff's work.

Based on the Government Accountability Board's experience and the need to obtain position numbers from the State Budget Office and work with the Department of Administration, Bureau of Human Resources, to recruit and hire the five two-year Photo ID project staff, it is anticipated that the recruitment, selection and initial training process will take about three months. The savings from personnel budget line item will be used to prorate the salary of Board staff who will be designated as Lead Workers for their respective time spent on planning and preparation for the implementation of the Photo ID Law while the five two-year Photo ID project staff are being recruited, hired and trained.

B. Staff Travel
($30,000)

To illustrate the environment in which the Photo ID project staff members have to operate, there are 114,141 miles of roads in Wisconsin. It takes about 7 hours to drive from the most southern part of the state to its northern peak, and about 5 hours to go from across the state from the far west border to the far east border. Wisconsin's population is sparsely scattered over 56,145 square miles.

**Action Plan:**

Based on the Government Accountability Board's experience in executing its regular and everyday election administration program activities, staff travel for implementing the new Photo ID Law will include numerous in-person interactions with the public and targeted groups, which will require a heavy travel schedule. Before, during and after elections,

elections specialists' "in-the-field" travel to service local election partners and customers often increases to comprise 80% of their work hours. The State's Central Fleet vehicles are used for this purpose. Staff always stay at lodging facilities that honor the State lodging rate.

Based on the Government Accountability Board's experience in conducting regular training throughout the State, and given that Photo ID is a major new public policy that fundamentally changes the way Wisconsin's electorate has been voting for decades, we believe the information about the new law will need to be repeated in a variety of ways, including in-person group and classroom style meetings. These factors contribute to the allocation of $30,000 for travel. In addition to the costs for the State's Central Fleet vehicles and lodging, this allocation also includes reimbursement for meals and related expenses incurred in accordance with established State Travel Guidelines.

Example:

- Total personal expenses: $65 x 3 staff = $195.00
- 1 State Fleet Van, 2 days = $80.00
- Hotel, 2 nights for 3 people = $420.00
- $695/trip x 43 trips = $30,00.00

C. Equipment
($10,000)

For purposes of this Plan, equipment is defined as computers for the five two-year project Photo ID employees.

**Action Plan:**

Procure five computers for the five two-year project Photo ID employees at $2,000 each.

D. Administrative Expenses
($59,410)

Administrative expenses to help support the five two-year project Photo ID positions include: Telephone service, email accounts, office supplies, printing and postage.

**Action Plan:**

The allocation of $59,410 for supplies and services will be tracked and monitored along with all other expenditures associated with this Photo ID Budget.

**3. Statewide Voter Registration System (SVRS)**
Modifications for Implementing Photo ID
**($515,199)**

**Action Plan:**

The SVRS will be modified in order to track whether an absentee voter has previously submitted photo ID and is therefore, not required to do so with subsequent absentee ballot submissions. The SVRS will also need to be modified to manage the new provisional ballot scenarios, and training for clerks that use the SVRS will be imperative.

The SVRS will be modified so that the voter list and absentee ballot log print-outs used on Election Day indicate whether the voter has to show a statutory ID (to allow for the

exemptions in the Act). This checkbox will be pre-populated based on the voter record so that election inspectors know if any exceptions to the legislatively-authorized ID requirement apply to the individual voter.

The SVRS will be updated to reflect the new Photo ID requirements. The SVRS field currently labeled “ID Required” field must be changed to “Proof of Residence Required” on the voter list, voter application node, and the voter record. A statutory ID field must also be added to the voter record and voter application node so it can be displayed on the voter list.

A number of reports and forms generated by SVRS must be updated. “ID Required” and “Proof of Residence Required” must be displayed on the absentee ballot label, absentee ballot log, absentee ballot log with districts, and absentee certificate envelope which are generated by SVRS. The existing uniform absentee instructions in SVRS will be updated to reflect the new procedures. The Voter Public Access feature on the Board’s website will be modified to display the “Proof of Residence Required” and “Statutory ID required” fields.

Due to the fact that only mail-in absentee ballots exempt the voter from presenting acceptable photo ID at future elections, SVRS will be enhanced to designate the absentee ballot transmission method on all absentee labels, the voter list, and the absentee ballot log. The new types of care facilities eligible to be covered by special voting deputies will also be shown. A new absentee witness name/address verification will be created to cover the different acceptable witness statements available for confined electors, voters in facilities covered by special voting deputies, and voters in facilities not covered by special voting deputies. SVRS will also be modified to remove the corroborating witness as an option in the voter application and voter record.

In order for these highly technical changes and modification to the Statewide Voter Registration System (SVRS) to be effectuated in time for the 2012 Election Cycle, a dedicated team of advanced-skilled IT specialists will be needed. SVRS User Acceptance Testing also will need to be completed.

Modifications will be made to the SVRS’ Voter Public Access (VPA) component in order to allow military and permanent overseas voters to submit requests for absentee ballots online, without the need to present a photo ID, as they are exempted from this requirement under Act 23. This will require modification of SVRS to accept application from the VPA site. This functionality will greatly assist military and overseas voters to receive, mark, return and track their ballot as required by the Federal Military and Overseas Voter Empowerment (MOVE) Act. Significant training of clerks on this additional absentee application process will be required.

It is estimated that about 1076 hours at a blended rate of $90 would be required for making the SVRS modifications, and about 155 hours at a blended rate of $40 would be required for the testing.