# EXHIBIT 9

**To:** Magney, Reid - GAB[Reid.Magney@wisconsin.gov]
**Cc:** Kennedy, Kevin - GAB[Kevin.Kennedy@wisconsin.gov]
**From:** Jennifer Savino
**Sent:** Tue 4/28/2015 4:10:23 PM
**Importance:** High
**Subject:** RE: FINAL GAB ESTIMATES
**Received:** Tue 4/28/2015 4:10:32 PM
KW2 GAB Bring It updates estimate 4.28.15.pdf
KW2 GAB MyVote estimate 4.28.15.pdf

Hello Reid,

Here's a revised version with your changes requested and our recommendations for prolonged media—including the WBA buy.

We've added in charts of the media runs so you can see what is out in the market, when. We also included timing for our digital media buy, which is a perfect supplement to reach voters looking for information prior to elections. We have two options based on weight and budget. The second one would meet your criterial for "intensely" reaching our audiences to remind them to bring their IDs to the ballot. It's at a TRP level that we feel would achieve that.

I hope this addresses your concerns. I can have my team available for any changes tonight, or first thing tomorrow, if needed.

Other questions:
- On the first page you mention "Testing campaign number and call-to-action." Can you explain what you mean by that? This was meant to be "texting", in case we do not use or have a different number for the campaign.
- Under PSAs, you say you will update 2-4 PSA with changes outlined. Which PSAs are you referring to? Is this print material or print ads? You already gave estimates for TV and radio spots and the animated videos. This was to create PSAs, if needed, but since you would be using WBA that is no longer a concern. We removed that.
- When you resubmit, can you leave out the section on the MyVote Wisconsin website and submit that separately? Funding for that work is in a different program with a different timeline, and I don't want to confuse the board members with a decision we're not ready to bring them yet. We have divided out the estimates.

Thanks,
Jen

---

**From:** Magney, Reid - GAB [mailto:Reid.Magney@wisconsin.gov]
**Sent:** Tuesday, April 28, 2015 8:27 AM
**To:** Jennifer Savino
**Cc:** Kennedy, Kevin - GAB
**Subject:** RE: FINAL GAB ESTIMATES



Hi Jen,

Please don't remove all the market TV and radio – we agree that we need market-rate broadcast in the last week or two. But we want to take advantage of the WBA TV and radio program early in the process, and thankfully they've agreed to a hybrid approach.

We're thinking:

- Spring Primary – 6 weeks of TV and radio – all WBA, Jan. 3 to Feb. 13
- Spring Election and Prez Primary – 4 weeks of TV and radio – 3 WBA from March 6 to March 26 plus 1 week of market from March 27 to April 2.
- Partisan Primary – 4 weeks of TV and radio – 3 WBA from July 10 to 30 plus 1 week of market from July 31 to August 6.
- Fall General Election – 8 weeks of TV and radio – 6 WBA from September 11 to October 22 plus 2 weeks of market from October 23 to November 5

Again, we're not the experts in how to do this mix so if you see problems here please let us know. We're just looking for a way to be on the air for as many weeks as possible before each election. We need to spread the word far enough before the election that people who need an ID can get one, but also intensely enough immediately before the election so people remember to bring their IDs with them and we don't wind up with tons of provisional ballots. If you can think of a more cost-effective approach or a more effective mix, tell us.

Thanks,

Reid

---

Reid Magney, public information officer
Wisconsin Government Accountability Board
608-267-7887, office
608-279-0477, cell
reid.magney@wi.gov
gab.wi.gov

---

**From:** Jennifer Savino [mailto:JSavino@kw2ideas.com]
**Sent:** Tuesday, April 28, 2015 8:05 AM
**To:** Magney, Reid - GAB
**Subject:** RE: FINAL GAB ESTIMATES

Hello Reid,

Thanks for your feedback. Sorry we missed the mark on the media. We'll make these changes and get another version (with MyVote separately) by end of today.

Just to confirm, we are removing all television on our proposal and the WBA will carry that?

I'm heading out to a meeting for an hour, but might have more questions for you and will address your questions later this morning.
Jen

---

**From:** Magney, Reid - GAB [mailto:Reid.Magney@wisconsin.gov]
**Sent:** Monday, April 27, 2015 2:47 PM
**To:** Jennifer Savino
**Cc:** Kennedy, Kevin - GAB; Haas, Michael R - GAB; Hein, Ross D - GAB; Doffing, Christopher S - GAB; Wolfe, Meagan - GAB; Hauge, Sharrie - GAB; Judnic, Nathan - GAB
**Subject:** RE: FINAL GAB ESTIMATES

Hi Jennifer,

Sorry it's taken so long to get back to you on the estimates. I called the office and Joseph said you're meeting off-site this afternoon.

We have a strong concern about the short duration of the 2016 media recommendations. We trust you for your professional judgment, but I'm not sure you heard our concern at the meeting about the importance of being in the market long enough to reach the audiences we need to reach. Also, your estimates do not include any airtime buys for the weeks prior to the Spring Primary on February 16 (as opposed to the Spring Election and Presidential Primary on April 5) or the Partisan Primary on August 9. From our standpoint, it is critical to be in the market before each of these four elections, especially the February 16 Spring Primary because it will be the first major election with voter photo ID.

Regarding the elections for which you did budget, while we understand that you have questions about how much coverage we actually get with the WBA's paid PSA program, we are very concerned that starting to advertise two or even three weeks before an election is inadequate for a particular target audience we're trying to reach. That audience is people without an acceptable ID card because they don't currently have a birth certificate or other documentation needed to get a free state ID card. DMV has a program to help them verify their birth certificate in Wisconsin or another state, but as you can image, the wheels the of DMV and vital records bureaucracy can turn very slowly. Our fear is that we'll be sending people to the DMV two weeks before the election with the expectation they can get an ID, and DMV is going to tell them there's no way they can get an ID in that amount of time if they have to contact vital records in another state to verify existence of a birth certificate.

If we used just the WBA PSA program for six weeks before the first three elections and eight weeks before the November election, that would be 26 weeks -- $234,000.

Normally, WBA doesn't like the idea of competing against its members by combining paid PSAs with market-rate ads. However, I've spoken with Michelle Vetterkind at WBA, and she tells me they would be open to a hybrid approach if the paid PSAs and market-rate ads were not running at the same time. In essence, we could start paid PSAs six weeks out from an election and two weeks out switch to market-rate ads. That approach would give us a longer period of coverage with guaranteed saturation at the end. Or, we could be on the air with paid PSAs for two smaller primaries in February and August, and a hybrid before the two major elections in April and November. The price of WBA's paid PSA program hasn't been formally established yet for 2016, but Michelle doesn't believe there will be a change from the current price of $9,000 a week.

Can you come up with some revised numbers reflecting all four elections in 2016 and using some WBA PSA coverage in combination with market-rate ads?

**Other Questions**

I had a few other minor questions:

- On the first page you mention "Testing campaign number and call-to-action." Can you explain what you mean by that?
- Under PSAs, you say you will update 2-4 PSA with changes outlined. Which PSAs are you referring to? Is this print material or print ads? You already gave estimates for TV and radio spots and the animated videos.
- When you resubmit, can you leave out the section on the MyVote Wisconsin website and submit that separately? Funding for that work is in a different program with a different timeline, and I don't want to confuse the board members with a decision we're not ready to bring them yet.

Our board meeting is Wednesday, so anything you can get me ASAP would be appreciated.

If you have any questions, please call me.

Thanks,

Reid

---------

Reid Magney, public information officer
Wisconsin Government Accountability Board
608-267-7887, office
608-279-0477, cell
reid.magney@wi.gov
gab.wi.gov


**From:** Jennifer Savino [mailto:JSavino@kw2ideas.com]
**Sent:** Tuesday, April 21, 2015 4:52 PM
**To:** Magney, Reid - GAB
**Subject:** FINAL GAB ESTIMATES

Hello Reid,
Here's our estimate for the projects you've outlined in our meeting. It's quite long so I've included approval lines after each set of deliverables in case you want to start on the short term campaign changes prior to securing funds for the 2016 election.

Please let me know if you have any questions at all. I'm available all week.

Thanks,
Jen

**Jennifer Savino**
Vice President

KW2
2010 Eastwood Drive
Madison, WI 53704
608-232-2300
www.kw2ideas.com

Twitter | Facebook

**Jennifer Savino**
Vice President

KW2
2010 Eastwood Drive
Madison, WI 53704
608-232-2300
www.kw2ideas.com

Twitter | Facebook

**Jennifer Savino**
Vice President

KW2
2010 Eastwood Drive
Madison, WI 53704
608-232-2300
www.kw2ideas.com

Twitter | Facebook

 **Knupp & Watson & Wallman**
Creative Communications Company

# Estimate

Date: 04/28/2015
Client: Government Accountability Board
Project: Updated "Bring It to the Ballot" Campaign
Version: 02

---

Thank you for the opportunity to provide pricing for updating campaign materials for the voter ID campaign developed in 2012 by KW2. This estimate includes the following elements:

1) Campaign material updates
2) Media options for 2016
3) Responsive design for the Bring It website
4) Redesign of My Vote Wisconsin

If approved, KW2 will provide a detailed work plan for each project, as well as a very detailed scope of deliverables and timeline for completion.

## CAMPAIGN MATERIAL UPDATES

This estimate includes updating the 2012 campaign to reflect changes in the law, procedures or requirements to the Voter ID law that impact content of the campaign. An inventory of campaign materials is listed in the back of this estimate.

The following content changes that will be included are:

    Texting campaign number and call-to-action
    Update the "How to get a free state ID" informational video to include the DMV's birth certificate program info
    Remove references to 2012
    Spanish versions of the PSAs updated with the DMV's birth certificate program info
    PSAs need to be updated with the DMV's birth certificate program info

<u>Creative Material Review, Inventory, 2016 Media Planning</u>                                               $2,000
This estimate includes reviewing all materials for changes, creating an inventory,
and creating media and digital media options for the 2016 season

<u>Animated Videos</u>                                                                                          $10,000
KW2 will update all four animated videos with the changes outlined below:

    Absentee voting – Update or delete date in VO and date graphic
    Polling place-clerks – Update or delete date in VO and date graphic
    Polling place-voters – Update or delete date in VO and date graphic
    How to get an ID card – Update or delete date in VO and date graphic and
    add DMV's birth certificate program info (details TBD)
    Estimated cost for updated scripts, new illustrations, VO and editing

<u>Television + Radio Spots</u>                                                                                          $7,000
KW2 will update two TV and one radio spots with the changes outlined below:

    Approved updates in 2014 for changes in 2016
    How To A :30 TV, How To B :15 TV and How To A :30 Radio
    Update VO on all three spots with changes from 2015
    Estimated cost for VO and editing (no new shooting)


<u>Brochure</u>                                                                                                                    $2,600
KW2 will update the 8-panel brochure with the changes outlined below:

    Update date in body copy or re-word to remove completely
    Create new production files on color and B&W versions and supply files to client
    Printing costs are not included in this estimate
    Estimated cost for updated copy and production files



**TOTAL ESTIMATE FOR CAMPAIGN UPDATES**                                                          **$21,600**



_____                    _____
Client authorization                                                              Date


_____                    _____
Agency acceptance                                                               Date


Fifty percent of the estimate (including outside costs) is due at signing. The remaining balance will be incrementally billed while the job is in progress.

This cost is an estimate, based on the agency's understanding of the project at this point. As the project is developed, there may be revisions which will require an update to the estimate. There is a standard +/- 10% variance with all estimates. If the costs should exceed the 10% variance, the client will be notified before further action is taken.

## WEBSITE DESIGN

### BRING IT RESPONSIVE DESIGN $11,020

KW2 will recommend information architecture and design solutions to make the current website responsive to smartphone and tablet traffic. We have provided two different approaches for changing the framework of the site to be responsive to device traffic:

1) KW2 manages Discovery and Planning, and provides Photoshop Design files. GAB will programmers complete front-end and back-end development.

2) During Discovery, we will collaborate with the GAB team to determine the most appropriate path and the one that provides the most benefit to GAB on the project ahead.

You can expect the following meetings and deliverables during the project:

### Discovery

We meet with your immediate web redesign team to review scope assumptions, a work plan, and determine roles and responsibilities for the project.

- Review Scope Document
- Technical Intake With GAB Team
- Role Assignments

### Planning

During Planning, we will determine the responsive menu structure, make content real estate decisions and provide wireframes for the mobile-first pages.

- Mobile Sitemap/Information Architecture (includes 1 round of revisions)
- Mobile Page Wireframes (includes 1 round of revisions)

### Design

In the Design Phase, KW2 will provide mobile designs based on the approved wireframes. These will be in the form of layered Photoshop files. Upon approval, we will provide a mobile web design style guide.

- Mobile Design Presentation (includes 1 round of revisions)
- Web Design Style Guide

### Programming

KW2 will provide GAB programmers with all approved planning, design and style guide documents. GAB will program front-end and back-end of mobile website and provide development link for KW2 to test the design.

- Programming Kickoff Documents
- Web Design Style Guide

<u>Design Testing</u>
KW2 will provide design testing on multiple mobile devices. See Project Scope Assumptions for browsers and devices covered.

    Design Testing Punch List

_____      _____
Client authorization                                         Date

_____      _____
Agency acceptance                                            Date

Fifty percent of the estimate (including outside costs) is due at signing. The remaining balance will be incrementally billed while the job is in progress.

This cost is an estimate, based on the agency's understanding of the project at this point. As the project is developed, there may be revisions which will require an update to the estimate. There is a standard +/- 10% variance with all estimates. If the costs should exceed the 10% variance, the client will be notified before further action is taken.


<u>KW2 to provide HTML/CSS files</u>                                                    $3,900
Upon approval of planning and design documents, KW2 will provide HTML/CSS files so that GAB will only need to program the back-end of the responsive mobile display. If this option is chosen, the following deliverable will change slightly:

<u>Design</u>
In the Design Phase, KW2 will provide mobile designs based on the approved wireframes. After approval of first design looks, KW2 will provide HTML/CSS files for GAB to integrate into any back-end configurations needed.

    Mobile Design Presentation (includes 1 round of revisions)
    HTML/CSS Design Files


TOTAL ESTIMATE FOR RESPONSIVE DESIGN AND HTML/CSS FILES              $14,920


_____      _____
Client authorization                                         Date

_____      _____
Agency acceptance                                          Date

Fifty percent of the estimate (including outside costs) is due at signing. The remaining balance will be incrementally billed while the job is in progress.

This cost is an estimate, based on the agency's understanding of the project at this point. As the project is developed, there may be revisions which will require an update to the estimate. There is a standard +/- 10% variance with all estimates. If the costs should exceed the 10% variance, the client will be notified before further action is taken.

## 2016 MEDIA RECOMMENDATIONS

Overview:
This document provides the topline, non-negotiated media plan for the GAB Voter ID 2016 campaign

Campaign Objective:
Increase awareness that an ID is now required to vote in the state of Wisconsin

Campaign Timing:
Key time periods include:
- Spring Primary			2/16/16
- Spring Election/Primary	4/5/16
- Partisan Primary		8/9/16
- General Election		11/8/16

Target Audience:
Adults aged 20-70, and living in Wisconsin

Buying Target:
TV
- Adults aged 18+
- All Wisconsin DMAs:
  - Green Bay – Appleton
  - Duluth – Superior
  - La Crosse – Eau Claire
  - Madison
  - Milwaukee
  - Wausau – Rhinelander
  - Hispanic TV station WYTU-TV (Telemundo) in Milwaukee (has statewide coverage)

Radio
- Adults aged 18+
- All Wisconsin MSAs:
  - Green Bay – Appleton
  - Duluth – Superior
  - Eau Claire
  - La Crosse
  - Madison
  - Milwaukee – Racine
  - Sheboygan
  - Wausau – Rhinelander
  - Hispanic Radio stations
    - WLMV-AM in Madison
    - WJTI-AM in Milwaukee
    - WDDW-FM in Milwaukee

Digital
- Targeting TBD pending proposals; general targeting will include:
  - Adults aged 20-70 (as close as possible)
  - Living in Wisconsin
- Pending proposals, prioritize Pandora online radio, mobile placements (AdTheorent network), AdWords paid search
- Note: Networks/tactics subject to change pending additional audience research

Strategy:
Selected tactics that provide broad reach against target and blanket coverage over large geography

Flight media to generate impressions in actionable time periods – weekdays prior to elections (factoring in time it takes to get an ID)

Radio skewed toward high-volume drive times:
- AM Drive     35%    6 AM – 10 AM
- Midday       15%    10 AM – 3 PM
- PM Drive     35%    3 PM – 7 PM
- Evening      15%    7 PM – Midnight

TV dayparted to reach a wide demographic spread:
- Daytime        20%    9 AM – 3 PM
- Early Fringe   20%    3 PM – 5 PM
- Prime Access   25%    6 PM – 7 PM
- Prime          10%    7 PM – 10 PM
- Late Fringe    25%    10:30 PM – 1 AM

Digital will extend reach of offline media:
- Mobile advertising: 64% of American adults own a smartphone, and mobile advertising reaches them while they are "untethered" by other media (TV, radio) (Pew Research Center, 2015)
- Pandora Online Radio: 26% of internet radio users noted their listening is mostly "new time" – time not previously filled with audio of any kind (Edison Research, 2013)
- Paid search: Approximately 91% of online adults use search engines to find information on the internet (Marketingprofs, 2013) - three quarters of online searches are performed on Google (StatCounter, 2014). Paid search reaches users while actively searching for keywords related to voter ID.

Option 1 – Requested Option:
Market-rate TV will run for a total of 7 days prior to the spring election and partisan primary, and 14 days prior to the general election. Levels are 115 TRPs/week. The spring primary will not receive market-rate TV coverage.

Market-rate radio will run for a total of 7 days prior to the spring election and partisan primary, and 14 days prior to the general election. Levels are 125 TRPs/week. The spring primary will not receive market-rate radio coverage.

Digital excels at extending the reach of traditional broadcast, especially against younger audiences. Option 1 assumes $190k, two weeks of support running prior to each election (within an actionable time period, 3-4 weeks prior to election).

WBA PSAs will run for 6 weeks prior to the Spring Primary (not receiving any market-rate broadcast support), 4 weeks prior to the start of market-rate support for the Spring Election/Primary and Partisan Primary, and 8 weeks prior to the start of market-rate support for the General Election.
- See schedules on the next page

Option 1 Overview:

| Option 1 | | WBA PSAs | Market-rate TV & Radio | Market-rate TV TRPs | Market-rate Radio TRPs | Digital: AdWords & Display |
|---|---|---|---|---|---|---|
| Spring Primary 2/16 | 1/3 | x | | | | |
| | 1/4 - 1/10 | x | | | | |
| | 1/11 - 1/17 | x | | | | x |
| | 1/18 - 1/24 | x | | | | x |
| | 1/25 - 1/31 | x | | | | |
| | 2/1 - 2/7 | x | | | | |
| | 2/8 - 2/13 | x | | | | |
| Spring Election/Primary 4/5 (note: 5 weeks PSAs due to overlap) | 3/6 | x | | | | |
| | 3/7 - 3/13 | x | | | | x |
| | 3/14 - 3/20 | x | | | | x |
| | 3/21 - 3/26 | x | | | | |
| | 3/27 - 4/2 | | x | 115 | 125 | |
| Partisan Primary 8/9 | 7/10 | x | | | | |
| | 7/11 - 7/17 | x | | | | x |
| | 7/18 - 7/24 | | | | | x |
| | 7/25 - 7/30 | x | | | | |
| | 7/31 - 8/6 | | x | 115 | 125 | |
| General Election 11/8 (note: 9 weeks due to missed overlap week in Feb) | 9/11 | 1 | | | | |
| | 9/12 - 9/18 | 7 | | | | |
| | 9/19 - 9/25 | 7 | | | | |
| | 9/26 - 10/2 | 7 | | | | |
| | 10/3 - 10/9 | 7 | | | | x |
| | 10/10 - 10/16 | 7 | | | | x |
| | 10/17 - 10/22 | 6 | | | | |
| | 10/23 - 10/29 | | x | 115 | 125 | |
| | 10/30 - 11/5 | | x | 115 | 125 | |

Option 1 Budget:
| | |
|---|---|
| Market-rate TV | $232,052.16 |
| Market-rate Radio | $177,504.80 |
| Digital | $190,996.31 |
| WBA PSAs | $234,000.00 |
| Total | $834,553.27 |
| KW2 Total | $600,553.27 |

_____      _____
Client authorization                                      Date


_____      _____
Agency acceptance                                         Date


Fifty percent of the estimate (including outside costs) is due at signing. The remaining balance will be incrementally billed while the job is in progress.

This cost is an estimate, based on the agency's understanding of the project at this point. As the project is developed, there may be revisions which will require an update to the estimate. There is a standard +/- 10% variance with all estimates. If the costs should exceed the 10% variance, the client will be notified before further action is taken.

Option 2 – Market-rate radio & TV support for only highest-turnout elections; higher levels & longer flights:
  Market-rate radio will run for a total of 21 days before the two highest-turnout elections – Spring Election/Primary on 4/5, and the fall General Election on 11/8. Levels are 175 TRPs/week.

  Market-rate TV will run for a total of 21 days before the two highest-turnout elections - Spring Election/Primary on 4/5, and the fall General Election on 11/8. Levels are 125 TRPs/week.

  Digital excels at extending the reach of traditional broadcast, especially against younger audiences. Option 1 assumes $190k, two weeks of support running prior to each election (within an actionable time period, 3-4 weeks prior to election).

  WBA PSAs will run for 6 weeks prior to the Spring Primary and Partisan Primary, 4 weeks prior to the start of market-rate radio for the Spring Election/Primary*, and 10 weeks prior to the start of market-rate radio for the fall General Election.
  o See schedules on the next page

*Note: due to overlap, PSA coverage of Spring Election/Primary (4/5) will be 4 weeks; weeks will be made up during the pre-general election coverage.

Option 2 Overview:

| Option 2 | | WBA PSAs | Market-rate TV & Radio | Market-rate TV TRPs | Market-rate Radio TRPs | Digital: AdWords & Display |
|---|---|---|---|---|---|---|
| Spring Primary 2/16 | 1/4 - 1/10 | x | | | | |
| | 1/11 - 1/17 | x | | | | x |
| | 1/18 - 1/24 | x | | | | x |
| | 1/25 - 1/31 | x | | | | |
| | 2/1 - 2/7 | x | | | | |
| | 2/8 - 2/13 | x | | | | |
| Spring Election/Primary 4/5 (note: 4 weeks PSAs due to overlap) | 2/15 - 2/21 | x | | | | |
| | 2/22 - 2/28 | x | | | | |
| | 2/29 - 3/6 | x | | | | |
| | 3/7 - 3/13 | x | | | | x |
| | 3/14 - 3/20 | | x | 125 | 175 | x |
| | 3/21 - 3/27 | | x | 125 | 175 | |
| | 3/28 - 4/3 | | x | 125 | 175 | |
| Partisan Primary 8/9 | 6/27 - 7/3 | x | | | | |
| | 7/4 - 7/10 | x | | | | |
| | 7/11 - 7/17 | x | | | | x |
| | 7/18 - 7/24 | x | | | | x |
| | 7/25 - 7/31 | x | | | | |
| | 8/1 - 8/7 | x | | | | |
| General Election 11/8 (note: 10 weeks due to missed overlap weeks in Feb) | 8/8 - 8/14 | x | | | | |
| | 8/15 - 8/21 | x | | | | |
| | 8/22 - 8/28 | x | | | | |
| | 8/29 - 9/4 | x | | | | |
| | 9/5 - 9/11 | x | | | | |
| | 9/12 - 9/18 | x | | | | |
| | 9/19 - 9/25 | x | | | | |
| | 9/26 - 10/2 | x | | | | |
| | 10/3 - 10/9 | x | | | | x |
| | 10/10 - 10/16 | x | | | | x |
| | 10/17 - 10/23 | | x | 125 | 175 | |
| | 10/24 - 10/30 | | x | 125 | 175 | |
| | 10/31 - 11/6 | | x | 125 | 175 | |

| | |
|---|---|
| Option 2 Budget: | |
| Market-rate TV: | $376,992.66 |
| Market-rate Radio: | $374,429.72 |
| Digital: | $190,996.31 |
| WBA PSAs: | $234,000.00 |
| Total: | $1,176,418.69 |
| KW2 Total: | $942,418.69 |

_____     _____
Client authorization                           Date

_____     _____
Agency acceptance                            Date

Fifty percent of the estimate (including outside costs) is due at signing. The remaining balance will be incrementally billed while the job is in progress.

This cost is an estimate, based on the agency's understanding of the project at this point. As the project is developed, there may be revisions which will require an update to the estimate. There is a standard +/- 10% variance with all estimates. If the costs should exceed the 10% variance, the client will be notified before further action is taken.

Resizing of ads                                                                                                          $2,500
KW2 will resize banner ads with the changes outlined below:

      KW2 will resize up to 6 static banner ads
      Resize and create new production files
      Translate, if needed
      Traffic to publications

_____     _____
Client authorization                           Date

_____     _____
Agency acceptance                            Date

Fifty percent of the estimate (including outside costs) is due at signing. The remaining balance will be incrementally billed while the job is in progress.

This cost is an estimate, based on the agency's understanding of the project at this point. As the project is developed, there may be revisions which will require an update to the estimate. There is a standard +/- 10% variance with all estimates. If the costs should exceed the 10% variance, the client will be notified before further action is taken.