# EXHIBIT 10

**To:** Martinson, Marni - ELECTIONS[Marni2.Martinson@wisconsin.gov]
**Cc:** Haas, Michael R - ELECTIONS[Michael.Haas@wisconsin.gov]; Hein, Ross D - ELECTIONS[Ross.Hein@wisconsin.gov]; Wolfe, Meagan - ELECTIONS[Meagan.Wolfe@wisconsin.gov]; Judnic, Nathan - ELECTIONS[Nathan.Judnic@wisconsin.gov]
**From:** Magney, Reid - ELECTIONS
**Sent:** Thur 10/13/2016 6:17:43 PM
**Importance:** Normal
**Subject:** Fwd: WEC BringIt Campaign Report
**Received:** Thur 10/13/2016 6:17:45 PM
8070_WEC_Bringit_2016 Report_03.pdf

Hi Marni

Would you please print this report for the commissions meeting folders -- open session?

I'm copying others so they have it right away. Mike, you may want to forward it to the commission tonight so they have time to digest it before the meeting.

Thanks

Reid


Sent from my U.S. Cellular® Smartphone


-------- Original message --------
From: Ian Huntley <IHuntley@kw2ideas.com>
Date: 10/13/16 6:04 PM (GMT-06:00)
To: "Magney, Reid - ELECTIONS" <Reid.Magney@wisconsin.gov>
Cc: "Wolfe, Meagan - ELECTIONS" <Meagan.Wolfe@wisconsin.gov>
Subject: RE: WEC BringIt Campaign Report

Hi Reid,
Thanks for the suggestion. See the attached, which has been cleaned up. We can make changes tomorrow morning as well if you have anything that should be clarified or changed.
Have a good night.
-Ian

**From:** Magney, Reid - ELECTIONS [mailto:Reid.Magney@wisconsin.gov]
**Sent:** Thursday, October 13, 2016 4:32 PM
**To:** Ian Huntley <IHuntley@kw2ideas.com>
**Cc:** Wolfe, Meagan - ELECTIONS <Meagan.Wolfe@wisconsin.gov>
**Subject:** RE: WEC BringIt Campaign Report

Hi Ian,

Looks great. One thing you might do is add to the "Online" title: "Online Display Ads."

Thanks,

Reid
----------
Reid Magney, public information officer
Wisconsin Elections Commission
Wisconsin Ethics Commission
608-267-7887, office
608-279-0477, cell



EXHIBIT
5004

reid.magney@wi.gov
elections.wi.gov
ethics.wi.gov

---

**From:** Ian Huntley [mailto:IHuntley@kw2ideas.com]
**Sent:** Thursday, October 13, 2016 4:02 PM
**To:** Magney, Reid - ELECTIONS
**Cc:** Wolfe, Meagan - ELECTIONS
**Subject:** WEC BringIt Campaign Report

Hi Reid,
Attached is our campaign report. It does need some light proofing, but I wanted to get this in front of you now so you can start reviewing the data, and formulating talking points with the commission.

I'll follow up with a proofed document later today.

-Ian

**Ian Huntley**
Associate Account Manager

KW2
2010 Eastwood Drive
Madison, WI 53704
608-232-2300
www.kw2ideas.com

Twitter | Facebook

**Ian Huntley**
Associate Account Manager

KW2
2010 Eastwood Drive
Madison, WI 53704
608-232-2300
www.kw2ideas.com

Twitter | Facebook





# KW2 Final Campaign Report
July 27th – October 13th, 2016

## TOPLINE PERFORMANCE

| BringIt Campaign Results | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tactic | Dates | Impressions | Clicks | CTR/VCR | Views | VCR | Estimated Added Value |
| Facebook | 7/28/16 - 9/30/16 | 5,589,398 | 5,765 | 0.10% | – | – | $ 4,607.00 |
| Display | 8/1/16 - 9/30/16 | 10,753,522 | 26,870 | 0.25% | – | – | $ 3,078.00 |
| Online Video | 7/27/16 - 9/30/16 | 5,447,355 | 8,118 | 0.15% | 3,501,997 | 64.29% | $ 3,974.00 |
| Bus Interior Ads | 9/9/16 - 10/6/16 | 5,739,994 | – | – | – | – | $ 8,780.00 |
| Cinema | 9/9/16 - 10/13/16 | 1,091,975 | – | – | – | – | $ 18,852.00 |
| Totals | | 28,622,244 | 40,753 | 0.19% | 3,501,997 | 64.29% | $ 39,291.00 |

- Overall, the Bring It to the Ballot awareness campaign garnered an estimated nearly 30 million impressions
- Over 40,000 users clicked through to the BringIt website
    - 72% of visitors had never been to the BringIt site before
- Once on the site, users stayed for an average of 25 seconds and viewed 1.2 pages
    - After visiting the "Do I Have The Right Photo ID" page, users visited the following pages:
        - Homepage (281 sessions)
        - How Do I Get A Free State ID Card? (61 sessions)
        - More Information About Wisconsin's New Voter ID Law (58 sessions)
        - Are There Exceptions To The New Law? (33 sessions)
    - There were no large differences in performance by geography – users from all WI DMAs had similar average session duration and pages/session
        - Milwaukee sent over double the sessions of any other DMA

## NOTES

- This report does not include data for Milwaukee Elections Commission media efforts
- Due to Google Analytics setup, KW2 is unable to report on user-initiated expansion of the accordion menu on the "Do I Have the Right Photo ID?" page. This would be a good indicator of user engagement on-site.
- Google Analytics time on site/average session duration metric is only inclusive of users who viewed more than 1 page. Users who visited the landing page, expanded accordion menus and left would not be included in this metric.
- MaxPoint is the digital vendor partner utilized for online display, mobile, and video inventory targeted to the three main audience groups



WEC BringIt Campaign Media Report

## ONLINE DISPLAY BANNER ADS

| Vendor | Audience | Impressions | Clicks | CTR |
|---|---|---|---|---|
| Display | Minorities | 3,584,566 | 8,739 | 0.24% |
| | Low-SES | 3,584,444 | 8,857 | 0.25% |
| | Students | 3,584,512 | 9,274 | 0.25% |

**Key Results**

- Display banners delivered the largest impression volume – over 10 million
- Impressions were delivered evenly among the three audiences, with all groups seeing similar CTR results
    - The combined mobile/desktop 0.25% CTR is right on par with MaxPoint benchmarks
- Once on site, users stayed for over 30 seconds and viewed 1.24 pages
    - The Minorities target audience spent the longest on the site – 40 seconds – and viewed the most pages
- See Appendix for performance indices by "digital zip"

## ONLINE VIDEO

| Tactic | Audience | Impressions | Clicks | CTR | Video Completions | VCR |
|---|---|---|---|---|---|---|
| MaxPoint | Minorities | 1,215,385 | 215 | 0.02% | 1,061,638 | 87.35% |
| | Low-SES | 1,221,349 | 218 | 0.02% | 1,056,509 | 86.50% |
| | Students | 1,220,690 | 218 | 0.02% | 1,050,880 | 86.09% |
| YouTube | A18-24 | 128,813 | 142 | 0.11% | 33,022 | 25.64% |
| | A25-34 | 63,842 | 110 | 0.17% | 15,529 | 24.32% |
| | A35-44 | 70,390 | 71 | 0.10% | 16,353 | 23.23% |
| | A45-54 | 168,380 | 331 | 0.20% | 38,529 | 22.88% |
| | A55-64 | 599,664 | 2,289 | 0.38% | 112,175 | 18.71% |
| | A65+ | 758,842 | 4,514 | 0.59% | 117,362 | 15.47% |
| Totals | | 5,447,355 | 8,108 | 0.15% | 3,501,997 | 64.29% |

**Key Results**

- Online video delivered the 2nd largest impression volume at nearly 5.5 million
- Over 8,000 users clicked through to the website
- MaxPoint saw significantly higher VCR (video completion rate) than YouTube (skippable inventory).
    - Thus, MaxPoint drove awareness while YouTube drove more clicks to the website for additional information
- Overall BringIt video ads were watched in full 3.5 million times – total of 14,591 hours spent watching (or 608 days)
- MaxPoint video clickers viewed significantly more pages on site – 1.25 on average, compared to YouTube's 1.06

3

WEC BringIt Campaign Media Report

## FACEBOOK

| Targeting Group | Impressions | Clicks | CTR | Post Engagement | New Page Likes |
|---|---|---|---|---|---|
| Language: Spanish | 1,784,928 | 2,230 | 0.12% | 2,610 | 46 |
| Ethnic Affinity: African American | 1,593,435 | 1,753 | 0.11% | 2,011 | 41 |
| Ethnic Affinity: Asian American | 468,777 | 465 | 0.10% | 539 | 11 |
| Education Level: HS and Income 30-40k | 430,241 | 403 | 0.09% | 443 | 10 |
| Education Level: In College/Grad School | 1,312,017 | 914 | 0.07% | 1,043 | 22 |
| Totals | 5,589,398 | 5,765 | 0.10% | 6,646 | 130 |

**Key Results**

- Nearly 5.6 million impressions were served through the course of the campaign
- 298k unique users were reached across five main targeting groups: Spanish language speakers, African American, Asian American, "low-SES" (defined as income level $30-40k and high school education), and students (defined as in college or grad school)
    - The average frequency was nearly 19x over the two-month campaign
- Spanish language speakers were most likely to engage with ads (clicks, reactions, comments)
    - They also viewed the most pages on-site after clicking an ad
- 130 new WEC Facebook page likes are attributed to the campaign (8% of overall page likes as of 9/30)
- Students were least likely to click – or take any action – on Facebook ads. However, they did make up a large portion (nearly 25%) of the impressions delivered
- There were no notable performance differences between the two ad variations - 0.10% vs 0.11% CTR (Spanish language ad variations not pictured)




## CINEMA

| Tactic | Impressions | Spots Run | Estimated Added Value |
|---|---|---|---|
| Cinema | 1,091,975 | 108,314 | $ 18,852.00 |

**Key Results**

- Over 1 million cinema-goers saw BringIt ads across the state
- Cinema delivered nearly $19,000 in added value including a full bonus week of advertising
- Note: Cinema was not included for the downtown Milwaukee market due to direction given from WEC on 5/3/16, based on existing efforts by the Milwaukee Elections Commission.
- See Appendix for full list of theaters included in the cinema buy.

## INTERIOR BUS ADS

**Key Results**

- Interior bus ads drove 20% of overall campaign impressions
- The largest impression numbers came from the most populous markets in which public transportation is heavily relied-on, Milwaukee & Madison

| City | Estimated Impressions |
|---|---|
| Appleton | 106,103 |
| Beloit | 40,616 |
| Eau Claire | 86,643 |
| Fond Du Lac | 16,431 |
| Green Bay | 123,640 |
| Janesville | 91,396 |
| La Crosse | 203,469 |
| Manitowoc | 28,691 |
| Oshkosh | 166,815 |
| Sheboygan | 48,016 |
| Stevens Point | 45,424 |
| Wausau | 109,564 |
| Milwaukee | 3,382,161 |
| Madison | 1,291,026 |
| **Total** | **5,739,994** |

## APPENDIX

- The below maps show MaxPoint digital zip-level performance across the state (map #1), and specific to Milwaukee (map #2). RED indicates digital zips which saw HIGH performance (CTR, VCR), ORANGE indicates MEDIUM performance, YELLOW indicates LOW performance.



6

WEC BringIt Campaign Media Report



- The below list shows all theaters included in the WEC BringIt cinema buy.

| THEATER | NAME | STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Menomonie 7 | 8573 | 2521 HWY 25 NORTH | Menomonie | Wisconsin | 54751 |
| Hudson 12 Theatre | 8514 | 520 STAGE LINE ROAD | HUDSON | Wisconsin | 54016 |
| Palace Theatre, The | 8047 | 238 WALNUT STREET | SPOONER | Wisconsin | 54801 |
| Saukville Cinema | 366051 | 350 S. RIVERSIDE DRIVE | SAUKVILLE | Wisconsin | 53080 |
| Wisconson Theatres 5 | 664205 | 236 Front Street | Beaver Dam | Wisconsin | 53916 |
| Hillside Cinema | 366017 | 2950 HILLSIDE DRIVE | DELAFIELD | Wisconsin | 53018 |
| Majestic Cinema of Brookfield | 7653 | 700 N. SPRINGDALE ROAD P.O. BOX 119 | WAUKESHA | Wisconsin | 53186 |
| Ridge Cinema | 366022 | 5200 S. MOORLAND RD. | NEW BERLIN | Wisconsin | 53151 |
| Renaissance Cinema | 366060 | 10411 WASHINGTON AVENUE | STURTEVANT | Wisconsin | 53177 |
| Sheboygan Cinema | 366037 | 3226 KOHLER MEMORIAL DR. | SHEBOYGAN | Wisconsin | 53081 |
| West Bend Cinema | 6447 | 2014 PARKWAY DRIVE | WEST BEND | Wisconsin | 53095 |
| Showboat Lyons | 6445 | N 2565 HIGHWAY 120 NORTH | LAKE GENEVA | Wisconsin | 53147 |
| Plaza 4 Theater | 8641 | 448 Milwaukee Avenue | Burlington | Wisconsin | 53105 |
| Hollywood Cinema | 366002 | 513 NORTH WESTHILL BLVD. | APPLETON | Wisconsin | 54914 |
| Campus Cinema | 366036 | 103 WATSON STREET | RIPON | Wisconsin | 54971 |
| Oshkosh Cinema | 366033 | 340 S. KOELLER ROAD | OSHKOSH | Wisconsin | 54902 |
| Bay Park Cinema | 366007 | 755 WILLARD DRIVE | ASHWAUBENON | Wisconsin | 54304 |
| Manitowoc 10 | 34159 | 2555 S. 44th Street | Manitowoc | Wisconsin | 54220 |
| Rosa 4 | 664204 | 218 S. Main | Waupaca | Wisconsin | 54981 |
| Valley Grand | 366064 | W3091 VAN ROY RD | APPLETON | Wisconsin | 54915 |
| Green Bay East Cinema | 366059 | 1000 KEPLER DRIVE | GREEN BAY | Wisconsin | 54311 |
| East Town Green Bay 3 | 4742 | EAST TOWN MALL GREEN BAY 2350 EAST MASON STREET | GREEN BAY | Wisconsin | 54302 |
| Mariner Theatre-7790 | 7790 | 2000 ELLA CT | MARINETTE | Wisconsin | 51043 |
| Phoenix Theatre 4 | 4297 | 2727 CAHILL ROAD | MARINETTE | Wisconsin | 54143 |
| Chilton Cinema | 7353 | 26 N. MADISON ST. | CHILTON | Wisconsin | 53014 |
| DE Pere Cinema Cafe | 6334 | 417 GEORGE | DE PERE | Wisconsin | 54115 |
| Field Of Scenes Drive-In | 7299 | 3737 N. UNI DRIVE | KAUKAUNA | Wisconsin | 54130 |
| Chilton Twilight Drive In | 8707 | 1255 E. Chestnut Street | Chilton | Wisconsin | 53014 |
| Lakeshore Cinema | 6651 | 1118 WASHINGTON STREET | MANITOWOC | Wisconsin | 54220 |
| Point Cinema | 366014 | 7825 BIG SKY DRIVE | MADISON | Wisconsin | 53719 |
| Movies 16 | 469001 | 3100 DEERFIELD DR. | JANESVILLE | Wisconsin | 53546 |
| Palace At Sun Prairie, The | 366066 | 2830 Hoepker Rd | Sun Prairie | Wisconsin | 53590 |
| Market Square Theatres | 4356 | 6604 ODANA RD | MADISON | Wisconsin | 53719 |
| Goetz Theatres | 7745 | 1704 11TH STREET | MONROE | Wisconsin | 53566 |
| Sky Vue Drive In-7947 | 7947 | Highway 69 South | MONROE | Wisconsin | 53566 |
| Star Cinema Reedsburg | 8589 | 115 N. WEBB | REEDSBURG | Wisconsin | 53959 |
| Big Sky Drive-In | 2782 | STATE RD. 16 EAST | WISCONSIN DELLS | Wisconsin | 53965 |
| Bonham Theatre-5381 | 5381 | 564 WATER STREET | PRAIRIE DU SAC  EXT. #0 | Wisconsin | 53578 |
| Ho-Chunk Cinema | 366055 | 135 WITTIG ROAD | TOMAH | Wisconsin | 54660 |
| Lake 7 Theatre | 8521 | 1769 COUNTRY HIGHWAY SS | RICE LAKE | Wisconsin | 54868 |
| LA Crosse Cinema | 366011 | 2032 WARD AVE. | LaCROSSE | Wisconsin | 54601 |
| Oakwood Cinema 12 | 3070 | 4800 GOLF ROAD | EAU CLAIRE | Wisconsin | 54701 |
| Stanley Theatre | 2242 | 131 NORTH BROADWAY | STANLEY | Wisconsin | 54768 |
| Rogers Cinema Stevens Point | 664208 | 2725 S. Church Street | Stevens Point | Wisconsin | 54481 |
| Lakeland Cinema 6 - Ctc | 687743 | 1002 2nd Ave. | Woodruff | Wisconsin | 54568 |
| Cedar Creek Cinema | 366039 | 10101 MARKET ST. BOX D20 | ROTHSCHILD | Wisconsin | 54474 |
| Rogers Cinema Wisconsin Rapids | 664202 | 220 E. Grand Ave. | Wisconsin Rapids | Wisconsin | 54494 |
| Rogers Cinema 8 Marshfield | 664201 | 419 S. Central Ave. | Marshfield | Wisconsin | 54449 |
| Vilas Cinema 4 | 687744 | 216 E. Wallwaupaca St. | Eagle River | Wisconsin | 54521 |
| Campus Theatre Stevens Point | 664207 | 1601 6th Street | Stevens Point | Wisconsin | 54481 |
| Broadway Theatre | 6023 | 910 W. BROADWAY AVE. | MEDFORD | Wisconsin | 54451 |
| Cosmo Theatre I-II | 2073 | 813 EAST MAIN STREET | MERRIL | Wisconsin | 54452 |

8