# EXHIBIT 12

# ACCEPTABLE PHOTO IDS FOR VOTING IN WISCONSIN

*Information Provided by the Wisconsin Elections Commission*

## WHAT PHOTO IDS CAN I USE TO VOTE IN WISCONSIN?

### State of Wisconsin Driver License



Can be expired since November 6, 2018 (currently the last General Election)

### State of Wisconsin ID Card



Can be expired since November 6, 2018 (currently the last General Election)

### Wisconsin Driver License OR State ID Card Receipt OR WI DMV ID Petition Process Photo Receipt



Valid for 45 days from the date receipt was issued OR 60 days for the ID Petition Process Receipt

### Veterans Affairs ID




Must be unexpired or have no expiration

### U.S. Passport Book or Card



Can be expired since November 6, 2018 (currently the last General Election)

### Student ID Card + Enrollment Verification (only if student ID is expired)



Valid for voting if the expiration date is no more than 2 years from the date the card was issued. Still valid for voting if expired and accompanied by valid enrollment verification

### U.S. Uniformed Services



Can be expired since November 6, 2018 (currently the last General Election)

### Tribal ID Card



Still valid for voting if expired

### Certificate of Naturalization



Only valid for voting if Certificate was issued not more than 2 years before the date of the election

---

Find more information on the Photo ID law at www.BringIt.wi.gov
Register to vote or check your registration status at: www.MyVote.wi.gov
Contact the Wisconsin Elections Commission at 1-866-Vote-Wis or at elections@wi.gov