# EXHIBIT 13



# WISCONSIN ELECTIONS COMMISSION
Administering Wisconsin's Election Laws

## Voter Information Guides

| Title | Date |
|---|---|
| Voter Registration Guide | 07/30/2020 |
| Voter Eligibility Guide | 07/30/2020 |
| Acceptable Photo IDs for Voting in Wisconsin | 07/30/2020 |
| Complete Guide to Voting in Wisconsin and the Photo ID Law - Presentation Materials- PowerPoint, script, and packet | 07/30/2020 |
| Absentee Voter Guide | 07/30/2020 |
| Wisconsin Driver License as Photo ID for Voting in WI | 10/15/2019 |
| Wisconsin State ID Card as Photo ID for Voting in Wisconsin | 10/15/2019 |
| Proof of Residence: Pictures of Possible Documents | 02/28/2019 |
| Proof of Residence for Voter Registration | 02/19/2019 |
| Elderly Voters and Voters with Disabilities - Guide to Voting in Wisconsin | 02/19/2019 |
| Wisconsin Election Observer Rules-at-a-Glance Brochure | 02/18/2019 |
| Ex-Felons and Incarcerated Voters and the Photo ID Law | 02/18/2019 |
| Certificate of Naturalization as Photo ID for Voting in WI | 02/18/2019 |
| Name Changes and Voting in Wisconsin | 02/18/2019 |
| Homeless Voters and the Photo ID Law | 02/18/2019 |
| Hospitalized Electors | 02/18/2019 |
| State ID Card without a Photo- as Photo ID for Voting | 02/18/2019 |
| Election Day Voting Guide | 12/18/2018 |
| Tribal ID Card as Photo ID for Voting in WI | 12/18/2018 |
| Proof of Residence (POR) vs. Proof of Identification (POI) | 12/18/2018 |
| University, College, or Technical College IDs as Photo ID for Voting in WI | 12/18/2018 |
| Wisconsin Driver License or State ID Card Receipt as Photo ID for Voting | 12/18/2018 |
| Veteran's Affairs ID as Photo ID for Voting in Wisconsin | 12/18/2018 |
| WI DMV ID Petition Process Photo Receipt as ID for Voting | 12/18/2018 |
| Uniform Services ID as Photo ID for Voting in WI | 12/18/2018 |
| Passport Book or Card as Photo ID for Voting in WI | 12/18/2018 |
| Make Your Vote Count Brochure 2018 | 10/24/2018 |
| Student Residency Guide | 10/09/2018 |
| MyVote Posters | 10/02/2018 |
| Confidential Electors- WI Voter Guides | 02/13/2018 |
| Voters who have been Committed and the Photo ID Law | 09/09/2016 |

Wisconsin Elections Commission | 212 East Washington Avenue, Third Floor P.O. Box 7984 | Madison, Wisconsin 53707-7984

*tele* (608) 266-8005 | *fax* (608) 267-0500 | *tty* 1-800-947-3521 | *e-mail* elections@wi.gov

Toll-Free Voter Help Line: 1-866-VOTE-WIS



EXHIBIT 5006