# EXHIBIT 19



Wisconsin Broadband Map - Unserved Areas

# Wisconsin Broadband Map - Underserved Areas



August 30, 2020

1:4,622,324



Esri, HERE, Garmin, (c) OpenStreetMap contributors, and the GIS user community

Map data provided by the Public Service Commission of Wisconsin (PSC). All information presented herein is believed to be accurate but is not guaranteed to be without error.
Map users relieve the PSC of any liability for damages resulting from use or mis-use of these data. All critical information should be independently verified.