# EXHIBIT 20

To best promote Wisconsin's photo ID law and the process to obtain a free ID for voting purposes, the Wisconsin Elections Commission has created the following draft outreach plan.  In addition to the WEC's general outreach plan, the WEC will continue to provide information and opportunities to lean about the ID Petition Process and free photo ID options for all Wisconsin Voters.

The WEC will led the statewide photo ID and ID petition process outreach efforts.  Through a combination of social media posts on the agency's Facebook and Twitter accounts, outreach toolkits for all municipal and county clerks throughout the state, a scheduled press release and photo ID-specific media availability, the WEC is dedicated to promoting the various ways Wisconsin voters can learn more about acceptable photo ID for voting purposes and the process for obtaining an ID at no cost to the voter.  Below are details about the various outreach programs planned by the WEC ahead of the November 3, 2020 General Election.

Social Media

The WEC will continue to promote the IDPP on both the agency Facebook and Twitter accounts.  Similar to past social media plans for general election years, the WEC will schedule posts to appear at various points ahead of Election Day and at various times to best reach as many voters as possible.  The posts will include graphics to better engage voters and perform more effectively with established social media algorithms. The overall social media plan is in the final stages of approval, and will include at minimum the following IDPP-related posts:

| Scheduled Date | Copy | Image |
| --- | --- | --- |
| 9/15/2020 | Interested in getting a free ID for voting purposes?  Visit https://BringIt.wi.gov for more information and to get ready for November 3! | [Graphic: VOTERS HAVE A LOT OF IDS TO CHOOSE FROM. BRINGIT.WI.GOV] |
| 9/29/2020 | Don't have an ID for voting or docs like a birth certificate? Get a free ID using the DMV's ID Petition Process. https://www.bringitwisconsin.com/how-do-i-get-free-state-id-card | [Graphic: BRINGIT.WISCONSIN.GOV — HOW TO GET A FREE STATE ID CARD] |
| 10/15/2020 | Not sure if you have an acceptable photo ID for election day? No worries!  Visit https://BringIt.wi.gov to learn more about photo ID and how you can get a free ID using the DMV's ID Petition Process | [Graphic: BRINGIT.WISCONSIN.GOV — HOW TO GET A FREE STATE ID CARD] |
| 10/29/2020 | Don't forget to bring your photo ID to the polls on November 3! Visit https://bringit.wi.gov for more information about all the forms of ID accepted for voting including a free photo ID for voting! | [Graphic: YOUR ID. YOUR VOTE. GET READY. BRING IT TO THE BALLOT. 1.866.VOTE.WIS] |

| 10/30/2020 | Don't have an ID for voting or docs like a birth certificate? Get a free ID using the DMV's ID Petition Process https://www.bringitwisconsin.com/how-do-i-get-free-state-id-card | |
| --- | --- | --- |
| 11/2/2020 | Don't have the ID you need to vote for tomorrow's election? You can still vote a provisional ballot at the polls and then get an ID for free! http://elections.wi.gov/clerks/provisional-ballots | |

### Clerk Toolkit

In addition to the outreach efforts led by the WEC, staff will be providing the 1,850 municipal and 72 county clerks of Wisconsin an outreach toolkit to best reach their voters. The clerk toolkit will be debuted in early September and will include a webinar to allow for a presentation from staff and address any questions the local election officials may have at the time. The toolkit will be comprised of:

- Social media graphics and sample copy covering all aspects of the election, including specific posts about photo ID and the IDPP.
- Multiple press releases for local media with at least one specifically addressing photo ID and the IDPP that the municipal or county clerk can personalize to best fit their community and provide local updates.
- Social media and earned media best practices to better help promote the local elections official's message
- Links to poll worker training agenda materials available on the WEC's website that detail photo ID information and infographics for use with poll worker training and at in-person absentee locations/polling places on Election Day

### Training with Voter Advocacy Groups

In October, the WEC will invite representatives from various voter outreach organizations to discuss Wisconsin's photo ID law, including the IDPP. The goal of the training with the voter advocacy groups is to answer any questions that the representatives may have, discuss voter outreach best practices, and promote WEC-created photo ID and IDPP outreach materials and trainings that are available for use by other nonpartisan groups. Some of these resources will include:

- The ID Petition Process Receipt as Photo ID mini guide - https://elections.wi.gov/publications/brochures/wi-dmv-id-petition-process-photo-id-receipt-for-voting
- IDPP Palm Card in English and Spanish - https://bringit.wi.gov/index.php/palm-card-spanish and https://bringit.wi.gov/index.php/palm-card-english

- An IDPP-specific information video - https://bringit.wi.gov/index.php/node/216
- The Pollbook Management Training agenda used by municipal clerks to train new poll workers about the photo ID process - https://elections.wi.gov/clerks/education-training/election-inspectors

WEC Issued Press Release

In early October, the WEC will issue a press release discussing photo ID and the ID petition process. The press release will focus on the fact that Wisconsin voters still have time to get a photo ID ready for Election Day. Specific topics to be addressed will include:

- Discussion of the various types of commonly held acceptable photo IDs (Wisconsin DMV-issued products, military and veteran's cards, a U.S. passport, some student IDs, tribal IDs, and more)
- How any voter in Wisconsin can get a free ID for voting purposes from a Wisconsin DMV location after just one visit
- The address listed on a photo ID does not need to be current
- Voters who do not have a photo ID on Election Day can still vote a provisional ballot and steps to allow that vote to be counted by the following Friday at 4 p.m.
- Links to https://BringIt.wi.gov for a full list of acceptable photo IDs and more resources about IDPP, and to https://MyVote.wi.gov for general election information and voter actions
- Contact information to find DMV locations near them

Media Availability

Throughout the fall, WEC Administrator Meagan Wolfe will be available to members of the media to discuss various topics concerning the November General Election. On October 6, Administrator Wolfe will specifically discussing ways voters can make sure they are ready for the upcoming election, including general photo ID questions and how voters can get a free ID for voting purposes through the ID petition process. While October 6 will have the primary goal of promoting voter plans and ways voters can prepare for the election, Administrator Wolfe will address all photo ID and IDPP-related questions in other scheduled media availabilities.