# EXHIBIT 23

## Wisconsin Elections Commission

Meeting of the Commission
Monday, June 10, 2020
10:00 A.M.                                        Agenda
                                                 Open and Closed Session

Virtual Meeting
Madison, Wisconsin

---

**A.    Call to Order**

**B.    Administrator's Report of Appropriate Meeting Notice**

**C.    Public Comment**

**D.    Ballot Access Challenges and Issues**

      **1.    Nomination Paper Challenge Process**                              **3**
      **2.    Staff Presentation on Challenge or Ballot Access Issue**
      **3.    Challenger Presentation**
      **4.    Candidate Response**
      **5.    Staff Summary and Recommendation**
      **6.    Commission Action**
      **(Items 2-6 will be provided separately)**

**E.    Possible Challenges of Staff Ballot Access Decisions**
                             **(Provided separately if applicable)**

**F.    Certification of Candidates for the Partisan Primary Election and**   **71**
      **Certification of Independent Candidates for the General Election**

**G.    Certification of May 12 Special Election Results**

**H.    Voter Mailing Review**                                              **134**

**I.    HAVA Election Security Grant Spending Plan**                          **41**

**J.    Staff Update**                                                       **51**

**K.    Ballot Templates for November 3 Election**                           **65**

## L.   Closed Session

### 1.   Election Complaints
### 2.   Litigation Update

| | |
|---|---|
| 19.851 | The Commission's discussions concerning violations of election law shall be in closed session. |
| 19.85 (1) (g) | The Commission may confer with legal counsel concerning litigation strategy. |

## M.   Adjourn

*The Elections Commission will convene in open session but may move to closed session under Wis. Stat. §§ 19.851 and then reconvene into open session prior to adjournment of this meeting.  This notice is intended to inform the public that this meeting will convene in open session, may move to closed session, and then reconvene in open session.  Wis. Stat. § 19.85 (2).*



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

---

## <u>MEMORANDUM</u>

**DATE**:   For the June 10, 2020 Commission Meeting

**TO**:   Members, Wisconsin Elections Commission

**FROM**:   Meagan Wolfe
Administrator, Wisconsin Elections Commission

**SUBJECT**: Nomination Paper Challenge Procedure

Monday, June 1, 2020 was the deadline for filing nomination papers with the Wisconsin Elections Commission (WEC) for offices to be elected in the November 3, 2020 General Election.  Invariably, once nomination papers are filed, challenges to those nomination papers are filed.  The Commission will rule on these challenges at the June 10, 2020 meeting.  Because the deadline for responses to any challenge is June 8, 2020 (June 7 is the actual deadline but it is a Sunday so it is moved to the next business day), the staff's recommendations regarding ballot access for challenged candidates may not be available until the Commission meeting or shortly before, depending upon how many challenges are filed.  This memorandum outlines the procedures and standards used by the staff and Commission to evaluate and rule on challenges to nomination papers.

## I.   PROCEDURE

1.   June 1, 2020 - Nomination papers must be filed not later than 5:00 p.m. for all nominations for the fall elections mandated by statute for November 3, 2020.  Wis. Stat. § 8.15(1).  WEC staff follows a standardized procedure for the intake, processing, and review of nomination papers, which is summarized in the attached "Candidate Ballot Access Procedures" document.  Two different staff members conduct facial reviews of each set of nomination papers to determine whether the candidate has collected a sufficient number of valid signatures.  The Nomination Paper Review Guidelines used by staff to conduct the facial review of petitions is also attached.

2.   June 4, 2020 – Any correcting affidavits to rehabilitate signatures struck by staff or to provide additional information are due no later than 4:30 p.m.  Wis. Admin. Code EL § 2.05(4).  Challenges to nomination papers also must be filed not later than 4:30 p.m. on June 4.  Wis. Admin. Code EL § 2.07(2)(a).  A copy of the complaint will be delivered by the Commission's staff to the candidate whose papers are being challenged.  *Id.*  Staff also provides background memos to both the challenger and the challenged candidate to advise them of the procedures and summarize the legal standards for the challenge process, which are also attached.

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Julie M. Glancey | Dean Knudson | Robert Spindell | Mark L. Thomsen

---

*Administrator*
*Meagan Wolfe*

**3**

Nomination Paper Challenge Procedure
For the June 10, 2020 Commission Meeting
Page 2

    a. Challenges must be made by <u>verified complaint</u> and must establish probable cause that the paper or signature challenged does not comply with Wisconsin Statutes or the rules of the Wisconsin Elections Commission. (See annotation below.)

    b. The challenge should be accompanied by affidavits or other relevant documentation. Any challenge which is not established by the materials submitted as of the deadline for challenge shall be denied.

3. June 8, 2020 - If received not later than 4:30 p.m., a written response to the challenge may be filed by the candidate. Wis. Admin. Code EL § 2.07(2)(b); Wis. Stat. § 990.001(4)(c). A written response should also be verified and should also be accompanied by affidavits or other documentation. *Id.* Just as the burden of establishing a challenge is placed upon the challenger, the burden of rebutting an established challenge is placed upon the candidate whose papers are challenged. Wis. Admin. Code EL § 2.07(3).

4. June 8-9, 2020 - WEC staff prepare a written report on the challenges and any available responses. To whatever extent necessary and possible, the Commission's staff will contact circulators, affiants, and other persons with personal knowledge of the circumstances under which the signatures were obtained. Given the time frame involved, staff verification will likely be limited to close cases.

5. June 10, 2020 - The Commission will meet to consider the challenges and responses and hear any oral presentations made by the challenger and/or challenged candidate. Attached is a copy of the relevant provisions of Wis. Stat. Ch. 8 governing nomination papers and nominations. Also attached are the Commission's administrative rules, Wis. Admin. Code EL §§ 2.05 and 2.07, governing treatment and sufficiency of nomination papers and challenges thereto.

6. If an incumbent officeholder does not file nomination papers and a declaration of candidacy form by the filing deadline, and also did not file a declaration of noncandidacy form by May 18, 2020, the filing deadline for all other candidates for that office is extended by 72 hours. The effect on the process and associated deadlines for any such offices is as follows:

    a. June 4, 2020 - Nomination papers must be filed not later than 5:00 p.m.

    b. June 8, 2020 - Challenges to nomination papers must be filed not later than 4:30 p.m.

    c. June 11, 2020 – A written response to the challenge may be filed by the candidate not later than 4:30 p.m.

    d. If necessary, the Commission will meet again to consider any cases with extended deadlines. If the Commission has sufficient information, or challenges are not filed, certification of the offices with an extended filing deadline may be decided at the June 10, 2020 meeting.

4

## II.   ADMINISTRATIVE HEARING

The June 10, 2020 meeting is the Commission's hearing to decide nomination paper challenge complaints.  To maintain a clear record of the proceedings, Commission staff recommends that challenge complaints be handled on a case-by-case basis.  As with past ballot access meetings, staff recommends that the Commission Chair announce each file and the Commission conduct a separate proceeding on each file, allowing the challenger, the challenged candidate and the staff to make an oral presentation on the challenge.  Should a decision be appealed to circuit court, this procedure would help the Commission recall the facts and create a concise record of each case and the public comments at the time of the Commission's decision.

The Commission's rules do not specify the procedures that must be used for conducting a hearing on challenge complaints.  Based on previous hearings for even-numbered year elections, the Commission staff recommends the following process for each individual hearing. 1) The Commission chair calls the file number, 2) the Commission staff presents details of the challenge, any response to the challenge and recommendations as to whether a challenge should be rejected or sustained, 3) Challenger is then allowed 5 minutes to provide additional information regarding the challenge and respond to Commission staff recommendations and Commissioners' questions, 4) Challenged candidate is then allowed 5 minutes to respond to challenge and Commission staff recommendations and Commissioners' questions, 5) Commission staff responds to questions or issues raised by challenger, challenged candidate and/or the Commission, and 6) Commission discusses the challenge and passes a motion ruling on the challenge.

## III.   ANNOTATION

As a general rule, the policy of the former State Elections Board and of the Government Accountability Board with respect to the nomination process has been to promote or facilitate candidate ballot access, not to find a justification for impeding that access, and the challenge procedure has been applied in that spirit.  As much as possible, the selection and elimination of candidates is left for to the electorate to decide.

For the Commission to consider a challenge, the verified complaint must establish probable cause that a violation of election law has occurred.  A complaint must allege facts which, if true, would constitute a failure to comply with Wisconsin's election (not campaign finance) statutes.  The complaint must allege a violation of Wis. Stat. Ch. 8, the statutory chapter governing nominations to the general election ballot.  The standard for compliance as set forth in the Commission's rules is substantial compliance, with the papers filed entitled to a presumption of validity.

### Wisconsin Administrative Code – Chapter EL

*EL 2.05 (4). Any information on a nomination paper is entitled to a presumption of validity.  ...*

*EL 2.05 (5). Where any required item of information on a nomination paper incomplete, the filing officer shall accept the information as complete if there is substantial compliance with the law.*

Consequently, any challenge must rebut the presumption of validity afforded the information on a nomination paper (under Wis. Stat. § 903.01), by clear and convincing evidence that "the nonexistence of the presumed fact is more probable than its existence."

Challenges must be based on the personal knowledge of the complainant or of a person whose affidavit or sworn statement accompanies the challenge.  As an example: a complaint challenging the eligibility of a signatory to a nomination paper based on the signer's non-residency must be accompanied by reference to MyVote Wisconsin or "Who is My Legislator?" web searches, by a map of the district demonstrating that the address is outside the district, or by a signed statement from the election official, (municipal clerk or deputy clerk), whose responsibility it is to determine the residency of electors of the district.  Without such references, the challenger's bare assertion of the signer's non-residency is not sufficient to sustain their burden of proof.

Challengers will be informed that new grounds for a challenge which are not raised in an initial complaint and which are raised after 4:30 p.m., Thursday, June 4, 2020, will not be considered by the Commission.

Challenge complaints are filed by delivering an original and a copy to the Wisconsin Elections Commission at its offices, pursuant to Wis. Admin. Code EL § 2.07, and by the Commission's staff delivering a copy to the respondent whose nomination papers are being challenged.

## IV.    CORRECTIONS TO NOMINATION PAPERS

Historically, the Government Accountability Board and its predecessor, the former State Elections Board, recognized that some deficiencies in nomination papers may be corrected by way of an affidavit from the circulator of the nomination paper.  This is true whether the deficiencies were identified by staff review of the nomination paper or were identified by a challenge complaint filed prior to the deadline for the filing of correcting affidavits.  Consequently, signatures which have been disallowed by the staff in its initial review of a nomination paper may have been "rehabilitated" by a correcting affidavit submitted after the deadline for filing nomination papers.  Wis. Admin. Code EL § 2.05(4).  Correcting affidavits must be received by the Commission "not later than three calendar days after the applicable statutory due date for the nomination papers."  *Id.*

It is important to note the complications which may arise because errors on nomination papers may be corrected during the same period that challenges to nomination papers are filed.  Because deficiencies on nomination papers may be rehabilitated until the deadline for challenges, signatures stricken during staff review are **not** considered officially debarred until the rehabilitation deadline of June 4, 2020 and may still be susceptible to additional challenges on other grounds.  Any challenges to signatures initially struck during the initial staff review also must be raised not later than 4:30 p.m. on Thursday, June 4, 2020, whether or not those papers or signatures have been corrected as of that time.

Court decisions have established a distinction between statutory requirements that are mandatory, such as filing deadlines for nomination papers and for challenges, and those that are directory and are evaluated on a substantial compliance basis, such as the sufficiency of information included on nomination papers.

Nomination Paper Challenge Procedure
For the June 10, 2020 Commission Meeting
Page 5

<u>Errors that may be corrected</u>:

a.) Elector errors:

    i.   The elector wrote in a date other than the one on which he/she signed, wrote an incomplete date, or left the box for the date blank.

    ii.   The elector used an address which does not reflect his actual residence or wrote an incomplete address.

    iii.  The elector wrote in a municipality which does not reflect his actual residence.

    iv.  The elector failed to include a legible printed name with the signature.

The elector or circulator may correct the first three errors listed above, but only the elector may correct the fourth error listed, except the elector may request assistance in both printing their name and completing an affidavit to correct the failure to include a legible printed name.

b.) Certificate of Circulator errors:

The circulator failed to sign or otherwise complete the certificate or entered inadvertently erroneous data (for instance: the circulator dated the certificate before circulation, not after). Errors in the Certificate of Circulator must be corrected by the circulator.

<u>Errors that may not be corrected</u>:

a.) Signatures may <u>not</u> be added to nomination papers after the filing deadline and may not be added to a particular page after the certificate of circulator has been executed.  (However, the date of certification may be corrected – see above.)

b.) None of the information in the heading of the nomination paper, (i.e., candidate's name, candidate's address, political party represented, date of election, office sought, name of jurisdiction or district in which candidate seeks office), may be altered, amended, or added after circulation of the nomination paper.  This is the nomination information that each signatory saw and relied upon in deciding to sign the paper.

c.) The date of signing may not be changed to a date other than the one on which the signatory actually signed; nor may any other signatory information be changed from that which was correct at the time the signatory signed.

**Attachments: Candidate Ballot Access Procedures**
                **Nomination Paper Review Guidelines**
                **Challenger Memorandum**
                **Challenged Candidate Memorandum**
                **Wis. Stat. §§ 8.15, 8.21, 8.30**
                **Wis. Admin. Code EL §§ 2.05 and 2.07**

# CANDIDATE BALLOT ACCESS PROCEDURES

## Nomination Papers

**April 2020**



**Wisconsin Elections Commission**
P.O.  Box 7984
Madison, WI  53707-7984

Phone: (608) 261-2028
FAX:    (608) 267-0500
Email:  elections@wi.gov
Web:    http://elections.wi.gov

8

**Introduction**

Throughout Wisconsin, nomination papers and associated ballot access documents are the primary way for candidates to get their name on the ballot when seeking elected office.  Following correct procedure when obtaining and submitting nomination paper signatures is crucial to ensure ballot placement for a candidate.  Based on current election law, WEC staff has worked to aide candidates with guidance documents and direct candidate contact via phone and email.  Understandably, questions remain.  This manual is meant to serve as a resource for both clerks and candidates who may have questions related to the ballot access process.

**Candidate Eligibility**

Anyone who is giving consideration to becoming a candidate for elected office should be aware of the candidate eligibility requirements for that office.  Every public office has its own conditions for candidate age, residency, and other special requirements.  Eligibility requirements are codified in federal and state law, with the requirements of each office governed by the U.S. Constitution, Wisconsin Constitution, or Wisconsin State Statute.  Questions on candidate eligibility for a specific office can be directed to the filing officer for that office.

In accordance with Article XIII, Section 3(2),(3) of the Wisconsin State Constitution, no person may hold any state or local elected office in Wisconsin if the person has been convicted of a felony in any court in the United States unless they have been pardoned of the conviction.  Additionally, no person may have their name placed on the ballot for any state or local elected office in Wisconsin if they have been convicted of a felony in any court in the United States, unless they have been pardoned of the conviction.  Candidates for federal office are not excluded from running due to a previous felony conviction.

**Filing Officer**

The filing officer is the person to whom candidates submit their ballot access documents.  These documents include nomination papers, declaration of candidacy, campaign registration statement, and, for state office and some local offices, a statement of economic interest.  The level of government in which the candidate is seeking office determines who the filing officer will be.

For federal and state level office, the Wisconsin Elections Commission is the appropriate filing officer for nomination papers and declarations of candidacy.  Wis. Stat. §§ 8.10(6)(a), 8.15(8)(a), 8.20(7).  Campaign registration statements and statements of economic interest for state level office must be filed with the Wisconsin Ethics Commission.  Candidates for county office should file their ballot access documents with the county clerk.  Wis. Stat. §§ 8.10(6)(b), 8.15(8)(b), 8.20(7).  Local offices in a city, village, or town use the municipal clerk for a filing officer.  Wis. Stat. §§ 8.05(3), 8.05(4)(b), 8.10(6)(c).  Finally, if seeking a school board seat, candidates file documents with the school district clerk.  Wis. Stat. § 8.10(6)(d).  Nomination papers are required to be submitted by the first Tuesday in January for spring elections.  Wis. Stat. § 8.10(2)(a).  June 1 is the filing deadline for November elections.  Wis. Stat. § 8.15(1).  Special election filing deadlines are dependent on the date that the special election is announced.  Wis. Stat. § 8.50.

**Ballot Access Checklists**

In an effort to make the nomination process as seamless as possible, WEC offers candidates a ballot access checklist for each election.  Ballot access checklists detail all steps required in order to become an official candidate for office.  Candidates are provided with information on the forms required to be submitted to gain ballot access, the required number of nomination paper signatures needed per office, and all relevant deadlines for submission.  The checklists are separated into categories, each delineated with the prefix 'ELIS'.  Below are four examples of checklists available for candidates.  Others for county, federal, and additional state offices can be found on the WEC website.

### ELIS-01
ELIS-01 is a checklist for state level non-partisan candidates to be elected at a spring election.  Candidates for office who would use this checklist include Circuit Court Judges, Appeals Court Judges, and Justice of the Wisconsin Supreme Court.  The filing officer for these offices is the Wisconsin Elections Commission.

### ELIS-05
ELIS-05 is a checklist for school district offices.  Candidates for school board throughout the state of Wisconsin can utilize this checklist throughout the process.  School district clerks serve as the filing officer for school board seats and any other elected district office.

### ELIS-07
ELIS-07 serves as a checklist for municipal candidates in towns, villages, and cities where nomination papers are used.  Anyone running for the offices of town or village board, city council, municipal clerk, or other elected municipal office can reference this checklist.  These offices are nonpartisan and elected in a spring election.  For municipal offices, the municipal clerk acts as the filing officer.  In towns where the caucus system is used in place of nomination papers, candidates can contact their town clerk, the WEC or consult the caucus manual here: https://elections.wi.gov/publications/manuals/caucus.

### ELIS-09
ELIS-09 is a ballot access checklist for candidates seeking state legislative office.  This checklist is used by candidates for seats in the State Assembly or State Senate.  WEC is the filing officer for these candidates.

**Required Filings**

Candidates for elected office in Wisconsin are required to submit certain forms and documents in order for their name to appear on the ballot.  These are called ballot access documents. It is crucial for candidates to submit their ballot access documents to the correct filing officer.  If documents are given to the incorrect filing officer, there is no guarantee that they will be forwarded to the intended recipient in time to meet filing deadlines.  For example, if a school board candidate mails

their declaration of candidacy to the municipal clerk on the day of the filing deadline, that clerk may be unable or unwilling to forward the document to the school district.  Court decisions have determined that ballot access documents filed with the incorrect filing officer are not sufficient to qualify for ballot access.

There are four primary documents that must be filed by the deadline for a candidate to gain a place on the ballot.

### Declaration of Candidacy (EL-162)
Wis. Stat. § 8.21
The declaration of candidacy provides important candidate information to the filing officer.  When filling out a declaration of candidacy, candidates are required to include their name, home address, their name as it will appear on the ballot, and the office for which they are a candidate.  Please note that titles such as PhD, MD, etc. are not allowed in the name on ballot section.  The name of the office being sought must be accurate and include any district, branch, or seat number, if applicable.

Prior to, or at the time of, submitting a declaration of candidacy to the filing officer, candidates must get the form notarized.  When the candidate is ready to submit the declaration of candidacy, the original physical copy is hand-delivered or sent to the correct filing officer.  An electronic copy of the form is acceptable only if it is followed by the physical copy and received by the filing officer on or prior to the date of the filing deadline.  If any candidate information changes throughout the election period, such as a name or address change, the declaration can be amended by contacting the filing officer and submitting an amended form.

### Nomination Papers (EL-168, EL-169)
Wis. Stat. § 8.10(2), (3), Wis. Stat. § 8.15, Wis. Admin Code § EL 2.05
With the exception of locations where caucuses are held and some school board candidates, all candidates seeking elected office in Wisconsin must submit nomination papers as part of the ballot access process.  School board candidates should confirm with their school board clerk or administrative office to determine whether nomination papers are required.  To successfully complete nomination papers, candidates circulate signature petitions and collect a specific number of signatures, as required by law, from qualified electors residing in the jurisdiction or district they wish to serve.  The period of circulation for an April election begins on December 1 and ends on the first Tuesday in January.  For November general elections the circulation period is from April 15 to June 1.

#### *Number of Signatures Required*
Depending on the level of office, from municipal to federal, the minimum number of signatures required varies widely from 20-2,000.  Please see below for examples

of signature requirements for candidates in several offices.  For information on a specific office not listed below, reference the appropriate ELIS checklist on the WEC website.

**2,000-4,000:**
**Statewide Constitutional Offices (Wis. Stat. § 8.15(6)(a))**
**United States Senator (Wis. Stat. § 8.15(6)(a))**
**Justice of the Wisconsin Supreme Court (Wis. Stat. § 8.10(3)(a))**

**1,000-2,000:**
**Representative in Congress (Wis. Stat. § 8.15(6)(b))**
**Court of Appeals Judge (Wis. Stat. § 8.10(3)(am))**
**Circuit Court Judge (Milwaukee) (Wis. Stat. § 8.10(3)(c))**

**400-800:**
**State Senator (Wis. Stat. § 8.15(6)(c))**

**500-1,000**
**District Attorney-County population over 100,000**
**(Wis. Stat. § 8.15(6)(dm))**

**200-400:**
**Representative to the Assembly (Wis. Stat. § 8.15(6)(d))**
**Circuit Court Judge (Wis. Stat. § 8.10(3)(b))**
**District Attorney-County population of 100,000 or less**
**(Wis. Stat. § 8.15(6)(dm))**

### *Filling out the Header*

The top portion of the nomination paper form, or the header, is where candidates enter information relevant to themselves, the election at which they will be a candidate, and the office they seek.  Correctly filling out the top three lines of the nomination paper form is one of the most important things a candidate can do.  If any of the boxes in the header are filled out incorrectly, electors might not be provided with all candidate and election information as required by law.  A header that is incorrectly filled out also presents the possibility of challenges being issued to the validity of those nomination papers, resulting in the disqualification of all signatures on those pages.

Candidate Name

In the candidate's name field, the candidate should enter their full name as it will appear on the ballot.  As with the declaration of candidacy, titles such as Mr., Mrs.,

Dr., PhD, etc., are not allowed.  Nicknames are acceptable so long as the nickname has nothing to do with any sort of campaign stance and no quotation marks are used.  For example, Peter "Maverick" Mitchell is not allowed because of the quotation marks.  Likewise, Andre High Speed Rail Johnson is unacceptable due to the campaign stance taken.  However, Reginald Red Forman would be allowed since the nickname has no quotes and no political views expressed.

Candidate Address

Candidates must list their residential address and their municipality of residence for voting purposes.  If the candidate has a mailing address that is different than their residential address, this needs to be added as well.  In the event that a candidate changes addresses during the nomination paper circulation period; the candidate should use nomination papers with that new address beginning on the first day they live there.  Any nomination papers that were circulated when living at a previous address are considered valid, since the candidate resided at that address at the time of circulation.

Election Information

There are two boxes in the nomination paper header that provide for information specifically related to the election, the type of election and the election date.  Type of election is a checkbox that is completed by the candidate.  Options in this field include general, spring, and special.  Candidates for nonpartisan office elected at the April spring election should choose "spring".  Candidates who are seeking partisan office found on the ballot at the November general election should check "general".  Any election that occurs outside of those normally scheduled or as the result of a vacancy should check "special".  The date of election should always be listed as the date of the final election, not the primary, even if a primary is expected.

Party Affiliation

Candidates for partisan office put the name of the party with which they are affiliated in this box.  Candidates may choose from recognized political parties such as Constitution, Democrat, or Republican.  A candidate who does not wish to be affiliated with any recognized political party may place a statement of principle in this box.  A statement of principle is limited to five words.  It may contain relevant information to a platform that the candidate will take such as "Seatbelts Save Lives".  A statement of principle may not include the name, in whole or in part, of a currently recognized political party.  The party affiliation box is listed only on nomination papers for partisan office (EL-168).  Any candidates seeking nonpartisan office do not need to list a party affiliation.

Title of Office

The title of office should be listed as the proper, formal name of the office being sought by the candidate. Abbreviations or colloquialisms are not recommended as the full title of the office should be listed. Examples include: Representative in Congress, Representative to the Assembly, United States Senator, State Senator, Circuit Court Judge, Town Board Chair, School Board Member, etc. Any questions related to the title of a specific office can be directed to the filing officer or WEC.

District or Jurisdiction

For certain offices, a district number or jurisdiction name is required. State Assembly and State Senate and other district numbers should be listed here. Any office with a specific jurisdiction, such as a Circuit Court Judge or a numbered school board seat should also be listed here. The final box of the header requires candidates to list the name of jurisdiction in proper format such as Madison Metropolitan School District, Assembly District 68, or Congressional District 7.

### *Nomination Paper Signature Lines*

Qualified electors who support the candidacy of the person seeking office complete the signature lines of the nomination papers. Electors complete their portion of the nomination paper by providing their signature, printed name, residential address, municipality of residence, and the date on which they signed. An elector's address cannot be a P.O. Box. It must be their physical street address. Each elector is only allowed to sign nomination papers for one candidate per office. If an elector may vote for more than one candidate for the same office, they may sign nomination papers for as many candidates for the same office as the person is entitled to vote for at the election. EL 2.05(11). Nomination paper circulators should closely observe the signing process to ensure that each elector correctly provides all required information. Signature lines that are filled our incorrectly or are missing required information are often subject to challenge.

### *Certification of Circulator*

After each page has been completed, the person responsible for its circulation must sign the certification of circulator at the bottom. The circulator must complete a certification for each page they circulate. A successfully completed certification will include the circulator's name, address, the date on which the page was completed, and their signature. The circulator's address must list their street number, street name, and municipality. Anyone acting as a circulator for nomination papers must meet the standards of a qualified elector, though circulators do not need to be residents of the district in which the candidate seeks office. Circulators are allowed to gather nomination paper signatures for only one

candidate per office in each election.  If a circulator collects signatures on nomination papers for more than one candidate, the earlier papers are valid, and the later papers are invalid.  Wis. Stat. § 8.04.  Candidates are not required to circulate their own nomination papers but may do so if they wish.  Please note that signatures gathered after the Certification of Circulator section has been signed and dated may not be counted during the nomination review process.

**Campaign Registration Statement (CF-1)**
Wis. Stat. § 11.0202(1)(a), Wis. Stat. §§ 8.10(5), 8.15(4)(b), 8.20(6)
A campaign registration statement is required to be filed with the Wisconsin Ethics Commission for state offices, and this form is filed online.  For local offices, the statement must be filed with the appropriate filing officer.  For questions related to the CF-1 or campaign finance, please contact the Wisconsin Ethics Commission at 608-266-8123 or the local filing officer.

**Statement of Economic Interest (SEI)**
Wis. Stat. § 19.43(4), Wis. Stat. §§ 8.10(5), 8.15(4)(b), 8.20(6)
For some state and local level offices candidates must file a statement of economic interest.  Where applicable, this form is filed online with the Wisconsin Ethics Commission or the appropriate filing officer.  For questions related to a Statement of Economic Interest, please contact the Wisconsin Ethics Commission at 608-266-8123.

## Tips for Successful Circulation

1. **Circulators and Circulating:** Circulators are allowed to gather nomination paper signatures for only one candidate per office in each election.  Wis. Stat. § 8.04. Nomination papers must be personally circulated by the circulator who signs each page. The circulator must witness the signature and nomination paper pages may not be left unattended in a public place for people to sign.  This means that circulators may not leave them on the table in a break room, posted on a bulletin board, sitting on the bar at a local watering hole, etc.   Wis. Stat. § 8.15(4)(a).

2. **Templates:** It is always recommended that candidates use a template which has the header properly completed for their nomination papers.  Using a template ensures that all circulators will have identical sheets for collecting signatures.  This can help clear up any issues that may be experienced if circulators were to be responsible for completing the header of the pages where the circulator may not use the correct nomination paper document or may incorrectly detail candidate information.  Templates can and should be submitted to the filing officer prior to circulation to be reviewed for any errors.

3. **Number of Signatures:** WEC advises that candidates and circulators collect signatures

totaling well over the minimum number required for ballot placement.  This presents the candidate with a buffer of signatures, should any individual signatures be deemed insufficient by the filing officer and protects against signatures being successfully challenged.

4. **Preparing to File:** Candidates should also ensure that each page has all of the required information completed prior to submission to the filing officer.  A thorough review of the papers can quickly determine if any of the signatures need correction or if the circulator information is filled out improperly. Number the pages consecutively.

Reviewing all nomination paper pages also gives the candidate an opportunity to organize the petition prior to submission.  Candidates should number every page and place pages with the highest number of "good" signatures on top of the stack.  Partial pages should be placed toward the back.  When submitting nomination papers to the filing officer, have a general estimate of the number of signatures contained on all pages.

## **What Happens Next?**

Determining Sufficiency
Wis. Admin Code § EL 2.05

After candidates submit their nomination papers to the correct filing officer, they will be reviewed for sufficiency.  The filing officer will review all headers, signatures, and circulator information to determine a final count of sufficient signatures.  In their review, the filing officer will examine addresses and municipalities to ensure that they are in district.  Filing officers also confirm that all dates written by signers are both within the circulation period and prior to or on the date which the circulator signed the certification.  Signatures that are deemed insufficient are struck and deducted from the total number of signatures submitted.  Any insufficiencies, such as incorrectly dated signatures or inaccurate circulator information can be corrected with a correcting affidavit for up to 3 days after the filing deadline.  Wis. Admin. Code § EL 2.05(4)

Some reasons signatures may be deemed insufficient by a filing officer include:
- Missing or incomplete dates of signers
- Illegible information required by statute
- Signers live out of district
- Incomplete address information of signer
- Missing circulator information
- Pages or signatures dated after the Certification of Circulator
- Missing or incorrect information in the header

<u>Challenges to Nomination Papers</u>
Wis. Admin Code § EL 2.07
Within three days of the deadline for filing nomination papers, those papers may be challenged with the filing officer. Challenges often come from other candidates but may come from interested individuals or groups outside the district of a specific election. The goal of a nomination paper challenge, generally speaking, is to deduct signatures from a competing candidate's total count. Challenges must be in the form of a notarized document with pertinent information attached reflecting the reason for the challenge. If applicable, individual signature lines and the specific information being challenged should be itemized and included as part of the challenge documentation.

When a challenge is received by the filing officer, the challenged candidate is notified of the challenge within 24 hours. Challenged candidates then have 3 calendar days from the date the challenge was filed to respond to any challenge. Once all documentation is received from both the challenging party and challenged candidate, the filing officer has sole discretion to determine the merits of the challenge(s). The filing officer will make determinations to individual signature lines being challenged so it is possible for challenges to be partially successful but not result in disqualifying enough signatures to remove the challenged candidate from the ballot.

If the challenge is accepted, the filing officer deducts any signatures or pages related to the challenge from the challenged candidate's final count. If the challenge is not accepted, no further action is taken by the filing officer. Challenges may be appealed to the Wisconsin Elections Commission in the form of a verified complaint related to the initial filing officer's decision. Elections Commission decisions can be appealed to a Circuit Court within thirty days. More information on challenges can be found in the WEC Common Challenges Manual (https://elections.wi.gov/publications/manuals/common-nomination-paper-challenges).

Some common reasons for challenges include:
- Election date
- Title of office
- Candidate address
- Circulator date and signature
- Multiple signatures from a single person
- Signer address out of district
- Date of signature

Please note that the periods for filing correcting affidavits and challenges run at the same time. Candidates and challengers cannot assume that the initial number of signatures accepted as valid will remain the same until all correcting affidavits and challenges are processed. In order for candidates to avoid challenges and for challengers to determine which challenges are likely to be upheld or rejected, the WEC encourages both candidates and potential challengers to review the

*Common Nomination Paper Challenges Manual* located at this link:
https://elections.wi.gov/publications/manuals/common-nomination-paper-challenges

## **Frequently Asked Questions**

*What is a filing officer?*
>The filing officer is the person to whom ballot access documents are submitted.

*What documents are required to be filed to get on the ballot?*
>Ballot access documents, in most cases, are: Nomination papers, declaration of candidacy, and campaign registration statement.  Some Judicial, State and Local offices also require the submission of a statement of economic interests.

*What is the filing deadline?*
>The filing deadline is the first Tuesday in January for offices to be elected in April.  Wis. Stat. § 8.10(2)(a).  For offices to be elected in November, the filing deadline is June 1.  Wis. Stat. § 8.15(1)

*Is there a way to track the process after my documents have been submitted?*
>Please see the Candidate Tracking by Office Report on the WEC website.

*How does a candidate remove their name from the ballot after submitting all of their paperwork?*
>Any person who files nomination papers and qualifies to appear on the ballot cannot withdraw their name from the ballot after filing. The name of that person shall appear upon the ballot except in case of death of the person.  Wis. Stat. § 8.35(1).

*What is a correcting affidavit?*
>A correcting affidavit is a verified document that allows for the correction of errors on nomination papers that were committed by either a signer or circulator.  Wis. Admin. Code §EL 2.05(4)

*What happens if a circulator signs and dates the certification before collecting signatures?*
>If this occurs, any signatures obtained after the date the form was signed by the circulator will be invalid.  A timely correcting affidavit can be submitted to amend the errors.

*How many nomination papers is someone allowed to circulate?*
>For a single office in an election, circulators may collect signatures for only one candidate.  Wis. Stat. § 8.04.

*How many nomination papers may a voter sign?*

Voters may sign nomination papers totaling the number of candidates they are allowed to vote for.  In a "vote for 1" office, voters may only sign on candidate's nomination papers. In a "vote for 2" office, voters may sign nomination papers of 2 candidates.

Wisconsin Elections Commission: Nomination Paper Review Guidelines

**Process Overview**

- Use a red pen to mark up the petition during the review process.
- Circle any piece of information on the petition page that is missing or problematic.
- Make a red check to the right of the row to indicate a signature should not be counted.
- Make a red question mark (?) to note questionable signatures that have been counted or to note omitted information on signature line where that signature is still able to be counted.
- Write the number of signatures counted on the upper, right-hand corner of each sheet.

## Step 1:  Review the Header

**Overview:**  The header of each petition page must contain all the required candidate information.  If any of the required information is missing, or incorrect, no signatures on that page can be counted.

Required information:

1. Name of candidate
2. Residential address of candidate
   a. Street number and street name (P.O. box addresses are not acceptable)
   b. Municipality for voting purposes
   c. State
3. Type of election
4. Election date
5. Title of office sought
6. Branch, district or seat number of office sought (if applicable)
7. Name of district in which candidate seeks office

Other information:

1. Mailing address (only required if different than residential address or voting municipality)
2. Zip code (may be present but not required)

## Step 2:  Review the Certification of Circulator

**Overview:**  The Certification of Circulator section is completed after the signatures on that page have been collected.  Each petition page must contain all the required circulator information, the circulator's signature and a certification date that is on or

20

after the latest date of a signer.  If any of the required information is missing or incorrect, no signatures on that page may be counted.  If missing circulator information can be determined from another section of the petition page, the signatures on that page should be counted.  Most often this occurs when a circulator is also the candidate or has signed that page as an eligible elector.

**Residency of Circulator:**  The circulator does not need to reside in the district represented by the candidate, nor do they need to be a resident of Wisconsin.  All circulators must be otherwise eligible to register to vote in Wisconsin (18 years of age, U.S. citizen, not serving any portion of a sentence for a felony offense).  They do not need to be registered to vote in Wisconsin or any other state to circulate nomination papers.

Required information:

1. Name of circulator - Signatures on the page should be counted if the circulator printed their name on the line meant for their signature.
2. Address of circulator
    a. Street number, street name and municipality - If missing circulator address, including municipality, can be determined from another section of the petition page, the signatures on that page should be counted.
    b. State and zip code are not required.
3. Date (month/day/year) – All signatures must be dated within the circulation period.  No signatures should be counted on a page where any portion of the date is missing.
4. Signature of circulator – Signatures on the page should be counted if the circulator signed on the line that should have the printed name.

## Step 3: Review the Body of the Petition

Required information:

1. Signature of elector
    a. Signature does not need be legible.
    b. Electors may sign with an "X" or other mark if that is their usual signature.
    c. Signature does not need to be cursive.
2. Printed name of elector
    a. A printed name must be present in addition to the signature of the elector.
    b. If a possible printed name can be determined, the signature should be counted.

    c. If a printed name cannot be determined, the signature should be struck from the petition.

3. Residential Address
   a. Street name and street number or rural route are required.
   b. Rural address must also include box or fire number.
   c. P.O. boxes are only allowed if they are listed in addition to the residential address information. Signatures where only a P.O. box has been provided should be counted if the municipality of residence is entirely in the district. Mark with a question mark.
   d. Ditto marks are allowed if they follow a valid address and the signer is using those marks to indicate they also reside at that address.
   e. If all or part of the required address information of a signer is missing but residency can be determined by information found in another section of that specific petition page, that signature should be counted. This generally occurs when the signer is also the candidate and/or the circulator and the missing information is in the header or the certification section. Indicate on the petition page where that information is located.

4. Municipality of Residence
   a. Municipality listed must be within the district represented by the candidate.
   b. Abbreviations are allowed (e.g. "FDL" for Fond Du Lac or "Milw" for Milwaukee).
   c. Ditto marks are allowed if they follow a valid municipality and the signer is using those marks to indicate they also reside in the municipality.
   d. The Town/Village/City check box does not need to be checked.
   e. If the municipality of residence was provided in the Residential Address field, the signature should be counted.
   f. If the municipality information of a signer is missing but residency can be determined by information found in another section of that specific petition page (most likely in the header or the Certification of Circulator), that signature should be counted. Indicate on the petition page where that information is located.

5. Date of Signing
   a. A complete date includes the month/date/year.
   b. Date must be within the circulation period.
   c. Date must be on or before the date the page was certified by the circulator.

**22**

d. Ditto marks are allowed if they follow a valid date and the signer is using those marks to indicate they also signed on the same date.  If ditto marks are used for the date of the last signer, the signature can be counted if it follows a valid date.

e. A missing date can be bracketed ([  ]) if valid and complete dates appear on the line above and the line below the signature line with the missing date.

f. If the date of the first or last signer is incomplete, it cannot be bracketed, and that signature should not be counted.

## Step 4:  Count the Signatures

1. Sort the petition by the number of valid signatures on each page before determining the final number of valid signatures.

2. Place the pages with 10 counted signatures on top, followed by the pages with 9, etc.

3. Use a tally sheet or calculator to determine the number of valid signatures on the petition.

4. Determine if the number of valid signatures is sufficient for the office sought.  Use the appropriate Ballot Access Checklist to determine the signature threshold for the office sought:

   a. County Non-partisan Candidates        ELIS-3
   b. School District Candidates               ELIS-5
   c. Municipal Candidates                     ELIS-7
   d. County Partisan Candidates               ELIS-16
   e. Multi-jurisdictional Judge Candidates    ELIS-18

23

# NOMINATION PAPER FOR NONPARTISAN OFFICE

| Candidate's name (required); no titles may be used. | Candidate's residential address (required) No P.O. box addresses<br>Street, fire, or rural route number; box number (if rural route); and name of street or road | | Candidate's municipality for voting purposes (required) |
|---|---|---|---|
| Erin Rogers | 1014 Dafodil Drive | | ☐ Town ☐ Village ☒ City Ashwaubenon<br>(name of municipality) |
| Candidate's mailing address, including municipality for mailing purposes (required if different than residential address or voting municipality) | State (required)<br>WI | Zip code<br>54115 | Election date (required) Do not use primary date.<br>Mo/Day/Year April 3, 2018 |
| Title of office (required)<br>School Board member | Branch, district or seat number (required if applicable)<br>☐ Branch ☐ District ☐ Seat | Name of jurisdiction or district in which candidate seeks office (required)<br>Ashwaubenon School District | |

I, the undersigned, request that the candidate, whose name and residential address are listed above, be placed on the ballot at the election described above as a candidate so that voters will have the opportunity to vote for ☐ him or ☒ her for the office listed above. I am eligible to vote in the jurisdiction or district in which the candidate named above seeks office. I have not signed the nomination paper of any other candidate for the same office at this election.

The municipality used for mailing purposes, when different than municipality of residence, is not sufficient. The name of the municipality of residence must always be listed.

| | Signatures of Electors | Printed Name of Electors | Residential Address (No P.O. Box Addresses)<br>Street and Number and Rural Route<br>(Rural address must also include box or fire no.) | Municipality of Residence<br>Check the type and write the name of your municipality for voting purposes. | Date of Signing<br>Mo/Day/Year |
|---|---|---|---|---|---|
| 1. | | Ronald Smith | 21 Easy Street | ☐ Town ☐ Village ☒ City Green Bay | 12/2/2017 |
| 2. | | Mary Johnson | 179 North St. | ☐ Town ☐ Village ☒ City G.B. | 12/7/17 |
| 3. | | Franklin Davis | West Ave | ☐ Town ☐ Village ☒ City '' | 12/3/17 |
| 4. | | Jan Jaso | 10 Franklin Court Apt. 203 | ☐ Town ☐ Village ☒ City | 12/3/2017 |
| 5. | | Bill Swanson | 3012 Oriole Lane | ☐ Town ☐ Village ☒ City De Pere | 12/4/17 |
| 6. | | Sally Simmons | 42 Yankee Way | ☐ Town ☐ Village ☒ City Green Bay | 12/4/17 |
| 7. | | John Wells | 21 Pirate Lane | ☐ Town ☐ Village ☒ City Ashwaubenon | |
| 8. | | Ted Thompson | | ☐ Town ☐ Village ☒ City Green Bay | 12/5/17 |
| 9. | | Roberta Robins | 14 Brewer Court | ☐ Town ☐ Village ☒ City Milwaukee | 12/5/17 |
| 10. | | Erin Rogers | | ☐ Town ☐ Village ☒ City Ashwaubenon | 12/6/2017 |

## CERTIFICATION OF CIRCULATOR

I, Theodore Thompson, certify: I reside at 101 Main Street, Green Bay

(Name of circulator)                                    (Circulator's residential address- include number, street, and municipality)

I further certify I am either a qualified elector of Wisconsin, or a U.S. citizen, age 18 or older who, if I were a resident of this state, would not be disqualified from voting under Wis. Stat. §6.03. I personally circulated this nomination paper and personally obtained each of the signatures on this paper. I know that the signers are electors of the jurisdiction or district the candidate seeks to represent. I know that each person signed the paper with full knowledge of its content on the date indicated opposite his or her name. I know their respective residences given. I intend to support this candidate. I am aware that falsifying this certification is punishable under Wis. Stat. § 12.13(3)(a).

Ted Thompson
(Signature of circulator)

12/6/2017
(Date)

| Page No. | |
|---|---|

EL-169 | Rev. 2015-07 | Wisconsin Elections Commission, P.O. Box 7984, Madison, WI 53707-7984 | 608-261-2028 | web: elections.wi.gov | email: elections@wi.gov

24

# NOMINATION PAPER FOR NONPARTISAN OFFICE

**Candidate's name (required; no titles may be used.)**
Erin Rogers

**Candidate's residential address (required) No P.O. box addresses**
**Street, fire, or rural route number; box number (if rural route); and name of street or road**
1014 Dafodil Drive

**State (required)** WI   **Zip code** 54115

**Candidate's municipality for voting purposes (required)**
☐ Town  ☐ Village ■ Village ☐ City  Ashwaubenon

**Election date (required) Do not use primary date.**
**Mo/Day/Year** April 3, 2018

**Candidate's mailing address, including municipality for mailing purposes (required if different than residential address or voting municipality)**

**Type of election (required)**
■ spring  ☐ special

**Title (required)**
School Board member

**Branch, district or seat number (required if applicable)**
☐ Branch  ☐ District  ☐ Seat

**Name of jurisdiction or district in which candidate seeks office (required)**
Ashwaubenon School District

I, the undersigned, request that the candidate, whose name and residential address are listed above, be placed on the ballot at the election described above as a candidate so that voters will have the opportunity to vote for ☐ him or ■ her for the office listed above. I am eligible to vote in the jurisdiction or district in which the candidate named above seeks office. I have not signed the nomination paper of any other candidate for the same office at this election.

The municipality used for mailing purposes, when different than municipality of residence, is not sufficient. The name of the municipality of residence must always be listed.

| | Signatures of Electors | Printed Name of Electors | Residential Address *(No P.O. Box Addresses)* Street and Number or Rural Route (Rural address must also include box or fire no.) | Municipality of Residence Check the type and write the name of your municipality for voting purposes. | Date of Signing Mo/Day/Year |
|---|---|---|---|---|---|
| 1. | *signature* | Ronald Smith | 21 Easy Street | ☐ Town ☐ Village ■ City Green Bay | 12/2/2017 |
| 2. | *signature* | Mary Johnson | 179 North St. | ☐ Town ☐ Village ☐ City G.B. | 12/7/17 |
| 3. | *signature* | Franklin Davis | West Ave | ☐ Town ☐ Village ☐ City '' | 12/3/17 |
| 4. | *signature* | Jan Jaso | 10 Franklin Court   Apt. 203 | ☐ Town ☐ Village ☐ City | 12/3/2017 |
| 5. | *signature* | | 3012 Oriole Lane | ☐ Town ☐ Village ■ City De Pere | 12/4/17 |
| 6. | *signature* | Sally Simmons | 42 Yankee Way | ☐ Town ☐ Village ■ City Green Bay | 12/4/17 |
| 7. | *signature* | John Wells | 21 Pirate Lane | ☐ Town ☐ Village ☐ City Ashwaubenon | |
| 8. | *signature* | Ted Thompson | | ☐ Town ■ Village ☐ City Green Bay | 12/5/17 |
| 9. | *signature* | Robert Robins | 14 Brewer Court | ☐ Town ☐ Village ☐ City Milwaukee | 12/5/17 |
| 10. | *signature* Erin Rogers | Erin Rogers | | ☐ Town ■ Village ☐ City Ashwaubenon | 12/6/2017 |

## CERTIFICATION OF CIRCULATOR

I, Theodore Thompson, certify: I reside at 101 Main Street, Green Bay

**(Name of circulator)**   **(Circulator's residential address - include number, street, and municipality)**

I further certify that I am either a qualified elector of Wisconsin, or a U.S. citizen, age 18 or older who, if I were a resident of this state, would not be disqualified from voting under Wis. Stat. §6.03. I personally circulated this nomination paper and personally obtained each of the signatures on this paper. I know that the signers are electors of the jurisdiction or district the candidate seeks to represent. I know that each person signed the paper with full knowledge of its content on the date indicated opposite his or her name. I know their respective residences given. I intend to support this candidate. I am aware that falsifying this certification is punishable under Wis. Stat. § 12.13(3)(a).

*signature* Fed Thompson
**(Signature of circulator)**

12/6/2017
**(Date)**

EL-169 | Rev. 2016-07 | Wisconsin Elections Commission, P.O. Box 7984, Madison, WI 53707-7984 | 608-261-2028 | web: elections.wi.gov | email: elections@wi.gov

Page No.  1

25



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

---

## MEMORANDUM

**TO:**       **Challengers to Nomination papers and other Interested Parties**
              **2020 General Election**

**FROM:**     **Nathan W. Judnic, Attorney/Senior Election Specialist**

**DATE:**     **June 1, 2020**

**SUBJECT:**  **Filing Challenges to Nomination Papers**

---

**This memorandum provides information to persons who are considering filing a challenge to the nomination papers of a candidate whose papers are required to be filed with the Wisconsin Elections Commission.**

**The Commission recommends reviewing the published manual titled "Common Nomination Paper Challenges" prior to filing a challenge.  The manual generally outlines the challenge process, but also includes prior Commission decisions on common challenges.  This manual can be found here:**
**http://elections.wi.gov/publications/manuals/common-nomination-paper-challenges**

All challenges to nomination papers filed with the Wisconsin Elections Commission for the 2020 General Election will be considered and determined by the Commission at its June 10, 2020 meeting.  The Commission's **meeting on June 10, 2020 will begin at 10:00 a.m.** (or as soon thereafter as a quorum is obtained) and is scheduled to be a teleconference/videoconference only via Zoom Meeting.

Challengers should familiarize themselves with the requirements of Wisconsin Statutes Chapter 8, the statutory chapter governing nomination papers and nominations.  In addition, administrative rules further explain requirements of nomination papers and the challenge procedure, which can be found in the Wisconsin Administrative Code EL §§ 2.05 - 2.07.  Wis. Admin. Code EL §§ 2.05 - 2.07 are the rules governing the treatment and sufficiency of nomination papers and challenges to nomination papers.

Wis. Admin. Code EL § 2.05 sets forth the standards for determining whether nomination papers comply with Wis. Stat. Ch.8 and Wis. Admin. Code EL § 2.07 sets forth the basis for challenges to those nomination papers.  Both Wis. Admin. Code EL §§ 2.05 and 2.07 are rules attempting to interpret and clarify statutes; they are not statutes themselves.  Because Wis. Admin. Code EL §

*Wisconsin Elections Commissioners*
Dean Knudson, chair | Marge Bostelmann | Julie M. Glancey | Ann S. Jacobs | Robert Spindell | Mark L. Thomsen

*Administrator*
Meagan Wolfe

**26**

2.05(4) provides that "[a]ny information on a nomination paper is entitled to a presumption of validity," any challenge to that information bears the burden of rebutting that presumption.

Complaints challenging nomination papers are filed by complying with Wis. Admin. Code EL § 2.07(2)(a) of the Wisconsin Administrative Code, which reads as follows:

> *(a) Any challenge to the sufficiency of a nomination paper shall be made by verified complaint, filed with the appropriate filing officer.* ***The complainant shall file both an original and a copy of the challenge at the time of filing the complaint.*** *Notwithstanding any other provision of this chapter, the failure of the complainant to provide the filing officer with a copy of the challenge complaint will not invalidate the challenge complaint.* ***The filing officer shall make arrangements to have a copy of the challenge delivered to the challenged candidate within 24 hours of the filing of the challenge complaint****. The filing officer may impose a fee for the cost of photocopying the challenge and for the cost of delivery of the challenge to the respondent. The form of the complaint and its filing shall comply with the requirements of ch. EL 20. Any challenge to the sufficiency of a nomination paper shall be filed within 3 calendar days after the filing deadline for the challenged nomination papers. The challenge shall be established by affidavit, or other supporting evidence, demonstrating a failure to comply with statutory or other legal requirements.*

## 2020 DEADLINES[1]

**For the 2020 General Election, the schedule for filing nomination papers and determining their validity and the validity of a challenge to them is as follows:**

1.     **June 1, 2020** - Nomination papers must be filed not later than 5:00 p.m., (Wis. Stat. § 8.15(1)), for all nominations for the Partisan Primary (offices to be elected at the November General Election).

2.     **June 4, 2020 - Challenges to nomination papers must be filed not later than 4:30 p.m. (Wis. Admin. Code EL § 2.07). The verified complaint must be delivered to the Commission at its offices at 212 E. Washington Avenue, 3rd Floor, Madison, Wisconsin, 53703, or preferably emailed to**: elections@wi.gov **not later than the prescribed time.**

   a. Challenges must be made by <u>verified complaint</u> and must establish probable cause to believe that the paper or signature challenged does not comply with Wisconsin Statutes or the rules of the Wisconsin Elections Commission.  (See discussion below.)

---

[1] Please be aware that, under Wis. Stat. § 8.15(1), Stats., for any office for which the incumbent has failed to file a Notification of Non-candidacy and has also failed to file nomination papers and a declaration of candidacy, a 72-hour extension of the time in which to file nomination papers and a declaration of candidacy for that office will be granted to any person <u>other than the incumbent</u>. Therefore, the deadlines set forth in this Memorandum do not apply in such circumstances and any challenges to nomination papers filed pursuant to that extension will be resolved on a case-by-case basis.

b. The challenge should be accompanied by affidavits or other relevant documentation. Any challenge which is not established by the materials submitted as of the deadline for challenges will be denied.

3. **3 Days After Challenge Filed (June 8, 2020 is the Response Deadline if the Challenge is filed on June 4, 2020)** – A challenged candidate may file a written response not later than 3 days after the challenge has been filed. If the deadline falls on a Sunday, then the response may be filed on the following day. They may also appear before the Commission in person to respond to the challenge. A written response should be verified and should also be accompanied by affidavits or other documentation. Just as the burden of establishing a challenge is placed upon the challenger, the burden of rebutting an established challenge is placed upon the candidate whose papers are challenged.

4. **June 8-9, 2020** - The Commission's staff will prepare a written report on the challenges and any available responses. To whatever extent possible, the Commission's staff will contact circulators, affiants and other persons with personal knowledge of the circumstances under which the signatures were obtained. Given the time frame involved, however, staff verification will probably be limited to close cases, if at all.

5. **June 10, 2020** - The Commission will meet to consider the challenges, responses and hear any oral presentations by the Commission staff, challengers, and candidates. The Commission's **meeting on June 10, 2020 will begin at 10:00 a.m.** (or as soon thereafter as a quorum is obtained) and is scheduled to be a teleconference/videoconference via Zoom Meeting.

Both the challenger and the candidate may appear before the Commissioner and/or by representation, and be heard on the challenge – whether or not the candidate has filed a written response to the challenge. The challenger and the candidate will each receive 5 minutes for his or her presentation to the Commission. Details on how to appear via Zoom Meeting will be provided if you choose to file a challenge.

**DISCUSSION**

All challenges to nomination papers must be in the form of a verified complaint. Any challenge which is not in the form of a verified complaint will not be considered by the Commission and will be returned to the complainant by the Commission's staff. A verified complaint is a complaint that the complainant swears, under oath, is true based on the personal knowledge or information and belief of the complainant. The oath must be sworn to before a notary or other person authorized to administer oaths.

Nomination paper challenge complaints should also follow the methodology provided below:

**All challenges must refer to the nomination paper page number as shown on the nomination papers filed with the WEC for each nomination paper, any part of which is challenged**. If a nomination paper page does not have a page number, contact the Commission's staff to establish a number for that page. (*For instance: John Smith. Page 1 or Tom Jones Pages 3-12 and 15-23, etc.*)

To be considered by the Commission, a complaint/challenge must establish probable cause to believe that a violation of election law has occurred. The "probable cause" requirement means

that a complaint must allege facts, which, if true, would constitute a violation of Wisconsin's elections (not campaign finance) statutes.  In the case of challenges to nomination papers, the complaint must allege a violation of Wis. Stats. ch.8, the statutory chapter governing nominations for the General Election ballot.

According to Wis. Admin. Code EL §§ 2.05(4) and 2.07(3)(a): "Any information which appears on a nomination paper is entitled to a presumption of validity," and "[t]he burden is on the challenger to establish any insufficiency.  If the challenger establishes that the information on the nomination paper is insufficient, the burden is on the challenged candidate to establish its sufficiency. The invalidity or disqualification of one or more signatures on a nomination paper shall not affect the validity of any other signatures on that paper."

**New grounds for a challenge which are not raised in an initial complaint, and which are not raised until after the deadline for filing a challenge, will not be considered by the Commission.  Grounds which are alleged in a timely-filed complaint, but which are based on information and sworn statements to be provided after the deadline for filing challenges to nomination papers also will not be considered.**

Challengers should be aware that signatures which have been questioned and not counted by the Commission staff may be the subject of "rehabilitation."  Rehabilitation means that the candidate may have subsequently corrected the deficiency and thereby added the "rehabilitated" signature(s) to the candidate's total number of qualifying signatures.  Consequently, challengers cannot rely on staff disqualification of signatures as a final determination and must raise any challenges to such signatures in the same time period in which all other challenges are required to be raised.

*Challengers should also be aware that nomination paper challenges are political activity and may not be researched and/or prepared by State employees on State time.*

**Challenges may be made to an entire page or series of pages of a nomination paper, and challenges may also be made to individual signatures on a nomination paper page.**

**I. Challenges to a whole paper (or series of papers)**

The first part of any challenge to nomination papers should consist of challenges (if any) to a whole paper, or a group of papers that have the same deficiency in the composition of the paper. Challenges to a whole paper consist of two categories: (A.) Challenges to the heading of the nomination paper and (B.) challenges to the certification of the circulator.

Challenges to an entire page or to a group of pages, because of a deficiency (or deficiencies) in the heading or in the certificate of the circulator, should include a copy of at least one of the pages with the deficiency (or deficiencies) circled and, again, must refer, by page number, to the page or pages challenged.  (***For instance***: *John Smith pages 1 through 27 fail to name the candidate or Tom Jones pages 2,3,6-11 &15-19 fail to identify the office sought, and pages 5-23 fail to contain the signature of the circulator, etc.)*

      **A.**      **Challenges to the heading of the nomination paper**

Wis. Stat. § 8.15(5)(a) and (b) requires that the heading of a nomination paper contain the following:

*a) Each nomination paper shall have substantially the following words printed at the top:*

*I, the undersigned, request that the name of (insert candidate's last name plus first name, nickname or initial, and middle name, former legal surname, nickname or middle initial or initials if desired, but no other abbreviations or titles) residing at (insert candidate's street address) be placed on the ballot at the (general or special) election to be held on (date of election) as a candidate representing the (name of party) so that voters will have the opportunity to vote for (him or her) for the office of (name of office). I am eligible to vote in (name of jurisdiction or district in which candidate seeks office). I have not signed the nomination paper of any other candidate for the same office at this election.*

*(b) Each candidate shall include his or her mailing address on the candidate's nomination papers.*

What the statute requires, but does not say, is that the heading must be substantially complete before the nomination paper is circulated. Otherwise, the signers would have no knowledge of what they were signing and that would render their signatures meaningless. Therefore, none of the information in the heading of the nomination paper, (i.e., candidate's name, candidate's address, political party represented, date of election, office sought, name of jurisdiction or district in which candidate seeks office), may be altered, amended, or added after circulation of the nomination paper. A challenge to the heading of a nomination paper should identify the page or pages (by number) and the defect or deficiency in the heading.

### B.      Challenges to the certification of the circulator

In most, if not all, cases, defects in the certificate of the circulator may be "repaired" by a correcting affidavit of the circulator -- because the defect has no effect on the validity of the signatures or on the information presented to the signatories when they signed. Defects in the heading of a nomination paper, however, may not be "repaired" or altered after the paper has been circulated. The Commission ultimately decides whether the header of a nomination paper substantially complied with the requirements set forth in the statute.

## II. Challenges to Individual Signatures

The second part of any challenge to nomination papers consists of challenges (if any) to individual signatures. Challenges to individual signatures on various pages should include a copy of **each and every page** on which one or more signatures are challenged. Each page should be numbered as described above and the challenge should refer to the signature(s) challenged, by page and line number. (*For instance: John Smith Page 3, Line 6 - the address of the signatory is outside the XX Assembly District.*)

Challenges to individual signatures, like any other challenge, must be based on the personal knowledge of the complainant or that of a person whose affidavit or sworn statement accompanies the challenge. Therefore, as an example, a challenge to the eligibility to sign of various signers of a nomination paper, based on the non-residency of those signers, must be accompanied by a map of the district showing their address to be outside the district; or by a signed statement from the election official (municipal clerk or deputy clerk) whose responsibility it is to determine the residency of electors of the district. The allegation by the complainant – that the signers are not

residents of the district - without the attached map or statement from the election official, or other corroborating forensic evidence, is not sufficient to show probable cause.

If you have any questions about the Commission's meeting to consider the challenges to nomination papers, please contact Nathan W. Judnic at 608-267-0953 (nathan.judnic@wisconsin.gov).

**Relevant Wisconsin Statutes and Administrative Code Provisions:**

Wis. Stat. Ch. 8: http://docs.legis.wisconsin.gov/statutes/statutes/8
Wis. Admin. Code EL Ch. 2: https://docs.legis.wisconsin.gov/code/admin_code/el/2



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

---

## MEMORANDUM

**TO:**          **All Candidates Subject to a Nomination Papers Challenge**
                 **2020 General Election**

**FROM:**      **Nathan W. Judnic, Attorney/Senior Election Specialist**

**DATE:**       **June 1, 2020**

**SUBJECT:**   **Response Procedures - Candidates Subject to Nomination Papers Challenge**

---

**This memorandum concerns candidates whose nomination papers have been challenged and discusses the procedure to be followed in responding to that challenge before the Wisconsin Elections Commission.**

**The Commission recommends reviewing the published manual titled "Common Nomination Paper Challenges" prior to responding to a challenge.  The manual generally outlines the challenge process, but also includes prior Commission decisions on common challenges.  This manual can be found here:**
**http://elections.wi.gov/publications/manuals/common-nomination-paper-challenges**

Candidates should familiarize themselves with the requirements of Wisconsin Statutes Chapter 8, the statutory chapter governing nomination papers and nominations.  In addition, administrative rules further explain requirements of nomination papers and the challenge procedure, which can be found in the Wisconsin Administrative Code EL §§ 2.05 - 2.07.  Wis. Admin. Code EL §§ 2.05 - 2.07 are the rules governing the treatment and sufficiency of nomination papers and challenges to nomination papers.

Wis. Admin. Code EL § 2.05 sets forth the standards for determining whether nomination papers comply with Wis. Stat. Ch. 8 and Wis. Admin. Code EL § 2.07 sets forth the bases for challenges to those nomination papers.  Both Wis. Admin. Code EL §§ 2.05 and 2.07 are rules attempting to interpret and clarify statutes; they are not statutes themselves.  Because Wis. Admin. Code EL § 2.05(4) provides that "[a]ny information on a nomination paper is entitled to a presumption of validity," any challenge to that information bears the burden of rebutting that presumption.

All challenges to nomination papers filed with the Wisconsin Elections Commission for the 2020 General Election will be considered and determined by the Commission at its June 10, 2020 meeting.  The Commission's **meeting on June 10, 2020 will begin at 10:00 a.m.** (or as soon

---

*Wisconsin Elections Commissioners*
Dean Knudson, chair | Marge Bostelmann | Julie M. Glancey | Ann S. Jacobs | Robert Spindell | Mark L. Thomsen

*Administrator*
Meagan Wolfe

32

thereafter as a quorum is obtained) and is scheduled to be a teleconference/videoconference only via Zoom Meeting.  The Commission intends to hear all challenges on June 10, 2020.

Both the challenger and the candidate may appear before the Commission and/or by representation and be heard on the challenge.  The challenger and the candidate will each receive 5 minutes for his or her presentation.  If you choose to appear before the Commission, additional details on appearing via Zoom Meeting will be provided.  **A challenged candidate may respond to a challenge by appearing before the Commission at its June 10, 2020 meeting even if the candidate has not filed a verified written response.**

A challenged candidate may file a verified written response to a challenge.  Written verified responses are due not later than 4:30 p.m., 3 days after the challenge to your nomination papers is filed pursuant to Wis. Admin. Code EL § 2.07(2)(b).  Pursuant to Wis. Stat. § 990.001(4), should the deadline to file a verified written response to a challenge fall on a Saturday or Sunday which the Commission does not have regular business hours, the verified written response may be filed not later than 4:30 p.m. the following Monday.  Most challenges to nomination papers are filed on June 4, therefore due to the deadline to respond falling on a Sunday, your response would be due on Monday, June 8 – although Commission staff recommend filing your response as soon as it is complete.

Just as all challenges to nomination papers must be in the form of a verified complaint, a written response to a challenge should also be verified.  A verified response is a response that the respondent (or other affiant) swears, under oath, is true based on the personal knowledge or information and belief of the respondent (or other affiant).  The oath must be sworn to before a notary or other person authorized to administer oaths.  In addition to filing a written response, a challenged candidate may appear, or by representation, before the Commission to explain why the challenge ought to be rejected.  As mentioned above, appearances before the Commission will take place via Zoom Meeting on June 10, 2020.

**Responses are filed by delivering a copy, or preferably emailing it, to the Wisconsin Elections Commission at its offices at 212 E. Washington Avenue, 3rd Floor, Madison, Wisconsin 53703 (email: elections@wi.gov) and by delivering and/or emailing a copy to the complainant who has challenged your nomination papers.  If the response is emailed, please identify it as a challenge response in the subject line of the email.  The response must contain a statement that a copy of the response has been served on, mailed, or emailed to the complainant.  Due to the short timeframes involved, it is important that candidates provide a copy of their response to the complainant at the same time it is filed with the Commission.**

<u>Correcting Affidavits</u>

Under the Wisconsin Elections Commission rule, Wis. Admin. Code EL § 2.05(4), <u>some</u>, not all, nomination paper deficiencies may be "repaired" or "rehabilitated" by a correcting affidavit of the circulator, the signatory, or the candidate:

> *(4)  Any information which appears on a nomination paper is entitled to a presumption of validity.  Notwithstanding any other provision of this chapter, errors in information contained in a nomination paper, committed by either a signer or a circulator, may be corrected by an affidavit of the circulator, an affidavit of the candidate, or an affidavit of a person who signed the nomination paper.  The person giving the correcting affidavit shall have personal knowledge of the correct information and the correcting affidavit shall be filed with the filing*

> *officer not later than three calendar days after the applicable statutory due date for the nomination papers.*

The due date for filing a correcting affidavit is "not later than three calendar days after" the due date for filing nomination papers, which is **June 4, 2020. Due to tight timeframes, it is important for candidates to review their nomination papers thoroughly prior to the June 4, 2020 deadline and file any necessary correcting affidavits.** To determine whether deficiencies exist in a candidate's nomination papers that may be "repaired" by correcting affidavit, the candidate may contact the Wisconsin Elections Commission at (608) 266-8005.

Nomination papers may be divided into three sections: The Header, in which the candidate, the party, the office sought, and the date of the election are identified; the Signatory section, in which the district's electors affix and date their signature and address; and the Certificate of Circulator, in which the circulator of the paper certifies the facts of circulation and affixes and dates his or her signature. **Only defects or deficiencies in the Signatory section and the Certificate of Circulator, and <u>not</u> deficiencies in the Header, may be "repaired" or "rehabilitated" by affidavit.**

The deadline for challenges to nomination papers that are filed with the WEC is set forth in Wis. Admin. Code EL § 2.07(2)(a), and is **4:30 p.m., Thursday, June 4, 2020**. New grounds for a challenge which were not raised in an initial complaint and which were raised after 4:30 p.m., Thursday, June 4, 2020, will not be considered by the Commission. Grounds which are alleged based on information and sworn statements provided after 4:30 p.m., Thursday, June 4, 2020, also will not be considered.

A written response to a challenge should identify the nomination paper page and line number of the signature that has been challenged and must rebut the reasons for the challenge. *(For instance: the signature on nomination paper Page #2, Line 7, which has been challenged as outside the circulation period was actually obtained on May 30, 2020 – see the attached affidavit of the signatory, Mary Jones.)*

If you have any questions about the Commission's meeting to consider the challenges to nomination papers, please contact Nathan W. Judnic at 608-267-0953 (nathan.judnic@wisconsin.gov).

**Relevant Resources:**

Wis. Stat. Ch. 8:  http://docs.legis.wisconsin.gov/statutes/statutes/8
Wis. Adm. Code EL Ch. 2: https://docs.legis.wisconsin.gov/code/admin_code/el/2
Common Nomination Paper Challenges Manual:
http://elections.wi.gov/publications/manuals/common-nomination-paper-challenges

34

**Relevant Statutory and Administrative Code Provisions**

### 8.15    Nominations for partisan primary.

**(1)**  Nomination papers may be circulated no sooner than April 15 preceding the general election and may be filed no later than 5 p.m. on June 1 preceding the partisan primary, except as authorized in this subsection. If an incumbent fails to file nomination papers and a declaration of candidacy by 5 p.m. on June 1 preceding the partisan primary, all candidates for the office held by the incumbent, other than the incumbent, may file nomination papers no later than 72 hours after the latest time prescribed in this subsection. No extension of the time for filing nomination papers applies if the incumbent files written notification with the filing officer or agency with whom nomination papers are filed for the office which the incumbent holds, no later than 5 p.m. on the 2nd Friday preceding the latest time prescribed in this subsection for filing nomination papers, that the incumbent is not a candidate for reelection to his or her office, and the incumbent does not file nomination papers for that office within the time prescribed in this subsection. Only those candidates for whom nomination papers containing the necessary signatures acquired within the allotted time and filed before the deadline may have their names appear on the official partisan primary ballot.

**(2)**  Only one signature per person for the same office is valid. In addition to his or her signature, in order for the signature to be valid, each signer of a nomination paper shall legibly print his or her name in a space provided next to his or her signature and shall list his or her municipality of residence for voting purposes, the street and number, if any, on which the signer resides, and the date of signing.

**(3)**  All signers on each separate nomination paper for all state offices, county offices, and the offices of U.S. senator and representative in congress shall reside in the jurisdiction or district which the candidate named on the paper will represent, if elected.

**(4)**

**(a)** The certification of a qualified circulator stating his or her residence with street and number, if any, shall appear at the bottom of each nomination paper, stating he or she personally circulated the nomination paper and personally obtained each of the signatures; he or she knows they are electors of the ward, aldermanic district, municipality or county, as the nomination papers require; he or she knows they signed the paper with full knowledge of its content; he or she knows their respective residences given; he or she knows each signer signed on the date stated opposite his or her name; and, that he or she, the circulator, is a qualified elector of this state, or if not a qualified elector of this state, is a U.S. citizen age 18 or older who, if he or she were a resident of this state, would not be disqualified from voting under s. 6.03; that he or she intends to support the candidate; and that he or she is aware that falsifying the certification is punishable under s. 12.13 (3) (a). The circulator shall indicate the date that he or she makes the certification next to his or her signature. The certification may be made by the candidate or any qualified circulator.

**(b)** Nomination papers shall be accompanied by a declaration of candidacy under s. 8.21. If a candidate for state or local office has not filed a registration statement under s. 11.0202 (1) (a) at the time he or she files nomination papers, the candidate shall file the statement with the papers. A candidate for state office shall also file a statement of economic interests with the ethics commission under s. 19.43 (4) no later than 4:30 p.m. on the 3rd day following the last day for filing nomination papers under sub. (1), or no later than 4:30 p.m. on the next business day after the last day whenever that candidate is granted an extension of time for filing nomination papers under sub. (1).

**(5)**

**(a)** Each nomination paper shall have substantially the following words printed at the top:

I, the undersigned, request that the name of (insert candidate's last name plus first name, nickname or initial, and middle name, former legal surname, nickname or middle initial or initials if desired, but no

other abbreviations or titles) residing at (insert candidate's street address) be placed on the ballot at the (general or special) election to be held on (date of election) as a candidate representing the (name of party) so that voters will have the opportunity to vote for (him or her) for the office of (name of office). I am eligible to vote in (name of jurisdiction or district in which candidate seeks office). I have not signed the nomination paper of any other candidate for the same office at this election.

**(b)** Each candidate shall include his or her mailing address on the candidate's nomination papers.

**(6)** The number of required signatures on nomination papers shall be as follows:

**(a)** For statewide offices, not less than 2,000 nor more than 4,000 electors.

**(b)** For representatives in congress, not less than 1,000 nor more than 2,000 electors.

**(c)** For state senators, not less than 400 nor more than 800 electors.

**(d)** For representatives to the assembly, not less than 200 nor more than 400 electors.

**(dm)** For district attorneys, not less than 500 nor more than 1,000 electors in prosecutorial units over 100,000 population and not less than 200 nor more than 400 electors in prosecutorial units of 100,000 population or less.

**(e)** For county offices, not less than 500 nor more than 1,000 electors in counties over 100,000 population and not less than 200 nor more than 400 electors in counties of 100,000 population or less.

**(7)** A candidate may not run in more than one party primary at the same time. No filing official may accept nomination papers for the same person in the same election for more than one party. A person who files nomination papers as the candidate of a recognized political party may not file nomination papers as an independent candidate for the same office at the same election.

**(8)** Nomination papers shall be filed:

**(a)** For state offices and the offices of U.S. senator and representative in congress, in the office of the commission.

**(b)** For county offices, in the office of the county clerk or board of election commissioners.

…

## 8.21   Declaration of candidacy.

**(1)** Each candidate, except a candidate for presidential elector under s. 8.20 (2) (d), shall file a declaration of candidacy, no later than the latest time provided for filing nomination papers under s. 8.10 (2) (a), 8.15 (1), 8.20 (8) (a) or 8.50 (3) (a), or the time provided under s. 8.16 (2) or 8.35 (2) (c). A candidate shall file the declaration with the officer or agency with which nomination papers are filed for the office that the candidate seeks, or if nomination papers are not required, with the clerk or board of election commissioners of the jurisdiction in which the candidate seeks office.

**(2)** The declaration of candidacy shall be sworn to before any officer authorized to administer oaths. The declaration shall contain the name of the candidate in the form specified under s. 8.10 (2) (b) for candidates for nonpartisan office or s. 8.15 (5) (a) or 8.20 (2) (a) for candidates for partisan office and shall state all of the following:

**(a)** That the signer is a candidate for a named office.

**(b)** That the signer meets, or will at the time he or she assumes office meet, applicable age, citizenship, residency, or voting qualification requirements, if any, prescribed by the constitutions and laws of the United States and of this state.

**(c)** That the signer will otherwise qualify for office if nominated and elected.

**(3)** The declaration of candidacy shall include the candidate's name in the form in which it will appear on the ballot.

**(4)** Each candidate for state and local office shall include in the declaration of candidacy all of the following:

**(a)** A statement that the candidate has not been convicted of any misdemeanor designated under state or federal law as a violation of the public trust or any felony for which the candidate has not been pardoned.

**(b)** A statement that discloses the candidate's municipality of residence for voting purposes, and the street and number, if any, on which the candidate resides.

**(5)** The declaration of candidacy is valid with or without the seal of the officer who administers the oath.

**(6)** A candidate for state or local office shall file an amended declaration of candidacy under oath with the same officer or agency if any information contained in the declaration of candidacy changes at any time after the original declaration of candidacy is filed and before the candidate assumes office or is defeated for election or nomination.

...

## 8.30    Candidates ineligible for ballot placement.

**(1)** Except as otherwise provided in this section, the official or agency with whom declarations of candidacy are required to be filed may refuse to place the candidate's name on the ballot if any of the following apply:

**(a)** The nomination papers are not prepared, signed, and executed as required under this chapter.

**(b)** It conclusively appears, either on the face of the nomination papers offered for filing, or by admission of the candidate or otherwise, that the candidate is ineligible to be nominated or elected.

**(c)** The candidate, if elected, could not qualify for the office sought within the time allowed by law for qualification because of age, residence, or other impediment.

**(2)** If no registration statement has been filed by or on behalf of a candidate for state or local office in accordance with s. 11.0202 (1) (a) by the applicable deadline for filing nomination papers by such candidate, or the deadline for filing a declaration of candidacy for an office for which nomination papers are not filed, the name of the candidate may not appear on the ballot. This subsection may not be construed to exempt a candidate from applicable penalties if he or she files a registration statement later than the time prescribed in s. 11.0202 (1) (a).

**(2m)** The official or agency with whom nomination papers and declarations of candidacy are required to be filed shall not place a candidate's name on the ballot if the candidate's name is ineligible for ballot placement under s. 5.05 (2m) (d) 2., 15.61 (3), or 19.49 (2) (c) 2.

**(3)** The official or agency with whom declarations of candidacy are required to be filed may not place a candidate's name on the ballot if the official or agency is prohibited from doing so under s. 19.43 (4) or an ordinance adopted under s. 19.59 (3) (b).

**(4)** The official or agency with whom a declaration of candidacy is required to be filed may not place a candidate's name on the ballot if the candidate fails to file a declaration of candidacy within the time prescribed under s. 8.21.

37

**EL 2.05   Treatment and sufficiency of nomination papers.**

**(1)** Each candidate for public office has the responsibility to assure that his or her nomination papers are prepared, circulated, signed, and filed in compliance with statutory and other legal requirements.

**(2)** In order to be timely filed, all nomination papers shall be in the physical possession of the filing officer by the statutory deadline. Each of the nomination papers shall be numbered, before they are filed, and the numbers shall be assigned sequentially, beginning with the number "1". Notwithstanding any other provision of this chapter, the absence of a page number will not invalidate the signatures on that page.

**(3)** The filing officer shall review all nomination papers filed with it, up to the maximum number permitted, to determine the facial sufficiency of the papers filed. Where circumstances and the time for review permit, the filing officer may consult maps, directories and other extrinsic evidence to ascertain the correctness and sufficiency of information on a nomination paper.

**(4)** Any information which appears on a nomination paper is entitled to a presumption of validity. Notwithstanding any other provision of this chapter, errors in information contained in a nomination paper, committed by either a signer or a circulator, may be corrected by an affidavit of the circulator, an affidavit of the candidate, or an affidavit of a person who signed the nomination paper. The person giving the correcting affidavit shall have personal knowledge of the correct information and the correcting affidavit shall be filed with the filing officer not later than three calendar days after the applicable statutory due date for the nomination papers.

**(5)** Where any required item of information on a nomination paper is incomplete, the filing officer shall accept the information as complete if there has been substantial compliance with the law.

**(6)** Nomination papers shall contain at least the minimum required number of signatures from the circuit, county, district or jurisdiction which the candidate seeks to represent.

**(7)** The filing officer shall accept nomination papers which contain biographical data or campaign advertising. The disclaimer specified in s. 11.1303 (2), Stats., is not required on any nomination paper.

**(8)** An elector shall sign his or her own name unless unable to do so because of physical disability. An elector unable to sign because of physical disability shall be present when another person signs on behalf of the disabled elector and shall specifically authorize the signing.

**(9)** A person may not sign for his or her spouse, or for any other person, even when they have been given a power of attorney by that person, unless sub. (8) applies.

**(10)** The signature of a married woman shall be counted when she uses her husband's first name instead of her own.

**(11)** Only one signature per person for the same office is valid. Where an elector is entitled to vote for more than one candidate for the same office, a person may sign the nomination papers of as many candidates for the same office as the person is entitled to vote for at the election.

**(12)** A complete address, including municipality of residence for voting purposes, and the street and number, if any, of the residence, (or a postal address if it is located in the jurisdiction that the candidate seeks to represent), shall be listed for each signature on a nomination paper.

**(13)** A signature shall be counted when identical residential information or dates for different electors are indicated by ditto marks.

**(14)** No signature on a nomination paper shall be counted unless the elector who circulated the nomination paper completes and signs the certificate of circulator and does so after, not before, the paper is circulated. No signature may be counted when the residency of the circulator cannot be determined by the information given on the nomination paper.

**(15)** An individual signature on a nomination paper may not be counted when any of the following occur:

**(a)** The date of the signature is missing, unless the date can be determined by reference to the dates of other signatures on the paper.

**(b)** The signature is dated after the date of certification contained in the certificate of circulator.

**(c)** The address of the signer is missing or incomplete, unless residency can be determined by the information provided on the nomination paper.

**(d)** The signature is that of an individual who is not 18 years of age at the time the paper is signed. An individual who will not be 18 years of age until the subject election is not eligible to sign a nomination paper for that election.

**(e)** The signature is that of an individual who has been adjudicated not to be a qualified elector on the grounds of incompetency or limited competency as provided in s. 6.03 (3), Stats., or is that of an individual who was not, for any other reason, a qualified elector at the time of signing the nomination paper.

**(16)** After a nomination paper has been filed, no signature may be added or removed. After a nomination paper has been signed, but before it has been filed, a signature may be removed by the circulator. The death of a signer after a nomination paper has been signed does not invalidate the signature.

**(17)** This section is promulgated pursuant to the direction of s. 8.07, Stats., and is to be used by election officials in determining the validity of all nomination papers and the signatures on those papers.


**EL 2.07   Challenges to nomination papers.**

**(1)** The elections commission shall review any verified complaint concerning the sufficiency of nomination papers of a candidate for state office that is filed with the elections commission under ss. 5.05 and 5.06, Stats.; and the local filing officer shall review any verified complaint concerning the sufficiency of nomination papers of a candidate for local office that is filed with the local filing officer under s. 8.07, Stats. The filing officer shall apply the standards in s. EL 2.05 to determine the sufficiency of nomination papers, including consulting extrinsic sources of evidence under s. EL 2.05 (3).

**(2)**

**(a)** Any challenge to the sufficiency of a nomination paper shall be made by verified complaint, filed with the appropriate filing officer. The complainant shall file both an original and a copy of the challenge at the time of filing the complaint. Notwithstanding any other provision of this chapter, the failure of the complainant to provide the filing officer with a copy of the challenge complaint will not invalidate the challenge complaint. The filing officer shall make arrangements to have a copy of the challenge delivered to the challenged candidate within 24 hours of the filing of the challenge complaint. The filing officer may impose a fee for the cost of photocopying the challenge and for the cost of delivery of the challenge to the respondent. The form of the complaint and its filing shall comply with the requirements of ch. EL 20. Any challenge to the sufficiency of a nomination paper shall be filed within 3 calendar days after the filing deadline for the challenged nomination papers. The challenge shall be established by affidavit, or other supporting evidence, demonstrating a failure to comply with statutory or other legal requirements.

**(b)** The response to a challenge to nomination papers shall be filed, by the candidate challenged, within 3 calendar days of the filing of the challenge and shall be verified. After the deadline for filing a response to a challenge, but not later than the date for certifying candidates to the ballot, the elections commission or the local filing officer shall decide the challenge with or without a hearing.

**(3)**

**(a)** The burden is on the challenger to establish any insufficiency. If the challenger establishes that the information on the nomination paper is insufficient, the burden is on the challenged candidate to establish its sufficiency. The invalidity or disqualification of one or more signatures on a nomination paper shall not affect the validity of any other signatures on that paper.

**(b)** If a challenger establishes that an elector signed the nomination papers of a candidate more than once or signed the nomination papers of more than one candidate for the same office, the 2nd and subsequent signatures may not be counted. The burden of proving that the second and subsequent signatures are that of the same person and are invalid is on the challenger.

**(c)** If a challenger establishes that the date of a signature, or the address of the signer, is not valid, the signature may not be counted.

**(d)** Challengers are not limited to the categories set forth in pars. (a) and (b).

**(4)** The filing officer shall examine any evidence offered by the parties when reviewing a complaint challenging the sufficiency of the nomination papers of a candidate for state or local office. The burden of proof applicable to establishing or rebutting a challenge is clear and convincing evidence.

**(5)** Where it is alleged that the signer or circulator of a nomination paper does not reside in the district in which the candidate being nominated seeks office, the challenger may attempt to establish the geographical location of an address indicated on a nomination paper, by providing district maps, or by providing a statement from a postmaster or other public official.



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

_____

## MEMORANDUM

**DATE:**      For the June 10, 2020 Commission Meeting

**TO:**        Wisconsin Elections Commission

**FROM:**      Meagan Wolfe
               Administrator, Wisconsin Elections Commission

**SUBJECT:**   2020 HAVA Election Security Grant Spending Recommendations


On January 6, 2020, the U.S. Elections Assistance Commission ("EAC") sent an email to the Wisconsin Elections Commission ("WEC") announcing Wisconsin's Help America Vote Act ("HAVA") anticipated grant award of $7,818,581 with a 20% match. The match means that over the next two years the state, and our municipalities and counties combined, would have to dedicate approximately $1.5 million toward election security activities. Match funds are not required to be newly appropriated funds and can be existing budget efforts that have been reassigned to election security tasks. At the January 14, 2020 Commission meeting, the Commission directed staff to submit a Wis. Stat. §16.54 request to the Department of Administration requesting the acceptance of HAVA grant funds. That step is complete, and the grant is now available to the Commission.

WEC staff must now prepare a letter to the EAC that provides a high-level outline of how the state plans to use the new HAVA funds. This plan is due to the EAC on June 26, 2020. The plan can be adapted and amended, as necessary, throughout the life of the grant but a preliminary plan must be submitted by this date. Recent changes to the grant terms eliminated the original five-year grant term and permit the use of the HAVA grant funds until exhausted (with no time limit).

WEC staff believes a two-phase approach to spending will ensure funding is used both to secure the 2020 fall elections and to address future, unanticipated security concerns. Much like the security funding made available to states in 2018, ahead of the General Election, we recommend that Phase One include spending necessary to address immediate election security needs prior to November 2020. For Phase Two funds, it is recommended that they be held in reserve to address security needs after November 2020. Based on discussions with agency partners and clerk feedback, the Commission staff propose the following categories be submitted for the initial 2020 HAVA Security grant spending plan:

| Program | Expense |
|---|---|
| Phase 1: New Subgrant for Counties | $3,875,658 |
| Phase 1: Continuation of 2019 Subgrant for Municipalities | $1,206,000 |
| Phase 2: Reserve for Future Security Needs | $2,736,923 |
| Total Grant Award | $7,818,581 |

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Julie M. Glancey | Dean Knudson | Robert Spindell | Mark L. Thomsen

*Administrator*
Meagan Wolfe

**41**

# 1.  PHASE ONE (2020 FUNDS):

## COUNTY SUBGRANT

Commission staff propose that approximately 50% of HAVA Election Security funds be made available to counties with specific 2020 election security needs through a subgrant program.  This subgrant is not an automatic award, but a pool of resources available for counties to meet essential needs prior to the November General Election.  Counties play an instrumental role in elections, with every county responsible for collecting and reporting election results on election night.  While these results are unofficial, they draw a great deal of attention and their accuracy is essential in maintaining public confidence in the system.  Counties are also required by statute to design and distribute ballots to municipalities.  Many counties also maintain the election management software system for their voting equipment and program equipment memory devices for their municipalities.

County clerks are the designated chief election official in their counties, and most counties also perform election administration services for some of their municipalities through WisVote.  Despite these critical roles, counties have not yet benefitted from either of the last two WEC subgrant programs.  The 2019 HAVA Election Security subgrant program allocated $1.1 million to basic cybersecurity needs, but the structure of the grant meant that municipalities received nearly all the disbursed funds.  Likewise, the 2020 CARES subgrant allocates $4.1 million to municipalities but nothing to counties.  Making funds available to counties will ensure they can address any unfunded 2020 election security needs.

Because county roles in elections and technological infrastructure vary so greatly, there is no one item that all counties can purchase to ensure the security of their network and election-related software applications and hardware.  Therefore, staff propose a program that allows counties to assess their unique security environment and then provide an application outlining their needs.  Under this proposal, counties who wish to apply for grant funds will be asked to conduct a deliberate assessment of their current security posture and submit a spending plan to WEC for review and approval.  Then, upon implementation of security measures, counties will submit a final document to WEC outlining how the funds were used and how the county's election security posture has improved.  The WEC will also reserve the right to audit or review documentation of county security efforts to ensure that funds are used to improve security rather than to maintain efforts.

**Purpose**.  Funds may be used to make payments for activities that enhance election technology and make election security improvements, as authorized under sections 101, 103, and 104 of HAVA.  This includes personnel, equipment, and training costs associated with the following federally designated categories:

- Cyber Vulnerabilities
- Physical Security
- Voter Registration Systems and Management
- Election Auditing
- Staff Training
- Communications

2020 HAVA Election Security Grant Spending Recommendations
For the June 10, 2020 Commission Meeting
Page 3

To identify specific needs, counties should perform a deliberate risk assessment and vulnerability management process, if they have not recently done so.  Not all counties are able to conduct deliberate risk assessments due to the lack of people, process, and/or technology.  If necessary, counties can therefore use the grant to both perform the deliberate assessment and take steps to mitigate risks identified through the assessment.

WEC staff will make recommendations to counties, based on size and infrastructure, on the most impactful areas to make changes to ensure their individual security and the statewide election systems as a whole.  In general, the following vulnerability assessments are recommended:

- **Enterprise Risk Assessments/Scans** – Assess risks to core assets, operational processes, and functions.
- **Physical Infrastructure Assets and Systems Risk Assessments/Scans** – Identify and assess vulnerabilities and risks to core physical infrastructure assets and systems.

Risk assessments may be performed by a vendor or software tool depending upon the system being assessed.  Commission staff will, as needed, help counties design a risk assessment and vulnerability management process that meets their needs and budget.  Counties may then apply funds towards needs identified through the process.  Appropriate uses for the funds may include IT support services, staff security training, hardware or software upgrades, intrusion detection systems, data back-up systems, cyber insurance, physical security improvements, and mail processing equipment.  Voting equipment purchases are generally not eligible for the subgrant, however, counties may consult with staff if specific security-related needs exist.

**Proposed Allocation.**  Counties may request funds for specific needs up to the maximum available allocation.  Requests in excess of the maximum allocation may be considered by the Commission after all 72 counties have had the opportunity to request funds.  The maximum allocation consists of a base subgrant of $25,000 per county, plus an additional amount based on the voting-age population.  The additional amount was calculated at a rate of $0.45 per person, based on the 2019 voting age population estimated by the DOA Wisconsin Demographic Services Center.[1]

$$\underset{\text{(Base Allocation)}}{\$25{,}000} \quad + \quad \underset{\text{(Population Based Allocation)}}{\text{Voting Age Population x \$0.45}} \quad = \quad \underset{\text{(Available Subgrant)}}{\text{Maximum Allocation}}$$

These calculations produced a median subgrant award of $39,829 with a range of $26,310 to $348,840 for the smallest and largest counties, respectively.  A full accounting of county subgrant calculations is attached as Exhibit A.

---

[1] https://doa.wi.gov/Pages/LocalGovtsGrants/Demographic_Services.aspx

43

2020 HAVA Election Security Grant Spending Recommendations
For the June 10, 2020 Commission Meeting
Page 4

<u>Base Allocation</u>.  The base award of $25,000 was selected to ensure that all counties have the opportunity to meet common high-cost election security needs based on their individual requirements.  Some common products and services at this price point include:

- Professional cybersecurity assessments cost from $1,500 to $50,000, with additional funds required to remediate issues
- Installation and subscription fees for network intrusion detection devices are approximately $20,000-$24,000
- Network upgrades for a 20-person organization (including server, firewall, switch, etc.) can cost $20,000 or more
- New computers and support IT services for a 10-person organization cost $15,000 to $20,000
- A hardware security module to manage digital keys and encrypt digital signatures is approximately $20,000 to $25,000

<u>Population-Based Allocation</u>.  Because counties vary significantly in size, this proposal includes an additional amount based on the estimated voting age population in each county.  Although the municipal CARES subgrant used the number of registered voters to measure population, this technique does not easily apply to counties, as voters are registered by municipality and some municipalities straddle multiple counties.  As a result, staff used DOA official estimates to instead assess voting age population.  The figure of $0.45 was selected to ensure the total funds allocated to the subgrant represent not more than 50% of the available HAVA grant.

**Application Process.**  Commission staff suggest a seven-month timeline beginning with a two-month window for subgrant applications and ending with compliance reports due in February 2021.  Counties may request an extension of the compliance reporting deadline if necessary.  Key dates in the program are:

| County HAVA Subgrant:  Key Dates | |
|---|---|
| NLT July 1, 2020 | Subgrant Applications Period Opens |
| July 15, 2020 | Deadline to Submit Subgrant Applications |
| NLT July 31, 2020 | Elections Commission Approves or Denies Requests |
| February 1, 2021 | Compliance Reports Due |
| February 15, 2021 | Deadline to Return Unused Funds |

44

2020 HAVA Election Security Grant Spending Recommendations
For the June 10, 2020 Commission Meeting
Page 5

Upon approval of the subgrant program by the Commission, counties will be able to request subgrant funds by submitting a two-part application containing the following information:

| Application Part | Description | Evaluation Criteria |
|---|---|---|
| 1. Subgrant Narrative | A written request containing the following information:<br>• documenting the prior security assessment performed or requesting funds to complete a security assessment<br>• specifying 2020 election security needs<br>• providing a detailed plan for use of the requested funds | See Below |
| 2. Certification Form | A standardized form certifying that the county will meet the terms of the grant, including the filing of expense reports. | Signature Required |

Once a complete request has been received, staff will prepare for the Commission a request summary that assesses the Subgrant Narrative and recommends approval or denial of the request. To evaluate each request, staff will consider the following criteria:

a. Cybersecurity Assessment. Did the jurisdiction complete, and document, an assessment of their security posture applying one of the following cybersecurity standards?
   1. CISA/NIST Cybersecurity Framework (CSF)
   2. ISO 27000 Family of Standards (ISO27k)
   3. CIS Critical Security Controls (CIS Controls)
   If not, the jurisdiction must agree to schedule an external cybersecurity assessment as part of the grant application.

b. Specific Needs. Did the jurisdiction identify specific election security needs within allowable grant purposes and clearly tied to 2020 election security?

c. Remediation Plan. Did the jurisdiction detail a specific and achievable plan to address the stated election security needs prior to November 4, 2020?

Staff will provide grant request summaries to the Commission for review not later than July 31, 2020. Funds will be provided to counties immediately after the Commission approves grant requests.

**Compliance.** Counties will be required to submit a compliance report to the Commission by February 1, 2021 of total expenditures related to election security incurred through December 31, 2021. The subgrant requires documentation of all election security expenditures, whether or not grant funds were applied to the expense. Documenting all expenses – not just grant expenditures – ensures that the HAVA grant match requirement is fulfilled. If a county does not spend the subgrant funds it was allocated, it must return any unused funds by February 15, 2021. Counties will be required to maintain all documentation of purchases made for a minimum of three years from the date of expenditure in case of an audit by the State or Federal government.

45

2020 HAVA Election Security Grant Spending Recommendations
For the June 10, 2020 Commission Meeting
Page 6

<u>RENEWAL OF MUNICIPAL ELECTION SECURITY SUBGRANT</u>

Commission staff also propose renewing the 2019 Election Security Subgrant ("ES Subgrant") program for municipalities that did not apply for the grant prior to the November 15, 2019 deadline. There were 1,005 municipalities that did not apply for a grant. Clerks have reported to WEC many reasons for not applying for the initial grant. Some jurisdictions had compliant devices; others may not have used WisVote at the time of the grant application deadline. Since the initial grant, COVID-19 has changed the way some clerks interact with election technology. Because of the increase in ballots being issued during in-person absentee and absentee by mail many clerks now need to use the WisVote system to manage these requests more efficiently and securely. Other jurisdictions have also had to hire new staff or may have new clerks. These jurisdictions may not have had a need for a grant in 2019 but are now in need due to the changing election security landscape. Designating $1,206,000 will enable the WEC to provide all of these municipalities the full $1,200 subgrant if requested.

**Authorized Use of Funds.** Like the initial election security sub-grant, jurisdictions may only use their grant funds for any of the following needs:

    a.        Compliant hardware
    b.        Professional IT support
    c.        Security training (cyber or physical)

Municipalities will be eligible to apply for funds if they have not yet received a grant in one of these three categories. For example, if a municipality accepted a grant for hardware in 2019 but did not request funding for training, it would be eligible to request funding for training but not for another computer through this grant continuation. Jurisdictions who did not apply for or receive funds through the 2018 grant would be eligible to receive up to $1,200 if they indicated a need in all three categories. It should be noted that many of the in-person training events that were available in 2019 have been suspended in 2020 so other training opportunities will be explored through remote clerk training meetings and events.

**Baseline Subgrant Compliance Standards**. Jurisdictions accepting ES Subgrant funds must agree to meet four baseline compliance standards before spending money on any other election security needs. The four baseline compliance standards are:

    a.        Possess compliant (up-to-date) computer hardware and software
    b.        Possess either in-house or contracted IT support
    c.        Complete WEC Election Security Training Requirements
    d.        Complete an Elections Security Contingency Plan

Detailed compliance standards were previously published in Commission materials for the September 24, 2019 Commission meeting.

**Funding.** ES Subgrant funds will be provided to municipalities in equal amounts up to a maximum of $1,200. Jurisdictions applying for grant funds will indicate what baseline or advanced security items they need. A set amount will then be awarded for each baseline need as follows:

   a.  Jurisdictions indicating the need for a compliant computer will be awarded $600
   b.  Jurisdictions indicating the need for managed IT support will be awarded $500
   c.  Jurisdictions indicating the need to attend training will be awarded $100

**Proposed Disbursement of Funds.** As with the previous Election Security Subgrant, municipalities may request the grant using a request form available on the WEC website. The period to request Municipal Election Security subgrant funds from the WEC will close on September 1, 2020. Once a request has been received, Commission staff will provide a check or transfer funds directly through an electronic transfer of funds to each approved municipality. Municipalities receiving grant funds will be required to submit a compliance form to the Commission no later than December 1, 2020.

| Municipal Election Security Subgrant: Key Dates | |
|---|---|
| NLT July 1, 2020 | Subgrant Applications Accepted |
| September 1, 2020 | Deadline to Submit Subgrant Applications |
| December 1, 2020 | Compliance Forms Due |

## 2.  PHASE TWO (FUTURE FUNDS)

Staff recommend that remaining funds – approximately 35% of the total – be held in reserve for future needs. The COVID-19 crisis demonstrated that unanticipated challenges can arise quickly and produce unexpected and urgent needs. As states have an undesignated amount of time to spend the HAVA funds, staff recommend maintaining a reserve for future allocation. This approximately $2.7 million reserve will allow the Commission to take advantage of new technologies and react to the unexpected. The Commission will also earn interest on these unspent funds. Having funds in reserve will ensure that the state is able to continue to address evolving security needs before and after the November 2020 Presidential Election.

## 3.  RECOMMENDED MOTIONS

**Motion #1:** The Commission directs WEC staff to administer a HAVA Election Security subgrant program to counties at the rate of $0.45 per voting-age resident plus $25,000, not to exceed a total cost of more than $3,835,830.

**Motion #2:** The Commission directs WEC staff to renew the administration of the Election Security subgrant to municipalities at the rate of up to $1,200 per eligible jurisdiction, not to exceed a total cost of more than $1,206,000.

**Motion #3**: The Commission directs WEC staff to submit the 2020 HAVA Security Grant spending plan to the US EAC outlining the two-phase approach outlined above.

47

**Official Final Estimates, 1/1/2019, Wisconsin Counties, with Comparison to Census 2010**

*Source: Wisconsin Demographic Services Center*

| DOA Code | County Name | Census 2010 | Voting Age Census 2010 | Final Estimate 2019 | Voting Age Estimate 2019 | WEC Grant Award ($25,000+(F*0.45)) |
|---|---|---|---|---|---|---|
| 41 | Milwaukee | 947,735 | 711,358 | 946,296 | 719,645 | $ 348,840.25 |
| 13 | Dane | 488,073 | 381,989 | 537,328 | 425,627 | $ 216,532.15 |
| 68 | Waukesha | 389,891 | 296,081 | 405,991 | 312,296 | $ 165,533.20 |
| 05 | Brown | 248,007 | 186,184 | 262,452 | 199,293 | $ 114,681.85 |
| 52 | Racine | 195,408 | 146,898 | 196,487 | 149,691 | $ 92,360.95 |
| 45 | Outagamie | 176,695 | 132,271 | 187,092 | 141,875 | $ 88,843.75 |
| 71 | Winnebago | 166,994 | 130,862 | 170,580 | 135,380 | $ 85,921.00 |
| 30 | Kenosha | 166,426 | 123,597 | 170,071 | 127,991 | $ 82,595.95 |
| 54 | Rock | 160,331 | 120,148 | 160,444 | 121,786 | $ 79,803.70 |
| 67 | Washington | 131,887 | 99,510 | 137,637 | 105,153 | $ 72,318.85 |
| 37 | Marathon | 134,063 | 101,194 | 136,517 | 104,356 | $ 71,960.20 |
| 32 | La Crosse | 114,638 | 90,176 | 119,484 | 95,018 | $ 67,758.10 |
| 60 | Sheboygan | 115,507 | 87,925 | 116,547 | 89,889 | $ 65,450.05 |
| 20 | Fond du Lac | 101,633 | 78,589 | 104,423 | 81,836 | $ 61,826.20 |
| 65 | Walworth | 102,228 | 78,219 | 104,062 | 80,766 | $ 61,344.70 |
| 18 | Eau Claire | 98,736 | 77,867 | 103,159 | 82,376 | $ 62,069.20 |
| 14 | Dodge | 88,759 | 69,180 | 90,032 | 71,059 | $ 56,976.55 |
| 46 | Ozaukee | 86,395 | 66,023 | 89,905 | 69,591 | $ 56,315.95 |
| 56 | St. Croix | 84,345 | 61,462 | 89,692 | 66,196 | $ 54,788.20 |
| 28 | Jefferson | 83,686 | 63,829 | 84,579 | 65,258 | $ 54,366.10 |
| 36 | Manitowoc | 81,442 | 63,232 | 81,643 | 64,202 | $ 53,890.90 |
| 72 | Wood | 74,749 | 57,745 | 75,450 | 59,043 | $ 51,569.35 |
| 50 | Portage | 70,019 | 55,472 | 71,680 | 57,444 | $ 50,849.80 |
| 09 | Chippewa | 62,415 | 47,706 | 64,881 | 50,227 | $ 47,602.15 |
| 57 | Sauk | 61,976 | 47,209 | 63,281 | 48,820 | $ 46,969.00 |
| 11 | Columbia | 56,833 | 43,566 | 57,282 | 44,469 | $ 45,011.05 |
| 08 | Calumet | 48,971 | 35,733 | 53,018 | 38,576 | $ 42,359.20 |
| 22 | Grant | 51,208 | 40,322 | 52,954 | 42,357 | $ 44,060.65 |
| 69 | Waupaca | 52,410 | 40,540 | 52,368 | 41,025 | $ 43,461.25 |
| 42 | Monroe | 44,673 | 33,003 | 46,994 | 35,167 | $ 40,825.15 |
| 03 | Barron | 45,870 | 35,720 | 46,472 | 36,654 | $ 41,494.30 |
| 17 | Dunn | 43,857 | 34,798 | 44,621 | 35,830 | $ 41,123.50 |
| 49 | Polk | 44,205 | 33,705 | 44,536 | 34,392 | $ 40,476.40 |
| 16 | Douglas | 44,159 | 34,694 | 44,468 | 35,381 | $ 40,921.45 |

| DOA Code | County Name | Census 2010 | Voting Age Census 2010 | Final Estimate 2019 | Voting Age Estimate 2019 | WEC Grant Award ($25,000+(F*0.45)) |
|---|---|---|---|---|---|---|
| 48 | Pierce | 41,019 | 31,860 | 42,208 | 33,233 | $ 39,954.85 |
| 59 | Shawano | 41,949 | 32,387 | 41,775 | 32,672 | $ 39,702.40 |
| 38 | Marinette | 41,749 | 33,182 | 41,401 | 33,304 | $ 39,986.80 |
| 43 | Oconto | 37,660 | 29,228 | 38,778 | 30,446 | $ 38,700.70 |
| 23 | Green | 36,842 | 27,889 | 37,086 | 28,426 | $ 37,791.70 |
| 44 | Oneida | 35,998 | 29,359 | 36,285 | 29,977 | $ 38,489.65 |
| 10 | Clark | 34,690 | 24,599 | 34,748 | 24,940 | $ 36,223.00 |
| 63 | Vernon | 29,773 | 21,895 | 30,424 | 22,651 | $ 35,192.95 |
| 62 | Trempealeau | 28,816 | 21,831 | 29,964 | 23,011 | $ 35,354.95 |
| 35 | Lincoln | 28,743 | 22,441 | 28,957 | 22,911 | $ 35,309.95 |
| 15 | Door | 27,785 | 22,709 | 28,650 | 23,731 | $ 35,678.95 |
| 29 | Juneau | 26,664 | 20,991 | 27,232 | 21,726 | $ 34,776.70 |
| 70 | Waushara | 24,496 | 19,662 | 24,517 | 19,932 | $ 33,969.40 |
| 25 | Iowa | 23,687 | 17,798 | 23,896 | 18,190 | $ 33,185.50 |
| 64 | Vilas | 21,430 | 17,621 | 21,798 | 18,159 | $ 33,171.55 |
| 61 | Taylor | 20,689 | 15,600 | 20,849 | 15,924 | $ 32,165.80 |
| 27 | Jackson | 20,449 | 15,818 | 20,832 | 16,320 | $ 32,344.00 |
| 31 | Kewaunee | 20,574 | 15,725 | 20,782 | 16,077 | $ 32,234.65 |
| 01 | Adams | 20,875 | 17,454 | 20,630 | 17,451 | $ 32,852.95 |
| 34 | Langlade | 19,977 | 15,762 | 20,086 | 16,054 | $ 32,224.30 |
| 24 | Green Lake | 19,051 | 14,663 | 19,224 | 14,985 | $ 31,743.25 |
| 53 | Richland | 18,021 | 13,821 | 18,007 | 13,987 | $ 31,294.15 |
| 33 | Lafayette | 16,836 | 12,487 | 17,002 | 12,764 | $ 30,743.80 |
| 58 | Sawyer | 16,557 | 13,103 | 16,893 | 13,550 | $ 31,097.50 |
| 12 | Crawford | 16,644 | 12,920 | 16,669 | 13,111 | $ 30,899.95 |
| 66 | Washburn | 15,911 | 12,679 | 16,027 | 12,938 | $ 30,822.10 |
| 02 | Ashland | 16,157 | 12,413 | 15,946 | 12,405 | $ 30,582.25 |
| 07 | Burnett | 15,457 | 12,375 | 15,524 | 12,598 | $ 30,669.10 |
| 39 | Marquette | 15,404 | 12,319 | 15,390 | 12,469 | $ 30,611.05 |
| 04 | Bayfield | 15,014 | 12,161 | 15,335 | 12,571 | $ 30,656.95 |
| 55 | Rusk | 14,755 | 11,440 | 14,919 | 11,722 | $ 30,274.90 |
| 51 | Price | 14,159 | 11,460 | 14,216 | 11,656 | $ 30,245.20 |
| 06 | Buffalo | 13,587 | 10,566 | 13,707 | 10,796 | $ 29,858.20 |
| 21 | Forest | 9,304 | 7,261 | 9,195 | 7,268 | $ 28,270.60 |
| 47 | Pepin | 7,469 | 5,765 | 7,431 | 5,809 | $ 27,614.05 |
| 26 | Iron | 5,916 | 4,935 | 5,894 | 4,982 | $ 27,241.90 |

49

| DOA Code | County Name | Census 2010 | Voting Age Census 2010 | Final Estimate 2019 | Voting Age Estimate 2019 | WEC Grant Award ($25,000+(F*0.45)) | |
|----------|-------------|-------------|------------------------|---------------------|--------------------------|-------------------------------------|---|
| 19 | Florence | 4,423 | 3,649 | 4,475 | 3,739 | $ | 26,682.55 |
| 40 | Menominee | 4,232 | 2,853 | 4,265 | 2,912 | $ | 26,310.40 |
| **STATE TOTAL** | | **5,686,986** | **4,347,488** | **5,843,443** | **4,524,066** | $ | 3,835,829.70 |
| | | | | | **MEDIAN:** | $ | 39,828.63 |



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

_____

### MEMORANDUM

**DATE:**     For the June 10, 2020 Commission Meeting

**TO:**     Members, Wisconsin Elections Commission

**FROM:**     Meagan Wolfe
Administrator, Wisconsin Elections Commission

Prepared by Elections Commission Staff

**SUBJECT:**     Commission Staff Update


Since the last Elections Commission Staff Update (February 27, 2020), staff of the Commission focused on the following tasks:

1. **General Activities of Election Administration Staff**

Spring Primary and Special Primary for Congressional District 7

At the spring primary on February 18, 2020, voters narrowed the field of candidates for Justice of the Supreme Court, Milwaukee County Circuit Court Judge, Branch 5 and various local offices.  There were two Democratic candidates and two Republican candidates for the special primary for Representative in Congress, District 7 which was held in conjunction with the spring primary.  The primary canvasses were certified on March 3, 2020 by Administrator Wolfe, designee of Chairperson Knudson.

The Spring Election and Presidential Preference Vote

The Spring Election and Presidential Preference Vote was held on April 7, 2020 and proved to be an election to remember.  Despite the COVID-19 threat, rapidly changing court decisions and a stay-at-home order, county and municipal clerks and election inspectors adapted quickly and carried off the safest and most efficient election possible under the circumstances.
The canvass of the Spring Election and Presidential Preference Vote was certified on May 4, 2020 by Administrator Wolfe, designee of Chairperson Knudson.

Special Election for Congressional District 7

The special election was conducted on May 12, 2020.  A preliminary certification of the winner was emailed to the Clerk for the U.S. House of Representatives per that office's request.  The special election is scheduled for certification at the Commission meeting on June 10, 2020, after which the winner will be

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Julie M. Glancey | Dean Knudson | Robert Spindell | Mark L. Thomsen

_____
*Administrator*
Meagan Wolfe

**51**

issued a Certificate of Election and a formal certification will be sent to the U.S. House of Representatives.

## 2.    Badger Voters

The Badger Voters program has seen an increase in activity due to the addition of candidate nomination paper access.  This service allows requestors to go to Badger Voters and choose a candidate name from a dropdown screen to receive a download link for an Adobe .pdf file of that candidate's submitted papers. As of June 4, 2020, we have had 307 requests.  Customer feedback has been overwhelmingly positive regarding the new process.  Voter list and absentee requests have increased due to the April 7 Spring Election and Presidential Preference Vote and the May 12 Special Election Representative in Congress District 7.

The following statistics summarize voter data requests through May 31, 2020.

| Fiscal Year | Total Number of Requests | Requested Files Purchased | Percentage of Requests Purchased | Total Revenue |
|---|---|---|---|---|
| FY2020 to Date | 868 | 619 | 71.30% | $612,283.00 |
| FY2019 | 617 | 473 | 76.6% | $328,015.00 |
| FY2018 | 706 | 517 | 73.2% | $182,341.00 |
| FY2017 | 643 | 368 | 57% | $234,537.35 |
| FY2016 | 789 | 435 | 55% | $235,820.00 |
| FY2015 | 679 | 418 | 61.56% | $242,801.25 |
| FY2014 | 371 | 249 | 67.12% | $125,921.25 |
| FY2013 | 356 | 259 | 72.75% | $254,840.00 |
| FY2012 | 428 | 354 | 78.04% | $127,835.00 |

## 3.    Election Voting and EDR Postcard Statistical Reporting

Commission staff continue to work with municipal and county clerks to meet reporting requirements following the 2020 Spring Primary and Congressional District 7 Special Primary, 2020 Spring Election and Presidential Preference Vote, and 2020 Special Congressional District 7 Election.

Per state statute, initial reporting of the Election Administration and Voting Statistics Report data is due to be reported to the state no later than 30 days after an election and the state is to report this data on their website no later than seven days after the municipal reporting deadline.  Managing and reconciling the additional data proves challenging for some municipalities and requires more staff involvement.  In cases where a jurisdiction cannot reconcile voting statistics, Commission staff work with individual clerks to ensure all reasonable efforts are applied to ensure the accuracy of their data.

As of June 4, 2020, there are 388 municipalities with outstanding reports for the 2020 Spring Primary and Congressional District 7 Special Primary and 517 municipalities with outstanding reports for the 2020 Spring Election and Presidential Preference Vote Election.  The initial reporting for the 2020 Special

Congressional District 7 Election will be due June 11 and therefore is not available as of the writing of this report.

The Election Day Registration (EDR) Postcard Statistics for the spring 2020 elections are just starting to come due. By statute, this report is to be initially reported within 90 days after an election and then updated monthly until there is a full accounting of all EDR postcards.

Initial reporting for the 2020 Spring Primary and Congressional District 7 Special Primary has been delayed slightly due to the extra workload municipal, county and WEC staff have faced with the April and May elections. An initial reminder has been sent to clerks as of June 4, 2020 to complete their EDR Postcard reporting to us as soon as possible so we can get that posted to the website. Statistics for this will be available in the next staff update.

### 4.   Education/Training/Outreach/Technical Assistance

Following this memorandum as Attachment 1 is a summary of information regarding initial certification and focused election administration training conducted by WEC staff since the last commission meeting in February. In preparation for the Spring Election, the training team and elections specialists continued to focus on providing information and guidance about basic election processes, such as voter registration, proof of residence and photo ID requirements. Commission staff also reviewed more complex election administration procedures, such as processing absentee ballots and counting write-in votes on Election Day.

Staff provided specialized election training through its election administration and WisVote webinar training series, including a review of Election Day procedures and early preparation work in the WisVote system for the fall elections. Staff developed webinar training on special polling place procedures, contingency planning and emergency preparedness due to COVID-19. Staff also provided targeted webinar training for clerks in the 7th Congressional District before the May 12 Special Election.

The Election Administration Manual has been revised to incorporate statutory references as required by state law and will be posted shortly for public comment.

Staff was scheduled to attend a variety of annual conferences and district meetings of county and municipal clerks in the spring and summer. Several were postponed to a later date and the rest were cancelled due to COVID-19. Staff will be looking into other means of providing updates and training to the clerks and their election workers going into the fall.

### 5.   Badger Books

After much preparation and training, 53 new municipalities implemented Badger Books during the Spring Primary, bringing the total number of municipal owners that used the technology from 17 to 70 in one election. While transition and new technology are inevitably coupled with growing pains and steep learning curves for clerks and election inspectors, the overall the implementation was successful. The new technology was well received by both the clerks and voters. Preparation for the Spring Election was unexpectedly shadowed by a worldwide pandemic, and most of the Badger Book municipalities used the devices while implementing new guidelines for social distancing and disinfecting screens between voters.

The Badger Book team continues to obtain feedback from clerks and is currently focusing on improving the usability of the software to improve the experience of clerks, election inspectors, and ultimately voters, with a high-level look at software interface and connectivity. The team expects to deploy a software update prior to the Partisan Primary to implement some of these improvements.

## 6.   Accessibility

The upcoming Accessibility Advisory Committee meeting is scheduled for June 23 from 9 a.m. to 12 p.m. via video conference. The Committee will discuss the complaint process, voting equipment, updating the Polling Place Accessibility Survey for clerks, and discuss the upcoming elections.

The accessibility budget has $4,460 remaining for FY20. WEC staff plan on purchasing signage for curbside voting, digital slope readers for the accessibility reviews, and replenishing existing accessibility stock. Clerks may continue to order these accessibility supplies for their polling places at no cost.

Accessibility polling place reviews for both the April and May election were cancelled due to COVID-19 related concerns and staff are waiting to decide whether audits will be conducted during the August election. However, WEC staff will continue to include accessibility training into webinars and online materials to promote polling place accessibility. Supplies will still be available for clerks to order for their polling places to reduce barriers for voters.

The website that clerks and WEC staff use to review the accessibility reviews (accesselections.wi.gov) is being updated. The new website will reconnect to WisVote to allow WEC staff to view past reviews more easily and potentially connect features to MyVote for voters, such as what type of voting equipment each polling place uses. WEC staff hope to have the project completed by the end of 2020.

A new accessibility concern form was created on the WEC website (https://elections.wi.gov/form/accessibility-complaint). This form directs users to select their category of concern, describe the incident, and provide any information that is relevant (options include name, polling place location, and contact information of the user). The form will allow WEC staff to follow up promptly with accessibility-related concerns.

## 7.   Complaints

Elections Administration staff and Staff Counsel have continued to process and resolve formal complaints related to the actions of local election officials, as well as informal inquiries submitted by voters and the public. For a complaint against a local election official to be processed in accordance with Wis. Stat. § 5.06, an elector of a jurisdiction must file a written sworn complaint. Since January 1, 2020, the Commission has received thirteen Wis. Stat. § 5.06 complaints, two of which are still outstanding. In addition, staff frequently handles informal complaints and inquiries submitted through telephone calls, emails or through the agency's website, which are typically resolved promptly through a phone call, or email with the complainant and local election officials if necessary. Since January 1, 2020, the agency has received a total of 1,147 through the website, most of which were messages to the Commission about whether or not to conduct the April 7, 2020 election during the public health emergency. Complaints filed under Wis. Stat. § 5.05 are confidential and decided by the Commission in

closed session.  Since January 1, 2020, the Commission has received eight complaints under Wis. Stat. § 5.05, five of which are on the closed session agenda for this meeting.

8. **Absentee Process Improvements Project Update**

Staff continue to work with clerk committees and voters to improve the absentee voting experience due to the unprecedented increase in utilization of by mail absentee voting.  Improvements are scheduled for "go-live" on June 15.

Voters are much more inclined now to use the MyVote website for voter information and expect ballot tracking information to be comparable to their experiences with eCommerce tracking.  Improvements implemented or under development include updating the MyVote user interface to improve confidence in a successful completion of the request and improve tracking of the absentee ballot from issuance to participation recording.  MyVote Usability testing was conducted with users during mid-May with voters along with a mock redesign of the EL-121 (Application for Absentee Ballot) and EL-122 (Absentee Certificate Envelope).  The above improvements will help limit voter confusion and inquiries to WEC staff and clerks.

For election officials, improvements implemented or under development include replacing the manual process of entering absentee applications for those received via MyVote requiring clerks to verify that an acceptable photo ID was attached.  The new MyVote pending process will allow clerks to accept or decline applications after viewing the uploaded photo ID without additional data entry.  Improvements to the absentee workflow in WisVote include:

- Limiting manual absentee application entry points into WisVote
- Updating the batch process used for issuing ballots and printing labels in large quantities
- Integration of intelligent mail barcodes (IMB) on absentee ballot envelope address labels printed from WisVote to facilitate the tracking of absentee ballots processed by the United State Postal Service en route to the voter
- Automatic deactivation of absentee applications for ballots returned as undeliverable
- Updating the absentee ballot reports to meet clerk needs

In addition to WisVote manual and tutorial updates, live WisVote training with elections officials on recent absentee updates will be conducted via a series of webinars.

9. **CARES Subgrant Status**

On May 27, the Commission approved the plan to administer a CARES Subgrant Program to municipalities.  This program would allow WEC Staff to distribute funds to Wisconsin Municipalities in the form of a base subgrant of $200, regardless of size, plus $1.10 per registered voter.  On June 4, the WEC Staff presented two CARES Subgrant Program Webinars for the municipal clerks, one in the morning and one in the evening.  The turnout for these webinars had 386 attending the morning session and 61 attending the evening session.  This webinar covered the purpose of the program, the process, and the details of the CARES Subgrant Agreement they will be required to sign to receive funds.

In light of Governor Evers' new Routes to Recovery subgrant to municipalities and counties using more general CARES Act federal funds, staff has been making slight revisions to our elections-specific CARES subgrant to compliment Routes to Recovery and best fund the clerks' pandemic-related needs. We are learning more information as we write this but are still on track to release our subgrant to municipalities the week of June 8.

The CARES Subgrant Agreement form will be emailed to all municipal clerks by the end of the week of June 8. Additionally, staff has created for clerks a CARES Subgrant Expenditures Tracking Template and a CARES Subgrant Reporting Template. Staff is also working to assemble a Frequently Asked Questions (FAQ) document with answers to questions we received during the webinars. This package of documents, along with a clerk communication explaining any updates to the program, will be distributed along with the CARES subgrant agreement. It will also be available on the WEC website for download.

10. **Voting Equipment**

During the current reporting period, voting equipment staff fielded numerous Engineering Change Orders (ECOs) from Clear Ballot Group, ES&S, and Dominion Voting Systems, the three voting equipment vendors authorized to conduct business in Wisconsin. ECOs submitted dealt with a range of issues, from component end of life replacement, to software updates designed to ensure seamless results transmission on election night.

Staff reviewed relevant documentation and developed recommendations for each of the nine ECOs, forwarding them to Administrator Wolfe for consultation with the Chair of the Commission. Each of the nine ECOs were approved. Vendors have been notified and will implement the ECOs on a timeline arranged with their customers. Below is an inclusive list of the ECOs received with a brief description of each.

<u>**Election Systems and Software (ES&S):**</u>
- ECO 1055
  - Addition of a wheeled cart to the DS200 collapsible ballot box
- ECO 1074
  - Addition of two scheduled tasks to remove files cached in the Election Management System/minor changes to Windows Task Manager
- ECO 1084
  - Addition of an hourly ping notification to be sent from the EMS firewall to the Cradlepoint router, keeping it from going idle on election day
  - Addition of an auxiliary antenna for systems running on the Verizon Zero Tunnel to improve signal strength where the Cradlepoint router may be housed deep within a building

<u>**Dominion Voting Systems:**</u>
- ECO 100421
  - Approval for replacement memory cards to reflect commercial availability of currently certified memory cards
- ECO 100657
  - Approval to replace ballot marking printer with commercially available comparable component

**Clear Ballot Group:**

- HW-873
    - Approval to replace an end-of-life laptop with a comparable component
- HW-879
    - Approval to replace an end-of-life scanner with a comparable component
- HW-880
    - Approval to replace a different end-of-life scanner with a comparable component
- HW-1086
    - Approval to replace an end-of-life accessible keypad with a comparable component

On April 24, 2020, Election Systems and Software (ES&S) submitted an application for the testing and consideration of system version EVS 6.0.4.3. EVS 6.0.4.3 is an EAC certified update to a previously certified system, EVS 6.0.4.0. There was a single component of EVS 6.0.4.0, the ExpressVote tabulator (EVT), which was not approved by the Commission for use in Wisconsin. The EVT functions both as a ballot marker and a tabulator, allowing purchasing jurisdictions to the possibility of forgoing the additional purchase of a DS200.

Staff held conversations with both ES&S and Taylor County regarding the possibility of a test campaign for EVS 6.0.4.3 in 2020. In all conversations, the stated position of staff has been that a 2020 test was not feasible. With a full election schedule, various ongoing agency projects, and the additional considerations of COVID-19, the time and resources required to coordinate and execute a full voting equipment test campaign are not available in 2020.

Due to these impediments, as well as Taylor County rescinding their request, staff recommended to the Commission that a full test campaign for EVS 6.0.4.3 be postponed until 2021. Commissioners accepted the staff recommendation. Should ES&S maintain interest in testing for EVS 6.0.4.3, staff will work with them to conduct a full test in 2021.

Voting equipment staff has also begun coordination planning for the 2020 voting equipment audit. State law requires an equipment audit after each General Election. Staff is working to formalize plans for presentation to the Commission at its September meeting.

11. **Communications Report**

Between February 13 and May 30, 2020, the Public Information Officer (PIO) engaged in the following activities in furtherance of the Commission's mission:

During this period, the Wisconsin Elections Commission faced unprecedented communications challenges. The COVID-19 pandemic growing during the April 2020 Spring Election and Presidential Preference Primary produced a flood of communications with voters, local election officials, other state and federal agencies involved in the pandemic emergency response, legislative offices and the news media. While the pandemic put Wisconsin elections in the national spotlight, other unrelated events also required significant attention and specific communications.

Voters: Following the WEC's special meeting March 12 to deal with COVID-19 issues, the PIO and WEC staff began communicating with the voting public via news release through the media about

clerks being directed to not send special voting deputies to nursing homes and to relocate polling places from nursing homes.  On March 13, we issued the first news release urging voters to request absentee ballots for the April 7 election.  Several subsequent news releases promoted absentee voting by highlighting the growing number of absentee ballot requests voters were making of clerks.

The PIO worked with our advertising agency, KW2, to create social media posts and artwork designed to encourage voters to request absentee ballots and return them in time to be counted.  Significant time was spent consulting with political parties, groups and individuals who were looking for guidance in their communications with voters.

Many voters also communicated back to the Commission.  More than 1,000 people used the WEC's website comment form to send messages, mostly urging a postponement or cancellation of the election due to the pandemic.  Unfortunately, staff did not have time to respond to most of these messages.  Some voters with questions about absentee voting or problems receiving or returning their ballots also used the website form, and staff responded to as many of those as possible.  More than 900 contacted the WEC Help Desk via email with messages about whether to hold the election as scheduled.  Staff took hundreds of phone calls as well.

Litigation aimed at delaying the election or changing registration and voting deadlines also created significant confusion among voters as court orders and appeals adjusted the rules, including the US Supreme Court decision.  There was also litigation involving statements by the Dane County and Milwaukee County clerks about absentee voting.  Those statements and the litigation also caused confusion and required clarifications by WEC staff.

Local Election Officials:  The pandemic generated significant increases in communication with municipal and county clerks, much of it flowing through the agency's website.  The PIO designed pages dedicated to COVID-19 for clerks and worked closely with staff on the Website Team to create, edit and coordinate posting of content for these pages.  The PIO also created news release templates for clerks about absentee voting and poll worker recruitment.

State Emergency Operations Center (SEOC):  The PIO worked out of Wisconsin's SEOC at the National Guard headquarters for the first day of its operation and participated in numerous conference calls with other state agency communications officers in March and April.  We coordinated several communications efforts with the National Guard and its involvement in providing supplies to local election officials and poll workers to clerks in need on Election Day.  The SEOC was also helpful in coordinating responses to many media inquiries during this time.

Media:  The COVID-19 pandemic produced intense interest among local, state and national media in Wisconsin, focused on whether the April 7 election would occur and what the state was doing to help local election officials.  Administrator Wolfe and the PIO gave numerous interviews to media outlets throughout Wisconsin and across the country.

In addition to the pandemic, there was also continued interest in the ERIC movers list litigation and election security for the Spring Primary and Spring Election.  Finally, the WEC's partnership with the Rock County Clerk and the Town of Fulton Clerk to test Microsoft's Election Guard system at the Spring Primary generated significant media interest.  The test involved much media coordination with the vendors and clerks involved, as Microsoft invited several national media outlets to Wisconsin to

Commission Staff Update
For the June 10, 2020 Commission Meeting
Page 9

observe the test. This resulted in several local and national news stories at the time and continued to produce occasional media inquiries into late May.

Election Security: News media and public inquiries about election cyber security issues were overtaken by pandemic issues, but still continue. The PIO continued working closely on this with the Elections Security Team, county and municipal clerks, staff of the National Association of State Election Directors, voting equipment vendors, in addition to the Administrator and other senior agency staff.

In March, the PIO and other staff began working on adapting the Election Security Public Information Program for the new reality of COVID-19 concerns, specifically focusing on the security of absentee voting.

Public Records: The Commission received and responded to many public records requests during the period of this report, with a significant number related to the April election and absentee voting. Fulfillment of some of these requests has been delayed, unfortunately, but staff continues to work on them. Several organizations made public records requests to all clerks for election data from April 7, and WEC staff has helped coordinate responses to those requests where that information would be available in a statewide report from the WEC.

Commission Meetings: The pandemic also presented several challenges regarding WEC meetings, and staff experimented with several teleconference and videoconference options before settling on Zoom. That platform permits webinars with commissioners and key staff members serving as presenters and members of the public as webinar participants. Allowing greater public participation in WEC meetings is staff's next goal for the June 10 meeting.

## 12. Elections HelpDesk/Customer Service Center

The Elections Help Desk staff is supporting more than 2,000 active WisVote users while also answering calls and emails from the public and election officials. Staff is monitoring state enterprise network and data center changes and status, and processing Voter Address Verification postcards. Help Desk staff has been serving on and assisting various project teams. Staff continues to maintain WisVote user and clerk listserv email lists and contact information, administering Elections Commission's Exchange email system. The staff continues to administer the WisVote Active Directory system and the Elections Learning Center, maintaining system security. Most recently staff has been assisting with Nomination Paper processing.

Customer Service Call Volume
608-266-8005    608-261-2028

| | |
|---|---|
| February 2020 | 3,673 |
| March 2020 | 7,101 |
| April 2020 | 6,096 |
| May 2020 | 1,527 |
| **Total for Reporting Period** | 18,397 |

## 13. Financial Services Activity

Commission Staff Update
For the June 10, 2020 Commission Meeting
Page 10

- On February 17, 2020, staff completed and submitted to the Wisconsin Department of Administration (DOA) State Controller's Office (SCO) our annual Certification of Bank Accounts and Reconciliation.

- On April 1, 2020, staff reviewed and submitted to DOA our approval of the DOA-Agency Cooperative Agreement template.

- On April 7, 2020, staff received from the U.S. Election Assistance Commission (EAC) our Notice of Grant Award for the federal 2020 HAVA Coronavirus Aid, Relief and Economic Security (CARES) Act, awarding $7,332,471 to Wisconsin with a required state match of $1,466,494.

- On April 8, April 9, and May 13, 2020, staff attended training webinars on the application and reporting for FEMA grants.

- On April 9, April 10, April 15, and April 16, 2020, staff participated in conference calls with the EAC to better understand the 2020 CARES Act grant process, requirements, and allowable uses.

- On April 20, 2020, staff submitted to the EAC our official request to receive Wisconsin's share of the 2020 CARES Act grant.

- On April 27, 2020, staff accepted the wire transfer of $7,332,471 for the 2020 CARES Act federal grant and set the system accounting to track expenditures.

- On April 27, 2020, staff submitted to the EAC the 20-day post-election financial report summarizing the April 7 election.

- On April 29, 2020, staff submitted to the EAC the Mid-Year Spending Report for the Election Security grants.

- On April 29, 2020, staff was granted EAC permission to utilize a 10% de minimus indirect cost rate for both the 2020 Election Security grant and for the 2020 CARES Act grant.

- On May 15, 2020, staff submitted to the State Budget Office (SBO) the first of recurring Agency Cost Tracking reports detailing COVID-19 costs.

- On May 24, 2020, staff increased the TAPFIN Purchase Orders by $16,900 to cover IT developers' overtime through June 30, 2020.

- On May 29, 2020, staff submitted the second required Agency Cost Tracking report to the SBO, detailing COVID-19 costs.

- On June 1, 2020, staff submitted to the EAC the 20-day post-election financial report summarizing the May 12 election.

- Staff has continued to perform and submit to the SCO scheduled month-end close queries, inquiries, and reports.  Staff conducted necessary adjusting entries to resolve any found errors

- Staff has continued to participate in monthly DOA user group webinars pertaining to Project Costing and Billing and Accounts Receivable.

- Staff has continued to participate in the Financial Leadership Council meetings at SCO.

## 14.  Procurements

The following Purchase Orders totaling $266,880.21 have been processed since the February 27, 2020 Commission meeting:

- A $1,375.44 Purchase Order was written to SHI International Corporation for Acrobat licenses for WEC Staff.

- A $15,990.18 Purchase Order was written to Beyond Vision Call Center to assist with increasing incoming phone calls and emails.

- A $1,766.55 Purchase Order was written to DI & Associates for temporary staff to conduct accessibility audits for the February 18, 2020 Spring Primary.

- A $13,593.14 Purchase Order was written to Paragon Development Systems (PDS) for 11 laptops with docking devices for work from home abilities.

- A $875.00 Purchase Order was written to PDS for power sources for Continuity of Operations Planning (COOP).

- A $395.00 Purchase Order was written to PDS for additional power cords for laptops.

- A $1,500.00 Purchase Order was written to Environmental Systems for an ArcGIS desktop standard Global Information System (GIS) license.

- A $130.90 Purchase Order was written to Cenveo for general WEC envelopes.

- A $5,468.00 Purchase Order was written to Knupp, Watson, & Wallman (KW2) for design of the ERIC EBU mailer.

- A $1,646.00 Purchase Order was written to Gordon Flesch for a remote high-speed scanner for nominating paper records accessibility.

- A $209,240.00 Purchase Order was written to KW2 for communications regarding absentee voting processes.

Commission Staff Update
For the June 10, 2020 Commission Meeting
Page 12

- A $14,900.00 Purchase Order was written to Wisconsin Interactive Network (WIN) for load testing and consulting on our websites.

   **All purchases accurately followed the Wisconsin State Procurement Process.**

## 15.   Meetings and Presentations

WEC staff attended the following events since the February 27, 2020 Commission meeting.

| | |
|---|---|
| February 28: | Wisconsin Towns Association District Meeting in La Crosse |
| February 29: | Wisconsin Towns Association District meeting in Eau Claire |
| March 2-6: | SANS Cybersecurity Training hosted by DET |
| March 6: | Wisconsin Towns Association District Meeting in Ripon |
| March 7: | National Federation of the Blind Meeting |
| | Wisconsin Towns Association District Meeting in Manitowoc |
| March 10-11: | WEM Governor's Conference on Homeland Security |
| March 13: | Wisconsin Towns Association District Meeting in Barneveld |

## 16.   Delegation of Authority

The Administrator of the State of Wisconsin Elections Commission used the delegated authority provided by the Commission to authorize the following:

- Purchases and expenditures as listed above
- Issuance of Engineering Change Orders in consultation with the Chair as listed above
- Issuance of complaint resolution letters in consultation with the Chair as reported

62

**ATTACHMENT #1**

Wisconsin Elections Commission's Training Initiatives
2/27/2020 – 6/10/2020

| Training Type | Description | Class Duration | Target Audience | Number of Classes | Number of Students |
|---|---|---|---|---|---|
| Municipal Clerk | 2005 Wisconsin Act 451 requires that all municipal clerks attend a state-sponsored training program at least once every 2 years.<br><br>MCT Core class is available in the WisVote Learning Center. | 3 hours | All municipal clerks are required to take the training; other staff may attend. Clerks may attend refresher once per 2-year term. | In-Person:  0<br><br>16-section presentation with quizzes | 0<br><br>44 |
| Chief Inspector | Required training for new Chief Inspectors before they can serve as an election official for a municipality during an election.<br><br>CIT Baseline class is available in the WisVote Learning Center and on the Commission website. | 2-3 hours | Election workers for a municipality. Current chiefs and clerks may attend refresher once per 2-year term. | In-Person:  0<br><br>7-section presentation with self-evaluation | 0<br><br>174 |
| Election Administration and WisVote Training Webinar Series | Series of programs designed to keep local government officials up to date on the administration of elections in Wisconsin. | 60 + minute webinar training sessions hosted and conducted by Commission staff. | County and municipal clerks, chief inspectors, poll workers, election registration officials, and school district clerks. | 5/6/2020:  Best Practices from the Spring Elections; 4/30/2020: Election Day Procedures for 7th Congressional District; 4/28/2020:  WisVote Grab-Bag; 4/23/2020:  Post-Election & Early Prep for Fall Election; 4/3/2020: Federal Court Decision Updates; 3/31/20920: Polling Place Procedures (COVID-19); 3/16/2020: COVID-19 Contingency | 50 – 500 per live webinar; posted to website for clerks to use on-demand. |

Page 1 of 2

**ATTACHMENT #1**

Wisconsin Elections Commission's Training Initiatives
2/27/2020 – 6/10/2020

| | | | | | |
|---|---|---|---|---|---|
| | | | | Planning;  3/11/2020: 2020 April and Presidential Preference Election; 3/4/2020:  Election Day Duties | |
| WisVote Training | Online training in core WisVote functions – how to navigate the system, how to add voters, how to set up elections and print poll books. | Varies | New users of the WisVote application software. | Online | Not tracked |



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

---

## MEMORANDUM

**DATE**:      For the June 10, 2020 Commission Meeting

**TO**:        Members, Wisconsin Elections Commission

**FROM**:      Meagan Wolfe
           Administrator, Wisconsin Elections Commission

**SUBJECT**:   2020 General Election Ballot Template

The sample ballots that accompany this memorandum represent the proposed ballot formats for the 2020 General Election and are presented to the Wisconsin Elections Commission for approval. Included are templates for optical scan ballots and hand-count paper ballots.

General instructions to voters regarding how to correctly mark each type of ballot and how to obtain assistance remain unchanged. In addition to the typical ballots utilized during General Elections, i.e., those which list all contests and those which list only federal contests, a Presidential Election also requires a Presidential-only ballot for individuals who have moved to or from Wisconsin and have been unable to properly establish residency in either Wisconsin or their new state of residence prior to the election.

Sample ballots will be posted to the agency website upon approval by the Commission.

## Recommended Motion:

The Commission approves the sample ballot designs presented by staff and directs staff to utilize the templates for the 2020 General Election.

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Julie M. Glancey | Dean Knudson | Robert Spindell | Mark L. Thomsen

---

*Administrator*
*Meagan Wolfe*

**65**

# Official Ballot
## Partisan Office
## November 3, 2020

**Notice to Voters:** If you are voting on Election Day, your ballot must be initialed by two election inspectors. If you are voting absentee, your ballot must be initialed by the municipal clerk or deputy clerk. Your ballot may not be counted without initials. (See back of ballot for instructions).

| Instructions to Voters | Congressional | County |
|---|---|---|

### Instructions to Voters

If you make a mistake on your ballot or have a question, ask an election inspector for help. (Absentee voters: contact your municipal clerk).

To vote for a name on the ballot, make an "X" or other mark in the square next to the name like this: ☒

To vote for a name that is not on the ballot, write on the line marked "write-in."

### Federal

When voting for President and Vice President, you have one of two choices:
- Vote for candidates on one ticket, *or*
- Write in names of persons on both write-in lines

A write-in vote for only a vice presidential candidate **will not be counted.**

**President**
**Vice President**
**Vote for 1**

☐ President/
  Vice President
  (party or statement of principle)

☐ President/
  Vice President
  (party or statement of principle)

☐ President/
  Vice President
  (party or statement of principle)

☐ President/
  Vice President
  (party or statement of principle)

☐ President/
  Vice President
  (party or statement of principle)

_____ /
Write-in (President)

_____
Write-in (Vice President)

**Continue voting at top of next column.**

### Congressional

**Representative in Congress**
**District _____**
**Vote for 1**

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

Write-in:

### Legislative and State

**State Senator**
**District _____**
**Vote for 1**

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

Write-in:

**Representative to the Assembly**
**District _____**
**Vote for 1**

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

Write-in:

**District Attorney**
**Vote for 1**

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

Write-in:

**Continue voting at top of next column.**

### County

**County Clerk**
**Vote for 1**

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

Write-in:

**County Treasurer**
**Vote for 1**

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

Write-in:

**Register of Deeds**
**Vote for 1**

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

Write-in:

**Surveyor**
**Vote for 1**

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

☐ Candidate
  (party or statement of principle)

Write-in:

# Official Ballot
## Partisan Office and Referendum
### November 3, 2020

Notice to voters: if you are voting on Election Day, your ballot must be initialed by two (2) election inspectors. If you are voting absentee, your ballot must be initialed by the municipal clerk or deputy clerk. Your ballot may not be counted without initials (see end of ballot for initials).

| General Instructions | Congressional | Legislative and State (cont.) |
|---|---|---|
| If you make a mistake on your ballot or have a question, ask an election inspector for help (absentee voters: contact your municipal clerk). | **Representative in Congress**<br>**District __**<br>**Vote for 1** | **District Attorney**<br>**Vote for 1** |
| To vote for a name on the ballot, fill in the oval next to the name like this: ⬤ | ◯ **Candidate**<br>(party or statement of principle) | ◯ **Candidate**<br>(party or statement of principle) |
| To vote for a name that is not on the ballot, write the name on the line marked "write-in" and fill in the oval next to the name like this: ⬤ | ◯ **Candidate**<br>(party or statement of principle) | ◯ **Candidate**<br>(party or statement of principle) |
| **Federal** | ◯ **Candidate**<br>(party or statement of principle) | ◯ **Candidate**<br>(party or statement of principle) |
| When voting for President and Vice President, you have one of two choices:<br>• Vote for candidates on one ticket, *or*<br>• Write in names of persons on both write-in lines<br><br>A write-in vote for only a vice presidential candidate **will not be counted.** | ◯ write-in: | ◯ write-in: |
|  | **Legislative and State** | **County** |
| **President**<br>**Vice President**<br>**Vote for 1** | **State Senator**<br>**District __**<br>**Vote for 1** | **County Clerk**<br>**Vote for 1** |
| ◯ **President /**<br>**Vice President**<br>(party or statement of principle) | ◯ **Candidate**<br>(party or statement of principle) | ◯ **Candidate**<br>(party or statement of principle) |
| ◯ **President /**<br>**Vice President**<br>(party or statement of principle) | ◯ **Candidate**<br>(party or statement of principle) | ◯ **Candidate**<br>(party or statement of principle) |
| ◯ **President /**<br>**Vice President**<br>(party or statement of principle) | ◯ write-in: | ◯ write-in: |
| ◯ **President /**<br>**Vice President**<br>(party or statement of principle) | **Representative to the Assembly**<br>**District __**<br>**Vote for 1** | **County Treasurer**<br>**Vote for 1** |
| ◯ **President /**<br>**Vice President**<br>(party or statement of principle) | ◯ **Candidate**<br>(party or statement of principle) | ◯ **Candidate**<br>(party or statement of principle) |
| _____<br>◯ write-in (President) | ◯ **Candidate**<br>(party or statement of principle) | ◯ **Candidate**<br>(party or statement of principle) |
| _____<br>write-in (Vice President) | ◯ **Candidate**<br>(party or statement of principle) | ◯ **Candidate**<br>(party or statement of principle) |
|  | ◯ write-in: | ◯ write-in: |
| **Continue voting at top of next column.** | **Continue voting at top of next column.** | **Continue voting on back of ballot.** |

### Page 1 of 2-sided ballot. Ballot continues on other side. ➡

## County (cont.)

**Register of Deeds**
**Vote for 1**

◯ **Candidate**
(party or statement of principle)

◯ **Candidate**
(party or statement of principle)

◯ **Candidate**
(party or statement of principle)

◯ write-in:

**Surveyor**
**Vote for 1**

◯ **Candidate**
(party or statement of principle)

◯ **Candidate**
(party or statement of principle)

◯ **Candidate**
(party or statement of principle)

◯ write-in:

## Referendum

To vote in favor of a question, fill in the oval next to "Yes," like this: ⬤

To vote against a question, fill in the oval next to "No," like this: ⬤

**Level of government conducting referendum (State, tech college, county, municipal, school district)**

Question (number if necessary)

Shall the...?

◯ **Yes**

◯ **No**

---

**Official Ballot**
**Partisan Office and Referendum**
**November 3, 2020**
**for**

_____

Municipality and ward number(s)

**Ballot issued by**

_____

_____

Initials of election inspectors

**Absentee ballot issued by**

_____

Initials of Municipal Clerk or Deputy Clerk

_____   _____

If issued by SVDs, both must initial

**Certification of Voter Assistance**

I certify that I marked or read aloud this ballot at the request and direction of a voter who is authorized under Wis. Stat. §6.82 to receive assistance.

_____

Signature of assistor

### For Official Use Only

**Inspectors:** Identify ballots required to be remade:

☐ Overvoted

☐ Damaged

☐ Other

| If this is the **Original Ballot**, write the serial number here: | If this is the **Duplicate Ballot**, write the serial number here: |
|---|---|
| _____ | _____ |

_____   _____

Initials of inspectors who remade ballot

---

**Page 2 of 2-sided ballot. Ballot begins on other side. ➡**

68

# Official Ballot
## Partisan Office
### November 3, 2020

Notice to voters: if you are voting on Election Day, your ballot must be initialed by two (2) election inspectors. If you are voting absentee, your ballot must be initialed by the municipal clerk or deputy clerk. Your ballot may not be counted without initials (see end of ballot for initials).

| **General Instructions** | **Congressional** | **Official Ballot** |
|---|---|---|

**Official Ballot**
**Partisan Office**
**November 3, 2020**
**for**

| **General Instructions** | **Congressional** |
|---|---|
| If you make a mistake on your ballot or have a question, ask an election inspector for help (absentee voters: contact your municipal clerk). | **Representative in Congress District __** **Vote for 1** |
| To vote for a name on the ballot, complete the arrow next to the name like this: ◄ | **Candidate** (party or statement of principle)  ◄ ▬ |
| To vote for a name that is not on the ballot, write the name on the line marked "write-in" and complete the arrow next to the name like this: ◄ | **Candidate** (party or statement of principle)  ◄ ▬ |
| **Federal** | **Candidate** (party or statement of principle)  ◄ ▬ |
| When voting for President and Vice President, you have one of two choices: <br>• Vote for candidates on one ticket, *or* <br>• Write in names of persons on both write-ins lines <br><br>A write-in vote for only a vice presidential candidate **will not be counted.** | **write-in:** ◄ ▬ |
| **President** **Vice President** **Vote for 1** | |
| **President /** **Vice President** (party or statement of principle)  ◄ ▬ | |
| **President /** **Vice President** (party or statement of principle)  ◄ ▬ | |
| **President /** **Vice President** (party or statement of principle)  ◄ ▬ | |
| **President /** **Vice President** (party or statement of principle)  ◄ ▬ | |
| **President /** **Vice President** (party or statement of principle)  ◄ ▬ | |
| write-in (President) <br>_____ ◄ ▬ <br><br>write-in (Vice President) <br>_____ | |
| **Continue voting at top of next column.** | |

_____
Municipality and ward number(s)

**Absentee ballot issued by**

_____
Initials of Municipal Clerk or Deputy Clerk

**Certification of Voter Assistance**

I certify that I marked or read aloud this ballot at the request and direction of a voter who is authorized under Wis. Stat. §6.82 to receive assistance.

_____
Signature of assistor

| **For Official Use Only** |
|---|

**Inspectors:** Identify ballots required to be remade:

☐ Overvoted

☐ Damaged

☐ Other

| If this is the **Original Ballot**, write the serial number here: | If this is the **Duplicate Ballot**, write the serial number here: |
|---|---|
| _____ | _____ |

_____     _____
Initials of inspectors who remade ballot

69

# Official Ballot
## President of the United States
### November 3, 2020

**Notice to Voters:** If you are voting on Election Day, your ballot must be initialed by two election inspectors. If you are voting absentee, your ballot must be initialed by the municipal clerk or deputy clerk. Your ballot may not be counted without initials. (See back of ballot for instructions).

| Instructions to Voters |
|---|
| If you make a mistake on your ballot or have a question, ask an election inspector for help. (Absentee voters: contact your municipal clerk).

To vote for a name on the ballot, make an "X" or other mark in the square next to the name like this: ☒

To vote for a name that is not on the ballot, write on the line marked "write-in." |

| Federal |
|---|
| When voting for President and Vice President, you have one of two choices:

- Vote for candidates on one ticket, *or*
- Write in names of persons on both write-in lines

A write-in vote for only a vice presidential candidate **will not be counted.** |

**President**
**Vice President**
**Vote for 1**

☐ President/
Vice President
(party or statement of principle)

☐ President/
Vice President
(party or statement of principle)

☐ President/
Vice President
(party or statement of principle)

☐ President/
Vice President
(party or statement of principle)

☐ President/
Vice President
(party or statement of principle)

☐ President/
Vice President
(party or statement of principle)

_____ /
Write-in (President)

_____
Write-in (Vice President)



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

## MEMORANDUM

**DATE:**      For the June 10, 2020 Commission Meeting

**TO:**        Members, Wisconsin Elections Commission

**FROM:**      Meagan Wolfe
              Administrator, Wisconsin Elections Commission

              <u>Prepared and Presented by</u>:
              Diane Lowe, Lead Elections Specialist

**SUBJECT:**   Ballot Access for the 2020 General Election

This memorandum presents a summary of important and noteworthy information regarding candidates requesting ballot access for the 2020 General Election.

## Summary

The nomination paper filing deadline for the 2020 General Election for congressional, legislative, state and county partisan offices was 5:00 p.m. on Monday, June 1, 2020. 443 candidates applied to run for 194 state and federal offices. 64 of those candidates ultimately did not submit any nomination papers, five of whom were incumbents who registered for the election, but later filed notifications of noncandidacy.

A total of 379 candidates filed nomination papers with the Wisconsin Elections Commission. The first day to circulate nomination papers was Wednesday, April 15, 2020, and the first set of papers was filed on April 21.

The number of sets of papers received by week is set out below:

| Week of: | Sets of Papers |
|---|---|
| April 20 | 2 |
| April 27 | 7 |
| May 4 | 16 |
| May 11 | 55 |
| May 18 | 87 |
| May 25 (4 days) | 155 |
| June 1 deadline | 57 |
| Total | 379 |

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Julie M. Glancey | Dean Knudson | Robert Spindell | Mark L. Thomsen

*Administrator*
Meagan Wolfe

71

## Notifications of Noncandidacy

Twenty-two incumbents filed notifications of noncandidacy with the Elections Commission by the Friday, May 22, 2020 deadline. Notifications of Noncandidacy are filed by incumbents who are not seeking re-election to the office they currently hold. If an incumbent officeholder does not timely file a Notification of Noncandidacy and subsequently does not file nomination papers, there is a 72-hour extension of the filing deadline for candidates other than the incumbent. Wis. Stat. § 8.15(1). For the Fall 2020 election, all incumbents either filed nomination papers by June 1 or timely filed a Notification of Noncandidacy. Therefore, no extension of the filing deadline was required for any office. A listing of candidates who filed notifications of noncandidacy is included with this memo.

The Office of Representative in Congress, District 7 became vacant in the fall of 2019. The special election to fill the vacancy was held on May 12, 2020. The office continued to be listed as vacant because the election had not been certified by the nomination paper filing deadline. District Attorney positions in Jefferson and Price Counties became vacant prior to the deadline for filing Notifications of Noncandidacy. No candidate registered or filed nomination papers for Price County District Attorney. The vacancy shall be filled by appointment of the governor for the residue of the unexpired term. Wis. Stat. § 17.19(3s).

## Nomination Paper Review

In reviewing the nomination papers, staff examined each candidate's submission to determine that it contained a valid number of signatures for the office.

- Candidates for Representative in Congress must file a minimum of 1,000 valid signatures of qualified electors from the district to qualify for ballot access. Wis. Stat. § 8.15(6)(b).

- Candidates for State Senator must file a minimum of 400 valid signatures of qualified electors from the district to qualify for ballot access. Wis. Stat. § 8.15 (6)(c).

- Candidates for Representative to the Assembly must file a minimum of 200 valid signatures of qualified electors from the district to qualify for ballot access. Wis. Stat. § 8.15(6)(d).

- Candidates for District Attorney must file a minimum of 200 valid signatures of qualified electors of the county for counties below 100,000 in population and 500 valid signatures of qualified electors for counties over 100,000 in population to qualify for ballot access. Wis. Stat. § 8.15 (6)(dm).

In addition to filing sufficient nomination paper signatures, each state candidate is also required to file a Declaration of Candidacy (EL-162) with the WEC and file a Campaign Registration Statement (CF-1), and a Statement of Economic Interests (SEI) with the Ethics Commission in order to qualify for ballot access. Wis. Stat. §§ 11.05(2g), 8.21, 19.43(4). For the 2020 Fall Elections, Statements of Economic Interests were due at the Ethics Commission office by Thursday, June 4, 2020. If a 2020 Statement of Economic Interest (SEI) was already filed with the Ethics Commission for another purpose, that SEI was used to fulfill the filing requirement. Federal candidates are only required to file a Declaration of Candidacy in addition to their nomination papers. Wis. Stat. § 8.21.

Failure to file any required ballot access document prevents the candidate's name from appearing on the ballot. Wis. Stat. § 8.30. Staff used the guidance provided in Wis. Admin. Code EL § 2.05 to review the nomination papers submitted to determine if a given signature was facially valid. Signatures were struck for

Ballot Access for the 2020 General Election
For the June 10, 2020 Commission Meeting
Page 3

a variety of issues including incomplete addresses or dates, illegible printed name or an incomplete certification of the circulator.  The nomination paper review guide that staff use for guidance when reviewing petition pages has been provided to you along with the materials prepared for this meeting  Wis. Admin. Code EL § 2.05 does not require the review process to include the identification and elimination of duplicate signatures or signatures from individuals who are ineligible to vote due to age, residency, citizenship, or other disqualifying factors.

It has been the policy of the staff of the Wisconsin Elections Commission to review all nomination papers and determine sufficiency within one business day of submission.  Further, for papers received on deadline day, a determination regarding sufficiency was either made before staff retired for the evening or on the morning following the deadline.  Each submitted petition is subject to two rounds of review by staff before sufficiency is determined.  For this filing period, staff instituted a 24-hour waiting period for submitted petitions prior to review due to COVID-related concerns.  All nomination papers were subject to this standard, with the exception of petitions filed on the deadline.  Staff were then able to review the majority of all submitted petitions within one business after the 24-hour waiting period.

In total, staff reviewed roughly 171,279 signatures as part of the 379 submitted petitions.  By the deadline for filing nomination papers, 207 candidates had also filed additional nomination papers or correcting affidavits to supplement their original filings.  Elections Administration staff made use of personnel from other WEC teams to provide the necessary capacity to review the influx of nomination papers and timely determine sufficiency.

Staff implemented significant procedural changes for conducting candidate meetings and facilitating paperwork filings in response to public health concerns.  An appointment-based system was used to stagger visits to our office and decrease the likelihood of congestion at the front desk and in meeting space areas for each day of the filing period, except for the June 1 deadline when candidates where processed in order of arrival.  Candidates without appointments were also accommodated throughout the filing period and no candidate was turned away for lack of an appointment.

Staff also secured a larger alternate space that was used from May 26 until the deadline. The alternate space allowed for enough room for staff to observe social distancing and safely meet with candidates and review nomination papers.  The University of Wisconsin – Madison provided the use of Varsity Hall at Union South, a room which provided staff with over 10,000 square feet of space to accommodate candidate check-ins, candidate meetings and staff review of submitted signatures and other ballot access documents.  The existing partitions were used to divide the room into a section for each of those three elements of the process which allowed for the orderly processing of candidates.  Information about the change of venue and appointment process was provided to the major political parties, posted to the agency website and distributed via agency news release.



## Nomination Paper Copy Requests

Ballot Access for the 2020 General Election
For the June 10, 2020 Commission Meeting
Page 4

In order to facilitate requests for copies of nomination papers and limit the amount of visitors to the WEC offices, staff made candidate petitions available for download via the Badger Voters data request site (https://badgervoters.wi.gov/).  Requests for copies of petitions had traditionally been fulfilled through in person review and photocopying of files in the WEC offices.  After the review process was complete, each petition was scanned and uploaded to the site and available for download at no cost to the requestor.  As of June 5, 2020, 307 requests for nomination paper files had been fulfilled through Badger Voters.

**Irregularities in Ballot Access Documents Not Affecting Ballot Status**

During review of nomination papers and other ballot access documents, WEC staff identified the following irregularities, none of which affected ballot status:

Name of Office Sought

- Staff allowed for irregularities in listing office titles, such as "Assembly," "State Assembly," "State Representative," "Senate," "Senator," and "House of Representatives".

Election Date

- Staff identified candidates who used the primary date of August 11, 2020 or 8/11/20.  In all cases, staff determined that the electors understood the nomination papers were for the fall 2020 general election.

Photocopy Errors

- Two candidates submitted nomination papers on which the side or top of the page was partially removed due to photocopying errors.  In each case either the top or the side of the form was truncated, partially removing the title "Nomination Paper for Partisan Office" or paring off letters in the certification language on the left side of the paper.  Staff believes the forms are still identifiable as nominating petitions and the amount of reduction of the left side is negligible.

Photocopy Signatures

- In two separate petitions, a page of signatures appeared to WEC staff to be photocopies of the original signatures.  After a second review, staff could not determine with certainty that the signatures were indeed photocopies and not original signatures.

Change in Circulator by Candidate

- Staff identified two petitions where candidates crossed off the printed name and address for a circulator and provided their own information.  Staff determined that the candidate would have had to review the certification of circulator and signed accordingly.

**Staff Recommendations for Approval of Ballot Access**

A listing of candidates recommended for ballot status is included with this memorandum.  Staff requests the Commission affirmatively approve the ballot status of those candidates listed who have met or exceeded the minimum valid signatures and have filed all necessary ballot access documents.  Candidates that the staff have determined meet the required ballot access requirements are marked as "approved" on the report.

This listing includes candidates whose nomination papers contain nominal issues such as incorrect, but close, election dates, form template issues, improper but common replacements for office titles, and suspiciously similar handwriting.  During its rounds of review, Commission staff determined that these minor issues were not detrimental to the sufficiency of the papers, and that the papers substantially complied with all requirements under the applicable laws and administrative code provisions.

**Recommended Motion #1:**  The 367 candidates representing ballot-status parties marked "approved" on the "Candidates Tracking by Office" report are approved for ballot access for the August 11, 2020 Partisan Primary, in addition to any candidates who were subject to challenge but were ultimately approved for ballot access by the Commission.

**Recommended Motion #2:**  The 14 independent candidates marked "approved" on the "Candidates Tracking by Office" report are approved for ballot access for the November 3, 2020 General Election, in addition to any independent candidates who were subject to challenge but were ultimately approved by the Commission.

## Staff Recommendations for Denial of Ballot Access

Staff requests the Commission affirmatively deny the ballot status of those candidates listed who have not met the minimum number of valid signatures, have not filed all necessary ballot access documents or are otherwise do not meet the statutory requirements to be placed on the ballot.  Candidates that staff have determined do not meet the required ballot access requirements are marked as "denied" on the report.

Candidates that requested a waiver of the nomination paper requirements

Commission staff received requests from three candidates seeking waivers of the required number of signatures on nomination papers for the November 3, 2020 election.

    a.   Ken Driessen (Candidate for Representative to Congress, District 7) – On May 27, 2020, along with filing nomination papers containing 65 valid signatures, Mr. Driessen requested that the Commission place him on the ballot even though he was not able to obtain the required minimum number of signatures.  Mr. Driessen cited the COVID-19 virus and the Safer At Home order issued by the Governor as significant impediments to him being able to obtain signatures from his supporters in the 7th Congressional District.  Mr. Driessen is currently marked as "denied" on the attached "Candidate Tracking by Office" report.

    b.   Michael Opela (Candidate for Representative to Congress, District 7) – Through email correspondence with the Commission staff, Mr. Opela requested a waiver from the nomination paper filing requirements due to the risks associated with circulating nomination papers during the COVID-19 pandemic.  Mr. Opela cited reasons that placed him in a higher risk category for contracting the virus, and he believed the Governor's Safer at Home order was an impediment to obtain signatures in the 7th Congressional District.  Mr. Opela did not file any nomination papers with the Commission, and he did not file a Declaration of Candidacy by the statutory deadline.  Mr.

Opela is not included on the "Candidate Tracking by Office" report because he failed to file any ballot access documents with the Commission, therefore a separate stand-alone recommended motion is included below addressing his ballot access.

c.  Charles Barman (Candidate for Representative to Congress, District 1) – On June 1, 2020, along with filing nomination papers containing 16 valid signatures, Mr. Barman requested that the Commission place him on the ballot even though he was not able to obtain the required minimum number of signatures.  Mr. Barman stated that the Safer At Home Order issued by the Governor did not allow him to collect signatures until the middle of May, when the order was struck down by the Wisconsin Supreme Court.  Mr. Barman also did not file a Declaration of Candidacy by the statutory deadline.  Mr. Barman is currently marked as "denied" on the attached "Candidate Tracking by Office report.

At the April 10, 2020 Commission meeting, the Commission reaffirmed "that it does not have the statutory authority to change or modify current statutory procedures related to the circulation of nomination papers for the 2020 General Election."  Due to the Commission's lack of statutory authority to modify procedures related to the circulation of nomination papers, staff recommends denying Mr. Driessen, Mr. Opela, and Mr. Barman's requests to waive the required number of signatures on nomination papers.

**Recommended Motion #3:**  The 70 candidates representing ballot-status parties and independent candidates marked "denied" on the "Candidates Tracking by Office" report are denied ballot access for the August 11, 2020 Partisan Primary and the November 3, 2020 General Election respectively, in addition to any candidates who were subject to challenge but were ultimately denied ballot access by the Commission.

**Recommended Motion #4:**  Candidate Michael Opela is denied ballot status for failing to submit the minimum number of nomination paper signatures and for failing to file a Declaration of Candidacy form as required by statute.

## Challenges to Ballot Status

The deadline for challenges to ballot access was Thursday, June 4, 2020.  Seven challenges were filed with the Commission by the deadline of 4:30 p.m.  One challenge was received electronically shortly after the 4:30 p.m. deadline.  Staff informed the late challenger in writing that this challenge was not filed timely and would not be accepted and processed.

Challenges will be discussed in a separate memorandum and presented by staff counsel.

76

# Incumbents Who Have Filed a Notifications of Noncandidacy (EL-163)
## for the November 3, 2020 General Election
## Due:  Friday, May 22, 2020 at 5:00 P.M.
## FINAL

| NAME | ID # | OFFICE | DATE FILED |
|---|---|---|---|
| Joan Ballweg | 0104243 | Representative to the Assembly, District 41 | 02/25/2020 |
| Tom Tiffany | 0104212 | State Senator, District 12 | 03/05/2020 |
| Luther Olsen | 0103168 | State Senator, District 14 | 03/27/2020 |
| Melissa Sargent | 0105209 | Representative to the Assembly, District 48 | 04/02/2020 |
| Chris Taylor | 0105093 | Representative to the Assembly, District 76 | 04/06/2020 |
| David N. Hansen | 0103835 | State Senator, District 30 | 04/10/2020 |
| F. James Sensenbrenner, Jr. | 0200049 | Representative in Congress, District 5 | 04/14/2020 |
| Debra Kolste | 0105176 | Representative to the Assembly, District 44 | 04/14/2020 |
| Robert Kulp | 0105446 | Representative to the Assembly, District 69 | 04/15/2020 |
| Michael E. Nieskes | 0104281 | St. Croix County District Attorney | 04/17/2020 |
| Mark F. Miller | 0102942 | State Senator, District 16 | 04/17/2020 |
| Fred A. Risser | 0100332 | State Senator, District 26 | 04/23/2020 |
| David Crowley | 0105751 | Representative to the Assembly, District 17 | 04/29/2020 |
| Jennifer Shilling | 0103853 | State Senator, District 32 | 05/01/2020 |

Page 2

| | | | |
|---|---|---|---|
| Rob Stafsholt | 0104528 | Representative to the Assembly, District 29 | 05/04/2020 |
| Mike Rohrkaste | 0105582 | Representative to the Assembly, District 55 | 05/05/2020 |
| Mary Czaja-Felzkowski | 0105254 | Representative to the Assembly, District 35 | 05/06/2020 |
| Jason Fields | 0104274 | Representative to the Assembly, District 11 | 05/12/2020 |
| JoCasta Zamarripa | 0103682 | Representative to the Assembly, District 8 | 05/19/2020 |
| Amanda Stuck | 0105456 | Representative to the Assembly, District 57 | 05/19/2020 |
| Romaine Quinn | 0105505 | Representative to the Assembly, District 75 | 05/20/2020 |
| David Craig | 0105080 | State Senator, District 28 | 05/21/2020 |

(As of 5.22.2020 5pm)

78

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | | **PRESIDENT OF THE UNITED STATES** | | | **Incumbent:** | **Donald J. Trump** | | | |
| | | | | N/A | | N/A | | | |
| | **Office Subtotal :** | **0** | | | | | | | |
| **Office :** | | **REPRESENTATIVE IN CONGRESS DISTRICT 1** | | | **Incumbent:** | **Bryan Steil** | | | |
| 318 | 200843 | Roger Polack 7123 Lakeshore Dr Racine,  53402 | Democratic | N/A | 5/29/2020 | N/A | 05/29/2020 | 1193 | Approved |
| 371 | 200844 | Josh Pade 18920 -128th Street Bristol,  53104 | Democratic | N/A | 6/1/2020 | N/A | 06/01/2020 | 1021 | Pending |
| 378 | 200794 | Charles E. Barman N620 Peters Road Sharon,  53585 | Republican | N/A | | N/A | 06/01/2020 | 16 | Denied |
| 333 | 0200817 | John Baker 1523 Fox River Run Mukwonago,  53149 | Republican | N/A | 9/13/2019 | N/A | 06/01/2020 | 1007 | Pending |
| 092 | 200809 | Bryan Steil 3709 Briar Crest Dr Janesville,  53546 | Republican | N/A | 5/18/2020 | N/A | 05/18/2020 | 2000 | Approved |
| | 0200722 | Jeremy J. Ryan 1300 Lange  St Baraboo,  53913 | Republican | N/A | 6/3/2019 | N/A | | | Denied |
| | **Office Subtotal :** | **6** | | | | | | | |
| **Office :** | | **REPRESENTATIVE IN CONGRESS DISTRICT 2** | | | **Incumbent:** | **Mark Pocan** | | | |
| | 0200818 | Bradley J. Burt 2151 Effingham Way, Apt.216 Sun Prairie,  53590 | Independent | N/A | 7/29/2019 | N/A | | | Denied |
| 224 | 200629 | Peter Theron 1021 Sequoia Trail Madison,  53713 | Republican | N/A | 5/28/2020 | N/A | 05/28/2020 | 1808 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 100 | 200696 | Mark Pocan<br>4062 Bakken Stenli Rd<br>Black Earth,  53515 | Democratic | N/A | 5/11/2020 | N/A | 05/19/2020 | 1983 | Approved |
| | **Office Subtotal : 3** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE IN CONGRESS DISTRICT 3** | | | **Incumbent:** | **Ron Kind** | | | |
| 238 | 200838 | Mark Neumann<br>4500 Stone Bridge Rd<br>La Crosse,  54601 | Democratic | N/A | 5/11/2020 | N/A | 05/28/2020 | 1187 | Approved |
| | 0200785 | Brandon Cook<br>W7475 145th Ave<br>Hager City,  54014 | Republican | N/A | 12/23/2019 | N/A | | | Denied |
| | 0200819 | Kevin John Ruscher<br>425 Kennedy St<br>River Falls,  54022 | Republican | N/A | 9/23/2019 | N/A | | | Denied |
| 068 | 200435 | Ron Kind<br>3061 Edgewater Ln<br>La Crosse,  54603 | Democratic | N/A | 5/15/2020 | N/A | 05/15/2020 | 1988 | Approved |
| | 0200830 | Jonathan Sundblom<br>201 E Logan St<br>Tomah,  54660 | Republican | N/A | 2/7/2020 | N/A | | | Denied |
| 243 | 200841 | Derrick Van Orden<br>N3199 850th St<br>Hager City,  54014 | Republican | N/A | 5/28/2020 | N/A | 05/28/2020 | 2000 | Approved |
| 261 | 200842 | Jessi Ebben<br>1305 Oakcrest Drive<br>Eau Claire,  54701 | Republican | N/A | 5/28/2020 | N/A | 05/28/2020 | 1034 | Approved |
| | **Office Subtotal : 7** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE IN CONGRESS DISTRICT 4** | | | **Incumbent:** | **Gwen S.  Moore** | | | |
| | 200831 | Travis R. Clark<br>9418 West Green Bay<br>Brown Deer,  53209 | Republican | N/A | 2/26/2020 | N/A | | | Denied |

## Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| | 200835 | Aneb Jah Rasta Sensas-Utcha Nefer-1 5231 N 27th St Milwaukee, 53209 | Independent | N/A | 5/9/2019 | N/A | | | Denied |
| 052 | 200564 | Gwen S. Moore 4043 N. 19th Place Milwaukee, 53209 | Democratic | N/A | 5/14/2020 | N/A | 05/14/2020 | 2000 | Approved |
| 308 | 0200812 | Tim Rogers 5936 N 38th St Milwaukee, 53209 | Republican | N/A | 5/31/2019 | N/A | 05/29/2020 | 1095 | Approved |
| 353 | 200804 | Cindy Werner 8809 W. Tripoli Ave. Milwaukee, 53228 | Republican | N/A | 6/1/2020 | N/A | 06/01/2020 | 1010 | Approved |
| | 0200823 | David Turner 1216 N 13th St Milwaukee, 53205 | Democratic | N/A | 11/8/2019 | N/A | | | Denied |
| 150 | 200513 | Robert R. Raymond 1212a East Burleigh St Milwaukee, 53212 | Independent | N/A | 4/8/2020 | N/A | 05/22/2020 | 1396 | Approved |

Office Subtotal : 7

| Office : | REPRESENTATIVE IN CONGRESS DISTRICT 5 | | | | Incumbent: | F. James Sensenbrenner, Jr. | | | |
|---|---|---|---|---|---|---|---|---|---|
| 007 | 200829 | Scott Fitzgerald N4692 Maple Rd Juneau, 53039 | Republican | N/A | 4/30/2020 | N/A | 04/30/2020 | 1936 | Approved |
| 323 | 200845 | Cliff DeTemple 2542 Jackson Drive Jackson, 53037 | Republican | N/A | 6/1/2020 | N/A | 06/01/2020 | 1525 | Approved |
| 167 | 200807 | Tom Palzewicz 17145 Greenwood Ct W Brookfield, 53005 | Democratic | N/A | 5/22/2020 | N/A | 05/22/2020 | 1878 | Approved |

Office Subtotal : 3

| Office : | REPRESENTATIVE IN CONGRESS DISTRICT 6 | | | | Incumbent: | Glenn Grothman | | | |
|---|---|---|---|---|---|---|---|---|---|
| 357 | 200837 | Michael G. Beardsley 675 Boyd Street Oshkosh, 54901 | Democratic | N/A | 4/10/2020 | N/A | 06/01/2020 | 1177 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 163 | 200839 | Jessica J. King<br>1217 Harney Ave.<br>Oshkosh, 54901 | Democratic | N/A | 5/22/2020 | N/A | 05/22/2020 | 1973 | Approved |
| 365 | 0200820 | Matthew L. Boor<br>876 Hickory St<br>Cleveland, 53015 | Democratic | N/A | 5/17/2019 | N/A | 06/01/2020 | 1056 | Approved |
| 113 | 200731 | Glenn Grothman<br>N5154 County Road U<br>Glenbeulah, 53023-1716 | Republican | N/A | 5/28/2020 | N/A | 05/20/2020 | 1988 | Approved |
| | | **Office Subtotal : 4** | | | | | | | |
| **Office :** | | **REPRESENTATIVE IN CONGRESS DISTRICT 7** | | | **Incumbent:** | **Vacant** | | | |
| 379 | 0200660 | Ken Driessen<br>12022 N County Road T<br>Hayward, 54843 | Independent | N/A | 5/27/2020 | N/A | 05/27/2020 | 65 | Denied |
| 143 | 200824 | Tricia Zunker<br>1404 Golf Club Road<br>Wausau, 54403 | Democratic | N/A | 5/22/2020 | N/A | 05/22/2020 | 1565 | Approved |
| 225 | 200826 | Tom Tiffany<br>9463 Backwoods Ln<br>Minocqua, 54548 | Republican | N/A | 5/28/2020 | N/A | 05/28/2020 | 1966 | Approved |
| | | **Office Subtotal : 3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE IN CONGRESS DISTRICT 8** | | | **Incumbent:** | **Mike Gallagher** | | | |
| 182 | 200840 | Amanda Stuck<br>1404 N Harriman St<br>Appleton, 54911-3534 | Democratic | N/A | 6/1/2020 | N/A | 05/26/2020 | 1878 | Approved |
| 069 | 200745 | Mike Gallagher<br>2460 Brenner Pl<br>Allouez, 54301 | Republican | N/A | 5/15/2020 | N/A | 05/15/2020 | 2000 | Approved |
| | 0200759 | Robbie Hoffman<br>11015 County Road Y<br>Luxemburg, 54217 | Independent Environmental Candidate | N/A | 5/22/2019 | N/A | | | Denied |
| | | **Office Subtotal : 3** | | | | | | | |

## Wisconsin Elections Commission

### Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **STATE SENATOR DISTRICT 2** | | | | **Incumbent:** | **Robert Cowles** | | | |
| 006 | 0100789 | Robert L. Cowles<br>300 West St. Joseph Street #23<br>Green Bay,  54301-2328 | Republican | 03/12/2020 | 4/29/2020 | 04/16/2020 | 04/29/2020 | 437 | Approved |
| | 0106216 | William Terrence Nething<br>3175 Open Gate Trail<br>Green Bay,  54313-5153 | Republican | 04/02/2020 | | | | | Denied |
| | **Office Subtotal :  2** | | | | | | | | |
| **Office :** | **STATE SENATOR DISTRICT 4** | | | | **Incumbent:** | **Lena C. Taylor** | | | |
| | 0106173 | Lance  Allen<br>8945 N Park Plaza Ct, Apt 306<br>Brown Deer,  53223 | Independent, The Peoples Party | 01/10/2020 | | | | | Denied |
| | 0105735 | Brandon  Jackson<br>1633 West Bender Road, Unit 3D<br>Glendale,  53209 | Democratic | 05/26/2020 | 2/26/2019 | | | | Denied |
| 306 | 0104170 | Lena C. Taylor<br>1518 W CAPITOL DR<br>MILWAUKEE,  53206-2934 | Democratic | 05/18/2020 | 5/8/2020 | 04/30/2020 | 05/29/2020 | 618 | Approved |
| | **Office Subtotal :  3** | | | | | | | | |
| **Office :** | **STATE SENATOR DISTRICT 6** | | | | **Incumbent:** | **LaTonya Johnson** | | | |
| 370 | 0106331 | Alciro Deacon<br>2132 N 33rd St<br>Milwaukee,  53208 | Republican | 06/03/2020 | 6/1/2020 | 06/03/2020 | 06/01/2020 | 598 | Approved |
| 299 | 0106280 | Michelle Bryant<br>3385 N 45th Street<br>Milwaukee,  53216 | Democratic | 05/04/2020 | 5/29/2020 | 06/02/2020 | 05/29/2020 | 479 | Approved |
| 029 | 0105238 | LaTonya  Johnson<br>2363 N. 54th St.<br>Milwaukee,  53210 | Democratic | 05/22/2019 | 5/11/2020 | 04/13/2020 | 05/11/2020 | 521 | Approved |
| | **Office Subtotal :  3** | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| Office : | **STATE SENATOR DISTRICT 8** | | | | **Incumbent:** | **Alberta Darling** | | | |
| | 0105958 | Frank  Bryson 3900 W Brown Deer Rd Ste A259 Milwaukee,  53209 | Democratic | 05/11/2020 | | | | | Denied |
| 082 | 0106149 | Neal  Plotkin 2541 W. Hunt Club Circle Glendale,  53209 | Democratic | 10/16/2019 | 5/19/2020 | 05/21/2020 | 05/18/2020 | 651 | Approved |
| 009 | 0102511 | Alberta  Darling 1325 West Dean Road River Hills,  53217 | Republican | 03/05/2020 | 5/1/2020 | 01/17/2020 | 05/01/2020 | 465 | Approved |
| | 0106109 | Jeremy  Somers W198 N9430 Wellington Dr Menomonee Falls,  53051 | Republican | 12/07/2018 | | | | | Denied |
| | Office Subtotal : 4 | | | | | | | | |
| Office : | **STATE SENATOR DISTRICT 10** | | | | **Incumbent:** | **Patty Schachtner** | | | |
| 133 | 0104528 | Rob Stafsholt 1402 160th St New Richmond,  54017-6812 | Republican | 11/18/2019 | 5/21/2020 | 04/30/2020 | 05/21/2020 | 792 | Approved |
| 209 | 0106137 | Cherie  Link 324 165th Avenue Somerset,  54025-7006 | Republican | 01/12/2020 | 5/27/2020 | 06/03/2020 | 05/27/2020 | 536 | Approved |
| 076 | 0105921 | Patty Schachtner 1064 210 Ave Somerset,  54025 | Democratic | 01/14/2019 | 5/18/2020 | 04/21/2020 | 05/15/2020 | 790 | Approved |
| | Office Subtotal : 3 | | | | | | | | |
| Office : | **STATE SENATOR DISTRICT 12** | | | | **Incumbent:** | **Tom Tiffany (Filed Notification of Noncandidacy)** | | | |
| | 0106140 | Wendy Klawitter W7382 County Road X Wausaukee,  54177 | Democratic | 09/05/2019 | 9/9/2019 | | | | Denied |
| 016 | 0105254 | Mary  Czaja-Felzkowski W4587 Hwy S Irma,  54442 | Republican | 04/05/2020 | 5/6/2020 | 04/30/2020 | 05/06/2020 | 688 | Approved |

## Wisconsin Elections Commission

### Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 162 | 0106250 | Ed Vocke<br>10875 Florsheim Rd<br>Minocqua, 54548 | Democratic | 05/19/2020 | 4/24/2020 | 05/28/2020 | 05/22/2020 | 490 | Approved |
| | | **Office Subtotal : 3** | | | | | | | |
| **Office :** | | **STATE SENATOR DISTRICT 14** | | | **Incumbent:** | | **Luther S. Olsen (Filed Notification of Noncandidacy)** | | |
| 035 | 0106133 | Joni D. Anderson<br>2154 W 10th Ln<br>Adams, 53910 | Democratic | 07/27/2019 | 8/12/2019 | 05/22/2020 | 05/12/2020 | 630 | Approved |
| | 0103168 | Luther S. Olsen<br>1023 Thomas Street<br>Ripon, 54971 | Republican | 01/05/2020 | | 04/29/2020 | | | Denied |
| 031 | 0104243 | Joan  A. Ballweg<br>170 West Summit Street<br>Markesan, 53946 | Republican | 02/24/2020 | 2/25/2020 | 04/29/2020 | 05/12/2020 | 800 | Approved |
| 285 | 0102807 | Ken Van Dyke, Sr.<br>N5277 Hwy 49<br>Scandinavia, 54977 | Republican | 04/08/2020 | 5/29/2020 | 06/01/2020 | 05/29/2020 | 580 | Approved |
| | 0106203 | Samuel  Wood<br>1000 Main Street<br>Wild Rose, 54984 | Republican | 03/10/2020 | | | | | Denied |
| | 0105726 | John H. Small<br>N10801 Elmwood isl., PO Box 14<br>Fox Lake, 53933-0014 | Democratic | 04/09/2020 | 4/13/2020 | | | | Denied |
| | | **Office Subtotal : 6** | | | | | | | |
| **Office :** | | **STATE SENATOR DISTRICT 16** | | | **Incumbent:** | | **Mark Miller (Filed Notification of Noncandidacy)** | | |
| 002 | 0105209 | Melissa  Agard Sargent<br>1638 Mayfield Ln<br>Madison, 53704 | Democratic | 01/21/2020 | 4/10/2020 | 04/23/2020 | 04/23/2020 | 532 | Approved |
| 351 | 0106186 | Scott Barker<br>609 Athletic Way<br>Sun Prairie, 53590 | Republican | 03/28/2020 | 2/11/2020 | 05/18/2020 | 06/01/2020 | 564 | Approved |

**Wisconsin Elections Commission**

**Candidate Tracking by Office**

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 169 | 0106187 | Andrew  McKinney<br>4574 American Way<br>Cottage Grove,  53527 | Democratic | 03/20/2020 | 2/10/2020 | 03/16/2020 | 05/26/2020 | 647 | Approved |
| | | Office Subtotal : 3 | | | | | | | |
| **Office :** | | **STATE SENATOR DISTRICT 18** | | | | **Incumbent:** | **Dan Feyen** | | |
| 356 | 0106329 | Thomas Hodge III<br>N3299 Lemmenes Parkway<br>Waupun,  53963 | Independent | 06/01/2020 | 6/1/2020 | 06/02/2020 | 06/01/2020 | 356 | Denied |
| 013 | 0105696 | Dan  Feyen<br>962 Churchill Lane<br>Fond du Lac,  54935 | Republican | 01/13/2020 | 5/5/2020 | 04/27/2020 | 05/05/2020 | 721 | Approved |
| 161 | 0106147 | Aaron M. Wojciechowski<br>813A West New York Ave.<br>Oshkosh,  54901 | Democratic | 06/05/2020 | 5/11/2020 | 05/20/2020 | 05/22/2020 | 790 | Approved |
| | | Office Subtotal : 3 | | | | | | | |
| **Office :** | | **STATE SENATOR DISTRICT 20** | | | | **Incumbent:** | **Duey Stroebel** | | |
| 014 | 0105087 | Duey Stroebel<br>2428 Covered Bridge Road<br>Saukville,  53080 | Republican | 05/06/2020 | 5/5/2020 | 04/23/2020 | 05/05/2020 | 627 | Approved |
| | | Office Subtotal : 1 | | | | | | | |
| **Office :** | | **STATE SENATOR DISTRICT 22** | | | | **Incumbent:** | **Robert W. Wirch** | | |
| 098 | 0102813 | Robert W. Wirch<br>979 Wood Rd<br>Kenosha,  53144-1192 | Democratic | 05/19/2020 | 4/16/2020 | 04/29/2020 | 05/19/2020 | 756 | Approved |
| | | Office Subtotal : 1 | | | | | | | |
| **Office :** | | **STATE SENATOR DISTRICT 24** | | | | **Incumbent:** | **Patrick Testin** | | |
| 066 | 0106191 | Paul Piotrowski<br>510 West St<br>Stevens Point,  54481 | Democratic | 02/19/2020 | 2/24/2020 | 04/16/2020 | 05/15/2020 | 549 | Approved |
| | 0106153 | Roberta  Reamer<br>206387 Hwy 97<br>Stratford,  54484 | Independent, Let's make a change | 11/11/2019 | | | | | Denied |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 045 | 0105360 | Patrick  Testin<br>5369 Fairview Dr<br>Stevens Point,  54482 | Republican | 01/15/2020 | 5/13/2020 | 04/30/2020 | 05/13/2020 | 755 | Approved |
| | **Office Subtotal :  3** | | | | | | | | |
| **Office :** | **STATE SENATOR DISTRICT 26** | | | | **Incumbent:** | **Fred A. Risser (Filed Notification of Noncandidacy)** | | | |
| 010 | 0105878 | William Henry Davis III<br>3037 Darbo Dr., Apt#4<br>Madison,  53714 | Democratic | 12/10/2018 | 12/13/2018 | 05/27/2020 | 05/04/2020 | 403 | Approved |
| 359 | 0106330 | Amani  Latimer Burris<br>1047 Melvin Court<br>Madison,  53704 | Democratic | 06/01/2020 | 6/1/2020 | 06/04/2020 | 06/01/2020 | 567 | Approved |
| 326 | 0106177 | Aisha Moe<br>521 W Wilson St<br>Madison,  53703 | Democratic | 01/17/2020 | 4/20/2020 | 06/01/2020 | 06/01/2020 | 585 | Approved |
| 349 | 0106172 | Nada Elmikashfi<br>4849 Sheboygan Ave, Apt 324<br>Madison,  53705 | Democratic | 01/14/2020 | 1/17/2020 | 06/03/2020 | 06/01/2020 | 464 | Approved |
| 105 | 0104606 | Kelda Helen Roys<br>702 Seneca Place<br>Madison,  53711 | Democratic | 03/27/2020 | 5/19/2020 | 05/28/2020 | 05/19/2020 | 747 | Approved |
| 325 | 0106313 | Brian  Benford<br>2273 East Washington Avene<br>Madison,  53704 | Democratic | 05/18/2020 | 5/19/2020 | 06/01/2020 | 06/01/2020 | 649 | Approved |
| 364 | 0104967 | John Imes<br>1008 Edgehill Dr<br>Madison,  53705 | Democratic | 05/14/2020 | 6/1/2020 | 06/01/2020 | 06/01/2020 | 540 | Approved |
| | **Office Subtotal :  7** | | | | | | | | |
| **Office :** | **STATE SENATOR DISTRICT 28** | | | | **Incumbent:** | **Dave Craig (Filed Notification of Noncandidacy)** | | | |
| 352 | 0106324 | Jim Engstrand<br>8809 W. Tripoli Ave.<br>Milwaukee,  53228 | Republican | 06/01/2020 | 6/1/2020 | 06/03/2020 | 06/01/2020 | 423 | Approved |
| 305 | 0106182 | Dan Griffin<br>6328 Parkview Rd<br>Greendale,  53129 | Republican | 05/19/2020 | 5/20/2020 | 05/14/2020 | 05/29/2020 | 557 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 331 | 0106289 | Adam Murphy 9843 S 27th St Franklin, 53132 | Democratic | 05/11/2020 | 5/27/2020 | 06/01/2020 | 06/01/2020 | 532 | Approved |
| 269 | 0104858 | Julian Bradley 9436 W Loomis Rd #3 Franklin, 53132 | Republican | 05/26/2020 | 5/29/2020 | 05/28/2020 | 05/29/2020 | 625 | Approved |
| | 0106306 | Daniel Newberry 6548 S. 122nd Street Franklin, 53132 | Republican | 05/19/2020 | 5/21/2020 | | | | Denied |
| 230 | 0106307 | Marina Croft 5473 W River Park Ct Franklin, 53132 | Republican | 05/20/2020 | 5/20/2020 | 06/01/2020 | 05/28/2020 | 520 | Approved |
| 194 | 0106305 | Steve Bobowski 9012 S. Cordgrass Circle W. Franklin, 53132 | Republican | 05/19/2020 | 5/27/2020 | 05/25/2020 | 05/27/2020 | 531 | Approved |
| | 0105080 | David Craig P.O. Box 323, W225S9505 Big Bend Dr. Big Bend, 53103 | Republican | 01/12/2020 | | 04/29/2020 | | | Denied |
| | | **Office Subtotal : 8** | | | | | | | |
| **Office :** | | **STATE SENATOR DISTRICT 30** | | | **Incumbent:** | **Dave Hansen (Filed Notification of Noncandidacy)** | | | |
| 018 | 0106174 | Jonathon Hansen 624 S. Erie St, Apt. 2 De Pere, 54115-3273 | Democratic | 01/10/2020 | 2/3/2020 | 05/24/2020 | 05/06/2020 | 615 | Approved |
| | 0106299 | Thomas Jay Lund 2091 Magy Ln Suamico, 54313 | Republican | 05/15/2020 | | | | | Denied |
| 207 | 0105594 | Eric Wimberger 311 S Jefferson St Green Bay, 54301 | Republican | 11/14/2019 | 5/27/2020 | 06/02/2020 | 05/27/2020 | 487 | Approved |
| 287 | 0106304 | Sandra Ewald 2815 Nicolet Dr Green Bay, 54311 | Democratic | 05/19/2020 | 5/18/2020 | 05/28/2020 | 05/29/2020 | 510 | Approved |
| | | **Office Subtotal : 4** | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| Office : | **STATE SENATOR DISTRICT 32** | | | | **Incumbent:** | **Jennifer Shilling (Filed Notification of Noncandidacy)** | | | |
| 012 | 0103851 | Dan Kapanke 1610 Lakeshore Dr La Crosse, 54603-1401 | Republican | 02/10/2020 | 5/4/2020 | 06/01/2020 | 05/20/2020 | 669 | Approved |
| 322 | 0106290 | Jayne Swiggum 50272 Old Gays Rd Gays Mills, 54631 | Democratic | 05/14/2020 | 6/1/2020 | 05/16/2020 | 06/01/2020 | 526 | Approved |
| | 0103853 | Jennifer  Shilling 2608 Main Street La Crosse, 54601 | Democratic | 01/14/2020 | | 04/30/2020 | | | Denied |
| 319 | 0106265 | Paul Michael Weber 1533 Charles Street La Crosse, 54603-2233 | Democratic | 04/26/2020 | 4/30/2020 | 04/27/2020 | 05/29/2020 | 592 | Approved |
| 086 | 0103368 | Brad  Pfaff 2122 Krause Road Onalaska, 54650 | Democratic | 04/26/2020 | 5/18/2020 | 03/31/2020 | 05/18/2020 | 789 | Approved |
| | Office Subtotal : 5 | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 1** | | | | **Incumbent:** | **Joel C. Kitchens** | | | |
| 202 | 0106274 | Kim  Delorit Jensen 7168 State Hwy 42 EH PO Box 363 Egg Harbor, 54209 | Democratic | 05/05/2020 | 5/5/2020 | 05/11/2020 | 05/27/2020 | 343 | Approved |
| 032 | 0105512 | Joel Kitchens 1117 Cove Road Sturgeon Bay, 54235 | Republican | 03/02/2020 | 5/12/2020 | 04/30/2020 | 05/12/2020 | 395 | Approved |
| | Office Subtotal : 2 | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 2** | | | | **Incumbent:** | **Shae  Sortwell** | | | |
| 137 | 0105544 | Shae  Sortwell 13219 County Road Q Two Rivers, 54241 | Republican | 04/15/2020 | 4/20/2020 | 04/15/2020 | 05/21/2020 | 389 | Approved |
| 363 | 0106062 | Mark Kiley 3212 Prairie Street Two Rivers, 54241 | Democratic | 09/26/2019 | 9/26/2019 | 06/02/2020 | 06/01/2020 | 260 | Approved |
| | Office Subtotal : 2 | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 3** | | | | **Incumbent:** | **Ron  Tusler** | | | |
| 096 | 0105788 | Ron Tusler W5721 Firelane 12 Menasha,  54956 | Republican | 05/18/2020 | 5/29/2020 | 01/17/2020 | 05/18/2020 | 318 | Approved |
| | 0105150 | Joshua  Young 126 S Willow St Kimberly, 54136 | Republican | 02/24/2020 | | | | | Denied |
| 235 | 0106205 | Emily  Voight 29 Grace Ct Appleton,  54915 | Democratic | 03/02/2020 | 1/8/2020 | 06/02/2020 | 05/28/2020 | 358 | Approved |
| | **Office Subtotal :  3** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 4** | | | | **Incumbent:** | **David Steffen** | | | |
| 234 | 0106226 | Kathy A. Hinkfuss 525 Antelope Trl Green Bay,  54313 | Democratic | 04/10/2020 | 4/10/2020 | 05/28/2020 | 05/28/2020 | 330 | Approved |
| 042 | 0105539 | David  Steffen 715 Olive Tree Court Green Bay,  54313 | Republican | 05/07/2020 | 5/13/2020 | 05/01/2020 | 05/13/2020 | 400 | Approved |
| | 0106185 | Erik W. Hoyer 3320 Michael Ct Green Bay,  53401 | Democratic | 02/03/2020 | 2/7/2020 | | | | Denied |
| | **Office Subtotal :  3** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 5** | | | | **Incumbent:** | **Jim  Steineke** | | | |
| 093 | 0104713 | Jim Steineke N2352 Vandenbroek Road Kaukauna,  54130-9205 | Republican | 05/20/2020 | 5/18/2020 | 04/30/2020 | 05/18/2020 | 276 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 6** | | | | **Incumbent:** | **Gary Tauchen** | | | |
| 190 | 0106013 | Richard  Sarnwick N6094 Opperman Way Shawano,  54166 | Democratic | 05/26/2020 | 5/12/2020 | 05/28/2020 | 05/26/2020 | 222 | Approved |
| 129 | 0104463 | Gary Tauchen N3397 South Broadway Road Bonduel,  54107 | Republican | 05/20/2020 | 5/28/2020 | 03/11/2020 | 05/21/2020 | 299 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 360 | 0106312 | Simon A. Moesch<br>426 East Zingler Ave.<br>Shawano, 54166 | Democratic | 06/01/2020 | 6/1/2020 | 06/04/2020 | 06/01/2020 | 211 | Approved |
| | | **Office Subtotal : 3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 7** | | | | **Incumbent:** | **Daniel G. Riemer** | | |
| 050 | 0105193 | Daniel G. Riemer<br>3022 S. 39th Street<br>Milwaukee, 53215-3559 | Democratic | 07/11/2019 | 5/14/2020 | 04/12/2020 | 05/14/2020 | 400 | Approved |
| | | **Office Subtotal : 1** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 8** | | | | **Incumbent:** | **JoCasta Zamarripa (Filed Notification of Noncandidacy)** | | |
| 348 | 0105023 | Angel C. Sanchez<br>727 W. Madison St.<br>Milwaukee, 53204 | Republican | 05/08/2020 | 5/8/2020 | 06/04/2020 | 06/01/2020 | 213 | Approved |
| | 0106293 | Michael Rivera<br>1543 S. 14th St.<br>Milwaukee, 53204 | Democratic | 04/28/2020 | 6/1/2020 | 06/01/2020 | | | Denied |
| 108 | 0106241 | Sylvia Ortiz-Velez<br>517 W Madison Street<br>Milwaukee, 53204 | Democratic | 04/14/2020 | 4/20/2020 | 05/22/2020 | 05/19/2020 | 209 | Approved |
| 140 | 0106231 | Ruben Velez<br>1670 S 11th St Apt. 416<br>Milwaukee, 53204 | Republican | 04/14/2020 | 5/21/2020 | 06/01/2020 | 05/21/2020 | 382 | Approved |
| 214 | 0106254 | JoAnna Bautch<br>2321 S 19th St<br>Milwaukee, 53215 | Democratic | 04/21/2020 | 5/27/2020 | 05/28/2020 | 05/27/2020 | 375 | Approved |
| 342 | 0106261 | Enrique Murguia<br>111 E Seeboth St<br>Milwaukee, 53204 | Democratic | 04/23/2020 | 5/18/2020 | 06/04/2020 | 06/01/2020 | 253 | Pending |
| | | **Office Subtotal : 6** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 9** | | | | **Incumbent:** | **Marisabel Cabrera** | | |
| 369 | 0106255 | Veronica Diaz<br>2370 S 32nd St<br>Milwaukee, 53215 | Republican | 04/18/2020 | 6/1/2020 | 06/03/2020 | 06/01/2020 | 400 | Approved |

## Wisconsin Elections Commission

### Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 315 | 0105683 | Marisabel Cabrera<br>2200 W Layton Ave<br>Milwaukee, 53221 | Democratic | 05/28/2020 | 5/29/2020 | 04/30/2020 | 05/29/2020 | 338 | Approved |
| | 0106139 | Matthew Schigur-Melendez<br>N101W14786 Raintree Dr<br>Germantown, 53022 | Republican | 02/04/2020 | 9/3/2019 | | | | Denied |
| 233 | 0106288 | Christian Saldivar<br>3749 W. Margaret Place<br>Milwaukee, 53215 | Democratic | 05/10/2020 | 5/28/2020 | 04/23/2020 | 05/28/2020 | 370 | Approved |
| | | **Office Subtotal : 4** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 10** | | | **Incumbent:** | **David Bowen** | | | |
| 344 | 0105535 | David Bowen<br>4080 N 21st Street, #3<br>Milwaukee, 53209 | Democratic | 05/28/2020 | 5/8/2020 | 04/30/2020 | 06/01/2020 | 400 | Approved |
| | 0106219 | Aaron McClendon<br>4456 N 25th Street<br>Milwaukee, 53209-6102 | Republican | 04/06/2020 | | | | | Denied |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 11** | | | **Incumbent:** | **Jason M. Fields (Filed Notification of Noncandidacy)** | | | |
| 028 | 0106167 | Orlando Owens<br>6901 N. 40th Pl<br>Milwaukee, 53209 | Republican | 12/28/2019 | 12/23/2019 | 06/02/2020 | 05/11/2020 | 250 | Approved |
| 184 | 0106303 | Carl Gates<br>6057 W. Calumet Rd<br>Milwaukee, 53223 | Democratic | 05/18/2020 | 5/26/2020 | 05/18/2020 | 05/26/2020 | 283 | Approved |
| 170 | 0106247 | Tomika S. Vukovic<br>5442 N. Iroquois Avenue<br>Glendale, 53217 | Democratic | 04/19/2020 | 4/23/2020 | 05/28/2020 | 05/26/2020 | 319 | Approved |
| 061 | 0106248 | Dora Drake<br>8140 W. Bender Avenue, Apt. 1<br>Milwaukee, 53218 | Democratic | 04/24/2020 | 5/15/2020 | 05/21/2020 | 05/15/2020 | 400 | Approved |
| 311 | 0106154 | Curtis Cook II<br>1500 W Lawn Ave<br>Milwaukee, 53209 | Democratic | 04/23/2020 | 5/29/2020 | 05/28/2020 | 05/29/2020 | 400 | Approved |
| | | **Office Subtotal : 5** | | | | | | | |

## Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 12** | | | | **Incumbent:** | **LaKeshia N. Myers** | | | |
| 300 | 0105875 | LaKeshia N. Myers 10000 W Fountain Ave, #1906 Milwaukee,  53224 | Democratic | 04/13/2020 | 5/29/2020 | 04/16/2020 | 05/29/2020 | 204 | Approved |
| 294 | 0106279 | Ozell  Cox 10620 W Calumet Rd Milwaukee,  53224 | Republican | 04/30/2020 | 5/29/2020 | 06/02/2020 | 05/29/2020 | 269 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 13** | | | | **Incumbent:** | **Rob  Hutton** | | | |
| | 0106169 | Gabriella Regina Suliga 1921 West Kilbourn Ave., Apt. 101 Milwaukee,  53233-1646 | Democratic | 03/17/2020 | | | | | Denied |
| 195 | 0105217 | Rob  Hutton 17785 Marseille Drive Brookfield,  53045 | Republican | 05/21/2020 | 5/27/2020 | 04/30/2020 | 05/27/2020 | 366 | Approved |
| 256 | 0106263 | Sara  Rodriguez 19585 Timberline Dr Brookfield,  53045 | Democratic | 04/23/2020 | 4/29/2020 | 05/15/2020 | 05/28/2020 | 390 | Approved |
| | **Office Subtotal :  3** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 14** | | | | **Incumbent:** | **Robyn Vining** | | | |
| 080 | 0106017 | Robyn Vining 2546 N 66th St Wauwatosa,  53213 | Democratic | 04/21/2020 | 5/15/2020 | 04/30/2020 | 05/15/2020 | 397 | Approved |
| 177 | 0106055 | Linda Boucher 2340 Kevenauer Dr. Brookfield,  53005 | Republican | 06/01/2020 | 5/1/2020 | 05/30/2020 | 05/26/2020 | 306 | Approved |
| 041 | 0105933 | Steven  Shevey 2510 Talbots Lane Brookfield,  53045 | Republican | 02/05/2020 | 2/10/2020 | 05/18/2020 | 05/15/2020 | 223 | Approved |
| | 0105948 | Rick  Braun 3354 N. 99th Street Milwaukee,  53222 | Republican | 03/27/2019 | | | | | Denied |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| | 0105990 | Nathan John Dosch<br>2662 N. 72nd Street<br>Wauwatosa, 53213 | Republican | 07/09/2019 | | | | | Denied |
| 181 | 0106178 | Bonnie  Lee<br>2477 N. 91st Street<br>Wauwatosa, 53226 | Republican | 01/20/2020 | 2/5/2020 | 05/19/2020 | 05/26/2020 | 332 | Approved |
| | **Office Subtotal : 6** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 15** | | | **Incumbent:** | **Joe  Sanfelippo** | | | |
| 276 | 0106171 | Jessica  Katzenmeyer<br>7139 W Greenfield Ave Apt # 10<br>West Allis, 53214 | Democratic | 04/12/2020 | 5/29/2020 | 05/24/2020 | 05/29/2020 | 284 | Approved |
| 039 | 0105261 | Joe  Sanfelippo<br>20770 W. Coffee Rd<br>New Berlin, 53146 | Republican | 01/19/2020 | 1/29/2020 | 01/19/2020 | 05/13/2020 | 390 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 16** | | | **Incumbent:** | **Kalan  Haywood** | | | |
| 374 | 0106332 | Dennis C. Walton<br>3006 North 24th Street<br>Milwaukee, 53206 | Independent Walton For Change | 06/01/2020 | 6/1/2020 | 06/04/2020 | 06/01/2020 | 309 | Pending |
| 151 | 0106079 | Kalan Haywood<br>129 Brown St<br>Milwaukee, 53212 | Democratic | 04/16/2020 | 5/22/2020 | 04/30/2020 | 05/22/2020 | 374 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 17** | | | **Incumbent:** | **David C. Crowley (Filed Notification of Noncandidacy)** | | | |
| 111 | 0106253 | Abie Eisenbach<br>3361 N 54th St<br>Milwaukee, 53216 | Republican | 04/21/2020 | 4/30/2020 | 05/25/2020 | 05/19/2020 | 259 | Approved |
| 070 | 0104181 | Mike Brox<br>1377 N 54th St<br>Milwaukee, 53208 | Democratic | 04/20/2020 | 5/15/2020 | 04/20/2020 | 05/15/2020 | 266 | Approved |
| 288 | 0106075 | Supreme  Moore Omokunde<br>1435 W Brown St<br>Milwaukee, 53205 | Democratic | 05/19/2020 | 5/29/2020 | 05/31/2020 | 05/29/2020 | 362 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| | 0105751 | David Carl Crowley<br>3737 N 77th Street<br>Milwaukee, 53222 | Democratic | 05/28/2019 | | 04/20/2020 | | | Denied |
| | 0106233 | Nick John McVey<br>3463 N. 98th St., A<br>Milwaukee, 53222 | Independent | 04/14/2020 | | | | | Denied |
| 240 | 0106260 | Chris Walton<br>4006 N 19th St<br>Milwaukee, 53209 | Democratic | 04/23/2020 | 5/27/2020 | 05/21/2020 | 05/28/2020 | 265 | Approved |
| | 0106257 | Eric John Hildeman<br>4609 N. 70th St.<br>Milwaukee, 53218-4848 | Wisconsin Green Party | 04/23/2020 | 3/30/2020 | | | | Denied |
| | | Office Subtotal : 7 | | | | | | | |
| Office : | | REPRESENTATIVE TO THE ASSEMBLY DISTRICT 18 | | | Incumbent: | Evan Goyke | | | |
| 058 | 0105334 | Evan Goyke<br>2734 W State Street<br>Milwaukee, 53208 | Democratic | 04/16/2020 | 5/14/2020 | 04/30/2020 | 05/14/2020 | 338 | Approved |
| | | Office Subtotal : 1 | | | | | | | |
| Office : | | REPRESENTATIVE TO THE ASSEMBLY DISTRICT 19 | | | Incumbent: | Jonathan Brostoff | | | |
| 026 | 0105485 | Jonathan Brostoff<br>3000 N Stowell Ave.<br>Milwaukee, 53211 | Democratic | 04/23/2020 | 4/23/2020 | 04/17/2020 | 05/08/2020 | 280 | Approved |
| 281 | 0103116 | Helmut Fritz<br>2570 N Maryland Ave<br>Milwaukee, 53211 | Republican | 04/20/2020 | 5/20/2020 | 05/18/2020 | 05/29/2020 | 250 | Approved |
| | | Office Subtotal : 2 | | | | | | | |
| Office : | | REPRESENTATIVE TO THE ASSEMBLY DISTRICT 20 | | | Incumbent: | Christine Sinicki | | | |
| 141 | 0103687 | Christine M. Sinicki<br>3132 South Indiana Avenue<br>Milwaukee, 53207 | Democratic | 04/26/2020 | 5/21/2020 | 04/21/2020 | 05/21/2020 | 314 | Approved |
| | | Office Subtotal : 1 | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 21** | | | | **Incumbent:** | **Jessie Rodriguez** | | | |
| 178 | 0105450 | Jessie Rodriguez 6633 S. Crane Drive Oak Creek, 53154 | Republican | 05/28/2020 | 5/26/2020 | 02/28/2020 | 05/26/2020 | 325 | Approved |
| 146 | 0106269 | Erik Brooks 715 Walnut St South Milwaukee, 53172 | Democratic | 04/21/2020 | 5/22/2020 | 05/29/2020 | 05/22/2020 | 372 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 22** | | | | **Incumbent:** | **Janel Brandtjen** | | | |
| 005 | 0105561 | Janel Brandtjen N52W16632 Oak Ridge Trail Menomonee Falls, 53051-0641 | Republican | 04/30/2020 | 4/29/2020 | 04/27/2020 | 04/29/2020 | 331 | Approved |
| | 0106061 | Aaron James Matteson N48W26994 Lynndale Rd. Pewaukee, 53072-1108 | Independent, Common Sense | 05/06/2020 | | 05/09/2020 | | | Denied |
| 373 | 0106302 | Jack Larsen N53W15321 Balsam Dr. Menomonee Falls, 53051 | Democratic | 05/16/2020 | 6/1/2020 | | 06/01/2020 | 192 | Denied |
| | **Office Subtotal : 3** | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 23** | | | | **Incumbent:** | **Jim Ott** | | | |
| 056 | 0106162 | Deb Andraca 4707 N. Cumberland Blvd. Whitefish Bay, 53211 | Democratic | 11/27/2019 | 11/29/2019 | 05/12/2020 | 05/14/2020 | 394 | Approved |
| 095 | 0104488 | Jim Ott 11743 North Lake Shore Drive Mequon, 53092 | Republican | 05/17/2020 | 5/18/2020 | 04/27/2020 | 05/18/2020 | 400 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 24** | | | | **Incumbent:** | **Dan Knodl** | | | |
| 218 | 0105920 | Emily Siegrist 7790 N Pheasant Lane River Hills, 53217 | Democratic | 05/28/2020 | 4/26/2019 | 06/03/2020 | 05/27/2020 | 400 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 297 | 0104717 | Dan Knodl<br>N101 W14475 Ridgefield Ct<br>Germantown,  53022 | Republican | 05/31/2020 | 5/29/2020 | 04/24/2020 | 05/29/2020 | 316 | Approved |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 25** | | | **Incumbent:** | **Paul Tittl** | | | |
| 043 | 0104514 | Paul Tittl<br>2229 Rheaume Road<br>Manitowoc,  54220-2548 | Republican | 05/13/2020 | 5/13/2020 | 04/28/2020 | 05/13/2020 | 262 | Approved |
| 343 | 0106326 | Kerry  Trask<br>1020 North 16th Street<br>Manitowoc,  54220 | Democratic | 05/26/2020 | 6/1/2020 | 06/01/2020 | 06/01/2020 | 367 | Approved |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 26** | | | **Incumbent:** | **Terry Katsma** | | | |
| 227 | 0104146 | Mary Lynne  Donohue<br>418 Saint Clair Ave<br>Sheboygan,  53081 | Democratic | 05/20/2020 | 5/28/2020 | 05/27/2020 | 05/28/2020 | 391 | Approved |
| 011 | 0105585 | Terry Katsma<br>705 Erie Ave<br>Oostburg,  53070 | Republican | 04/06/2020 | 4/10/2020 | 03/31/2020 | 05/04/2020 | 400 | Approved |
| | 0106159 | Jaeven J. Vandeboom<br>705 s 2nd st<br>Cedar Grove,  53013-1656 | Democratic | 11/19/2019 | | | | | Denied |
| | | **Office Subtotal : 3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 27** | | | **Incumbent:** | **Tyler Vorpagel** | | | |
| 102 | 0105572 | Tyler Vorpagel<br>503 South Hills Drive<br>Plymouth,  53073 | Republican | 01/11/2020 | 5/19/2020 | 04/30/2020 | 05/19/2020 | 352 | Approved |
| | | **Office Subtotal : 1** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 28** | | | **Incumbent:** | **Gae Magnafici** | | | |
| 375 | 0105954 | Kim Butler<br>1264 190TH AVE<br>BALSAM LAKE,  54810-2934 | Democratic | 06/01/2020 | 5/29/2020 | 06/01/2020 | 06/01/2020 | 356 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 131 | 0105973 | Gae Magnafici 744 200th St. Dresser,  54009 | Republican | 05/04/2020 | 5/21/2020 | 02/05/2020 | 05/21/2020 | 392 | Approved |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 29** | | | **Incumbent:** | **Rob  Stafsholt (Filed Notification of Noncandidacy)** | | | |
| 134 | 0106195 | Clint Moses N6602 470th Menomonie,  54751 | Republican | 04/20/2020 | 2/26/2020 | 05/21/2020 | 05/21/2020 | 282 | Approved |
| | 0106264 | Julie Elizabeth McFadden 2440 3RD ST E MENOMONIE,  54751-3996 | Democratic | 04/26/2020 | | | | | Denied |
| 220 | 0106160 | Ryan  Sherley 648 Chestnut Drive New Richmond,  54017 | Republican | 11/25/2019 | 5/27/2020 | 06/01/2020 | 05/27/2020 | 250 | Approved |
| 290 | 0106176 | Neil R. Kline 1258 Spruce Ct., Unit B New Richmond,  54017 | Republican | 01/17/2020 | 5/29/2020 | 05/15/2020 | 05/29/2020 | 400 | Approved |
| 173 | 0105931 | John Rocco Calabrese 1402 Kausrud St. Menomonie,  54751 | Democratic | 01/12/2020 | 1/6/2020 | 05/29/2020 | 05/26/2020 | 310 | Approved |
| | | **Office Subtotal : 5** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 30** | | | **Incumbent:** | **Shannon  Zimmerman** | | | |
| 156 | 0106148 | Sarah Yacoub 81 Lockwood Ct Hudson,  54016-7743 | Democratic | 10/10/2019 | 11/8/2019 | 05/31/2020 | 05/22/2020 | 400 | Approved |
| 153 | 0105714 | Shannon  Zimmerman 429 Jefferson St River Falls,  54022 | Republican | 05/20/2020 | 5/22/2020 | 05/10/2020 | 05/22/2020 | 389 | Approved |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 31** | | | **Incumbent:** | **Amy Loudenbeck** | | | |
| 175 | 0106141 | Elizabeth Lochner-Abel 912 Bennett Ct Walworth,  53184 | Democratic | 09/12/2019 | 5/26/2020 | 04/26/2020 | 05/26/2020 | 399 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| | 0106319 | Christopher Elsworth Hansen 418 Beloit St., Apt. 2 Walworth,  53184-9796 | Independent, American Solidarity Party | 05/27/2020 | | | | | Denied |
| 017 | 0104948 | Amy Loudenbeck 10737 S State Road 140 Clinton,  53525-8441 | Republican | 05/06/2020 | 5/6/2020 | 04/27/2020 | 05/06/2020 | 388 | Approved |
| | | **Office Subtotal : 3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 32** | | | **Incumbent:** | **Tyler August** | | | |
| 089 | 0106020 | Katherine Gaulke 4979 Hickory Ct Elkhorn,  53121 | Democratic | 04/15/2020 | 5/18/2020 | 05/22/2020 | 05/18/2020 | 400 | Approved |
| 004 | 0104912 | Tyler  August 110 Hank Jay Drive, Unit B Lake Geneva,  53147 | Republican | 04/20/2020 | 4/29/2020 | 04/29/2020 | 04/29/2020 | 309 | Approved |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 33** | | | **Incumbent:** | **Cody J. Horlacher** | | | |
| | 0104814 | Terry  Virgil W9194-24 Lot 24 Ripley Road Cambridge,  53523 | Independent, Libertarian | 12/06/2019 | | | | | Denied |
| 057 | 0106150 | Mason Becker 1511 Stacy Ln Fort Atkinson,  53538 | Democratic | 10/21/2019 | 5/14/2020 | 05/07/2020 | 05/14/2020 | 359 | Approved |
| 019 | 0105587 | Cody Horlacher 327 Lake Street Mukwonago,  53149 | Republican | 05/07/2020 | 5/7/2020 | 03/23/2020 | 05/07/2020 | 333 | Approved |
| | | **Office Subtotal : 3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 34** | | | **Incumbent:** | **Rob Swearingen** | | | |
| 115 | 0105273 | Rob Swearingen 4485 Oakview Ln Rhinelander,  54501 | Republican | 05/18/2020 | 5/20/2020 | 04/15/2020 | 05/20/2020 | 377 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 377 | 0106308 | Kirk  Bangstad<br>318 W Park Ave<br>Minocqua,  54548 | Democratic | 05/15/2020 | 6/1/2020 | 05/26/2020 | 06/01/2020 | 336 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 35** | | | | **Incumbent:** | **Mary Czaja-Felzkowski (Filed Notification of Noncandidacy)** | | | |
| 239 | 0106273 | Donald Nelson<br>118 Hickey Ave<br>Tomahawk,  54487 | Republican | 04/30/2020 | 5/27/2020 | 06/04/2020 | 05/28/2020 | 305 | Approved |
| 221 | 0106155 | Calvin  Callahan<br>N11910 County Highway CC<br>Tomahawk,  54487 | Republican | 11/13/2019 | 4/27/2020 | 04/19/2020 | 05/27/2020 | 389 | Approved |
| 292 | 0106276 | Tyler E. Ruprecht<br>302 E Riverside Ave.<br>Merrill,  54452 | Democratic | 05/04/2020 | 4/27/2020 | 05/30/2020 | 05/29/2020 | 305 | Approved |
| | 0106249 | Ann F. Brigham<br>N10237 Peaceful Valley Rd.<br>Tomahawk,  54487 | Republican | 04/15/2020 | | | | | Denied |
| | **Office Subtotal :  4** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 36** | | | | **Incumbent:** | **Jeffrey L. Mursau** | | | |
| 246 | 0104355 | Jeffrey L. Mursau<br>4 Oak St.<br>Crivitz,  54114 | Republican | 05/28/2020 | 5/28/2020 | 03/05/2020 | 05/28/2020 | 400 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 37** | | | | **Incumbent:** | **John Jagler** | | | |
| 222 | 0106246 | Abigail  Lowery<br>609 Greenfield Dr<br>Deforest,  53532 | Democratic | 04/17/2020 | 5/27/2020 | 01/15/2020 | 05/27/2020 | 388 | Approved |
| | 0106189 | Chris  McFarlin<br>3400 Happy Valley Road<br>Sun Prairie,  53590 | Independent | 02/15/2020 | 8/26/2020 | | | | Denied |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 0106202 | Stephen W. Ratzlaff, Jr. 341 Country Clover Drive DeForest, 53532-1770 | Independent | 03/10/2020 | 3/9/2020 | 04/21/2020 | 04/21/2020 | 210 | Approved |
| 048 | 0105237 | John  Jagler 601 Clyman St Watertown, 53094 | Republican | 04/17/2020 | 5/14/2020 | 04/28/2020 | 05/14/2020 | 390 | Approved |
| | Office Subtotal : 4 | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 38** | | | **Incumbent:** | **Barbara Dittrich** | | | |
| 121 | 0106042 | Barbara Dittrich 380 Yosemite Rd Oconomowoc, 53066 | Republican | 06/02/2020 | 5/20/2020 | 04/29/2020 | 05/20/2020 | 381 | Approved |
| 148 | 0106008 | Melissa  Winker 37827 Atkins Knoll Rd. Oconomowoc, 53066 | Democratic | 01/02/2020 | 5/22/2020 | 05/26/2020 | 05/22/2020 | 398 | Approved |
| | Office Subtotal : 2 | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 39** | | | **Incumbent:** | **Mark L. Born** | | | |
| 112 | 0106184 | Izzy Hassey Nevarez N5094 Butternut Ct Juneau, 53039 | Democratic | 02/08/2020 | 2/12/2020 | 02/12/2020 | 05/19/2020 | 293 | Approved |
| 123 | 0105189 | Mark L .Born 135 Franklin St Beaver Dam, 53916 | Republican | 04/15/2020 | 5/20/2020 | 04/24/2020 | 05/20/2020 | 400 | Approved |
| | Office Subtotal : 2 | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 40** | | | **Incumbent:** | **Kevin Petersen** | | | |
| 208 | 0106284 | Deb Silvers 312 W Cook St New London, 54961 | Democratic | 05/05/2020 | 5/7/2020 | 05/18/2020 | 05/27/2020 | 367 | Approved |
| 053 | 0104400 | Kevin Petersen N1433 Drivas Road Waupaca, 54981 | Republican | 04/15/2020 | 4/29/2020 | 04/20/2020 | 05/14/2020 | 400 | Approved |
| | Office Subtotal : 2 | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 41** | | | | Incumbent: | **Joan  Ballweg (Filed Notification of Noncandidacy)** | | | |
| 025 | 0106199 | Alex A. Dallman<br>820 Sunnyside Road Unit 13<br>Green Lake,  54941 | Republican | 02/28/2020 | 2/28/2020 | 04/30/2020 | 05/11/2020 | 400 | Approved |
| | 0106197 | Tate Barber<br>522 1/2 Metomen St<br>Ripon,  54971 | Republican | 02/25/2020 | 3/12/2020 | | | | Denied |
| 079 | 0106240 | Gary A. Will<br>549 Hope Avenue<br>Ripon,  54971-1707 | Republican | 04/29/2020 | 5/15/2020 | 06/01/2020 | 05/15/2020 | 394 | Approved |
| 157 | 0106164 | Nate  Zimdars<br>537 Mayparty Drive, Apt. #4<br>Ripon,  54971 | Democratic | 04/21/2020 | 4/3/2020 | 06/03/2020 | 05/22/2020 | 278 | Approved |
| 198 | 0106209 | Luke Dretske<br>551 Center St.<br>Berlin,  54923 | Republican | 03/25/2020 | 4/20/2020 | 05/26/2020 | 05/27/2020 | 356 | Approved |
| 122 | 0106268 | Chuck Harsh<br>N2965 State Road 22<br>Montello,  53949 | Republican | 04/29/2020 | 5/20/2020 | 06/04/2020 | 05/20/2020 | 304 | Approved |
| 328 | 0106221 | Jean  Bartz<br>913 Gale Dr<br>Wisconsin Dells,  53965 | Independent | 04/07/2020 | 4/13/2020 | 04/13/2020 | 06/01/2020 | 269 | Approved |
| | **Office Subtotal : 7** | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 42** | | | | Incumbent: | **Jon  Plumer** | | | |
| 268 | 0106301 | Melisa Arndt<br>W5180 Cowgill Rd<br>Rio,  53960 | Democratic | 06/05/2020 | 5/29/2020 | 06/02/2020 | 05/29/2020 | 301 | Approved |
| 051 | 0105992 | Jon  Plumer<br>W11404 High Point Road<br>Lodi,  53555 | Republican | 05/09/2020 | 5/14/2020 | 01/30/2020 | 05/14/2020 | 400 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 43** | | | | Incumbent: | **Don Vruwink** | | | |
| 054 | 0105729 | Don  Vruwink<br>24 W Ash Lane<br>Milton,  53563 | Democratic | 04/06/2020 | 5/14/2020 | 03/26/2020 | 05/14/2020 | 400 | Approved |

**Wisconsin Elections Commission**

**Candidate Tracking by Office**

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 136 | 0106232 | Beth  Drew<br>8215 N. Ridge Trl<br>Milton,  53563-8708 | Republican | 04/14/2020 | 5/21/2020 | 06/02/2020 | 05/21/2020 | 269 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 44** | | | **Incumbent:** | **Deb Kolste (Filed Notification of Noncandidacy)** | | | |
| 336 | 0105912 | Reese Wood<br>1810 Green Valley Dr.<br>Janesville, 53546 | Libertarian Party | 05/27/2020 | 5/4/2020 | 06/02/2020 | 06/01/2020 | 209 | Pending |
| | 0104765 | Spencer  Zimmerman<br>462 S. Randall Ave #3<br>Janesville, 53545 | Democratic | 04/27/2020 | | | | | Denied |
| 087 | 0106218 | DuWayne Severson<br>56 South Martin Road<br>Janesville, 53545 | Republican | 04/22/2020 | 5/18/2020 | 05/14/2020 | 05/18/2020 | 347 | Approved |
| 245 | 0106193 | Sue Conley<br>202 Hillside Ct<br>Janesville, 53545 | Democratic | 02/20/2020 | 5/28/2020 | 03/20/2020 | 05/28/2020 | 396 | Approved |
| | **Office Subtotal :  4** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 45** | | | **Incumbent:** | **Mark  Spreitzer** | | | |
| 303 | 0106297 | Tawny Gustina<br>1124 Olympian Boulevard<br>Beloit,  53511-4267 | Republican | 05/12/2020 | 5/20/2020 | 06/03/2020 | 05/29/2020 | 314 | Approved |
| 152 | 0105472 | Mark  Spreitzer<br>1718 Henderson Avenue<br>Beloit,  53511 | Democratic | 01/15/2020 | 5/22/2020 | 04/15/2020 | 05/22/2020 | 384 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 46** | | | **Incumbent:** | **Gary  Hebl** | | | |
| | 0106166 | Christopher S. Alexander<br>1238 Van Ells Way<br>Sun Prairie,  53590 | Republican | 12/20/2019 | | | | | Denied |
| 282 | 0106266 | Terry Lyon<br>229 Yarrow Hill Drive<br>Cottage Grove,  53527 | Republican | 04/27/2020 | 4/20/2020 | 06/02/2020 | 05/29/2020 | 334 | Approved |

**Wisconsin Elections Commission**

**Candidate Tracking by Office**

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 022 | 0104277 | Gary Alan Hebl<br>515 Scheuerell Lane<br>Sun Prairie,  53590-2347 | Democratic | 04/15/2020 | 4/20/2020 | 04/15/2020 | 05/08/2020 | 238 | Approved |
| | | **Office Subtotal :  3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 47** | | | **Incumbent:** | **Jimmy  Anderson** | | | |
| 296 | 0105709 | Jimmy  Anderson<br>5807 Verde View Rd.<br>Fitchburg,  53711 | Democratic | 04/22/2020 | 5/29/2020 | 04/03/2020 | 05/29/2020 | 292 | Approved |
| | 0106111 | Eric David Seer<br>W4785 County HWY H, Apt A5<br>Fredonia,  53021 | Republican | 11/10/2018 | | | | | Denied |
| 346 | 0105609 | Phil Anderson<br>5154 Anton Drive, Apt 201<br>Fitchburg,  53719 | Republican | 04/21/2020 | 4/20/2020 | 04/21/2020 | 06/01/2020 | 258 | Approved |
| | | **Office Subtotal :  3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 48** | | | **Incumbent:** | **Melissa Agard Sargent (Filed Notification of Noncandidacy)** | | | |
| 237 | 0106188 | Walter  Stewart<br>17 Harbort Drive<br>Madison,  53704-5926 | Democratic | 02/14/2020 | 2/17/2020 | 06/01/2020 | 05/28/2020 | 344 | Approved |
| 259 | 0106192 | Samba  Baldeh<br>5150 Crescent Oaks Dr<br>Madison,  53704 | Democratic | 02/20/2020 | 2/21/2020 | 02/21/2020 | 05/28/2020 | 266 | Approved |
| 023 | 0105329 | Jason Vangalis<br>129 Coach House Dr<br>Madison,  53714 | Democratic | 05/11/2020 | 5/8/2020 | 04/23/2020 | 05/08/2020 | 225 | Approved |
| 347 | 0106271 | Samuel Anderson<br>5801 Gemini Dr. Apt. 311<br>Madison,  53718 | Republican | 05/07/2020 | 6/1/2020 | 06/02/2020 | 06/01/2020 | 240 | Approved |
| 154 | 0106198 | Lindsay  Lemmer<br>5405 Sudbury Way<br>Madison,  53714 | Democratic | 03/11/2020 | 4/20/2020 | 05/25/2020 | 05/22/2020 | 275 | Approved |
| | | **Office Subtotal :  5** | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 49** | | | | **Incumbent:** | **Travis  Tranel** | | | |
| | 0106127 | Barret L. Galauner<br>45 S Bonson St<br>Platteville,  53818 | Democratic | 05/25/2020 | | | | | Denied |
| 372 | 0106283 | Shaun Murphy-Lopez<br>20548 Cave Rd<br>Hillsboro,  54634 | Democratic | 06/01/2020 | 6/1/2020 | 06/03/2020 | 06/01/2020 | 345 | Approved |
| 179 | 0104591 | Travis  Tranel<br>2231 Louisburg Road<br>Cuba City,  53807 | Republican | 01/12/2020 | 5/26/2020 | 02/07/2020 | 05/26/2020 | 400 | Approved |
| | **Office Subtotal :  3** | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 50** | | | | **Incumbent:** | **Tony  Kurtz** | | | |
| 083 | 0106073 | Tony  Kurtz<br>W9648 Gehri Road<br>Wonewoc,  53968 | Republican | 04/15/2020 | 4/20/2020 | 04/27/2020 | 05/18/2020 | 400 | Approved |
| 332 | 0106317 | Mark Waldon<br>435 8th St<br>Reedsburg,  53959 | Democratic | 05/26/2020 | 6/1/2020 | 06/01/2020 | 06/01/2020 | 325 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 51** | | | | **Incumbent:** | **Todd Novak** | | | |
| 172 | 0105503 | Todd Novak<br>202 W Division St<br>Dodgeville,  53533-0002 | Republican | 11/02/2019 | 5/11/2020 | 04/23/2020 | 05/26/2020 | 399 | Approved |
| 247 | 0105957 | Kriss  Marion<br>1784 County Rd H<br>Blanchardville, WI,  53516 | Democratic | 05/01/2020 | 5/28/2020 | 05/28/2020 | 05/28/2020 | 377 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 52** | | | | **Incumbent:** | **Jeremy Thiesfeldt** | | | |
| 033 | 0104878 | Jeremy Thiesfeldt<br>604 Sunset Lane<br>Fond du Lac,  54935 | Republican | 04/16/2020 | 5/12/2020 | 04/15/2020 | 05/12/2020 | 385 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 226 | 0106286 | Julie  Schroeder 18 Streeter Ct Fond du Lac,  54935 | Democratic | 05/07/2020 | 5/11/2020 | 05/22/2020 | 05/28/2020 | 249 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 53** | | | **Incumbent:** | **Michael  Schraa** | | | |
| 210 | 0105147 | Michael  Schraa 2834 County Rd FF Oshkosh,  54904 | Republican | 05/14/2020 | 5/27/2020 | 04/30/2020 | 05/27/2020 | 400 | Approved |
| 232 | 0106318 | Joseph Connelly 4274 Bellhaven Ln Oshkosh,  54904 | Independent | 05/27/2020 | 5/28/2020 | 06/01/2020 | 05/28/2020 | 251 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 54** | | | **Incumbent:** | **Gordon  Hintz** | | | |
| 355 | 0106328 | Donny  Herman 3885 Western Drive Oshkosh,  54901 | Republican | 06/01/2020 | 6/1/2020 | 06/03/2020 | 06/01/2020 | 397 | Approved |
| 180 | 0106237 | Pete Kohlhoff 1545 Arboretum Dr. Unit 129 Oshkosh,  54901 | Republican | 04/14/2020 | 4/15/2020 | 05/30/2020 | 05/26/2020 | 272 | Approved |
| 302 | 0106262 | Jeffrey Jacobs 712 Merritt Ave Oshksoh,  54901 | The Green Party | 04/24/2020 | 5/29/2020 | 05/21/2020 | 05/29/2020 | 98 | Denied |
| 223 | 0104278 | Gordon  Hintz 502 E. Irving Ave Oshkosh,  54901 | Democratic | 05/13/2020 | 5/27/2020 | 05/01/2020 | 05/27/2020 | 346 | Approved |
| | **Office Subtotal :  4** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 55** | | | **Incumbent:** | **Mike Rohrkaste (Filed Notification of Noncandidacy)** | | | |
| 242 | 0105998 | Daniel Schierl 7529 Sunburst Ln Neenah,  54956 | Democratic | 04/28/2020 | 4/23/2020 | 05/28/2020 | 05/28/2020 | 298 | Approved |
| 165 | 0106157 | Rachael Cabral-Guevara 190 River Island Ct Appleton,  54914 | Republican | 12/11/2019 | 11/19/2019 | 05/14/2020 | 05/22/2020 | 393 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 263 | 0106320 | Jay  Schroeder<br>1295 N Lake St<br>Neenah,  54956 | Republican | 05/28/2020 | 5/14/2020 | 06/03/2020 | 05/28/2020 | 240 | Approved |
| 228 | 0106151 | Lauri Asbury<br>234 Limekiln Dr<br>Neenah,  54956 | Republican | 10/28/2019 | 10/28/2019 | 05/31/2020 | 05/28/2020 | 336 | Approved |
| | | **Office Subtotal : 4** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 56** | | | **Incumbent:** | **Dave Murphy** | | | |
| 201 | 0105319 | Dave Murphy<br>N1777 Ivy Lane<br>Greenville,  54942 | Republican | 05/27/2020 | 5/27/2020 | 04/27/2020 | 05/27/2020 | 283 | Approved |
| | 0106200 | Joseph P. Carman<br>1225  N. Hawthorne Dr.<br>Appleton,  54915-2815 | Democratic | 02/29/2020 | 4/27/2020 | | | | Denied |
| 338 | 0105148 | Diana Lawrence<br>153 Northbreeze Dr<br>Appleton,  54956-9016 | Democratic | 01/15/2020 | 1/9/2020 | 06/02/2020 | 06/01/2020 | 257 | Approved |
| | | **Office Subtotal : 3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 57** | | | **Incumbent:** | **Amanda Stuck (Filed Notification of Noncandidacy)** | | | |
| | 0105802 | Mitchell  Hanke<br>809 West Brewster Street<br>Appleton,  54914 | Independent | 04/16/2020 | | | | | Denied |
| 101 | 0106229 | Eric J. Beach<br>306 W Porospect Ave, #6<br>Appleton,  54911 | Republican | 06/05/2020 | 4/13/2020 | 04/15/2020 | 05/19/2020 | 325 | Approved |
| 125 | 0106018 | Lee Snodgrass<br>529 S Fairview Street<br>Appleton,  54914 | Democratic | 07/12/2019 | 5/21/2020 | 06/01/2020 | 05/21/2020 | 400 | Approved |
| | | **Office Subtotal : 3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 58** | | | **Incumbent:** | **Rick Gundrum** | | | |
| 055 | 0105927 | Rick  Gundrum<br>301 Winter Lane<br>Slinger,  53086 | Republican | 04/20/2020 | 5/14/2020 | 01/23/2020 | 05/14/2020 | 400 | Approved |
| | | **Office Subtotal : 1** | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 59** | | | | **Incumbent:** | **Timothy S. Ramthun** | | | |
| 183 | 0105556 | Timothy Ramthun N641 Ramthun Lane Campbellsport,  53010 | Republican | 04/11/2020 | 4/17/2020 | 04/25/2020 | 05/26/2020 | 390 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 60** | | | | **Incumbent:** | **Robert Brooks** | | | |
| 021 | 0105574 | Robert Brooks 204 E Dekora St Saukville,  53080 | Republican | 05/07/2020 | 5/7/2020 | 04/25/2020 | 05/07/2020 | 392 | Approved |
| 334 | 0106207 | Chris Reimer N78W7088 Oak Street Cedarburg,  53012 | Republican | 03/20/2020 | 3/23/2020 | 05/26/2020 | 06/01/2020 | 225 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 61** | | | | **Incumbent:** | **Samantha  Kerkman** | | | |
| 047 | 0103849 | Samantha  Kerkman 7510 288th Avenue #3 Salem,  53168 | Republican | 04/18/2020 | 4/2/2020 | 04/18/2020 | 05/14/2020 | 390 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 62** | | | | **Incumbent:** | **Robert Wittke** | | | |
| 124 | 0106066 | Robert Wittke 11 Sandalwood Court Racine,  53402 | Republican | 04/13/2020 | 5/20/2020 | 04/30/2020 | 05/20/2020 | 330 | Approved |
| 339 | 0106309 | August Schutz 1247 51st St Caledonia,  53108 | Democratic | 04/16/2020 | 6/1/2020 | 06/03/2020 | 06/01/2020 | 288 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 63** | | | | **Incumbent:** | **Robin  Vos** | | | |
| 189 | 0104283 | Robin J. Vos 960 Rock Ridge Road Burlington,  53105 | Republican | 05/27/2020 | 5/26/2020 | 04/30/2020 | 05/26/2020 | 400 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 231 | 0106036 | Joel Jacobsen 200 Peters Parkway Burlington, 53105- | Democratic | 05/11/2020 | 5/28/2020 | 05/27/2020 | 05/28/2020 | 333 | Approved |
| | 0106252 | Robert J. Prailes 580 Adams St Burlington, 53105 | Democratic | 04/20/2020 | 4/20/2020 | | | | Denied |
| | Office Subtotal : 3 | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 64** | | | | **Incumbent:** | **Tip McGuire** | | | |
| 257 | 0106236 | Ed Hibsch 866 Sheridan Rd Kenosha, 53140 | Republican | 04/15/2020 | 4/15/2020 | 06/02/2020 | 05/28/2020 | 327 | Approved |
| 110 | 0106119 | Tip McGuire 3304 27th St Kenosha, 53144 | Democratic | 05/14/2020 | 5/19/2020 | 04/30/2020 | 05/19/2020 | 400 | Approved |
| | Office Subtotal : 2 | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 65** | | | | **Incumbent:** | **Tod Ohnstad** | | | |
| 206 | 0106267 | Crystal J. Miller 217 69th Street Kenosha, 53143 | Republican | 04/23/2020 | 4/27/2020 | 06/03/2020 | 05/27/2020 | 343 | Approved |
| 040 | 0105282 | Tod Ohnstad 3814 18th Avenue Kenosha, 53140 | Democratic | 04/24/2020 | 4/16/2020 | 04/20/2020 | 05/13/2020 | 377 | Approved |
| | Office Subtotal : 2 | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 66** | | | | **Incumbent:** | **Greta Neubauer** | | | |
| 149 | 0105919 | Greta Neubauer 936 Main Street, Apt. 3 Racine, 53403 | Democratic | 10/25/2019 | 5/22/2020 | 04/28/2020 | 05/22/2020 | 336 | Approved |
| 277 | 0106223 | Will Leverson 905 Wolfe St Racine, 53402 | Republican | 04/07/2020 | 4/9/2020 | 06/02/2020 | 05/29/2020 | 234 | Approved |
| | Office Subtotal : 2 | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 67** | | | | **Incumbent:** | **Rob Summerfield** | | | |
| 291 | 0105988 | Chris Kapsner E3849 1210th Ave Boyceville, 54725 | Democratic | 04/17/2020 | 5/29/2020 | 05/27/2020 | 05/29/2020 | 225 | Approved |
| 116 | 0105728 | Rob Summerfield 812 Thompson St Bloomer, 54724 | Republican | 05/18/2020 | 5/20/2020 | 04/28/2020 | 05/20/2020 | 400 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 68** | | | | **Incumbent:** | **Jesse James** | | | |
| | 0106204 | Wm E. Bogdonovich W8644 Chickadee Rd Willard, 54493 | The Independent Party | 03/16/2020 | 4/8/2020 | | | | Denied |
| 106 | 0106023 | Jesse James 2511 Botsford Avenue Altoona, 54720 | Republican | 04/15/2020 | 5/19/2020 | 04/28/2020 | 05/19/2020 | 390 | Approved |
| 295 | 0106322 | Emily Berge 3935 Charleston Dr. Eau Claire, 54703 | Democratic | 05/30/2020 | 5/29/2020 | 06/02/2020 | 05/29/2020 | 266 | Approved |
| | **Office Subtotal : 3** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 69** | | | | **Incumbent:** | **Bob  Kulp (Filed Notification of Noncandidacy)** | | | |
| 199 | 0106208 | Tim Miller 115109 Equity St. Stratford, 54484 | Republican | 03/23/2020 | 3/26/2020 | 05/25/2020 | 05/27/2020 | 399 | Approved |
| 350 | 0106175 | Matthew F. Windheuser 1626 N Fig Ave, Apt 106 Marshfield, 54449 | Republican | 01/11/2020 | 4/15/2020 | 05/26/2020 | 06/01/2020 | 227 | Approved |
| 117 | 0106234 | Brian  Giles 2205 S Wallonnie Dr Marshfield, 54449-5344 | Democratic | 04/15/2020 | 5/20/2020 | 04/15/2020 | 05/20/2020 | 400 | Approved |
| 316 | 0104068 | Michael V. Smith 500 East Elm Drive Loyal, 54446 | Republican | 04/13/2020 | 3/10/2020 | 06/01/2020 | 05/29/2020 | 219 | Approved |
| 034 | 0103120 | Donna M. Rozar 711 West Blodgett Street Marshfield, 54449-1808 | Republican | 04/09/2020 | 5/12/2020 | 05/28/2020 | 05/12/2020 | 391 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 361 | 0105375 | Scott Kenneth Noble<br>10498 County Rd Y<br>Marshfield, 54449 | Republican | 06/01/2020 | 6/1/2020 | | 06/01/2020 | 117 | Denied |
| | 0106114 | Joseph Daniel Sari<br>304 East Mill St<br>Spencer, 54479 | Republican | 11/19/2018 | | | | | Denied |
| | **Office Subtotal : 7** | | | | | | | | |

| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 70** | | | | **Incumbent:** | **Nancy Lynn Vander Meer** | | | |
|---|---|---|---|---|---|---|---|---|---|
| 309 | 0106294 | John Iver Baldus<br>5440 Oakwood Ave.<br>Stevens Point, 54482 | Democratic | 05/14/2020 | 6/1/2020 | 06/03/2020 | 05/29/2020 | 309 | Approved |
| 176 | 0105275 | Nancy Lynn VanderMeer<br>18940 Eden Ave<br>Tomah, 54660-8071 | Republican | 05/05/2020 | 5/4/2020 | 04/27/2020 | 05/26/2020 | 353 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |

| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 71** | | | | **Incumbent:** | **Katrina  Shankland** | | | |
|---|---|---|---|---|---|---|---|---|---|
| 187 | 0105374 | Katrina  Shankland<br>5782 Sandpiper Dr<br>Stevens Point, 54482 | Democratic | 01/13/2020 | 5/26/2020 | 04/28/2020 | 05/26/2020 | 400 | Approved |
| 088 | 0106225 | Scott C. Soik<br>415 W River Dr W<br>Stevens Point, 54481 | Republican | 04/10/2020 | 5/18/2020 | 05/18/2020 | 05/18/2020 | 369 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |

| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 72** | | | | **Incumbent:** | **Scott S. Krug** | | | |
|---|---|---|---|---|---|---|---|---|---|
| 130 | 0104141 | Scott S. Krug<br>1551 Kingswood Trail<br>Nekoosa, 54457-8177 | Republican | 05/28/2020 | 5/21/2020 | 04/29/2020 | 05/21/2020 | 367 | Approved |
| 289 | 0106298 | Criste Greening<br>6451 Oak St<br>Wisconsin Rapids, 54494 | Democratic | 05/11/2020 | 5/29/2020 | 05/16/2020 | 05/29/2020 | 384 | Approved |
| | 0105662 | David John Gorski<br>5811 Schroeder Dr<br>Wisconsin Rapids, 54494-7246 | Democratic | 02/12/2019 | | | | | Denied |
| | **Office Subtotal : 3** | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 73** | | | | **Incumbent:** | **Nick  Milroy** | | | |
| 248 | 0106259 | Keith  Kern 1618 Susquehanna Ave Superior,  54880 | Republican | 04/22/2020 | 5/28/2020 | 06/04/2020 | 05/28/2020 | 395 | Approved |
| 260 | 0104678 | Nick  Milroy 4543 S. Sam Anderson Road South Range,  54874 | Democratic | 05/28/2020 | 5/28/2020 | 05/28/2020 | 05/28/2020 | 332 | Approved |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 74** | | | | **Incumbent:** | **Beth  Meyers** | | | |
| 138 | 0105504 | Beth  Meyers 36505 Aiken RD, PO Box 907 Bayfield,  54814-0907 | Democratic | 04/26/2020 | 5/4/2020 | 03/16/2020 | 05/21/2020 | 369 | Approved |
| 203 | 0105960 | James Bolen 14580 Resort Road Cable,  54821 | Republican | 05/04/2020 | 5/8/2020 | 05/28/2020 | 05/27/2020 | 336 | Approved |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 75** | | | | **Incumbent:** | **Romaine Robert Quinn (Filed Notification of Noncandidacy)** | | | |
| 244 | 0106213 | David Armstrong 11 Phipps Ave Rice Lake,  54868 | Republican | 03/26/2020 | 5/28/2020 | 04/16/2020 | 05/28/2020 | 400 | Approved |
| 341 | 0106325 | John C. Ellenson 1343 South Lake Dr Shell Lake,  54871 | Democratic | 05/30/2020 | 6/1/2020 | 06/01/2020 | 06/01/2020 | 370 | Approved |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 76** | | | | **Incumbent:** | **Chris Taylor (Filed Notification of Noncandidacy)** | | | |
| 368 | 0106181 | Patrick Hull 1017 Spring Street Madison,  53715 | Republican | 01/28/2020 | 1/28/2020 | 06/04/2020 | 06/01/2020 | 255 | Approved |
| | 0106078 | Thomas Charles Leager 420 W. Wilson St., Apt: L4 Madison,  53703 | Independent, The Freeman Party | 02/20/2020 | | | | | Denied |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 074 | 0106220 | Marsha A. Rummel 1029 Spaight St. #6C Madison,  53703-3574 | Democratic | 04/08/2020 | 4/8/2020 | 06/03/2020 | 05/15/2020 | 239 | Approved |
| 174 | 0106224 | Nicki  Vander Meulen 309 W. Washington Ave., Unit 305 Madison,  53703 | Democratic | 04/08/2020 | 5/26/2020 | 05/03/2020 | 05/26/2020 | 265 | Approved |
| 258 | 0106215 | Heather  Driscoll 2401 Oakridge Ave Madison,  53704 | Democratic | 03/27/2020 | 5/28/2020 | 05/29/2020 | 05/28/2020 | 290 | Approved |
| 236 | 0106258 | Ali  Maresh 25 South Second Street Madison,  53704 | Democratic | 04/23/2020 | 5/28/2020 | 05/21/2020 | 05/28/2020 | 231 | Approved |
| 215 | 0106285 | Francesca  Hong 4848 Violet Lane Madison,  53714 | Democratic | 05/07/2020 | 5/27/2020 | 05/08/2020 | 05/27/2020 | 252 | Approved |
| 283 | 0106272 | Tyrone Cratic Williams 4 Sherman Terrace Unit 4 Madison,  53704 | Democratic | 04/30/2020 | 5/19/2020 | 05/26/2020 | 05/29/2020 | 292 | Approved |
| 366 | 0106323 | Dewey Bredeson 116 E Dayton Street, #100 Madison,  53703 | Democratic | 05/30/2020 | 6/1/2020 | 06/03/2020 | 06/01/2020 | 264 | Approved |
|  | 0105093 | Chris Lyn Taylor 2910 Oakridge Ave. Madison,  53704 | Democratic | 01/10/2020 |  | 04/29/2020 |  |  | Denied |

Office Subtotal :  **10**

| Office : | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 77** | | | **Incumbent:** | **Shelia  Stubbs** | | | |
|---|---|---|---|---|---|---|---|---|---|
| 109 | 0105959 | Shelia  Stubbs 4 Waunona Woods Court Madison,  53713 | Democratic | 05/01/2020 | 5/7/2020 | 04/30/2020 | 05/19/2020 | 362 | Approved |

Office Subtotal :  **1**

| Office : | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 78** | | | **Incumbent:** | **Lisa Subeck** | | | |
|---|---|---|---|---|---|---|---|---|---|
| 330 | 0105903 | Rob Slamka 6810 Winstone Dr Madison,  53711 | Democratic | 08/28/2019 | 6/1/2020 | 06/02/2020 | 06/01/2020 | 225 | Pending |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 072 | 0105466 | Lisa B. Subeck 818 S. Gammon Rd., Unit 4 Madison, 53719 | Democratic | 04/15/2020 | 5/15/2020 | 04/29/2020 | 05/15/2020 | 370 | Approved |
| | 0106275 | Ronald Rosenberry Chase 6521 Westin Drive Madison, 53719 | Independent Progressive | 05/04/2020 | | | | | Denied |
| | 0106196 | Badri  Lankella 3017 Winter Park Pl Madison, 53719 | Democratic | 02/25/2020 | 3/5/2020 | | | | Denied |
| | **Office Subtotal : 4** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 79** | | | **Incumbent:** | **Dianne  Hesselbein** | | | |
| 142 | 0104973 | Dianne H. Hesselbein 1420 N. High Point Rd. Middleton, 53562 | Democratic | 04/14/2020 | 5/21/2020 | 04/29/2020 | 05/21/2020 | 385 | Approved |
| 262 | 0106228 | Victoria Fueger 1111 Centennial Parkway Waunakee, 53597 | Republican | 05/14/2020 | 4/7/2020 | 06/01/2020 | 05/28/2020 | 293 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 80** | | | **Incumbent:** | **Sondy  Pope** | | | |
| 251 | 0106163 | Chase Binnie 803 Alaska Ave, #1 Mount Horeb, 53572 | Republican | 12/01/2019 | 5/28/2020 | 06/03/2020 | 05/28/2020 | 245 | Approved |
| 090 | 0103840 | Sondy  Pope 317 Nesheim Trail Mount Horeb, 53572-1924 | Democratic | 04/27/2020 | 4/29/2020 | 04/21/2020 | 05/18/2020 | 400 | Approved |
| 280 | 0106243 | Kimberly  Smith 775 Edenberry Ln Oregon, 53575 | Democratic | 04/16/2020 | 4/17/2020 | 06/01/2020 | 05/29/2020 | 330 | Approved |
| | **Office Subtotal : 3** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 81** | | | **Incumbent:** | **Dave Considine** | | | |
| 286 | 0106256 | David J. Dahlke 1411 Olde Sawmill Rd Baraboo, 53913-9311 | Republican | 04/16/2020 | 4/29/2020 | 05/30/2020 | 05/29/2020 | 400 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 118 | 0105525 | Dave Considine<br>N6194 Breezy Hill Road<br>Baraboo, 53913 | Democratic | 05/03/2020 | 5/20/2020 | 04/22/2020 | 05/20/2020 | 375 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 82** | | | | **Incumbent:** | **Ken Skowronski** | | | |
| 103 | 0105462 | Ken Skowronski<br>8642 South 116 St<br>Franklin, 53132 | Republican | 12/18/2019 | 2/12/2020 | 04/28/2020 | 05/19/2020 | 398 | Approved |
| | 0106132 | Nenad  Markovic<br>4476 West Thorncrest Drive<br>Franklin, 53132 | Democratic | 06/01/2020 | 8/5/2019 | | | | Denied |
| 312 | 0106245 | Marc Adam Ciske<br>5679 Oriole Court<br>Greendale, 53129 | Independent | 04/16/2020 | 5/29/2020 | 06/02/2020 | 05/29/2020 | 226 | Approved |
| 060 | 0106214 | Jacob  Malinowski<br>5684 Oakwood St<br>Greendale, 53129 | Democratic | 03/30/2020 | 5/5/2020 | 04/30/2020 | 05/15/2020 | 372 | Approved |
| 293 | 0106180 | Paul  McCreary<br>6600 S 35th St<br>Franklin, 53132 | Democratic | 01/27/2020 | 5/29/2020 | 05/27/2020 | 05/29/2020 | 244 | Approved |
| 362 | 0106327 | Theodore D. Kafkas<br>8820 W Travis Ln<br>Franklin, 53132 | Republican | 06/01/2020 | 6/1/2020 | 06/03/2020 | 06/01/2020 | 246 | Approved |
| | **Office Subtotal : 6** | | | | | | | | |
| **Office :** | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 83** | | | | **Incumbent:** | **Chuck Wichgers** | | | |
| 205 | 0106316 | Alan R. DeYoung<br>W175S6885 Marybeck Ct.<br>Muskego, 00000 | Democratic | 04/22/2020 | 5/27/2020 | 05/27/2020 | 05/27/2020 | 202 | Approved |
| | 0105078 | Jim Arthur Brownlow<br>W173 S7955 Scenic Dr.<br>Muskego, 53150-8824 | Democratic | 04/17/2020 | | | | | Denied |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 204 | 0105770 | Chuck Wichgers<br>W156 S7388 Quietwood Dr.<br>Muskego,  53150 | Republican | 05/02/2020 | 5/27/2020 | 01/24/2020 | 05/27/2020 | 400 | Approved |
| | | **Office Subtotal : 3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 84** | | | **Incumbent:** | **Mike  Kuglitsch** | | | |
| 071 | 0105009 | Mike  Kuglitsch<br>21865 W. Tolbert Drive<br>New Berlin,  53146 | Republican | 04/14/2020 | 5/15/2020 | 04/14/2020 | 05/15/2020 | 260 | Approved |
| | 0105703 | Dmitry Stefan Becker<br>3520 S. Cari-Adam Dr.<br>New Berlin,  53146-3008 | Republican | 09/11/2019 | | | | | Denied |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 85** | | | **Incumbent:** | **Patrick Snyder** | | | |
| 301 | 0106278 | Aaron A. LaFave<br>809 Hamilton Street<br>Wausau,  54403 | Democratic | 05/01/2020 | 5/11/2020 | 05/10/2020 | 05/29/2020 | 266 | Approved |
| 168 | 0105192 | Jeff Johnson<br>4522 Forest Valley Rd<br>Wausau,  54403 | Democratic | 04/17/2020 | 5/26/2020 | 05/20/2020 | 05/26/2020 | 389 | Approved |
| 104 | 0105215 | Patrick Snyder<br>129 E Charles St<br>Schofield,  54476-1202 | Republican | 05/19/2020 | 5/19/2020 | 04/09/2020 | 05/19/2020 | 393 | Approved |
| | | **Office Subtotal : 3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 86** | | | **Incumbent:** | **John  Spiros** | | | |
| 065 | 0104954 | John  Spiros<br>1406 E. Fillmore<br>Marshfield,  54449 | Republican | 05/01/2020 | 4/8/2020 | 01/15/2020 | 05/15/2020 | 325 | Approved |
| | | **Office Subtotal : 1** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 87** | | | **Incumbent:** | **James W. Edming** | | | |
| 135 | 104063 | James W. Edming<br>N4998 Edming Rd<br>Glen Flora,  54526-9746 | Republican | 05/21/2020 | 4/15/2020 | 03/18/2020 | 05/21/2020 | 309 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 241 | 0105580 | Richard Pulcher<br>W13276 South Street<br>Lublin, 54447 | Democratic | 02/03/2020 | 1/29/2020 | 04/16/2020 | 05/28/2020 | 239 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 88** | | | **Incumbent:** | **John Macco** | | | |
| 186 | 0105355 | John Macco<br>1874 Old Valley Road<br>DePere, 54115 | Republican | 05/30/2020 | 5/26/2020 | 05/29/2020 | 05/26/2020 | 284 | Approved |
| | 0105942 | Nicholas Michael De Leon<br>1386 Kingston Terrace #6<br>Green Bay, 54302 | Democratic | 02/17/2020 | 8/9/2019 | | | | Denied |
| 255 | 0106292 | Kristin Lyerly<br>3500 Meadow Sound Drive<br>De Pere, 54115 | Democratic | 05/11/2020 | 5/12/2020 | 06/01/2020 | 05/28/2020 | 338 | Approved |
| | **Office Subtotal : 3** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 89** | | | **Incumbent:** | **John Nygren** | | | |
| 337 | 0106281 | Karl Jaeger<br>W2862 County Rd B<br>Marinette, 54143 | Democratic | 05/05/2020 | 5/6/2020 | 06/02/2020 | 06/01/2020 | 243 | Approved |
| | 0105955 | Ken Holdorf<br>2711 Lincoln Street<br>Marinette, 54143 | Democratic | 05/06/2020 | 4/17/2020 | | | | Denied |
| 358 | 0106287 | Andi Rich<br>1701 Dunlap Ave<br>Marinette, 54143 | Republican | 04/20/2020 | 4/27/2020 | 05/12/2020 | 06/01/2020 | 274 | Approved |
| 077 | 0104417 | John Nygren<br>N2118 Keller Rd<br>Marinette, 54143 | Republican | 05/20/2020 | 5/15/2020 | 04/28/2020 | 05/15/2020 | 321 | Approved |
| | **Office Subtotal : 4** | | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 90** | | | **Incumbent:** | **Staush Gruszynski** | | | |
| 147 | 0106190 | Kristina Shelton<br>1019 Emilie St<br>Green Bay, 54301 | Democratic | 02/20/2020 | 2/25/2020 | 05/16/2020 | 05/22/2020 | 400 | Approved |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| 046 | 0105979 | Staush Gruszynski<br>1715 Deckner Ave<br>Green Bay, 54302 | Democratic | 02/20/2020 | 5/13/2020 | 04/22/2020 | 05/13/2020 | 228 | Approved |
| 166 | 0106244 | Drew Kirsteatter<br>2021 Deckner Ave, Apt 805<br>Green Bay, 54302 | Republican | 06/05/2020 | 5/22/2020 | 05/30/2020 | 05/22/2020 | 245 | Approved |
| | | **Office Subtotal : 3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 91** | | | **Incumbent:** | **Jodi Emerson** | | | |
| 155 | 0105971 | Jodi Emerson<br>519 Chauncey St<br>Eau Claire, 54701 | Democratic | 04/29/2020 | 5/29/2020 | 04/30/2020 | 05/22/2020 | 400 | Approved |
| 219 | 0106242 | Charlie Walker<br>910 Lee<br>Eau Claire, 54701 | Republican | 05/18/2020 | 5/27/2020 | 04/10/2020 | 05/27/2020 | 344 | Approved |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 92** | | | **Incumbent:** | **Treig E. Pronschinske** | | | |
| 185 | 0106194 | Amanda WhiteEagle<br>N6699 Wolf Run<br>Black River Falls, 54615 | Democratic | 02/21/2020 | 5/26/2020 | 05/27/2020 | 05/26/2020 | 400 | Approved |
| 250 | 0105806 | Treig E. Pronschinske<br>559 North Jackson Street<br>Mondovi, 54755 | Republican | 05/28/2020 | 5/28/2020 | 05/28/2020 | 05/28/2020 | 360 | Approved |
| | | **Office Subtotal : 2** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 93** | | | **Incumbent:** | **Warren Petryk** | | | |
| 188 | 0103195 | Warren Petryk<br>239 Corydon Road<br>Eau Claire, 54701 | Republican | 05/27/2020 | 5/26/2020 | 04/25/2020 | 05/26/2020 | 374 | Approved |
| 376 | 0105989 | Charlene Charlie Warner<br>W6150 County Road ZZ<br>Mondovi, 54755 | Democratic | 05/19/2020 | 5/14/2020 | 06/02/2020 | 06/01/2020 | 360 | Approved |
| | | **Office Subtotal : 2** | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 94** | | | **Incumbent:** | **Steve  Doyle** | | | |
| 340 | 0106277 | Leroy Brown, II<br>103 Lincoln Ave N<br>West Salem,  54669 | Independent | 05/01/2020 | 6/1/2020 | 06/01/2020 | 06/01/2020 | 257 | Approved |
| 158 | 0101856 | Steve  Doyle<br>N5525 Hauser Road<br>Onalaska,  54650 | Democratic | 04/15/2020 | 5/15/2020 | 01/26/2020 | 05/22/2020 | 400 | Approved |
| 274 | 0106251 | Kevin  Hoyer<br>N4931 Moos Rd<br>West Salem,  54669 | Republican | 04/21/2020 | 4/27/2020 | 05/31/2020 | 05/29/2020 | 394 | Approved |
| | | **Office Subtotal :  3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 95** | | | **Incumbent:** | **Jill Billings** | | | |
| | 0106295 | Jonathan Green<br>531 Powell St., Apt. 9<br>La Crosse,  54603 | Republican | 05/08/2020 | 5/15/2020 | 05/29/2020 | | | Denied |
| 275 | 0104143 | Jerome  Gundersen<br>520 Pettibone Drive South<br>La Crosse,  54601 | Republican | 05/13/2020 | 5/29/2020 | 06/01/2020 | 05/29/2020 | 290 | Approved |
| 036 | 0105123 | Jill Billings<br>1403 Johnson St<br>La Crosse,  54601-5642 | Democratic | 05/13/2020 | 5/12/2020 | 04/30/2020 | 05/12/2020 | 381 | Approved |
| | | **Office Subtotal :  3** | | | | | | | |
| **Office :** | | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 96** | | | **Incumbent:** | **Loren  Oldenburg** | | | |
| 217 | 0106143 | Josefine Jaynes<br>E10710 Hankins Rd<br>Readstown,  54652 | Democratic | 05/19/2020 | 5/27/2020 | 06/03/2020 | 05/27/2020 | 320 | Approved |
| 367 | 0106222 | Tucker Gretebeck<br>7649 Oboe Ave<br>Cashton,  54619 | Democratic | 05/20/2020 | 6/1/2020 | 06/02/2020 | 06/01/2020 | 241 | Approved |
| 059 | 0106030 | Loren  Oldenburg<br>E4299 County Rd Y<br>Viroqua,  54665 | Republican | 04/16/2020 | 3/18/2020 | 04/24/2020 | 05/14/2020 | 289 | Approved |
| | | **Office Subtotal :  3** | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 97** | | | | **Incumbent:** | **Scott Allen** | | | |
| 249 | 0105545 | Aaron D. Perry<br>1018 River Place Blvd, #1<br>Waukesha,  53189 | Democratic | 04/20/2020 | 5/28/2020 | 04/20/2020 | 05/28/2020 | 325 | Approved |
| 132 | 0103326 | Scott Allen<br>S42 W25312 Dale Dr<br>Waukesha,  53189 | Republican | 05/22/2020 | 5/21/2020 | 02/27/2020 | 05/21/2020 | 369 | Approved |
| | Office Subtotal : 2 | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 98** | | | | **Incumbent:** | **Adam  Neylon** | | | |
| 107 | 0105423 | Adam  Neylon<br>1357 Lake Park Ct<br>Pewaukee,  53072 | Republican | 03/31/2020 | 5/19/2020 | 04/29/2020 | 05/19/2020 | 345 | Approved |
| 329 | 0106161 | Rob Ochoa<br>590 Foxtail Dr<br>Pewaukee,  53072 | Republican | 01/12/2020 | 11/20/2019 | 06/03/2020 | 06/01/2020 | 293 | Approved |
| | Office Subtotal : 2 | | | | | | | | |
| Office : | **REPRESENTATIVE TO THE ASSEMBLY DISTRICT 99** | | | | **Incumbent:** | **Cindi Duchow** | | | |
| 091 | 0105660 | Cindi  Duchow<br>N22 W28692 Louis Avenue<br>Pewaukee,  53072 | Republican | 05/07/2020 | 5/18/2020 | 04/16/2020 | 05/18/2020 | 399 | Approved |
| | Office Subtotal : 1 | | | | | | | | |
| Office : | **ADAMS COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Tania M. Bonnett** | | | |
| 067 | 0105348 | Tania M. Bonnett<br>1826-2 Parkland Dr #502<br>Arkdale,  54613 | Independent | 05/22/2020 | 5/15/2020 | 03/25/2020 | 05/15/2020 | 235 | Approved |
| | Office Subtotal : 1 | | | | | | | | |
| Office : | **ASHLAND COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **David Meany** | | | |
| 266 | 0106227 | David V. Meany<br>2729 Lake Shore Dr. E, Unit 2<br>Ashland,  54806 | Independent | 04/12/2020 | 5/29/2020 | 03/07/2020 | 05/29/2020 | 395 | Approved |
| | Office Subtotal : 1 | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| Office : | **BARRON COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Brian Wright** | | | |
| 030 | 0105290 | Brian H. Wright<br>2951 Moon Lake Drive<br>Rice Lake,  54868 | Republican | 04/16/2020 | 4/16/2020 | 04/08/2020 | 05/12/2020 | 348 | Approved |
| | Office Subtotal :  1 | | | | | | | | |
| Office : | **BAYFIELD COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Kimberly Lawton** | | | |
| 320 | 0105664 | Kimberly  Lawton<br>716 W. 5th St<br>Washburn,  54891 | Democratic | 04/14/2020 | 5/29/2020 | 01/15/2020 | 05/29/2020 | 225 | Approved |
| | Office Subtotal :  1 | | | | | | | | |
| Office : | **BROWN COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **David L. Lasee** | | | |
| 279 | 0105333 | David L. Lasee<br>1813 N. Sunkist Circle<br>De Pere,  54115 | Republican | 04/14/2020 | 5/29/2020 | 02/28/2020 | 05/29/2020 | 620 | Approved |
| | Office Subtotal :  1 | | | | | | | | |
| Office : | **BUFFALO COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Tom Bilski** | | | |
| 085 | 0106300 | Thomas J. Bilski<br>118 N Main St<br>Alma,  54610 | Republican | 05/15/2020 | 5/18/2020 | 04/30/2020 | 05/18/2020 | 280 | Approved |
| | Office Subtotal :  1 | | | | | | | | |
| Office : | **BURNETT COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **James Rennicke** | | | |
| 015 | 0104098 | James Jay Rennicke<br>1616 County Road B<br>Shell Lake,  54871 | Republican | 03/09/2020 | 2/18/2020 | 01/28/2020 | 05/05/2020 | 273 | Approved |
| | Office Subtotal :  1 | | | | | | | | |
| Office : | **CALUMET COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Nathan F. Haberman** | | | |
| 097 | 0105779 | Nathan F. Haberman<br>W5985 Daffodil Dr<br>Appleton,  54915 | Republican | 04/12/2020 | 4/27/2020 | 01/26/2020 | 05/19/2020 | 337 | Approved |
| | Office Subtotal :  1 | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **CHIPPEWA COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Wade C. Newell** | | | |
| 081 | 0106100 | Wade C. Newell 18555 74th Avenue Chippewa Falls,  54729 | Republican | 03/22/2020 | 4/17/2020 | 03/22/2020 | 05/15/2020 | 334 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **CLARK COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Melissa Inslow** | | | |
| 213 | 0106311 | Melissa  Inlow 600 W. 5th Street Neillsville,  54456 | Democratic | 05/22/2020 | 5/22/2020 | 04/28/2020 | 05/27/2020 | 333 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **COLUMBIA COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Brenda Yaskal** | | | |
| 253 | 0105932 | Brenda L. Yaskal 323 West Franklin Street Portage,  53901 | Democratic | 04/22/2020 | 4/20/2020 | 04/17/2020 | 05/28/2020 | 337 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **CRAWFORD COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Lukas Steiner** | | | |
| 335 | 0106179 | Lukas L. Steiner 132 North Michigan Street, Apartment D Prairie du Chien,  53821 | Democratic | 01/27/2020 | 6/1/2020 | 01/27/2020 | 06/01/2020 | 289 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **DANE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Ismael Ozanne** | | | |
| 062 | 0105069 | Ismael Ozanne 210 S Owen Drive Madison,  53705 | Democratic | 05/15/2020 | 5/15/2020 | 04/30/2020 | 05/15/2020 | 920 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **DODGE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Kurt F. Klomberg** | | | |
| 020 | 0105174 | Kurt F. Klomberg 919 Taft Lane Waupun,  53963 | Republican | 06/22/2019 | 6/26/2019 | 03/23/2020 | 05/07/2020 | 400 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **DOOR COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Colleen C. Nordin** | | | |
| 127 | 0105831 | Colleen C. Nordin 817 Kendale Court Sturgeon Bay,  54235 | Republican | 04/15/2020 | 4/20/2020 | 04/09/2020 | 05/21/2020 | 338 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **DOUGLAS COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Mark Fruehauf** | | | |
| 084 | 0105718 | Mark Fruehauf 2715 N. 21st St. Superior,  54880 | Democratic | 04/16/2020 | 5/18/2020 | 03/14/2020 | 05/18/2020 | 305 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **DUNN COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Andrea Nodolf** | | | |
| 128 | 0105229 | Andrea Nodolf 2103 Dairyland Rd Menomonie,  54751-3618 | Republican | 04/14/2020 | 4/23/2020 | 04/21/2020 | 05/21/2020 | 267 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **EAU CLAIRE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Gary King** | | | |
| 272 | 0105383 | Gary  King 1420 Webster Avenue Eau Claire,  54701 | Democratic | 05/21/2020 | 5/29/2020 | 04/27/2020 | 05/29/2020 | 299 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **FLORENCE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Douglas J. Drexler** | | | |
| 063 | 0102921 | Douglas J. Drexler 4030 Lake Ellwood Road Florence,  54121-9252 | Republican | 05/19/2020 | 5/15/2020 | 03/30/2020 | 05/15/2020 | 280 | Approved |
| 327 | 0106270 | Gregory Seibold 5001 Cals Ln Florence,  54121 | Republican | 05/05/2020 | 5/4/2020 | 05/26/2020 | 06/01/2020 | 243 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **FOND DU LAC COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Eric Toney** | | | |
| 075 | 0105253 | Eric  Toney<br>N7115 Leonard Dr<br>Fond du Lac,  54935 | Republican | 02/22/2020 | 5/6/2020 | 02/22/2020 | 05/15/2020 | 789 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **FOREST COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Chuck Simono** | | | |
| 038 | 0104731 | Chuck Simono<br>6139 State Highway 32/55<br>Argonne,  54511 | Democratic | 04/10/2020 | 3/30/2020 | 04/09/2020 | 05/13/2020 | 252 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **GRANT COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Lisa A. Riniker** | | | |
| 078 | 0104344 | Lisa A. Riniker<br>3774 Platte Road<br>Platteville,  53818 | Republican | 05/13/2020 | 5/15/2020 | 01/15/2020 | 05/15/2020 | 334 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **GREEN COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Craig R. Nolen** | | | |
| 267 | 0105707 | Craig R. Nolen<br>1743 13th Street<br>Monroe,  53566 | Republican | 05/15/2020 | 5/29/2020 | 01/13/2020 | 05/29/2020 | 286 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **GREEN LAKE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Andrew Christenson** | | | |
| 003 | 0105749 | Andrew Christenson<br>473 Golf Hill Ct<br>Green Lake,  54941 | Republican | 03/28/2020 | 4/27/2020 | 02/23/2020 | 04/27/2020 | 228 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **IOWA COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Matt Allen** | | | |
| 271 | 0106321 | Matt Allen<br>716 Red Oak Trail<br>Dodgeville,  53533 | Democratic | 05/28/2020 | 5/29/2020 | 04/29/2020 | 05/29/2020 | 273 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **IRON COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Matthew J. Tingstad** | | | |
| 164 | 0105825 | Matthew J. Tingstad<br>6896 West Town Park Road<br>Hurley,  54534 | Republican | 05/19/2020 | 5/22/2020 | 04/23/2020 | 05/22/2020 | 212 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | **JACKSON COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Daniel Diehn** | | | |
| 024 | 0105616 | Daniel S. Diehn<br>403 Monroe Street<br>Black River Falls,  54615 | Independent Administration of Justice | 04/20/2020 | 4/20/2020 | 04/01/2020 | 05/08/2020 | 372 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | **JEFFERSON COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Vacant** | | | |
| 298 | 0106212 | Monica J. Hall<br>836 S. Wisconsin Drive<br>Jefferson,  53549 | Democratic | 03/23/2020 | 3/31/2020 | 05/28/2020 | 05/29/2020 | 244 | Approved |
| | 0104655 | Susan V. Happ<br>633 North Dewey Avenue<br>Jefferson,  53549 | Democratic | 07/08/2019 | | 04/14/2020 | | | Denied |
| | **Office Subtotal : 2** | | | | | | | | |
| **Office :** | **JUNEAU COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Kenneth Hamm** | | | |
| 191 | 0105809 | Kenneth Hamm<br>N5774 Co. Rd. HH<br>Mauston,  53948 | Republican | 05/15/2020 | 5/26/2020 | 04/20/2020 | 05/26/2020 | 313 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | **KENOSHA COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Mike Graveley** | | | |
| 120 | 0103344 | Mike Graveley<br>9284 66th Ave. Unit 64<br>Pleasant Prairie,  53158 | Democratic | 02/24/2020 | 4/24/2020 | 04/22/2020 | 05/20/2020 | 984 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | | **KEWAUNEE COUNTY DISTRICT ATTORNEY** | | | **Incumbent:** | **Andrew Naze** | | | |
| 094 | 0104300 | Andrew P. Naze 727 Lowell Rd Luxemburg, 54217-9284 | Democratic | 04/16/2020 | 4/20/2020 | 03/19/2020 | 05/18/2020 | 356 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | | **LA CROSSE COUNTY DISTRICT ATTORNEY** | | | **Incumbent:** | **Tim Gruenke** | | | |
| 211 | 0104721 | Tim Gruenke 1009 Remington Dr Holmen, 54636-9808 | Democratic | 04/28/2020 | 5/4/2020 | 04/28/2020 | 05/27/2020 | 672 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | | **LAFAYETTE COUNTY DISTRICT ATTORNEY** | | | **Incumbent:** | **Jenna Gill** | | | |
| 252 | 0105803 | Jenna Gill 1359 Eliza Street Darlington, 53530 | Republican | 04/21/2020 | 5/28/2020 | 04/21/2020 | 05/28/2020 | 254 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | | **LANGLADE COUNTY DISTRICT ATTORNEY** | | | **Incumbent:** | **Elizabeth R. Constable** | | | |
| 200 | 0105782 | Elizabeth R. Gebert N10958 Circle Drive Elcho, 54428 | Republican | 05/26/2020 | 5/18/2020 | 02/14/2020 | 05/27/2020 | 215 | Approved |
| 264 | 0106315 | Alex Seifert 914 7th Avenue Antigo, 54409 | Independent | 05/26/2020 | 5/29/2020 | 05/27/2020 | 05/29/2020 | 260 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |
| **Office :** | | **LINCOLN COUNTY DISTRICT ATTORNEY** | | | **Incumbent:** | **Galen Bayne-Allison** | | | |
| 304 | 0105829 | Galen Bayne-Allison 600 W Saint Paul St Merrill, 54452 | Democratic | 05/06/2020 | 5/29/2020 | 04/29/2020 | 05/29/2020 | 302 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **MANITOWOC COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Jacalyn LaBre** | | | |
| 044 | 0105727 | Jacalyn LaBre 2409 Silveridge Drive Manitowoc,  54220 | Republican | 04/12/2020 | 4/10/2020 | 04/07/2020 | 05/13/2020 | 272 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **MARATHON COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Theresa Wetzsteon** | | | |
| 160 | 0105776 | Theresa E. Wetzsteon 237133 North Troy Street Wausau,  54403 | Democratic | 06/05/2020 | 5/22/2020 | 03/08/2020 | 05/22/2020 | 751 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **MARINETTE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **DeShea Morrow** | | | |
| 114 | 0106094 | DeShea D. Morrow 2506 Oak View Rd. Marinette,  54143 | Republican | 02/24/2020 | 5/20/2020 | 03/29/2020 | 05/20/2020 | 349 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **MARQUETTE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Brian Juech** | | | |
| 310 | 0106230 | Brian  Juech N8923 Deerborn Ave. Westfield,  53964 | Independent | 04/12/2020 | 4/20/2020 | 02/26/2020 | 05/29/2020 | 209 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **MENOMINEE AND SHAWANO COUNTIES DISTRICT ATTORNEY** | | | | **Incumbent:** | **Greg Parker** | | | |
| 314 | 0104513 | Greg Parker 121 GANNON CT SHAWANO,  54166-5347 | Republican | 05/15/2020 | 5/8/2020 | 04/26/2020 | 05/29/2020 | 378 | Approved |
| 278 | 0106291 | Aaron M. Damrau W17425 County Road M Tigerton,  54486 | Independent | 05/07/2020 | 5/18/2020 | 05/21/2020 | 05/29/2020 | 332 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **MILWAUKEE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **John T. Chisholm** | | | |
| 212 | 0104433 | John T.  Chisholm 3411 South Illinois Avenue Milwaukee,  53207 | Democratic | 04/16/2020 | 4/27/2020 | 04/07/2020 | 05/27/2020 | 1000 | Approved |
| | **Office Subtotal :** | 1 | | | | | | | |
| **Office :** | **MONROE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Kevin Croninger** | | | |
| 139 | 0105717 | Kevin Croninger 310 North  Court Street Sparta,  54656 | Republican | 04/13/2020 | 5/21/2020 | 02/06/2020 | 05/21/2020 | 251 | Approved |
| | **Office Subtotal :** | 1 | | | | | | | |
| **Office :** | **OCONTO COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Ed Burke** | | | |
| 037 | 0104827 | Ed Burke 4721 Bell Ridge Road Oconto,  54153-9271 | Republican | 04/14/2020 | 5/13/2020 | 03/30/2020 | 05/13/2020 | 244 | Approved |
| | **Office Subtotal :** | 1 | | | | | | | |
| **Office :** | **ONEIDA COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Michael W. Schiek** | | | |
| 321 | 0105332 | Michael W. Schiek 4198 County W Rhinelander,  54501 | Republican | 04/27/2020 | 4/29/2020 | 04/28/2020 | 05/29/2020 | 235 | Approved |
| | **Office Subtotal :** | 1 | | | | | | | |
| **Office :** | **OUTAGAMIE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Melinda Tempelis** | | | |
| 027 | 0106099 | Mindy Tempelis 4111 E Glory Ln Appleton,  54913 | Republican | 10/02/2019 | 5/8/2020 | 02/24/2020 | 05/08/2020 | 973 | Approved |
| | **Office Subtotal :** | 1 | | | | | | | |
| **Office :** | **OZAUKEE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Adam Y. Gerol** | | | |
| 008 | 0105276 | Adam Y. Gerol 11067 N. Oriole Lane Mequon,  53092 | Republican | 04/30/2020 | 5/1/2020 | 01/21/2020 | 05/01/2020 | 273 | Approved |
| | **Office Subtotal :** | 1 | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **PEPIN COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Jon D. Seifert** | | | |
| 265 | 0103393 | Jon D. Seifert N1501 Buck Lane Pepin,  54759 | Democratic | 04/30/2020 | 5/29/2020 | 01/21/2020 | 05/29/2020 | 216 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **PIERCE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Sean Froelich** | | | |
| 354 | 0106235 | Halle E. Hatch 806 Brentwood Cir. River Falls,  54022 | Democratic | 04/10/2020 | 4/20/2020 | 04/16/2020 | 06/01/2020 | 292 | Approved |
| 284 | 0105362 | Sean Froelich 2035 Greenwood Valley Drive River Falls,  54022 | Democratic | 01/02/2020 | 4/2/2020 | 02/20/2020 | 05/29/2020 | 277 | Approved |
| | **Office Subtotal :  2** | | | | | | | | |
| **Office :** | **POLK COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Jeff Kemp** | | | |
| 197 | 0105810 | Jeffrey  Kemp 1495 State Road 35, Apt. 3 St. Croix Falls,  54024 | Republican | 05/26/2020 | 5/18/2020 | 04/23/2020 | 05/27/2020 | 275 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **PORTAGE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Louis John Molepske, Jr.** | | | |
| 145 | 0104188 | Louis John Molepske, Jr. 1101 Ridge Rd Stevens Point,  54481 | Democratic | 01/15/2020 | 3/11/2020 | 02/07/2020 | 05/22/2020 | 286 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **PRICE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Vacant** | | | |
| | **Office Subtotal :  0** | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **RACINE COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Tricia Hanson** | | | |
| 099 | 0105618 | Tricia Hanson 6801 Lorraine Cir Wind Lake, 53185-2782 | Republican | 04/15/2020 | 4/17/2020 | 04/29/2020 | 05/19/2020 | 1000 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | **RICHLAND COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Jennifer Harper** | | | |
| 073 | 0105293 | Jennifer Harper 28769 US Highway 14 Lone Rock, 53556 | Republican | 05/15/2020 | 5/15/2020 | 01/22/2020 | 05/15/2020 | 248 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | **ROCK COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **David J. O'Leary** | | | |
| 064 | 0103380 | David J. O'Leary 2930 Yale Drive Janesville, 53548 | Democratic | 06/21/2019 | 6/24/2019 | 01/13/2020 | 05/15/2020 | 725 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | **RUSK COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Annette Barna** | | | |
| 119 | 0105814 | Annette  Barna W8459 Jansen Rd Ladysmith, 54848 | Democratic | 04/24/2020 | 5/20/2020 | 04/24/2020 | 05/20/2020 | 234 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | **SAINT CROIX COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Michael E. Nieskes (Filed Notification of Noncandidacy)** | | | |
| 273 | 0106239 | Amber  Hahn 104 Coyle Pkwy Cottage Grove, 53527 | Republican | 04/10/2020 | 4/20/2020 | 05/14/2020 | 05/29/2020 | 347 | Approved |
| 254 | 0106183 | Karl Anderson 42 Church Street Houlton, 54082 | Republican | 02/01/2020 | 5/28/2020 | 04/17/2020 | 05/28/2020 | 295 | Approved |
| | **Office Subtotal : 2** | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | | **SAUK COUNTY DISTRICT ATTORNEY** | | | **Incumbent:** | **Michael Albrecht** | | | |
| 159 | 0106310 | Michael X. Albrecht 702 Naragansett Avenue Baraboo,  53913 | Independent | 05/21/2020 | 5/22/2020 | 01/13/2020 | 05/22/2020 | 353 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | | **SAWYER COUNTY DISTRICT ATTORNEY** | | | **Incumbent:** | **Bruce R. Poquette** | | | |
| 229 | 0105312 | Bruce R. Poquette 10689 N Namekagon Trl Hayward,  54843-6442 | Republican | 05/03/2020 | 5/4/2020 | 04/27/2020 | 05/28/2020 | 220 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | | **SHEBOYGAN COUNTY DISTRICT ATTORNEY** | | | **Incumbent:** | **Joel Urmanski** | | | |
| 317 | 0105730 | Joel Urmanski 501 River Oaks Dr Sheboygan Falls,  53085 | Republican | 05/25/2020 | 5/29/2020 | 04/30/2020 | 05/29/2020 | 558 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | | **TAYLOR COUNTY DISTRICT ATTORNEY** | | | **Incumbent:** | **Kristi S. Tlusty** | | | |
| 144 | 0105311 | Kristi S. Tlusty W6139 WENDT DR MEDFORD,  54451-9400 | Democratic | 05/17/2020 | 5/22/2020 | 02/01/2020 | 05/22/2020 | 319 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | | **TREMPEALEAU COUNTY DISTRICT ATTORNEY** | | | **Incumbent:** | **John H. Sacia** | | | |
| 307 | 0106093 | John H. Sacia 20043 W Ridge Ave Galesville,  54630 | Democratic | 04/15/2020 | 5/29/2020 | 04/16/2020 | 05/29/2020 | 310 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |
| **Office :** | | **VERNON COUNTY DISTRICT ATTORNEY** | | | **Incumbent:** | **Timothy J. Gaskell** | | | |
| 192 | 0103604 | Timothy J. Gaskell 602 South Main Street Westby,  54667 | Republican | 04/10/2020 | 4/15/2020 | 04/10/2020 | 05/27/2020 | 357 | Approved |
| | **Office Subtotal : 1** | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| Office : | **VILAS COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Martha J. Milanowski** | | | |
| 126 | 0105766 | Martha J. Milanowski 1800 Sunset Road Eagle River,  54521 | Republican | 05/05/2020 | 5/21/2020 | 03/04/2020 | 05/21/2020 | 303 | Approved |
| | Office Subtotal : 1 | | | | | | | | |
| Office : | **WALWORTH COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Zeke Wiedenfeld** | | | |
| 171 | 0105756 | Zeke  Wiedenfeld W7780 Hackett Road Whitewater,  53190 | Republican | 05/31/2020 | 4/6/2020 | 04/18/2020 | 05/26/2020 | 563 | Approved |
| | Office Subtotal : 1 | | | | | | | | |
| Office : | **WASHBURN COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Aaron Marcoux** | | | |
| 345 | 0105759 | Aaron B. Marcoux N2905 County Highway M Sarona,  54870 | Independent | 04/27/2020 | 6/1/2020 | 01/07/2020 | 06/01/2020 | 223 | Approved |
| | Office Subtotal : 1 | | | | | | | | |
| Office : | **WASHINGTON COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Mark D. Bensen** | | | |
| 193 | 0105382 | Mark D. Bensen 5423 Silver Lake Drive West Bend,  53095 | Republican | 05/15/2020 | 5/27/2020 | 01/13/2020 | 05/27/2020 | 515 | Approved |
| | Office Subtotal : 1 | | | | | | | | |
| Office : | **WAUKESHA COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Susan L. Opper** | | | |
| 270 | 0105651 | Susan L. Opper N8W29632 Thames Court Waukesha,  53188 | Republican | 04/14/2020 | 4/23/2020 | 03/29/2020 | 05/29/2020 | 905 | Approved |
| | Office Subtotal : 1 | | | | | | | | |
| Office : | **WAUPACA COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Veronica Isherwood** | | | |
| 313 | 0105289 | Veronica  Isherwood N2246 Country Ln Waupaca,  54981 | Republican | 01/13/2020 | 5/29/2020 | 01/13/2020 | 05/29/2020 | 222 | Approved |
| | Office Subtotal : 1 | | | | | | | | |

# Wisconsin Elections Commission

## Candidate Tracking by Office

### 2020 General Election - 11/3/2020

| Receipt # | ID | Candidate | Party | Campaign Registration Statement | Declaration of Candidacy Date | Statement of Economic Interests Date | Nomination Papers Date | Valid Signatures | Ballot Status |
|---|---|---|---|---|---|---|---|---|---|
| **Office :** | **WAUSHARA COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Laura Waite** | | | |
| 196 | 0106206 | Matthew R. Leusink<br>505 Lawson School Road, Apt 4<br>Delavan,  53115-3178 | Republican | 03/13/2020 | 4/20/2020 | 05/12/2020 | 05/27/2020 | 294 | Approved |
| 324 | 0106296 | Laura L. Waite<br>N4151 12th Avenue, PO Box 605<br>Wautoma,  54981 | Democratic | 05/11/2020 | 6/1/2020 | 06/02/2020 | 06/01/2020 | 241 | Approved |
| | 0106096 | Steven Paul Anderson<br>21 Windswept Way<br>Fitchburg, 53719 | Republican | 04/07/2020 | | | | | Denied |
| | **Office Subtotal :  3** | | | | | | | | |
| **Office :** | **WINNEBAGO COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Christian A. Gossett** | | | |
| 216 | 0104437 | Christian A. Gossett<br>431 Marion Rd., Apartment 402<br>Oshkosh,  54901 | Republican | 04/20/2020 | 5/27/2020 | 04/16/2020 | 05/27/2020 | 765 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| **Office :** | **WOOD COUNTY DISTRICT ATTORNEY** | | | | **Incumbent:** | **Craig Lambert** | | | |
| 049 | 0105230 | Craig  Lambert<br>711 Elm Street<br>Wisconsin Rapids,  54494 | Independent | 04/14/2020 | 5/14/2020 | 04/16/2020 | 05/14/2020 | 236 | Approved |
| | **Office Subtotal :  1** | | | | | | | | |
| | **Total Candidates : 443** | | | | | | | | |



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

---

**DATE:**      For the June 10, 2020 Commission Meeting

**TO:**        Wisconsin Elections Commission

**FROM:**      Meagan Wolfe, Administrator

**SUBJECT:**   Voter Mailing Proposal

## Background

The Commission directed staff to prepare a draft voter information mailer to be sent to approximately 2.7 million Wisconsin voters on or before September 1, 2020.  The Commission approved sending the mailer to all registered Wisconsin voters (with the exception of those on "Movers" status) who do not already have an application on file.  A statewide mailing will ensure that consistent information on all opportunities and methods for voting are sent to every voter in all communities across the state who have not already chosen to vote absentee by mail.  Voters would receive a mailing containing three pieces:

- Voter information mailer
- Absentee Application designed specifically for this mailer
- A pre-addressed, business reply return envelope to the WEC (no postage required by voter)

## Proposed Design

The proposed design consists of one double-sided, full-color page attached to this memorandum as Exhibit A.  The attached page is a design and concept approval for the Commission's review and feedback.  Based on Commission feedback on the elements and content of the mailing, WEC staff will continue to refine the mailing and conduct usability testing.  Because of the very quick turnaround, there has not yet been enough time to conduct usability testing on the mailing, but WEC staff recommends that this document go through additional voter usability testing before being sent.  Over the years, clerks and voters have reported a great deal of confusion over third-party efforts to provide voter registration and absentee ballot request information.  These mailings can often be confusing to voters or are missing important instructions like how to provide photo ID.  These usability mistakes can lead to voters thinking they have submitted a valid application when in fact they have not.  WEC staff believes it is extremely important to avoid these pitfalls by conducting additional testing on the mailer.

Also included as part of the mailer is an absentee ballot request form that has been customized for this mailing.  Unlike the voter registration application, there is no requirement for a prescribed absentee request form in state statutes.  The statutes only provide that voter must make the request in writing (requests cannot be made over the phone), the voter must be registered, and the voter must provide a photo ID with the request in most instances.  The absentee request form does not require a signature and must contain enough

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Julie M. Glancey | Dean Knudson | Robert Spindell | Mark L. Thomsen

---

*Administrator*
Meagan Wolfe

134

Voter Mailing Proposal
Prepared for the June 10, 2020 Commission Meeting
Page 2

information for a clerk to find and verify the voter's registration record before issuing the ballot.  The WEC does maintain an Absentee Ballot Request form, known as the EL-121.  This form includes information and instructions for all types of absentee voting, including in-person, temporarily hospitalized, and special voting deputy voting.  The full form would be confusing for a voter making a request by mail.   The customized form that is attached was created for this mailing only and unnecessary fields have been eliminated so only information on making the request for a by mail ballot is available.  These changes also allow the use of more space to emphasize the need for photo ID.  It also allows the mailing to focus specifically on the applicable dates and deadlines associated with the November 2020 election.

WEC staff would like to use the attached drafts as a road map for the mailer.  If the Commission agrees on the content elements, then WEC staff can continue to adjust the design and presentation of those elements based on usability feedback.  DOA printing and distribution continues to indicate it needs 10 weeks of lead time to ensure all mail pieces can go out at one time and by September 1.  Therefore, usability testing and adoption of a final design will need to occur no later than June 19.

**Recommended Motion**

The Commission adopts the elements of the draft mailer and directs staff to continue usability testing to refine the design to be finalized no later than June 19.  Prior to June 19, WEC staff will provide the final mailer to the Commissioners.  If a Commissioner requests a meeting to discuss any of the refinements to the mailer, a special meeting will be held no later than June 19.



Wisconsin Elections Commission
212 East Washington Ave, 3rd Floor
Madison, WI 53703



Joe Voter
1234 Cindy Lane
Columbus, WI 09876

## You Have Three Ways to Vote in the Election on November 3, 2020



### OPTION 1
### Voting at the polls

**You can cast your ballot at your polling place on Election Day.** Polls are open from 7 a.m. to 8 p.m. on November 3. To find your polling place, visit **myvote.wi.gov** or call XXX-XXX-XXXX.



### OPTION 2
### In-person voting by absentee ballot

**You can cast an absentee ballot in person before Election Day.** Contact your municipal clerk's office to learn more about your community's early voting options, locations and hours of operation. To find your clerk, visit **myvote.wi.gov or call the Wisconsin Elections Commission.**



### OPTION 3
### Voting absentee ballot by mail

**You can request an absentee ballot at myvote.wi.gov.** You can also make your request by mail, using the included request form and postage-paid envelope. To learn more, turn to the next page.

---

**To learn more about public health and elections, visit our website, https://elections.wi.gov/covid-19**

---

### MAKE SURE YOUR VOTER REGISTRATION IS UP TO DATE

You must be registered to vote, and your name and address must be current, before you can vote in person or request an absentee ballot. Register or update your registration online at **myvote.wi.gov**. You can also register to vote by mail, in person at your municipal clerk's office, or at your polling place on Election Day. Every option has its own deadline. Visit **myvote.wi.gov** or call XXX-XXX-XXXX to learn more.

---

### NEED ASSISTANCE? WE'RE HERE TO HELP.

Visit **myvote.wi.gov** or call XXX-XXX-XXXX (TTY 1-800-947-3529) for assistance.

Para obtener información en Español, llama (XXX) XXX-XXXX o visita **myvote.wi.gov/es-es/**

*(continued on other side)*



## Requesting an Absentee Ballot

Visit **myvote.wi.gov** to request your absentee ballot online. It's easy, especially when you use a mobile device.

| STEP 1 | STEP 2 | STEP 3 |
|:---:|:---:|:---:|
| Visit | Click | Fill out your name |
| MyVote.wi.gov | Vote Absentee | and date of birth |

  

### No internet? No problem.

Don't have easy access to the internet? Use the enclosed absentee ballot request form and postage-paid envelope to make your request. Here's how:

✔ Fill out the enclosed request form.

✔ Get a copy of your acceptable photo ID.

✔ Mail your completed form and the photocopy of your photo ID in the enclosed envelope as soon as possible. It must arrive by October 29.

### Don't wait. Request your absentee ballot today.

It takes time to receive an absentee ballot, and you'll need to arrange for a witness to sign your return envelope. **The deadline to request an absentee ballot is October 29.**

---

**YOU NEED A PHOTO ID TO VOTE**

No matter how you cast your vote, most voters will need to show an acceptable photo ID, like a Wisconsin driver license or state ID card, US passport or Veterans ID card. Your photo ID does not need your current address. Visit **bringit.wi.gov** to see a complete list of acceptable photo IDs and learn how to get a photo ID for free if you don't have one.

★ **At the polls or clerk's office**
   Just show your ID to receive your ballot

★ **Requesting an absentee ballot online**
   Upload a picture of your photo ID. It's easy when you use a mobile device.

★ **Requesting an absentee ballot by mail**
   Include a picture or copy of your photo ID with your application.

---

**ARE YOU INDEFINITELY CONFINED?**

Some voters may have a difficult time getting to the polls due to age, illness, infirmity, or disability. If this applies to you, certify your status by checking "indefinitely confined" on the enclosed application. Wisconsin law exempts indefinitely confined voters from the requirement to provide a photo ID when requesting an absentee ballot by mail.

**Wisconsin Absentee Ballot Request**

⚠ A photo ID is required to request an absentee ballot.

⚠ To receive a ballot, this request must be received by your municipal clerk <u>no later than October 29, 2020.</u>

⚠ If you have questions while completing this request, please contact us at (xxx) xxx-xxxx.

Please complete legibly
Additional instructions on reverse

---

## Voter Information

provide your name and residential voting address as they appear on your Wisconsin voter record

**1**

First Name _____   Middle Name _____

Last Name _____   Suffix (Jr. II, Etc.) _____

Street Address _____   Apt/Room # _____

City/Town/Village of _____   State _____   Zip _____

If you are a military or overseas voter, please check the appropriate box:
See additional info on back   ☐ Military   ☐ Permanent Overseas   ☐ Temporary Overseas

---

## Where do you want your ballot sent?

**2**

☐ Mailing address same as above (check box and proceed to section 3).

If you would like your ballot mailed to a different address, provide that information below:

**Street Address (or P.O. Box)** _____

**City/State/Country/Zip** _____

Please see the back of this form for information on receiving your ballot by email or fax.

---

## For which election(s) do you want a ballot?

mark only one

**3**

☐ **The General Election on November 3, 2020**

☐ **For indefinitely-confined voters only:** I certify that I am indefinitely confined due to age, illness, infirmity, or disability and request absentee ballots be sent to me automatically until I am no longer confined or I fail to return a ballot.
Anyone who makes false statements in order to obtain an absentee ballot may be fined not more than $1,000 or imprisoned for not more than 6 months or both. Wis. Stat. §§ 12.13(3)(i), 12.60(1)(b)

---

## Make sure you're providing a copy of acceptable photo ID

**4**

☐ Please check this box to affirm that, if required, you are providing a copy of acceptable photo ID.

**These are common types of acceptable photo ID. Check the box for the type you are including with your request:**

| Wisconsin driver license or state-issued ID card | University, college, or tech college ID (with enrollment verification) | Military ID card or photo ID issued by the Department of Veterans Affairs | U.S. Passport booklet or card | Certificate of Naturalization | ID card issued by a federally recognized Wisconsin Tribe | A receipt for a Wisconsin driver license or state-issued ID |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Selfies are not an acceptable form of photo ID.**
**Please do not include the physical original of your photo ID when returning your request.**

---

## Contact Information

**5**

Please consider providing your contact information in case the WEC or your clerk need to follow up on your request (optional).

Phone Number   ( _____ ) _____

Email Address _____

---

## Voter Signature

**6**

By signing this absentee ballot request form, I attest that the information provided is true and correct to the best of my knowledge and ability and I have not provided any false information for the purpose of obtaining an absentee ballot. Wis. Stat. §§ 12.13(3)(i), 12.60(1)(b)

X _____
Voter Signature          Today's Date

---

## Assistant

if someone signed this form on your behalf

**7**

I certify that the application is made on request and by authorization of the named elector, who is unable to sign the application due to physical disability.

X _____
Assistant Signature          Today's Date

138

Case: 3:15-cv-00324-jdp   Document #: 401-23   Filed: 09/18/20   Page 151 of 151

**Photo ID requirement:** If you have not provided a copy of acceptable photo ID with a prior absentee ballot request, a copy of a photo ID must be attached to this request. You may submit your request and a copy of your ID by mail, fax, or email.

### The following documents are acceptable photo ID

- State of Wisconsin driver license or ID card
- Military ID card issued by a U.S. uniformed service
- Photo ID issued by the federal Department of Veterans Affairs
- University, college, or technical college ID and enrollment verification

- U.S passport booklet or card
- Certification of Naturalization
- Wisconsin DOT driver license or ID card receipt
- Citation/notice to revoke or suspend Wisconsin driver license
- ID card issued by a federally recognized Indian tribe in Wisconsin

For specific information about expired documents, visit https://bringit.wi.gov,
or contact the Wisconsin Elections Commission at (xxx) xxx-xxxx.

The voters listed below may satisfy the photo ID requirement by the following means:
- Electors who are indefinitely confined (see section 3): the signature of a witness on the Absentee Certificate Envelope.
- Military, Permanent Overseas, and Confidential Electors: exempt from the photo ID requirement.

**1**
- Provide your **name** as you are registered to vote in Wisconsin. If applicable, please provide your suffix (Jr, Sr, etc.) and/or middle name.
- Provide your **home address** (legal voting residence) with full house number (including fractions, if any).
- Indicate the municipality. Use the municipality's formal name (for example: City of Ashland, Village of Greendale, or Town of Albion).
- You may not enter a PO Box as a voting residence. A rural box without a number may not be used.
- Please indicate if you are an active duty military voter, a permanently overseas voter, or a temporarily overseas voter.

- A military voter is a person, or the spouse or dependent of a person who is a member of a uniformed service or the merchant marine, a civilian employee of the United States, a civilian officially attached to a uniform service and serving outside the United States, or a Peace Corp volunteer. Military voters do not need to register to vote.
- A permanent overseas voter is a person who is a United States citizen, 18 years old or older, who last resided in Wisconsin prior to leaving the United States, is not registered at any other location and has no present intent to return. An adult child of a United States citizen who resided in Wisconsin prior to moving abroad qualifies as a permanent overseas voter. Permanent overseas voters will receive ballots for federal offices only and must be registered prior to receiving a ballot.
- A temporary overseas voter is a person who is eligible to vote in Wisconsin and has a present intent to return. They will receive the full ballot and need to be registered to vote prior to receiving a ballot.

**2**
- Mark the first box if you would like the ballot mailed to the address listed in section 1.
- If you would like your ballot mailed to a different address than the address in section 1, please list this address or PO Box here.
- If no preference is indicated, your absentee ballot will be mailed to the address you provided in section 1.
- If you would like to receive your ballot by email or fax, please contact us at (xxx) xxx-xxxx for additional information.

**3**
- Mark the first box if you would like to receive a ballot for the November 3, 2020 General Election.
- Mark the second box only if you are indefinitely confined due to age, illness, infirmity, or disability and wish to request absentee ballots for all elections until you are no longer confined or until you fail to return a ballot.

**4**
- Please confirm that you are attaching a copy of acceptable photo ID to your absentee ballot request.
- There may be delays in receiving your absentee ballot if you do not attach a copy of acceptable photo ID to your request.

**5**
- Consider providing your phone number or email address so the Wisconsin Elections Commission or your municipal clerk can contact you about your request if necessary.

**6**
- By signing this absentee ballot request form, you certify and attest that the information provided is true and correct to the best of your knowledge and ability, and that you have not provided any false information for the purpose of obtaining an absentee ballot. Anyone who makes false statements in order to obtain an absentee ballot may be fined not more than $1,000 or imprisoned for not more than 6 months or both. Wis. Stat. §§ 12.13(3)(i), 12.60(1)(b)

**7**
- In the situation where the elector is unable to sign this form due to a physical disability, the elector may authorize another elector to sign on his or her behalf. Any elector signing an application on another elector's behalf shall attest to a statement that the application is made on request and by authorization of the named elector, who is unable to sign the application due to physical disability.

139