# EXHIBIT 25

# You will soon receive an ID for voting!

In about a week, you will receive a
Wisconsin ID or a paper receipt in the mail.

<u>Either one can be used as ID to vote.</u>

The Wisconsin ID looks like a driver license.
The paper receipt looks like this:



Questions?  Problems?  New address?

Call us at (844) 588-1069, or visit one of the following:

wisconsindmv.gov        bringit.wi.gov

EXHIBIT
5042