# EXHIBIT 5 REDACTED IN FULL