# EXHIBIT 6 REDACTED IN FULL