# EXHIBIT 7 REDACTED IN FULL