# EXHIBIT 8 REDACTED IN FULL