# EXHIBIT 9 REDACTED IN FULL