# EXHIBIT 11 REDACTED IN FULL