# EXHIBIT 12 REDACTED IN FULL