# EXHIBIT 13 REDACTED IN FULL