# EXHIBIT 14 REDACTED IN FULL