# EXHIBIT 15 REDACTED IN FULL