# EXHIBIT 17 REDACTED IN FULL