# EXHIBIT 19 REDACTED IN FULL