# EXHIBIT D



State of Wisconsin
## Department of Transportation

# DMV expands services throughout Wisconsin

Release date: September 1, 2020 (Updated September 2, 2020)

Wisconsin Department of Transportation Division of Motor Vehicles (DMV) will temporarily expand its driver licenses and identification card services this fall in Madison, Milwaukee and other locations throughout Wisconsin which were closed in March due to COVID-19.

### Madison South DMV

On September 15, 2020, DMV will open Madison South DMV at 1810 South Park Street, Suite 205. This new, temporary location will operate on Tuesdays and Thursdays, from 7 a.m. to 5 p.m. through December 29, 2020.

This site was selected due to the population growth in the area. Dane County, with a population of 542,364, has only two DMV Customer Service Centers: Madison West at 8417 Excelsior Drive and Madison East at 2001 Bartillon Drive. This means each Madison DMV serves 271,182 residents. In comparison, Milwaukee County, with a population of approximately 948,201, has six permanent DMV locations which serve roughly 158,000 customers each. Another comparison of offices per capita, Rock County has one DMV office for every 81,565 people.

Numerous Madison Metro bus routes regularly pass the location, including routes 4, 5, 13, 16, 18, 44 and 48, as they connect with the South Transfer Point.

### Milwaukee Downtown State Office Building open on Wednesdays in October

The Milwaukee Downtown DMV service center, 819 N. 6th Street, will offer services on Wednesdays in October from 8:15 a.m. to 4:30 p.m. and on Saturday, October 31 from 8:30 a.m. to noon. As all state office buildings are closed to the public due to COVID-19, this location will remain closed to the public outside these designated times.

### DMVs in smaller communities

A number of DMVs serving rural communities, were also closed due to COVID-19. The locations, dates and times for these DMV travel services include:

| Office | Location | Schedule |
|---|---|---|
| SW REGION | | |

| Sauk City | Community Center<br>730 Monroe Street<br>Sauk City, WI 53583 | October 29<br>8:15 a.m. to 4 p.m. |
|---|---|---|
| Reedsburg | Town Hall<br>600 W. Main Street<br>Reedsburg, WI 53959 | October 21<br>8:15 a.m. to 4 p.m. |
| Ft. Atkinson | Municipal Building<br>101 N. Main Street<br>Fort Atkinson, WI 53538 | October 22<br>8:15 a.m. to 4:15 p.m.* |
| **NW Region** | | |
| Luck | Luck Lions Club<br>300 S. 1st Street<br>Luck, WI 54853 | September 15<br>9:30 a.m. to 3 p.m. |
| **NC Region** | | |
| Abbottsford | City Hall<br>203 N. 1st Street<br>Abbotsford, WI 54405 | October 20<br>9:00 a.m. to 3:30 p.m.* |
| Minocqua | Community Center<br>415 Menominee Street<br>Minocqua, WI 54548 | October 6<br>9:00 a.m. to 3:30 p.m.* |

| Phillips | Municipal Center<br>174 S. Eyder Avenue<br>Phillips, WI 54555 | October 29<br>9:00 a.m. to 3:30 p.m.* |
| --- | --- | --- |
| Stanley | Fire Hall<br>239 E. 1st Avenue<br>Stanley, WI 54768 | October 27<br>9:00 a.m. to 3:30 p.m.* |
| Wittenberg | Community Center<br>208 W. Vinal Street<br>Wittenberg, WI 54499 | October 13<br>9:00 a.m. to 3:30 p.m.* |

*Updated schedule

DMV has at least one location in each of Wisconsin's 72 counties. All DMV Customer Service Centers follow the same safety protocols. Employees wear face coverings. Customers are encouraged to follow floor decals for social distancing and to stay behind plastic panels at service windows. To ensure safe social distancing is available inside, customers may be required to wait outside the DMV Customer Service Center.

To further ensure that social distancing is maintained, all Wisconsin DMVs limit in-person customer service to driver license and identification related products. All vehicle-related services can be done online, by mail or through a third-party agent.

DMV's constantly expanding menu of online services (wisconsindmv.gov) means most customers only need to visit a DMV once every eight years at most. DMV encourages customers to use its website for most transactions, including filling in forms and submitting them electronically.

For more information, contact:

WisDOT Office of Public Affairs
(608) 266-3581, opa.exec@dot.wi.gov