# EXHIBIT E



State of Wisconsin
Department of Transportation

# Division of Motor Vehicles (DMV)

 Here are the latest updates due to the COVID-19 emergency.

DMVs are open for all driver license and ID card customers. Driver licenses can be renewed online for most customers. All vehicle transactions must be done online, by mail or 3rd party agents. Vehicle emission extensions have expired. As of August 1, you are required to pass an emission test before renewing your registration.

Note:
- NEW: Renew your driver license online  FAQ
- Drivers over age 60, whose license expired on or after March 12, have until November 23, 2020 to renew.
- NEW: Drivers under the age of 18 who meet all the requirements to take the DMV road test may be eligible for a road test waiver.  See if you qualify.  FAQ
- Road test appointments can be made online.

(en español)

## Online services

- Renew driver license
- Seller notification
- Title a vehicle
- Get a duplicate driver license
- Get a duplicate or renew your ID card
- Change your residence address
- Purchase crash reports

- License plate renewal
- Schedule a road test
- Driver license guide
- View my parking tickets
- Go paperless. Get notices by email with eNotify
- more...

## Vehicle information

- Title to lien holder
- Dealers
- Forms and publications
- Get a title/plates
- New residents
- Buy or sell a vehicle
- Transfer a vehicle
- Vehicle emissions testing
- more...

## Driver information

- Fees
- Get a driver license
- Get an ID card
- New residents
- Renewal Requirements
- Commercial drivers
- Medical concerns
- Driver license guide
- REAL ID - federal driver license and ID requirements
- Veteran identifier for driver licenses and ID cards
- Crash reports
- Forms
- more...

## DMV service centers

No in-person vehicle transactions
(see online services)

- Find your closest DMV service center
- Driving schools
- Temporary license plate

- agents
- Title registration service providers
- Online services

## Commercial drivers, motor carriers and trucking

- Commercial drivers
- FMCSA updates
- Insurance
- International fuel tax agreement (IFTA)
- International registration plan (IRP)
- IRP-IFTA carrier education, record keeping and audit
- Oversize and overweight permits
- CDL practice knowledge test mobile app
- more...

## Teen drivers

- How to apply
- Your first license
- Parent and sponsor
- Road test waiver
- Safety
- Requirements to start a driver training school

## Statistics

- Crash statistics
- DMV processing times
- Facts and figures
- Weekly fatality report



Renew your license plate online now

Case: 3:15-cv-00324-jdp   Document #: 419-5   Filed: 09/22/20   Page 5 of 5



Be an organ donor



Provide feedback on your recent DMV visit

<u>Wisconsin DMV email service</u>
<u>Phone</u>