# EXHIBIT G

# INTENTIONALLY LEFT BLANK