# EXHIBIT H



Military & Overseas Voters

Name    Address

### NEXT STATEWIDE ELECTION

# 2020 General Election

### Tuesday, November 3, 2020



Vote Absentee    Where Do I Vote?

What's On My Ballot?    Register To Vote



### Track My Ballot

---

**When is my next local election?** You can find your next local election by searching for your address.

## ABSENTEE VOTING



Interested in voting absentee by mail in the next election? Learn more about your options, get step-by-step instructions, and find helpful resources for voters.

Learn How to Vote Absentee

## MILITARY VOTERS



Members of the U.S. Military, as well as spouses and dependents of U.S. Military members, are eligible to receive an absentee ballot online until 5 p.m. on Election Day.

Request A Ballot

**Become a Poll Worker!**

Want to help your community for upcoming elections? Become a Poll Worker!

[ More Information ]



### November 3 Voter Registration and Absentee Deadlines

Voter Registration and Absentee Deadlines

[ More Information ]



### Photo ID Required for Wisconsin Voters

Wisconsin voters need to show an acceptable photo ID when voting at the polls or by absentee ballot. There are some exceptions to the law when voting by absentee ballot.

[ Photo ID ]



Brought to you by the State of Wisconsin Elections Commission. © 2020, Wisconsin Elections Commission

**Contact the State of Wisconsin Elections Commission**

**Office Address**
212 East Washington Ave
3rd Floor
Madison, WI 53703

**Mailing Address**
P.O. Box 7984 Madison, WI 53707

**Phone**
Local: (608) 266-8005
Toll-Free: (866) VOTE-WIS
Fax: (608) 267-0500

**Email**
Elections@wi.gov

  [ Contact Us ]

Wisconsin Elections Commission

Bring It to the Ballot