# EXHIBIT I



State of Wisconsin
# Department of Transportation

## News

- News releases
- Events
- Law of the month
- Media contacts
- Newsletters
- Photo/graphic gallery
- Statistics

### News releases by region

Northeast
| Northwest
| North Central
| Southeast
| Southwest

### View news releases

- September 10: Governor Evers announces $1.25 million emergency grant to Port Milwaukee
- September 9: DMV releases new Milwaukee Brewers license plates
- September 8: Winneconne bridge competes for top national honor
- September 3: Travel safely this Labor Day weekend

- September 1: DMV expands services throughout Wisconsin
- September 1: License revoked for Walworth County wholesale dealer
- September 1: Licenses revoked for Arlington-based wholesale dealers
- September 1: Licenses revoked for out-of-state buyer
- September 1: License revoked for Milwaukee wholesale dealer

August 2020

July 2020

June 2020

May 2020

April 2020

March 2020

- March 30: More than $1.7 million in grants awarded for transportation to jobs program
- March 27: Mad City Sales dealership license suspended
- March 26: Overweight permits for truckers hauling groceries extended
- March 26: Just-Drive Germantown suspended
- March 25: Governor Evers congratulates 42 new Wisconsin State Patrol officers
- March 20: Rest areas remain open to support truckers
- March 19: DMV Service Centers closed Friday, March 20
- March 19: WisDOT public construction meetings are on hold
- March 17: State Patrol ready to assist with transport of COVID-19 test kits/samples
- March 16: Go online for DMV services
- March 14: Governor Evers directs WisDOT to issue COVID-19 Relief Effort Supply Permits
- March 6: Frozen road declaration ends statewide
- March 5: Future of transportation discussed at MAASTO board meeting
- March 4: Frozen road declaration ends for zones 3, 4 and 5
- March 4: Governor Evers announces $75 million in local transportation grants

February 2020

January 2020

December 2019

November 2019

October 2019