# EXHIBIT J

Case: 3:15-cv-00324-jdp   Document #: 419-10   Filed: 09/22/20   Page 2 of 3



State of Wisconsin
# Department of Transportation

## News

- News releases
- Events
- Law of the month
- Media contacts
- Newsletters
- Photo/graphic gallery
- Statistics

### News releases by region

Northeast | Northwest | North Central | Southeast | Southwest

### View news releases

- September 10: Governor Evers announces $1.25 million emergency grant to Port Milwaukee
- September 9: DMV releases new Milwaukee Brewers license plates
- September 8: Winneconne bridge competes for top national honor
- September 3: Travel safely this Labor Day weekend
- September 1: DMV expands services throughout Wisconsin
- September 1: License revoked for Walworth County wholesale dealer
- September 1: Licenses revoked for Arlington-based wholesale dealers
- September 1: Licenses revoked for out-of-state buyer
- September 1: License revoked for Milwaukee wholesale dealer

August 2020

July 2020

June 2020

May 2020

April 2020

- April 22: Counties receive aid to maintain forest roads
- April 21: DMV program wins two national awards
- April 21: Mid-America states collaborating on COVID-19 transportation strategies
- April 20: Licenses revoked for area wholesale and motor vehicle dealers
- April 20: During essential travel, watch out for work crews
- April 14: State and county officials reinforcing that roadways remain open to out-of-state and in-state travelers
- April 10: WisDOT moving forward with construction projects statewide
- April 10: New emergency permits help truckers respond to COVID-19
- April 6: Local governments receive more than $99 million in transportation aid
- April 3: Spring Thaw and Class II road restrictions end Saturday for southern Wisconsin

March 2020

February 2020

January 2020

December 2019

November 2019

October 2019