# EXHIBIT L

Case: 3:15-cv-00324-jdp Document #: 419-12 Filed: 09/22/20 Page 1 of 6





Military & Overseas Voters

 Name      Address

# PHOTO ID REQUIRED



Most Wisconsin voters must show an acceptable photo ID when voting at the polls on Election Day or by absentee ballot. There are some exceptions for absentee voters. More information on the Photo ID law is available below or you can find detailed information on Photo ID and the exceptions to the law at http://bringit.wi.gov

**Do I Need A Special Voter ID Card?**

**There is not a separate "Voter ID" card.** There are several forms of Photo ID, which you may already have, that can be used to vote.

Anyone with a valid Wisconsin driver license or Wisconsin state ID card, or any of the documents listed below, already has the photo ID they need for voting purposes.

### What Can I Use As Photo ID To Vote?

**The following photo IDs are acceptable for voting purposes, and can be unexpired or expired after the date of the most recent general election (currently, the November 6, 2018 election):**

- A Wisconsin DOT-issued driver license, even if driving privileges are revoked or suspended
- A Wisconsin DOT-issued identification card
- A Military ID card issued by the U.S. Uniformed Services (including retired and dependent uniformed service IDs)
- A U.S. passport book or card

**The following photo IDs are also acceptable for voting purposes:**

- A certificate of naturalization (that was issued no earlier than two years before the date of the election)
- An identification card issued by a federally recognized Indian tribe in Wisconsin (can be expired or unexpired)
- A driver license receipt issued by Wisconsin DOT (valid for 45 days from date issued)
- An identification card receipt issued by Wisconsin DOT (valid for 45 days from date issued)
- A Wisconsin DMV ID Petition Process Photo Receipt (valid for 60 days from date issued)
- A Veteran Affairs ID card (must be unexpired or have no expiration date)
- A photo identification card issued by a Wisconsin accredited university or college, or technical college that contains the following:
    - Date the card was issued
    - Signature of student

- Expiration date no later than two years after date of issuance (card may be expired)
- The university or college ID must be accompanied by a separate document that proves enrollment, such as a tuition fee receipt, enrollment verification letter, or class schedule. Enrollment verification document can be shown electronically.

### Is There Anyone Who Does Not Need To Provide A Photo ID?

Yes. The following electors do NOT need to provide a Photo ID:

- **Confidential electors are always exempt from Photo ID requirements.** Confidential electors have applied for this status with their municipal clerk, and have presented a court order, a letter from law enforcement, a letter from the staff of a domestic abuse shelter, or the staff of an agency assisting victims of domestic abuse
- **Active Military and Permanent Overseas voters are not required to provide a Photo ID when they vote by absentee ballot,** but if they vote in-person, they must present Photo ID
- **Indefinitely confined voters,** if a voter has a hard time getting to the polls on Election Day due to age, illness, infirmity, or disability they can request a ballot be sent to them. Indefinitely confined voters do not need to show a Photo ID when voting by absentee ballot. If they vote in person, they must present a Photo ID.
- **Voters in special care facilities** can provide a witness signature on their absentee ballot certificate envelope in substitute for showing Photo ID; if they vote in-person, they must present a Photo ID

### What Will The Poll Worker Be Looking At On My Photo ID?

- **Elector's Photograph:** The photograph must reasonably resemble the elector

- **Elector's Name:** The elector's name must conform to the name on their voter registration; conform does not mean that the name must be identical to the name on the voter registration
- **An Expiration Date**: If the ID has an expiration date, it must meet the expiration requirements listed above

**An acceptable Photo ID for voting does not have to include a current address. You only prove your address when registering.**

### Are There Any Photo IDs I Cannot Use To Vote?

Yes. Any ID that is not on the above list cannot be used. Here are some examples of photo IDs that are NOT acceptable for voting purposes:

- A State or Federal government employee ID
- An out-of-state driver license or identification card
- An employment ID
- A membership or organization ID
- A Certificate of Citizenship



Brought to you by the State of Wisconsin Elections Commission. © 2020, Wisconsin Elections Commission

**Contact the State of Wisconsin Elections Commission**

**Office Address**
212 East Washington Ave
3rd Floor
Madison, WI 53703

**Mailing Address**
P.O. Box 7984 Madison, WI 53707

**Phone**
Local: (608) 266-8005
Toll-Free: (866) VOTE-WIS
Fax: (608) 267-0500

**Email**
Elections@wi.gov

  Contact Us

Wisconsin Elections Commission

Bring It to the Ballot