# EXHIBIT M



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

---

# Wisconsin Elections Commission
Accessibility Advisory Committee Spring 2020 Meeting

## Wednesday, March 4
Wisconsin Elections Commission
Board Room
212 E. Washington Ave.
Madison, WI 53703
**9:00 a.m. – 12:00 p.m.**

### Public Meeting Notice

I. Public Comment

II. Introductions

III. WEC Update
   a. ERIC Movers Pollbook Process
   b. Accessibility Resources
   c. 2020 Elections
      i. Spring Primary Update
      ii. Spring Election and Presidential Preference Primary Preparations
   d. Website Accessibility
   e. Emailed Ballot Accessibility

IV. Election Security
   a. Grant program
   b. Elections Security Council
   c. Public Information Campaign
   d. Other WEC Programs

V. Legislative Agenda and Updates
   a. Recent Legislative Action and Legal Updates

VI. Voting Equipment
   a. Overview of Program
   b. Outreach and Training Efforts

*Wisconsin Elections Commissioners*
Dean Knudson, chair | Marge Bostelmann | Julie M. Glancey | Ann S. Jacobs | Robert Spindell | Mark L. Thomsen

*Administrator*
Meagan Wolfe

VII. Polling Place Accessibility Audit Program and Supply Program
   a. February 2020 Audits
   b. April 2020 and Future Election Audit Plans
   c. Supply Program Update

VIII. WEC Training Projects Update
   a. EA Manual Revisions
   b. ED Manual Revisions
   c. Training Opportunities for WEC

IX. Collaboration Opportunities for 2020 between member orgs and WEC

X. Work Time
   a. Polling Place Survey
   b. Complaint Process: Creating a Video Outline
   c. WEC Accessible Voting Budget Discussion

XI. Next Steps/Meeting Date