# EXHIBIT N



# Wisconsin Elections Commission

212 East Washington Avenue | Third Floor | P.O. Box 7984 | Madison, WI 53707-7984
(608) 266-8005 | elections@wi.gov | elections.wi.gov

---

## PUBLIC MEETING NOTICE

### Wisconsin Elections Commission
Accessibility Advisory Committee Summer 2020 Meeting
June 23, 2020, 9am-12pm
Wisconsin Elections Commission
Skype Meeting

#### Agenda

I.    Public Comment

II.   Introductions

III.  WEC Update
    a.  April and May Elections
        i.  Committee Member Observations from the April and May Elections
    b.  CARES Act
        i.  Absentee Process Updates
    c.  Accessibility Polling Place Review Program
        i.  Potential August and November Polling Place Reviews
    d.  Voting in Care Facilities

IV.   Voting Equipment
    a.  Overview of Program
    b.  Outreach and Training Efforts

V.    Complaint Process
    a.  Overview and Discussion

VI.   Screen Reader Accessible Ballots
    a.  Overview and Discussion

VII.  Access Elections Website Update
    a.  Overview
    b.  New Polling Place Accessibility Survey
    c.  MyVote Changes

VIII. Next Steps/Meeting Date

*Wisconsin Elections Commissioners*
Ann S. Jacobs, chair | Marge Bostelmann | Julie M. Glancey | Dean Knudson | Robert Spindell | Mark L. Thomsen

---

*Administrator*
Meagan Wolfe