IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ONE WISCONSIN INSTITUTE, INC.,
CITIZEN ACTION OF WISCONSIN EDUCATION
FUND, INC., RENEE M. GAGNER,
ANITA JOHNSON, CODY R. NELSON,
JENNIFER S. TASSE, SCOTT T. TRINDL,
MICHAEL R. WILDER, JOHNNY M. RANDLE,
DAVID WALKER, DAVID APONTE, and
CASSANDRA M. SILAS,

                Plaintiffs,

    v.

MARK L. THOMSEN, ANN S. JACOBS,
BEVERLY R. GILL, JULIE M. GLANCEY,
STEVE KING, DON M. MILLS,
MICHAEL HAAS, MARK GOTTLIEB, and
KRISTINA BOARDMAN,
*all in their official capacities*,

                Defendants.

PRELIMINARY
INJUNCTION ORDER

15-cv-324-jdp

---

JUSTIN LUFT, et al.,
on behalf of themselves and all others similarly situated,

                Plaintiffs,

    v.

TONY EVERS, et al.,

                Defendants.

PRELIMINARY
INJUNCTION ORDER

20-cv-768-jdp

---

IT IS ORDERED that defendants are ENJOINED as follows:

1. For eligible voters who submit an IDPP application between October 19 and November 2, 2020, defendants must send the temporary receipt by overnight mail. For already-issued temporary receipts that expire between October 19 and November 2, 2020, defendants may use First Class or Priority Mail to send replacement receipts if they are placed in the mail by October 9. Otherwise, replacement receipts for those expiring between October 19 and November 2, 2020,

must be sent by overnight mail. Defendants must use overnight mail to send a new or replacement temporary receipt if a receipt is scheduled to expire or an eligible voter submits an IDPP application between October 19 and November 2, 2020.

2. Defendants must direct municipal clerks to post copies of the palm card at polling places and to hand out copies of the palm card to anyone who has cast a provisional ballot.

3. Defendants are to obtain KW2's list of minority media organizations and then include those organizations on the Commission's press distribution list.

Entered September 28, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge