IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ONE WISCONSIN INSTITUTE, INC.,
CITIZEN ACTION OF WISCONSIN EDUCATION
FUND, INC., RENEE M. GAGNER,
ANITA JOHNSON, CODY R. NELSON,
JENNIFER S. TASSE, SCOTT T. TRINDL,
MICHAEL R. WILDER, JOHNNY M. RANDLE,
DAVID WALKER, DAVID APONTE, and
CASSANDRA M. SILAS,

                Plaintiffs,

   v.

MARK L. THOMSEN, ANN S. JACOBS,
BEVERLY R. GILL, JULIE M. GLANCEY,
STEVE KING, DON M. MILLS,
MICHAEL HAAS, MARK GOTTLIEB, and
KRISTINA BOARDMAN,
*all in their official capacities*,

                Defendants.

AMENDED
PRELIMINARY
INJUNCTION ORDER

15-cv-324-jdp

---

JUSTIN LUFT, et al.,
on behalf of themselves and all others similarly situated,

                Plaintiffs,

   v.

TONY EVERS, et al.,

                Defendants.

AMENDED
PRELIMINARY
INJUNCTION ORDER

20-cv-768-jdp

---

As requested by the court, plaintiffs have submitted a list of homeless service organizations for defendants to contact. The injunction below SUPERSEDES the September 28, 2020 injunction to incorporate that list and to clarify paragraph (1) of the injunction.

IT IS ORDERED that defendants are ENJOINED as follows:

1. For eligible voters who submit new IDPP applications from October 19 to November 2, 2020, defendants must send the temporary receipt by overnight mail. For already-issued temporary receipts that expire from October 19 to November 2, 2020, defendants may use First Class or Priority Mail to send replacement receipts if they are placed in the mail by October 9. Otherwise, replacement receipts for those expiring from October 19 to November 2, 2020, must be sent by overnight mail.

2. Defendants must direct municipal clerks to post copies of the palm card at polling places and to hand out copies of the palm card to anyone who has cast a provisional ballot.

3. Defendants are to obtain KW2's list of minority media organizations and then include those organizations on the Commission's press distribution list.

4. Defendants are to send the digital voter outreach toolkit to the list of organizations attached to this order.

Entered October 1, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge